

**EXHIBIT 1**
**MICHAEL COREY JENKINS**
BLACK LAWYERS FOR JUSTICE

Photo Credit: Jenkins Family Member
BLACK LAWYERS FOR JUSTICE