

**EXHIBIT 2**
**RANKIN COUNTY SHERIFF HUNTER ELWARD**
BLACK LAWYERS FOR JUSTICE

**Photo Credit: TikTok**
WaltCoAct