| Seq # | Local Time [DD-MMM-YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 3951 | 12 Jan 2023 23:38:29 | Safe | 5 | 22 | 83 |
| 3952 | 19 Jan 2023 20:24:23 | Armed | | 22 | 83 |
| 3953 | 19 Jan 2023 20:24:39 | Safe | 16 | 22 | 83 |
| 3954 | 24 Jan 2023 22:16:13 | Armed | | 18 | 83 |
| 3955 | ■ | ■ | ■ | ■ | ■ |
| 3956 | ■ | ■ | ■ | ■ | ■ |
| 3957 | ■ | ■ | ■ | ■ | ■ |
| 3958 | ■ | ■ | ■ | ■ | ■ |
| 3959 | ■ | ■ | ■ | ■ | ■ |
| 3960 | ■ | ■ | ■ | ■ | ■ |
| 3961 | ■ | ■ | ■ | ■ | ■ |
| 3962 | ■ | ■ | ■ | ■ | ■ |
| 3963 | ■ | ■ | ■ | ■ | ■ |
| 3964 | ■ | ■ | ■ | ■ | ■ |
| 3965 | ■ | ■ | ■ | ■ | ■ |
| 3966 | ■ | ■ | ■ | ■ | ■ |
| 3967 | ■ | ■ | ■ | ■ | ■ |
| 3968 | ■ | ■ | ■ | ■ | ■ |
| 3969 | ■ | ■ | ■ | ■ | ■ |
| 3970 | ■ | ■ | ■ | ■ | ■ |
| 3971 | ■ | ■ | ■ | ■ | ■ |
| 3972 | ■ | ■ | ■ | ■ | ■ |
| 3973 | ■ | ■ | ■ | ■ | ■ |
| 3974 | ■ | ■ | ■ | ■ | ■ |
| 3975 | ■ | ■ | ■ | ■ | ■ |
| 3976 | ■ | ■ | ■ | ■ | ■ |
| 3977 | ■ | ■ | ■ | ■ | ■ |
| 3978 | ■ | ■ | ■ | ■ | ■ |
| 3979 | ■ | ■ | ■ | ■ | ■ |
| 3980 | ■ | ■ | ■ | ■ | ■ |

Page 133 of 135

# EXHIBIT 3
# RANKIN COUNTY SHERIFF'S
# TASER REPORT
**BLACK LAWYERS FOR JUSTICE**

| Seq # | Local Time (DD/MM/YYYY hh:mm:ss) | Event (Event Type) | Duration (Seconds) | Temp (Degrees Celsius) | Batt Remaining (%) |
|---|---|---|---|---|---|
| 3981 | ■ | ■ | ■ | ■ | ■ |
| 3982 | ■ | ■ | ■ | ■ | ■ |
| 3983 | ■ | ■ | ■ | ■ | ■ |
| 3984 | ■ | ■ | ■ | ■ | ■ |
| 3985 | ■ | ■ | ■ | ■ | ■ |
| 3986 | ■ | ■ | ■ | ■ | ■ |
| 3987 | ■ | ■ | ■ | ■ | ■ |
| 3988 | ■ | ■ | ■ | ■ | ■ |
| 3989 | ■ | ■ | ■ | ■ | ■ |
| 3990 | ■ | ■ | ■ | ■ | ■ |
| 3991 | ■ | ■ | ■ | ■ | ■ |
| 3992 | ■ | ■ | ■ | ■ | ■ |
| 3993 | ■ | ■ | ■ | ■ | ■ |
| 3994 | ■ | ■ | ■ | ■ | ■ |
| 3995 | ■ | ■ | ■ | ■ | ■ |
| 3996 | ■ | ■ | ■ | ■ | ■ |
| 3997 | ■ | ■ | ■ | ■ | ■ |
| 3998 | ■ | ■ | ■ | ■ | ■ |
| 3999 | ■ | ■ | ■ | ■ | ■ |
| 4000 | ■ | ■ | ■ | ■ | ■ |
| 4001 | ■ | ■ | ■ | ■ | ■ |
| 4002 | ■ | ■ | ■ | ■ | ■ |
| 4003 | 24 Jan 2023 23:08:17 | Safe | 3 | 22 | 82 |
| 4004 | 25 Jan 2023 11:09:52 | Armed |  | 14 | 82 |
| 4005 | 25 Jan 2023 11:09:53 | Safe | 1 | 15 | 82 |
| 4006 | 25 Jan 2023 11:09:54 | Armed |  | 15 | 82 |
| 4007 | 25 Jan 2023 11:09:54 | Safe | 0 | 14 | 82 |
| 4008 | 25 Jan 2023 11:09:57 | Armed |  | 14 | 82 |
| 4009 | 25 Jan 2023 11:09:58 | Safe | 1 | 15 | 82 |
| 4010 | 25 Jan 2023 11:09:58 | Armed |  | 15 | 82 |

Page 134 of 135

# EXHIBIT 3
## RANKIN COUNTY SHERIFF'S
## TASER REPORT
### BLACK LAWYERS FOR JUSTICE

| Seq # | Local Time [DD-MM-YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 4011 | 25 Jan 2023 11:09:58 | Trigger | 1 |  | 82 |
| 4012 | 25 Jan 2023 11:09:59 | Safe | 1 | 15 | 82 |
| 4013 | 25 Jan 2023 11:10:59 | Armed |  | 14 | 82 |
| 4014 | 25 Jan 2023 11:11:00 | Safe | 1 | 15 | 82 |
| 4015 | 25 Jan 2023 11:11:42 | USB Connected |  |  |  |
| 4016 | 25 Jan 2023 11:01:35 | Time Sync | 25 Jan 2023 11:11:43 to 25 Jan 2023 11:01:35 | | |

**EXHIBIT 3**
**RANKIN COUNTY SHERIFF'S**
**TASER REPORT**
BLACK LAWYERS FOR JUSTICE

| Seq # | Local Time (DD-MM-YYYY hh:mm:ss) | Event (Event Type) | Duration (Seconds) | Temp (Degrees Celsius) | Batt Remaining (%) |
|---|---|---|---|---|---|
| 2601 | 19 Jan 2023 20:29:20 | Armed |  | 24 | 51 |
| 2602 | 19 Jan 2023 20:29:37 | Safe | 17 | 25 | 51 |
| 2603 | 19 Jan 2023 21:33:32 | Armed |  | 21 | 51 |
| 2604 | 19 Jan 2023 21:34:26 | Safe | 54 | 23 | 51 |
| 2605 | 19 Jan 2023 21:35:54 | Armed |  | 21 | 51 |
| 2606 | 19 Jan 2023 21:36:05 | Safe | 11 | 21 | 51 |
| 2607 | 19 Jan 2023 21:36:22 | Armed |  | 21 | 51 |
| 2608 | 19 Jan 2023 21:36:22 | Safe | 0 | 22 | 51 |
| 2609 | 19 Jan 2023 21:36:23 | Armed |  | 22 | 51 |
| 2610 | 19 Jan 2023 21:36:23 | Safe | 0 | 22 | 51 |
| 2611 | 19 Jan 2023 21:36:23 | Armed |  | 22 | 51 |
| 2612 | 19 Jan 2023 21:36:23 | Safe | 0 | 21 | 51 |
| 2613 | 19 Jan 2023 21:36:24 | Armed |  | 22 | 51 |
| 2614 | 19 Jan 2023 21:36:25 | Safe | 1 | 22 | 51 |
| 2615 | 19 Jan 2023 21:36:25 | Armed |  | 22 | 51 |
| 2616 | 19 Jan 2023 21:36:26 | Safe | 1 | 22 | 51 |
| 2617 | 19 Jan 2023 21:36:32 | Armed |  | 22 | 51 |
| 2618 | 19 Jan 2023 21:37:03 | Safe | 31 | 23 | 51 |
| 2619 | 19 Jan 2023 21:37:08 | Armed |  | 23 | 51 |
| 2620 | 19 Jan 2023 21:37:49 | Safe | 41 | 24 | 51 |
| 2621 | 19 Jan 2023 21:37:54 | Armed |  | 25 | 51 |
| 2622 | 19 Jan 2023 21:37:55 | Safe | 1 | 24 | 51 |
| 2623 | 19 Jan 2023 21:38:29 | Armed |  | 23 | 51 |
| 2624 | 19 Jan 2023 21:38:58 | Safe | 29 | 25 | 51 |
| 2625 | 23 Jan 2023 13:30:14 | Armed |  | 27 | 51 |
| 2626 | 23 Jan 2023 13:30:15 | Safe | 1 | 26 | 51 |
| 2627 | 24 Jan 2023 22:04:42 | Armed |  | 23 | 51 |
| 2628 | 24 Jan 2023 22:04:46 | Safe | 4 | 24 | 51 |
| 2629 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 2630 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**EXHIBIT 3**
**RANKIN COUNTY SHERIFF'S**
**TASER REPORT**
**BLACK LAWYERS FOR JUSTICE**

| Seq # | Local Time [DD/MM/YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 2631 | | | | | |
| 2632 | | | | | |
| 2633 | | | | | |
| 2634 | | | | | |
| 2635 | | | | | |
| 2636 | | | | | |
| 2637 | | | | | |
| 2638 | | | | | |
| 2639 | | | | | |
| 2640 | | | | | |
| 2641 | | | | | |
| 2642 | | | | | |
| 2643 | | | | | |
| 2644 | | | | | |
| 2645 | | | | | |
| 2646 | | | | | |
| 2647 | | | | | |
| 2648 | | | | | |
| 2649 | | | | | |
| 2650 | | | | | |
| 2651 | | | | | |
| 2652 | | | | | |
| 2653 | | | | | |
| 2654 | | | | | |
| 2655 | | | | | |
| 2656 | | | | | |
| 2657 | | | | | |
| 2658 | | | | | |
| 2659 | | | | | |
| 2660 | | | | | |

**EXHIBIT 3**
**RANKIN COUNTY SHERIFF'S**
**TASER REPORT**
**BLACK LAWYERS FOR JUSTICE**

| Seq # | Local Time [DD-MMM-YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp (Degrees Celsius) | Batt Remaining [%] |
|---|---|---|---|---|---|
| 2661 | ■ | ■ | ■ | ■ | ■ |
| 2662 | ■ | ■ | ■ | ■ | ■ |
| 2663 | ■ | ■ | ■ | ■ | ■ |
| 2664 | ■ | ■ | ■ | ■ | ■ |
| 2665 | ■ | ■ | ■ | ■ | ■ |
| 2666 | ■ | ■ | ■ | ■ | ■ |
| 2667 | ■ | ■ | ■ | ■ | ■ |
| 2668 | ■ | ■ | ■ | ■ | ■ |
| 2669 | ■ | ■ | ■ | ■ | ■ |
| 2670 | ■ | ■ | ■ | ■ | ■ |
| 2671 | ■ | ■ | ■ | ■ | ■ |
| 2672 | ■ | ■ | ■ | ■ | ■ |
| 2673 | ■ | ■ | ■ | ■ | ■ |
| 2674 | ■ | ■ | ■ | ■ | ■ |
| 2675 | 24 Jan 2023 22:58:41 | Safe | 2 | 26 | 50 |
| 2676 | 26 Jan 2023 08:57:19 | Armed |   | 13 | 50 |
| 2677 | 26 Jan 2023 08:57:20 | Safe | 1 | 13 | 50 |
| 2678 | 26 Jan 2023 08:57:20 | Armed |   | 14 | 50 |
| 2679 | 26 Jan 2023 08:57:21 | Safe | 1 | 14 | 50 |
| 2680 | 26 Jan 2023 10:40:19 | Armed |   | 23 | 50 |
| 2681 | 26 Jan 2023 10:40:20 | Safe | 1 | 23 | 50 |
| 2682 | 26 Jan 2023 10:43:46 | USB Connected |   |   |   |
| 2683 | 26 Jan 2023 10:45:15 | Time Sync | 26 Jan 2023 10:43:46 to 26 Jan 2023 10:45:15 |   |   |

Page 90 of 90

# EXHIBIT 3
## RANKIN COUNTY SHERIFF'S
## TASER REPORT
### BLACK LAWYERS FOR JUSTICE