Agency: RCSO   Incident No: 2023011577
Author: ███████
Entered Date/Time: 1/25/2023  6:17   Report Type/Sequence: I  1
Title: ███████

On 01/24/2023 I, Investigator ███ along with other deputies responded to 135 Conerly Road in reference to reports of narcotic activity. Upon arrival I came in contact with a black male ███████████████████████ Michael Jenkins. ███████████████████████████████████████ two bags containing what appeared to be Methamphetamine.



I noticed a firearm ███████████.

I called for dispatch to send medical to our location. Once Medics arrived Jenkins was transported by ambulance and all units backed out of the residence to await the arrival of MBI.

Parker was transported to Rankin County Jail for possession of drug paraphernalia.

END

AP-PRAR 002

**EXHIBIT 4**
**RANKIN COUNTY INCIDENT REPORT**
BLACK LAWYERS FOR JUSTICE