

**EXHIBIT 5**
**CRIME SCENE 1 - DILDO**
BLACK LAWYERS FOR JUSTICE