

**EXHIBIT 6**
**CRIME SCENE 2 - EGGS**
BLACK LAWYERS FOR JUSTICE