Name: Michael Corey Jenkins | DOB: ▮ | MRN: ▮ | PCP: NONE, NO PCP | Legal Name: Michael Corey Jenkins

## Note From Your Admission on 01/25/23

### Progress Notes by Dr. L Ling, MD at 01/30/23 0550

Attestation signed by Dr. C Iwuchukwu, MD at 02/26/23 1432

I saw and evaluated the patient with the resident on 1/30/23, and I agree with the findings and plan as documented in resident's note.

Chinenye Iwuchukwu, MD MPH
Trauma/ Acute Care Surgery
P:601-929-3218

**Trauma Progress Note**

Patient: Unknown Bo Jade
Patient MRN:
Patient DOB:

Admit Date: 1/25/2023
Days in Hospital Hospital Day: 6
POD 4 Days Post-Op

Service date: 1/30/2023
Patient location: UH 317/UH 317-01

Referring physician: Dr. Zaza

Reason for Consult: Post-trauma management

**HPI**

Michael Jenkins is a 32 year old male who presented to the ED as an alpha trauma s/p GSW to the right face. Per EMS report, the police called EMS to the scene after the patient was found to have sustained a GSW to the right face. EMS stated that the patient was GCS15 and reported that he was cold. He received a 500cc bolus in route to the hospital. Upon arrival to the trauma bay, patient was unable to move mouth to speak, but reported being cold. There were copious bloody secretions in the mouth and bifurcated tongue noted. There was concern of airway compromise and the patient was intubated for airway protection. During the procedure, the patient became bradycardic and was given 0.5mg atropine. He was giving 2u PRBC, 1PLT, 2g calcium gluconate and 5u vasopressin in the trauma bay before going to the CT scanner. The patient then went to the OR for a right neck exploration for an expanding neck hematoma.

Procedure(s):
1/25: Right neck exploration with evacuation of hematoma. Open tracheostomy and Direct laryngoscopy
1/26: Direct laryngoscopy with repair of tongue laceration/partial avulsion. Maxillomandibular fixation

**EXHIBIT 7**
**MEDICAL RECORDS**
BLACK LAWYERS FOR JUSTICE

## INTERVAL HISTORY

1/25: Patient presented as alpha trauma to the ED and was taken to the OR as a level A due to hypotension and concern for continued hemorrhage. He underwent Right neck exploration with evacuation of hematoma. Open tracheostomy and Direct laryngoscopy. Through out the day patient intermittently hypotensive through out the day with MAPs of 60 left femoral QVC placed and Dual lumen left subclavian placed. Repeat CTA obtained which showed concern for contrast extravasation and traumatic AVM.
1/26: Underwent direct laryngoscopy with repair of tongue laceration/partial avulsion and Maxilomandibular fixation.
1/27: NAEON. POD1 s/p MMF & DL w/ tongue laceration repair. No pressor requirements overnight. No significant epistaxis or oral cavity bleeding. Wean ventilator to PS as tolerated 1/28: Remains on trach collar. Hemodynamically stable. Restarted DVT ppx, no bleeding. 1/29: Remained on trach collar, no acute events. Hemodynamically stable. Able to communicate via yes/no nodding.
1/30: will consider switching out cuffed trach for non-cuffed trach. Otherwise, NAEON.

## Review of Systems

ROS: Pertinent 10 system ROS noted in interval HX or negative

No past medical history on file.
**Past Surgical History:**
Procedure Laterality Date · BRONCHOSCOPY, RIGID N/A 1/26/2023 *Performed by Andrea F. Lewis, MD at UH DAY SURGERY OR*
  · CLOSED TREATMENT MANDIBULAR FRACTURE N/A 1/26/2023 *Performed by Andrea F. Lewis, MD at UH DAY SURGERY OR*
  · exploration right neck, tracheostomy, DL Right 1/25/2023 *Performed by Mouayyad Zaza, MD at UH ADULT OR*
  · IR ARTERIOGRAM CEREBRAL 1/25/2023 *IR ARTERIOGRAM CEREBRAL 1/25/2023 Gustavo Luzardo, MD UH INTERVENTIONAL RADIOLOGY*
  · LARYNGOSCOPY, RIGID N/A 1/26/2023 *Performed by Andrea F. Lewis, MD at UH DAY SURGERY OR*

**Social History**

Socioeconomic History
  • Marital status: Unknown
       Spouse name: Not on file
  • Number of children: Not on file
  • Years of education: Not on file
  • Highest education level: Not on file
Occupational History
  • Not on file
Tobacco Use
  • Smoking status: Unknown
  • Smokeless tobacco: Not on file
Substance and Sexual Activity
  • Alcohol use: Defer
  • Drug use: Defer
  • Sexual activity: Defer
Other Topics Concern
  • Not on file
Social History Narrative
  • Not on file

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

**EXHIBIT 7**
**MEDICAL RECORDS**
BLACK LAWYERS FOR JUSTICE