

# MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

### Commissioner Sean Tindell

**FOR IMMEDIATE RELEASE**
**January 25, 2023**

**Contact: Bailey Martin**
**Email: bmartin@dps.ms.gov**

## MBI INVESTIGATING OFFICER INVOLVED SHOOTING IN BRAXTON

**JACKSON, Miss**. – The Mississippi Bureau of Investigation (MBI) is investigating an officer-involved shooting that occurred on January 24th, 2023, at approximately 11:45 p.m. near 135 Conerly Road in Braxton, Mississippi.

Rankin County Sheriff's Department deputies were conducting a narcotics investigation when they encountered a subject that displayed a gun towards the deputies. The subject was transported to a nearby hospital. The officers received no injuries.

MBI is currently assessing this critical incident and gathering evidence. Upon completing the investigation, agents will share their findings with the Attorney General's Office.

##

# EXHIBIT 8
# MDPS STATEMENT
### BLACK LAWYERS FOR JUSTICE