

**EXHIBIT 9**
**CRIME SCENE**
**BLACK LAWYERS FOR JUSTICE**