

f

**EXHIBIT 10**
**Rankin County Sheriff Brett McAlpin**
BLACK LAWYERS FOR JUSTICE

**Photo Credit: WLBT**
BLACK LAWYERS FOR JUSTICE