

**EXHIBIT 11**
**Eddie Parker**
BLACK LAWYERS FOR JUSTICE



**EXHIBIT 11**
**Eddie Parker**
BLACK LAWYERS FOR JUSTICE