

**EXHIBIT 12**
**Rankin County Sherriff Bryan Bailey**
BLACK LAWYERS FOR JUSTICE