FORM 6 (ND/SD MISS. DEC. 2016)

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

JENKINS                         Plaintiff

v.                                                    CIVIL ACTION
                                                      NO.     3:23-cv-374-DPJ-FKB

RANKIN COUNNTY                  Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)    Name:            MALIK SHABAZZ

       Firm Name:       Law Office of Malik Shabazz, Esq. / B.L.F.J.

       Office Address:  6305 Ivy Lane

       City:            Greenbelt              State   MD          Zip   20906

       Telephone:       20233699986            Fax:

       E-Mail:          attorney.shabazz@yahoo.com

(B)    Client(s):       Michael Jenkins   Eddie Parker

       Address:         135 Connerly Road

       City:            Braxton                State   Mississippi  Zip   39044

       Telephone:       601-668-0775           Fax:

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

NO

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:



State of MD

District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

1.  Maryland: Judiciary A-Pod
580 Taylor Avenue
Annapolis, Md 21401   410-260-3640  Sble@Mdcourts.Gov

2. District of Columbia: 901 4th Street, NW
     Washington, D.C. 20001   202.737.4700  memberservices@dcbar.org

All other courts before which I have been admitted to practice:

2

Case 3:23-cv-00374-DPJ-ASH   Document 3   Filed 06/21/23   Page 3 of 6

| Jurisdiction | Period of Admission |
|---|---|
| United States District Court Maryland | 2014-Present |
| United States District Court Washington D.C. | 20133-Present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ◯ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ◯ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ◯ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ◯ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | Yes | No |
|---|---|---|
| (F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| United States District Court Northern District Mississippi 203 Gilmore Drive. Armory, MS 338821 | 3/3/2023 | Admitted Pro Hac Vice in case 4:23cv28 on April 3, 2023 |
| Rankin County Circuit Court 215 E Government St, Brandon, MS 39042 | 5/12/2023 | Pro Hac Vice Motion Pending 2022-73 |

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
| --- | --- |
| United States District Court Northern District Mississippi 203 Gilmore Drive. Armory, MS 338821 | Sterling v. Banks 4:23-cv-28 |
| Rankin County Circuit Court 215 E Government St, Brandon, MS 39042 | Lee v. Rankin County 2022-73 |

|  | Yes | No |
| --- | --- | --- |
| (I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Trent Walker Esq.

Firm Name:    Trent Walker, Counselor at Law, PLLC

Office Address:  5255 Keele Street, Suite A

City: Jackson          State: MS      Zip: 39206

Telephone: 6013219540      Fax:  601-398-3918

Email address: trent@trentwalkerlaw.com

5

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

6/'19/2023
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 20 day of June , 2023

_____
Resident Attorney