AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MICHAEL C. JENKINS <br> EDDIE T. PARKER <br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY; SHERIFF BRYAN BAILEY <br> DEPUTY HUNTER ELWARD <br> DEPUTY BRETT MC'ALPIN <br> DEPUTY CHRISTIAN DEDMON Et. Al. <br> *Defendant(s)* | Civil Action No. 3:23-cv-374-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRETT MCALPIN
11 CHARLIE DIXON RD, BRAXTON, MS 39044-9316 (RANKIN COUNTY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane Greenbelt, MD 20770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 19 2023

ARTHUR JOHNSTON
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

