UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| MICHAEL COREY JENKINS, | |
| EDDIE TERRELL PARKER | |
| PLAINTIFFS, | |
| v. | CASE NO. 3:23-cv-374-DPJ-FKB |
| RANKIN COUNTY, MISSISSIPPI | NEXT EVENT: Settlement Conference October 5, 2023 |
| RANKIN CO. SHERIFF BRYAN BAILEY | |
| Individually, and in his official capacity | |
| RANKIN CO. DEPUTY HUNTER ELWARD | |
| Individually, and in his official capacity | |
| RANKIN CO. DEPUTY BRETT MC'ALPIN | |
| Individually, and in his official capacity | |
| RANKIN CO. DEPUTY CHRISTIAN DEDMON | |
| Individually, and in his official capacity | |
| JOHN DOE DEPUTIES 1-3 | |
| Individually, and in their official capacity | |
| DEFENDANTS, | |

## CONSENT MOTION TO EXTEND TIME TO SERVE PROCESS

Comes now, MICHAEL COREY JENKINS and EDDIE TERRELL PARKER, Mississippi, by way of counsel, with consent of opposing counsel, pursuant to F.R.C.P Rule 4(m), hereby moves The Court to extend the time to serve the summons and complaint in this matter upon defendants Hunter Elward, Brett Mcalpin and Christian Dedmon. Plaintiff's request is based upon good cause. A settlement conference is scheduled in this matter before the Court for October 5, 2023. If this matter is resolved there will be no need for service upon these defendants.

Plaintiff requests to extend the time to serve the above-named defendants until October 31, 2023. Opposing counsel does not oppose this motion.

Respectfully submitted on 9/06/ 2023 by:

 /s/ MALIK SHABAZZ ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
6305 Ivy Lane,
Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A

Jackson, Mississippi 39206  
Email:Trent@Trentwalkeresq.com  
(Mississippi Local Counsel)  
(601) 321-9540

## CERTIFICATE OF SERVICE

I, Malik Shabazz, co-counsel for Plainiff, do hereby certify that I have this day Electronic filed the above and foregoing **Motion to Extend Time to Serve Summons** with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record. **So certified**, this the 6th day of September, 2023.

/s/Malik Shabazz/s/