## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **MICHAEL COREY JENKINS,** | ) | |
| | ) | |
| **EDDIE TERRELL PARKER** | ) | |
| | ) | |
|     **PLAINTIFFS,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.** |
| | ) | |
| | ) | |
| **RANKIN COUNTY, MISSISSIPPI** | ) | |
| | ) | |
| **RANKIN CO. SHERIFF BRYAN BAILEY** | ) | |
| | ) | |
|     **Individually, and in his official capacity** | ) | |
| | ) | |
| **RANKIN CO. DEPUTY HUNTER ELWARD** | ) | |
| | ) | |
|     **Individually, and in his official capacity** | ) | |
| | ) | |
| **RANKIN CO. DEPUTY BRETT MC'ALPIN** | ) | |
| | ) | |
|     **Individually, and in his official capacity** | ) | |
| | ) | |
| **RANKIN CO. DEPUTY CHRISTIAN DEDMON** | ) | |
| | ) | |
|     **Individually, and in his official capacity** | ) | |
| | ) | |
| | ) | |
| **JOHN DOE DEPUTIES 1-3** | ) | |
| | ) | |
| **Individually, and in their official capacity** | ) | |

    **DEFENDANTS,**

## **ORDER**

Upon consideration of PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO SERVE SUMMONS upon defendant's Elward, Dedmon, Mcalpin, the Honorable Court, having considered all arguments, having found good cause, hereby ORDERS Plaintiff's Motion as **GRANTED** by the Court on this ____ day of _____ 2023,

**It is hereby ORDERED** the new Scheduling Order is as follows:

The deadline to serve the summons and complaint in this matter is extended until October 31, 2023.

Signed

_____
U.S. DISTRICT COURT JUDGE