## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MICHAEL CORY JENKINS and**                                            **PLAINTIFFS**
**EDDIE TERRELL PARKER**

**v.**                                                     **CIVIL ACTION NO.: 3:23-cv-00374**

**RANKIN COUNTY, MISSISSIPPI, et al.**                              **DEFENDANTS**

---

### NOTICE OF APPEARANCE
---

      Jeffery P. Reynolds, of the law firm REYNOLDS | KIRSCHBERG, enters his appearance as counsel of record for John Doe Defendant No. 3, Daniel Opdyke, in the above styled and numbered cause of action, and requests that service of all filings, pleadings, and otherwise be provided to him in accordance with the Federal Rules of Civil Procedure.

      Dated this 2nd day of October 2023.

                                                              *s/ Jeffery P. Reynolds*
                                                              Jeffery P. Reynolds (MBN 5305)
                                                              Jason M. Kirschberg (MBN 104860)
                                                              REYNOLDS | KIRSCHBERG
                                                              P.O. Box 24597
                                                              Jackson, Mississippi 39225
                                                               Tel: (601) 355-7773
                                                              Fax: (601) 355-6364
                                                              jeff@rklitigators.com
                                                               jason@rklitigators.com

## **CERTIFICATE OF SERVICE**

I, Jeffery P. Reynolds, certify that on this day the above and foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

So certified: October 2, 2023.

*s/ Jeffery P. Reynolds*
Jeffery P. Reynolds
