IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS and
EDDIE TERRELL PARKER                                                                                    PLAINTIFFS

VS.                                                                          CIVIL ACTION NO. 3:23-cv-374-DPJ-FKB

RANKIN COUNTY, MISSISSIPPI, et al.                                                              DEFENDANTS

ORDER

This matter is before the Court on the motion [9] of Jeffery P. Reynolds to withdraw as counsel for Defendant Daniel Opdyke. Having considered the Motion, the Court concludes that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED that attorney Reynolds shall be allowed to withdraw from representation of Defendant, to be effective upon the following:

(1) Filing a Notice of Service certifying that attorney Reynolds has provided Defendant a copy of this order of withdrawal at Defendant's last known address, sent via certified mail, return receipt requested; and

(2) Emailing to the undersigned's chambers Defendant's last known physical mailing address, telephone number, and email address.

IT IS, FURTHER, ORDERED that Defendant shall notify the Court, in writing, on or before November 3, 2023, of his election to either employ private counsel or to proceed *pro se*, and, if he elects the latter, he shall provide an address and telephone number for the Court.

SO ORDERED, this the 4th day of October, 2023.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE