DPS 101509

# STATE OF MISSISSIPPI

**Board on Law Enforcement Officer Standards and Training**

Hereby awards this

*Professional Certificate*

TO

**CHRISTIAN L. DEDMON**

**THIS 1ST DAY OF DECEMBER, 2016**

As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

Matt Bennett

Chairman
Board on Law Enforcement
Standards and Training

Robert Davis

Director
Board on Law Enforcement
Standards and Training

Certificate No. **25359**

EXHIBIT 1

DPS 101509

# STATE OF MISSISSIPPI

**Board on Law Enforcement Officer Standards and Training**

Hereby awards this

*Professional Certificate*

TO

**HUNTER T. ELWARD**

**THIS 6TH DAY OF APRIL, 2017**

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

*Matt Barnett*
Chairman
Board on Law Enforcement
Standards and Training

Director
Board on Law Enforcement
Standards and Training

Certificate No. **25549**

STATE OF

# MISSISSIPPI

**Board of Law Enforcement Officer Standards and Training**

**Hereby awards this**

*Professional Certificate*

TO

**BRETT M. McALPIN**



This **8TH** day of **JANUARY** , 19 **98**

**As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.**

_James B. Walker_
Director
Board on Law Enforcement
Standards and Training

_Rusty Fortenberry_
Chairman
Board on Law Enforcement
Standards and Training

Certificate No. **11294**

STATE OF
MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Instructor Certificate*

TO

*Brett McAlpin*

*Rankin County Law Enforcement Officers' Training Institute*

This ___1st___ day of ___April___, ___2018___

As being qualified to be a Mississippi Law Enforcement Officer Instructor under Provisions of Chapter 474, General Laws of Mississippi, 1981.

Michael L. Nash

Training Director
Board on Law Enforcement
Standards and Training

Director, Office of
Board on Law Enforcement
Standards and Training



Certificate No. ___1776___

Expires ___01 Apr. 2021___

011609

# STATE OF MISSISSIPPI

**Board on Law Enforcement Officer Standards and Training**

**Hereby awards this**

*Professional Certificate*

**TO**

**JEFFREY  ARWOOD  MIDDLETON**

**This 7th  day of   OCTOBER   , 20 10**

**As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi. 1981.**

Chairman
Board on Law Enforcement
Standards and Training

Director
Board on Law Enforcement
Standards and Training

Certificate No. __15970__

011709

DPS 101509

# STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**DANIEL R. OPDYKE**



**THIS 7TH DAY OF NOVEMBER, 2019**

As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

Chairman
Board on Law Enforcement
Standards and Training

Director
Board on Law Enforcement
Standards and Training

Certificate No. 26973