BOOK 570 PAGE 525

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.   CAUSE NO. 33523 COUNT I & II

**BRETT MORRIS MCALPIN**   DEFENDANT
DOB: NOVEMBER 4, 1970
SSN: 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

*FILED AUG 15 2023 REBECCA N. BOYD, CIRCUIT CLERK BY Kat*

### JUDGMENT OF CONVICTION

CAME ON THIS DAY TO BE HEARD the sworn petition of the Defendant to enter a plea of guilty to the crime(s) set forth below. Having heard and fully considered the petition and the matters presented in support of the petition, in the presence of the Defendant, the Defendant's attorney, **AAFRAM Y. SELLERS**, and the prosecuting attorney, the Court finds that: (1) the Defendant is competent to enter a plea of guilty; (2) the plea(s) of guilty is/are freely, voluntarily, knowingly and intelligently made and entered; (3) that a factual basis exists which establishes the Defendant's guilt beyond a reasonable doubt; and, (4) the Defendant understands his/her constitutional rights and expressly waives those rights to enter his/her plea(s) of guilty; and (5) the plea(s) of guilty is/are offered pursuant to a recommendation of the State as to sentence which Defendant acknowledged the Court is not bound to accept. **IT IS, THEREFORE, ORDERED** that the Defendant's plea(s) of guilty be accepted and the Defendant is hereby adjudicated to be guilty of:

**33523 COUNT I: HINDERING PROSECUTION IN THE FIRST DEGREE**

**33523 COUNT II: CONSPIRACY TO COMMIT HINDERING PROSECUTION IN THE FIRST DEGREE**

**IT IS FURTHER ORDERED** that sentencing shall be set at a later date, and that a pre-sentence report be prepared and submitted to the Court and the Defendant and the Defendant's attorney.

**SO ORDERED AND ADJUDGED** this the **14TH DAY OF AUGUST, 2023**.

_____
CIRCUIT COURT JUDGE

33523 COUNT I & II BRETT MORRIS MCALPIN    Page 1 of 1

**EXHIBIT 3**

BOOK 570   PAGE 527

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**                                                         **CAUSE NO. 33524 COUNT I & II**

**JEFFREY ARWOOD MIDDLETON**                                    **DEFENDANT**
**DOB: AUGUST 23, 1977**
**SSN: 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**

FILED AUG 15 2023
REBECCA N. BOYD, CIRCUIT CLERK
BY

### JUDGMENT OF CONVICTION

CAME ON THIS DAY TO BE HEARD the sworn petition of the Defendant to enter a plea of guilty to the crime(s) set forth below. Having heard and fully considered the petition and the matters presented in support of the petition, in the presence of the Defendant, the Defendant's attorney, **E. CARLOS TANNER**, and the prosecuting attorney, the Court finds that: (1) the Defendant is competent to enter a plea of guilty; (2) the plea(s) of guilty is/are freely, voluntarily, knowingly and intelligently made and entered; (3) that a factual basis exists which establishes the Defendant's guilt beyond a reasonable doubt; and, (4) the Defendant understands his/her constitutional rights and expressly waives those rights to enter his/her plea(s) of guilty; and (5) the plea(s) of guilty is/are offered pursuant to a recommendation of the State as to sentence which Defendant acknowledged the Court is not bound to accept. **IT IS, THEREFORE, ORDERED** that the Defendant's plea(s) of guilty be accepted and the Defendant is hereby adjudicated to be guilty of:

**33524 COUNT I: HINDERING PROSECUTION IN THE FIRST DEGREE**

**33524 COUNT II: CONSPIRACY TO COMMIT HINDERING PROSECUTION IN THE FIRST DEGREE**

**IT IS FURTHER ORDERED** that sentencing shall be set at a later date, and that a pre-sentence report be prepared and submitted to the Court and the Defendant and the Defendant's attorney.

**SO ORDERED AND ADJUDGED** this the **14TH DAY OF AUGUST, 2023**.

_____
**CIRCUIT COURT JUDGE**

33524 COUNT I & II
JEFFREY ARWOOD MIDDLETON                    Page 1 of 1

BOOK  570   PAGE  523

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**

**CHRISTIAN LEE DEDMON**
**DOB: OCTOBER 19, 1994**
**SSN: 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**


FILED AUG 15 2023 REBECCA N. BOYD, CIRCUIT CLERK BY

**CAUSE NO. 33525 COUNT I & II**

**DEFENDANT**

### JUDGMENT OF CONVICTION

CAME ON THIS DAY TO BE HEARD the sworn petition of the Defendant to enter a plea of guilty to the crime(s) set forth below. Having heard and fully considered the petition and the matters presented in support of the petition, in the presence of the Defendant, the Defendant's attorney, **MICHAEL V. CORY**, and the prosecuting attorney, the Court finds that: (1) the Defendant is competent to enter a plea of guilty; (2) the plea(s) of guilty is/are freely, voluntarily, knowingly and intelligently made and entered; (3) that a factual basis exists which establishes the Defendant's guilt beyond a reasonable doubt; and, (4) the Defendant understands his/her constitutional rights and expressly waives those rights to enter his/her plea(s) of guilty; and (5) the plea(s) of guilty is/are offered pursuant to a recommendation of the State as to sentence which Defendant acknowledged the Court is not bound to accept. **IT IS, THEREFORE, ORDERED** that the Defendant's plea(s) of guilty be accepted and the Defendant is hereby adjudicated to be guilty of:

**33525 COUNT I: BURGLARY/HOME INVASION**

**33525 COUNT II: CONSPIRACY TO COMMIT HINDERING PROSECUTION IN THE FIRST DEGREE**

**IT IS FURTHER ORDERED** that sentencing shall be set at a later date, and that a pre-sentence report be prepared and submitted to the Court and the Defendant and the Defendant's attorney.

**SO ORDERED AND ADJUDGED** this the **14TH DAY OF AUGUST, 2023**.

_____
**CIRCUIT COURT JUDGE**

33525 COUNT I & II CHRISTIAN LEE DEDMON     Page 1 of 1

BOOK 570   PAGE 529

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.

HUNTER THOMAS ELWARD
DOB: MAY 26, 1992
SSN: 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

CAUSE NO. 33526 COUNT I, II & III

DEFENDANT

FILED AUG 15 2023
REBECCA N. BOYD, CIRCUIT CLERK
BY

### JUDGMENT OF CONVICTION

CAME ON THIS DAY TO BE HEARD the sworn petition of the Defendant to enter a plea of guilty to the crime(s) set forth below. Having heard and fully considered the petition and the matters presented in support of the petition, in the presence of the Defendant, the Defendant's attorney, **JOE M. HOLLOMON**, and the prosecuting attorney, the Court finds that: (1) the Defendant is competent to enter a plea of guilty; (2) the plea(s) of guilty is/are freely, voluntarily, knowingly and intelligently made and entered; (3) that a factual basis exists which establishes the Defendant's guilt beyond a reasonable doubt; and, (4) the Defendant understands his/her constitutional rights and expressly waives those rights to enter his/her plea(s) of guilty; and (5) the plea(s) of guilty is/are offered pursuant to a recommendation of the State as to sentence which Defendant acknowledged the Court is not bound to accept. **IT IS, THEREFORE, ORDERED** that the Defendant's plea(s) of guilty be accepted and the Defendant is hereby adjudicated to be guilty of:

**33526 COUNT I: AGGRAVATED ASSAULT**

**33526 COUNT II: BURGLARY/HOME INVASION**

**33526 COUNT III: CONSPIRACY TO COMMIT HINDERING PROSECUTION IN THE FIRST DEGREE**

**IT IS FURTHER ORDERED** that sentencing shall be set at a later date, and that a pre-sentence report be prepared and submitted to the Court and the Defendant and the Defendant's attorney.

**SO ORDERED AND ADJUDGED** this the 14TH DAY OF AUGUST, 2023.

_____
CIRCUIT COURT JUDGE

33526 COUNT I, II & III
HUNTER THOMAS ELWARD

Page 1 of 1

BOOK 570   PAGE 531

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**

**DANIEL READY OPDYKE**
**DOB: DECEMBER 1, 1995**
**SSN: 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**



FILED AUG 15 2023
REBECCA N. BOYD, CIRCUIT CLERK
BY KH

**CAUSE NO. 33527 COUNT I & II**

**DEFENDANT**

### JUDGMENT OF CONVICTION

CAME ON THIS DAY TO BE HEARD the sworn petition of the Defendant to enter a plea of guilty to the crime(s) set forth below. Having heard and fully considered the petition and the matters presented in support of the petition, in the presence of the Defendant, the Defendant's attorney, **JEFFREY P. REYNOLDS AND JASON M. KIRSCHBERG**, and the prosecuting attorney, the Court finds that: (1) the Defendant is competent to enter a plea of guilty; (2) the plea(s) of guilty is/are freely, voluntarily, knowingly and intelligently made and entered; (3) that a factual basis exists which establishes the Defendant's guilt beyond a reasonable doubt; and, (4) the Defendant understands his/her constitutional rights and expressly waives those rights to enter his/her plea(s) of guilty; and (5) the plea(s) of guilty is/are offered pursuant to a recommendation of the State as to sentence which Defendant acknowledged the Court is not bound to accept. **IT IS, THEREFORE, ORDERED** that the Defendant's plea(s) of guilty be accepted and the Defendant is hereby adjudicated to be guilty of:

**33527 COUNT I: HINDERING PROSECUTION IN THE FIRST DEGREE**

**33527 COUNT II: CONSPIRACY TO COMMIT HINDERING PROSECUTION IN THE FIRST DEGREE**

**IT IS FURTHER ORDERED** that sentencing shall be set at a later date, and that a pre-sentence report be prepared and submitted to the Court and the Defendant and the Defendant's attorney.

**SO ORDERED AND ADJUDGED** this the 14TH **DAY OF AUGUST, 2023.**

_____
**CIRCUIT COURT JUDGE**