



EXHIBIT

E

EXHIBIT 5



