UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **MICHAEL COREY JENKINS,** ) <br> ) <br> **EDDIE TERRELL PARKER** ) <br> ) <br> **PLAINTIFFS,** ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **RANKIN COUNTY, MISSISSIPPI, et. al.** ) <br> ) <br> ) <br> **DEFENDANTS,** | **CASE NO.** 3:23-cv-374-DPJ-FKB <br><br> **NEXT EVENT**: Settlement Conference October 30, 2023 |

### CONSENT MOTION TO EXTEND TIME TO SERVE PROCESS

Comes now, MICHAEL COREY JENKINS and EDDIE TERRELL PARKER, Mississippi, by way of counsel, pursuant to F.R.C.P Rule 4(m), with consent of opposing counsel, hereby moves the court to extend the time to serve the summons and complaint in this matter upon defendants Hunter Elward, Brett Mcalpin and Christian Dedmon. Plaintiff's request is based upon good cause. A settlement conference is scheduled in this matter before the Court for October 30, 2023. If this matter is resolved there will be no need for service upon these defendants. In addition, the named defendants yet-to-be-served are all in federal custody and unavailable to be served until they appear in Court for sentencing on November 14-16, 2023 in U.S. District Court in Jackson, Mississippi.

Currently, the time for service for the three named individual defendants is set at October

1

22, 2023.

Plaintiff is requesting until 11/22/23 to complete service upon defendants Elward, McAlpin and Dedmon.

Respectfully submitted on 10/16/ 2023 by:

 /s/  MALIK SHABAZZ  ESQ /S/
**MALIK SHABAZZ, Esq.**
The   Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
6305 Ivy Lane,
Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


  /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi
39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

## **CERTIFICATE OF SERVICE**

I, Malik Shabazz, co-counsel for Plaintiff, do hereby certify that I have this day Electronic filed the above and foregoing **Motion to Extend Time to Serve Summons** with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record. **So certified**, this the 17th day of October, 2023.

/s/Malik Shabazz/s/

## **ORDER**

Upon consideration of PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO SERVE SUMMONS upon defendants Elward, Dedmon, Mcalpin, the Honorable Court, having considered all arguments, having found good cause, hereby ORDERS Plaintiff's Motion as **GRANTED** by the Court on this ____ day of _____ 2023,

**It is hereby ORDERED** the new Scheduling Order is as follows:

The deadline to serve the summons and complaint in this matter is extended until November 22, 2023.

      Signed

      _____
      U.S. DISTRICT COURT JUDGE
      HON. KEITH BALL