**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MICHAEL CORY JENKINS and**                                          **PLAINTIFFS**
**EDDIE TERRELL PARKER**

**v.**                                          **CIVIL ACTION NO.: 3:23-cv-00374**

**RANKIN COUNTY, MISSISSIPPI, et al.**                          **DEFENDANTS**

_____

**NOTICE OF SERVICE OF ORDER WITHDRAWING
COUNSEL FOR DANIEL OPDYKE**
_____

I, Jeffery P. Reynolds, do certify that, on October 5, 2023, I caused to be served on Daniel

Opdyke a copy of my Motion to Withdraw as counsel of record in the above-captioned case.

I further certify that, on October 26, 2023, I caused a copy of the Court's October 4, 2023

Order [10] allowing my withdrawal to be served on Daniel Opdyke, via certified mail, return

receipt requested. Both letters were sent to Mr. Opdyke at his current place of incarceration, which

is nonpublic information.

SO CERTIFIED, this 26th day of October 2023.

                                   _s/ Jeffery P. Reynolds_____
                                   Jeffery P. Reynolds (MBN 5305)
                                   Jason M. Kirschberg (MBN 104860)
                                   REYNOLDS | KIRSCHBERG
                                   P.O. Box 24597
                                   Jackson, Mississippi 39225
                                   Tel: (601) 355-7773
                                   Fax: (601) 355-6364
                                   jeff@rklitigators.com
                                   jason@rklitigators.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffery P. Reynolds, certify that on this day the above and foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

I further certify that, on this day, I have sent a copy of this notice, via certified mail, return receipt requested, to Daniel Opdyke at his current place of incarceration, which location is nonpublic information.

So certified: October 26, 2023.

*s/ Jeffery P. Reynolds*

Jeffery P. Reynolds
