IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**                                                              **PLAINTIFFS**

**v.**                                                                                    **CAUSE NO. 3:23cv374-DPJ-FKB**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                          **DEFENDANTS**

**SUPPLEMENTAL MOTION FOR JUDGMENT ON THE PLEADINGS**

**NOW COMES** Defendant, Rankin County, Mississippi, by and through counsel, and moves for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) by stating as follows:

Based on the legal precedent and analysis in its accompanying Memorandum of Authorities, Rankin County is entitled to immunity from Plaintiffs' state law claims pursuant to Miss. Code Ann. § 11-46-9(1)(d) & (g).

**WHEREFORE, PREMISES CONSIDERED,** Rankin County prays that this Court grant its instant Motion and dismisses Plaintiffs' state law claims against it.

**RESPECTFULLY SUBMITTED,** this 27th day of October, 2023.

                                                **RANKIN COUNTY, MISSISSIPPI - Defendant**

                                                **BY:**    */s/ Jason E. Dare*
                                                             **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi 39236-4028
Telephone:   (601) 987-5307
Facsimile:    (601) 987-5307