U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>MICHAEL JENNKINS AND EDDIE PARKER | COURT CASE NUMBER<br>3:23-cv-374-DPJ-FKB |
| DEFENDANT<br>HUNTER ELWARD, CHRISTIAN DEDMAN, BRETT MCALPINE | TYPE OF PROCESS<br>Service of Summons/ Complaint |

RECEIVED NOV - 1 2023 United States Marshal Southern District of Mississippi

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
above named defendants are in custody of U.S. Marshalls in the U.S. Southernn District

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Malik Shabazz Esq. c/o Trent Walker Esq. 5255 Keele St Suite A Jackson Mississippi 39206
email: attorney.shabazz@yahoo.com

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Defendants, former Rankin County depities, HUNTER ELWARD, CHRISTIAN DEDMAN, BRETT MCALPINE, are in custody of U.S.Marshalls pursuant to U.S. Criminal Case 3:23-cr-00062-TSL-LGI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 07 2023
BY ARTHUR JOHNSTON____ DEPUTY

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
*malik shabazz*
TELEPHONE NUMBER: 202-336-9064
DATE: 10/30/2023

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 43
District to Serve No.: 43
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 11/3/23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Brett McAlpine
Address (complete only if different than shown above): Forrest Co. Jail, Hattiesburg, MS.
Date: 11-3-23
Time: 3:45 ☑ pm
Signature of U.S. Marshal or Deputy: [signature] 4331

Costs shown on attached USMS Cost Sheet >>

REMARKS:
The process was emailed to Major Henderson, Jail Administraton and he informed me that it had been served on inmate McAlpine. [signature]

$65.00 Service Fee
0 mileage

Form USM-285
Rev. 03/21