**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** MICHAEL JENNKINS AND EDDIE PARKER | **COURT CASE NUMBER** 3:23-cv-374-DPJ-FKB |
| **DEFENDANT** HUNTER ELWARD, CHRISTIAN DEDMAN, BRETT MCALPINE | **TYPE OF PROCESS** Service of Summons/ Complaint |

RECEIVED NOV -1 2023 United States Marshal Southern District of Mississippi

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
above named defendants are in custody of U.S. Marshalls in the U.S. Southernn District
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Malik Shabazz Esq. c/o Trent Walker Esq. 5255 Keele St Suite A Jackson Mississippi 39206
email: attorney.shabazz@yahoo.com

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Defendants, former Rankin County depities, HUNTER ELWARD, CHRISTIAN DEDMAN, BRETT MCALPINE are in custody of U.S. Marshalls pursuant to U.S. Criminal Case 3:23-cr-00062-TSL-LGI

SOUTHERN DISTRICT OF MISSISSIPPI FILED NOV 08 2023 ARTHUR JOHNSTON DEPUTY

Signature of Attorney other Originator requesting service on behalf of: *malik shabazz*  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 202-336-9064
DATE: 10/30/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 43
District to Serve No. 43
Signature of Authorized USMS Deputy or Clerk
Date: 11/3/23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Hunter Elward
Date: 11/7/23  Time: 11:57  ☑ am  ☐ pm
Address (complete only different than shown above): Pearl River G. Jail Poplarville, MS
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
-Summons was provided to Lt. Rod Parker of Pearl River County Jail. Lt. Parker advised that the individual has been served the summons.

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MICHAEL C. JENKINS ) <br> ) <br> EDDIE T. PARKER ) <br> ) <br> Plaintiff(s) ) <br> v. ) <br> ) <br> RANKIN COUNTY; SHERIFF BRYAN BAILEY; ) <br> DEPUTY HUNTER ELWARD ) <br> DEPUTY BRETT MC'ALPIN ) <br> DEPUTY CHRISTIAN DEDMON Et. Al. ) <br> Defendant(s) ) | Civil Action No. 3:23-cv-374-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEPUTY HUNTER T. ELWARD
1750 CLEARY RD, FLORENCE, MS 39073-9288 (RANKIN COUNTY)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane Greenbelt, MD 20770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date:  JUL 18 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-374-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DK Hunter Elward
was received by me on *(date)* 11/6/23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/7/2023

Server's signature

D. Kendrick - DUSM
Printed name and title

2012 15th St. Gulfport, MS 39501
Server's address

Additional information regarding attempted service, etc:

Summons was provided to Lt. Rod Parker at Pearl River Jail. Lt. Rod Parker advised DUSM D. Kendrick that the individual was served.