**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED NOV -1 2023
United States Marshal
Southern District of Mississippi

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL JENNKINS AND EDDIE PARKER | 3:23-cv-374-DPJ-FKB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HUNTER ELWARD, CHRISTIAN DEDMAN, BRETT MCALPINE | Service of Summons/ Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
above named defendants are in custody of U.S. Marshalls in the U.S. Southemn District
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Malik Shabazz Esq. c/o Trent Walker Esq. 5255 Keele St Suite A Jackson Mississippi 39206
email: attorney.shabazz@yahoo.com

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Defendants, former Rankin County depities, HUNTER ELWARD, CHRISTIAN DEDMAN, BRETT MCALPINE are in custody of U.S.Marshalls pursuant to U.S. Criminal Case 3:23-cr-00062-TSL-LGI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 08 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
*malik shabazz*

TELEPHONE NUMBER: 202-336-9064
DATE: 10/30/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 43
District to Serve No. 43
Signature of Authorized USMS Deputy or Clerk
Date: 11/3/23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Christian Dedmon

Address (complete only different than shown above):
Harrison Co. Jail
Gulfport, MS

Date: 11/7/23   Time: 12:12 ☐ am ☑ pm
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

-Summons was provided to jail staff at Harrison County Jail. Jail Management staff advised DUSM Kendrick that the addressed Individual was served the summons.

Form USM-285
Rev. 03/21

Case 3:23-cv-00374-DPJ-FKB   Dot 3   Filed 07/18/23   Page 1 of 4

AO 440 (Rev. 06-12) Summons in a Civil Action

11-7-23 (1045)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| MICHAEL C. JENKINS<br><br>EDDIE T. PARKER<br><br>*Plaintiff(s)*<br>v.<br><br>RANKIN COUNTY; SHERIFF BRYAN BAILEY<br>DEPUTY HUNTER ELWARD<br>DEPUTY BRETT MC'ALPIN<br>DEPUTY CHRISTIAN DEDMON Et. Al.<br>*Defendant(s)* | Civil Action No. 3:23-cv-374-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHRISTIAN DEDMON
117 SANDIFER DR, PEARL MS 39208-8703 (RANKIN COUNTY)

IN JAIL
H.C.A.D.C

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane Greenbelt, MD 20770

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUL 18 2023

Signature

RECEIVED
Harrison County Sheriff
Troy Peterson, Sheriff

NOV 0 6 2023

By _____ DS

1-2023-80631

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-374-DPJ-FKB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christian Dedmon
was received by me on *(date)* Nov 6, 23

☒ I personally served the summons on the individual at *(place)* Harrison Co. Jail
Christian Dedmon                    on *(date)* 11-7-23              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ : or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11-7-23

*Leroy Ladner 387*
Server's signature

Leroy Ladner - Deputy
Printed name and title

PO Box 1480 Gpt. MS 39501
Server's address

Additional information regarding attempted service, etc: