IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL COREY JENKINS, *et al.***                                         **PLAINTIFFS**

    **v.**                                **Civil Action No. 3:23-cv-374-DPJ-FKB**

**RANKIN COUNTY, MISSISSIPPI, *et al.*,**                        **DEFENDANTS**

:

**MOTION FOR EXTENSION OF TIME TO RESPOND TO [18] THE DEFENDANT'S SUPPLEMENTAL MOTION FOR JUDGMENT ON THE PLEADINGS**

     **COME NOW** the Plaintiffs, by and through undersigned counsel, and files this Motion for an Extension of Time to Respond to the Motion for Judgment on the Pleadings and in support of which would show unto the Court as follows:

     Counsel for the Plaintiff has been subject to a busy litigation schedule including the preparation for a trial in the upcoming weeks. Additionally, undersigned counsel has recently returned from out of the country and has not had an adequate opportunity to analyze the contents of the Supplemental Motion for Judgement on the Pleadings and to address the validity of the averments therein.

     As a result, the Plaintiffs request an additional seven (7) days in which to file a response to the Defendant's Motion. Prior to filing this Motion, Plaintiff's Counsel did attempt to confer with counsel for the Defendants.

**RESPECTFULLY SUBMITTED, THIS THE 10TH DAY OF NOVEMBER, 2023.**

                                                        __/s/ TRENT L. WALKER_____
                                       **BY: TRENT L. WALKER, MSB#10475**
                                           **ATTORNEY FOR PLAINTIFF**

**OF COUNSEL:**
**TRENT WALKER, COUNSELOR AT LAW, PLLC**
**5255 KEELE STREET, SUITE A**
**JACKSON, MISSISSIPPI 39206**
**601-321-9540 PHONE**
**601-398-3918 FACSIMILE**
[Trent@Trentwalkerlaw.com](mailto:Trent@Trentwalkerlaw.com) **EMAIL**

## CERTIFICATE OF SERVICE

I, Trent Walker, attorney for the Plaintiff do hereby certify that I have served a copy of the foregoing document via the CM/ECF filing system on all counsel of record.

                                                        __/s/ TRENT L. WALKER_____
                                       **BY: TRENT L. WALKER**
                                           **ATTORNEY FOR PLAINTIFF**