# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**                                                    **PLAINTIFFS**

**v.**                                                              **CAUSE NO. 3:23cv374-DPJ-FKB**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                               **DEFENDANTS**

## REPLY TO PLAINTIFFS' [23] RESPONSE TO
## [18] SUPPLEMENTAL MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW COMES** Defendant, Rankin County, Mississippi, by and through counsel, and in support of its [18] Supplemental Motion for Judgment on the Pleadings, states as follows:

Rankin County's [18] Supplemental Motion for Judgment on the Pleadings seeks dismissal of any and all state law MTCA claims against it related to the hiring, training, and/or supervision of personnel at the Rankin County Sheriff's Department as barred by MISS. CODE ANN. § 11-46-9(1)(d) & (g). In response, Plaintiffs concede that their "complaint makes no such claim for relief under the MTCA." [23] Response, pg. 1. Further, "Plaintiffs readily concede that no such liability can exist under the MTCA for those discretionary functions." *Id.*

Because Rankin County's [18] Supplemental Motion relates solely to state law MTCA claims and not federal § 1983 claims, and because of Plaintiffs' foregoing concessions, the [18] Supplemental Motion should be granted for the reasons stated therein.

**RESPECTFULLY SUBMITTED,** this 17th day of November, 2023.

                                                  **RANKIN COUNTY, MISSISSIPPI - DEFENDANT**

                                                **BY:**   */s/ Jason E. Dare*
                                                        **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:	(601) 987-5307
Facsimile:	(601) 987-5307