IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS and
EDDIE TERRELL PARKER                                                                         PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 3:23-cv-374-DPJ-FKB

RANKIN COUNTY, MISSISSIPPI, et al.                                              DEFENDANTS

### ORDER

On October 4, 2023, the Court entered an order ("Order") allowing the withdrawal of counsel for Defendant Daniel Opdyke.  *See* [10].   The Order required Defendant Opdyke to notify the Court, in writing, on or before November 3, 2023, of his election to either employ private counsel or to proceed *pro se*.  *Id*.  Defendant failed to meet the deadline.  Therefore, the Court assumes Defendant Opdyke is proceeding *pro se*.  If Defendant Opdyke intends to retain new counsel, his new counsel must file an entry of appearance as soon as possible.

SO ORDERED, this the 30th day of November, 2023.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE