UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS and                                                              PLAINTIFFS
EDDIE TERRELL PARKER
V.                                                                CIVIL ACTION NO. 3:23-CV-374-DPJ-FKB

RANKIN COUNTY, MISSISSIPPI                                                             DEFENDANTS
et al.

ORDER

Defendants Rankin County and Sheriff Bryan Bailey ("Defendants") moved for judgment on the pleadings [12] and added a supplement to that motion [18]. After the motion and supplement were fully briefed, Plaintiffs obtained leave to file their Amended Complaint and did so on November 21 [28]. The Amended Complaint does not expressly adopt or incorporate the original Complaint [1], which is thus superseded and of no legal effect, rendering the pending motions moot. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017), *as revised* (June 8, 2017) (citing *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).

The Court denies the motions for judgment on the pleadings [12, 18] without prejudice to Defendants' being able to file an appropriate Rule 12 motion as to the Amended Complaint should they so choose. The Court also denies as moot Plaintiffs' unresolved motion for extension of time to respond [22].

**SO ORDERED AND ADJUDGED** this the 1st day of December, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE