IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS and
EDDIE TERRELL PARKER                                                                    PLAINTIFFS

VS.                                                         CIVIL ACTION NO. 3:23-cv-374-DPJ-FKB

RANKIN COUNTY, MISSISSIPPI, et al.                                                    DEFENDANTS

## ORDER

A review of the record indicates that Defendant Daniel Opdyke has never been served with process in this case.  Accordingly, the Court orders Plaintiffs to effectuate service on Defendant Daniel Opdyke by December 19, 2023.

SO ORDERED, this the 5th day of December, 2023.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE

1