AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| MICHAEL C. JENKINS | ) |
| | ) |
| EDDIE T. PARKER | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 3:23-cv-374-DPJ-FKB |
| | ) |
| RANKIN COUNTY; SHERIFF BRYAN BAILEY; Et. Al. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

DANIEL OPDYKE
c/o U.S. Marshalls
Thad Cochran United States Courthouse 501 East Court Street, Suite 1.150
Jackson, MS 39201-5038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane #608 Greenbelt MD 20906

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date:    DEC – 7 2023

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| MICHAEL C. JENKINS ) | |
| ) | |
| EDDIE T. PARKER ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.  3:23-cv-374-DPJ-FKB |
| ) | |
| RANKIN COUNTY; SHERIFF BRYAN BAILEY; ) | |
| Et. Al. ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> JEFFREY MIDDLETON
> c/o U.S. Marshalls
> Thad Cochran United States Courthouse 501 East Court Street, Suite 1.150
> Jackson, MS 39201-5038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane #608 Greenbelt MD 20906

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   DEC – 7 2023

ARTHUR JOHNSTON
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| MICHAEL C. JENKINS | ) | |
| | ) | |
| EDDIE T. PARKER | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:23-cv-374-DPJ-FKB |
| | ) | |
| RANKIN COUNTY; SHERIFF BRYAN BAILEY; | ) | |
| Et. Al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITY OF RICHLAND
C/o City Clerk:
Karen Jackson
380 Scarbrough St`P.O. Box 180609 Richland, MS 39218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane #608 Greenbelt MD 20906

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date:  DEC – 7 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| MICHAEL C. JENKINS | ) |
| | ) |
| EDDIE T. PARKER | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| RANKIN COUNTY; SHERIFF BRYAN BAILEY; | ) |
| Et. Al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:23-cv-374-DPJ-FKB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOSHUA HARTFIELD
c/o U.S. Marshalls
Thad Cochran United States Courthouse 501 East Court Street, Suite 1.150
Jackson, MS 39201-5038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane #608 Greenbelt MD 20906

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date:   DEC – 7 2023

*Signature of Clerk or Deputy Clerk*