| U.S. Department of Justice<br>United States Marshals Service | RECEIVED | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>MICHAEL JENKINS AND EDDIE PARKER | COURT CASE NUMBER<br>3:23-CV-374-DPJ-FKB |
|---|---|
| DEFENDANT<br>DANIEL OPDYKE, JOSHUA HARTFIELD, JEFFREY MIDDLETON | TYPE OF PROCESS<br>Service of Summons Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Daniel Opdyke; Joshua Hartfield; Jeffrey Middleton are in custody of U.S. Marshalls in Southern District

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Malik Shabazz Esq. c/o Trent Walker Esq. 5255 Keele St Suite A Jackson Mississippi 39206
email: attorney.shabazz@yahoo.com

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | x |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 13 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Defendants, Daniel Opdyke; Joshua Hartfield; Jeffrey Middleton former Rankin County depities, are in custody U.S.Marshalls pursuant to U.S. Criminal Case 3:23-cr-00062-TSL-LGI

| Signature of Attorney other Originator requesting service on behalf of: *malik shabazz* | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>301-513-5445 | DATE<br>12/7/2023 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 043 | District to Serve<br>No. 043 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/8/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>12/12/23 | Time<br>17:00 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address (complete only if different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

- Summons was sent to Pearl River County Jail's Records Dept. ~~Deputy~~ Major Flowers served Jeffrey Middleton.

Form USM-285
Rev. 03-21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jefferey A. Middleton
was received by me on *(date)* 12/12/2023.

☒ I personally served the summons on the individual at *(place)* Pearl River Co. Jail
Dec. 12 on *(date)* 2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/12/23

Major Julie Flowers
*Server's signature*

Julie C. Flowers
*Printed name and title*

200 S. Main St. Poplarville, MS 39470
*Server's address*

Additional information regarding attempted service, etc:

| U.S. Department of Justice<br>United States Marshals Service | | | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|---|---|---|
| PLAINTIFF<br>MICHAEL JENKINS AND EDDIE PARKER | | | | COURT CASE NUMBER<br>3:23-CV-374-DPJ-FKB | |
| DEFENDANT<br>DANIEL OPDYKE, JOSHUA HARTFIELD, JEFFREY MIDDLETON | | | | TYPE OF PROCESS<br>Service of Summons Complaint | |

RECEIVED — United States Marshal Southern District of Mississippi

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Daniel Opdyke; Joshua Hartfield; Jeffrey Middleton are in custody of U.S. Marshalls in Southern District
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Malik Shabazz Esq. c/o Trent Walker Esq. 5255 Keele St Suite A Jackson Mississippi 39206
email: attorney.shabazz@yahoo.com

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Defendants, Daniel Opdyke; Joshua Hartfield; Jeffrey Middleton former Rankin County deputies, are in custody of U.S.Marshalls pursuant to U.S. Criminal Case 3:23-cr-00062-TSL-LGI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 13 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
*malik shabazz*
TELEPHONE NUMBER: 301-513-5445
DATE: 12/7/2023

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 043 | District to Serve<br>No. 043 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/8/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>12/12/23 | Time<br>16:20 | ☐ am ☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

— Summons was sent Harrison County Jail Records Dept. Where Deputy Vicky McDonell served Mr. Daniel Opdyke.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DANIEL READY OPDYKE**
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* **HARRISON COUNTY ADULT DETENTION CENTER, GULFPORT MS** on *(date)* **12-12-23** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12-12-23**

*Vicky L McDonnell*
*Server's signature*

**Vicky L McDonnell - Inmate Records**
*Printed name and title*

**10451 LARKIN SMITH DR GULFPORT MS 39503**
*Server's address*

Additional information regarding attempted service, etc: