IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL COREY JENKINS AND EDDIE TERRELL PARKER**                       **PLAINTIFFS**

**VS.**                             **CIVIL ACTION NO.: 3:23-cv-00374-DPJ-FKB**

**RANKIN COUNTY, MISSISSIPPI, ET AL.**                             **DEFENDANTS**

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant City of Richland, Mississippi ("the City") requests a 30-day extension until February 1, 2024, to answer or otherwise respond to Plaintiffs' Amended Complaint:

1. Plaintiffs filed this lawsuit on June 12, 2023. *See* Doc. No. 1.

2. Plaintiffs filed an Amended Complaint on November 21, 2023, naming the City as a Defendant. *See* Doc. No. 28.

3. Summons was issued to the City on December 7, 2023. *See* Doc. No. 33.

3. It is undersigned counsel's understanding that the City was served with process on December 12, 2023.

4. Accordingly, the City's responsive pleading is currently due on January 2, 2024.

3. Due to additional obligations and time constraints, the City needs additional time to fully investigate the allegations contained in the Amended Complaint. The City therefore requests an additional 30 days from January 2, 2024, to file a responsive pleading. If granted, the responsive pleading for the City would be due on or before February 1, 2024.

4. Plaintiffs' counsel was contacted and does not oppose the requested extension of time.

PD.43980796.1

5.      Given the nature of this request, the City asks that any requirement of a separate memorandum in support be waived.

For these reasons, the City requests until February 1, 2024, to answer or otherwise respond to the Complaint.

Dated: December 19, 2023.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:   */s/ Mallory K. Bland*
        G. Todd Butler MS Bar No. #102907
        Mallory K. Bland, MB #105665
        4270 I-55 North
        Jackson, Mississippi 39211-6391
        Post Office Box 16114
        Jackson, Mississippi 39236-6114
        Telephone: 601-352-2300
        Telecopier: 601-360-9777
        Email: todd.butler@phelps.com
              mallory.bland@phelps.com

## CERTIFICATE OF SERVICE

      I certify that, on December 19, 2023, I electronically filed this motion with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Mallory K. Bland*
Mallory K. Bland
