AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi
Northern Division

| | |
|---|---|
| MICHAEL COREY JENKINS AND EDDIE TERRELL PARKER ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:23-CV-00374-DPJ-FKB |
| ) | |
| RANKIN COUNTY, MISSISSIPPI, ET AL.. ) | |
| *Defendants* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, City of Richland, Mississippi

Date:   12/19/2023

/s/ G. Todd Butler

*Attorney's Signature*

G. TODD BUTLER, MB #102907

*Printed name and bar number*

4270 I-55 North
Jackson, Mississippi 39211-6391

*Address*

todd.butler@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

(601) 360-9777

*FAX number*

PD.43981501.1

## CERTIFICATE OF SERVICE

I, certify that, on December 19, 2023, I electronically filed the above and foregoing *NOTICE OF ENTRY OF APPEARANCE OF COUNSEL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ G. Todd Butler*
G. TODD BUTLER

PD.43981501.1