UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

| | |
|---|---|
| MICHAEL COREY JENKINS, ) | |
| ) | |
| EDDIE TERRELL PARKER ) | |
| ) | |
|    PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO |
| ) | |
| ) | 3:23-cv-374-DPJ-FKB |
| RANKIN COUNTY, MISSISSIPPI ) | |
| ) | |
| RANKIN CO. SHERIFF BRYAN BAILEY ) | |
| ) | |
|    Individually, and in his official capacity ) | |
| ) | |
| RANKIN CO. DEPUTY HUNTER ELWARD ) | |
| ) | |
|    Individually, and in his official capacity ) | |
| ) | |
| RANKIN CO. DEPUTY BRETT MC'ALPIN ) | |
| ) | |
|    Individually, and in his official capacity ) | |
| ) | |
| RANKIN CO. DEPUTY CHRISTIAN DEDMON ) | |
| ) | |
|    Individually, and in his official capacity ) | |
| ) | |
| ) | |
| JOHN DOE DEPUTIES 1-3 ) | |
| ) | |
| Individually, and in their official capacity ) | |

   DEFENDANTS,

# CONSENT MOTION TO EXTEND TIME TO RESPONSE TO RANKIN COUNTY'S MOTION TO DISMISS [DOC. 36]

Comes now, MICHAEL COREY JENKINS and EDDIE TERRELL PARKER, Mississippi, by way of counsel, with consent of opposing counsel, pursuant to F.R.C.P 6(b)(1)(A), and hereby moves The Court to extend the time to respond to Rankin County's Motion to Dismiss on the Pleadings [Do. 36] filed on 12/13/23. The response time to defendant's motion is 12/27/23.

Plaintiff's request it timely and is based upon good cause. Due to the holiday period in which the response deadline falls upon, travel by Plaintiff and other litigation preparation obligations, a seven-day extension is requested. Plaintiff's Motion is not prejudicial to defendant nor the cause of any undue delay in these trial proceedings. The decision to grant plaintiff's request is within the discretionary power of The Court.

Plaintiff, with consent, requests an additional seven (7) days to extend the time to respond to defendant's Motion to Dismiss [Doc. 37] until the date of January 4, 2023.

Respectfully submitted on 12/27/ 2023 by:

 */s/*  MALIK SHABAZZ  ESQ /S/
**MALIK SHABAZZ, Esq.**
The   Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
6305 Ivy Lane,
Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

  /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi
39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

# **ORDER**

Upon consideration of PLAINTIFF'S, CONSENT MOTION TO EXTEND RESPONSE TIME to defendant's Motion to Dismiss [Doc. 36] until the date of January 4, 2024.

The Honorable Court, having considered all arguments, having found good cause, hereby ORDERS Plaintiff's Motion as **GRANTED** by the Court on this _____ day of _____ 2023,

**It is hereby ORDERED** the new Scheduling Order is as follows:

The deadline for plaintiff to file responsive pleading is due 1/04/24

Signed,

_____
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Malik Shabazz, co-counsel for Plaintiff, do hereby certify that I have this day Electronic filed the above and foregoing **Motion to Extend Response Time** with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record. So certified, this the 27th day of December, 2023.

/s/Malik Shabazz/s/