12/12/2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

|  |  |
|---|---|
| MICHAEL C. JENKINS<br><br>EDDIE T. PARKER<br>─────────────<br>*Plaintiff(s)*<br>v.<br>RANKIN COUNTY; SHERIFF BRYAN BAILEY;<br>Et. Al.<br>─────────────<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)  Civil Action No.  3:23-cv-374-DPJ-FKB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JEFFREY MIDDLETON
c/o U.S. Marshalls
Thad Cochran United States Courthouse 501 East Court Street, Suite 1.150
Jackson, MS 39201-5038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane #608 Greenbelt MD 20906

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date:    DEC - 7 2023

*Signature of Clerk or Deputy Clerk*

