# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**　　　　　　　　　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　　　　　　　　　　**CAUSE NO. 3:23cv374-DPJ-FKB**

**RANKIN COUNTY, MISSISSIPPI, et al.**　　　　　　　　　　　　　　**DEFENDANTS**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, Rankin County, Mississippi and Sheriff Bryan Bailey, by and through counsel, file their Unopposed Motion for Extension of Time in which to file their Reply Brief in support of their Renewed Motion for Judgment on the Pleadings Premised, in Part, on Qualified Immunity [Doc. 35], and would show the Court as follows:

1. On December 13, 2023, these Defendants filed their Renewed Motion for Judgment on the Pleadings Premised, in Part, on Qualified Immunity [Doc. 35].

2. On January 4, 2024, Plaintiffs filed their Memorandum of Points and Authorities in Opposition to Defendants' Renewed Motion [Doc. 43].

3. These Defendants' Reply Brief to the Renewed Motion is currently due on January 11, 2024.

4. Due to an unexpected family emergency of their counsel, these Defendants respectfully request an additional seven (7) days, or through January 18, 2024, in which their Reply Brief.

5. Plaintiffs' counsel have been contacted and will not oppose the requested extension.

6.      This extension of time is not requested to delay these proceedings and the extension of time, if granted, would not prejudice any of the parties.

**WHEREFORE, PREMISES CONSIDERED,** Rankin County and Sheriff Bailey respectfully request an extension of time through **January 18, 2024**, in which to file their Reply Brief in support of their Renewed Motion for Judgment on the Pleadings Premised, in Part, on Qualified Immunity [Doc. 35].

**RESPECTFULLY SUBMITTED,** this 11th day of January, 2024.

                **RANKIN COUNTY & SHERIFF BRYAN BAILEY -**
                **DEFENDANTS**

                **BY:**    /s/ Jason E. Dare
                            **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:    (601) 987-5307