# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL COREY JENKINS**, *et al.* | : |
| | : |
| **Plaintiffs,** | : |
| | :   Civil Action No. |
| v. | : 3:23-cv-374-DPJ-FKB |
| | : |
| | : |
| **RANKIN COUNTY, MISSISSIPPI**, *et al.*, : | |
| | : |
| **Defendants.** | : |

## PLAINTIFFS' OPPOSITION TO DEFENDANT JEFFREY MIDDLETON'S MOTION TO DISMISS FOR INSUFFICENCY OF PROCESS

Come now the plaintiffs, by and through counsel, and hereby submit their Opposition to defendant Jeffrey Middleton's Motion to Dismiss for Insufficiency of Service of Process. Plaintiff certifies that defendant Middleton was properly served, in accordance to F.R.C.P. 4 (c)(1), both the summons and the amended complaint in this case on the date of 1/8/24. Proof of service was filed with this court on 1/9/24.  Attached is Exhibit 1 (proof of service).

Therefore, Plaintiff submits that defendant's motion is moot and should be denied.

Respectfully submitted on 1/16/ 2024 by:

 */s/*  MALIK SHABAZZ  ESQ */s/*
**MALIK SHABAZZ, Esq.**
The   Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
6305 Ivy Lane,
Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

1

  /s/ TRENT WALKER ESQ /s/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi
39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540