AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MICHAEL C. JENKINS <br><br> EDDIE T. PARKER <br><br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY; SHERIFF BRYAN BAILEY; Et. Al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:23-cv-374-DPJ-FKB ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JEFFREY MIDDLETON
c/o U.S. Marshalls
Thad Cochran United States Courthouse 501 East Court Street, Suite 1.150
Jackson, MS 39201-5038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Trent Walker, Esq. 5255 Keele Street Suite A, Jackson, MS 39206
Malik Shabazz, Esq. 6305 Ivy Lane #608 Greenbelt MD 20906

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: DEC - 7 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey Middleton
was received by me on *(date)* 1/8/2023 .

☒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey Middleton, who is designated by law to accept service of process on behalf of *(name of organization)* Pearl River Co. Jail on *(date)* 1/8/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/8/2023

_____
Server's signature

Major Julie Flowers
Printed name and title

200 S. Main St. Poplarville, MS 39470
Server's address

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
United States Marshal
Southern District of Mississippi

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL JENKINS AND EDDIE PARKER | 3:23-CV-374-DPJ-FKB |
| DEFENDANT | TYPE OF PROCESS |
| DANIEL OPDYKE, JOSHUA HARTFIELD, JEFFREY MIDDLETON | Service of Summons Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Daniel Opdyke; Joshua Hartfield; Jeffrey Middleton are in custody of U.S. Marshalls in Southern District
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Malik Shabazz Esq. c/o Trent Walker Esq. 5255 Keele St Suite A Jackson Mississippi 39206
email: attorney.shabazz@yahoo.com

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Defendants, Daniel Opdyke; Joshua Hartfield; Jeffrey Middleton former Rankin County deputies, are in custody of U.S.Marshalls pursuant to U.S. Criminal Case 3:23-cr-00062-TSL-LGI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN - 9 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

Signature of Attorney other Originator requesting service on behalf of:
*malik shabazz*
☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 301-513-5445
DATE: 12/7/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 043 | District to Serve No. 043 | Signature of Authorized USMS Deputy or Clerk | Date 12/8/23 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date 12/12/23  Time 17:00 ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

- Summons was sent to Pearl River County Jail's Records Dept. Major Flowers served Jeffrey Middleton.

Form USM-285
Rev. 03/21