# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS AND EDDIE TERRELL PARKER**                                                    **PLAINTIFFS**

**VS.**                                                  **CIVIL ACTION NO.: 3:23-cv-00374-DPJ-FKB**

**RANKIN COUNTY, MISSISSIPPI, ET AL.**                                              **DEFENDANTS**

## THE CITY OF RICHLAND'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

The City of Richland moves to dismiss Plaintiffs Michael Corey Jenkins' and Eddie Terrell Parker's ("Plaintiffs") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) or, alternatively, pursuant to Federal Rule of Civil Procedure 56. The contemporaneously filed memorandum in support explains in detail the bases for the requested relief, including that Plaintiffs' claims fail on the merits.

In addition to the memorandum, the City offers the following exhibits in support:

Exhibit "A" – Board Minutes

Exhibit "B" – Resignation Letter

Exhibit "C" – Board of Standards & Training Termination Form

For the reasons articulated in the memorandum, the City respectfully requests an order of dismissal.

Dated: February 1, 2024

Respectfully submitted,

**PHELPS DUNBAR, LLP**


BY:  /s/ *Mallory K. Bland*
      G. Todd Butler, MS Bar #102907
      Mallory K. Bland, MS Bar #105665
      4270 I-55 North
      Jackson, Mississippi 39211-6391
      Post Office Box 16114
      Jackson, Mississippi  39236-6114
      Telephone: 601-352-2300
      Telecopier: 601-360-9777
      Email: todd.butler@phelps.com
      Email: mallory.bland@phelps.com

      **ATTORNEYS FOR THE CITY OF RICHLAND**

## **CERTIFICATE OF SERVICE**

      I certify that, on February 1, 2024, I had a copy of this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                        */s/ Mallory K. Bland*
                                                        Mallory K. Bland