# CITY OF RICHLAND

MINUTES OF MAYOR AND BOARD OF ALDERMEN

February 7, 2023

17925

seconded by Alderman Black and carried unanimously by all members of the Board of Aldermen present to demote Patrol Sergeant Richland Thompson to a Patrol Officer rank for non-performance as further referenced in his Personnel file.

Upon the recommendation of the Police Chief, a motion was made by Alderman Hamilton, seconded by Alderman Quick and carried unanimously by all members of the Board of Aldermen present to issue Officer Joshua Hartfield an Official Write-Up, suspend him without pay for two weeks, and demote him from the rank of FLEX Detective to Patrol Officer for various policy violations as further referenced in his Personnel file and, Officer Hartfield shall be subject to further disciplinary action, if necessary and in the discretion of the Governing Body, upon the conclusion of the investigation of the related matter by the Mississippi Bureau of Investigation or other related investigatory body.

Next, a motion was then made by Alderman Quick, seconded by Alderman Hamilton and carried unanimously by all members of the Board of Aldermen present to come out of Executive Session. At this, the Clerk opened the doors to the Boardroom and allowed all present back into the meeting. The Mayor announced aloud the votes that were taken in Executive Session.

There being no further business a motion was made by Alderman Quick and seconded by Alderman Shields to adjourn the meeting. The motion was put to a vote and unanimously adopted upon the affirmative vote of all members of the Board of Aldermen present. The Mayor thereupon declared the motion so carried and the meeting adjourned at 6:34 p.m.

PAT SULLIVAN
MAYOR

ATTEST:

KAREN JACKSON
CITY CLERK

Exhibit "A"