

**Richland Police Dept.**

Dear Chief McLendon,

I would like to say it has been a privilege and honor to serve as an officer of the Richland Police Department. I regret to inform you that I will be stepping down and resigning from my position at the Richland Police Department. I thank you and many other members of the Richland Police Department for putting faith in me and teaching me one of the best careers in the United States. I have many friends here at the Department and it breaks my heart to depart from this occupation. I feel that it will better suit my family for me to focus on other career paths and a new organization. I will greatly miss everyone at the Richland Police Department. Thank you and may God bless you.

Sincerely, Josh Hartfield

Date 4-26-23

1

Exhibit "B"