


# MISSISSIPPI
## PEACE OFFICER STANDARDS & TRAINING

**COPY** *(received 5/5/23)*

### LAW ENFORCEMENT TERMINATION/REASSIGNMENT REPORT

SEE INSTRUCTIONS ON REVERSE

**Department:** Richland Police Department
**Telephone:** 601-932-3100
**Address:** 911 Town Square (Post Office Box or Street Number)   Richland, MS 39218 (City & Zip Code)
**Name of Officer:** Joshua Allen Hartfield
**SSN:** [redacted]

**Date of Termination/Reassignment:** 05/01/2023
**Is the officer certified?** Yes _X_ No ___
**Full-Time** _X_ **Part-Time** ___
*If yes, please return the original certificate.*

**Reason for termination.**

- ___ Deceased.
- ___ Discharged. (Please explain below.)
- ___ Reassigned to non law enforcement duties.
- ___ Resigned in good standing/eligible for re-hire.
- ___ Resigned in good standing/**ineligible** for re-hire. (Please explain below.)
- ___ Resigned to prevent termination. (Please explain below.)
- _X_ Resigned prior to, during or at the conclusion of an investigation. (Please explain below.)
- ___ Retired.
- ___ Other. (Please explain below.)

**Comments:** Resigned during an investigation regard officer misconduct in Rankin County. Currently unknown what the results of that investigation will uncover. Investigation being conducted by the Department of Justice + the Mississippi Bureau of Investigations.

(Use additional 8.5 x 11 sheets of paper if necessary)

**Signature of Agency/Department Head:** [signature]
**Date:** 5-5-2023

MS Dept. of Public Safety/Div. Of Public Safety Planning/
Office of Standards and Training
1025 North Park Drive
Ridgeland, Mississippi 39157
Telephone # - (601) 977-3777, Fax # - (601) 977-3773

Page 1 of 2

Exhibit "C"