

# MISSISSIPPI
## PEACE OFFICER STANDARDS & TRAINING

COPY

---

## LAW ENFORCEMENT TERMINATION/REASSIGNMENT REPORT

SEE INSTRUCTIONS ON REVERSE

**Department:** Richland Police Department   **Telephone:** 601-932-3100

**Address:** 911 Town Square   Richland, MS 39218
_Post Office Box or Street Number_   _City & Zip Code_

**Name of Officer:** Joshua Allen Hartfield   **SSN:** [redacted]

**Date of Termination/Reassignment:** 05/01/2023

**Is the officer certified?** Yes _X_ No ___
**Full-Time** _X_ **Part-Time** ___
_If yes, please return the original certificate._

### Reason for termination.

___ Deceased.

___ Discharged. (Please explain below.)

___ Reassigned to non law enforcement duties.

___ Resigned in good standing/eligible for re-hire.

___ Resigned in good standing/**ineligible** for re-hire. (Please explain below.)

___ Resigned to prevent termination. (Please explain below.)

_X_ Resigned prior to, during or at the conclusion of an investigation. (Please explain below.)

___ Retired.

___ Other. (Please explain below.)

**Comments:** Resigned during an investigation regard officer misconduct in Rankin County. Currently unknown what the results of that investigation will uncover. Investigation being conducted by the Department of Justice + the Mississippi Bureau of Investigations.

(Use additional 8.5 x 11 sheets of paper if necessary)

**Signature of Agency/Department Head:** [signed]   **Date:** 5-5-2023

MS Dept. of Public Safety/Div. Of Public Safety Planning/
Office of Standards and Training
1025 North Park Drive
Ridgeland, Mississippi 39157
Telephone # - (601) 977-3777, Fax # - (601) 977-3773

Page 1 of 2

Exhibit "C"