UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

MICHAEL COREY JENKINS,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
EDDIE TERRELL PARKER　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　PLAINTIFFS,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　CASE NO
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　3:23-cv-374-DPJ-FKB
RANKIN COUNTY, MISSISSIPPI et al.　　 )

　　DEFENDANTS,

## UNOPPOSED MOTION TO EXTEND TIME TO RESPONSE TO DEFENDANT, CITY OF RICHLAND'S MOTION TO DISMISS [DOC. 49 AND 51]

Comes now, MICHAEL COREY JENKINS and EDDIE TERRELL PARKER, Mississippi, by way of counsel, without opposition of opposing counsel, pursuant to F.R.C.P 6(b)(1)(A), and hereby moves The Court to extend the time to respond to defendant City of Richland's Motion to Dismiss on the Pleadings [Doc's 49 and 51] filed on 2/1/24. The response time to defendant's motion is 2/15/24.

Plaintiff's request it timely and is based upon good cause. Plaintiff's counsel has extensive litigation preparation obligations, a thirteen-day extension is requested. Plaintiff's Motion is not prejudicial to defendant nor the cause of any undue delay in these trial proceedings. The decision to grant plaintiff's request is within the discretionary power of The Court.

1

Plaintiff, with consent, requests an additional thirteen (13) days to extend the time to respond to defendant's Motion to Dismiss [Doc.49-51] until the date of February 28, 2024.

Respectfully submitted on 12/27/ 2023 by:

 /s/  MALIK SHABAZZ  ESQ /S/
**MALIK SHABAZZ, Esq.**
The   Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
6305 Ivy Lane,
Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi
39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

## **CERTIFICATE OF SERVICE**

I, Malik Shabazz, co-counsel for Plaintiff, do hereby certify that I have this day Electronic filed the above and foregoing **Motion to Extend Response Time** with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record. so certified, this the 27th day of December, 2023.

/s/Malik Shabazz/s/