

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Mar 01 2024

ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

### ORDER TO REASSIGN CASES

IN ORDER TO equitably manage and distribute the caseload of the court in light of the retirement of United States Magistrate Judge F. Keith Ball, pursuant to the authority of the court as set forth in Section IV of Internal Rule 1 as amended effective March 1, 2024, the court finds that each of the cases listed on the attached Exhibits A and B should be and they are hereby reassigned from United States Magistrate Judge F. Keith Ball to United States Magistrate Judge Andrew S. Harris.

**Any matters which have been scheduled in these cases before Judge Ball <u>may</u> be rescheduled and noticed by Judge Harris as necessary. However, unless otherwise ordered, all existing scheduling orders and deadlines will remain in full force and effect.**

**SO ORDERED,** this the 1st day of March 2024.

_____
DANIEL P. JORDAN III
CHIEF U. S. DISTRICT JUDGE

# Exhibit A

| Case | Short Style |
|---|---|
| 3:11-cv-00136-DPJ-FKB | Wise v. Shinseki |
| 3:15-cv-00767-DPJ-FKB | United States of America et al v. Jackson HMA LLC et al |
| 3:16-cv-00246-CWR-FKB | Jackson Municipal Airport Authority, et al. v. Reeves, et al. |
| 3:18-cv-00138-DPJ-FKB | Doe v. The University of Mississippi et al |
| 3:18-cv-00188-DPJ-FKB | Hopkins et al v. Hosemann |
| 3:19-mc-00644-DPJ-FKB | Quality Energy Services, Inc. v. Performance Drilling Company, LLC |
| 3:20-cv-00290-CWR-FKB | McCullough v. Preferred Care Develop. and Canton Manor Develop. Cntr |
| 3:20-cv-00415-DPJ-FKB | USA v.115 Rosedowne Bend Madison, MS  39110 |
| 3:20-cv-00483-CWR-FKB | Haimur et al v. Allstate Property and Casualty Insurance Company |
| 3:20-cv-00785-DPJ-FKB | Williams et al v. The City of Jackson  et al |
| 3:20-cv-00789-CWR-FKB | Slaughter v. Dobbs |
| 3:20-mc-00770-DPJ-FKB | United States of America v. In Re: Gentiva Health Services, Inc. |
| 3:21-cv-00008-DPJ-FKB | Sealed Plaintiff v. Sealed Defendant |
| 3:21-cv-00030-CWR-FKB | Jones v. Sanders et al |
| 3:21-cv-00201-DPJ-FKB | Doe v. University of Mississippi et al |
| 3:21-cv-00305-DPJ-FKB | Vann v. The City of Meridian Mississippi et al |
| 3:21-cv-00376-KHJ-FKB | Falcon v. Cain |
| 3:21-cv-00561-DPJ-FKB | Sealed Plaintiff v. Sealed Defendant |
| 3:21-cv-00718-CWR-FKB | Harrington v. Busby et al |
| 3:21-cv-00721-HTW-FKB | Island Farms, LLC et al v. UMB Bank, N.A. |
| 3:21-cv-00771-DPJ-FKB | Sealed Plaintiff  v. Sealed Defendant |
| 3:21-cv-00786-DPJ-FKB | Neeley et al v. Great Escapes Pelahatchie, LP |
| 3:21-cv-00810-CWR-FKB | Atkins v. McGuire et al |
| 3:21-cv-00817-DPJ-FKB | Pritchett et al v. Great Escapes Pelahatchie, LP et al |
| 3:21-cv-00825-DPJ-FKB | Murphy et al v. Allstate Vehicle and Property Ins. Co., et al |
| 3:22-cv-00003-DPJ-FKB | Steward v. Withers |
| 3:22-cv-00043-DPJ-FKB | Sealed Plaintiff v. Sealed Defendant |
| 3:22-cv-00107-CWR-FKB | McCullum v. Turner et al |
| 3:22-cv-00177-CWR-FKB | Gold Coast Commodities, Inc. v. Acadia Insurance Company |
| 3:22-cv-00208-CWR-FKB | Phi Theta Kappa Honor Society v. HonorSociety.Org., Inc. et al |
| 3:22-cv-00228-CWR-FKB | Gold Coast Commodities, Inc. v. Crum & Forster Specialty Ins. Co. |
| 3:22-cv-00268-CWR-FKB | Griffin v. Meridian Public School District et al |
| 3:22-cv-00357-HTW-FKB | Thomas et al v. The City of Raymond, Mississippi et al |
| 3:22-cv-00363-HTW-FKB | Reyes et al v. Reyes et al |
| 3:22-cv-00401-CWR-FKB | Walker v. Greater Jackson Mortuary/The Heritage Group |
| 3:22-cv-00404-DPJ-FKB | United States of America v. &#036;76,402.00 U.S. Currency |
| 3:22-cv-00406-HTW-FKB | Reyes v. The United States Department of Justice et al |
| 3:22-cv-00418-CWR-FKB | United States of America v. 2021 Infiniti Q60 et al |
| 3:22-cv-00433-DPJ-FKB | Banks v. Lakeland Nursing and Rehabilitation Center, LLC et al |
| 3:22-cv-00437-CWR-FKB | Pittman v. Mississippi Department of Corrections (MDOC) et al |
| 3:22-cv-00441-CWR-FKB | Hopson v. Safeway Insurance Company et al |
| 3:22-cv-00494-DPJ-FKB | Love v. Hinds County, Mississippi |
| 3:22-cv-00501-DPJ-FKB | Patrick v. State of Mississippi  et al |
| 3:22-cv-00508-DPJ-FKB | Palmer v. Jefferson et al |
| 3:22-cv-00512-DPJ-FKB | Sealed Plaintiff v. Sealed Defendant |
| 3:22-cv-00551-DPJ-FKB | Chambers v. Rice et al |
| 3:22-cv-00554-CWR-FKB | Reed v. City of Clinton, Mississippi |
| 3:22-cv-00575-DPJ-FKB | Walker  v. Boulet |
| 3:22-cv-00609-DPJ-FKB | Berkadia Commercial Mortgage LLC v. Kenneth Love |
| 3:22-cv-00614-DPJ-FKB | Siders v. City of Brandon, Mississippi |
| 3:22-cv-00623-CWR-FKB | Estate of Richard Callahan  et al v. United States of America et al |
| 3:22-cv-00643-DPJ-FKB | Cook v. Hinds County Board of Supervisors et al |
| 3:22-cv-00648-DPJ-FKB | Mosley v. Reiser et al |

| | |
|---|---|
| 3:22-cv-00658-DPJ-FKB | Vann v. City of Meridian, Mississippi et al |
| 3:22-cv-00659-HTW-FKB | Denson v. Methodist Rehabilitation Center |
| 3:22-cv-00683-DPJ-FKB | Long et al v. Kroger Limited Partnership I et al |
| 3:22-cv-00689-CWR-FKB | Haskin v. Wal-Mart Stores East, LP et al |
| 3:22-cv-00706-DPJ-FKB | Crisler v. The Kroger Co. et al |
| 3:22-cv-00728-DPJ-FKB | King v. Hinds County, Mississippi et al |
| 3:22-cv-00733-DPJ-FKB | Jones-Lewis v. Delta Marketing Group, LLC et al |
| 3:22-cv-00734-DPJ-HSO-LHS | NAACP et al v. State Board of Elect. Comm's. et al |
| 3:23-cv-00003-DPJ-FKB | Patterson v. United States of America |
| 3:23-cv-00005-HTW-FKB | Turner et al v. UMB Bank, N.A. et al |
| 3:23-cv-00010-CWR-FKB | Tribal Solutions Group, LLC et al v. Valandra et al |
| 3:23-cv-00023-HTW-FKB | Jones v. Henderson et al |
| 3:23-cv-00029-CWR-FKB | Bernard v. Golbert |
| 3:23-cv-00040-FKB | Irvine v. McCarter et al |
| 3:23-cv-00053-DPJ-FKB | Hill v. Walmart Stores East, LP et al |
| 3:23-cv-00055-CWR-FKB | Bullock v. D and A Interest, LLC |
| 3:23-cv-00085-DPJ-FKB | Brasfield & Gorrie, L.L.C. v. The Hanover Insurance Company |
| 3:23-cv-00087-DPJ-FKB | Johnson Milling Co., LLC v. The Kansas City So. Railway Co.et al |
| 3:23-cv-00092-TSL-FKB | Davis v. Zhixing et al |
| 3:23-cv-00094-DPJ-FKB | Bradford v. United States Federal Government |
| 3:23-cv-00098-CWR-FKB | Gray v. Mississippi Department of Corrections |
| 3:23-cv-00100-DPJ-FKB | Cooper et al v. State Farm Fire and Casualty Company, et al |
| 3:23-cv-00105-DPJ-FKB | Demus v. City of Gulfport, MS et al |
| 3:23-cv-00111-DPJ-FKB | Scott v. Colbert |
| 3:23-cv-00117-DPJ-FKB | Marshall v. Jackson et al |
| 3:23-cv-00126-CWR-FKB | Green v. City of Jackson, Mississippi et al |
| 3:23-cv-00127-DPJ-FKB | Brown et al |
| 3:23-cv-00148-CWR-FKB | Owens v. New Progressions of Mississippi LLC |
| 3:23-cv-00189-HTW-FKB | Lidell v. Warden, Central Mississippi Correctional Facility |
| 3:23-cv-00206-DPJ-FKB | Richmond v. Warden Coibert |
| 3:23-cv-00219-CWR-FKB | Davis v. Lyles et al |
| 3:23-cv-00224-DPJ-FKB | Jackson v. State of Mississippi et al |
| 3:23-cv-00233-DPJ-FKB | Mackey v. Pigott et al |
| 3:23-cv-00235-DPJ-FKB | Ramos v. Hartford Accident and Indemnity Company et al |
| 3:23-cv-00240-DPJ-FKB | Peake v. Colbert et al. |
| 3:23-cv-00248-DPJ-FKB | Passmore v. Colburt |
| 3:23-cv-00254-DPJ-FKB | Knox v. Davis |
| 3:23-cv-00258-DPJ-FKB | Vanderlan v. Jackson HMA LLC |
| 3:23-cv-00260-DPJ-FKB | Lee v. Vital Core Medical et al |
| 3:23-cv-00266-DPJ-FKB | Cockhill et al v. Cole et al |
| 3:23-cv-00267-DPJ-FKB | Arnold et al v. Willis et al |
| 3:23-cv-00290-CWR-FKB | Leggett v. Populus Group, LLC et al |
| 3:23-cv-00293-CWR-FKB | Jones v. Sollie |
| 3:23-cv-00298-DPJ-FKB | Gibson v. Vitalcore Health Strategies, LLC |
| 3:23-cv-00311-DPJ-FKB | Marcum v. Sollie |
| 3:23-cv-00314-CWR-FKB | Smith v. Blue Cross and Blue Shield of Alabama et al |
| 3:23-cv-00327-CWR-FKB | Hayes v. The City of Magee, Mississippi et al |
| 3:23-cv-00337-CWR-FKB | Leach v. Kansas City Southern Railway Co. |
| 3:23-cv-00353-CWR-FKB | Smith v. Parole Board - MDOC |
| 3:23-cv-00363-DPJ-FKB | Denley et al v. University of Mississippi Medical Center et al |
| 3:23-cv-00374-DPJ-FKB | Jenkins et al v. Rankin County, Mississippi et al |
| 3:23-cv-00385-CWR-FKB | Hubbard v. Sollie |
| 3:23-cv-00389-CWR-FKB | Burroughs v. Batiste et al |
| 3:23-cv-00401-DPJ-FKB | Quintero-Diarte v. Warden, FCI Yazoo City Low |

| | |
|---|---|
| 3:23-cv-00406-DPJ-FKB | Scott v. State of Mississippi |
| 3:23-cv-00407-DPJ-FKB | Shorter v. Doe |
| 3:23-cv-00410-DPJ-FKB | Tri-State Truck Center, Inc. v. Safeway Transport, LLC et al |
| 3:23-cv-00411-DPJ-FKB | Allbritton v. Miller Pipeline, LLC |
| 3:23-cv-00422-CWR-FKB | Stuart C. Irby Company v. A-1 Service LLC et al |
| 3:23-cv-00426-DPJ-FKB | Black v. MS Department of Rehab Serv.,et al |
| 3:23-cv-00428-DPJ-FKB | Carey v. MS Regional Housing Authority V |
| 3:23-cv-00438-DPJ-FKB | Vaughn v. RXO Managed Transport, LLC |
| 3:23-cv-00456-DPJ-FKB | Robinson et al v. Bridgewater Owners Association, Inc. |
| 3:23-cv-00465-DPJ-FKB | Jones v. Wal-Mart Stores, Inc. et al |
| 3:23-cv-00469-CWR-FKB | Harris v. Warden |
| 3:23-cv-00472-DPJ-FKB | Lewis v. Fusio Medical Devices, LLC et al |
| 3:23-cv-00487-DPJ-FKB | Dye et al v. Dreamauto Logistics, Inc.  et al |
| 3:23-cv-00491-CWR-FKB | Branson et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00492-DPJ-FKB | Moree v. Kroger Limited Partnership I, et al |
| 3:23-cv-00500-DPJ-FKB | Russell v. City of Lexington et al |
| 3:23-cv-00504-DPJ-FKB | Ford v. Commissioner of Social Security |
| 3:23-cv-00505-CWR-FKB | Obeid v. Tomaszewicz et al |
| 3:23-cv-00516-DPJ-FKB | Shields v. Mississippi Department of Corrections et al |
| 3:23-cv-00525-CWR-FKB | Vicksburg Healthcare, LLC v. KPC Promise Hospital , LLC et al |
| 3:23-cv-00527-DPJ-FKB | Nuby v. Joedy Pennington |
| 3:23-cv-00531-DPJ-FKB | Bridget v. Cain et al |
| 3:23-cv-00533-DPJ-FKB |  Robertson v. U. S.  Depart. of Agriculture Forest Service |
| 3:23-cv-00543-CWR-FKB | Franklin v. Mississippi State Department of Health |
| 3:23-cv-00544-DPJ-FKB | Arthur et al v. City of Jackson et al |
| 3:23-cv-00545-DPJ-FKB | Ingram et al v. The City of Jackson et al |
| 3:23-cv-00546-DPJ-FKB | Rigby et al v. The City of Jackson et al |
| 3:23-cv-00548-FKB | Patrick v. Commissioner of Social Security et al |
| 3:23-cv-00552-TSL-FKB | Hartwell v. Cain |
| 3:23-cv-00554-TSL-FKB | Herrin v. The United States of America |
| 3:23-cv-00555-CWR-FKB | Davis v. M.T.C. et al |
| 3:23-cv-00558-DPJ-FKB | Hollins v. Sistrunk et al |
| 3:23-cv-00559-DPJ-FKB | Lamonte v. Medical Staff |
| 3:23-cv-00565-KHJ-FKB | Harrell  v. Commissioner of Social Security |
| 3:23-cv-00570-DPJ-FKB | Williams v. Wal-mart Stores East, LP et al |
| 3:23-cv-00576-DPJ-FKB | Grover v. Wormuth |
| 3:23-cv-00580-CWR-FKB | Green v. State Farm Fire and Casualty Company, Inc. |
| 3:23-cv-00582-CWR-FKB | Mackey v. Airbnb, Inc. et al |
| 3:23-cv-00585-DPJ-FKB | Joiner v. King et al |
| 3:23-cv-00588-HTW-FKB | Smith v. Hatchett et al |
| 3:23-cv-00589-DPJ-FKB | Robinson v. Trisura Specialty Insurance Company |
| 3:23-cv-00590-DPJ-FKB | Lester v. Michaels Stores, Inc. et al |
| 3:23-cv-00602-CWR-FKB | Nuby v. Pennington |
| 3:23-cv-00605-DPJ-FKB | Davis  v. Prudential Insurance Agency LLC |
| 3:23-cv-00609-CWR-FKB | Fultz et al v. Maclin et al |
| 3:23-cv-02956-DPJ-FKB | Evans v. ISD Renal, Inc. |
| 3:23-cv-02961-DPJ-FKB | Bracey v. Big 10 Tire Co., Inc. |
| 3:23-cv-02975-DPJ-FKB | McGee  v. Target Enterprise, Inc. et al |
| 3:23-cv-02976-DPJ-FKB | Langston v. Wal-Mart Associates, Inc. |
| 3:23-cv-02977-DPJ-FKB | Mythics, LLC v. The City of Jackson, Mississippi |
| 3:23-cv-02995-CWR-FKB | Nason v. SFR3 LLC et al |
| 3:23-cv-02998-CWR-FKB | Kathleen Loveall v. United States of America |
| 3:23-cv-03003-DPJ-FKB | Gardner v. Sollie |
| 3:23-cv-03008-DPJ-FKB | Utley v. Lauderdale County, Ms et al |

| | |
|---|---|
| 3:23-cv-03013-CWR-FKB | Eddings v. Hill et al |
| 3:23-cv-03015-DCB-FKB | Prewitt v. McDaniel |
| 3:23-cv-03022-DPJ-FKB | Lingo v. Yazoo River Towing, Inc. et al |
| 3:23-cv-03028-DPJ-FKB | Tillman v. Mike Lee |
| 3:23-cv-03031-DPJ-FKB | McGee v. The Scott County Sheriff Department |
| 3:23-cv-03033-FKB | Page v. Commissioner of Social Security |
| 3:23-cv-03034-DPJ-FKB | Becker Contractor Services, Inc. v. Quiktrip Corp., et al |
| 3:23-cv-03035-CWR-FKB | Campbell v. Sollie |
| 3:23-cv-03040-DPJ-FKB | Toole v. Riley Healthcare, LLC |
| 3:23-cv-03043-DPJ-FKB | Darden v. Murphy Oil USA, Inc. et al |
| 3:23-cv-03052-DPJ-FKB | Pitter v. Baysore |
| 3:23-cv-03055-DPJ-FKB | Mackey v. Mississippi Community College Board |
| 3:23-cv-03057-CWR-FKB | Johnson v. Mississippi Emergency Man. Agency et al |
| 3:23-cv-03058-DPJ-FKB | Carabalz v. Ping |
| 3:23-cv-03061-DPJ-FKB | Cifuentes v. Ping |
| 3:23-cv-03071-DPJ-FKB | Shelton v. Kroger Limited Partnership I et al |
| 3:23-cv-03076-CWR-FKB | Rice v. McDonough |
| 3:23-cv-03079-DPJ-FKB | Guerra-Vinales v. Colbert |
| 3:23-cv-03081-DPJ-FKB | Collins v. Bradford et al |
| 3:23-cv-03082-CWR-FKB | Taylor v. Markham et al |
| 3:23-cv-03086-DPJ-FKB | Youngblood v. Baysore et al |
| 3:23-cv-03094-CWR-FKB | Evans v. Biewer Lumber, LLC |
| 3:23-cv-03101-CWR-FKB | Walker v. Smith County School District |
| 3:23-cv-03109-DPJ-FKB | King v. Jackson Public School District |
| 3:23-cv-03112-CWR-FKB | Fowler v. Colbert |
| 3:23-cv-03113-CWR-FKB | Pauliah v. University of Mississippi Medical Center et al |
| 3:23-cv-03114-DPJ-FKB | Frazier v. Texas Farm Bureau Underwriters |
| 3:23-cv-03117-DPJ-FKB | Sanders v. Burge et al |
| 3:23-cv-03120-CWR-FKB | Abdul-Ali v. Garland et al |
| 3:23-cv-03124-CWR-FKB | Espinal v. Ping |
| 3:23-cv-03127-DPJ-FKB | Stuart C. Irby Company v. KDEM LLC et al |
| 3:23-cv-03132-TSL-FKB | Smith v. Wal-Mart Stores East, LP et al |
| 3:23-cv-03134-DPJ-FKB | Norwood et al v. City of Jackson, Mississippi et al |
| 3:23-cv-03136-DPJ-FKB | Birchfield v. Warden, FCI Yazoo City Low I |
| 3:23-cv-03137-CWR-FKB | Coleman v. Dollar General Corporation et al |
| 3:23-cv-03141-CWR-FKB | Osborn v. Region 8 MH-MR |
| 3:23-cv-03148-CWR-FKB | Trim v. Madison HMA, LLC et al |
| 3:23-cv-03150-DPJ-FKB | Scott v. Doe |
| 3:23-cv-03152-DPJ-FKB | Dorsey v. Manhattan Nursing and Rehabilitation Center, LLC et al |
| 3:23-cv-03154-DPJ-FKB | Bassett v. Gray Media Group, Inc. |
| 3:23-cv-03162-CWR-FKB | McGee v. Dolgencorp, LLC |
| 3:23-cv-03163-DPJ-FKB | Helena Agri-Enterprises, LLC v. Woodard |
| 3:23-cv-03164-DPJ-FKB | Gorney v. General Motors, LLC |
| 3:23-cv-03167-DPJ-FKB | Harris v. Benchmark Insurance Company et al |
| 3:23-cv-03168-DPJ-FKB | Godbolt v. Hinds County, Mississippi et al |
| 3:23-cv-03170-DPJ-FKB | Hampton v. Moore |
| 3:23-cv-03172-TSL-FKB | TCP Block I South, LLC v. Lynch et al |
| 3:23-cv-03179-DPJ-FKB | Hafner v. Reeves et al |
| 3:23-cv-03180-DPJ-FKB | Crawford v. Experian Information Solutions, Inc. |
| 3:23-mc-00397-DPJ-FKB | Sealed Plaintiff v. Sealed Defendant |
| 3:24-cv-00005-DPJ-FKB | Quarles v. Loomis Armoured |
| 3:24-cv-00007-CWR-FKB | Al Ammari et al v. Department of State et al |
| 3:24-cv-00008-DPJ-FKB | Gray v. Progressive Gulf Insurance Company |
| 3:24-cv-00012-CWR-FKB | Jenkins v. Commissioner of Social Security |

| | |
|---|---|
| 3:24-cv-00013-DPJ-FKB | Sandidge v. State Farm Mut. Automobile Ins. Co. |
| 3:24-cv-00015-CWR-FKB | Weathersby v. LexisNexis Risk Solutions Inc. et al |
| 3:24-cv-00019-DPJ-FKB | Unicorp, LLC v. MacSouth Forest Products, LLC |
| 3:24-cv-00020-CWR-FKB | Laster et al v. Rankin County School District |
| 3:24-cv-00023-DPJ-FKB | Jackson Multifamily Holding, LLC v. The Estates at White Oaks |
| 3:24-cv-00025-DPJ-FKB | Guthrie v. Kroger Limited Partnership I |
| 3:24-cv-00029-DPJ-FKB | McGowan v. Tougaloo College |
| 3:24-cv-00030-DPJ-FKB | Hines v. City of Jackson, Mississippi et al |
| 3:24-cv-00033-CWR-FKB | Whitcomb v. Kemper County, Mississippi |
| 3:24-cv-00035-DPJ-FKB | Hill v. Irby Construction Company |
| 3:24-cv-00036-DPJ-FKB | Lucear v. Watson |
| 3:24-cv-00044-DPJ-FKB | Bedwell v. K&B Transport, Inc. et al |
| 3:24-cv-00045-DPJ-FKB | Wilson v. Cain et al |
| 3:24-cv-00053-DPJ-FKB | McQuiller v. Colbert |
| 3:24-cv-00060-CWR-FKB | United States of America v. One (1) Sarsilmaz (SAR Arms) Pistol |
| 3:24-cv-00065-DPJ-FKB | Alexander v. Cox et al |
| 3:24-cv-00067-CWR-FKB | Thomas v. Warden |
| 3:24-cv-00070-DPJ-FKB | Jones v. Heyl Truck Lines, Inc. |
| 3:24-cv-00073-DPJ-FKB | Fuller v. Kasai North America |
| 3:24-cv-00074-DPJ-FKB | Hemphill v. Horne, LLP |
| 3:24-cv-00075-CWR-FKB | A-1 Freight Systems v. Coountryboy Trucking, LLC |
| 3:24-cv-00076-TSL-FKB | Brown et al v. Mississippi Department of Public Safety et al |
| 3:24-cv-00079-DPJ-FKB | Blue Hill Spec. Ins. Co. v. Southern Magnolia Transport, LLC |
| 3:24-cv-00081-CWR-FKB | Sealed Plaintiff v. Sealed Defendant |
| 3:24-cv-00084-DPJ-FKB | Cleveland MHC, LLC v. Legacy Housing Corp. et al |
| 3:24-cv-00085-CWR-FKB | Porter et al v. Rankin County, Mississippi et al |
| 3:24-cv-00087-CWR-FKB | Holifield v. Signature Insurance Agency et al |
| 3:24-cv-00088-DPJ-FKB | Holloman v. Shelman-Goetsch et al |
| 3:24-cv-00095-DPJ-FKB | Sona, Inc. v. Skyward Specialty Insurance Group, Inc. |
| 3:24-cv-00099-DPJ-FKB | Anunobi v. One Source Technology, LLC |
| 3:24-cv-00100-DPJ-FKB | Neal v. UMB Bank, National Association et al |
| 3:24-cv-00104-CWR-FKB | Tri-State Ins. Co. of Minnesota v. Pacific Bay Investments, Inc. |
| 3:24-cv-00109-CWR-FKB | Baker v. Colbert et al |
| 3:24-cv-00112-CWR-FKB | Clincy et al v. Waste Pro of Mississippi, Inc.  et al |
| 3:24-cv-00114-DPJ-FKB | Pickens v. Jones et al |
| 3:24-cv-00115-CWR-FKB | Gr. New Hamilton Grv Bap Church v. Hamilton Grv MB Church et al |
| 3:24-cv-00118-DPJ-FKB | Tillman v. Scott County Sheriff Department et al |

## Exhibit B

| Case | Style | |
|---|---|---|
| 3:03-cr-00136-CWR-FKB | USA v. | Hernandez, et al |
| 3:04-cr-00184-KHJ-FKB | USA v. | Vargas |
| 3:05-cr-00032-HTW-FKB | USA v. | Sealed Defendant |
| 3:07-cr-00166-DPJ-FKB | USA v. | Pascual, et al |
| 3:14-cr-00065-TSL-FKB | USA v. | Ellis |
| 3:14-cr-00099-CWR-FKB | USA v. | Castillo-Estrada |
| 3:14-cr-00124-TSL-FKB | USA v. | Flinn |
| 3:17-cr-00010-KHJ-FKB | USA v. | Larry |
| 3:17-cr-00072-CWR-FKB | USA v. | Townsend |
| 3:17-cr-00099-HTW-FKB | USA v. | Shearer, et al |
| 3:19-cr-00070-DPJ-FKB | USA v. | Gaba, et al |
| 3:19-cr-00070-DPJ-FKB | USA v. | Madaan, et al |
| 3:19-cr-00117-CWR-FKB | USA v. | Garzon-Guillermo |
| 3:19-cr-00184-DPJ-FKB | USA v. | Gonzalez-Palacios |
| 3:19-cr-00242-DPJ-FKB | USA v. | Sealed Defendant |
| 3:19-cr-00246-CWR-FKB | USA v. | Sealed Defendant |
| 3:19-cr-00249-HTW-FKB | USA v. | Lopez-Domingo |
| 3:19-cr-00251-HTW-FKB | USA v. | Lopez-Perez |
| 3:20-cr-00011-CWR-FKB | USA v. | Sessums |
| 3:20-cr-00037-TSL-FKB | USA v. | Neal, et al |
| 3:20-cr-00111-TSL-FKB | USA v. | Sealed Defendant |
| 3:20-cr-00124-HTW-FKB | USA v. | Sealed Defendant |
| 3:20-cr-00130-DPJ-FKB | USA v. | Hearron |
| 3:20-cr-00150-TSL-FKB | USA v. | McAbee |
| 3:21-cr-00008-DPJ-FKB | USA v. | Guice |
| 3:21-cr-00009-HTW-FKB | USA v. | Guice |
| 3:21-cr-00011-HTW-FKB | USA v. | Davis, et al |
| 3:21-cr-00026-CWR-FKB | USA v. | Merrill |
| 3:21-cr-00028-CWR-FKB | USA v. | New, et al |
| 3:21-cr-00032-KHJ-FKB | USA v. | Ledbetter |
| 3:21-cr-00045-KHJ-FKB | USA v. | McCroy |
| 3:21-cr-00052-HTW-FKB | USA v. | Poisso |
| 3:21-cr-00053-HTW-FKB | USA v. | Houston |
| 3:21-cr-00064-CWR-FKB | USA v. | Reece |
| 3:21-cr-00067-CWR-FKB | USA v. | Wallace |
| 3:21-cr-00085-TSL-FKB | USA v. | Neal |
| 3:21-cr-00096-HTW-FKB | USA v. | McAlister |
| 3:21-cr-00103-CWR-FKB | USA v. | Duke |
| 3:21-cr-00118-HTW-FKB | USA v. | Davis, et al |
| 3:21-cr-00123-TSL-FKB | USA v. | Jimoh |
| 3:21-cr-00124-HTW-FKB | USA v. | Roby |
| 3:21-cr-00130-HTW-FKB | USA v. | Warnock, et al |
| 3:21-cr-00131-DPJ-FKB | USA v. | Blake |
| 3:22-cr-00008-DPJ-FKB | USA v. | McGriggs |
| 3:22-cr-00031-KHJ-FKB | USA v. | Mayfield |

| | | |
|---|---|---|
| 3:22-cr-00032-HTW-FKB | USA v. | Tubby |
| 3:22-cr-00036-TSL-FKB | USA v. | Douglas, et al |
| 3:22-cr-00045-CWR-FKB | USA v. | Bourrage, et al |
| 3:22-cr-00047-KHJ-FKB | USA v. | Givens, et al |
| 3:22-cr-00048-KHJ-FKB | USA v. | Howard |
| 3:22-cr-00053-CWR-FKB | USA v. | New |
| 3:22-cr-00071-DPJ-FKB | USA v. | Terrell |
| 3:22-cr-00072-DPJ-FKB | USA v. | Wilson |
| 3:22-cr-00073-DPJ-FKB | USA v. | Harper |
| 3:22-cr-00078-HTW-FKB | USA v. | Gonzales |
| 3:22-cr-00089-CWR-FKB | USA v. | Willis |
| 3:22-cr-00090-HTW-FKB | USA v. | Wallace |
| 3:22-cr-00100-DPJ-FKB | USA v. | McCray |
| 3:22-cr-00102-DCB-FKB | USA v. | Howard |
| 3:22-cr-00104-CWR-FKB | USA v. | Davis |
| 3:22-cr-00106-DPJ-FKB | USA v. | Henry |
| 3:22-cr-00108-CWR-FKB | USA v. | McElroy |
| 3:22-cr-00109-DPJ-FKB | USA v. | GRASSAREE |
| 3:22-cr-00114-HTW-FKB | USA v. | Burse |
| 3:22-cr-00116-DPJ-FKB | USA v. | Phillips |
| 3:22-cr-00125-DPJ-FKB | USA v. | Cobbs |
| 3:22-cr-00126-DPJ-FKB | USA v. | Cobbs |
| 3:23-cr-00005-CWR-FKB | USA v. | Peterson |
| 3:23-cr-00010-HTW-FKB | USA v. | Lewis |
| 3:23-cr-00014-CWR-FKB | USA v. | Dibiase |
| 3:23-cr-00016-HTW-FKB | USA v. | Wolfe |
| 3:23-cr-00021-CWR-FKB | USA v. | Webb |
| 3:23-cr-00023-DPJ-FKB | USA v. | Farve |
| 3:23-cr-00031-DPJ-FKB | USA v. | Sealed Defendant |
| 3:23-cr-00032-DPJ-FKB | USA v. | Spivey |
| 3:23-cr-00035-CWR-FKB | USA v. | Dibiase |
| 3:23-cr-00036-HTW-FKB | USA v. | Rollins |
| 3:23-cr-00041-KHJ-FKB | USA v. | Smith |
| 3:23-cr-00046-DPJ-FKB | USA v. | Troncoso-Garrido |
| 3:23-cr-00049-CWR-FKB | USA v. | Mayes |
| 3:23-cr-00056-TSL-FKB | USA v. | Jim |
| 3:23-cr-00058-KHJ-FKB | USA v. | Thomas |
| 3:23-cr-00059-DPJ-FKB | USA v. | Sealed Defendant |
| 3:23-cr-00065-HTW-FKB | USA v. | Floyd |
| 3:23-cr-00067-DPJ-FKB | USA v. | Hunter, et al |
| 3:23-cr-00068-CWR-FKB | USA v. | Alford |
| 3:23-cr-00070-CWR-FKB | USA v. | Watson |
| 3:23-cr-00072-DPJ-FKB | USA v. | Gardner, et al |
| 3:23-cr-00075-HTW-FKB | USA v. | Moore |
| 3:23-cr-00076-DPJ-FKB | USA v. | Lee |
| 3:23-cr-00078-DCB-FKB | USA v. | Murray |
| 3:23-cr-00080-HTW-FKB | USA v. | Murray |

| | | |
|---|---|---|
| 3:23-cr-00081-HTW-FKB | USA v. | Chapala |
| 3:23-cr-00087-KHJ-FKB | USA v. | Howard |
| 3:23-cr-00091-DPJ-FKB | USA v. | Dennis |
| 3:23-cr-00093-HTW-FKB | USA v. | Brown |
| 3:23-cr-00095-DCB-FKB | USA v. | Jones |
| 3:23-cr-00096-TSL-FKB | USA v. | McDougal |
| 3:23-cr-00099-HTW-FKB | USA v. | Reese |
| 3:23-cr-00100-DCB-FKB | USA v. | Bass |
| 3:23-cr-00106-HTW-FKB | USA v. | Terrell |
| 3:23-cr-00107-DCB-FKB | USA v. | Lee |
| 3:23-cr-00108-DPJ-FKB | USA v. | Freeman, et al |
| 3:23-cr-00109-DCB-FKB | USA v. | Sealed Defendant |
| 3:23-cr-00115-HTW-FKB | USA v. | Sealed Defendant |
| 3:23-cr-00116-CWR-FKB | USA v. | Sealed Defendant |
| 3:23-cr-00117-HTW-FKB | USA v. | Marcus Tremaine Powell, et al |
| 3:23-cr-00118-HTW-FKB | USA v. | Kendricks, et al |
| 3:23-cr-00119-DPJ-FKB | USA v. | Troncoso-Garrido |
| 3:23-cr-00122-HTW-FKB | USA v. | Smith, et al |
| 3:23-cr-00123-CWR-FKB | USA v. | Sealed Defendant |
| 3:23-cr-00126-CWR-FKB | USA v. | Ruffin |
| 3:24-cr-00001-HTW-FKB | USA v. | Trimm |
| 3:24-cr-00002-DPJ-FKB | USA v. | Robinson |
| 3:24-cr-00003-CWR-FKB | USA v. | Clemons |
| 3:24-cr-00006-DPJ-FKB | USA v. | Scott |
| 3:24-cr-00007-KHJ-FKB | USA v. | McField |
| 3:24-cr-00010-KHJ-FKB | USA v. | Thomas |
| 3:24-cr-00012-CWR-FKB | USA v. | Sealed Defendant |
| 3:24-cr-00016-HTW-FKB | USA v. | Parker |
| 3:24-cr-00017-DPJ-FKB | USA v. | Weston |
| 3:24-cr-00018-KHJ-FKB | USA v. | White |
| 3:24-cr-00019-KHJ-FKB | USA v. | Barron |
| 3:24-cr-00020-KHJ-FKB | USA v. | Lawrence |
| 3:23-mj-00659-FKB | USA v. | Sealed Defendant |