IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL COREY JENKINS, ET AL.**                                                               **PLAINTIFFS**

**VS.**                                **CIVIL ACTION NO. 3:23-CV-00374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, ET AL.**                                       **DEFENDANTS**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF
IN SUPPORT OF MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY
JUDGMENT**

Defendant the City of Richland, Mississippi ("Municipal Defendant") respectfully requests an extension of time to file its reply brief in support of its Motion to Dismiss or, Alternatively, for Summary Judgment.

1. Municipal Defendant filed its Motion to Dismiss or, Alternatively, for Summary Judgment on February 1, 2024. Doc. Nos. 48, 50. Plaintiffs moved for and received a 7-day extension to respond to Defendant's motion, which made their response due on or before March 6, 2024. *See* Doc. No. 53.

2. Plaintiffs filed their response to Defendant's motion on March 6, 2024. Doc. No. 55. Defendant's reply is therefore due on March 13, 2024.

3. Due to outstanding obligations, Defendant requests a fourteen (14) day extension, up to and through March 27, 2024, to file its reply brief in support of its Motion to Dismiss or, Alternatively, for Summary Judgment.

5. This unopposed motion is not being made for purposes of delay but, rather, is needed to allow Defendant time to properly reply to Plaintiffs' response.

6. Undersigned counsel has contacted Plaintiffs' counsel regarding the requested extension, and the request is unopposed.

7. Given the nature of this motion, Defendant requests that the Court waive any requirement of a separate memorandum in support.

For these reasons, Defendant requests an extension of time, up to and through March 27, 2024, to file its reply brief in support of Motion to Dismiss or, Alternatively, for Summary Judgment.

Dated: March 11, 2024.

Respectfully submitted,

PHELPS DUNBAR, LLP

BY: */s/ Mallory K. Bland*
 G. Todd Butler, MB #102907
 Mallory K. Bland, MB #105665
 4270 I-55 North
 Jackson, Mississippi 39211-6391
 Post Office Box 16114
 Jackson, Mississippi 39236-6114
 Telephone: 601-352-2300
 Telecopier: 601-360-9777
 Email: todd.butler@phelps.com
  mallory.bland@phelps.com

**ATTORNEYS FOR MUNICIPAL DEFENDANT**

## CERTIFICATE OF SERVICE

I, Mallory K. Bland, certify that I had this *UNOPPOSED MOTION* electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification to counsel of record.

SO CERTIFIED, this the 11th day of March, 2024.

*/s/ Mallory K. Bland*
Mallory K. Bland