IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    GOVERNMENT

VS.                             CRIMINAL NOS. 3:23CR62 AND 3:23CR63

CHRISTIAN LEE DEDMON                                          DEFENDANT

**TRANSCRIPT OF SENTENCING**

BEFORE THE HONORABLE TOM S. LEE
UNITED STATES DISTRICT JUDGE

MARCH 20, 2024
JACKSON, MISSISSIPPI

REPORTED BY:   TERI B. NORTON, RMR, FCRR, RDR
               501 E. COURT STREET, SUITE 2.500
               JACKSON, MISSISSIPPI  39201
               (601)608-4186

1   time.  I want to tell Mr. Eddie and Mr. Parker how sorry I am
2   for what they went through, what they are going through and
3   what they will go through forever.
4       The lies I told on them, I will never forgive myself for
5   it.  The pain I caused them, I will never forgive myself for
6   it.  If I could take every bit of it back, I promise you I
7   would, or if I could take it myself, I would.
8       Sir, I got into law enforcement not as a devil.  I really
9   wanted to make a difference in my community.  I stand before
10  you today, 29 years old, with a sound mind that I can make
11  choices for myself, sir.  As my attorney said, there was a
12  culture of doing things, and I'm probably the only person 28
13  years old that was ever promoted to narcotics investigator in a
14  county as big as Rankin as fast as I was, and it was because
15  instead of choosing to do the right thing, I chose to be a
16  show-off for an expectation of the ones that came before me and
17  became my boss.  That is not an excuse, but it is the truth,
18  sir.
19      I take full responsibility for what I done.  Mr. McAlpin,
20  Mr. Middleton, Mr. Elward, Mr. Opdyke, nobody made me do the
21  things I done, and I will live with them for the rest of my
22  life.
23      With respect to the I-20 incident, sir, the things I pled
24  guilty to against Mr. Schmidt, I did.  I shot into the ground
25  to scare him, to tell me where stolen property was of a very