1   I hate what's happened to them.

2   I chose this line of work, and the key word there is
3   choice.  That was my choice.  And I'm not speaking for the
4   other guys, but I took that choice from them.  I have to live
5   every night with what I see in my mind, the things that I've
6   been through, the things I've seen and done, and because of
7   what I did, I made them see something every night when they go
8   to sleep or try to go to sleep.  And that's on me.  And I would
9   like to say that I am so dadgum sorry for what happened -- or
10  to them.

11  I am apologizing to the Court, but I really want y'all to
12  know that I am sorry, if it's all right if I look at them.  If
13  they are okay with it, I would like to address them directly,
14  if that's all right.

15  I don't want to get too personal, Mr. Jenkins.  I see you
16  every dadgum night.  And I can't go back and do what's right,
17  because to sit here and say that I could go back and do what's
18  right would mean that I needed to go back 7 years to the first
19  time I saw this type of behavior.  And like I said, that is
20  just an excuse.  But I hear what you said, I see the way you
21  looked, and that's just when I lay down.  God, there's no
22  telling what you see.  And I'm sorry.  I truly am.  I'm so
23  sorry that I caused that.

24  I hope and I pray -- I was raised Christian.  I slacked
25  off, but I am going to do better and seek counseling.  I would