**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MICHAEL COREY JENKINS,** *et al*      :
                                          :

      **Plaintiffs,**      :

                                          :    **Civil Action No.**
      **v.**      :    **3:23-cv-374-DPJ-FKB**

                                          :

**RANKIN COUNTY, MISSISSIPPI,** *et al.,* :

                                          :

      **Defendants.**      :

<u>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT IN SUPPORT OF THEIR RENEWED MOTION OF FOR JUDGMENT ON THEPLEADINGS PREMISED, IN PART, ON QUALIFIED IMMUNITY**</u>

1.      Comes now the plaintiffs, by and through counsel, and hereby submit this Response in Opposition to Defendant's Supplement Motion For Leave To File Supplemental Exhibit In Support Of Their Renewed Motion Of For Judgment On The Pleadings Premised, In Part, On Qualified Immunity [Doc. 60].

2.      Defendant's Motion for Leave attempts to introduce the Order Granting Summary Judgment in the State Case of *Lee v. Rankin County 22-073.*

3.      Plaintiff opposes Defendant's Motion for the following reasons:

      a)      The defendant's exhibit is not material to the evaluation of Plaintiffs Amended Complaint.

      b)      Plaintiff's Amended Complaint is not in any respect solely dependent on the cause of action, or the affidavit described in paragraph 2 of defendant's Motion.

      c)      The case *Lee v. Rankin County 22-073* is not persuasive authority which

could be considered by this Court.

d)      The State Court, in reaching its conclusion in *Lee* utilized a completely different standard of evaluation in comparison to the current Renewed Motion at hand. In specific, qualified immunity is not available to an officer convicted of criminal assault during the course of an encounter with a citizen.

Wherefore, for the reasons stated herein and in the record of this proceeding, the plaintiffs urge the Court to deny defendants' Motion for Leave.

Respectfully submitted on 5/31/ 2024 by:

  /s/  MALIK SHABAZZ  ESQ /S/
**MALIK SHABAZZ, Esq.**
The   Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
6305 Ivy Lane,
Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

  /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi
39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540