IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL COREY JENKINS,** *et al* :
:
   **Plaintiffs,** :
: **Civil Action No.**
v. : **3:23-cv-374-DPJ-FKB**
:
:
**RANKIN COUNTY, MISSISSIPPI,** *et al.,* :
:
   **Defendants.** :

## PLAINTIFFS' REQUEST FOR STATUS OF THE CASE

1. Comes now the plaintiffs, by and through counsel, and hereby submit this Request for Status in the above captioned case.

2. On November 21, 2023 Plaintiff's filed an Amended Complaint [Doc. 28]. On December 13, 2023, Defendant Rankin County Filed a Motion to Dismiss on the Pleadings [Doc. 35]. On 2/1/2024 Defendant City of Richland filed a Motion to Dismiss [Doc. 48].

3. Plaintiff has responded timely to each of defendant's motions.

4. Wherefore, for the reasons stated herein and in the record of this proceeding, the plaintiffs urge the Court to update all parties on the status of the case as the Plaintiff desires to diligently pursue the litigation in this important matter.

Respectfully submitted on 7/1/2024 by:

 /s/ MALIK SHABAZZ ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.

D.C. Bar # 458434
6305 Ivy Lane,
Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/ 
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi
39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

## CERTIFICATE OF SERVICE

Attorneys for the Plaintiff do hereby certify that I have served a copy of the foregoing document via the ECF filing system on all counsel of record on 7/10/24.

**MALIK SHABAZZ, Esq.**
**ATTORNEY FOR PLAINTIFF**