## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MICHAEL COREY JENKINS AND EDDIE TERRELL PARKER**  **PLAINTIFFS**

**VS.**  **CIVIL ACTION NO.: 3:23-cv-00374-DPJ-FKB**

**RANKIN COUNTY, MISSISSIPPI, ET AL.**  **DEFENDANTS**

### DEFENDANT THE CITY OF RICHLAND'S RULE 54(B) MOTION FOR ENTRY OF FINAL JUDGMENT

This Court granted the City of Richland's motion to dismiss at Doc. No. 63 but gave Plaintiffs 14 days to seek leave to file an amended complaint. Plaintiffs chose not to do so and have informed undersigned counsel there is no objection to entry of a Rule 54(b) final judgment as to the City.

When "there is no just reason for delay[,]" "Federal Rule of Civil Procedure 54(b) allows a district court dealing with multiple claims or multiple parties to direct the entry of final judgment as to fewer than all of the claims or parties[.]" *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 3 (1980). That's the case here. Plaintiffs don't object to the City having finality, and the City doesn't wish to monitor this litigation further.

Given the straightforward nature of this request, the City asks that any requirement of a separate supporting memo be waived.

For these reasons, the City requests that a Rule 54(b) judgment of dismissal be entered in its favor and its counsel be terminated from the docket so that no further monitoring is necessary.

Dated: August 9, 2024.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY:  */s/ G. Todd Butler*
  G. Todd Butler, MS Bar #102907
  Mallory K. Bland, MS Bar #105665
  4270 I-55 North
  Jackson, Mississippi 39211-6391
  Post Office Box 16114
  Jackson, Mississippi  39236-6114
  Telephone: 601-352-2300
  Telecopier: 601-360-9777
  Email: todd.butler@phelps.com
  Email: mallory.bland@phelps.com

  **ATTORNEYS FOR THE CITY OF RICHLAND**

2

## **CERTIFICATE OF SERVICE**

I certify that, on August 9, 2024, I had a copy of this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ G. Todd Butler*
G. Todd Butler