IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL COREY JENKINS AND EDDIE TERRELL PARKER**             **PLAINTIFFS**

**VS.**             **CIVIL ACTION NO.: 3:23-cv-00374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, ET AL.**             **DEFENDANTS**

**RULE 54(b) FINAL JUDGMENT WITH RESPECT TO THE CITY OF RICHLAND**

Defendant the City of Richland has requested entry of Final Judgment under Rule 54(b). Having been informed that Plaintiffs Michael Corey Jenkins and Eddie Terrell Parker do not oppose the request, the Court concludes "there is no just reason for delay" and accordingly grants the motion. *See Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 3 (1980).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the City of Richland is DISMISSED PREJUDICE.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2024.

                                                           s/ *Daniel P. Jordan III*
                                                           CHIEF UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

*/s/Malik Shabazz*
Malik Shabazz

*ATTORNEY FOR PLAINTIFFS*

*/s/G. Todd Butler*
G. Todd Butler

*ATTORNEY FOR THE CITY OF RICHLAND*