**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MICHAEL COREY JENKINS, et al.**                                                                                    **PLAINTIFFS**

**v.**                                                                                                **CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                          **DEFENDANTS**

**NOTICE OF SERVICE**

Notice is hereby given that on this day the following discovery documents were served in this cause of action:

- *Pre-Discovery Disclosures by Sheriff Bryan Bailey.*

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**DATED**, this 3rd day of October, 2024.

                                                    **SHERIFF BRYAN BAILEY - DEFENDANT**

                                                    **BY:**     */s/ Jason E. Dare*
                                                            **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:     (601) 987-5307