## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL COREY JENKINS,** *et al* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **Civil Action No.** |
| v. | : | **3:23-cv-374-ASH-DPJ** |
| | : | |
| | : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE INFORMATION

To: All Counsel of Record:

In accordance with L.U. Civ.R.26(a), on the date of October 1, 2024 Plaintiff provided counsel for defendant Brian Bailey and Rankin County pre-discovery disclosures.

Submitted by:

*/s/ Malik Z. Shabazz*
**MALIK Z. SHABAZZ, ESQ.**
Law Offices of Malik Z. Shabazz
6305 Ivy Lane, Ste. 608
Greenbelt, MD 20770
Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
D.C. Bar #18558

 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**

>The Law Offices of Trent Walker
>M.S.B. #10475
>5245 Keele Street
>Suite A
>Jackson, Mississippi 39206
>Email:Trent@Trentwalkeresq.com
>(Mississippi Local Counsel)
>(601) 321-9540

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, I have electronically transmitted through E.C.F. the foregoing Notice of RULE 26 Disclosures to opposing counsel.

`
                                                      /s/Malik Z. Shabazz/s/
                                                      Malik Z. Shabazz Esq.