# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL COREY JENKINS,** *et al* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **Civil Action No.** |
| v. | : | **3:23-cv-374-ASH-DPJ** |
| | : | |
| | : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS ON DEFENDANT RANKIN CO.

To: All Counsel of Record:

Pursuant to L.U. Civ. R. 5(d)(3), on September 26, 2024, plaintiff' served interrogatories and discovery documents to defendant Rankin County, relating to qualified immunity claims by defendant Bryan Bailey.

Submitted by:

*/s/ Malik Z. Shabazz*
**MALIK Z. SHABAZZ, ESQ.**
Law Offices of Malik Z. Shabazz
6305 Ivy Lane, Ste. 608
Greenbelt, MD 20770
Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
D.C. Bar #18558

_/S/ TRENT WALKER ESQ /S/_

**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, I have electronically transmitted through E.C.F. the foregoing discovery requests to opposing counsel.

`                                              /s/Malik Z. Shabazz/s/
                                               Malik Z. Shabazz Esq.