## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL COREY JENKINS,** *et al* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **Civil Action No.** |
| v. | : | **3:23-cv-374-ASH-DPJ** |
| | : | |
| | : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE OF 2nd DOCUMENTS REQUESTS ON DEFENDANT RANKIN CO.

To: All Counsel of Record:

Pursuant to L.U. Civ. R. 5(d)(3), on October 4, 2024, plaintiff' served a 2nd Request for Production of Documents on defendant Rankin County, relating to qualified immunity claims by defendant Bryan Bailey.

Submitted by:

*/s/ Malik Z. Shabazz*
**MALIK Z. SHABAZZ, ESQ.**
Law Offices of Malik Z. Shabazz
6305 Ivy Lane, Ste. 608
Greenbelt, MD 20770
Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
D.C. Bar #18558

 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street

Suite A  
Jackson, Mississippi 39206  
Email:Trent@Trentwalkeresq.com  
(Mississippi Local Counsel)  
(601) 321-9540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of September, I have electronically transmitted through E.C.F. the foregoing Requests for Production of Documents to opposing counsel.

`
/s/Malik Z. Shabazz/s/
Malik Z. Shabazz Esq.