# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**                                                                        **PLAINTIFFS**

**v.**                          **CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                    **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that on this day the following discovery documents were served in this cause of action:

- *First Set of Interrogatories to Plaintiff Michael Corey Jenkins*;

- *First Set of Interrogatories to Plaintiff Eddie Terrell Parker*;

- *First Set of Requests for Production to Michael Corey Jenkins*; and

- *First Set of Requests for Production to Eddie Terrell Parker.*

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**DATED**, this 18th day of October, 2024.

                                                                           **SHERIFF BRYAN BAILEY - Defendant**

                                                            **BY:**     */s/ Jason E. Dare*
                                                                                  **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi 39236-4028
Telephone: (601) 987-5307
Facsimile: (601) 987-5307