# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**                                                               **PLAINTIFFS**

**v.**                                                                         **CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                           **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that on this day the following discovery documents were served in this cause of action:

- *Responses to Plaintiffs' First Set of Interrogatories to Rankin County*; and

- *Responses to Plaintiffs' First Set of Requests for Production to Rankin County.*

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**DATED**, this 25th day of October, 2024.

                                            **RANKIN COUNTY - Defendant**

                              **BY:**   */s/ Jason E. Dare*
                                       **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:   (601) 987-5307