# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**                                                      **PLAINTIFFS**

**v.**                                                                           **CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                  **DEFENDANTS**

## NOTICE OF DEPOSITION – EDDIE TERRELL PARKER

**PLEASE TAKE NOTICE** that Defendant, Sheriff Bryan Bailey, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Eddie Terrell Parker**, on **Wednesday, November 6, 2024,** at **9:30 a.m. CST.**, at the offices of Trent Walker, 5255 Keele Street, Suite A, Jackson, MS 39206. The deposition will be taken before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths.

You are invited to attend and participate as you deem proper.

**DATED**, this 4th day of November, 2024.

                                        **SHERIFF BRYAN BAILEY - DEFENDANT**

                                    **BY:**     _/s/ Jason E. Dare_
                                             **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:    (601) 987-5307