## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**                                                    **PLAINTIFFS**

**v.**                                                                            **CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                **DEFENDANTS**

## NOTICE OF DEPOSITION – CHRISTOPHER MACK

**PLEASE TAKE NOTICE** that Defendant, Sheriff Bryan Bailey, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Christopher Mack** on **Monday, November 11, 2024,** at **2:00 p.m. CST**, at the Central Mississippi Correctional Facility, 3794 Highway 468 West, Pearl, Mississippi 39208. The deposition will be taken before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths.

You are invited to attend and participate as you deem proper.

**DATED**, this 4th day of November, 2024.

> **SHERIFF BRYAN BAILEY - Defendant**
>
> **BY:**   */s/ Jason E. Dare*
>         **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:   (601) 987-5307