# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**                                                                 **PLAINTIFFS**

**v.**                                                                 **CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                                 **DEFENDANTS**

## NOTICE OF INTENT TO SERVE SUBPOENA

TO:   Counsel of Record

Pursuant to Fed. R. Civ. P. 45(a)(4), please take notice that the undersigned counsel of record for Defendant, Sheriff Bryan Bailey, shall serve a subpoena for production of documents upon **Christopher Mack** in the form attached hereto as **Exhibit 1.**

**DATED**, this 4th day of November, 2024.

        **SHERIFF BRYAN BAILEY - Defendant**

        **BY:**   */s/ Jason E. Dare*
                **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:   (601) 987-5307