# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　　　　　　　　　　　　　　　**CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**　　　　　　　　　　　　　　　　**DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that on this day the following discovery documents were served in this cause of action:

- *Responses to Plaintiffs' Second Set of Requests for Production to Rankin County.*

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**DATED**, this 4th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　**RANKIN COUNTY - DEFENDANT**

　　　　　　　　　　　　　　　**BY:**　　*/s/ Jason E. Dare*
　　　　　　　　　　　　　　　　　　　　**JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:　(601) 987-5307
Facsimile:　 (601) 987-5307