UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS AND
EDDIE TERRELL PARKER                                                               PLAINTIFFS

V.                                                         CIVIL ACTION NO. 3:23-CV-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, ET AL.                                                 DEFENDANTS

ORDER

This case is before the Court on Defendant Sheriff Bryan Bailey's Motion for Leave to Depose Christopher Mack [86] under Federal Rule of Procedure 30(a)(2)(B). The Motion is unopposed.

Federal Rule of Procedure 30(a)(2)(B) states that "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in prison." Fed. R. Civ. P. 30(a)(2)(B). Christopher Mack, an individual identified by Plaintiffs as a potential witness related to Bailey's qualified immunity defense, is currently incarcerated at the Central Mississippi Correctional Facility in Pearl, Mississippi. Mot. [86] at ¶ 1. The request to depose Mack does not exceed the scope or limitations on discovery contemplated in Federal Rule of Procedure 26(b)(1) and (2). This deposition shall remain subject to the limited scope of discovery set by the Court. Order [71]. The Court therefore finds that Bailey's motion should be granted.

Accordingly, the deposition shall proceed on terms agreeable to the correctional facility. Bailey shall serve a copy of this Order on Central Mississippi Correctional Facility Superintendent Brock Owings, at the address listed on the Mississippi Department of Corrections website: Post Office Box 88550, 3794 MS Hwy 468, Pearl, MS 39028. This order does not

1

relieve Bailey of the obligation to properly notice the date, time, and method of recording the deposition as required by Federal Rule of Civil Procedure 30.

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2024.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE