

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201
OFFICIAL BUSINESS

RECEIVED NOV 18 2024 U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISS.

RTS Released

Special Mail — Open in the presence of the inmate

NIXIE 392 FE 1 0011/15/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 39201502825 *0566-00646-06-39

**Orders on Motions**
3:23-cv-00374-DPJ-ASH Jenkins
et al v. Rankin County,
Mississippi et al

ASH,JURY,TRIAL_SET

# U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 11/6/2024 at 1:59 PM CST and filed on 11/6/2024
**Case Name:**      Jenkins et al v. Rankin County, Mississippi et al
**Case Number:**    3:23-cv-00374-DPJ-ASH
**Filer:**
**Document Number:** 88

**Docket Text:**
**ORDER granting [86] Unopposed Motion to Take Deposition from Christopher Mack. Signed by Magistrate Judge Andrew S. Harris on November 6, 2024. (TA)**

**3:23-cv-00374-DPJ-ASH Notice has been electronically mailed to:**

Clarence M. Leland , Jr    cleland@bellsouth.net, ktbethj@bellsouth.net

Gregory Todd Butler    todd.butler@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, tamonica.brown@phelps.com

Jason E Dare    jdare@bislawyers.com, kaldridge@bislawyers.com

Malik Shabazz - PHV    attorney.shabazz@yahoo.com

Mallory K. Bland    mallory.bland@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, natalie.barfield@phelps.com, tamonica.brown@phelps.com

Trent L. Walker    Trent@Trentwalkeresq.com

**3:23-cv-00374-DPJ-ASH Notice has been delivered by other means to:**

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1081288797 [Date=11/6/2024] [FileNumber=6963345-0
] [6c3de269af43fe265d272b9367fa10c7f93de7547c7c6a4e428654a8aac483b640c
11b18e0c0bbad07ac3d927cefcd88c1b07a3db3b71bdfdcc6e1bb188860c6]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS AND
EDDIE TERRELL PARKER                                                                    PLAINTIFFS

V.                                                                CIVIL ACTION NO. 3:23-CV-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, ET AL.                                                      DEFENDANTS

ORDER

This case is before the Court on Defendant Sheriff Bryan Bailey's Motion for Leave to Depose Christopher Mack [86] under Federal Rule of Procedure 30(a)(2)(B). The Motion is unopposed.

Federal Rule of Procedure 30(a)(2)(B) states that "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in prison." Fed. R. Civ. P. 30(a)(2)(B). Christopher Mack, an individual identified by Plaintiffs as a potential witness related to Bailey's qualified immunity defense, is currently incarcerated at the Central Mississippi Correctional Facility in Pearl, Mississippi. Mot. [86] at ¶ 1. The request to depose Mack does not exceed the scope or limitations on discovery contemplated in Federal Rule of Procedure 26(b)(1) and (2). This deposition shall remain subject to the limited scope of discovery set by the Court. Order [71]. The Court therefore finds that Bailey's motion should be granted.

Accordingly, the deposition shall proceed on terms agreeable to the correctional facility. Bailey shall serve a copy of this Order on Central Mississippi Correctional Facility Superintendent Brock Owings, at the address listed on the Mississippi Department of Corrections website: Post Office Box 88550, 3794 MS Hwy 468, Pearl, MS 39028. This order does not

1

relieve Bailey of the obligation to properly notice the date, time, and method of recording the deposition as required by Federal Rule of Civil Procedure 30.

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2024.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE
