**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MICHAEL COREY JENKINS,** *et al.*                                                                 **Plaintiffs**

**v.**                                                              **Civil Action No. 3:23-cv-374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI,** *et al.,*                                                **Defendants**

<u>**PLAINTIFFS' NOTICE OF DEPOSITION**</u>

**KEITH HICKS
RANKIN COUNTY ADMINISTRATOR
211 East Government Street
Branson, MS 39042**

     PLEASE TAKE NOTICE that the Plaintiffs shall take the deposition, upon oral examination, pursuant to F.R.C.P. 33, of Keith Hicks, Rankin County Administrator on Friday, January 10, 2025, commencing at 10:00 a.m. for purposes of discovery or for use as evidence in the above-entitled cause, or for both.

Said deposition(s) will continue from day to day thereafter until completed and will be taken before a Notary Public or other officers authorized to administer oaths or take depositions.

The deposition will be taken before a Notary Public, on behalf of the plaintiff at:

**BIGGS, INGRAM & SOLOP,
578 Highland Colony Pkwy
Paragon Two, Suite 100
Ridgeland, MS 39157**

**RESPECTFULLY SUBMITTED, THIS THE 9TH DAY OF JANUARY, 2025.**

                                                                          /S/ TRENT L. WALKER
                                                                  **TRENT WALKER, Esq., MSB#10475**

**TRENT WALKER, COUNSELOR AT LAW**
**5255 KEELE Street, Suite A**
**Jackson, MS 39206**
**Phone (601) 321-9540**
**Email: Trent@Trentwalkerlaw.com**

## CERTIFICATE OF SERVICE

I, Trent L. Walker, attorney for the defendant do hereby certify that I have this day served a copy of the foregoing document, via U.S. mail and CM/ECF to the following counsel of record:

**Jason Dare, Esquire**
**BIGGS, INGRAM & SOLOP,**
**578 Highland Colony Pkwy**
**Paragon Two, Suite 100**
**Ridgeland, MS 39157**

This the 9th day of January, 2025.

/s/ TRENT L. WALKER
TRENT WALKER, MSB#10475