## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**     **PLAINTIFFS**

**v.**     **CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**     **DEFENDANTS**

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that Defendant, Sheriff Bryan Bailey, by and through counsel, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of **Christopher Mack** on **Friday, January 16, 2025,** at **10:00 a.m. CST.**, at the Central Mississippi Correctional Facility, 3794 Highway 468 W., Pearl, Mississippi 39208. The deposition will be taken before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths.

You are invited to attend and participate as you deem proper.

**DATED**, this 14th day of January, 2025.

           **SHERIFF BRYAN BAILEY - Defendant**

           **BY:**    */s/ Jason E. Dare*
                   **JASON E. DARE**

**OF COUNSEL:**
Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:     (601) 987-5307