IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL COREY JENKINS,** *et al* : | |
| : | |
|     **Plaintiffs,** : | |
| : | **Civil Action No.** |
| **v.** : | **3:23-cv-374-ASH-DPJ** |
| : | |
| : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* : | |
| : | |
|     **Defendants.** : | |

### NOTICE OF SERVICE OF DOCUMENTS REQUESTS ON DEFENDANT RANKIN CO.

To: All Counsel of Record:

Pursuant to L.U. Civ. R. 5(d)(3), on January 21, 2025, plaintiff' served Request for Production of Documents on defendant Rankin County, relating to qualified immunity claims by defendant Bryan Bailey.

Submitted by:

*/s/ Malik Z. Shabazz*
**MALIK Z. SHABAZZ, ESQ.**
Law Offices of Malik Z. Shabazz
6305 Ivy Lane, Ste. 608
Greenbelt, MD 20770
Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
D.C. Bar #18558

 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker

M.S.B. #10475<br>
5245 Keele Street<br>
Suite A<br>
Jackson, Mississippi 39206<br>
Email:Trent@Trentwalkeresq.com<br>
(Mississippi Local Counsel)<br>
(601) 321-9540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of January 2025, I have electronically transmitted through E.C.F. the foregoing Requests for Production of Documents to opposing counsel.

`
/s/Malik Z. Shabazz/s/
Malik Z. Shabazz Esq.