# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**

**Plaintiffs,**

v.

**RANKIN COUNTY, MISSISSIPPI, et al.,**

**Defendants.**

**Civil Action No. 3:23-cv-374-DPJ-ASH**

## PLAINTIFFS' NOTICE OF DEPOSITION TO DEFENDANT CHRISTIAN DEDMON

TO: Davis Esq. counsel for Christian Dedmon

PLEASE TAKE NOTICE that the Plaintiffs' shall take the deposition, upon oral examination, pursuant to F.R.C.P. 33, of, defendant Christian Dedmon #71503-510 on **Friday January 24, 2025 at 9:00 a.m.** for purposes of discovery or for use as evidence in the above-entitled cause, or for both.

Said deposition(s) will continue from day to day thereafter until completed and will be taken before a Notary Public or other officers authorized to administer oaths or take depositions. The deposition will be taken at on behalf of the plaintiff at: **FCI Fairton, 655 Fairton-Millville Rd, Fairton, NJ 08320** at the time.

**Respectfully submitted on January 14, 2025**

*/s/ Malik Z. Shabazz*

**MALIK Z. SHABAZZ, ESQ.**
**Law Offices of Malik Z. Shabazz**
**6305 Ivy Lane, Ste. 608 Greenbelt, MD 20770**
Attorney.shabazz@yahoo.com
**Tel: (301) 513-5445 D.C. Bar #18558**

 **/S/ TRENT WALKER ESQ /S/**

**TRENT WALKER, Esq.**

**The Law Offices of Trent Walker M.S.B.**

**#10475 5245 Keele Street Suite A**

**Jackson, Mississippi 39206**

**Email: Trent@Trentwalkeresq.com**

**(Mississippi Local Counsel) (601) 321-9540**