### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | Civil Action No. |
| v. : | 3:23-cv-374-DPJ-ASH |
| : | |
| : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* : | |
| : | |
| **Defendants.** : | |

### JOINT MOTION TO AMEND SCHEDULING ORDER

Now come both counsel for plaintiffs Jenkins and Parker and defense counsel for Sheriff Bryan Bailey, under the Federal Rules of Civil Procedure, move this Court to modify the current scheduling order. We make this joint request for modification in good faith. All parties have pursued discovery requests diligently during the existing discovery period. However, several developments have occurred, causing this joint request. First, the plaintiff is attempting to depose defendant deputies incarcerated in five separate federal detention facilities across the country. Logistical reasons, inmate transfers, and holiday delays have prevented the plaintiffs from deposing all the deputy defendants and other witnesses. In addition, family illnesses have caused depositions to be postponed. We seek an extension to conduct more depositions in the proposed extended discovery period.

Therefore, both parties seek to extend the current qualified immunity discovery period for approximately 30 days.

**The Current Scheduling Order [Doc. 71] entered on 9/18/24 states**:

A. Discovery.
　　All discovery authorized by this order must be completed by January 31, 2025.

1

B. Motions.
    1. Bailey must file his motion for summary judgment premised on QI by February 14, 2025.
    2. Plaintiffs must file their response by February 28, 2025.
    3. Should Bailey desire to file a reply, he must do so by March 7, 2025.

C. Subsequent Proceedings.
    1. Within 14 days of the Court ruling on Bailey's motion for summary judgment premised on QI, Plaintiffs shall contact the magistrate judge's chambers to schedule a status conference.
    2. Should Bailey elect not to file a motion for summary judgment premised on QI by the Court's deadline, the Plaintiffs shall contact the magistrate judge's chambers and request that the case be set for a case management conference.

**Proposed Amended Scheduling Order:**

A. Discovery.
    All discovery authorized by this order must be completed by March 3, 2025.

B. Motions.
    1. Bailey must file his motion for summary judgment premised on QI by March 17, 2025.
    2. Plaintiffs must file their response by March 31, 2025.
    3. Should Bailey desire to file a reply, he must do so by April 7, 2025.

C. Subsequent Proceedings.
    1. Within 14 days of the Court ruling on Bailey's motion for summary judgment premised on QI, Plaintiffs shall contact the magistrate judge's chambers to schedule a status conference.
    2. Should Bailey elect not to file a motion for summary judgment premised on QI by the Court's deadline, the Plaintiffs shall contact the magistrate judge's chambers and request that the case be set for a case management conference.

In conclusion, for the foregoing reasons, both plaintiffs' counsel and defense counsel for Sheriff Bryan Bailey, seek the Court's permission to modify the existing scheduling order. Specifically, we move to extend the close of the discovery period until March 3, 2025; the defendant's expected motion for summary judgment premised on QI until March 17, 2025; the Plaintiffs' response to defendant's motion for summary judgment premised on QI until March 31, 2025; and defendant's reply to plaintiff's response to the motion for summary judgment premised on QI until April 7, 2025.

Respectfully submitted by:

 /s/  MALIK SHABAZZ  ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 58434
6305 Ivy Lane, Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

Joined By:

/s/Jason E. Dare/s/ (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:  (601) 987-5307
Facsimile:  (601) 987-5307