

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS AND
EDDIE TERRELL PARKER                                              PLAINTIFFS

V.                                       CIVIL ACTION NO. 3:23-CV-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, ET AL.                                DEFENDANTS

ORDER

This case is before the Court on Plaintiffs Michael Corey Jenkins and Eddie Terrell Parker's Motion for Leave to Depose Christian Dedmon [94] under Federal Rule of Procedure 30(a)(2)(B). The motion is unopposed.

Federal Rule of Civil Procedure 30(a)(2)(B) states that "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in prison." Fed. R. Civ. P. 30(a)(2)(B). Christian Dedmon, an individual identified by Plaintiffs as a material witness related to Defendant Sheriff Bryan Bailey's qualified immunity defense, is currently incarcerated at the Federal Correctional Institution (FCI) Fairton in Fairton, New Jersey. Mot. [94] ¶ 1. The request to depose Dedmon does not exceed the scope or limitations on discovery contemplated in Federal Rule of Civil Procedure 26(b)(1) and (2). The Court therefore finds that Plaintiffs' motion should be granted.

Accordingly, the deposition shall proceed on terms agreeable to the correctional facility. Plaintiffs shall serve a copy of this Order on the Bureau of Prisons. This order does not relieve Plaintiffs of the obligation to properly notice the date, time, and method of recording the deposition as required by Federal Rule of Civil Procedure 30.

1

**SO ORDERED AND ADJUDGED** this the 17th day of January, 2025.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE

**Orders on Motions**
3:23-cv-00374-DPJ-ASH Jenkins
et al v. Rankin County,
Mississippi et al

ASH,JURY,TRIAL_SET

# U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 1/17/2025 at 1:49 PM CST and filed on 1/17/2025
**Case Name:**       Jenkins et al v. Rankin County, Mississippi et al
**Case Number:**     3:23-cv-00374-DPJ-ASH
**Filer:**
**Document Number:** 95

**Docket Text:**
**ORDER granting [94] Unopposed Motion to Take Deposition from Christian Dedmon. Signed by Magistrate Judge Andrew S. Harris on January 17, 2025. (TA)**

**3:23-cv-00374-DPJ-ASH Notice has been electronically mailed to:**

Clarence M. Leland , Jr    cleland@bellsouth.net, ktbethj@bellsouth.net

Gregory Todd Butler    todd.butler@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, tamonica.brown@phelps.com

Jason E Dare    jdare@bislawyers.com, kaldridge@bislawyers.com

Malik Shabazz - PHV    attorney.shabazz@yahoo.com

Mallory K. Bland    mallory.bland@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, natalie.barfield@phelps.com, tamonica.brown@phelps.com

Trent L. Walker    Trent@Trentwalkeresq.com

**3:23-cv-00374-DPJ-ASH Notice has been delivered by other means to:**

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1081288797 [Date=1/17/2025] [FileNumber=7013397-0
] [967b303a5ca35665e55e83889b0d22d3774f1759fd2c072e95d2db90f0cdc76da41
fe0d4d44039284ae8882c67018ceb2ca99ed8ca3a5b2d3044617a9dbbd25f]]