IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS, *et al*          :
                                        :
    Plaintiffs,                         :
                                        :  **Civil Action No.**
    v.                                  :  **3:23-cv-374-ASH-DPJ**
                                        :
                                        :
RANKIN COUNTY, MISSISSIPPI, *et al.,* :
                                        :
    Defendants.                         :


## NOTICE OF SERVICE OF REQUEST FOR PRODUCTION OF DOCUMENTS

To: All Counsel:

Pursuant to L.U. Civ. R. 5(d)(3), On January 31, 2025, plaintiffs served a 3rd Request for

Production of Documents on defendant Rankin County, relating to qualified immunity claims

by defendant Bryan Bailey.  On February 1, 2025, plaintiffs served a 4th Request for

Production of Documents on defendant Rankin County, relating to qualified immunity claims

by defendant Bryan Bailey.


Submitted by:

*/s/ Malik Z. Shabazz/s/*
**MALIK Z. SHABAZZ, ESQ.**
Law Offices of Malik Z.
Shabazz 700 Pennsylvania
Ave. SE
Suite 200
Washington D.C. 20003
litigation.shabazz@yahoo.com
Ph: 301-513-5445
Fax: 301-513-5447

 /S/ TRENT WALKER ESQ /S/

**TRENT WALKER, Esq.**

The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321- 9540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the day of 1/31/2025 and 2/1/2025 I electronically

transmitted through E.C.F. the foregoing Requests for Production of Documents to

opposing counsel.


/s/Malik Z. Shabazz/s/

**Malik Z. Shabazz Esq.**