UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS, et al.                                                          PLAINTIFFS

v.                                                                         CAUSE NO. 3:23-cv-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, et al.                                                DEFENDANTS

NOTICE OF DEPOSITION – ALAN SCHMIDT

PLEASE TAKE NOTICE that Defendant, Sheriff Bryan Bailey, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Alan Schmidt** on **Wednesday, February 12, 2025**, at **9:00 AM**, at the Rankin County Sheriff's Department, 221 N. Timber St., Brandon, MS 39042. The deposition will be taken before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths.

You are invited to attend and participate as you deem proper.

DATED, this 10th day of February, 2025.

                                      SHERIFF BRYAN BAILEY - Defendant

                    BY:   */s/ Jason E. Dare*
                            JASON E. DARE

OF COUNSEL:

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:      (601) 987-5307