UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS, et al.                                                          PLAINTIFFS

v.                                                                    CAUSE NO. 3:23-cv-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, et al.                                                    DEFENDANTS

## NOTICE OF DEPOSITION – JEFFERY GERMANY

PLEASE TAKE NOTICE that Defendant, Sheriff Bryan Bailey, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Jeffery Germany** on **Friday, February 14, 2025**, at **9:00 AM**, at the offices of Trent Walker, 5255 Keele Street, Suite A, Jackson, MS 39206. The deposition will be taken before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths.

You are invited to attend and participate as you deem proper.

DATED, this 10th day of February, 2025.

                                          SHERIFF BRYAN BAILEY - DEFENDANT

                    BY:   */s/ Jason E. Dare*
                                     JASON E. DARE

OF COUNSEL:

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:   (601) 987-5307
Facsimile:     (601) 987-5307