UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS, et al.                                                                              PLAINTIFFS

v.                                                                                           CAUSE NO. 3:23-cv-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, et al.                                                               DEFENDANTS

RE-NOTICE OF DEPOSITION – PLAINTIFF, EDDIE TERRELL PARKER

PLEASE TAKE NOTICE that Defendant, Sheriff Bryan Bailey, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Plaintiff, Eddie Terrell Parker**, on **Friday, February 14, 2025**, at **10:30 AM**, or immediately upon the conclusion of the deposition of Jeremy Germany, at the offices of Trent Walker, 5255 Keele Street, Suite A, Jackson, MS 39206. The deposition will be taken before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths.

You are invited to attend and participate as you deem proper.

DATED, this 10th day of February, 2025.

                                                                SHERIFF BRYAN BAILEY - Defendant

                                           BY:     /s/ Jason E. Dare
                                                      JASON E. DARE

OF COUNSEL:

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:     (601) 987-5307
Facsimile:       (601) 987-5307