IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL JENKINS,** *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | Civil Action No. |
| v. | : | 3:23-cv-374-DPJ-ASH |
| | : | |
| | : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

### UNOPPOSED MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DEFENDANT JEFFERY MIDDLETON, FEDERAL INMATE

Now Comes Plaintiffs Michael Jenkins and Eddie Parker, through counsel, without opposition from opposing counsel, move this Court for leave to depose defendant Jeffery Middleton, who is incarcerated.

1. Defendant Middleton [71472-510] is incarcerated at 805 Fox Hollow Road, Manchester, KY 40962.

2. Per Fed. R. Civ. P. 30(a)(2)(B), leave of this Court is required to take the defendant's deposition.

3. There is no opposition to this Motion from opposing counsel.

4. This deposition is relevant to the issue of qualified immunity for Sheriff Bryan Bailey.

THEREFORE, Plaintiffs request the Court to grant permission for leave to depose defendant Jeffery Middleton.

Respectfully submitted by:

2

   */S/ MALIK SHABAZZ ESQ /S/*
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 58434
6305 Ivy Lane, Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


  /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street, Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, THAT ON FEBRUARY 10. 2025 I HAVE ELECTRONICALLY TRANSMITTED THE FOREGOING MOTION TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

    Sincerely,

    <u>/S/ Malik Shabazz, Esq./S/</u>
    MALIK SHABAZZ ESQ.