IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. |
| v. | : 3:23-cv-374-DPJ-ASH |
| | : |
| | : |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.*, | : |
| | : |
| Defendants. | : |

### NOTICE TO TAKE DEPOSITION OF DEWAYNE THORNTON

Plaintiffs hereby serve Notice, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Dwayne Thornton on February 12, 2025 at 2pm**, at the offices of Biggs, Inghram and Solop. Paragon Two, 578 Highland Colony Parkway, Ste. 100 Ridgeland, MS 39157. The deposition will be taken before a court reporter.

Respectfully submitted by:

 /s/  MALIK SHABAZZ  ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Washington DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street Suite A

1


Jackson, Mississippi 39206  
Email:Trent@Trentwalkeresq.com  
(Mississippi Local Counsel)  
(601) 321-9540

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, THAT ON FEBRUARY 10. 2025 I HAVE ELECTRONICALLY TRANSMITTED THE NOTICE TO TAKE DEPOSITION TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

    Sincerely,

    /S/ Malik Shabazz, Esq./S/
    MALIK SHABAZZ ESQ.