IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* | : |
| | : |
| **Plaintiffs,** | : |
| | : Civil Action No. |
| v. | : 3:23-cv-374-DPJ-ASH |
| | : |
| | : |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : |
| | : |
| **Defendants.** | : |

### NOTICE OF CHANGE OF ADDRESS

Plaintiffs' Counsel Malik Shabazz, Esq. hereby notifies the Court of his new address. The new address of the Law Office of Malik Shabazz, Esq. is:

**700 Pennsylvania Ave SE
Suite #200
Washington, DC 20003**

Respectfully submitted by:

/s/ MALIK SHABAZZ ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Suite #200
Washington, DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

/S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475

1

2

          5245 Keele Street, Suite A
          Jackson, Mississippi 39206
          Email:Trent@Trentwalkeresq.com
          (Mississippi Local Counsel)
          (601) 321-9540

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON FEBRUARY 11, 2025 I HAVE ELECTRONICALLY TRANSMITTED THE NOTICE OF CHANGE OF ADDRESS TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

    Sincerely,

    /S/ Malik Shabazz, Esq./S/
    MALIK SHABAZZ ESQ.