IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL JENKINS,** *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action No.** |
| v. | : | **3:23-cv-374-DPJ-ASH** |
| | : | |
| | : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE TO TAKE DEPOSITION OF DEWAYNE THORNTON

Plaintiffs hereby serve Notice, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Dwayne Thornton on February 21, 2025 at 2pm**, at the offices of Biggs, Inghram and Solop. Paragon Two, 578 Highland Colony Parkway, Ste. 100 Ridgeland, MS 39157. The deposition will be taken before a court reporter or other person authorized by the Federal Rules of Civil Procedure.

Respectfully submitted by:

 /s/ MALIK SHABAZZ ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Washington, DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker

1

M.S.B. #10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON FEBRUARY 11, 2025 I HAVE ELECTRONICALLY TRANSMITTED THE NOTICE TO TAKE DEPOSITION TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

    Sincerely,

    /S/ Malik Shabazz, Esq./S/
    MALIK SHABAZZ ESQ.