IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No.<br>: 3:23-cv-374-DPJ-ASH |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : |
| **Defendants.** | : |

### NOTICE TO TAKE DEPOSITION OF BRETT MCALPIN

Plaintiffs hereby serve Notice, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Brett McAlpin on February 27, 2025 at 9am**, at FCI McDowell, 101 Federal Drive, Welch, WV 24801.

The deposition will be taken before a court reporter or other person authorized by the Federal Rules of Civil Procedure.

Respectfully submitted by:

_/s/_ MALIK SHABAZZ_ ESQ /S/_
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Washington, DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


_/S/ TRENT WALKER ESQ /S/_
**TRENT WALKER, Esq.**

1

2

        The Law Offices of Trent Walker
        M.S.B. #10475
        5245 Keele Street Suite A
        Jackson, Mississippi 39206
        Email:Trent@Trentwalkeresq.com
        (Mississippi Local Counsel)
        (601) 321-9540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON FEBRUARY 11, 2025 I HAVE ELECTRONICALLY TRANSMITTED THE NOTICE TO TAKE DEPOSITION TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

    Sincerely,

    <u>/S/ Malik Shabazz, Esq./S/</u>
    MALIK SHABAZZ ESQ.