# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| | :   **Civil Action No.** |
| v. | :   **3:23-cv-374-DPJ-ASH** |
| | : |
| | : |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.*, | : |
| | : |
| **Defendants.** | : |

## NOTICE OF RECEIPT OF DEPOSITION

Pursuant to L.U. CIV. R. 5(d)(2), Plaintiffs notify all parties of the receipt of the deposition of Bryan Bailey.

Respectfully submitted by:

 /s/ MALIK SHABAZZ ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 58434
700 Pennsylvania Ave SE
Washington, DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, THAT ON FEBRUARY 12, 2025 I HAVE ELECTRONICALLY TRANSMITTED THIS RECEIPT OF DEPOSITION TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

        Sincerely,

        /S/ Malik Shabazz, Esq./S/
        MALIK SHABAZZ ESQ.