IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS**, *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | Civil Action No. |
| v. : | 3:23-cv-374-DPJ-ASH |
| : | |
| : | |
| **RANKIN COUNTY, MISSISSIPPI**, *et al.*, : | |
| : | |
| **Defendants.** : | |

**NOTICE OF FILING OF DEPOSITION COVER PAGE FOR RECEIPT OF DEPOSITION [DOC. 114]**

Pursuant to L.U. CIV. R. 5(d)(2), Plaintiffs file this deposition cover page to accompany Doc. 114 [Receipt of Deposition].

Respectfully submitted by:

 /s/  MALIK SHABAZZ  ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 58434
700 Pennsylvania Ave SE
Washington, DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON FEBRUARY 12, 2025 I HAVE ELECTRONICALLY TRANSMITTED THIS DEPOSITION COVER PAGE FOR DOC 114 [RECEIPT OF DEPOSITION] TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

    Sincerely,

    /S/ Malik Shabazz, Esq./S/
    MALIK SHABAZZ ESQ.