Michael Corey Jenkins, et al.
v.
Rankin County, Mississippi, et al.

Sheriff Bryan Bailey
January 8, 2025

*Brown Court Reporting & Litigation Support*
*4780 I-55 North, Suite 100*
*Jackson, MS 39211*
*julie@browncourtreporting.com*
*(601) 203-0071 phone | (601) 709-4611 fax*



Brown Court Reporting, Inc. - (601) 832-4920