IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* | : |
| | : |
| **Plaintiffs,** | : |
| | : Civil Action No. |
| v. | : 3:23-cv-374-DPJ-ASH |
| | : |
| | : |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.*, | : |
| | : |
| **Defendants.** | : |

### NOTICE TO TAKE DEPOSITION OF SID SCARBROUGH

Plaintiffs hereby serve Notice, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Rankin County Board of Supervisors President Sid Scarbrough on February 21, 2025 at 10 am**, at the offices of Biggs, Inghram and Solop. Paragon Two, 578 Highland Colony Parkway, Ste. 100 Ridgeland, MS 39157. The deposition will be taken before a court reporter or other person authorized by the Federal Rules of Civil Procedure.

    Respectfully submitted by:

    _/s/_ MALIK SHABAZZ_ ESQ /S/_
    **MALIK SHABAZZ, Esq.**
    The Law Office of Malik Shabazz, Esq.
    D.C. Bar # 458434
    700 Pennsylvania Ave SE
    Washington, DC 20003
    Email:Attorney.shabazz@yahoo.com
    Tel: (301) 513-5445
    Fax: (301) 513-5447
    (Lead counsel for Plaintiff)

    /S/ TRENT WALKER ESQ /S/
    **TRENT WALKER, Esq.**
    The Law Offices of Trent Walker

M.S.B. #10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON FEBRUARY 16, 2025 I HAVE ELECTRONICALLY TRANSMITTED THE NOTICE TO TAKE DEPOSITION TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

        Sincerely,

        <u>/S/ Malik Shabazz, Esq./S/</u>
        MALIK SHABAZZ ESQ.