CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 18 2025
BY ARTHUR JOHNSTON DEPUTY

RETURN TO SENDER

Relea[sed]

GULFPORT
5:95 PM
12 FEB 2025
US POSTAGE PITNEY BOWES
00.69⁰
BC: 39201520299

*2066-05481-14-28
UNABLE TO FORWARD
NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER

NIXIE   392   7E 1   22/15/25

RECEIVED
FEB 18 2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

3950334615 R016

GULFPORT
395 PM 2 T
07 FEB 2025

Special Mail — Open in the Presence of the Inmate

Daniel Opdyke, #455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

**Orders on Motions**
<u>3:23-cv-00374-DPJ-ASH Jenkins et al v. Rankin County, Mississippi et al</u>

ASH,JURY,TRIAL_SET

# U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 1/31/2025 at 9:25 AM CST and filed on 1/31/2025
**Case Name:**        Jenkins et al v. Rankin County, Mississippi et al
**Case Number:**    <u>3:23-cv-00374-DPJ-ASH</u>
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting [98] Joint Motion for Extension of Time to Complete Discovery. All discovery authorized by the Court's previous Order [71] must be completed by March 3, 2025. Bailey must file his motion for summary judgment based on qualified immunity on or before March 17, 2025. Plaintiffs' response shall be filed on or before March 31, 2025, and Bailey's reply, if any, shall be filed on or before April 7, 2025. No further written order shall issue. Signed by Magistrate Judge Andrew S. Harris on January 31, 2025. (DI)**

**3:23-cv-00374-DPJ-ASH Notice has been electronically mailed to:**

Clarence M. Leland , Jr    cleland@bellsouth.net, ktbethj@bellsouth.net

Gregory Todd Butler    todd.butler@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, tamonica.brown@phelps.com

Jason E Dare    jdare@bislawyers.com, kaldridge@bislawyers.com

Malik Shabazz - PHV    attorney.shabazz@yahoo.com

Mallory K. Bland    mallory.bland@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, natalie.barfield@phelps.com, tamonica.brown@phelps.com

Trent L. Walker    Trent@Trentwalkeresq.com

**3:23-cv-00374-DPJ-ASH Notice has been delivered by other means to:**

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

