

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 18 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

RTS Released

RECEIVED
FEB 18 2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Special Mail — Open in the presence of the inmate

FIRST-CLASS
US POSTAGE (IMI) PITNEY BOWES
ZIP 39201
02 7H       $ 000.69⁰
0006204565   FEB 10 2025

NIXIE       392   FE 1       0002/16/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 39201502825    *1366-04520-10-41

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503
228-896-3000

**Orders on Motions**
3:23-cv-00374-DPJ-ASH Jenkins
et al v. Rankin County,
Mississippi et al

ASH,JURY,TRIAL_SET

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 2/10/2025 at 2:11 PM CST and filed on 2/10/2025
**Case Name:**	Jenkins et al v. Rankin County, Mississippi et al
**Case Number:**	3:23-cv-00374-DPJ-ASH
**Filer:**
**Document Number:** 102

**Docket Text:**
**ORDER granting [101] Unopposed Motion to Take Deposition from Alan Schmidt. Signed by Magistrate Judge Andrew S. Harris on February 10, 2025. (TA)**


**3:23-cv-00374-DPJ-ASH Notice has been electronically mailed to:**

Clarence M. Leland , Jr    cleland@bellsouth.net, ktbethj@bellsouth.net

Gregory Todd Butler    todd.butler@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, tamonica.brown@phelps.com

Jason E Dare    jdare@bislawyers.com, kaldridge@bislawyers.com

Malik Shabazz - PHV    attorney.shabazz@yahoo.com

Mallory K. Bland    mallory.bland@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, natalie.barfield@phelps.com, tamonica.brown@phelps.com

Trent L. Walker    Trent@Trentwalkeresq.com

**3:23-cv-00374-DPJ-ASH Notice has been delivered by other means to:**

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1081288797 [Date=2/10/2025] [FileNumber=7031680-0
] [a331c06dd59a454b96060dbeaaf317674f5ec6561bddc7125eb1dd404993343805e
fb16abe85f118a16bb67184fb8da5f9a35decc171594044bad8e36b64cfc8]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS and                                             PLAINTIFFS
EDDIE TERRELL PARKER

V.                                         CIVIL ACTION NO. 3:23-CV-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, ET AL.                                    DEFENDANTS

ORDER

This case is before the Court on Defendant Sheriff Bryan Bailey's Motion for Leave to Depose Alan Schmidt [101] under Federal Rule of Civil Procedure 30(a)(2)(B). The motion is unopposed.

Federal Rule of Civil Procedure 30(a)(2)(B) states that "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in prison." Fed. R. Civ. P. 30(a)(2)(B). Alan Schmidt, an individual identified by Plaintiffs as a potential witness related to Bailey's qualified immunity defense, is currently incarcerated at the Rankin County Adult Detention Center. Mot. [101] ¶ 2. The request to depose Schmidt does not exceed the scope or limitations on discovery contemplated in Federal Rule of Civil Procedure 26(b)(1) and (2). This deposition shall remain subject to the limited scope of discovery set by the Court.[1] Order [71]. The Court therefore finds that Bailey's motion should be granted.

Accordingly, the deposition shall proceed on terms agreeable to the detention center. Bailey shall serve a copy of this Order on the Rankin County Adult Detention Center. This order

---

[1] The Court extended discovery until March 3, 2025. *See* January 31, 2025 Text-Only Order.

1

does not relieve Bailey of the obligation to properly notice the date, time, and method of recording the deposition as required by Federal Rule of Civil Procedure 30.

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2025.

s/ *Andrew S. Harris*  
UNITED STATES MAGISTRATE JUDGE