## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* | : |
| | : |
| **Plaintiffs,** | : |
| | : Civil Action No. |
| v. | : 3:23-cv-374-DPJ-ASH |
| | : |
| | : |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : |
| | : |
| **Defendants.** | : |

### NOTICE TO TAKE DEPOSITION OF JEFFERY MIDDLETON

Plaintiffs' hereby serve Notice, by and through counsel, pursuant to Fed. R. Civ. P. 30, will take the deposition of **Jeffery Middleton, March 7, 2025 at 9am**, at FTC Oklahoma City. 7410 MacArther Blvd, Oklahoma City OK 72169. The deposition will be taken before a court reporter or other person authorized by the Federal Rules of Civil Procedure.

Respectfully submitted by:

_/s/_ MALIK SHABAZZ_ESQ /S/_
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Washington, DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

_/S/ TRENT WALKER ESQ /S/_
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street Suite A

Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, THAT ON FEBRUARY 26, 2025 I HAVE ELECTRONICALLY TRANSMITTED THE NOTICE TO TAKE DEPOSITION TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

        Sincerely,

        /S/ Malik Shabazz, Esq./S/
        MALIK SHABAZZ ESQ.