IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL COREY JENKINS,** *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil Action No** |
| v. : | **3:23-cv-374-ASH-DPJ** |
| : | |
| : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE OF REQUEST FOR ADMISSIONS

Plaintiffs, in accordance with Mississippi Local Rule 5(d)(3) hereby certify that Request for Admissions were served upon defense counsel for Jeffery Middleton on December 4, 2024. Plaintiffs further certify that on the date of this filing, February 28, 2025, defense counsel for defendant Middleton has not responded to plaintiffs' Request for Admissions.

Respectfully submitted by:

 */s/*  MALIK SHABAZZ  ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Washington, DC 20003
Email: Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/

**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. 10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email: Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, THAT ON FEBRUARY 28, 2025, I HAVE ELECTRONICALLY TRANSMITTED THE NOTICE OF REQUEST FOR ADMISSIONS TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

    Sincerely,

    <u>/S/ Malik Shabazz, Esq./S/</u>
    MALIK SHABAZZ ESQ.