IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL COREY JENKINS**, *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil Action No** |
| v. : | **3:23-cv-374-ASH-DPJ** |
| : | |
| : | |
| **RANKIN COUNTY, MISSISSIPPI**, *et al.,* : | |
| : | |
| **Defendants.** : | |

## MOTION TO DEEM ADMISSIONS ADMITTED

Now Comes plaintiffs Michael Jenkins and Eddie Parker, by and through counsel, by and through F.R.C.P. 36(a)(3) and hereby requests that this Honorable Court deem admitted, Requests for Admission that were served on Defendant Jeffery Middleton. In support, plaintiffs states as follows:

1. Counsel for plaintiffs served Request for Admissions on defendant Jeffery Middleton through his counsel of record Don Leland at cleland@bellsouth.net on December 4, 2024. *See* Exhibits A and B,

2. Counsel for plaintiffs contacted counsel for Mr. Middleton on the dates of February 26, 2025, and re-emailed Mr. Leland on February 27, 2025, asking counsel if was he going to consent to deem admitted plaintiffs' Request for Admissions. Counsel for defendant Middleton has not responded.

3. According to F.R.C.P. 36(a)(3) defendant Middleton was required to respond to plaintiffs' Request for Admissions in thirty (30) days, or by January 3, 2025.

4. Federal Rule of Civil Procedure 36(a)(3) states:

> (3) *Time to Respond; Effect of Not Responding.* A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney. A shorter or longer time for responding may be stipulated to under Rule 29 or be ordered by the court.

5. Therefore, Plaintiffs' requests an order deeming plaintiff's Request for Admissions to Defendant Jeffery Middleton admitted.

Respectfully submitted by:

_/s/_ MALIK SHABAZZ_ ESQ /S/_
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Washington, DC 20003
Email: Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

_/S/ TRENT WALKER ESQ /S/_
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. 10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email: Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON FEBRUARY 28, 2025, I HAVE ELECTRONICALLY TRANSMITTED THE MOTION T O DEEM ADMISSIONS ADMITTED TO ALL COUNSEL OF RECORD USING THE ECF COURT FILING SYSTEM

    Sincerely,

    <u>/S/ Malik Shabazz, Esq./S/</u>
    MALIK SHABAZZ ESQ.