IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL JENKINS,** *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action No.** |
| v. | : | **3:23-cv-374-DPJ-ASH** |
| | : | |
| | : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF FILING OF PRODUCTION OF DOCUMENT RESPONSES

Plaintiffs hereby serve Notice, by and through counsel, of the filing of supplemental Production of Document Responses [Bates 428-564] to defense counsel for Brian Bailey.

Respectfully submitted by:

_/s/_ MALIK SHABAZZ_ ESQ /S/_
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Washington, DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

_/S/ TRENT WALKER ESQ /S/_
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON MARCH 3, 2025 I HAVE ELECTRONICALLY TRANSMITTED FILIED OF PRODUCTION OF DOCUMENT RESPONSES TO DEFENSE COUNSEL FOR DEFENDANT BRIAN BAILEY.

    Sincerely,

    /S/ Malik Shabazz, Esq./S/
    MALIK SHABAZZ ESQ.