# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* | : |
| | : |
| **Plaintiffs,** | : |
| | : Civil Action No. |
| v. | : 3:23-cv-374-DPJ-ASH |
| | : |
| | : |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.*, | : |
| | : |
| **Defendants.** | : |

### NOTICE OF FILING OF SUPPLEMENTAL INTERROGATORY RESPONSES

Plaintiffs hereby serve Notice, by and through counsel, of the filing of supplemental interrogatory answers to defense counsel for Brian Bailey.

Respectfully submitted by:

 */s/* MALIK SHABAZZ ESQ /S/
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
700 Pennsylvania Ave SE
Washington, DC 20003
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email:Trent@Trentwalkeresq.com
(Mississippi Local Counsel)
(601) 321-9

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT ON MARCH 3, 2025 I HAVE ELECTRONICALLY TRANSMITTED INTERROGATORY RESPONSES TO DEFENSE COUNSEL FOR DEFENDANT BRIAN BAILEY.

        Sincerely,

        /S/ Malik Shabazz, Esq./S/
        MALIK SHABAZZ ESQ.