## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MICHAEL COREY JENKINS, et al.**                                                           **PLAINTIFFS**

**v.**                                                                    **CAUSE NO. 3:23cv374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                   **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that on this day the following discovery documents were served in this cause of action:

- *Defendant Bailey's Supplemental Pre-Discovery Disclosures*;

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**DATED**, this 3rd day of March, 2025.

                                          **BRYAN BAILEY - Defendant**

                                          **BY:**    */s/ Jason E. Dare*
                                                     **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:    (601) 987-5307
Facsimile:     (601) 987-5307