**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MICHAEL COREY JENKINS, et al.**                                                              **PLAINTIFFS**

**v.**                                                                              **CAUSE NO. 3:23-cv-374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                       **DEFENDANTS**

**NOTICE OF SERVICE**

Notice is hereby given that on this day the following discovery documents were served in this cause of action:

- *Rankin County's Supplemental Responses to First Set of Requests for Production*;

- *Rankin County's Supplemental Responses to Second Set of Requests for Production*;

- *Rankin County's Responses to Revised Third Set of Requests for Production*; and

- *Rankin County's Responses to Fourth Set of Requests for Production.*

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**DATED**, this 3rd day of March, 2025.

                                                                    **RANKIN COUNTY - Defendant**

                                                                    **BY:**   */s/ Jason E. Dare*
                                                                                **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:    (601) 987-5307
Facsimile:     (601) 987-5307