

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

RECEIVED MAR 10 2025 U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISS.

RTS Released

JACKSON MS 390
27 FEB 2025

US POSTAGE (PITNEY BOWES)
ZIP 39201
02 7H
0006204565
$ 000.69⁰
FEB 27 2025

Special Mail — Open in the presence of the inmate

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 10 2025
BY ARTHUR JOHNSTON DEPUTY

NIXIE        392     FE 1        0003/08/25
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 39201502825        *0566-03630-27-38

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 3950

**Orders on Motions**
3:23-cv-00374-DPJ-ASH Jenkins et al v. Rankin County, Mississippi et al

ASH,JURY,TRIAL_SET

# U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 2/27/2025 at 8:20 AM CST and filed on 2/27/2025
**Case Name:** Jenkins et al v. Rankin County, Mississippi et al
**Case Number:** 3:23-cv-00374-DPJ-ASH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting [121] Consent Motion for Extension of Time to Complete Discovery for the limited purpose of taking the deposition of Defendant Jeffery Middleton. No further written order shall issue. Signed by Magistrate Judge Andrew S. Harris on February 27, 2025. (TA)**

**3:23-cv-00374-DPJ-ASH Notice has been electronically mailed to:**

Clarence M. Leland , Jr    cleland@bellsouth.net, ktbethj@bellsouth.net

Gregory Todd Butler    todd.butler@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, tamonica.brown@phelps.com

Jason E Dare    jdare@bislawyers.com, kaldridge@bislawyers.com

Malik Shabazz - PHV    attorney.shabazz@yahoo.com

Mallory K. Bland    mallory.bland@phelps.com, buffy.mcgowan@phelps.com, debra.hardwick@phelps.com, kaye.reeves@phelps.com, natalie.barfield@phelps.com, tamonica.brown@phelps.com

Trent L. Walker    Trent@Trentwalkeresq.com

**3:23-cv-00374-DPJ-ASH Notice has been delivered by other means to:**

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503