**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT ST., STE 2.500
**JACKSON, MS 39201**

OFFICIAL BUSINESS

**RECEIVED**

MAR 17 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

RTS

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAR 17 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

JACKSON MS 390

3 MAR 2025 PM 3 L

US POSTAGE ▮▮▮ PITNEY BOWES

ZIP 39201
02 7H
0006204565

$ 000.69⁰

MAR 03 2025

Special Mail — Open in the presence of the inm...

NIXIE        392    FE 1        0003/16/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 39201502299        *2066-03772-16-24

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

# Orders on Motions

<u>3:23-cv-00374-DPJ-ASH Jenkins
et al v. Rankin County,
Mississippi et al</u>

ASH,JURY,TRIAL_SET

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 3/3/2025 at 12:02 PM CST and filed on 3/3/2025

**Case Name:**      Jenkins et al v. Rankin County, Mississippi et al

**Case Number:**    3:23-cv-00374-DPJ-ASH

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER denying without prejudice [123] Motion to Deem Admissions Admitted due to Plaintiffs' failure to comply with Local Rule 7(b)(4), which requires the movant to submit a memorandum brief in support of a motion. Should Plaintiffs refile their motion, they are ordered to brief the relevant case law demonstrating their entitlement to the relief requested. No further written order shall issue. Signed by Magistrate Judge Andrew S. Harris on March 3, 2025. (TA)**

**3:23-cv-00374-DPJ-ASH Notice has been electronically mailed to:**

Clarence M. Leland , Jr    cleland@bellsouth.net, ktbethj@bellsouth.net

Jason E Dare    jdare@bislawyers.com, kaldridge@bislawyers.com

Malik Shabazz - PHV    attorney.shabazz@yahoo.com

Trent L. Walker    Trent@Trentwalkeresq.com

**3:23-cv-00374-DPJ-ASH Notice has been delivered by other means to:**

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503