DPS 101509

# STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**CHRISTIAN L. DEDMON**

**THIS 1ST DAY OF DECEMBER, 2016**

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

*Matt Barnett*

Chairman
Board on Law Enforcement
Standards and Training

Certificate No. 25359

EXHIBIT 8

RC 051



# TASER Conducted Electrical Weapon
## TASER Certified End User Certificate

## CHRISTIAN DEDMON

This certifies that the above named individual *CHRISTIAN DEDMON* has completed the training required and has passed a written examination in the use of the TASER X-26 Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of TASER International, Inc. This certification must be renewed annually.

*Instructor: Commander Clay McPherson*

*Training Date 8/13/2017*                    *Expires 8/13/2018*

HC 012

LB1552

# THE NATIONAL RIFLE ASSOCIATION OF AMERICA

*This is to certify that*

## Christian Lee Dedmon

*of the*

## Pearl Police Department

*has satisfactorily completed the following approved NRA Law Enforcement course of fire:*

*Score* 93

*and qualified as*

*Sharpshooter*

Issued this ___1st___ day of ___December___, 2016

_____
*Edward J. Land Jr.*
Secretary

_____
*Philip Stansfield*
NRA Firearms Instructor

RC 053



# MISSISSIPPI

## LAW ENFORCEMENT OFFICERS' TRAINING ACADEMY

This is to certify that

*Christian Lee Dedmon*

has successfully completed

## DEFENSIVE TACTICS

conducted by the Mississippi Law Enforcement
Officers' Training Academy
at Pearl, Mississippi

This __1st__ day of __December__, __2016__

_____
Defensive Tactics Instructor

_____
Director, Training Academy

RC 054

# Certificate of Training

This is to certify that

# Christian Lee Dedmon

Has successfully completed MS Law Enforcement Officers Training Academy
course requirements for

## OC Survival Basic Course

December 1, 2016

Training Officer: Thomas Tuggle, II

RC 055

# MISSISSIPPI

## LAW ENFORCEMENT OFFICERS' TRAINING ACADEMY

This is to certify that

## Christian Lee Dedmon

has successfully completed

## Tactical Driving

conducted by the Mississippi Law Enforcement Officers' Training Academy at Pearl, Mississippi

This 1st day of December, 2016.



_____
Tactical Driving Instructor

_____
Director, Training Academy


RC 056

# MISSISSIPPI

## Law Enforcement Officers' Training Academy

This is to certify that

## Christian Lee Dedmon

has successfully completed

### The Basic Law Enforcement Course

and thereby fulfilled minimum training requirements set by the

Board on Law Enforcement Officer Standards and Training

Given this **1st** day of December, 2016, at Pearl Mississippi

_____
Director of the Academy

_____
Commissioner of Public Safety

RC 057

Wednesday, November 30, 2016

# DEPARTMENT OF PUBLIC SAFETY
Mississippi Law Enforcement Officers Training Academy

Academic Worksheet For:  Christian Lee Dedmon
307 Winter Field Court

Pearl Police Department                     Brandon        MS     39042

| 09/12/2016 thru 12/01/2016 | | BASIC #253 | Basic Law Enforcement Class #253 | | | | | |
|---|---|---|---|---|---|---|---|---|
| Exam | Grade/Earned | Cumulative | Required | Average | | | | |
| 1 ==> | 92.50 | 92.50 | 70 | 92.50 | Academic Average | 86.95 | **Passed** |
| 2 ==> | 96.00 | 188.50 | 140 | 46.25 | Firearm Average | 93.00 | **Passed** |
| 3 ==> | 92.00 | 280.50 | 210 | 93.50 | Physical Average | 88.00 | **Passed** |
| 4 ==> | 85.00 | 365.50 | 280 | 91.38 | | | |
| 5 ==> | 65.00 | 430.50 | 350 | 86.10 | Total Score | 88.72 | **Passed** |
| 6 ==> | 91.10 | 521.60 | 420 | 86.93 | | | |
| 7 ==> | 88.00 | 609.60 | 490 | 87.09 | Skill Certifications | | |
| 8 ==> | 86.00 | 695.60 | 560 | 86.95 | Firearms S | | |

Class ranking is 21  out of 50

Skill Certifications

Firearms  S
Defensive Tactics  C
Defensive Driving  C
Radar  C
ASP Baton  C
First Aid  C
C.P.R.  C
Intoxilizer  C

M - Marksman
S - Sharpshooter
E - Expert

C - Certified
U - Uncertified
P - Previous

RC 058



# STATE FIRE ACADEMY

## of

## Mississippi

*Certifies that*

**CHRISTIAN DEDMON**

having completed the

**TACTICAL COMBAT CASUALTY CARE**

is therefore presented this

## CERTIFICATE

Issued this ___18th___ *day of* ___February___ ___2022___

© GCES 4264

HC 2022

BOOK 189 PAGE 235

# RANKIN COUNTY SHERIFF'S DEPARTMENT

## BRANDON, MS

## OATH OF OFFICE

I, Christian Dedmon do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties of the office upon which I am about to enter. So help me God.

Christian Dedmon

Deputy Sheriff

SWORN TO AND SUBSCRIBED BEFORE ME THIS, THE 6th DAY OF,
_____, 2020.

Kent McDaniel

Kent McDaniel

County Court Judge

STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify.
REBECCA N. BOYD, CIRCUIT CLERK
BY _____



RC 060

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
OFFICE OF THE BOARD ON LAW ENFORCEMENT OFFICER,
EMERGENCY TELECOMMUNICATIONS & JAIL OFFICER

# STANDARDS & TRAINING COPY

## FULL-TIME LAW ENFORCEMENT APPLICATION FOR CERTIFICATION - PART I

### READ THE INSTRUCTIONS ON PAGE 2

In accordance with the Law Enforcement Officers Training Program (LEOTP) MCA § 45-6-1 et al. Warning: MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a board. This statute authorizes a fine of up to $10,000.00 and a jail sentence of up to 5 years. Further, the LEOTP authorizes the BLEOST in § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

1. Name: _Christian Lee Dedmon_      2. SSN: ▮▮▮▮▮▮
   Give Full Name - First Middle Last

3. Date of Hire: _05 / 30 / 17_   4. Date of Birth: ▮▮▮▮   5. Title/Rank: _Patrolman_

6. Department: _Rankin County Sheriffs office_   7. Telephone: _601-503-4122_

8. Dept.'s Address: _221 n Timbe St_                      _Brandon ms  39042_
   Post Office Box or Street                              City & Zip Code

9. Has the applicant ever been certified under the LEOTP? No ( )  Yes ( )  10. Certificate No. _____

11. **Education,** Years Completed _12_, High School Diploma _✓_ or GED _____, Degree(s) _____

12. **EMPLOYMENT RECORD**   List all employment. Begin with your most previous employment and work back. Use an additional 8.5 x 11 sheet of paper if necessary.

| Agency/Department | Position | City/State | | Month | Day | Year |
|---|---|---|---|---|---|---|
| Pearl Police Dept. | Patrolman | Pearl, MS | From: | oct | | 2014 |
| | | | To: | Sep | | 2015 |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

13. **TRAINING RECORD** List all completed law enforcement training consisting of eighty (80) hours or more. Include copies of certificates of completion. Use an additional 8.5 x 11 sheet of paper if necessary.

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| MLEOTA | Pearl MS | 8 1/2 hours | From: | 9 | 11 | 16 |
| | | | To: | 12 | 1 | 16 |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

H:\public\BLEOST\forms\2001\about app & al full-time form (copies).wpd

3750 I-55 Frontage Rd N
Jackson, Mississippi 39213
Telephone # - (601) 987-3096  Fax # - (601) 987-3086

RCSO 06123

Complete Parts I, II and III of the "Application for Certification" form for all newly hired full-time law enforcement officers. Return the form to the Board on Law Enforcement Officer Standards and Training (BLEOST) within thirty days of the officer's date of hire.

Part I

Type or print in ink when completing this form. Record the applicant's full name, social security number, date of hire as a full-time law enforcement officer, date of birth, current position or rank, the name of the employing agency/department, the department's telephone number and mailing address. Check whether or not the applicant has ever been certified under the Law Enforcement Officers Training Program (LEOTP). If the answer is yes, enter the applicant's certificate number. State the number of years of education completed by the applicant. Check whether the applicant has a high school diploma or GED, and denote any degrees earned other than a high school diploma or GED (i.e., BS - Bachelor of Science, BA - Bachelor of Arts, etc.).

List all past employment that has been held by the applicant, beginning with the applicant's most previous employment and working back. Include the name of the employer, the position held, the city and state where employed, and the dates of said employment.

List all law enforcement training consisting of eighty (80) hours or more that has been successfully completed by the applicant. Include copies of the certificates of completion and any other documentation available, such as a course curriculum.

Part II

This portion of the form must be completed by the applicant. Circle the answer that applies. Any of the questions, items one (1) through ten (10) that are answered "yes" must be explained to the Board. The explanation must be typed or printed in ink on a separate eight and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents.

All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. All traffic offenses involving drugs or alcohol, are to be reported regardless of the fine. Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: probation, fines, restitution, or community service. The applicant must sign and date "Part II - Applicant's Background Investigation Review" before a Notary Public.

Part III

This part of the background investigation review must be completed by the head of the department or someone with authority to sign as the department head. There must be a letter on file, at this office, stating specifically who has the authority to sign as the department head. This letter of authorization will have to be signed by the head of the department.

Each procedure must be initialed (ex. - JSD 1. A personnel ...) by the agency head to indicate completion of said procedure. The applicant's fingerprints must be submitted to the Criminal Information Center of the Mississippi Department of Public Safety (see the address below). If procedure number four (4) is not applicable to the officer in question enter N/A in the space provided. "Part III - Agency's Background Investigation Review" must be signed and dated before a Notary Public by the department head or someone with authority to sign as the department head.

CRIMINAL INFORMATION CENTER/MJIC
DEPARTMENT OF PUBLIC SAFETY
"FINGERPRINTS"
3891 HIGHWAY 468 WEST
PEARL, MISSISSIPPI 39208
TELEPHONE # - (601) 933-2600; FAX # - (601) 933-2676

H:\parish\BLEOST\forms\2001\bleost app & btl full-time form (copier).wpd

rev. - January 2001

Page 2 of 4

3750 I-55 Frontage Rd N
Jackson, Mississippi 38___ PL 098932
Telephone # - (601) 987-3086, Fax # - (601) 987-3086

Warning: MCA § 97-7-10, "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to $10,000 and a jail sentence of up to 5 years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

A *"yes"* answer to any of these questions does not automatically bar anyone from obtaining certification. Any of the following questions that are answered *"yes"* must be explained to the Board. The explanation must be typed or printed in ink on a separate eight and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents. All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. All traffic offenses involving drugs or alcohol must be reported regardless of the fine. Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: probation, fines, restitution, or community service.

Circle One

1. Have you ever been a defendant in a court martial, Article 15, Captain's Mast or other nonjudicial punishment? Yes (No)

2. Has a judgement ever been issued against you? Yes (No)

3. Have you ever declared bankruptcy? Yes (No)

4. Have you ever been arrested or charged with a crime? Yes (No)

5. Have you ever received any alternatives to sentencing such as probation before judgement, pretrial diversion, non-adjudication of guilt or have you ever had an expungement? Yes (No)

6. Have you ever been found guilty or pled guilty or no contest to a crime? Yes (No)

7. Have you ever been refused a surety bond or turned down for employment that required a surety bond? Yes (No)

8. Have you ever been involuntarily terminated from employment or have you resigned to prevent immediate termination either while there was an ongoing investigation into your activities or at the conclusion of any such investigation? Yes (No)

9. Have you ever been addicted to or hospitalized for the use of alcohol or drugs? Yes (No)

10. Have you ever had a certificate, license or privilege removed, revoked, suspended, or voluntarily relinquished the same under state, federal or other laws? Yes (No)

I, the undersigned, do hereby swear and affirm that I am a citizen of the United States, by birth or naturalization, that I have never been convicted of a felony or a misdemeanor involving moral turpitude, that I have a valid high school diploma or its equivalent, that my discharge (if any) from the Armed Forces was under honorable conditions, that I am of good moral character, that I have provided my employer with a full explanation (without any omissions) of each and every "yes" answer to the above questions, one (1) through ten (10) of Part II of the "Application for Certification" form, and that these explanations (if any) are attached to this form, that I am at least twenty-one (21) years old, that I have read and do hereby confirm that all of the information contained in this application is correct, and that all other information I furnish in conjunction with my application is true and correct.

Witness my signature this, the __5__ day of __September__, 20_12_.

_____    _____
Applicant's Signature                Print Applicant's Name

NOTARY PUBLIC

I, the undersigned authority in and for __Rankin Co, MS__ County and State, do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part II of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part II of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal this, the __5__ day of __Sept.__, 20_17_.

ID # 101206
KRISTI P. SHANKS
Commission Expires
March 27, 2020

Notary Public __Kristi P. Shanks__

3750 I-55 Frontage Rd N
Jackson, Mississippi 39211
Telephone # - (601) 987-3096, Fax # - (601) 987-3096

*Warning:* MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements on a Board. This statute authorizes a fine of up to $10,000 and a jail sentence of up to 5 years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

The agency head or authorized signatory must __initial__ (ex. - _AB_ 1. A personnel ...) the procedures that have been completed on the applicant named in this form. **All the procedures are required to be completed with the possible exception of procedure number four (4).** If the applicant has not served in the military enter N/A in the space provided.

_initial_ 1. A personnel file on the applicant has been created and is being maintained at this agency. The file includes a release of information form or a letter allowing the release of information signed by the applicant. Copies of all the documents referenced below, in items two (2) through seven (7) of Part III of the "Application for Certification" form, are included in this file. This file will be maintained as long as the applicant is employed with this agency, and the file will be made available to the BLEOST upon receipt of a written request.

_initial_ 2. A complete background investigation on the applicant has been performed, has been reviewed by me and a copy of the background investigation is included in the applicant's personnel file.

_initial_ 3. The applicant's fingerprints have been submitted to the Criminal Information Center of the Mississippi Department of Public Safety as a part of the background investigation and a copy of the FBI report will be included in the applicant's personnel file.

_N/A initial_ 4. The applicant's official Certificate of Release or Discharge From Active Duty (D.D. Form 214) has been reviewed by me and a copy is included in the applicant's personnel file.

_initial_ 5. The applicant's official documentation certifying successful completion of high school or completion of the General Educational Development (GED) Testing Program has been reviewed by me and a copy is included in the applicant's personnel file.

_initial_ 6. I have reviewed appropriate official documents certifying the applicant's age and citizenship and copies of said documents are included in the applicant's personnel file.

_initial_ 7. The applicant has completed a medical examination by a licensed physician and the results have been reviewed by me. A copy of said examination is included in the applicant's personnel file.

I, the undersigned, do hereby swear and affirm that I or individuals under my supervision have made a thorough background investigation of this applicant, (print applicant's name) __Christian Dedmon__, including any answers of "yes" to questions one (1) through ten (10) in Part II of this form and written explanations for those answers are attached. I certify that all the procedures in Part III, one (1) through seven (7), that are applicable to the officer in question have been completed, that to the best of my knowledge the applicant is physically qualified to perform duties as a law enforcement officer, that the applicant is at least twenty-one (21) years of age, that I have contacted each of the applicant's past employers (if any), that I am satisfied that the applicant is of good moral character, that the applicant has never been convicted of a felony or of a misdemeanor involving moral turpitude, and that the applicant is a law enforcement officer as defined in **MCA § 45-6-3 (c).**

Witness my signature this, the __5__ day of __Sept.__, 20__17__.

Agency Head's/Authorized Signatory's Signature

Title __Sheriff__

NOTARY PUBLIC

I the undersigned authority in and for __Rankin Co, MS__ County and State do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part III of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part III of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal this, the __5__ day of __Sept.__, 20__17__.

KRISTI P. SHANKS
Commission Expires
March 27, 2020
RANKIN COUNTY

Notary Public __Kristi P Shanks__

RC 064

**From:** Alyssa Bills <ARBILLS@FBI.GOV>
**Sent:** Friday, May 20, 2022 10:51 AM
**To:** Anthony Dimartino <adimartino@rankincounty.org>; Paul Holley <pholley@rankincounty.org>; Adam Whittington <awhittington@rankincounty.org>; Hunter Elward <helward@rankincounty.org>; Jonathan Sanford <jsanford@rankincounty.org>; Tony Shack <tshack@rankincounty.org>; Steve Godfrey <sgodfrey@rankincounty.org>; Christian Dedmon <cdedmon@rankincounty.org>; Ronnie Decell <rdecell@rankincounty.org>; James Prince <jprince@rankincounty.org>; Cain Underwood <cunderwood@rankincounty.org>; Jeffrey Middleton <jmiddleton@rankincounty.org>; Stefan Williams <swilliams@rankincounty.org>; Luke Stickman <lstickman@rankincounty.org>; Jesse Zetterholm <jzetterholm@rankincounty.org>; Hunter Brown <hbrown@rankincounty.org>; Jeremiah Jordan <jejordan@rankincounty.org>; Daniel Opdyke <dopdyke@rankincounty.org>; David Hicks <dhicks@rankincounty.org>; Crystal Bender Sims <CBENDERSIMS@FBI.GOV>
**Subject:** [Possible scam] Numbers Needed & Update Provided!

**************************************************************************************************************************
********************
**An important message from your IT department regarding this email:**

This email contains a keyword or phrase that indicates it may be malicious or a phishing attempt. Please remember to take care when sharing information to anyone and never share your account information.
**************************************************************************************************************************
********************

Hi Rankin guys!!

Some of you may remember but I am Alyssa Bills with the FBI Office in Jackson. I have done & am continuing to handle most of the admin and paperwork side of things for y'all to be on our squad!

I am emailing to request that each of you send me the BEST contact number for you.
I have numbers for some of you, but I want to make sure I have the best means of contact - I am going to put a list out to the agents and the other TFO's on the squad with your name and number, so they can start utilizing you guys when doing anything related to drug cases, and hopefully soon, all cases!

Just to provide an update for those wondering -
all 19 of you are now title 21 deputized (drug matters only), & all have passed our limited background investigation and you have full escorted access to our buildings, whenever you may need to come in, or want to!
I put in all of your applications for your title 18 deputations through the Marshall's and unfortunately, like I thought, they found little details to pick over and sent them all back. Thankfully Paul & AJ came to the rescue to help me and did a great job getting me what I needed!! I'm currently working on redoing other aspects of the application on my end, but they all should be done and submitted by no later than Monday! It'll just be a waiting game after that.

When sending me your numbers, you can reply just to me in this email or text my work phone (listed below), if that is more convenient for you!

Please feel free to shoot me an email, a text, or give me a phone call if you ever have any questions or need anything at all from us!

Thank you for your patience and understanding, I know waiting around is never fun.

1

RC 065

**From:** Alyssa Bills <ARBILLS@FBI.GOV>
**Sent:** Monday, August 22, 2022 3:30 PM
**To:** Jesse Zetterholm <jzetterholm@rankincounty.org>; Jonathan Sanford <jsanford@rankincounty.org>; Tony Shack <tshack@rankincounty.org>; Luke Stickman <lstickman@rankincounty.org>; Cain Underwood <cunderwood@rankincounty.org>; Adam Whittington <awhittington@rankincounty.org>; Stefan Williams <swilliams@rankincounty.org>; Ronnie Decell <rdecell@rankincounty.org>; Christian Dedmon <cdedmon@rankincounty.org>; Hunter Elward <helward@rankincounty.org>; Hunter Brown <hbrown@rankincounty.org>; Steve Godfrey <sgodfrey@rankincounty.org>; David Hicks <dhicks@rankincounty.org>; Paul Holley <pholley@rankincounty.org>; Jeremiah Jordan <jejordan@rankincounty.org>; Jeffrey Middleton <jmiddleton@rankincounty.org>; James Prince <jprince@rankincounty.org>; Daniel Opdyke <dopdyke@rankincounty.org>; Anthony Dimartino <adimartino@rankincounty.org>
**Cc:** Crystal Bender Sims <CBENDERSIMS@FBI.GOV>; Linda Pilgrim <lpilgrim@fbi.gov>; Stephanie Campbell <sdcampbell@fbi.gov>
**Subject:** Title 18 Deputation!

Hey Rankin Guys!

So good news!!
The Marshall's are ready to get you guys deputized!!

Please see below for 2 appointments this week - listed with the names under each appointment..
Also, PLEASE respond to me & let me know if you can or cannot make it. If you cannot, we will need to try to schedule you next week for a makeup deputation. It is very important you respond to me with an answer, though.

Wednesday, August 24th at 10am

- Sanford
- Shack
- Stickman
- Underwood
- Whittington
- Williams
- Zetterholm

Thursday, August 25th at 10am

- Brown
- Decell
- Dedmon
- Elward
- Godfrey
- Hicks
- Holley
- Jordan
- Middleton
- Prince

1



**EXECUTIVE DIRECTOR**
Dave Van
613 Marquette Road
PO Box 88
Brandon, MS 39043
P · (601) 824-0342
F · (601) 824-0349

**COMMISSIONERS**
Steve Amos –Copiah
Tillmon Bishop - Lincoln
Melvin Ray - Madison
Jason Womack - Rankin
Clifton Reed - Simpson

**SERVICE PROGRAMS**
Copiah County
PO Box 728
Hazlehurst, MS 39083

Lincoln County
620 Hwy 51 North
Brookhaven, MS 39601

Madison County
PO Box 526
Canton, MS 39046

Rankin County
PO Box 88
Brandon, MS 39043

Simpson County
PO Box 578
Mendenhall, MS 39114

Alcohol & Drug Services
PO Box 88
Brandon, MS 39043

Intellectual and
Developmental Disabilities
PO Box 88
Brandon, MS 39043

September 3, 2019

Rankin County Sheriff's Office

RE: Christian Dedmon
DOB: ▮▮▮▮▮▮

Please let this letter serve as confirmation that Christian Dedmon completed a risk assessment with Region 8 Mental Health on September 3, 2019. At time of assessment, individual presented with a normal mood/affect and denied any suicidal/homicidal ideations or psychotic symptoms. While we cannot predict future behavior, this therapist feels that Christian Dedmon is not an immediate danger to himself and/or others at the present time.

If there is any further information that you require, please contact me at the number listed below.

Bethany Neese, MS, LPC
EAP Coordinator
601-824-0342



## Sheriff's Department • Rankin County, Mississippi

**BRYAN BAILEY**
SHERIFF OF RANKIN COUNTY

**Date: January 27, 2023**

**On January 27, 2023 Investigator Christian Dedmon was placed on desk duty until the current investigation involving Jenkins and Parker has been completed. Christian will not engage in any investigator or law enforcement actions until farther notice per Sheriff Bryan Bailey. Christian will be removed from any investigator on-call duties as well.**

**Randy Gray
Undersheriff**

RC 068



STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**HUNTER T. ELWARD**

**THIS 6TH DAY OF APRIL, 2017**

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

Matt Barnett
Chairman
Board on Law Enforcement
Standards and Training

Director
Board on Law Enforcement
Standards and Training

DPS 101509

Certificate No. ___25549___

RC 069

TRITON
TRAINING GROUP

Certificate of Completion

This is to certify

Hunter Elward

has successfully completed Triton Training Group's

Remington Model 870 Shotgun Armorer Course

Armorer School Instructor
Certificate: PERMS01132320

RemArms LLC Authorized Armorer Instructor

Training Director
Certificate Expires 01/11/2026



Defensive Edge Training &
Consulting, Inc. / SLR15 Rifles
DefensiveEdge.com
(763) 712-0123

# CERTIFICATE OF COMPLETION

Presented to

Hunter Elward

For Successful Completion of

AR15/M16/M4/AR308 Armorer Course – 16 hours

March 28 & 29, 2022 at Hattiesburg, Mississippi

Instructor Signature _____
Greg Sullivan

Armorer Certification expires 3/28/2027

RC 071



PERFECTION

# GLOCK CERTIFICATE
## Armorer's Course - 8 Hrs

*Hunter T. Elward*

has participated and successfully completed the GLOCK Armorer's Course

3/3/2022

Valid until   3/3/2025

Hunter T. Elward
GLOCK Certified Armorer

Joseph Parent III
Director of Training

RC 072

# STATE FIRE ACADEMY
## of
## Mississippi

*Certifies that*

**HUNTER ELWARD**

having completed the

**TACTICAL COMBAT CASUALTY CARE**

is therefore presented this

# CERTIFICATE

*Issued this* ___18th___ *day of* ___February___ ___2022___



## TASER® CEW End User Certification Form

**PRINT LEGIBLY AND CLEARLY PLEASE!**

**Which CEW were you certified in (Check all that apply):**    ☐ M26   **X** X26/P   ☐ X2

Rank: _____    Name: Hunter Elward

Agency: Rankin County Sheriff's Office    Email: _____

Phone: 601-825-1480    Fax: 601-824-7120

Address/State/Zip: 221 N. Timber St. Brandon MS 39042

Number of test answers correct: ____49____ out of 50 for the X26/P and X2 (80% minimum = **40 correct**)

_____ out of 45 for the M26 (80% minimum = **36 correct**)

Instructor to initial that student has successfully completed the following practical application tests:

_AN_ Demonstration of proper finger positions for aiming and firing.

_AN_ Control TASER CEW adequately when commanded "Arm - Spark - Safe" at random.

_AN_ Demonstrate the ability to load and unload the TASER CEW under stress.

_AN_ Remove and reinstall batteries in TASER CEW correctly.

_N/A_ Hit targets from various distances and place both probes in the preferred target zones

_N/A_ Utilize the ARC switch to re-energize deployed probes and to give a warning arc (X2 only)

I hereby certify that the above named applicant has passed the appropriate TASER Certification Test with a minimum score of 80% and has met the above criteria for sufficient knowledge and skills in the use of the TASER CEW system checked above and is hereby certified as a user of this system.

Attested by Certifying Instructor: _____
Barry Vaughn

Date: 07-21-17    Location: Rankin County Sheriff's Office

### *Keep this Form for Department Training Records*

© 2013 TASER International, Inc.
TASER® and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

RC 074



# TASER
## TRAINING ACADEMY

# TASER Conducted Electrical Weapon
## TASER Certified End User Certificate

# Hunter Elward

This certifies that the above named individual has completed the training required and has passed a written examination in the use of the TASER X26 / X26P Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of TASER International, Inc. This certification must be renewed annually.

Date: **July 21, 2017**

Instructor: _____

**Barry Vaughn**
Rankin County Sheriff's Office

RC 075

Tuesday, April 4, 2017

# DEPARTMENT OF PUBLIC SAFETY
### Mississippi Law Enforcement Officers Training Academy

Academic Worksheet For:    Hunter Thomas Elward
1750 Cleary Road
Rankin County So                                      Florence        MS    39073 

---

01/16/2017 thru 04/06/2017        basic    #254    Basic Law Enforcement Class #254

| Exam | Grade/Earned | Cumulative | Required | Average |
|---|---|---|---|---|
| 1 ==> | 78.00 | 78.00 | 70 | 78.00 |
| 2 ==> | 90.00 | 168.00 | 140 | 39.00 |
| 3 ==> | 88.00 | 256.00 | 210 | 85.33 |
| 4 ==> | 96.00 | 352.00 | 280 | 88.00 |
| 5 ==> | 80.00 | 432.00 | 350 | 86.40 |
| 6 ==> | 85.00 | 517.00 | 420 | 86.17 |
| 7 ==> | 102.50 | 619.50 | 490 | 88.50 |
| 8 ==> | 84.00 | 703.50 | 560 | 87.94 |

Academic Average    87.94    **Passed**

Firearm Average    99.00    **Passed**

Physical Average    97.80    **Passed**

Total Score    93.17    **Passed**

Skill Certifications

Firearms  E

Defensive Tactics  C
Defensive Driving  C
Radar  C
ASP Baton  C
First Aid  C
C.P.R.  C
Intoxilizer  C

M - Marksman
S - Sharpshooter
E - Expert

C - Certified
U - Uncertified
P - Previous

Class ranking is 12    out of  64

RC 076

BOOK 169 PAGE 187

# RANKIN COUNTY SHERIFF'S DEPARTMENT

## BRANDON, MS

## OATH OF OFFICE

I, **Hunter Elward** do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties of the office upon which I am about to enter. So help me God.

Hunter Elward

Deputy Sheriff

SWORN TO AND SUBSCRIBED BEFORE ME THIS, THE 10th DAY OF APRIL, 2017.

Kent McDaniel

Kent McDaniel

Rankin County Court Judge

STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify
REBECCA N. BOYD, CIRCUIT CLERK
BY_____D.C.

RC 077

BOOK 189 PAGE 149

# RANKIN COUNTY SHERIFF'S DEPARTMENT

## BRANDON, MS

## OATH OF OFFICE

I, Hunter Elward do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties of the office upon which I am about to enter. So help me God.

Hunter Elward

Deputy Sheriff

SWORN TO AND SUBSCRIBED BEFORE ME THIS, THE _3rd_ DAY OF, _February_, 2020.

Kent McDaniel

Kent McDaniel

County Court Judge

STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify.
REBECCA N. BOYD, CIRCUIT CLERK
BY 

RC 078







# PEACE OFFICER STANDARDS & TRAINING

## FULL-TIME LAW ENFORCEMENT APPLICATION FOR CERTIFICATION - PART I

READ THE INSTRUCTIONS ON PAGE 2

In accordance with the Law Enforcement Officers Training Program (LEOTP) MCA § 45-6-1 et al. Warning: MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a board. This statute authorizes a fine of up to $10,000.00 and a jail sentence of up to 5 years. Further, the LEOTP authorizes the BLEOST in § 45-6-11 (7) to cancel and recall any certificate obtained through misrepresentation or fraud.

1. Name: Hunter Thomas Elward    2. SSN: ▮▮▮▮▮▮
   Give Full Name - First Middle Last

3. Date of Hire: 7/16/17   4. Date of Birth: ▮▮▮   5. Title/Rank: Deputy

6. Department: Rankin County Sheriffs Department   7. Telephone: 601-825-1480

8. Dept.'s Address: 221 N. Timber Street  Brandon, MS    39042
   Post Office Box or Street                             City & Zip Code

9. Has the applicant ever been certified under the LEOTP? No (✓) Yes ( )  10. Certificate No. _____

11. Education, Number of Years Completed ____, High School Diploma ✓ or GED ____, Degree(s) _____

12. EMPLOYMENT RECORD  List all employment. Begin with your most previous employment and work back. Use an additional 8.5 x 11 sheet of paper if necessary.

| Agency/Department | Position | City/State | | Month | Day | Year |
|---|---|---|---|---|---|---|
| Rankin County Jail | Detention Officer | Brandon, MS | From: | 05 | 23 | 2016 |
| | | | To: | 01 | 15 | 2017 |
| Rankin County Sheriffs Department | Deputy | Brandon, MS | From: | 01 | 16 | 2017 |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

13. TRAINING RECORD  List all completed law enforcement training consisting of eighty (80) hours or more. Include copies of certificates of completion. Use an additional 8.5 x 11 sheet of paper if necessary.

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

MS Dept. of Public Safety/Div. Of Public Safety Planning/
Office of Standards and Training
1025 Northpark Drive
Ridgeland, Mississippi 39157
Telephone # - (601) 977-3777, Fax # - (601) 977-3779

W:\Work\_BLEOST\forms\2016\BLEOST - Full-Time Law Enforcement Application for Certification and Background Investigation Review.wpd

rev. - July 2016

Complete Parts I, II and III of the "Application for Certification" form for all newly hired <u>full-time</u> law enforcement officers. Return the form to the Board on Law Enforcement Officer Standards and Training (BLEOST) within thirty days of the officer's date of hire.

**Part I**

**Type or print in ink when completing this form.** Record the applicant's full name, social security number, date of hire as a full-time law enforcement officer, date of birth, current position or rank, the name of the employing agency/department, the department's telephone number and mailing address. Check whether or not the applicant has ever been certified under the Law Enforcement Officers Training Program (LEOTP). If the answer is yes, enter the applicant's certificate number. State the number of years of education completed by the applicant. Check whether the applicant has a high school diploma or GED, and denote any degrees earned other than a high school diploma or GED (i.e., BS - Bachelor of Science, BA - Bachelor of Arts, etc.).

List all past employment that has been held by the applicant, beginning with the applicant's most previous employment and working back. Include the name of the employer, the position held, the city and state where employed, and the dates of said employment.

List all law enforcement training consisting of eighty (80) hours or more that has been successfully completed by the applicant. Include copies of the certificates of completion and any other documentation available, such as a course curriculum.

**Part II**

This portion of the form must be completed by the applicant. <u>Circle</u> the answer that applies. A *"yes"* answer to any of these questions does not automatically bar anyone from obtaining certification. Any of the questions, items one (1) through nine (9) that are answered *"yes"* must be explained to the Board. **The explanation must be typed or printed in ink on a separate eight and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents.**

All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. **All traffic offenses involving drugs or alcohol, are to be reported regardless of the fine. Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: pre-trial diversion, probation, fines, restitution, or community service.** The applicant must sign and date "Part II - Applicant's Background Investigation Review" before a Notary Public.

**Part III**

This part of the background investigation review must be completed by the head of the department or someone with authority to sign as the department head. There must be a letter on file, at this office, stating specifically who has the authority to sign as the department head. This letter of authorization will have to be signed by the head of the department.

Each procedure must be <u>initialed</u> (ex. - _JD_ 1. A personnel ...) by the agency head to indicate completion of said procedure. **The applicant's fingerprints must be submitted to the Criminal Information Center of the Mississippi Department of Public Safety (see the address below).** If procedure number four (4) is not applicable to the officer in question enter N/A in the space provided. "Part III - Agency's Background Investigation Review" must be signed and dated before a Notary Public by the department head or someone with authority to sign as the department head.

Criminal Information Center/MJIC
Department of Public Safety
"Fingerprints"
3891 Highway 468 West
Pearl, Mississippi 39208
Telephone # - (601) 933-2600; Fax # - (601) 933-2676

RC 080

# Part II - APPLICANT'S BACKGROUND INVESTIGATION REVIEW

**Important, read the instructions before completing this form**

Circle One

1. Have you ever been a defendant in a court martial, Article 15, Captain's Mast or other nonjudicial punishment? — Yes **No**
2. Has a judgement ever been issued against you? — Yes **No**
3. Have you ever been arrested or charged with a crime? — Yes **No**
4. Have you ever received any alternatives to sentencing such as probation before judgement, pretrial diversion, non-adjudication of guilt or have you ever had an expungement? — Yes **No**
5. Have you ever been found guilty or pled guilty or no contest to a crime? — Yes **No**
6. Have you ever been refused a surety bond or turned down for employment that required a surety bond? — Yes **No**
7. Have you ever: (a) been suspended for any reason from any employment; (b) been terminated from any employment; (c) resigned to prevent termination from any employment; (d) resigned prior to, during or at the conclusion of any such investigation into your activities? — Yes **No**
8. Have you ever been addicted to or hospitalized for the use of alcohol or drugs? — Yes **No**
9. Have you ever had a certificate, license or privilege removed, revoked, suspended, or voluntarily relinquished the same under state, federal or other laws? — Yes **No**

I, the undersigned do hereby authorize and direct any duly authorized representative of a public safety agency to provide the POST full and complete disclosure of any information, public and private, pertaining to myself or my employment as required by the POST regarding my certification and my qualifications to be a certified law enforcement officer. It is my intent to provide full and free access to all information about me including my: work record, background and reputation, military records, educational records, financial status, criminal history and/or arrest record, information in investigatory files, job performance, attendance records, complaints or grievances, records or recollections of attorneys whether representing me or another person in any case in which I have had an interest, polygraph examinations, internal affairs investigations, discipline files and files which are deemed to be confidential and/or sealed.

I further authorize and direct the POST to provide copies of said records and/or any other record or document contained or related to my certification application and record to any duly authorized representative of a public safety agency.

I hereby release the POST and its authorized agents, the public safety agency and its authorized agents and all others, individually and collectively, from any and all liability or damages that may result from furnishing the information requested, including any liability or damage pursuant to any state or federal laws. I understand that should any information of a criminal nature surface, the information may be turned over to the appropriate authorities.

I, the undersigned, do hereby swear and affirm that I am a citizen of the United States, by birth or naturalization, that I have never been convicted, pled guilty, pled nolo contendere, fined, ordered into probation or pre-trial diversion in relation to a felony or a misdemeanor involving moral turpitude, that I have a valid high school diploma or its equivalent, that my discharge (if any) from the Armed Forces was under honorable conditions, that I am of good moral character, **that I have provided my employer with a full explanation (without any omissions) of each and every "yes" answer to the above questions, one (1) through nine (9) of Part II of the "Application for Certification" form, and that these explanations (if any) are attached to this form,** that I am at least twenty-one (21) years old, that I have read and understand this form, all the instructions contained therein and do hereby confirm that all of the information contained in this application and/or all other information I furnish in conjunction with my application is true and correct.

Witness my signature this, the __3__ day of __Feb.__, 20__1__.

_(signature)_ _____
Applicant's Signature

__Hunter Elward__
Print Applicant's Name

## NOTARY PUBLIC

I, the undersigned authority in and for __Rankin County, MS__ County and State, do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part II of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part II of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal this, the __3__ day of __Feb.__, 20__1__.

__Kristi P. Shanks__
Notary Public

_(Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC ID # 101206, KRISTI P. SHANKS, Commission Expires March 27, 2020, RANKIN COUNTY)_

RC 081

> **Warning:** MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to $10,000 and a jail sentence of up to 5 years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (7) to cancel and recall any certificate obtained through misrepresentation or fraud.

The agency head or authorized signatory must initial (ex. - _JD_ 1. A personnel file ...) the procedures that have been completed on the applicant named in this form. **All the procedures are required to be completed with the possible exception of procedure number four (4).** If the applicant has not served in the military enter N/A in the space provided.

_Oh_
initial
1. A personnel file on the applicant has been created and is being maintained at this agency. The file includes a release of information form or a letter allowing the release of information signed by the applicant. Copies of all the documents referenced below, in items two (2) through seven (7) of Part III of the "Application for Certification" form, are included in this file. This file will be maintained as long as the applicant is employed with this agency, and the file will be made available to the BLEOST upon receipt of a written request.

_Oh_
initial
2. A complete background investigation on the applicant has been performed, has been reviewed by me and a copy of the background investigation is included in the applicant's personnel file.

_Oh_
initial
3. The applicant's fingerprints have been submitted to the Criminal Information Center of the Mississippi Department of Public Safety as a part of the background investigation and a copy of the FBI report will be included in the applicant's personnel file.

_N/A_
initial
4. The applicant's official Certificate of Release or Discharge From Active Duty (D.D. Form 214) has been reviewed by me and a copy is included in the applicant's personnel file.

_Oh_
initial
5. The applicant's official documentation certifying successful completion of high school or completion of the General Educational Development (GED) Testing Program has been reviewed by me and a copy is included in the applicant's personnel file.

_Oh_
initial
6. I have reviewed appropriate official documents certifying the applicant's age and citizenship and copies of said documents are included in the applicant's personnel file.

_Oh_
initial
7. The applicant has completed a medical examination by a licensed physician and the results have been reviewed by me. A copy of said examination is included in the applicant's personnel file.

I, the undersigned, do hereby swear and affirm that I or individuals under my supervision have made a thorough background investigation of this applicant, (print applicant's name) __Hunter Elward__, including any answers of "yes" to questions one (1) through nine (9) in Part II of this form and written explanations for those answers are attached. I certify that all the procedures in Part III, one (1) through seven (7), that are applicable to the officer in question have been completed, that to the best of my knowledge the applicant is physically qualified to perform duties as a law enforcement officer, that the applicant is at least twenty-one (21) years of age, that I have contacted each of the applicant's past employers (if any), that I am satisfied that the applicant is of good moral character, that the applicant has never been convicted, pled guilty, pled nolo contendere, fined, ordered into probation or pre-trial diversion in relation to a felony or a misdemeanor involving moral turpitude, and that the applicant is a law enforcement officer as defined in MCA § 45-6-3 (c).

Witness my signature this, the __3__ day of __FeB__, 20_17_.

_[signature]_
Agency Head's/Authorized Signatory's Signature

_Sheriff_
Title

---

## NOTARY PUBLIC

I the undersigned authority in and for __Rankin County, MS__ County and State do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part III of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part III of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal this, the __3__ day of __Feb.__, 20_17_.

_[Notary seal: KRISTI P. SHANKS, Commission Expires March 27, 2020, RANKIN COUNTY, MISSISSIPPI NOTARY PUBLIC]_

Notary Public __Kristi P. Shanks__



# Sheriff's Department • Rankin County, Mississippi

**BRYAN BAILEY**
SHERIFF OF RANKIN COUNTY

January 25, 2023

Special Agent Dennis Weaver
Mississippi Bureau of Investigation
3851 Hwy 468 West
Pearl, MS 39208

Sir,

I have reviewed the score sheets for Deputy Hunter Elward for the 2022 year.
Deputy Elward completed the Mississippi State Qualifications Course on the
following dates:

February, 2022  98
June, 2022  98
July 2022  100
December 2022  100

Deputy Elward is also a Firearms Instructor with our Agency.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Steve Godfrey
Captain



# Sheriff's Department • Rankin County, Mississippi

**BRYAN BAILEY**
SHERIFF OF RANKIN COUNTY

On January 25, 2023 Deputy Hunter Elward was placed on administrative leave due to his involvement in an officer involved shooting at 135 Connerly Road. Deputy Elward will remain on administrative leave until further notice.

**Randy Gray**
**Undersheriff**

RC 084



**EXECUTIVE DIRECTOR**
Dave Van
613 Marquette Road
PO Box 88
Brandon, MS 39043
P · (601) 824-0342
F · (601) 824-0349

**COMMISSIONERS**
Steve Amos - Copiah
Tillmon Bishop - Lincoln
Melvin Ray - Madison
Jason Womack - Rankin
Clifton Reed - Simpson

**SERVICE PROGRAMS**
Copiah County
PO Box 728
Hazlehurst, MS 39083

Lincoln County
620 Hwy 51 North
Brookhaven, MS 39601

Madison County
PO Box 526
Canton, MS 39046

Rankin County
PO Box 88
Brandon, MS 39043

Simpson County
PO Box 578
Mendenhall, MS 39114

Alcohol & Drug Services
PO Box 88
Brandon, MS 39043

Intellectual and
Developmental Disabilities
PO Box 88
Brandon, MS 39043

January 26, 2023

Rankin County Sheriff's Department

Please let this letter serve as a confirmation that Deputy Hunter Elward completed a risk assessment with Region 8 Mental Health on January 26, 2023. At the time of the assessment, individual presented with normal mood/affect and denies any thoughts of harming self or others.

While we cannot predict future behavior, we do not feel that Mr. Elward is an immediate danger to himself or others at this present time. Further mental health treatment is not recommended. Therapist provided individual with Region 8's contact/emergency number if needed. If you require any additional information, please contact me. Thank you for your consideration in this matter.

Sincerely,

Melissa Howard, MS, CMHT, P-LPC
Crisis Specialist/Mental Health Therapist

**From:** Alyssa Bills <ARBILLS@FBI.GOV>
**Sent:** Friday, May 20, 2022 10:51 AM
**To:** Anthony Dimartino <adimartino@rankincounty.org>; Paul Holley <pholley@rankincounty.org>; Adam Whittington <awhittington@rankincounty.org>; Hunter Elward <helward@rankincounty.org>; Jonathan Sanford <jsanford@rankincounty.org>; Tony Shack <tshack@rankincounty.org>; Steve Godfrey <sgodfrey@rankincounty.org>; Christian Dedmon <cdedmon@rankincounty.org>; Ronnie Decell <rdecell@rankincounty.org>; James Prince <jprince@rankincounty.org>; Cain Underwood <cunderwood@rankincounty.org>; Jeffrey Middleton <jmiddleton@rankincounty.org>; Stefan Williams <swilliams@rankincounty.org>; Luke Stickman <lstickman@rankincounty.org>; Jesse Zetterholm <jzetterholm@rankincounty.org>; Hunter Brown <hbrown@rankincounty.org>; Jeremiah Jordan <jejordan@rankincounty.org>; Daniel Opdyke <dopdyke@rankincounty.org>; David Hicks <dhicks@rankincounty.org>; Crystal Bender Sims <CBENDERSIMS@FBI.GOV>
**Subject:** [Possible scam] Numbers Needed & Update Provided!

*****************************************************************************************************
********************

**An important message from your IT department regarding this email:**

This email contains a keyword or phrase that indicates it may be malicious or a phishing attempt. Please remember to take care when sharing information to anyone and never share your account information.
*****************************************************************************************************
********************

Hi Rankin guys!!

Some of you may remember but I am Alyssa Bills with the FBI Office in Jackson. I have done & am continuing to handle most of the admin and paperwork side of things for y'all to be on our squad!

I am emailing to request that each of you send me the BEST contact number for you.
I have numbers for some of you, but I want to make sure I have the best means of contact - I am going to put a list out to the agents and the other TFO's on the squad with your name and number, so they can start utilizing you guys when doing anything related to drug cases, and hopefully soon, all cases!

Just to provide an update for those wondering -
all 19 of you are now title 21 deputized (drug matters only), & all have passed our limited background investigation and you have full escorted access to our buildings, whenever you may need to come in, or want to!
I put in all of your applications for your title 18 deputations through the Marshall's and unfortunately, like I thought, they found little details to pick over and sent them all back. Thankfully Paul & AJ came to the rescue to help me and did a great job getting me what I needed!! I'm currently working on redoing other aspects of the application on my end, but they all should be done and submitted by no later than Monday! It'll just be a waiting game after that.

When sending me your numbers, you can reply just to me in this email or text my work phone (listed below), if that is more convenient for you!

Please feel free to shoot me an email, a text, or give me a phone call if you ever have any questions or need anything at all from us!

Thank you for your patience and understanding, I know waiting around is never fun.

1

RC 086

**From:** Alyssa Bills <ARBILLS@FBI.GOV>
**Sent:** Monday, August 22, 2022 3:30 PM
**To:** Jesse Zetterholm <jzetterholm@rankincounty.org>; Jonathan Sanford <jsanford@rankincounty.org>; Tony Shack <tshack@rankincounty.org>; Luke Stickman <lstickman@rankincounty.org>; Cain Underwood <cunderwood@rankincounty.org>; Adam Whittington <awhittington@rankincounty.org>; Stefan Williams <swilliams@rankincounty.org>; Ronnie Decell <rdecell@rankincounty.org>; Christian Dedmon <cdedmon@rankincounty.org>; Hunter Elward <helward@rankincounty.org>; Hunter Brown <hbrown@rankincounty.org>; Steve Godfrey <sgodfrey@rankincounty.org>; David Hicks <dhicks@rankincounty.org>; Paul Holley <pholley@rankincounty.org>; Jeremiah Jordan <jejordan@rankincounty.org>; Jeffrey Middleton <jmiddleton@rankincounty.org>; James Prince <jprince@rankincounty.org>; Daniel Opdyke <dopdyke@rankincounty.org>; Anthony Dimartino <adimartino@rankincounty.org>
**Cc:** Crystal Bender Sims <CBENDERSIMS@FBI.GOV>; Linda Pilgrim <lpilgrim@fbi.gov>; Stephanie Campbell <sdcampbell@fbi.gov>
**Subject:** Title 18 Deputation!

Hey Rankin Guys!

So good news!!
The Marshall's are ready to get you guys deputized!!

Please see below for 2 appointments this week - listed with the names under each appointment..
Also, PLEASE respond to me & let me know if you can or cannot make it. If you cannot, we will need to try to schedule you next week for a makeup deputation. It is very important you respond to me with an answer, though.

Wednesday, August 24th at 10am

- Sanford
- Shack
- Stickman
- Underwood
- Whittington
- Williams
- Zetterholm

Thursday, August 25th at 10am

- Brown
- Decell
- Dedmon
- Elward
- Godfrey
- Hicks
- Holley
- Jordan
- Middleton
- Prince

1

RC 087

# STATE OF MISSISSIPPI

**Board of Law Enforcement Officer Standards and Training**

Hereby awards this

*Professional Certificate*

TO

**BRETT M. McALPIN**

This **8TH** day of **JANUARY**, 19**98**

As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

*James B. Walker*
Director
Board on Law Enforcement
Standards and Training

*Roy Bezaney*
Chairman
Board on Law Enforcement
Standards and Training





Certificate No. **11294**

RC 088

# Mississippi Department of Public Safety

# Permit To Conduct Breath Analysis

### Issued To

### BRETT MORRIS McALPIN

The above named person is authorized to perform analysis of breath specimens to determine alcohol content pursuant to the Mississippi Implied Consent Act. Issuance or revocation of this permit is at the discretion of the Mississippi Crime Laboratory. This authorization is applicable to analysis conducted on the Intoxilyzer 5000.

Number ▬▬▬▬        Issued  03/01/2004        Expires  03/01/2006

Approved by:  Commissioner of Public Safety and the Mississippi Crime Laboratory

DPS/IP-51

# Mississippi Department of Public Safety

# Permit To Conduct Breath Analysis

### Issued To

### BRETT MORRIS McALPIN

The above named person is authorized to perform analysis of breath specimens to determine blood alcohol content pursuant to the Mississippi Implied Consent Act. Issuance or revocation of this permit is at the discretion of the Mississippi Crime Laboratory. This authorization is applicable to analysis conducted on the Intoxilyzer 5000.

Number ▬▬▬▬        Issued  03/01/2002        Expires  03/01/2004

Approved by:  Commissioner of Public Safety and the Mississippi Crime Laboratory

DPS/IP-51

RC 089

Class: 0010



MISSISSIPPI CENTER FOR
EMERGENCY
SERVICES

The University of Mississippi Medical Center

This certifies that

**Brett McAlpin**

has successfully completed

FIRST HANDS COURSE

Wednesday, April 05, 2017



This training has been approved for 4 hour of continuing education credit by the Mississippi Board on Officer Standards and Training

RC 090

State Fire Academy



*Certifies that*

**BRETT MCALPIN**

*has successfully completed the prescribed training as set forth by the National Fire Protection Association and is therefore awarded Certification to*

**FIRE INVESTIGATOR 1033 (80 HRS.)**

*This certification, along with the honors, rights, and privileges appertaining, is awarded by authority of the State Fire Academy this* **25th** *day of* **May** **2017**.

Org ID: 61060

Date Printed: 05/24/2017



_____
Commissioner of Insurance

_____
Executive Director

RC 091



STATE OF MISSISSIPPI

Board of Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

BRETT M. McALPIN

This 8TH day of JANUARY, 19 98

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training

Certificate No. 11294

RC 092

# CERTIFICATE OF TRAINING

*Presented to*

## Brett McAlpin

*For successfully completing
the program of study in the*

### Law Enforcement Color of Law and Diversity Liabilities Training

*Conducted October 31, 2012
Woolfolk Building
Jackson, Mississippi*

*Sponsored by the
U.S. Attorney's Office, Southern District of Mississippi,
Federal Bureau of Investigation, Mississippi Attorney General's Office,
Mississippi State Capitol Police and
Mississippi Center for Police and Sheriffs*

*Gregory K. Davis*
*United States Attorney*
*Southern District of Mississippi*

*Jesse M. Bingham*
*LECC Coordinator*
*U.S. Attorney's Office*
*Southern District of Mississippi*

RC 093

Certificate of

# COMPLETION

The undersigned does hereby acknowledge that

Brett McAlpin

has successfully completed the

Clandestine Laboratory ReCertifier Training

Signed this day, 02/29/2012

by _____
Instructor

RC 094

Close Quarters Battle, Inc

This is to certify that

# BRET MCALPHIN

has completed the

# ADVANCED SWAT SCHOOL - 24 HRS

Presented on this __31ST__ day of ___OCTOBER___ ___2007___

C. R. Habernehl

President

CRH

Instructor

COMBAT PROVEN

RC 095



Close Quarters Battle, Inc

This is to certify that

Brett McAlpin

has completed the

Advanced Hostage Rescue Course ~ 24 hrs

Presented on this 27th day of September 2008

C.R. Habermehl
President

CRH
Instructor

COMBAT PROVEN

RC 096



Certificate of

# COMPLETION

The undersigned does hereby acknowledge that

Inv. Brett McAlpin

has successfully completed the

**Clandestine Laboratory ReCertifier Training**

Signed this day, Jan. 31, 2011

by _Travis M. Thompson_

Instructor

RC 097



PPCT MANAGEMENT SYSTEMS, INC.

Certificate of Training

Certifies that

Brett W. McAlpin

has successfully completed PPCT Management Systems Course requirements for

P P C T

PPCT Defensive Tactics System
Basic Certification

This    21st    Day Of    November, 1997.

Bruce K. Siddle

Executive Director
PPCT Management Systems, Inc.

At    MLEOTA

Seminar Instructor

Expiration Date    November, 1999

RC 008

Form. 112

# THE NATIONAL RIFLE ASSOCIATION
## OF AMERICA

*This is to certify that*

BRETT MORRIS MCALPIN

*has satisfactorily completed the approved course*

*of fire and qualified as*

POLICE

# SHARPSHOOTER

SCORE 93

*Issued this* 21st *day of* November 19 97

National Rifle Association,
Washington, D.C.

*Secretary*

*Firearms Instructor*



RC 099

# TOP COP

AWARDED TO

*Brett M. McAlpin*

FOR OUTSTANDING ACHIEVEMENT IN
PHYSICAL FITNESS

CLASS #180
NOVEMBER 21, 1997

STEVE HOWELL - Instructor

PAT CRONIN - Training Officer

MACKEY HOPKINS - Director

MISSISSIPPI LAW ENFORCEMENT OFFICERS TRAINING ACADEMY

# Certificate of Excellence

Presented to

## Officer Brett McAlpin

for making Mississippi safer for children in 1998 by enforcing
Mississippi's Child Passenger Law

# BUCKLE for Life

MU 101

MISSISSIPPI LAW ENFORCEMENT OFFICERS TRAINING ACADEMY
STUDENT ACADEMIC RECORD WORKSHEET

MCALPIN, Brett Morris    RIDGELAND POLICE DEPT

Basic  #180  Basic Law Enforcement Class  #180

09/15/97 - 11/21/97

```
----------------------------------------------------------------
Exam      Grade/Earned   Cumulative   Required   Average    SKILL CERTIFICATIONS
  1 ==>      89.40         89.40          70       89.40
  2 ==>      89.40        178.80         140       89.40            * Firearms  S
  3 ==>      94.70        273.50         210       91.17     Defensive Tactics  C
  4 ==>      90.00        363.50         280       90.88     Defensive Driving  C
  5 ==>      80.00        443.50         350       88.70                Radar  C
  6 ==>      94.60        538.10         420       89.68
  7 ==>      92.00        630.10         490       90.01            EXP Baton  C
  8 ==>      94.70        724.80         560       90.60            First Aid  C
                                                                      C.P.R.  C
                                                                  Intoxilizer  C
```

```
Academic Average    90.60   50%    45.30
Firearms Average     93.00   25%    23.25
Physical Training    91.00   25%    22.75
                                   ------
            Total Score ==>        91.30
```

* Sharpshooter  86 - 93

C - Certified
P - Previously
U - Un-Certified

Ranked __10__ out of __64__ graduates

RC 102

# THE NATIONAL RIFLE ASSOCIATION
## OF AMERICA

*This is to certify that*

*Brett Morris McAlpin*

*has successfully completed a*

*Precision Rifle Instructor Development Course*

sponsored by

*Mississippi Law Enforcement Officers' Training Academy*

Issued this ___13th___ day of ___May___ ___2005___

_____
NRA School Director

_____
Secretary, NRA

RC 103



# Tactical Officer Survival School

## Certificate of Training

This is to certify that

**BRETT McALPIN**

has successfully completed the course of instruction in

**ADVANCED SURVIVAL SHOOTING**

Given this ____20TH____ day of ____AUGUST____ 19 99

At ____PEARL, MISSISSIPPI____

_____
Instructor

RC 104



# Department of Homeland Security
### FEMA, National Preparedness Directorate

## Commercial Equipment Direct Assistance Program
### (CEDAP)

# Brett McAlpin

*successfully completed (10) hours of*

## TACSIGHT S1 Thermal Imager training

*May 30, 2007 in New Orleans, Louisiana*

Mark Butler, Operations Director
U. S. Army Electronic Proving Ground
Special Programs Office
Fort Huachuca, Arizona

RC 105



# TASER® Less-Lethal Weapon User Certification Application
### PRINT LEGIBLY AND CLEARLY PLEASE!

Which weapon were you certified in (check one or both): ☐ M26  ☒ X26

Rank: _Deputy_    Name: _Brett McAlpin_

Dept. / Company: _RCSO_

Phone: _825 1480_    Fax: _____

Email: _____

Address/State/Zip: _221 N. Timber St._
_Brandon, MS 39042_

Number of answers correct: _49_ out of 52. (80% minimum = 42 correct answers)

Instructor to initial that student has successfully completed the following practical application tests:

_X_  Demonstration of proper finger positions for aiming and firing.

_X_  Reload TASER weapon 5 times in 15 seconds (watch finger position, disqualify for fingers in front of blast doors).

_X_  Officer can control unit adequately when commanded "Arm - Spark - Off" at random.

_X_  Officer can remove and reinstall battery correctly.

_X_  Draw TASER weapon and hit target at 8-foot distance (time limit 5 seconds).

_X_  ~~Draw TASER weapon (select the unit most likely to be used in the field) hit target at 8-feet, reload, hit 2nd target at 12 feet with laser sight (time limit 10 seconds).~~

I hereby certify that the above named applicant has successfully completed a minimum of four hours training, has passed the written test with a score of 80% or better, has passed the above functional tests, has demonstrated sufficient proficiency in the function, and use of the above TASER less-lethal weapon checked above and is hereby certified as a trained user of this system.

Attested by Certifying Instructor: _Don Holloway_ _[signature]_
            (Print Name)                (Signature)

Date: _9-15-04_

## Maintain a file copy of this certification in department records.

# Mississippi Office of Highway Safety

This is to certify that

## Brett McAlpin

Attended a 2 day class in

## Survival Spanish

February 23-24, 2010

Billy White
Instructor
Office of Highway Safety

Markas Marbury
Director
Mississippi Law Enforcement Liaison Office

RC 107



**COPS**

COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

Network Environmental Systems®

# Certificate of Completion

## Brett McAlpin

*has successfully completed training in*

### First On Scene Meth Awareness

*presented by*

*NES, Inc.*

*Jerry Bucklin*

InstructOr - Jerry Bucklin

05/22/09
Date

"This project was supported by Grant Number 2007CKWX0013 awarded by the Office of Community Oriented Policing Services, U.S. Department of Justice. The opinions contained herein are those of the author(s) and do not necessarily represent the official position or policies of the U.S. Department of Justice. References to specific companies, products, or services should not be considered an endorsement by the author(s) or the U.S. Department of Justice. Rather, the references are illustrations to supplement discussion of the issues."



RC 108

# Flowood Police Department

## Certificate of Training

**AWARDED TO:**

*Brett McAlpin*

for completion of a ___3___ hr in-service training in:

*Intro. To Explosive Breaching*

_Chief of Police_

*July 8, 2004*

_Date_

RC 109

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

## BRETT McALPIN

OF THE RANKIN COUNTY SHERIFF'S DEPARTMENT

FOR COMPLETION OF NIMS I-700 / ICS-200

JULY 27, 28 2005

RICHARD WILSON, DIRECTOR

RC 110



*Be it hereby known that on this date,*

*the Board of Directors of the*

## *Law Enforcement Thermographers' Association*

*has decreed that:*

# *Brett McAlpin*

*has successfully completed the*

*L.E.T.A. Approved*

### *First Responder Thermography*

*course of instruction and is therefore*

*certified as a*

## FIRST RESPONDER THERMOGRAPHER

_May 30, 2007_
Date

_____
L.E.T.A. Instructor

RC 111

# Mississippi Office of Highway Safety

This is to certify that

## Brett McAlpin

Attended a 2 day class in

## Survival Spanish

February 23-24, 2010

_Billy White_
Billy White
Instructor
Office of Highway Safety

_Markas Marbury_
Markas Marbury
Director
Mississippi Law Enforcement Liaison Office

RC 112



# Certificate Of Completion

This is to certify that

## Brett McAlpin

### Rankin County Sheriff's Office
### Special Response Team

Successfully completed a

# 100 Hour Basic SWAT Operator Course

October, 2001 – December, 2002
FBI Training Facility
Jackson, Mississippi

Special Agent Kevin T. Sanderson
SWAT Team Leader
Jackson Division
Federal Bureau of Investigation

Special Agent Steven N. Godfrey
Training Coordinator
Jackson Division
Federal Bureau of Investigation

RC 113



Regional Counterdrug Training Academy

PUGNA
R · C · T · A
PERSEVERATE IN

This is to certify that

BRETT MCALPIN

has successfully completed 80 hours of training in

BASIC NARCOTICS INVESTIGATIONS

from March 31 to April 11, 2008

PRESS the FIRST

Commandant

Director of Training

RC 114

# MISSISSIPPI

## LAW ENFORCEMENT OFFICERS' TRAINING ACADEMY

This is to certify that

## Brett Morris McAlpin

has successfully completed

## On Scene Traffic Homicide Investigation

conducted by the Mississippi Law Enforcement
Officers' Training Academy
at Pearl, Mississippi

April 19 – 29, 2004

_____
Instructor

_____
Director, Training Academy



RC 115

**United States Department of Justice**
**Drug Enforcement Administration**



This is to certify that

# Brett McAlpin

has successfully completed the

## Clandestine Laboratory

Investigation/Safety

## Certification Program

met the requirements of the DEA and of 29 CFR 1910.120 (q) to enter and
seize clandestine drug manufacturing laboratories.

Conducted by the Office of Training at
Quantico, Virginia

**27 – May 1, 2009**
*Date*

*Administrator, Drug Enforcement Administration*

RC 116

# Certificate of Completion

*Presented to:*

## NICB®
### NATIONAL INSURANCE CRIME BUREAU

*In Completion of*

## Brett McAlpin

Ridgeland Police Department

An 8 hour course of study in "Auto Theft Investigation"

*Senior Special Agent*

*John G. Di Liberto*
*President CEO*

*Issued this Date:*

## August 11, 1997

RC 117



Certificate of Training

This is to certify that

BRETT M. McALPIN

has successfully completed the

CARLOS N. HATHCOCK II LAW ENFORCEMENT SNIPER SCHOOL

held at

Waynesboro, Mississippi

Jan 28 - 09, 2001

Jo Hathcock, President
White Feather Inc.
in memory of
Carlos N. Hathcock II
GYSGT U.S.M.C.

J.C. Denham
Instructor

Michael Mack
Instructor

Dan Lackey
Instructor

RC 118

Mississippi Office of Highway Safety

# Certificate Of Training

Brett M. McAlpin

in

# Standardized Field Sobriety Testing

Certificate No.1935

Conferred on May 31, 1998



Michael D. Vick
Law Enforcement Liaison
Office of Highway Safety

Billy Terrell
Director
Office of Highway Safety

Ron Sennett
Executive Director
Public Safety Planning

THE STATE OF MISSISSIPPI
THE GREAT SEAL OF



United States Department of Justice
Drug Enforcement Administration

This is to certify that

# Brett McAlpin

has successfully completed the

Clandestine Laboratory

Investigation/Safety

Certification Program

and has met the requirements of the DEA and of 29 CFR 1910.120 (q) to enter and
seize clandestine drug manufacturing laboratories.

Conducted by the Office of Training at
Quantico, Virginia

Administrator, Drug Enforcement Administration

April 27 – May 1, 2009
Date

RC 120



**COPS**

COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

Network Environmental Systems®

# Certificate of Completion

## Brett McAlpin

*has successfully completed training in*

### First On Scene Meth Awareness

*presented by*

NES, Inc.

*Jerry Bucklin*

Instructor - Jerry Bucklin

05/22/09

Date

"This project was supported by Grant Number 2007CKWX0013 awarded by the Office of Community Oriented Policing Services, U.S. Department of Justice. The opinions contained herein are those of the author(s) and do not necessarily represent the official position or policies of the U.S. Department of Justice. References to specific companies, products, or services should not be considered an endorsement by the author(s) or the U.S. Department of Justice. Rather, the references are illustrations to supplement discussion of the issues."





**United States Department of Justice**
**Drug Enforcement Administration**

This is to certify that

# Brett McAlpin

has successfully completed the

**Clandestine Laboratory**

**Investigation/Safety**

**Certification Program**

and has met the requirements of the DEA and of 29 CFR 1910.120 (q) to enter and
seize clandestine drug manufacturing laboratories.

Conducted by the Office of Training at
Quantico, Virginia

_Administrator, Drug Enforcement Administration_

April 27 – May 1, 2009
_Date_

RG 122

# MISSISSIPPI

## LAW ENFORCEMENT OFFICERS TRAINING ACADEMY

This is to certify that

## Brett Morris McAlpin

has successfully completed
320 hours of training in the

## CERTIFIED INVESTIGATOR PROGRAM

conducted by the Mississippi Law Enforcement
Officers Training Academy
at Pearl, Mississippi

This 25th day of May , 2006

_Commissioner of Public Safety_

_Director Training Academy_

_Director Certified Investigator Program_

RC 123



Certificate of

# COMPLETION

The undersigned does hereby acknowledge that

Brett McAlpin

has successfully completed the

Clandestine Laboratory ReCertifier Training

Signed this day, 02/24/2012

by _Jason M. Long_
Instructor

RC 124



Regional Counterdrug Training Academy

R·C·T·A
PUGNA
PERSEVERATE

This is to certify that

BRETT McALPIN

has successfully completed 40 hours of training in

INTERVIEW AND INTERROGATION

the

PRESS

from JULY 13TH to JULY 17TH, 1998

_____
Commandant

RC 125



MISSISSIPPI

Law Enforcement Officers Training Academy

This is to certify that

Brett Morris McAlpin

has successfully completed

The Basic Law Enforcement Course

and thereby fulfilled the minimum training requirement set by the
Board on Law Enforcement Officers Standards and Training

Given this 21st day of November 19 97 at Jackson, Mississippi.

Director of the Academy

Commissioner of Public Safety

POLICE SNIPER

# Certificate of Training

This is to certify that

## BRETT M. McALPIN

has successfully completed the

### CARLOS N. HATHCOCK II LAW ENFORCEMENT SNIPER SCHOOL

held at

Waynesboro, Mississippi

Jan 28 - 09, 2001

Jo Hathcock, President
White Feather Inc.

in memory of
Carlos N. Hathcock II
GYSGT U.S.M.C.

C. Denham
Instructor

Michael Mack
Instructor

Dan Lackey
Instructor

RC 127

# Certificate of Completion

## NICB®
### NATIONAL INSURANCE CRIME BUREAU

*In Completion of*

*Presented to:*

## Brett
## McAlpin

Ridgeland Police Department

## An 8 hour course of study in "Auto Theft Investigation"



*Wayle Luke*
*Senior Special Agent*

*John F. Di Liberto*
*President / CEO*

*Issued this Date:*

## August 11, 1997

RC 128

# THE NATIONAL RIFLE ASSOCIATION
## OF AMERICA

*This is to certify that*

BRETT MORRIS MCALPIN

*has satisfactorily completed the approved courses*

*of fire and qualified as*

POLICE

# SHARPSHOOTER

SCORE ___93___

*Issued this* 21st *day of* November 19 97

National Rifle Association
Washington, D.C.

_____
Secretary

_____
Firearms Instructor



RC 129



# MISSISSIPPI

## Law Enforcement Officers' Training Academy

This is to certify that

### Brett Morris McAlpin

has successfully completed

The Basic Law Enforcement Course

and thereby fulfilled the minimum training requirement set by the
Board on Law Enforcement Officer Standards and Training.

Given this **21st** day of November 19 97, at Jackson, Mississippi.

_____
Director of the Academy

_____
Commissioner of Public Safety

RC 130



PPCT MANAGEMENT SYSTEMS, INC.

Certificate of Training
Certifies that

Brett Morris McAlpin

has successfully completed PPCT Management Systems Course requirements for

PPCT

PPCT Defensive Tactics System
Basic Certification

This        21st        Day Of    November, 1997

*Bruce N. Siddle*

Executive Director
PPCT Management Systems, Inc.

At    *MLEOTA*

Seminar Instructor

Expiration Date    November, 1999

Form 112

RC 131

MISSISSIPPI LAW ENFORCEMENT OFFICERS TRAINING ACADEMY
STUDENT ACADEMIC RECORD WORKSHEET

MCALPIN, Brett Morris    RIDGELAND POLICE DEPT

Basic  #180  Basic Law Enforcement Class  #180

09/15/97 - 11/21/97

| Exam | Grade/Earned | Cumulative | Required | Average | SKILL CERTIFICATIONS | |
|------|--------------|------------|----------|---------|----------------------|---|
| 1 ==> | 89.40 | 89.40 | 70 | 89.40 | | |
| 2 ==> | 89.40 | 178.80 | 140 | 89.40 | * Firearms | S |
| 3 ==> | 94.70 | 273.50 | 210 | 91.17 | Defensive Tactics | C |
| 4 ==> | 90.00 | 363.50 | 280 | 90.88 | Defensive Driving | C |
| 5 ==> | 80.00 | 443.50 | 350 | 88.70 | Radar | C |
| 6 ==> | 94.60 | 538.10 | 420 | 89.68 | | |
| 7 ==> | 92.00 | 630.10 | 490 | 90.01 | EXP Baton | C |
| 8 ==> | 94.70 | 724.80 | 560 | 90.60 | First Aid | C |
| | | | | | C.P.R. | C |
| | | | | | Intoxilizer | C |

```
Academic Average      90.60  50%   45.30
Firearms Average      93.00  25%   23.25
Physical Training     91.00  25%   22.75
                                  ------
             Total Score ==>      91.30
```

* Sharpshooter  86 - 93

C - Certified
P - Previously
U - Un-Certified

Ranked  10  out of  64  graduates

RC 132

# Ridgeland Police Department

**MAYOR**
Gene F. McGee

**Post Office Box 875    Ridgeland, MS 39158**
**Telephone (601) 856-2121**

**CHIEF OF POLICE**
Charles H. Newell

**ALDERMEN**
Ann Brame Assaf
Carole A. Davis
Scott Jones
Larry Roberts
Gerald Steen
Linda Davis Trunzler
Lisa Decell Walters

January 20, 1998

Officer Brett McAlpin
Ridgeland Police Department
Ridgeland, MS 39157

Dear Officer McAlpin:

It is my pleasure to inform you that you have been selected as "Officer of the Month" for
December, 1997. You were nominated by Captain Clifton Nelson.

On December 17, 1997, while patrolling a local shopping mall, you observed a motorist operating
a vehicle without the headlights on. You immediately executed a traffic stop and identified the
vehicle operator and passenger. Your inquiry revealed that the passenger was wanted by police,
in an adjacent jurisdiction, for armed robbery and carjacking. Additionally, the vehicle operator
was driving a stolen vehicle and was a convicted felon possessing a firearm.

Without question, your efforts have placed two criminals behind bars and very likely prevented
the commission of additional crimes. I offer you my sincerest appreciation and congratulations as
"Officer of the Month".

Sincerely,

Charles H. Newell
Chief of Police

CHN/mnd

RC 133

# The University of Southern Mississippi



On Recommendation of the Faculty of the

## College of Liberal Arts

and by authority of the Board of Trustees

has conferred upon

### Brett Murris McAlpin

the degree of

## Bachelor of Science

with all the rights and privileges appertaining to that degree.

At Hattiesburg, Mississippi, December 15, 1995

President of the Board of Trustees

University Registrar

President of the University

Vice President for Academic Affairs

RC 134

Mississippi Office of Highway Safety

# Certificate Of Training

## Brett M. McAlpin

in

# Standardized Field Sobriety Testing

Certificate No. 1935

Conferred on May 31, 1998

Ron Sennett
Executive Director
Public Safety Planning

Billy Terrell
Director
Office of Highway Safety

Michael D. Vick
Law Enforcement Liaison
Office of Highway Safety

THE GREAT SEAL OF THE STATE OF MISSISSIPPI

RC-135

# Federal Bureau of Investigation

Be it known that

## Investigator Brett McAlpin

Has successfully completed the forty hour

## FBI Crime Scene Management Course

Jackson, MS

September 22 - 26, 2014

*Special Agent James Hallman*
*Evidence Response Team*
*Federal Bureau of Investigation*

BC 136

**NAEMT**

Congratulations on your successful completion of a NAEMT continuing education course! If required information was provided, this continuing education activity is approved by the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS) for continuing education credit.

CECBEMS represents only that its accredited programs have met CECBEMS' standards for accreditation. These standards require sound education offerings determined by a review of its objectives, teaching plan, faculty, and program evaluation processes. CECBEMS does not endorse or support the actual teachings, opinions or material content as presented by the speaker(s) and/or sponsoring organization. CECBEMS accreditation does not represent that the content conforms to any national, state or local standard or best practice of any nature. No student shall have any cause of action against CECBEMS based on the accreditation of the material.



**Law Enforcement and First Response**
Brett M McAlpin

has successfully completed the national cognitive and skills examinations in accordance with standards of the National Association of Emergency Medical Technicians for **Provider Course**

| 03/28/2016 | 03/2020 |
|---|---|
| Date of Issue | Date of Expiration |

American Medical Response - Jackson

Sponsoring Organization

Course Medical Director ___ James Thompson, MD

Course Coordinator ___ Mickee Ramsey

LE-16-2113-03

National Course # ___ State Course #

   

Date Monitored ___ Affiliate Signature

This recognition is subject to the provisions and limitations of applicable state statutes and licensing acts.



---

**NAEMT**



THIS IS TO ACKNOWLEDGE THAT

*Brett M McAlpin*

has successfully completed the

**Provider Course**

sponsored by the National Association of Emergency Medical Technicians.

**American Medical Response - Jackson**

CECBEMS No. 14-NAEMT-F2A-0032 assigned 8 CE Hours Basic or Advanced

State License #  NREMT #

James Thompson, MD

Mickee Ramsey

Course Coordinator

Peter T Pons MD
Medical Director

| LE-16-2113-03 | 03/28/2016 | 03/2020 |
|---|---|---|
| National Course Number | Date Issued | Date Expired |

RC 137

# NEW MEXICO TECH

**ENERGETIC MATERIALS RESEARCH AND TESTING CENTER**

Has successfully completed the

## Brett M. McAlpin

### Prevention of and Response to Suicide Bombing Incidents

Technical Operations Course (32 hours) and is awarded 3 Continuing Education Units

This certificate certifies the holder as an Instructor for the
Prevention of and Response to Suicide Bombing Incidents program
as administered by New Mexico Institute of Mining and Technology

_Associate Director/Program Manager_

**January 12, 2015 - January 15, 2015**

RC 138



# United States Department of Justice
# Drug Enforcement Administration

*This is to certify that*

# BRETT MCALPIN



*has successfully completed the JETWAY Interdiction course of instruction conducted by the United States Drug Enforcement Administration's Training Staff at*

# BRANDON, MISSISSIPPI

*In testimony thereof, I subscribe my name on this 27th day of January 2016*

*John S. Tankersley*

**John S. Tankersley**
Training Coordinator

*Timothy A. Jennings*

**Timothy A. Jennings**
Director, El Paso Intelligence Center





# GEICO Insurance
# Certificate of Completion

*is hereby granted to:*

## Brett McAlpin

*to certify that they have completed to satisfaction*

### Introduction to Vehicle Fire Investigations

### (8 Hours)

*Granted: August 25, 2016*

*Jim Hammonds*

Jim Hammonds, Lead Investigator




RC 140



STATE OF

# MISSISSIPPI

**Board on Law Enforcement Officer Standards and Training**

Hereby awards this

*Instructor Certificate*

TO

## Brett McAlpin

*Rankin County Law Enforcement Officers' Training Institute*

This ___1st___ day of ___April___, ___2018___

As being qualified to be a Mississippi Law Enforcement Officer Instructor under Provisions of Chapter 474, General Laws of Mississippi, 1981.



_____
Director, Office of
Board on Law Enforcement
Standards and Training

_____
*Michael L. Nash*
Training Director
Board on Law Enforcement
Standards and Training

Certificate No. ___1776___

Expires ___01 Apr. 2021___

011609

RC 141

BOOK **189** PAGE **155**

# RANKIN COUNTY SHERIFF'S DEPARTMENT

## BRANDON, MS

## OATH OF OFFICE

I, <u>Brett McAlpin</u> do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties of the office upon which I am about to enter. So help me God.

_____
Brett McAlpin

Deputy Sheriff

SWORN TO AND SUBSCRIBED BEFORE ME THIS, THE __03__ DAY OF,

_____, 2020.

_____
Kent McDaniel

County Court Judge

STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify
REBECCA N. BOYD, CIRCUIT CLERK

BY _____ D.C.

RC 142

BOOK 160 PAGE 596

# RANKIN COUNTY SHERIFF'S DEPARTMENT

## BRANDON, MS

# OATH OF OFFICE



F I L E D
JAN -5 2016
REBECCA N. BOYD, CIRCUIT CLERK
BY:

I, <u>Brett McAlpin</u> do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties of the office upon which I am about to enter. So help me God.

Brett McAlpin

Deputy Sheriff

SWORN TO AND SUBSCRIBED BEFORE ME THIS, THE <u>5th</u> DAY OF, <u>January</u>, 2016.

Kent McDaniel

Kent McDaniel

County Court Judge



STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify.
REBECCA N. BOYD, CIRCUIT CLERK
BY _____ D.C.

RC 143

I, __MCALPIN, BRETT M__

do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States

and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not

disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties

of the office upon which I am about to enter.  So help me God.

MCALPIN, BRETT M


SWORN AND SUBSCRIBED BEFORE ME THIS DATE

Tuesday, January 3, 2012


Kent McDaniel, County Court Judge

RC 144



MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

OFFICE OF THE BOARDS ON LAW ENFORCEMENT OFFICER,
EMERGENCY TELECOMMUNICATIONS & JAIL OFFICER

# STANDARDS & TRAINING

## FULL-TIME LAW ENFORCEMENT APPLICATION FOR CERTIFICATION - PART I

### READ THE INSTRUCTIONS ON PAGE 2

In accordance with the Law Enforcement Officers Training Program (LEOTP) MCA § 45-6-1 et al. Warning: MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a board. This statute authorizes a fine of up to $10,000.00 and a jail sentence of up to 5 years. Further, the LEOTP authorizes the BLEOST in § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

1. Name: _Brett Norris McAfin_    2. SSN: ███████████
   Give Full Name - First Middle Last

3. Date of Hire: _09/02/01_  4. Date of Birth: ████████  5. Title/Rank: _Patrolman_

6. Department: _Rankin Co. Sheriff's Dept._    7. Telephone: _825-1480_

   Dept.'s
8. Address: _221 A. Timber Brandon, MS 39042_
   Post Office Box or Street                          City & Zip Code

9. Has the applicant ever been certified under the LEOTP?  No ( )  Yes (X)  10. Certificate No. _____

11. **Education**, Years Completed _17_, High School Diploma _X_ or GED ____, Degree(s) _B.S._

12. **EMPLOYMENT RECORD**    List all employment. Begin with your most previous employment and work back. Use an additional 8.5 x 11 sheet of paper if necessary.

| Agency/Department | Position | City/State | | Month | Day | Year |
|---|---|---|---|---|---|---|
| Richland Police Dept. | Sergeant | Richland MS | From: | 03 | 28 | 98 |
| | | | To: | 08 | 25 | 01 |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

13. **TRAINING RECORD** List all completed law enforcement training consisting of eighty (80) hours or more. Include copies of certificates of completion. Use an additional 8.5 x 11 sheet of paper if necessary.

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| MLEOTA | Pearl, MS | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

H:\public\BLEOST\forms\2001\bleost app & bi full-time form (copier).wpd

3750 I-55 Frontage Rd N
Jackson, Mississippi 39211-6323
Telephone # - (601) 987-3096, Fax # - (601) 987-3086