# INSTRUCTIONS

Complete Parts I, II and III of the "Application for Certification" form for all newly hired **full-time** law enforcement officers. Return the form to the Board on Law Enforcement Officer Standards and Training (BLEOST) within thirty days of the officer's date of hire.

## Part I

**Type or print in ink when completing this form.** Record the applicant's full name, social security number, date of hire as a full-time law enforcement officer, date of birth, current position or rank, the name of the employing agency/department, the department's telephone number and mailing address. Check whether or not the applicant has ever been certified under the Law Enforcement Officers' Training Program (LEOTP). If the answer is yes, enter the applicant's certificate number. State the number of years of education completed by the applicant. Check whether the applicant has a high school diploma or GED, and denote any degrees earned other than a high school diploma or GED (i.e., BS - Bachelor of Science, BA - Bachelor of Arts, etc.).

List all past employment that has been held by the applicant, beginning with the applicant's most previous employment and working back. Include the name of the employer, the position held, the city and state where employed, and the dates of said employment.

List all law enforcement training consisting of eighty (80) hours or more that has been successfully completed by the applicant. Include copies of the certificates of completion and any other documentation available, such as a course curriculum.

## Part II

This portion of the form must be completed by the applicant. **Circle** the answer that applies. Any of the questions, items one (1) through ten (10) that are answered *"yes"* must be explained to the Board. **The explanation must be typed or printed in ink on a separate eight and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents.**

All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. **All traffic offenses involving drugs or alcohol, are to be reported regardless of the fine. Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: probation, fines, restitution, or community service.** The applicant must sign and date "Part II - Applicant's Background Investigation Review" before a Notary Public.

## Part III

This part of the background investigation review must be completed by the head of the department or someone with authority to sign as the department head. There must be a letter on file, at this office, stating specifically who has the authority to sign as the department head. This letter of authorization will have to be signed by the head of the department.

Each procedure must be **initialed** (ex. - _JD_ 1. A personnel ...) by the agency head to indicate completion of said procedure. **The applicant's fingerprints must be submitted to the Criminal Information Center of the Mississippi Department of Public Safety (see the address below).** If procedure number four (4) is not applicable to the officer in question enter N/A in the space provided. "Part III - Agency's Background Investigation Review" must be signed and dated before a Notary Public by the department head or someone with authority to sign as the department head.

**CRIMINAL INFORMATION CENTER/MJIC**
**DEPARTMENT OF PUBLIC SAFETY**
**"FINGERPRINTS"**
**3891 HIGHWAY 468 WEST**
**PEARL, MISSISSIPPI 39208**
**TELEPHONE # - (601) 933-2600; FAX # - (601) 933-2676**

H:\public\BLEOST\forms\12001\bleost app & bi full-time form (copier).wpd

rev. - January 2001

3750 I-55 Frontage Road
Jackson, Mississippi 39211-6323
Telephone # - (601) 987-1200, Fax # - (601) 987-0086

**Warning:** MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to $10,000 and a jail sentence of up to 5 years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

A "yes" answer to any of these questions does not automatically bar anyone from obtaining certification. Any of the following questions that are answered "yes" must be explained to the Board. **The explanation must be typed or printed in ink on a separate eight and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents.** All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and when the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. **All traffic offenses involving drugs or alcohol must be reported regardless of the fine.** Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: probation, fines, restitution, or community service.

Circle One

1. Have you ever been a defendant in a court martial, Article 15, Captain's Mast or other nonjudicial punishment?  Yes **No**

2. Has a judgement ever been issued against you?  Yes **No**

3. Have you ever declared bankruptcy?  Yes **No**

4. Have you ever been arrested or charged with a crime?  Yes **No**

5. Have you ever received any alternatives to sentencing such as probation before judgement, pretrial diversion, non-adjudication of guilt or have you ever had an expungement?  Yes **No**

6. Have you ever been found guilty or pled guilty or no contest to a crime?  Yes **No**

7. Have you ever been refused a surety bond or turned down for employment that required a surety bond?  Yes **No**

8. Have you ever been involuntarily terminated from employment **or** have you resigned to prevent immediate termination either while there was an ongoing investigation into your activities or at the conclusion of any such investigation?  Yes **No**

9. Have you ever been addicted to or hospitalized for the use of alcohol or drugs?  Yes **No**

10. Have you ever had a certificate, license or privilege removed, revoked, suspended, or voluntarily relinquished the same under state, federal or other laws?  Yes **No**

I, the undersigned, do hereby swear and affirm that I am a citizen of the United States, by birth or naturalization, that I have never been convicted of a felony or a misdemeanor involving moral turpitude, that I have a valid high school diploma or its equivalent, that my discharge (if any) from the Armed Forces was under honorable conditions, that I am of good moral character, **that I have provided my employer with a full explanation (without any omissions) of each and every "yes" answer to the above questions, one (1) through ten (10) of Part II of the "Application for Certification" form, and that these explanations (if any) are attached to this form,** that I am at least twenty-one (21) years old, that I have read and do hereby confirm that all of the information contained in this application is correct, and that all other information I furnish in conjunction with my application is true and correct.

Witness my signature this, the _2nd_ day of _October_, 20_01_.

_____  _____
Applicant's Signature                              Print Applicant's Name

## NOTARY PUBLIC

I, the undersigned authority in and for _Rankin County_ County and State, do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part II of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part II of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal this, the _2nd_ day of _October_, 20_01_.

Notary Public _____

H:\public\BLEOST\forms\2001\bleost app & bi full-time form (copier).wpd

rev. - January 2001

Page 3 of 4

3750 I-55 Frontage Rd N
Jackson, Mississippi
Telephone # - (601) 987-3096, Fax # - (601) 987-3086

**Warning:** MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to $10,000 and a jail sentence of up to 5 years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

The agency head or authorized signatory must **initial** (ex. - _initial_ 1. A personnel ...) the procedures that have been completed on the applicant named in this form. **All the procedures are required to be completed with the possible exception of procedure number four (4).** If the applicant has not served in the military enter N/A in the space provided.

_initial_ 1. A personnel file on the applicant has been created and is maintained at this agency. The file includes a release of information form or a letter allowing the release of information signed by the applicant. Copies of all the documents referenced below, in items two (2) through seven (7) of Part III of the "Application for Certification" form, are included in this file. This file will be maintained as long as the applicant is employed with this agency, and the file will be made available to the BLEOST upon receipt of a written request.

_initial_ 2. A complete background investigation on the applicant has been performed, has been reviewed by me and a copy of the background investigation is included in the applicant's personnel file.

_initial_ 3. The applicant's fingerprints have been submitted to the Criminal Information Center of the Mississippi Department of Public Safety as a part of the background investigation and a copy of the FBI report will be included in the applicant's personnel file.

_initial_ 4. The applicant's official Certificate of Release or Discharge From Active Duty (D.D. Form 214) has been reviewed by me and a copy is included in the applicant's personnel file.

_initial_ 5. The applicant's official documentation certifying successful completion of high school or completion of the General Educational Development (GED) Testing Program has been reviewed by me and a copy is included in the applicant's personnel file.

_initial_ 6. I have reviewed appropriate official documents certifying the applicant's age and citizenship and copies of said documents are included in the applicant's personnel file.

_initial_ 7. The applicant has completed a medical examination by a licensed physician and the results have been reviewed by me. A copy of said examination is included in the applicant's personnel file.

I, the undersigned, do hereby swear and affirm that I or individuals under my supervision have made a thorough background investigation of this applicant, (print applicant's name) _BRETT M. McALPIN_, including any answers of "yes" to questions one (1) through ten (10) in Part II of this form and written explanations for those answers are attached. I certify that all the procedures in Part III, one (1) through seven (7), that are applicable to the officer in question have been completed, that to the best of my knowledge the applicant is physically qualified to perform duties as a law enforcement officer, that the applicant is at least twenty-one (21) years of age, that I have contacted each of the applicant's past employers (if any), that I am satisfied that the applicant is of good moral character, that the applicant has never been convicted of a felony or of a misdemeanor involving moral turpitude, and that the applicant is a law enforcement officer as defined in MCA § 45-6-3 (c).

Witness my signature this, the **2** day of _October_, 20 **01**.

_Ronnie Pennington_
Agency Head's/Authorized Signatory's Signature

_Undersheriff_
Title

## NOTARY PUBLIC

I the undersigned authority in and for _Rankin Co. MS_ County and State do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part III of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part III of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal this, the **2nd** day of _October_, 20 **01**.

Notary Public _Linda J. Stribling_

Notary Public State of Mississippi At Large
My Commission Expires: October 29, 2003
Bonded Thru Heiden, Brooks & Garland, Inc.

RC 148

**FLORENCE POLICE DEPARTMENT**
P.O. Box 309 • Florence, Mississippi 39073
Phone: 601-845-7508

**Richard Thomas**
Chief of Police

**Melissa McCue**
Court Clerk

Date:  April 5, 2012

To:       Sheriff Bryan Bailey

From:    Richard Thomas

Reason:  Courtesy and Professionalism
         Brett McAlpin & Adam Whittington

Monday April 2, 2012 around 4:50pm, the City of Florence experienced a strong storm which took down power lines and trees in several areas of the City.  The traffic light at the intersection of U.S. Highway 49 and Highway 469 also went out.  This storm tied up all of my units.

I responded to the intersection of 49 & 469 for traffic control, with the only unit I had available. It was still raining and the lightning was striking all around. Investigator Brett McAlpin pulled up to the intersection got out of his unit and offered to relieve me.  I advised him that I was okay. Brett then began to assist with the direction of traffic.  Within minutes Deputy Adam Whittington arrived on scene and began assisting with traffic.  These two men stayed with us until the intersection lights came back on and traffic could flow on its own.

These two officers volunteered their assistance, without being asked, under hazardous weather conditions and in one of the most dangerous intersection on U.S 49 Highway under normal conditions.  I am truly grateful to these two officers for their assistance and commend them for their courtesy, professionalism and performance on that day.

Thank You;

*Richard Thomas*

Richard Thomas
Chief of Police
Florence, MS

# *MISSISSIPPI DEPARTMENT OF INSURANCE*

**Division of Fire Services Development**
**P.O. Box 79**
**Jackson, MS 39205-0079**
**601-359-1062**

## COUNTY FIRE INVESTIGATOR FORM
### 2022

NAME OF COUNTY ___RANKIN___

COUNTY FIRE INVESTIGATOR'S NAME: ___BRETT MCALPIN___

ADDRESS ___221 N. TIMBER STREET___     PHONE (DAY) ___601-825-1480___
___BRANDON, MS 39042___     PHONE (NIGHT) ___601-825-1480___

EMAIL ___bmcalpin@rankincounty.org___

## WORK STATUS

X FULL-TIME DEPUTY___PART-TIME DEPUTY___SPECIAL DEPUTY___OTHER
(PLEASE SPECIFY)

I ___BRYAN BAILEY___, Sheriff of ___RANKIN___, have appointed ___BRETT MCALPIN___ as Deputy of said county on ___NOVEMBER 15___ 20 _22_ as fire investigator per MS Code Section 83-1-39(5)(b). This appointment has been approved by the board of supervisors on its minutes. It is understood that he/she will provide the necessary reports required by the Mississippi Department of Insurance guidelines of the Commissioner of Insurance and attend the fire investigator training certification course offered by the State Fire Academy and State Fire Marshal's Office within one year of appointment and attend an annual county fire investigators workshop sponsored by the State Fire Marshal's Office in order to meet county eligibility for state fire funds.

_____
SHERIFF

_____
PRESIDENT OF THE BOARD OF SUPERVISORS

_____
COUNTY FIRE COORDINATOR

(DUE: DECEMBER 31, 2022)

RC 150



City of Amory
# POLICE DEPARTMENT
## Office of the Chief of Police

200 South Front Street, Amory, MS 38821-4227
(662) 256-2676    FAX (662) 256-6330

*Ronnie Bowen*
Chief of Police

December 9, 2011

Deputy Brett McAlpin
Rankin County Sheriff's Department
221 North Timber Street
Brandon, MS 39042

Dear Sir:

I wanted to thank you again for the assistance you and Deputy Whittington gave me in November when I had a flat tire late at night at the academy. I have sent a letter commending your service to Sheriff Pennington, and I wanted to be sure to let you know that I really appreciate the way you helped me.

If there is ever anything I can do for you or your department, please don't hesitate to let me know.

Sincerely,

*Ronnie Bowen*

Ronnie Bowen,  Chief of Police

*Brett,*
*Thanks for your help!*
*Please accept this as*
*a small token of my*
*appreciation.*
*Merry Christmas!*
*Ronnie*

RC 151

Mr. Ken Dickerson,


I would like to commend one of your officers, Brent McAlpin (R-38), for his assistance on yesterday. I would like to thank Officer McAlpin and let you know how great of job he is doing as an officer to help others in emergency situations off and on duty. He is a great person and I would like to thank him very much for his assistance.


Sincerely,
Tera Agee

RC 152

3083 Shiloh Road
Pelahatchie, MS  39145
October 19, 2009


Mr. Brett McAlpin
Rankin County Sheriff's Department
221 North Timber Street
Brandon, MS  39042

Dear Mr. McAlpin:

I want to thank you, Mr. Brett, for everything you have done for me with my senior project. I appreciate your letting me observe you in your line of work. You have taught me several aspects of real life. One aspect I learned is that freedom is a privilege, yet people do not realize it. Another aspect is to hope for the best but expect the worse. That way, I will be prepared for anything. I had fun during the time I spent learning how to be a narcotics investigator.

I appreciate your helping me get my pictures, and I thank you for printing the pictures for me and putting the pictures on a CD. I also appreciate your coming to get me so I could complete my observation hours. I admire you because you try to help anybody you can.

Once again, I want to thank you for all your help. I wish you the best of luck locking up drug dealers and addicts. Please let the other officers and Sherriff Pennington know I appreciate all their help. If you need anything, I am one phone call away.

Sincerely,

*Devon Myers*

Devon Myers

RC 153

# Ridgeland Police Department

**MAYOR**
Gene F. McGee

Post Office Box 875    Ridgeland, MS 39158
Telephone (601) 856-2121

**CHIEF OF POLICE**
Charles H. Newell

**ALDERMEN**
Ann Brame Assaf
Carole A. Davis
Scott Jones
Larry Roberts
Gerald Steen
Linda Davis Trunzler
Lisa Decell Walters

January 20, 1998

Officer Brett McAlpin
Ridgeland Police Department
Ridgeland, MS  39157

Dear Officer McAlpin:

It is my pleasure to inform you that you have been selected as "Officer of the Month" for December, 1997.  You were nominated by Captain Clifton Nelson.

On December 17, 1997, while patrolling a local shopping mall, you observed a motorist operating a vehicle without the headlights on.  You immediately executed a traffic stop and identified the vehicle operator and passenger.  Your inquiry revealed that the passenger was wanted by police, in an adjacent jurisdiction, for armed robbery and carjacking.  Additionally, the vehicle operator was driving a stolen vehicle and was a convicted felon possessing a firearm.

Without question, your efforts have placed two criminals behind bars and very likely prevented the commission of additional crimes.  I offer you my sincerest appreciation and congratulations as "Officer of the Month".

Sincerely,

Charles H. Newell
Chief of Police

CHN/mnd

RC 154



# Florence High School

**232 Highway 469 North**
**Florence, MS 39073**
**Phone 601-845-2205**
**Fax 601-845-3752**

TONY MARTIN
PRINCIPAL

MICHAEL ELLIS
ASSISTANT PRINCIPAL

JAN LEMON
COUNSELOR

5-16-05

Dear Sheriff Pennington,

My name is Bill Broadhead, and I am a teacher and coach at Florence High School. I wanted to write you to commend one of your men. Last month, Officer Brett McAlpin accepted my invitation to come by our school. Mr. McAlpin spoke to my Advanced Placement U.S. History class as well as to my Lady Eagle basketball team on the dangers of alcohol and drugs.

I have been involved with speakers through my work with the Fellowship of Christian Athletes for close to a decade now, and Mr. McAlpin is as strong as a speaker as I have seen. I have full intentions of having a full assembly for my school next year for his presentation, and it would benefit you greatly to use the gifts that he possesses.

Keeping the attention of teenagers is difficult for some people. Both groups repeatedly asked for an encore visit from Mr. McAlpin. His message was great and he can do great things teaching, and at the same time doing public relations work for your office. Kudos on this officer, sir.

Soaring with the Eagles!

*Bill Broadhead*

**Bill Broadhead**

- If I can ever help in any way, please let me know.
B

RC 155

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**BRETT GERHEART/ STATE OF MISSISSIPPI**

**VERSUS**                                                    **Cause No. _____**

**BRETT MCALPIN**                                          **DEFENDANT**

FILED SEP - 2 2010
CAROL B. SWILLEY, CIRCUIT CLERK
BY ___

### ORDER TO DISMISS §99-3-28 Miss. Code Ann. (1972) HEARING

THIS DAY, September 2, 2010 this cause came on for a hearing on the

Motion of the County Prosecutor, to Dismiss the §99-3-28 Miss. Code Ann (1972)

Hearing and the Court being fully advised in the premises finds the following, to-wit:

1.

That pursuant to §99-3-28(2) Miss. Code Ann. (1972) the County Attorney

presented a hearing request for the issuance of warrant in this cause in a timely

manner as contemplated by §99-3-28(1)(b) Miss. Code Ann. (1972).

2.

That upon investigation as to the facts of this case (a copy of the Affidavit is

attached to the Motion as Exhibit "A") and review of the law in this type of factual matter

the State moved this Court to Dismiss the Petition so filed.

3.

That the whole purpose of §99-3-28 Miss. Code (1972) is to provide school

teachers and law enforcement officers protection from arrests which are unfounded

factually or prohibited by the criminal statutes.

4.

That the Defendant is a law enforcement officer with in the meaning of §99-3-1

Miss. Code (1972) and §99-3-7 Miss. Code (1972) states that a law enforcement officer

may make an arrest without a warrant if "he has reasonable ground to suspect and believe the person proposed to be arrested to have committed it". The Defendant in this cause, in the execution of his sworn law enforcement duties, was responding to a distress call, by a confidential informant (C/I) involving the sale of illegal narcotics. The Defendant had a reasonable belief that the felonious sale of narcotics was occurring and that the C/I was in mortal danger. Prior to the actions of the Defendant, in which the location of the drug sale had been incorrectly identified to the Defendant, he responded appropriately given the circumstances and while the Complainant was standing at or near the misidentified location the State believes his actions were based upon a good faith belief based upon mistaken information as to location said information is set out in sworn Affidavits attached to the Amended Motion as Exhibits "B and C".

5.

That §99-3-23 Miss. Code (1972) states that an officer, authorized to make arrests shall not be liable on account thereof, civilly or criminally, even if appears later that the party arrested was innocent.

6.

Further, based upon the duty of a prosecutor not to prosecute a charge in which no crime was committed, the State moved this Court to dismiss this hearing as there is no probable cause to believe that a crime has been committed.

7.

That the Motion ought to be and is hereby **granted** and the Affidavit against the defendant is dismissed and the Justice Court, Rankin County, Mississippi is hereby directed to take no further action in this matter.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the Motion to Dismiss the §99-3-28 Miss. Code Ann Hearing (1972) is hereby **granted** and the Justice Court, Rankin County, Mississippi is hereby directed to take no further action in this matter.

**IT IS FURTHER ORDERED AND ADJUDGED** that the final disposition of these matters brought to this Court pursuant §99-3-28 Miss. Code Ann. (1972) is concluded.

**SO ORDERED**, this the 2nd day of September, 2010.

_Kent M<sup>c</sup>Daniel_
**SPECIAL CIRCUIT JUDGE**

STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify.
CAROL B. SWILLEY, CIRCUIT CLERK

BY _____ D.C.

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

<u>**NONCOMPENSATED SPECIAL CONTRACT AGENT**</u>

<u>**CONTRACT**</u>

    **THIS AGREEMENT**, made between the Director of the Mississippi Bureau of Narcotics, P.O. Box 720519, Byram, MS 39272, hereinafter referred to as "Director", and **BRETT MCALPIN**, to be called a **NONCOMPENSATED SPECIAL CONTRACT AGENT**, hereinafter referred to as "SCA".

<u>**W I T N E S S E T H:**</u>

    **WHEREAS**, the Director desires the benefit of the services of SCA for those purposes and duties hereinafter enumerated, under the terms and conditions hereinafter set forth; and,

    **WHEREAS,** the SCA is willing to provide such services on a noncompensated basis under the terms and conditions hereinafter set forth; and,

    **WHEREAS,** the Director and SCA recognize and understand that the specific legal authority authorizing this contract is Section 41-29-112 of the Mississippi Code of 1972, as amended, all the terms and provisions of which are incorporated herein and made a part hereof by reference;

    **NOW, THEREFORE**, for and in consideration of the mutual promises and covenants of the SCA and the Director, to perform in accordance with the terms and conditions of this contract, the Director, Mississippi Bureau of Narcotics, hereby designates SCA to be a Noncompensated Special Contract Agent of the Mississippi Bureau of Narcotics with the authority, subject to the conditions of this agreement, to exercise all powers necessary and incidental to the fulfillment of these contractual obligations.  SCA will be known and identify himself as a special contract agent for **MISSISSIPPI BUREAU OF NARCOTICS**.  Both the Director and SCA agree as follows:

RC 159

I.      **DUTIES**

SCA agrees and promises to perform services and duties as assigned by the Director of the Mississippi Bureau of Narcotics, or his designee, in accordance with Sections II through X below. Such services and duties to be assigned SCA shall be consistent with the accomplishment of the intent, purpose and objective of the Mississippi Uniform Controlled Substances Law, Section 41-29-101, et seq. of the Mississippi Code of 1972, as amended, and shall be necessary for the lawful detection and apprehension of violators of the law and for the lawful preservation and presentation of evidence of such violations to the appropriate Grand Jury, the proper prosecuting authority, and to the court. SCA will be assigned duties and have authority to act in cases related to drug investigations with the **MISSISSIPPI BUREAU OF NARCOTICS** only.

II.     **STATUS OF SPECIAL CONTRACT AGENT**

SCA is a regular full-time employee of **RANKIN COUNTY SHERIFF'S OFFICE** (as well as being an SCA) and while functioning as a regular full-time employee of said **SHERIFF'S OFFICE** should be entitled to all rights, benefits, privileges, and responsibilities which accompany such employment. SCA shall not be considered as an employee of the Mississippi Bureau of Narcotics for any purpose. While functioning as an SCA under this contract, he shall not be subject to the employment rules and regulations of the Fair Labor Standards Act, the State Personnel Board, the Mississippi Department of Public Safety, the State of Mississippi, (including but not limited to the Mississippi Public Employees Retirement System), and any Mississippi Law or Constitutional provision specifically relating to public employment, as the above provisions apply to the Bureau. The relationship now being formed does in no way guarantee full employment either in the present or future for the SCA now entering this agreement. **SCA SHALL BE AN INDEPENDENT**

2

RC 160

**CONTRACTOR**, and not receive compensation from the Bureau. While functioning as an SCA, he shall not be entitled to participate in any group health or life insurance plan offered by the Mississippi Bureau of Narcotics or the State of Mississippi through the Bureau nor shall he be entitled by this contract to coverage by Mississippi Workers' Compensation as applicable to the Mississippi Bureau of Narcotics. Further, badges, weapons, and other personal equipment will be furnished by the Special Contract Agent's permanent employer. However, appropriate credentials will be furnished by the Bureau for the SCA.

The SCA shall retain the legal right to assert defenses available generally to law enforcement officers for any claim made against him. However, legal representation will not be afforded SCA by the Bureau for claims or criminal charges arising from the performance of duties under this agreement. Said representation must come from the permanent employer of the SCA.

### III.    SERVICES OF SCA

SCA agrees to faithfully perform the duties assigned to him by the Bureau to the best of his ability. Further, SCA agrees to keep inviolate the confidences, secrets, and non-public information of the Mississippi Bureau of Narcotics, whether written or oral, and will not communicate same in any way unless authorized to do so. Moreover, SCA warrants that the performance of the duties assigned to him under this contract shall be conducted without conflict with his employment by any other federal, state, or local government agency. Duties performed and time devoted in the furtherance of this contract shall not interfere with, nor substitute for, the regular employment or the duties of SCA if otherwise employed or officially appointed. SCA agrees to follow Bureau methods and procedures to include: field testing, chain of custody, evidence handling, case reporting and handling of public funds. The Bureau agrees to train SCA in such Bureau methods and procedures.

3

The SCA agrees that he will not participate in drug enforcement activities outside the jurisdiction of his regular employment except under the direct supervision, direction and control of the Director of the Mississippi Bureau of Narcotics or his designee.

## IV.    DURATION OF CONTRACT AND TERMINATION REQUIREMENTS

Notwithstanding the fact that this agreement may or may not be executed by the parties on the same date, it is specifically understood and agreed that this contract shall commence on **JULY 1, 2014** and shall terminate on **JUNE 30, 2015**, unless terminated otherwise as stated below. However, in no case shall the duration of this contract exceed one year, to be renewed at the option of both parties.

Either party hereto may sooner terminate this agreement, without cause and for any reason satisfactory to the party desiring such, upon forty-eight (48) hours written notice, computed from the date of the postmark. Such notice shall be sent by certified mail/return receipt to the Mississippi Bureau of Narcotics, ATTENTION: Director, at P. O. Box 720519, Byram, MS 39272, or to SCA at **710 CHARLIE DIXON ROAD, BRAXTON, MS 39044.** Notice to the permanent employer of SCA will also be given by the Bureau. Notice given pursuant to the provisions of this paragraph shall be deemed sufficient for all purposes.

This contract shall automatically terminate at such time as SCA is no longer employed by the agency who sponsored SCA for appointment as a Noncompensated Special Contract Agent. SCA agrees to immediately notify the Director and the appropriate MBN District Commander in all instances of either job reassignment, suspension or termination by his sponsoring employer. Notice will not be required to terminate the authority to act as an SCA under these circumstances. This contract shall automatically terminate upon the death of SCA and no notice of such termination

4

RC 162

shall be required.

The Mississippi Bureau of Narcotics shall have sole discretion to determine whether SCA is capable of fully performing the duties required of him by this contract. Should this contract be terminated because of the SCA's inability to fully perform his duties because of any physical or mental disability. SCA shall be given immediate notice of said termination. Engaging in any activity which is, or could result in, a violation of the laws of the State of Mississippi, or of any state, the United States, or any local law or ordinance of any county or city in this State or of any state, shall be grounds for automatic termination of this contract without prior notice to SCA. SCA shall, as a condition to appointment as a SCA, meet the same requirements imposed on a Bureau agent regarding background investigation, work history, polygraph examination, urinalysis and similar requirements, but shall be exempt from age requirements and limitations provided, however, that SCA is not less than twenty-one (21) years of age. SCA understands that he may be subject to random urinalysis testing and/or polygraph testing at the option of the Director or his designee and that failure to comply will result in the termination of this Agreement.

## V.   ASSIGNABILITY

SCA shall not assign any of his rights or duties arising under this contract, without the express written consent of the Director. Such unauthorized assignment shall automatically terminate this contract and no notice of such termination shall be required.

## VI.   ELIGIBILITY OF SCA

SCA covenants as an express condition of his eligibility to become a Special Contract Agent that he is qualified to be a Mississippi Law Enforcement Officer under provisions of Section 45-6-11 of the Mississippi Code of 1972 and holds a valid professional certificate issued by the Board on

5

RC 163

Law Enforcement Officer Standards and Training. SCA must have completed the initial firearms training required by his permanent employer and show proof of meeting requalification requirements, such requalification to be conducted at least semi-annually, and such requalification to be the responsibility and at the cost of SCA and his employer.

## VII.    WAIVER OF CLAIM FOR DAMAGE

SCA agrees and promises to make no claim against the Director, nor against any Agent, employee or other SCA of the Mississippi Bureau of Narcotics for any physical or mental injury, loss, damage or death that may be incurred as a result of the performance of SCA's duties. SCA assumes the risk of any and all conditions, situations and hazards while performing his duties and specifically waive any and all notice of the existence of such conditions.

## VIII. BONDED/INSURANCE

SCA promises that he is an authorized **DEPUTY SHERIFF** and that prior to entering upon the discharge of duties as an SCA, he entered into a good and sufficient surety bond with a surety company authorized and doing business within the State of Mississippi and is individually named on the bond and such bond conditioned upon the faithful performance of the duties of his office and said bond covers SCA when working outside the jurisdiction of his employer as an SCA. Any and all liability to third persons not parties to this agreement shall be the total responsibility of SCA, his surety, or the law enforcement unit, department, office or agency wherein SCA is regularly employed. The SCA's employer does hereby sign below acknowledging that the SCA is bonded and is individually named on the bond. Further, SCA certifies that his permanent employer has liability insurance that covers his performance of duty as an SCA and said insurance is effective outside the jurisdiction of the permanent employer.

**6**

RC 164

## IX.    MISCELLANEOUS

Any requirement that the SCA adhere to the policies and procedures of the Mississippi Bureau of Narcotics manual does not cause the incorporation, by reference or otherwise, of the manual as part of this contract. No contractual obligations arise therefrom or accrue against the Mississippi Bureau of Narcotics.

This contract represents the sole and exclusive agreement between the parties hereto and any changes, modifications or amendments must be made in writing and signed by all parties.

This contract and all rights and duties arising thereunder shall be governed, interpreted, and construed solely under the Constitution and Laws of the State of Mississippi.

The Mississippi Bureau of Narcotics, an agency of the State of Mississippi, in no way waives its sovereign immunity and such shall be controlling over any conflicting provision contained herein.

By affixing the signatures below, Director and SCA hereby cause this contract to take effect and both agree to be bound by the terms and conditions set forth above.

## X.    SPECIAL PROVISIONS

The Director reserves the right and in no way waives this right to conduct the customary and usual background investigation, including but not limited to the use of polygraph, urinalysis or other scientific tests.

As a condition before entering into this Agreement, SCA agrees to provide the Bureau on demand with information required to conduct a background investigation, satisfactory results of polygraph and urinalysis testing from sources acceptable to the Bureau, certification of Surety Bond/Liability Insurance Coverage, and certification of weapons qualification.

**IN WITNESS WHEREOF**, the parties have knowingly and willfully covenanted agreement

7

RC 165

on this the _12th_ day of _August_, 2014.

MISSISSIPPI BUREAU OF NARCOTICS

BY: _____
           DIRECTOR

_____        BY: _____
WITNESS                                      SPECIAL CONTRACT AGENT

I hereby request that the Director, Mississippi Bureau of Narcotics, appoint **BRETT MCALPIN,** to be a Noncompensated Special Contract Agent under Section 41-29-112 of the Mississippi Code of 1972 and specifically agree to his serving as an SCA under the conditions set forth in this contract. I specifically understand that the Bureau will not provide legal representation for this SCA for any claims arising from the performance of duties or alleged performance of duty as an SCA and agree that all legal liabilities and costs are the responsibility of **RANKIN COUNTY.**

I certify that:

(1)      He is bonded as a condition of his employment and is individually named on the bond. Further, that such bond is effective anywhere in the state of Mississippi, that such bond will continue during the life of this contract, and that this officer is covered outside the jurisdiction of **RANKIN COUNTY** while working as an SCA.

(2)      **RANKIN COUNTY** has liability insurance that covers its law enforcement officers while in the performance of duty as an SCA in the amount of $_____. Said insurance policy will remain in effect during the life of this contract.  The undersigned agrees to immediately notify the Mississippi Bureau of Narcotics if said insurance policy is cancelled or modified in any way. I further certify that this officer is covered outside the jurisdiction of **RANKIN COUNTY** while working as an SCA.

(3)      He has been certified under Section 45-6-11, Mississippi Code of 1972 by the Board on Law Enforcement Officer Standards and Training and that such certification is current.

(4)      He has met the firearms training requirements of my law enforcement agency and that required requalifications are current and will remain current during the life of this contract. Further, he has not been convicted of a misdemeanor crime of domestic violence and may possess a firearm and ammunition without violation of 18 U.S.C. 922 (g)(9).

RC 166

(5)     That this request to appoint **BRETT MCALPIN,** as an SCA and the accompanying obligation to provide legal representation and costs has been recorded in the minutes of the **BOARD OF SUPERVISORS.**

_____                    _____
WITNESS                                                                                    SHERIFF


                                                                                    _____
                                                                                    **Bryan Bailey**
                                                                                    (Printed Name)

_____                    _____
WITNESS                                                                                    BOARD OF SUPERVISORS


                                                                                    _____
                                                                                    **Greg Wilcox**
                                                                                    (Printed Name)

**9**

RC 167



# STATE OF MISSISSIPPI

**Board on Law Enforcement Officer Standards and Training**

**Hereby awards this**

*Professional Certificate*

TO

**JEFFREY ARWOOD MIDDLETON**

**This 7th day of OCTOBER , 20 10**

**As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.**

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training



Certificate No. **15970**

011709

RC 168



# STATE OF MISSISSIPPI

Board of Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**JEFFREY ARWOOD MIDDLETON**

This 11th day of APRIL , 20 03

As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training

Certificate No. 15970

RC 169

# CERTIFICATE OF TRAINING

Presented to

## Jeffrey Middleton

For successfully completing
the program of study in the
Law Enforcement Color of Law and Diversity Liabilities Training

Conducted October 31, 2012
Woolfolk Building
Jackson, Mississippi

Sponsored by the
U.S. Attorney's Office, Southern District of Mississippi,
Federal Bureau of Investigation, Mississippi Attorney General's Office,
Mississippi State Capitol Police and
Mississippi Center for Police and Sheriffs

Jue m. Bilem

Jesse M. Bingham
LECC Coordinator
U.S. Attorney's Office
Southern District of Mississippi

Gregory K. Davis

Gregory K. Davis
United States Attorney
Southern District of Mississippi

RC 170

# ᴴᴱSAFARILAND™
## TRAINING GROUP

# CERTIFICATE OF COMPLETION

## Jeffrey Middleton

Has Completed the Basic Instructor Course Requirements For

### Distraction Devices

**DEFENSE TECHNOLOGY**

**5/23/2014**
Date Completed

**05/31/2017**
Expiration Date

**Sandy Wall**
Instructor

Director of Training
Sandy Wall

RC 171

MISSISSIPPI LAW ENFORCEMENT
OFFICERS' TRAINING ACADEMY

Student Academic Record Worksheet

Basic Refresher 10-B

NAME Jeffrey Arwood Middleton    DATE    October 7, 2010

SS#_____ DEPARTMENT___Rankin County S. O._____

Firearms          98.8

*CPR               C

* First Aid        C

Tactical           C
   Driving

Intoxilyzer        C

Academic          88


*  C - Certified
   P - Previously Certified
   U - Not Certified

RC 172



**STATE OF MISSISSIPPI**
DEPARTMENT OF PUBLIC SAFETY
MISSISSIPPI LAW ENFORCEMENT OFFICERS' TRAINING ACADEMY

HALEY R. BARBOUR
GOVERNOR

STEPHEN SIMPSON
COMMISSIONER

PAT CRONIN
DIRECTOR

October 7, 2010

Dear Sir:

Enclosed is a grade sheet for the officer(s) from your department who recently attended Basic Refresher Class 10-B at the Mississippi Law Enforcement Officers' Training Academy.

An academic average of 70% or higher and a firearms score of 75% or higher are required to graduate and receive a successful completion diploma.  Skill certification courses indicate a passing score for a course by "C-certified" or a failing score by "U-not certified".  Successful completion of CPR, first aid and defensive driving are now required for graduation which requires a score of 80% or higher to graduate.

If you have any questions regarding your officer(s), please feel free to contact us.  Thank you for your continued support of this Academy.

Sincerely,

*Pat Cronin*

Pat Cronin
Director, MLEOTA

PC/gw
Enclosure(s)

3791 HWY 468W. PEARL, MISSISSIPPI 39208-9005, 601-933-2100
FAX: 601-933-2200

RC 173

# MISSISSIPPI

## LAW ENFORCEMENT OFFICERS' TRAINING ACADEMY

This is to certify that

## Jeffrey Arwood Middleton

has successfully completed the

## BASIC REFRESHER COURSE

conducted by the Mississippi Law Enforcement
Officers' Training Academy
at Pearl, Mississippi

September 20 - October 7, 2010

_____
Training Coordinator

_____
Director, Training Academy

RC 174



# MISSISSIPPI

LAW ENFORCEMENT OFFICERS' TRAINING ACADEMY

This is to certify that

## Jeffrey Arwood Middleton

has successfully completed

### Tactical Driving

conducted by the Mississippi Law Enforcement Officers' Training Academy at Pearl, Mississippi

This 7th day of October, 2010

_____
Tactical Driving Instructor

_____
Director, Training Academy

RC 175

LE15524

# THE NATIONAL RIFLE ASSOCIATION OF AMERICA

*This is to certify that*

## Jeffrey Arwood Middleton

*of the*

## Rankin County S. O.

*has satisfactorily completed the following approved NRA Law Enforcement course of fire:*

*and qualified as*
## Score: 98.8

Issued this ____7th____ day of ____October____, 2010

_Philip Hemphill_
NRA Firearms Instructor

_Edward Reed_
Secretary

RC 176

This recognizes that

Jeffrey Arwood Middleton

has completed the requirements for

Standard First Aid

conducted by

MLEOTA

Date Completed    10/6/2010

The American Red Cross recognizes this certificate
as valid for    3      year(s) from completion date.



This recognizes that

Jeffrey Arwood Middleton

has completed the requirements for

CPR—Adult, Child and Infant

conducted by

MLEOTA

Date Completed    10/6/2010

The American Red Cross recognizes this certificate
as valid for    1      year(s) from completion date.



RC 177

# JACKSON POLICE DEPARTMENT
## JACKSON, MISSISSIPPI

*This is to certify that*

JEFFREY A. MIDDLETON

*has satisfactorily completed the approved course*
*of fire and qualified as*

POLICE

# EXPERT

SCORE __99.9__

*Issued this* __11__ *day of* __April__ 20 __03__

*Stephen E. Wilson*
*Firearms Instructor*

*Tyrone Lewis*
*Director of Training*

RC 178



JACKSON POLICE DEPARTMENT TRAINING ACADEMY

THIS IS TO CERTIFY THAT

JEFFREY MIDDLETON

HAS SUCCESSFULLY COMPLETED THE 14-WEEK COURSE IN BASIC LAW ENFORCEMENT

RECRUIT CLASS 36

JANUARY 05, 2003          APRIL 11, 2003

AS PRESCRIBED BY THE

MISSISSIPPI BOARD ON LAW ENFORCEMENT OFFICER STANDARDS AND TRAINING AT

THE JACKSON POLICE TRAINING ACADEMY

JACKSON, MISSISSIPPI

CHIEF (ROBERT MOORE, CHIEF OF POLICE.

COMMANDER TYRONE LEWIS, DIRECTOR OF TRAINING

RC 170

# Personal Protection Consultants, Inc.

This is to certify that

## JEFFREY A. MIDDLETON

has successfully completed the requirements of

# OCAT® Basic Course

Presented on
**APRIL 11, 2003**

Instructor

_Michael T. O'Malley_
Michael T. O'Malley, Director of Training

Personal Protection Consultants, Inc., PO Box 467, Kulpsville, PA 19443 USA, Tel: 215-799-0400, Fax: 215-799-1473, Email: ppctraining@aol.com, Net: www.ppctraining.com

_Roland Ouellette_
Roland W. Ouellette, Master Instructor

_Edward J. Nowicki_
Edward J. Nowicki, Master Instructor

RC 180



# Certificate of Achievement

(M) *MOTOROLA*

**Premier MDC**™
Mobile

CERTIFIES THAT

*Jeffery A. Middleton*

HAS SUCCESSFULLY COMPLETED COMPUTER TRAINING FOR

**Premier MDC**

MOBILE DATA SYSTEM FOR THE JACKSON POLICE DEPARTMENT

March 12-14, 2003

_____
*Police Chief*

_____
*Training Academy Director*

_____
*Instructor*


RC 131



# Regional Counterdrug Training Academy

*This is to certify that*

## JEFFREY MIDDLETON

*has successfully completed* 20 *hours of training in*

**METH & OTHER CLANDESTINE LAB SAFETY (PATROL OFFICERS)**

*from* **June 02** *to* **June 04, 2004**

Commandant

Director of Training

RC 182

# Regional Counterdrug Training Academy



This is to certify that

## JEFFREY MIDDLETON

has successfully completed **80** hours of training in

### BASIC NARCOTICS INVESTIGATIONS

from April 26 to May 07, 2004

Commandant

Director of Training

RC 183

Jackson, Mississippi Municipal Police Department

# CERTIFICATE OF COMMENDATION

for February 2005 is being awarded to

# Officer Jeffrey Middleton

Precinct Two

In recognition of outstanding service to the citizens of Jackson which has reflected credit upon you and the City of Jackson Police Department, this award is presented on behalf of the citizens of Jackson, Mississippi and the Jackson Municipal Police Department.

on this ___21st___ day of ___March___ 2005

Harvey Johnson, Jr., Mayor

Robert Moore, Chief of Police

RC 184



Jackson, Mississippi Municipal Police Department

# CERTIFICATE OF COMMENDATION

is being awarded to

## Officer Jeffrey Middleton

Precinct Two

In recognition of outstanding service to the citizens of Jackson which has reflected credit upon you and the City of Jackson Police Department; this award is presented on behalf of the citizens of Jackson, Mississippi and the Jackson Municipal Police Department.

On This _12th_ day of _April_ 2004

Chief of Police Robert Moore

Honorable Harvey Johnson, Jr., Mayor

RC 180



# CERTIFICATE OF TRAINING

AWARDED TO:

## Jeffrey Middleton

For participation in a Narcotic Identification Class presented by ODV, INC. on the proper application and correct interpretation of drug field test results employing NarcoPouch® and Narcotest® by ODV, Inc.

Presented by Adam J. Sobotka

held at Meridian, MS this 27th day of April in the Year 2004.

Adam J. Sobotka
Southwest Representative

ODV
INCORPORATED

NarcoPouch® and Narcotest® are Registered Trademarks of ODV, Inc.

RC 186





Regional Counter Drug Training Academy
Mississippi Center for Police and Sheriffs
And
Mississippi Bureau of Narcotics

Certifies that

**Jeffrey Middleton**

Has successfully completed 16 hours of Interview and Interrogation Training on
October 23-24, 2014

Tim Rutledge
Director of Training

RC 187

# NAEMT

Congratulations on your successful completion of a NAEMT continuing education course! If required information was provided, this continuing education activity is approved by the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS) for continuing education credit.

CECBEMS represents only that its accredited programs have met CECBEMS' standards for accreditation. These standards require sound education offerings determined by a review of its objectives, teaching plan, faculty, and program evaluation processes. CECBEMS does not endorse or support the actual teachings, opinions or material content as presented by the speaker(s) and/or sponsoring organization. CECBEMS accreditation does not represent that the content conforms to any national, state or local standard or best practice of any nature. No student shall have any cause of action against CECBEMS based on the accreditation of the material.



## Law Enforcement and First Response

**Jeffrey A Middleton**

has successfully completed the national cognitive and skills examinations in accordance with standards of the National Association of Emergency Medical Technicians for

**Provider Course**

| 03/28/2016 | 03/2020 |
|---|---|
| Date of Issue | Date of Expiration |

| American Medical Response - Jackson | |
|---|---|
| Sponsoring Organization | |
| Course Medical Director | James Thompson, MD |
| Course Coordinator | Mickee Ramsey |
| LE-16-2113-03 | State Course # |
| National Course # | |
| Date Monitored | Affiliate Signature |

This recognition is subject to the provisions and limitations of applicable state statutes and licensing acts.

    

---



THIS IS TO ACKNOWLEDGE THAT

*Jeffrey A Middleton*

has successfully completed the

## Provider Course

sponsored by the National Association of Emergency Medical Technicians.

### American Medical Response - Jackson

CECBEMS No. 14-NAEMT-F2A-0032 assigned 8 CE Hours Basic or Advanced

State License #  NREMT #

James Thompson, MD

**Mickee Ramsey**
Course Coordinator

| Peter T Pons MD | LE-16-2113-03 | 03/28/2016 | 03/2020 |
|---|---|---|---|
| Medical Director | National Course Number | Date Issued | Date Expired |

RC 188

BOOK 189 PAGE 147

# RANKIN COUNTY SHERIFF'S DEPARTMENT

### BRANDON, MS

## OATH OF OFFICE

I, <u>Jeffery Middleton</u> do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties of the office upon which I am about to enter. So help me God.

Jeffery Middleton

Deputy Sheriff

SWORN TO AND SUBSCRIBED BEFORE ME THIS, THE ___3___ DAY OF, ___Feb___, 2020.

Kent McDaniel

Kent McDaniel

County Court Judge

STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify.
REBECCA N. BOYD, CIRCUIT CLERK
BY Becky Bowrang DC



RC 189

BOOK **160** PAGE **577**

# RANKIN COUNTY SHERIFF'S DEPARTMENT

## BRANDON, MS

## OATH OF OFFICE



FILED

JAN -5 2016

REBECCA N. BOYD, CIRCUIT CLERK
BY

I, __Jeffrey Middleton__, do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties of the office upon which I am about to enter. So help me God.

_____
Jeffrey Middleton, Deputy Sheriff

SWORN TO AND SUBSCRIBED BEFORE ME THIS, THE __5th__ DAY OF, __January__ , 2016.

_____
Kent McDaniel
County Court Judge



STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify.
REBECCA N. BOYD, CIRCUIT CLERK
BY_____ D.C.

RC 190

# OATH OF OFFICE

I, <u>MIDDLETON, JEFFREY A</u>

do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States

and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not

disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties

of the office upon which I am about to enter.  So help me God.

MIDDLETON, JEFFREY A

SWORN AND SUBSCRIBED BEFORE ME THIS DATE

Tuesday, January 3, 2012

Kent McDaniel, County Court Judge



MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
OFFICE OF THE BOARDS ON LAW ENFORCEMENT OFFICER,
EMERGENCY TELECOMMUNICATIONS & JAIL OFFICER

# STANDARDS & TRAINING

**COPY**

## FULL-TIME LAW ENFORCEMENT APPLICATION FOR CERTIFICATION - PART I

### READ THE INSTRUCTIONS ON PAGE 2

In accordance with the Law Enforcement Officers Training Program (LEOTP) MCA § 45-6-1 et al. Warning: MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a board. This statute authorizes a fine of up to $10,000.00 and a jail sentence of up to 5 years. Further, the LEOTP authorizes the BLEOST in § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

1. Name: Jeffrey Arwood Middleton    2. SSN: ▮▮▮▮▮▮
   *Give Full Name - First Middle Last*

3. Date of Hire: 4/6/10   4. Date of Birth: ▮▮▮▮▮   5. Title/Rank: Deputy

6. Department: RANKIN COUNTY SHERIFF DEPT.   7. Telephone: 601 825-1480

   Dept.'s     221 NORTH TIMBER ST.
8. Address: _____
   *Post Office Box or Street*   BRANDON, MS 39042
                                 *City & Zip Code*

9. Has the applicant ever been certified under the LEOTP? No ( ) Yes (X)  10. Certificate No.?

11. **Education,** Years Completed 12, High School Diploma X or GED ____, Degree(s) _____

12. **EMPLOYMENT RECORD**  List all employment. Begin with your most previous employment and work back. Use an additional 8.5 x 11 sheet of paper if necessary.

| Agency/Department | Position | City/State | | Month | Day | Year |
|---|---|---|---|---|---|---|
| Rankin County Sheriff Office | | Brandon, MS | From: | | | |
| Oasis Sod Farms | Farm Manager | 273 Simpson Hwy 27 west Pinola, ms | To: | Sept | 10 | 2006 |
| | | | From: | Jan | 22 | 2010 |
| Jackson Police Department | Patrolman | Jxn, MS | To: | Jan | 5 | 2003 |
| | | | From: | June | | 2006 |
| Trans-Gear | Mechanic | Jxn, MS | To: | April | | 2001 |
| | | | From/Dec: | Dec | | 2002 |

13. **TRAINING RECORD**  List all completed law enforcement training consisting of eighty (80) hours or more. Include copies of certificates of completion. Use an additional 8.5 x 11 sheet of paper if necessary.

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| | | | From: | | | |
| | | | To: | | | |
| Basic Narcotic Investigation | R.C.T.A Meridian, MS | 80 hrs | From: | April | 26 | 2004 |
| | | | To: | May | 7 | 2004 |
| | | | From: | | | |
| | | | To: | | | |

H:\public\BLEOST\forms\2001\bleost app & oil full-time form (copier).wpd

3750 I-55 Frontage Rd.N
Jackson, Mississippi 39211-6323
Telephone # - (601) 987-3096, Fax # - (601) 987-3086

Complete Parts I, II and III of the "Application for Certification" form for all newly hired __full-time__ law enforcement officers. Return the form to the Board on Law Enforcement Officer Standards and Training (BLEOST) within thirty days of the officer's date of hire.

**Part I**

**Type or print in ink when completing this form.** Record the applicant's full name, social security number, date of hire as a full-time law enforcement officer, date of birth, current position or rank, the name of the employing agency/department, the department's telephone number and mailing address. Check whether or not the applicant has ever been certified under the Law Enforcement Officers Training Program (LEOTP). If the answer is yes, enter the applicant's certificate number. State the number of years of education completed by the applicant. Check whether the applicant has a high school diploma or GED, and denote any degrees earned other than a high school diploma or GED (i.e., BS - Bachelor of Science, BA - Bachelor of Arts, etc.).

List all past employment that has been held by the applicant, beginning with the applicant's most previous employment and working back. Include the name of the employer, the position held, the city and state where employed, and the dates of said employment.

List all law enforcement training consisting of eighty (80) hours or more that has been successfully completed by the applicant. Include copies of the certificates of completion and any other documentation available, such as a course curriculum.

**Part II**

This portion of the form must be completed by the applicant. __Circle__ the answer that applies. Any of the questions, items one (1) through ten (10) that are answered *"yes"* must be explained to the Board. **The explanation must be typed or printed in ink on a separate sheet and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents.**

All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. **All traffic offenses involving drugs or alcohol, are to be reported regardless of the fine. Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: probation, fines, restitution, or community service.** The applicant must sign and date "Part II - Applicant's Background Investigation Review" before a Notary Public.

**Part III**

This part of the background investigation review must be completed by the head of the department or someone with authority to sign as the department head. There must be a letter on file, at this office, stating specifically who has the authority to sign as the department head. This letter of authorization will have to be signed by the head of the department.

Each procedure must be __initialed__ (ex. - *JD*  1. A personnel ...) by the agency head to indicate completion of said procedure. **The applicant's fingerprints must be submitted to the Criminal Information Center of the Mississippi Department of Public Safety (see the address below).** If procedure number four (4) is not applicable to the officer in question enter N/A in the space provided. "Part III - Agency's Background Investigation Review" must be signed and dated before a Notary Public by the department head or someone with authority to sign as the department head.

**CRIMINAL INFORMATION CENTER/MJIC**
**DEPARTMENT OF PUBLIC SAFETY**
**"FINGERPRINTS"**
**3891 HIGHWAY 468 WEST**
**PEARL, MISSISSIPPI 39208**
**TELEPHONE # - (601) 933-2600; FAX # - (601) 933-2676**

H:\public\BLEOST\forms\2001\bleost app & bi full-time form (copier).wpd

3750 I-55 Frontage Road
Jackson, Mississippi 39211-6323
Telephone # - (601) 987-3096, Fax # - (601) 987-3086

> **Warning:** MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to $10,000 and a jail sentence of up to 5 years. Further, the Law Enforcement Officers' Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

A "yes" answer to any of these questions does not automatically bar anyone from obtaining certification. Any of the following questions that are answered "yes" must be explained to the Board. **The explanation must be typed or printed in ink on a separate eight and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents.** All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. **All traffic offenses involving drugs or alcohol must be reported regardless of the fine.** Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: probation, fines, restitution, or community service.

Circle One

1. Have you ever been a defendant in a court martial, Article 15, Captain's Mast or other nonjudicial punishment?   Yes **(No)**

2. Has a judgement ever been issued against you?   **(Yes)** No

3. Have you ever declared bankruptcy?   Yes **(No)**

4. Have you ever been arrested or charged with a crime?   **(Yes)** No

5. Have you ever received any alternatives to sentencing such as probation before judgement, pretrial diversion, non-adjudication of guilt or have you ever had an expungement?   **(Yes)** No

6. Have you ever been found guilty or pled guilty or no contest to a crime?   **(Yes)** No

7. Have you ever been refused a surety bond or turned down for employment that required a surety bond?   Yes **(No)**

8. Have you ever been involuntarily terminated from employment **or** have you resigned to prevent immediate termination either while there was an ongoing investigation into your activities or at the conclusion of any such investigation?   **(Yes)** No

9. Have you ever been addicted to or hospitalized for the use of alcohol or drugs?   Yes **(No)**

10. Have you ever had a certificate, license or privilege removed, revoked, suspended, or voluntarily relinquished the same under state, federal or other laws?   **(Yes)** No

    I, the undersigned, do hereby swear and affirm that I am a citizen of the United States, by birth or naturalization, that I have never been convicted of a felony or a misdemeanor involving moral turpitude, that I have a valid high school diploma or its equivalent, that my discharge (if any) from the Armed Forces was under honorable conditions, that I am of good moral character, **that I have provided my employer with a full explanation (without any omissions) of each and every "yes" answer to the above questions, one (1) through ten (10) of Part II of the "Application for Certification" form, and that these explanations (if any) are attached to this form,** that I am at least twenty-one (21) years old, that I have read and do hereby confirm that all of the information contained in this application is correct, and that all other information I furnish in conjunction with my application is true and correct.

Witness my signature this, the 6th day of April, 2010.

_____          _Jeffrey A Middleton_____
Applicant's Signature                     Print Applicant's Name

## NOTARY PUBLIC

    I, the undersigned authority in and for _Rankin Co. Ms_ County and State, do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part II of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part II of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal, this, 6th day of April, 2010.

_Linda J. Stribling_____   Notary Public

ID # 16336
LINDA J. STRIBLING
Commission Expires
October 27, 2011
RANKIN COUNTY

3750 I-55 Frontage Rd N
Jackson, Mississippi 39211-6323
Telephone # - (601) 987-3096, Fax # - (601) 987-3086

# PART III - AGENCY BACKGROUND INVESTIGATION REVIEW

*Warning:* MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to $10,000 and a jail sentence of up to 5 years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

The agency head or authorized signatory must **initial** (ex. - *JD* 1. A personnel ...) the procedures that have been completed on the applicant named in this form. **All the procedures are required to be completed with the possible exception of procedure number four (4).** If the applicant has not served in the military enter N/A in the space provided.

1. A personnel file on the applicant has been created and is being maintained at this agency. The file includes a release of information form or a letter allowing the release of information signed by the applicant. Copies of all the documents referenced below, in items two (2) through seven (7) of Part III of the "Application for Certification" form, are included in this file. This file will be maintained as long as the applicant is employed with this agency, and the file will be made available to the BLEOST upon receipt of a written request.

2. A complete background investigation on the applicant has been performed, has been reviewed by me and a copy of the background investigation is included in the applicant's personnel file.

3. The applicant's fingerprints have been submitted to the Criminal Information Center of the Mississippi Department of Public Safety as a part of the background investigation and a copy of the FBI report will be included in the applicant's personnel file.

4. The applicant's official Certificate of Release or Discharge From Active Duty (D.D. Form 214) has been reviewed by me and a copy is included in the applicant's personnel file.

5. The applicant's official documentation certifying successful completion of high school or completion of the General Educational Development (GED) Testing Program has been reviewed by me and a copy is included in the applicant's personnel file.

6. I have reviewed appropriate official documents certifying the applicant's age and citizenship and copies of said documents are included in the applicant's personnel file.

7. The applicant has completed a medical examination by a licensed physician and the results have been reviewed by me. A copy of said examination is included in the applicant's personnel file.

I, the undersigned, do hereby swear and affirm that I or individuals under my supervision have made a thorough background investigation of this applicant, (print applicant's name) _Jeffrey A. Middleton_, including any answers of "yes" to questions one (1) through ten (10) in Part II of this form and written explanations for those answers are attached. I certify that all the procedures in Part III, one (1) through seven (7), that are applicable to the officer in question have been completed, that to the best of my knowledge the applicant is physically qualified to perform duties as a law enforcement officer, that the applicant is at least twenty-one (21) years of age, that I have contacted each of the applicant's past employers (if any), that I am satisfied that the applicant is of good moral character, that the applicant has never been convicted of a felony or of a misdemeanor involving moral turpitude, and that the applicant is a law enforcement officer as defined in **MCA § 45-6-3 (c)**.

Witness my signature this, the _7th_ day of _April_, 20_10_.

_____          _____
Agency Head's/Authorized Signatory's Signature          Title _Sheriff_

## NOTARY PUBLIC

I the undersigned authority in and for _Rankin Co. Ms._ County and State do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part III of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part III of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal this, the _7th_ day of _April_, 20_10_.

_____ Notary Public

STATE OF MISSISSIPPI NOTARY PUBLIC
ID # 16336
LINDA J. STRIBLING
Commission Expires October 29, 2011
RANKIN COUNTY

RC 195

Part. 11                    Jeffrey Middleton

Q2   I Was given a Non-Adjudicated Sentance on the Charges of
     Culpable Negligence Manslaughter.

Q4   On Oct. 12 2005 I was indicted on Culpable Negligence Manslaughter, due
     to a traffic accident that occured on June 11 2005. A Warrent was issued
     for my arrest in which I turned myself in. I was given a Non-Adjudicated
     Sentance with 2 years Probation, in which I served 1½ years and was Released.

Q5   Given Non-Adjudicated Sentance for above crime, and 2 years Probation.

Q6   For above crime I enterd a best intrest plea of guilty.

Q8   In June 2006 Jackson Police Department terminated me from the Dept.
     due to the above Circumstances.

     After serving my probation the charges were droped from my record
     due to the Non-Adjudicated Sentance. I'm now along with my Lawyer
     Don Leland are in the process of having the arrest expunged from my
     record.

                              Jeffy Middtt—
                              4-6-2010



Office of the City Attorney

455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone 601-960-1799
Facsimile 601-960-1756
Facsimile 601-960-0321

Harvey Johnson, Jr.
*Mayor of the City of Jackson*

### RE: *Jeffrey Middleton*

To Whom It May Concern:

Please allow this correspondence to serve as a letter of explanation regarding Mr. Middleton. Mr. Middleton was a City of Jackson police officer from 2001 until 2005. In 2005, Mr. Middleton was involved in a tragic motor vehicle accident while returning from the Hinds County Detention Facility in Raymond, Mississippi. This accident claimed the life of the other driver and resulted in Mr. Middleton's termination from the Jackson Police Department. Further, Mr. Middleton took a "best interests" plea to criminal charges.

In approximately 2007, I became involved with Mr. Middleton through my representation of the City of Jackson in civil litigation brought by the family of the deceased. Much to my surprise, Mr. Middleton was completely cooperative, forthright and remorseful. Moreover, as the civil defense unfolded, we discovered evidence and inferences which were not discussed in either the original investigation or during Mr. Middleton's indictment.

This is, by no means, an attempt to diminish the tragic loss of life. However, if you desire to know more about Mr. Middleton or the extenuating factors, please feel free to contact me.

Sincerely,

OFFICE OF THE CITY ATTORNEY

Pieter Teeuwissen, Esq.

/adw

RC 197

# Southwest Rankin Fire Protection District



The Southwest Rankin Volunteer Fire Department would like to publicly commend Deputy Jeffrey Middleton for going above and beyond the call of duty to assist his fellow man and the citizens of Rankin County on Monday, September 5, 2011. At around 5:15AM that morning, Deputy Middleton arrived at a home on Burton Drive and found a family of eleven desperately seeking refuge to dry land after the flood waters had completely surrounded their home. Without any hesitation Deputy Middleton immediately waded into the rising flood waters and early morning darkness to assess the situation and advise the family to stay put until the power company could arrive and cut power to the home. Southwest Rankin Fire Department personnel arrived on scene and once power was cut to the home all occupants were safely moved to dry ground. Had Deputy Middleton not waded out to the home to make contact and advise the occupants, the situation could have been tragic had they tried to escape the home.

While waiting for the power company to arrive Deputy Middleton went about trying to locate a boat from neighbors. During this time another call came in advising that a woman had been swept from the roadway on Old Enochs Road and was stranded on top of her car due to the flash flooding. Again without any hesitation Deputy Middleton waded into the rising flood waters and early morning darkness displaying great determination and ingenuity in an attempt to rescue the woman. He gave relentless effort until the woman was transferred safely to a rescue boat provided by Cleary Volunteer Fire Department.

Deputy Middleton went above and beyond the call of duty to save people from the flood waters. Deputy Middleton is to be commended for his acts of kindness and bravery in rescuing these people. He put his own life at risk to save others. The Brown Hill, Clear Branch and Mountain Creek communities are very grateful that we have people like Deputy Middleton who are willing to help others in need.

Be it known that Southwest Rankin Volunteer Fire Department is grateful for Deputy Middleton's current service as a Rankin County Sheriff's Deputy and past service as a member of Southwest Rankin Volunteer Fire Department (Clear Branch Community). We ask that this letter of commendation be placed in his personnel file as a testament to his service and dedication to the citizens of Rankin County.

Sincerely,

The Membership of Southwest Rankin Volunteer Fire Department

**From:** Alyssa Bills <ARBILLS@FBI.GOV>
**Sent:** Friday, May 20, 2022 10:51 AM
**To:** Anthony Dimartino <adimartino@rankincounty.org>; Paul Holley <pholley@rankincounty.org>; Adam Whittington <awhittington@rankincounty.org>; Hunter Elward <helward@rankincounty.org>; Jonathan Sanford <jsanford@rankincounty.org>; Tony Shack <tshack@rankincounty.org>; Steve Godfrey <sgodfrey@rankincounty.org>; Christian Dedmon <cdedmon@rankincounty.org>; Ronnie Decell <rdecell@rankincounty.org>; James Prince <jprince@rankincounty.org>; Cain Underwood <cunderwood@rankincounty.org>; Jeffrey Middleton <jmiddleton@rankincounty.org>; Stefan Williams <swilliams@rankincounty.org>; Luke Stickman <lstickman@rankincounty.org>; Jesse Zetterholm <jzetterholm@rankincounty.org>; Hunter Brown <hbrown@rankincounty.org>; Jeremiah Jordan <jejordan@rankincounty.org>; Daniel Opdyke <dopdyke@rankincounty.org>; David Hicks <dhicks@rankincounty.org>; Crystal Bender Sims <CBENDERSIMS@FBI.GOV>
**Subject:** [Possible scam] Numbers Needed & Update Provided!

*********************************************************************************************************************************

**An important message from your IT department regarding this email:**

This email contains a keyword or phrase that indicates it may be malicious or a phishing attempt. Please remember to take care when sharing information to anyone and never share your account information.
*********************************************************************************************************************************

Hi Rankin guys!!

Some of you may remember but I am Alyssa Bills with the FBI Office in Jackson. I have done & am continuing to handle most of the admin and paperwork side of things for y'all to be on our squad!

I am emailing to request that each of you send me the BEST contact number for you.
I have numbers for some of you, but I want to make sure I have the best means of contact - I am going to put a list out to the agents and the other TFO's on the squad with your name and number, so they can start utilizing you guys when doing anything related to drug cases, and hopefully soon, all cases!

Just to provide an update for those wondering -
all 19 of you are now title 21 deputized (drug matters only), & all have passed our limited background investigation and you have full escorted access to our buildings, whenever you may need to come in, or want to!
I put in all of your applications for your title 18 deputations through the Marshall's and unfortunately, like I thought, they found little details to pick over and sent them all back. Thankfully Paul & AJ came to the rescue to help me and did a great job getting me what I needed!! I'm currently working on redoing other aspects of the application on my end, but they all should be done and submitted by no later than Monday! It'll just be a waiting game after that.

When sending me your numbers, you can reply just to me in this email or text my work phone (listed below), if that is more convenient for you!

Please feel free to shoot me an email, a text, or give me a phone call if you ever have any questions or need anything at all from us!

Thank you for your patience and understanding, I know waiting around is never fun.

RC 199

You guys have a safe weekend!

**Alyssa Bills**
**Operational Support Technician**
*Squad 3 - Violent Crimes, Safe Streets, Crimes Against Children, Indian Country*
**Alternate Evidence Technician**
**601-713-7614 (desk)**
**769-567-5179 (work cell)**

2

RC 200

**From:** Alyssa Bills <ARBILLS@FBI.GOV>
**Sent:** Monday, August 22, 2022 3:30 PM
**To:** Jesse Zetterholm <jzetterholm@rankincounty.org>; Jonathan Sanford <jsanford@rankincounty.org>; Tony Shack <tshack@rankincounty.org>; Luke Stickman <lstickman@rankincounty.org>; Cain Underwood <cunderwood@rankincounty.org>; Adam Whittington <awhittington@rankincounty.org>; Stefan Williams <swilliams@rankincounty.org>; Ronnie Decell <rdecell@rankincounty.org>; Christian Dedmon <cdedmon@rankincounty.org>; Hunter Elward <helward@rankincounty.org>; Hunter Brown <hbrown@rankincounty.org>; Steve Godfrey <sgodfrey@rankincounty.org>; David Hicks <dhicks@rankincounty.org>; Paul Holley <pholley@rankincounty.org>; Jeremiah Jordan <jejordan@rankincounty.org>; Jeffrey Middleton <jmiddleton@rankincounty.org>; James Prince <jprince@rankincounty.org>; Daniel Opdyke <dopdyke@rankincounty.org>; Anthony Dimartino <adimartino@rankincounty.org>
**Cc:** Crystal Bender Sims <CBENDERSIMS@FBI.GOV>; Linda Pilgrim <lpilgrim@fbi.gov>; Stephanie Campbell <sdcampbell@fbi.gov>
**Subject:** Title 18 Deputation!

Hey Rankin Guys!

So good news!!
The Marshall's are ready to get you guys deputized!!

Please see below for 2 appointments this week - listed with the names under each appointment..
Also, PLEASE respond to me & let me know if you can or cannot make it. If you cannot, we will need to try to schedule you next week for a makeup deputation. It is very important you respond to me with an answer, though.

Wednesday, August 24th at 10am

- Sanford
- Shack
- Stickman
- Underwood
- Whittington
- Williams
- Zetterholm

Thursday, August 25th at 10am

- Brown
- Decell
- Dedmon
- Elward
- Godfrey
- Hicks
- Holley
- Jordan
- Middleton
- Prince

1

RC 201

× DiMartino & Opdyke - y'all's application has been approved, it's just lagging but should be to the local Marshall's by this week, no later than next so y'all should be good too - and won't be too far behind!

Let me know if y'all have any questions, & I'll be at both appointments this week to take paperwork & make sure everything is in order!
And please remember to respond!!

Thank you,
Alyssa Bills

RC 202

DPS 101509

# STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**DANIEL R. OPDYKE**

**THIS 7TH DAY OF NOVEMBER, 2019**

As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training



Certificate No. **26973**

RC 203

# Multijurisdictional Counterdrug
## Task Force Training

**Daniel Opdyke**

has successfully met the requirements for completion of

### Overview of the Illicit Drug Trade

From 6/8/2020 to 6/17/2020

4 hours

**SPC** St. Petersburg College

CENTER FOR PUBLIC SAFETY INNOVATION

_Wes Erb_
Command Sergeant Major Wes Erb
Chief Instructor

Major Chad Kicklighter
MCTFT Commandant

RC 204

# Multijurisdictional Counterdrug Task Force Training

**Daniel Opdyke**

has successfully met the requirements for completion of

**Drug Identification**

From 6/8/2020 to 6/9/2020

8 hours

SPC St. Petersburg College

CENTER FOR PUBLIC SAFETY INNOVATION

*Wes Erb*

Command Sergeant Major Wes Erb
Chief Instructor

Major Chad Kicklighter
MCTFT Commandant

Est 1993

# Multijurisdictional Counterdrug Task Force Training

## Daniel Opdyke

has successfully met the requirements for completion of

## Introduction to Clandestine Laboratory Investigations

From 6/8/2020 to 6/9/2020

8 hours

_Wes Erb_
Command Sergeant Major Wes Erb
Chief Instructor

**SPC** St. Petersburg College
CENTER FOR PUBLIC SAFETY INNOVATION

Major Chad Kicklighter
MCTFT Commandant

RC 206

# Multijurisdictional Counterdrug Task Force Training

## Daniel Opdyke

*has successfully met the requirements for completion of*

## Criminal Street Gangs Overview

From 6/8/2020 to 6/17/2020

8 hours

*Wes Erb*

Command Sergeant Major Wes Erb
Chief Instructor

**SPC** St. Petersburg College

CENTER FOR PUBLIC SAFETY INNOVATION

Major Chad Kicklighter
MCTFT Commandant

RC 207

Multijurisdictional Counterdrug
Task Force Training

Daniel Opdyke

has successfully met the requirements for completion of

Introduction to Interview and Interrogation

From 6/8/2020 to 6/10/2020

8 hours

SPC St. Petersburg College

CENTER FOR PUBLIC SAFETY INNOVATION

Command Sergeant Major Wes Erb
Chief Instructor

Major Chad Kicklighter
MCTFT Commandant

RC 208



# Certificate of Completion

## OSS Academy®

Certifies that

### Daniel Opdyke

has successfully completed an online course of instruction in

**Vehicle Searches**

for

Course Credit(s) 1.00 Hour(s)

Saturday, November 7, 2020

David Lee Briseno II, Training Coordinator
TCOLE Number 515940

RC 209



# Certificate of Completion

## OSS Academy®

Certifies that

## Daniel Opdyke

has successfully completed an online course of instruction in

## Drugs of Abuse Investigations

for

Sunday, November 8, 2020

Daniel Lee Salmon II, Training Coordinator
TCOLE Number 313940

RC 210



# Certificate of Completion

**OSS Academy®**

Certifies that

## Daniel Opdyke

has successfully completed an online course of instruction in

**Criminal Intelligence**

for

Course Credit(s) 1.00 Hour(s)

Sunday, November 8, 2020

David Lee Salmon II, Training Coordinator
TCOLE Number 315960

RC 211



# Certificate of Completion

**OSS Academy®**

Certifies that

**Daniel Opdyke**

has successfully completed an online course of instruction in

**Spanish for Law Enforcement**

for

Course Credit(s) 28.00 Credit Hours

Wednesday, November 11, 2020

David Solomon
David Lee Solomon II, Training Coordinator
TCOLE# Number 315040

RC 212



# Certificate of Completion

**OSS Academy®**

Certifies that

**Daniel Opdyke**

has successfully completed an online course of instruction in

**Intelligence-Led Policing**

for

Course Credit(s) 1.00 Hour(s)

Wednesday, November 11, 2020

David Lee Salmon II, Training Coordinator
TCOLE ID Number 515940

RC 213



# Certificate of Completion

**OSS Academy®**

Certifies that

**Daniel Opdyke**

has successfully completed an online course of instruction in

**Surveillance Operations**

for

Course Credit(s) 1.00 Hour(s)

Saturday, November 7, 2020

David Lee Salmon II, Training Coordinator
TCOLE Number 513940

RC 214

# RANKIN COUNTY SHERIFF'S OFFICE FIELD TRAINING AND EVALUATION PROGRAM



**SHERIFF**
Bryan Bailey

**UNDERSHERIFF**
Raymond Duke

RC 215

# RANKIN COUNTY SHERIFF'S DEPARTMENT
## FIELD TRAINING GUIDELINES

The F.T.O. is your immediate supervisor. The P.O. will follow the directions and orders at all times during any law enforcement incident. The F.T.O. is responsible to make sure that the incident is handled properly. If the P. O. has any questions regarding the actions the F.T.O. has instructed the P.O. to take during a call to service, the P.O. must wait until the incident has been Completed to discuss the matter.

If at any time the P.O. and the F.T.O. disagree and the problem cannot be resolved, both will report to the shift supervisor. If the shift supervisor is not available, the F.T.O's. decision will stand until it can be taken up the chain of command.

It is the responsibility of the P.O. (at all times) to address any questions he or she may have about an incident with the F.T.O. and must show a positive attitude towards training. The F.T.O. will make sure that the P.O. is aware of his/her progress and whether or not it is satisfactory.

I (P.O.) understand that I must show a level of satisfactory efficiency to handle the day to day duties. This must be accomplished in order to complete the Field Training Program to the satisfaction of the Sheriff and the F.T.O.

_Cain underwood_

Probationary Officer

_11/14/19_

Date

I (F.T.O.) have explained the above guidelines to the P.O. assigned to training.

Field Training Officer

_12/23/19_

Date

RC 216

## SYNOPSIS AND OBJECTIVES

The purpose for the program is to ensure that the P.O. is trained in an efficient manner to ensure that he/she obtains the knowledge necessary to be an affective member of the Rankin County Sheriff's Department. The P.O. will also be issued a copy of the Standard Operation Procedures (S.O.P.). Though many topics of the S.O.P. will be discussed throughout the program, it is the P.O's. responsibility to look over and study the material in its entirety to gain a clear understanding of the proper procedures required by the Sheriff and this department.

The F.T.O. program consist of five (5) weeks of training and will be completed in a manner depending on scheduling and/or availability of any particular assignment. During the first two (2) weeks of the program, the F.T.O. will begin to introduce the P.O. to all aspects of the daily activities performed by a member of the Patrol Division. The topics of discussion will include, but not be limited to:

- Preparation for Duty
- Officer Safety
- Patrolling/Calls for Service
- Report Writing (PTS and Report Beam)
- Traffic Stops/Citations
- Motor Vehicle Accidents
- Interactions with the public
- Filing Affidavits
- Handling Prisoners/Jail Booking

Attached to this packet is a more in depth explanation of the topics that will be discussed. The P.O. will be exposed and trained on all aspects of these topics and evaluated on his/her performance prior to entering the next phase of training. Also attached is a checklist of topics that will be discussed with the P.O. and will be given hands on experience depending on the calls of service received. The F.T.O., along with the P.O. will initial each topic as it is discussed/observed if the F.T.O. feels he/she has a clear understanding of each topic.

RC 217

Once the P.O. has completed the first two (2) weeks riding with His/her F.T.O., followed by week three (3) being trained on the Dispatch and Criminal Investigation portion of the Program, the P.O. with enter the remaining two (2) weeks with his/her F.T.O.

Throughout the remainder of the program, the P.O. will be reviewed on his knowledge of all aspects of being a Deputy. At this point, the F.T.O. will have a better understanding of the P.O's progress and will further educate on any particular areas the P.O. may need additional training. This will be determined by the topics discussed and/or observed according to the F.T.O's checklist and to reeducate (if necessary) on any areas where performance needs further review by the F.T.O.

Once the F.T.O. feels that the P.O. has successfully completed the program in an effective and efficient manner, the F.T.O. will notify his immediate supervisor with the completed Field Training Packet advising that the P.O. is cleared and ready for solo patrol.

If, for any reason, the F.T.O. feels that the P.O. has not met the criteria required during the program and needs additional training, the F.T.O. will notify his immediate supervisor of the situation and wait for further instructions.

*I, _Cain Underwood_ (P.O.) have read the objectives and understand the goals needed to be met in order to complete the program.

_____                    _11/14/19_
Probationary Officer                                          Date

RC 218

**DISPATCH/C.I.D.**

Once the P.O. has completed the first two weeks of training, he/she will begin the third week spending one shift in Dispatch. This is to give the P.O. an understanding of how calls for service originate and are relayed to the proper division. It will also give the P.O. an opportunity to see the process from a different perspective as it will pertain to his/her duties a Deputy Sheriff. Upon completion of the P.O's time in Dispatch, he/she will spend the remainder of the week with a member of the Criminal Investigations Division.

During this portion of training, the assigned Detective will review with the P.O. on how the "Post Incident" process works. This will give the P.O. an understanding on how reports are reviewed and followed up with after an initial report has been written by the Deputy.

The Detective will also show the P.O. the location of the Mississippi State Crime Lab. This will give the P.O. the opportunity to know where it is located and how to properly submit any evidence to them. The P.O. will also be instructed on the Court process and filing of affidavits on various types of crimes from misdemeanor to felonies.

*The ultimate goal during this portion of training is to know what the Detectives need from a Deputy in order for them to proceed with the investigation so that they can follow up accordingly. This will also be discussed by the F.T.O. in the Report Writing portion of training.

Assigned Detective

12/31/19
Date

RC 219

**TOPICS OF DISCUSSION**

**PREPARATION FOR DUTY:**

**Attendance:**
(A) The P.O. is required to report to duty on time.

(B) If the P.O. becomes ill and unable to report to work, he/she must notify their immediate supervisor at the time he/she is aware they are unfit for duty.

**Uniforms:**
(A) The P.O. is responsible for making sure that his/her uniform is neat and acceptable to the standards of the Sheriff Department's SOP. The F.T.O. will explain this in detail.

**Appearance:**
(A) The P.O. is responsible for maintaining a properly groomed appearance as to that stated in the SOP. The F.T.O. will explain this in detail.

**Equipment:**
(A) The P.O. will be issued the proper equipment needed to perform daily patrol duties. The F.T.O. will assist the P.O. in obtaining such equipment deemed necessary to perform such duties.

(B) The P.O. will be issued citation books for traffic offenses. The F.T.O. will instruct him/her on how and where to obtain these.

(C) The P.O. will need to have a notebook to help in taking down information while on a call for service.

**Mailboxes, Time Sheets, Leave Requests**
(A) Mailboxes for the P.O. are located in the Patrol Room. The P.O. needs to check their mailbox regularly due to the Administration using this as a form of Inter office communication.

(B) Time sheets are placed in the P.O's. box by the Administration. The P.O. is responsible for filling out his/her time sheet weekly and placing it in the appropriate supervisor's box.

(C) Leave Request forms are located in the Patrol Office. The P.O. will be instructed by the F.T.O. on how to properly submit a request for leave.

**Off Duty Employment:**
(A) Off duty employment is allowed, however must be addressed with the P.O's. immediate supervisor and approved by the Administration.

**Vehicle Maintenance:**

6        Rankin County Sheriff's Department's Field Training Officer Program

RC 220

(A) All vehicle maintenance issues should be discussed with the P.O's supervisor so that they can assist in making an appointment with the shop. The F.T.O. will discuss this in detail.

## Vehicle and Portable Radio Usage:

(A) The F.T.O. will go over the proper 10 codes adopted by the Sheriff's Office that are used in routine patrol shifts, as well as proper alphabetical letters used by the Sheriff's Office.

(B) The F.T.O. will instruct the P.O. on how to relay a clear transmission to Dispatch so that both parties can communicate properly

## Chain of Command:

(A) The F.T.O. will explain to the P.O. the Chain of Command as ordered by the Sheriff.

**\*The previous topics have been discussed with the P.O. and he/she understands all aspects of each topic.**

_____    _____
F.T.O.                      P.O.

_____    _____
12-23-19                    12-23-19
Date                        Date

RC 221

## CALL TO SERVICE/PATROLLING/OFFICER
## SAFETY

**County Roads**

(A) The F.T.O. will help in familiarizing the P.O. with major roadways within the county.

(B) The P.O. will be asked to learn roadways in the county to assist them in responding to calls for service, as well as being able to communicate with dispatch on a specific location the P.O. may be needed.

(C) The F.T.O. will instruct the P.O. on how to use mapping software to aid in finding particular roadway.

**Responding to Various Calls to Service:**

(A) The F.T.O. will try and expose the P.O. to the most available calls to service throughout the duration of the Field Training Program. The F.T.O. will also use scenarios as a training tool so that a wide variety of topics can be discussed.

(B) Calls to service can consist of different offenses that have occurred such as Assaults, Domestic Violence, Sexual Assaults, Larcenies, Burglaries, Robberies, Narcotic Violations, Identity Theft, Fraud Cases, Trespassing, Vandalisms or any offense that violates state law or county ordinances.

**Receiving a call from Dispatch:**

(A) Dispatch will use your call sign (badge number) to address you personally on the radio if services are needed.

(B) The P.O. needs to respond to dispatch and be ready to respond to all types of calls to service.

**Communicating with Dispatch:**

(A) The P.O. needs to speak clearly into his/her radio and talk in a calm manner while transmitting information to dispatch.

(B) Communications need to be short and to the point between the P.O. and Dispatch.

(C) Dispatch needs to me made aware of the P.O's status when responding to calls. This is done through 10 codes (10-23) on scene, (10-24) assignment complete, (10-8) in service etc ...

(D) After being on scene, the P.O. needs to be aware of radio traffic from dispatch so that Officer Safety is assured. Dispatch will check on the wellbeing of the P.O. while he/she is on scene by asking if they are (10-2) good. It is important for the P.O. to respond and state whether they are okay (10-2) or if he/she needs assistance. No response from the P.O. will lead dispatch to believe that Officer Safety is at risk and they will take appropriate action.

**Receiving Calls on the Mobile CAD System:**

(A) Dispatch also uses the Mobile CAD System to dispatch call for service.

RC 222

(B) The P.O. will be shown by the F.T.O. how to use the system on the in car computer. The mobile system is a way to communicate with dispatch by using the computer,

**Handling Calls to Service:**
(A) The P.O. will be given the responsibility that every call to service is conducted in a safe manner. If the F.T.O feels that the P.O. is not conducting the call to service properly or safely, the F.T.O. will assist in controlling the scene.

(B) The P.O. will have the responsibility of taking down important information so that it can be recorded in a report if necessary.

(C) Information related to a person's involvement that will need to be collected:
(1) Complainant- Name, Date of Birth, Social Security Number and/or Driver's License Number, Address and any phone numbers that can be provided.
(2) Suspect- same as complainant if available, physical description and anything that could be helpful in identifying said person.
(3) Victim and any other parties- same as complainant. Name, Date of Birth, phone numbers etc ...

(D) Information related to property;
(1) Property is anything that has been stolen, damaged, lost, seized, found or has any relation to the incident. Some examples are vehicles, personal belongings, currency, narcotics, electronic equipment or anything that a person can physically possess.

(2) The P.O. has the responsibility to collect all descriptive information about said property. This will include such things as identifying numbers, size, color, value or anything else that might help in identifying such items.

(E) Handling Victims:
(1) The P.O. will be exposed to several different types of victims while handling calls to service.

(2) When a victim has been involved in a case of a Felony involving a threat or physical injury, all sexual offenses, any case involving spousal abuse or domestic violence and Burglary of a Dwelling House, they must be issued a Victims Rights Packet within 72 hours of starting the investigation.

(F) Arrests made during a call to service:
(1) The P.O. will be exposed to several different incidents while in training. The P.O. will be required to show that he/she has the knowledge to determine if an arrest is warranted in the cases presented to the P.O.

(2) Once the P.O. has made the decision to a arrest a violator, he/she must show that he/she has the knowledge in maintaining officer safety until the prisoner is out of his/her custody.

(3) The F.T.O. will be monitoring the P.O. during this process and making sure that Officer Safety is not compromised.

(4) The P.O. will show that he/she can perform proper handcuffing, subject control and search of a person for weapons and/or other illegal substances.

(G) Transporting and Booking process:
  (1) The P.O. will be asked to transport subjects to the Jail after an arrest has been made.

  (2) The P.O. will be instructed by the F.T.O. on how to document the transportation process.

  (3) The P.O. must make sure to call in his/her beginning mileage and ending mileage when arriving at the Jail.

  (4) The P.O. should also utilize the in Gar video/audio to document the transportation process.

  (5) When arriving at the Jail, the F.T.O. will instruct the P.O. on how to make contact with the Jail so that they are aware of his/her arrival through the intercom system located just outside the roll up doors.

  (6) The P.O. will be shown the proper paperwork iii the Jail that needs to be completed so that the Booking Officer can process the prisoner.

  (7) The P.O. will be instructed that he/she is responsible for control of such prisoner until custody of said prisoner is turned over to Jail staff.

(H) Completion of a call to service:
  (1) When completing a call to service that will require a written documentation of the .P.O's involvement, the P.O. should supply the complainant or victim in the case with an Incident Number (also referred to as a Case Number). This number will help the parties involved communicate with the department at a later date.

  (2) Dispatch can advise this number, or it can be found on the Mobile Dispatch screen on the in car computer.

  (3) When the P.O. calls back into service, he/she needs to communicate with dispatch in relation to the disposition of the call and whether any such extra patrols need to be conducted in the area.

**Officer Safety:**

(A) Observation
  (1) The F.T.O. will explain to the P.O. on how being aware of your surroundings at all times will help in promoting the P.O. safety, as well as fellow Deputies.

RC 224

(2) Always be in control of any scene. The F.T.O. will explain that, by keeping an orderly scene on a call for service, will promote safety for all.

(B) Subject Control:
(1) During the Training Program, the P.O. will have to deal with a variety of subjects. The F.T.O. will observe on how the P.O. reacts to different subjects and if there is room for improvement. The F.T.O. will discuss on proper ways to deal with each subject.

(2) The P.O. will be instructed to always control all subjects on a scene so that Officer safety is not compromised. If the F.T.O. sees that Officer Safety is in jeopardy, the F.T.O. will immediately take action and after the call to service is complete, the P.O. and the F.T.O. will discuss the matter.

(C) Handcuffing and Searching a Person:
(1) The F.T.O. will instruct the P.O. on how to properly handcuff a subject under arrest by using a demonstration with a volunteer. This is done so that, during a call to service, Officer Safety is not put at risk and proper technique is used.

(2) The F.T.O. will also demonstrate how to perform searches on both male' and female subjects with a volunteer. The F.T.O. will explain this and the reason on how it promotes Officer Safety and the ability to discover crimes being committed.

**\* The previous topics have been discussed with the P.O. and he/she understands all aspects of each topic.**

F.T.O.

Date  12-23-19

P.O.

Date  11/14/19

RC 225

# REPORT WRITING/DOCUMENTATION OF
# INCIDENTS & FILING AFFIDAVITS

(1) The P.O. will be required to learn how to properly use the incident computer program (PTS).

(2) The F.T.O. will demonstrate the proper procedures of how to effectively use the incident computer system (PTS).

(3) The F.T.O. will help the P.O. in this process to make sure that all required fields are complete within the report.

(4) The P.O. will be required to show that he/she has an understanding of how the report writing system works and be able to complete a report using the system.

(5) When the P.O. has made an arrest, he/she must make sure that all appropriate affidavits are made available for court personnel. The F.T.O. will explain this process in detail.

(6) The P.O. will be instructed by the F.T.O. on how to file both misdemeanor and felony charges with the courts.

(7) The F.T.O. will discuss with the P.O. that, if a complainant/victim wishes to pursue charges against someone for a misdemeanor crime, that they should be referred to Justice Court to do so.

(8) The P.O. will be required to learn how to properly complete a Domestic Violence Report on the Report Beam computer system. The F.T.O. will discuss the material needed to complete such report, as well as the issuing of Victims Right's Packets.

(9) The F.T.O. will also discuss with the P.O. the matter of placing Extra Patrols in areas and the proper procedures in doing so.

**The previous topics have been discussed with the P.O. and he/she understands all aspects of each topic.**

_____    _____
F.T.O.                            P.O.

12-23-19                          11/14/19
_____    _____
Date                             Date

RC 226

## MOTOR VEIDCLE ACCIDENT INVESTIGATION
## REPORTBEAM COMPUTER PROGRAM

(A) Responding to motor vehicle accidents and documenting evidence.

(1) The P.O. will be exposed to motor vehicle collisions and required to collect information from all parties involved.

(2) The F.T.O. will instruct the P.O. on what information is needed so that a report can be completed ill the Report Beam System.

(3) The F.T.O. will describe different accident scene scenarios and ask the P.O. to describe in detail how the situation should be handled.

(4) While investigating an accident scene, the F.T.O. will help in pointing out evidence left behind due to the collision so that the P.O. can document the series of events that caused the accident.

(5) The F.T.O. will also demonstrate and give examples on how to secure an accident scene as well as maintaining traffic flow while conducting the accident scene investigation.

(B) Report Beam Computer Program

(1) The Report Beam Computer Program is used in reporting Motor Vehicle Collision and Domestic Violence cases with the State of Mississippi.

(2) The F.T.O. will instruct the P.O. on how to properly use the computer program and the proper way to complete a motor vehicle accident report.

(3) The P.O. must show that he/she can use the program and input data into the required fields so that a proper report is completed.

The previous topics have been discussed with the P.O. and he/she understands all aspects of each topic.

_____
**F.T.O.**

**P.O.** _____

**Date** 12-23-19

**Date** 11/14/19

RC 227

# TRAFFIC STOPS

(A) Stop and approach of vehicles.

(1) The P.O. will be required to show that he/she has an understanding of how to conduct a traffic stop using his/her emergency lights and siren. The F.T.O. will discuss with the P.O. on the proper way to position his/her patrol vehicle during the stop, along with various ways to approach the vehicle depending on the circumstances.

(2) The P.O. must also be able to demonstrate that he/she can approach a vehicle, make contact with the violator and return to his/her patrol vehicle without putting Officer Safety at risk. The F.T.O. will discuss with the P.O. on proper body placement while speaking with the violator and the proper way to interact with the driver and/or passengers during the traffic stop.

(3) The F.T.O. will observe the P.O. as he goes through all aspects of a stop and approach. If the F.T.O. sees a problem that does not threaten safety, he will address the matter upon completion of the traffic stop. If safety becomes a factor, the F.T.O. will step in and control the situation.

(B) Issuing a Traffic Citation

(1) The F.T.O. will instruct the P.O. on how to properly fill out a traffic citation.

(2) The F.T.O. will instruct the P.O. on how to issue a citation to a violator and explain to them the proper steps on how to address the citation with the courts.

(3) The F.T.O. will show the P.O. the proper procedure of how to file a traffic citation with the courts.

* The previous topics have been discussed with the P.O. and he/she understands all aspects of each topic.

| | |
|---|---|
| **F.T.O.** | **P.O.** |
| 12-23-19 | 12-23-19 |
| **Date** | **Date** |

RC 228

# FIELD TRAINING PROGRAM CHECKLIST

| Topic | Date | F.T.O. | P.O. |
|---|---|---|---|

**1. PROFESIONALISM**  12/23/19  CU
Attends/shows up on time, in proper uniform, properly
groomed and properly equipped.

**2. RADIO COMMUNICATIONS**  12/23/19  CU
Use of each channel, 10 codes, awareness of calls
assigned to others, acknowledging calls, clearing calls, call out specific location, report hazardous
situations, proper use of radio and voice level.

**3. MAP COUNTY AWARENESS**  12/23/19  CU
Finding streets, county roads, major highways, subdivisions, businesses and hospitals.

**4. RESPONDING TO CALLS**  12/23/19  CU
Proper response to call, emergency traffic, officer in
trouble, routine response, coordinating back up units, determine actual nature of call, when to notify a
supervisor, when to call for back up and clearing the call.

**5. TRAFFIC ENFORCEMENT**  12/23/19  CU
Officer discretion, Rules of the Road, recognizes violations, selection of stop location, calling out on a
traffic stop, positioning of patrol unit, demeanor with violator, body position, awareness of violator's
actions, advising violator of offense/reason for stop, doesn't argue or lecture, answers questions, legibly
completes citation(s), voiding citations, signing citations, signing affidavits, abandoned vehicles, towing
vehicles (arrest, stolen/recovered, traffic hazard)

**6. PUBLIC SERVICE**  12/23/19  CU
Residential patrol, business checks, house watches, extra patrol of business/residence, funeral escorts,
emergency escorts, delivering emergency messages and welfare checks.

**7. GENERAL INVESTIGATIONS**  12-30-19  CB  CU
Protection and preservation of crime scene, interviewing witnesses/complainant/suspect, vehicle
description, transmitting BOLO, lifting fingerprints, search of scene for evidence, property/evidence tags,
check of property to determine if stolen, checking call history of an address of any prior incidents.

**8. MAKING AN ARREST**  12-30-19  CB  CU
Determine class of offense, advising suspect of reason for arrest, Miranda warning (if necessary), personal
safety of prisoners, prisoner's property, Department's Use of Force Policy, search and seizure policy, officer
safety, proper handcuffing/double lock, prisoner safety in patrol vehicle, searching back seat after transport,
prisoner vehicle (towing/left at scene), inventory/search of vehicle, placing hold on or seizing vehicle,
prisoner requiring medical attention.

**9. COURT ATTENDANCE**  12/23/19  CU
Appropriate attire/punctuality, preparation for court, bringing physical evidence (if any) and copy of report,
testimony (know details/facts), maintain professionalism.

**10. PURSUITS**  12-30-19  CB  CU
Determine when to initiate, consider capabilities of unit, consider seriousness of crime, conditions of
roads/weather, notify dispatch, terminating pursuit, use of radio/common law, methods not to be used to
stop vehicles, Department pursuit policy.

RC 229

**11. ROUTINE PATROL**    $12/25/19$    CU
    Disturbance calls (civil, criminal, rights of parties, arrest needed), public intoxication, field interrogations (10-82 person, juveniles, vehicles), prowler calls and alarm calls (response, arrival and searching).

**12. TRAFFIC ACCIDENTS**    $12/22/19$    CU
    Positioning of patrol unit, determine injuries, determine if additional units are needed, restore flow of traffic when possible, interview parties involved/witnesses, hospital follow up (if necessary), complete report (charges/citations if needed), private property accidents, leaving the scene of an accident, accidents involving pedestrians and accidents involving county/city vehicles.

**13. D.U.I. INVESTIGATIONS**    12-30-19    CU
    Determine if suspect is under the influence (field sobriety, PBT, blood test), observation period, intoxilyzer machine (Intoxilyzer 8000), D.U.I. statutory warning, D.U.I. refusal forms, Intoxilyzer print out forms post test, completing a D.U.I. report, DWLS and open container violations.

**14. FILING CHARGES**    12-30-19    CU
    Completing misdemeanor affidavits, procedures on felony affidavits, reviewing with supervisor or investigator if necessary and advising complainants/victims where to go (Justice Court) to file charges on misdemeanor crimes such as trespassing harassment etc .....

**15. BURGLARY AND THEFT**    12-30-19    CU
    Alarms (response and checking), open door/window (back up, securing and searching), contact key holder, burglary of business or residence (preserve scene/notify investigator), description and value of property, theft cases (misdemeanor or felony), vehicle burglaries, vandalism cases (misdemeanor or felony) robbery (response, arrival and safety) and bank robbery procedures.

**16. SUICIDE, ASSAULT CASES**    12-30-19    CU
    Carrying a concealed weapon, sexual assault (determine nature, call investigator, rape kits, assist with victims' rights), assault cases (simple, aggravated, domestic violence, disturbance of family, stalking, 24 warrantless arrest, principle aggressor, Victims Right's Packet), suicide/attempted suicide (evidence, suicide notes), shooting/stabbing (response, supervisor, preserve scene, medical attention), deceased/natural causes (notify investigator, EMS, Medical Examiner), victim/family assistance.

**17. JUVENILE CASES**    $12/23/19$    CU
    Determine offense (if any), notify Juvenile Investigator and parents, runaway/missing juveniles, N.C.I.C., contacting Judge, transporting juveniles, confidentiality of juvenile's name.

**18. NARCOTICS CASES**    12-30-19    CU
    Determine type of drug, amount of drug; paraphernalia, proper packaging and tagging of evidence, location of evidence vault/locker, if a controlled substance (which type and if misdemeanor or felony) and affidavits.

**19. SHOPLIFTING CASES**    12-30-19    CU
    Disposition of property taken, value of property taken which will determine the degree of offense (misdemeanor or felony), affidavit by complainant (will business prosecute?), if not on scene (description of subject), in store video footage.

**20. MENTALLY ILL PERSONS**    12-30-19    CU
    Officer Safety, attempt to determine what form off illness, medical attention and transport.

**21. OFFENSE/ACCIDENT REPORT WRITING**    CU
    Listing all parties and property properly in the correct section, narrative writing, proper grammar and punctuation, detailed and thorough with important information in narrative. Report Beam Accident Report-filling in all the required fields with the proper information, diagram drawing, narrative writing.

RC 230

# Rankin County Sheriff's Office

Weekly Time Sheet
(Example sheet only)

DEPT: _____A_____    FROM: _____B_____    TO: _____C_____

Name: _____D_____    Badge# _____E_____

For a complete explanation of each field, see the description on the back of this form that coincides with the red character in each field

| DAY | Shift Hours | | Meal | Total Hours Worked | Leave Hours Used | | | |
|-----|-------|-----|------|------|---------|----------|------|----------|
|     | Begin | End |      |      | Holiday | Vacation | Sick | Military |
| SUN F | G | H | I | J | K | L | M | N |
| MON |   |   |   |   |   |   |   |   |
| TUE |   |   |   |   |   |   |   |   |
| WED |   |   |   |   |   |   |   |   |
| THU |   |   |   |   |   |   |   |   |
| FRI |   |   |   |   |   |   |   |   |
| SAT |   |   |   |   |   |   |   |   |
| Totals |   |   | O | P | Q | R | S | T |

*The first day of sick leave is always counted as personal leave.*     *Do not claim half hours. You should round to the nearest full hour.*

Signed _____U_____

Approved _____V_____

Explanation _____W_____

_____

_____

_____

RC 231

**Example Sheet Explanations**

A. **Department-** This is filled out by the Sheriff's Administrative assistant in most cases. If not, then this is the Department in which you are *assigned* to. (i.e., Patrol, Communications, investigations)

B. **From-** This is the start date of the pay period. This will always be on a Sunday.

C. **To-** This is the ending date of the pay period. This will always be on a Saturday.

D. **Name-** Print your full legal name as it is listed on all your new hire paperwork.

E. **Bade-** Your assigned badge number given to you by the Sheriff's Administrative Assistant.

F. **Date-** This is the date for the particular row.

G. **Begin-** Time you actually start work or go "10-8."

H. **End-** Time you are relieved of duty for the day or go "10-7."

I. **Meal-** Your total time spent off the clock, away from your work station for lunch or breaks.

J. **Total Hours Worked-** Put the total number of hours worked for this date (section F) in this section. *Do not claim Half or partial hours. You should round to the nearest full hour.*

K. **Holiday-** You are paid for all holidays. If you are scheduled for duty on a holiday, you will be paid for the hours you work and Holiday pay. If your Schedule is 8 hours then you will put "8" in this blank. If your Schedule is 12 hours, then put "12" in this blank. Fulltime employees should always have something in this blank on a Holiday. If you are not scheduled to work on a holiday, then put the number of hours in which you are normally scheduled to work in this blank even if you are not on duty. If you are scheduled to work on a holiday but take off, then simply put the number of hours that you are scheduled to work in the holiday blank. You should not use personal or sick leave on a holiday if you are off. You will simply claim the holiday pay. For questions concerning holiday pay and leave, see County handbook section IX-B-1 (Page 16)

L. **Vacation-** Put the total number of personal/vacation hours used if you take off for this particular date. For questions about leave time, notice of leave and leave earned, see County Handbook section IX-C-1 through 8 (Page 17)

M. **Sick-** Put the total number of Sick/leave hours used if you take off for this particular date. Note that the first day of a sick day should be counted as personal leave per County handbook section IX-D-1. (Page 18)

N. **Military Leave-** Put the total number of Military leave hours used in this section. (Not to exceed 15 days per calendar year) for questions concerning Military leave see County handbook section IX-F. (Page 22)

O. **Meal Total-** Total number of hours not paid for meal time for the pay period.

P. **Total Hours Worked-** Total number of hours WORKED for this pay period.

Q. **Total Holiday-** Total number of holiday hours for this pay period.

R. **Total Vacation-** Total number of Vacation/Personal leave hours used during this pay period.

S. **Total Sick-** Total number of sick/Medical leave hours used during this pay period.

T. **Total military-** Total number of Military hours used during this pay period.

U. **Signed-** You must sign every time sheet submitted after verifying that it is true and correct.

V. **Approved-** The immediate Supervisor for the Employee listed in section "D" should verify, approve and sign each time sheet prior to submitting it.

W. **Explanation-** List explanations for any over time as well as any unusual changes in your time in this section. (i.e. Holidays, FMLA, etc.)

RC 232

# House watch/Extra Patrol Procedure

Dispatch
- ✓ Call will come in by radio or phone.
- ✓ A new case number will be created for House watch or XP
- ✓ Put exactly what we are extra patrolling for in the notes.
- ✓ Attach the officer to the call and then complete the call and close it out.

Officer Requesting Extra Patrol
- ✓ Request an extra patrol case number
- ✓ Import case number
- ✓ Complete information report explaining why and how long to extra patrol
- · *Per Chief Thompson, if you request it, you are ultimately responsible for patrolling it*

Patrolling Officers
- ✓ At the incident screen, look for all case numbers with XP or HW
- ✓ When you check this location log the CASE NUMBER out 10-2 with dispatch.

Look for XP / HP



<u>Patrolling Officers</u>
- ✓ At the incident screen, look for all case numbers with XP or HW
- ✓ When you check this location log the CASE NUMBER out 10-2 with dispatch.
- ✓ Unless advised otherwise, all XP's should be effective for a 2 week period then expire

If you have a burglary or other type of call that **ALREADY** has a case number that you are **ALREADY writing a report** for and the complainant request an Extra Patrol, **ask them to call dispatch** and we can set it up. If not, you can request an additional XP / HW case number and follow the steps above.

I, Deputy _____Cain underwood_____, (P.O.) have completed the required training to help me understand how to perform my duties correctly as a Deputy Sheriff of Rankin County. I understand that, during my duties, I may be faced with calls to service that may not have been specifically addressed during training. If I don't know how to handle a certain call to service, I must consult with my immediate supervisor at the time in order for the call to service to be handled properly. I understand that I must always keep the safety of myself, and those around me as the most important priority in every case.

_____          _____11/14/19_____
Probationary Officer/Deputy                                              Date

I, _____Cody Black_____ (F.T.O.) has supplied the above mentioned P.O. with all experience available, as to give the P.O. as much hands on training as possible in the time period allowed for training. I have instructed the P.O. to always consult with a supervisor if, for any reason, the P.O. is unsure of how to handle any such incident.

_____ RSY          _____12-30-19_____
Field Training Officer                                              Date

BOOK 189 PAGE 244

# RANKIN COUNTY SHERIFF'S DEPARTMENT

## BRANDON, MS

## OATH OF OFFICE

I, <u>Daniel Opdyke</u> do solemnly swear (or affirm) that I will faithfully support the Constitution of the United States and the Constitution of the State of Mississippi, and obey the laws thereof; that I am not disqualified from holding the office of Deputy Sheriff, that I will faithfully discharge the duties of the office upon which I am about to enter. So help me God.

Daniel Opdyke

Deputy Sheriff

SWORN TO AND SUBSCRIBED BEFORE ME THIS, THE _6th_ DAY OF,
_February_, 2020.

Kent McDaniel

Kent McDaniel

County Court Judge

STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify.
REBECCA N. BOYD, CIRCUIT CLERK
BY



RC 236



MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
OFFICE OF THE BOARDS ON LAW ENFORCEMENT OFFICER
EMERGENCY TELECOMMUNICATIONS & JAIL OFFICER

**COPY**

# STANDARDS & TRAINING

## FULL-TIME LAW ENFORCEMENT APPLICATION FOR CERTIFICATION - PART I

### READ THE INSTRUCTIONS ON PAGE 2

In accordance with the Law Enforcement Officers Training Program (LEOTP) MCA § 45-6-1 et al. Warning: MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a board. This statute authorizes a fine of up to $10,000.00 and a jail sentence of up to 5 years. Further, the LEOTP authorizes the BLEOST in § 45-6-11-(6) to cancel and recall any certificate obtained through misrepresentation or fraud.

1. Name: _Daniel Ready Opdyke_
   Give Full Name - First Middle Last

2. SSN: _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_

3. Date of Hire: _7/11/19_   4. Date of Birth: _12/01/1995_   5. Title/Rank: _Shift Supervisor_

6. Department: _Rankin S.O_   7. Telephone: _601-825-1480_

8. Dept.'s Address: _221 N. Timber Street_   _Brandon MS   39042_
   Post Office Box or Street   City & Zip Code

9. Has the applicant ever been certified under the LEOTP? No (X) Yes ( )   10. Certificate No. _____

11. Education, Years Completed _4_ High School Diploma _✓_ or GED ____, Degree(s) _____
    Number of

12. **EMPLOYMENT RECORD**   List all employment. Begin with your most previous employment and work back. Use an additional 8.5 x 11 sheet of paper if necessary.

| Agency/Department | Position | City/State | | Month | Day | Year |
|---|---|---|---|---|---|---|
| Rankin County Jail | Shift Supervisor | Brandon, MS | From: | 07 | 11 | 2017 |
| | | | To: | Current | | |
| Southern Beverage | Truck Helper | Richland, MS | From: | 05 | | 2016 |
| | | | To: | 05 | | 2017 |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

13. **TRAINING RECORD** List all completed law enforcement training consisting of eighty (80) hours or more. Include copies of certificates of completion. Use an additional 8.5 x 11 sheet of paper if necessary.

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

H:\public\BLEOST\format\2001\2\leost app & oi full-time form (copjie).wpd

RC 237

## PART II - APPLICANT'S BACKGROUND INVESTIGATION REVIEW

*Warning: MCA § 97-7-10 "Fraudulent Statements and Representations" provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to $10,000 and a jail sentence of up to 5 years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.*

A "yes" answer to any of these questions does not automatically bar anyone from obtaining certification. Any of the following questions that are answered "yes" must be explained to the Board. The explanation must be typed or printed in ink on a separate eight and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents. All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. All traffic offenses involving drugs or alcohol must be reported regardless of the fine. Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: probation, fines, restitution, or community service.

Circle One

1. Have you ever been a defendant in a court martial, Article 15, Captain's Mast or other nonjudicial punishment? — Yes (No)

2. Has a judgement ever been issued against you? — Yes (No)

3. Have you ever declared bankruptcy? — Yes (No)

4. Have you ever been arrested or charged with a crime? — Yes (No)

5. Have you ever received any alternatives to sentencing such as probation before judgement, pretrial diversion, non-adjudication of guilt or have you ever had an expungement? — Yes (No)

6. Have you ever been found guilty or pled guilty or no contest to a crime? — Yes (No)

7. Have you ever been refused a surety bond or turned down for employment that required a surety bond? — Yes (No)

8. Have you ever been involuntarily terminated from employment or have you resigned to prevent immediate termination either while there was an ongoing investigation into your activities or at the conclusion of any such investigation? — Yes (No)

9. Have you ever been addicted to or hospitalized for the use of alcohol or drugs? — Yes (No)

10. Have you ever had a certificate, license or privilege removed, revoked, suspended, or voluntarily relinquished the same under state, federal or other laws? — Yes (No)

I, the undersigned, do hereby swear and affirm that I am a citizen of the United States, by birth or naturalization, that I have never been convicted of a felony or a misdemeanor involving moral turpitude, that I have a valid high school diploma or its equivalent, that my discharge (if any) from the Armed Forces was under honorable conditions, that I am of good moral character, that I have provided my employer with a full explanation (without any omissions) of each and every "yes" answer to the above questions, one (1) through ten (10) of Part II of the "Application for Certification" form, and that these explanations (if any) are attached to this form, that I am at least twenty-one (21) years old, that I have read and do hereby confirm that all of the information contained in this application is correct, and that all other information I furnish in conjunction with my application is true and correct.

Witness my signature this, the 22 day of July, 20 19.

_____    Daniel Opdyke
Applicant's Signature         Print Applicant's Name

## NOTARY PUBLIC

I, the undersigned authority in and for **Rankin County, MS** County and State, do hereby attest that the above individual did personally appear before me, Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part II of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part II of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal, the 22 day of July, 20 19.

Notary Public **Kristi P. Shanks**

*Commission Expires*
*March 27, 2020*
*RANKIN COUNTY*

RC 238

**From:** Alyssa Bills <ARBILLS@FBI.GOV>
**Sent:** Friday, May 20, 2022 10:51 AM
**To:** Anthony Dimartino <adimartino@rankincounty.org>; Paul Holley <pholley@rankincounty.org>; Adam Whittington <awhittington@rankincounty.org>; Hunter Elward <helward@rankincounty.org>; Jonathan Sanford <jsanford@rankincounty.org>; Tony Shack <tshack@rankincounty.org>; Steve Godfrey <sgodfrey@rankincounty.org>; Christian Dedmon <cdedmon@rankincounty.org>; Ronnie Decell <rdecell@rankincounty.org>; James Prince <jprince@rankincounty.org>; Cain Underwood <cunderwood@rankincounty.org>; Jeffrey Middleton <jmiddleton@rankincounty.org>; Stefan Williams <swilliams@rankincounty.org>; Luke Stickman <lstickman@rankincounty.org>; Jesse Zetterholm <jzetterholm@rankincounty.org>; Hunter Brown <hbrown@rankincounty.org>; Jeremiah Jordan <jejordan@rankincounty.org>; Daniel Opdyke <dopdyke@rankincounty.org>; David Hicks <dhicks@rankincounty.org>; Crystal Bender Sims <CBENDERSIMS@FBI.GOV>
**Subject:** [Possible scam] Numbers Needed & Update Provided!

*******************************************************************************************************************

**An important message from your IT department regarding this email:**

This email contains a keyword or phrase that indicates it may be malicious or a phishing attempt. Please remember to take care when sharing information to anyone and never share your account information.
*******************************************************************************************************************

Hi Rankin guys!!

Some of you may remember but I am Alyssa Bills with the FBI Office in Jackson. I have done & am continuing to handle most of the admin and paperwork side of things for y'all to be on our squad!

I am emailing to request that each of you send me the BEST contact number for you.
I have numbers for some of you, but I want to make sure I have the best means of contact - I am going to put a list out to the agents and the other TFO's on the squad with your name and number, so they can start utilizing you guys when doing anything related to drug cases, and hopefully soon, all cases!

Just to provide an update for those wondering -
all 19 of you are now title 21 deputized (drug matters only), & all have passed our limited background investigation and you have full escorted access to our buildings, whenever you may need to come in, or want to!
I put in all of your applications for your title 18 deputations through the Marshall's and unfortunately, like I thought, they found little details to pick over and sent them all back. Thankfully Paul & AJ came to the rescue to help me and did a great job getting me what I needed!! I'm currently working on redoing other aspects of the application on my end, but they all should be done and submitted by no later than Monday! It'll just be a waiting game after that.

When sending me your numbers, you can reply just to me in this email or text my work phone (listed below), if that is more convenient for you!

Please feel free to shoot me an email, a text, or give me a phone call if you ever have any questions or need anything at all from us!

Thank you for your patience and understanding, I know waiting around is never fun.

RC 239

You guys have a safe weekend!

**Alyssa Bills**
**Operational Support Technician**
*Squad 3 - Violent Crimes, Safe Streets, Crimes Against Children, Indian Country*
**Alternate Evidence Technician**
**601-713-7614 (desk)**
**769-567-5179 (work cell)**

RC 240

**From:** Alyssa Bills <ARBILLS@FBI.GOV>
**Sent:** Monday, August 22, 2022 3:30 PM
**To:** Jesse Zetterholm <jzetterholm@rankincounty.org>; Jonathan Sanford <jsanford@rankincounty.org>; Tony Shack <tshack@rankincounty.org>; Luke Stickman <lstickman@rankincounty.org>; Cain Underwood <cunderwood@rankincounty.org>; Adam Whittington <awhittington@rankincounty.org>; Stefan Williams <swilliams@rankincounty.org>; Ronnie Decell <rdecell@rankincounty.org>; Christian Dedmon <cdedmon@rankincounty.org>; Hunter Elward <helward@rankincounty.org>; Hunter Brown <hbrown@rankincounty.org>; Steve Godfrey <sgodfrey@rankincounty.org>; David Hicks <dhicks@rankincounty.org>; Paul Holley <pholley@rankincounty.org>; Jeremiah Jordan <jejordan@rankincounty.org>; Jeffrey Middleton <jmiddleton@rankincounty.org>; James Prince <jprince@rankincounty.org>; Daniel Opdyke <dopdyke@rankincounty.org>; Anthony Dimartino <adimartino@rankincounty.org>
**Cc:** Crystal Bender Sims <CBENDERSIMS@FBI.GOV>; Linda Pilgrim <lpilgrim@fbi.gov>; Stephanie Campbell <sdcampbell@fbi.gov>
**Subject:** Title 18 Deputation!

Hey Rankin Guys!

So good news!!
The Marshall's are ready to get you guys deputized!!

Please see below for 2 appointments this week - listed with the names under each appointment..
Also, PLEASE respond to me & let me know if you can or cannot make it. If you cannot, we will need to try to schedule you next week for a makeup deputation. It is very important you respond to me with an answer, though.

Wednesday, August 24th at 10am

- Sanford
- Shack
- Stickman
- Underwood
- Whittington
- Williams
- Zetterholm

Thursday, August 25th at 10am

- Brown
- Decell
- Dedmon
- Elward
- Godfrey
- Hicks
- Holley
- Jordan
- Middleton
- Prince

RC 241

× DiMartino & Opdyke - y'all's application has been approved, it's just lagging but should be to the local Marshall's by this week, no later than next so y'all should be good too - and won't be too far behind!

Let me know if y'all have any questions, & I'll be at both appointments this week to take paperwork & make sure everything is in order!
And please remember to respond!!

Thank you,
Alyssa Bills

RC 242

Tuesday, November 5, 2019

# DEPARTMENT OF PUBLIC SAFETY

Mississippi Law Enforcement Officers Training Academy

Academic Worksheet For:    Daniel R. Opdyke
2056 Centre Pointe Drive
Rankin County So                     Brandon        MS    39042

08/19/2019 thru 11/07/2019    basic    #262    Basic Law Enforcement Class #262

| Exam | Grade/Earned | Cumulative | Required | Average | | | |
|------|-------------|------------|----------|---------|---|---|---|
| 1 ==> | 94.00 | 94.00 | 70 | 94.00 | Academic Average | 95.75 | **Passed** |
| 2 ==> | 100.00 | 194.00 | 140 | 47.00 | Firearm Average | 96.00 | **Passed** |
| 3 ==> | 80.00 | 274.00 | 210 | 91.33 | Physical Average | 79.50 | **Passed** |
| 4 ==> | 98.00 | 372.00 | 280 | 93.00 | | | |
| 5 ==> | 98.00 | 470.00 | 350 | 94.00 | Total Score | 91.75 | Passed |
| 6 ==> | 98.00 | 568.00 | 420 | 94.67 | | | |
| 7 ==> | 96.00 | 664.00 | 490 | 94.86 | Skill Certifications | | |
| 8 ==> | 102.00 | 766.00 | 560 | 95.75 | | | |

Class ranking is 15   out of  42

Skill Certifications

|  |  |  |
|--|--|--|
| Firearms | E | M - Marksman |
| | | S - Sharpshooter |
| | | E - Expert |
| Defensive Tactics | C | |
| Defensive Driving | C | C - Certified |
| Radar | C | U - Uncertified |
| ASP Baton | C | P - Previous |
| First Aid | C | |
| C.P.R. | C | |
| Intoxilizer | C | |