(home.aspx) 

# Rankin County Sheriff's Office Manager

| Search |
| --- |

All    Administrative    Constitutional Criminal Law and Procedure

Corrections    First Line Supervisor    General Patrol    IADLEST Approved

Investigations    Leadership    School Safety    Telecommunications

## All Training

### Strategic Planning



David Kurz
Chief of Police
Durham, New Hampshire
2.0 Credit Hours

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

### Field Training Programs: Utilizing the Daily Observation Report



Steven Kellams
Lieutenant
2.0 Credit Hours

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

### Field Training Programs: An Introduction

EXHIBIT 9



Steven Kellams
Lieutenant
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Field Training Programs: Correcting Poor Performance



Steven Kellams
Lieutenant
Bend Police Department
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Practical Kinesic Interviewing Part 1



Stan Walters
CSP
Lamesa Police Department
4.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Practical Kinesic Interviewing Part 2



Stan Walters
Stan Walters
4.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Officer Involved Domestic Violence

RC 1998



Rod Reder
Retired Captain, Founder and Owner
Reder Investigations and Security Counseling
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

## AMBER and Silver Alert Initiatives



Gus Paidousis
Chief of Security
Knox County Schools, Knoxville, TN
2.0 Credit Hours

▶ Preview                                    ⓘ Description

Enroll

## Personal Cell and Area Searches



Cheryl Price
Warden
William E. Donaldson Correctional Facility
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

## Professionalism and Ethics



Fred Campbell
Owner and Founder
CRIMINALaddiction Inc.
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

## Segregation (Inmates)

RC 1999



Cheryl Price
Warden
William E. Donaldson Correctional Facility
1.0 Credit Hour

▶ Preview                                           ⓘ Description

Enroll

### Fingerprint Identification & Preservation Methods



John Williams & Kerri McClary
Training Coordinator
3.0 Credit Hours

▶ Preview                                           ⓘ Description

Enroll

### The Root of Violence Part II: The External Threat and Predicting Terrorist Attacks



Col Dave Grossman
Ret. US Army & Director of the Warrior Group
2.0 Credit Hours

▶ Preview                                           ⓘ Description

Enroll

### The Root of Violence Part III: School Violence Prevention & Management Tactics

Col Dave Grossman
Ret. US Army & Director of the Warrior Group
2.0 Credit Hours

▶ Preview                                           ⓘ Description

Enroll

### The Root of Violence Part 1

RC 2000



Col Dave Grossman
2.0 Credit Hours

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

## CCLP – 6th Amendment



Marvin Zalman
Professor of Criminal Justice
Wayne State University
1.0 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

## CCLP – Intro to Constitutional Criminal Law and Procedure



Marvin Zalman
Professor of Criminal Justice
Wayne State University
1.0 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

## CCLP – Miranda and the Interview



Marvin Zalman
Professor of Criminal Justice
Wayne State University
1.0 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

## CCLP – Suspect IDs (Lineup, Show up)

RC 2001



Marvin Zalman
Professor of Criminal Justice
Wayne State University
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

## CCLP – The Criminal Trial



Marvin Zalman
Professor of Criminal Justice
Wayne State University
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

## CCLP – The Pretrial Process



Marvin Zalman
Professor of Criminal Justice
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

## Crime Mapping



Richard Janikowski
Principal
Strategic City Solutions
3.0 Credit Hours

▶ Preview                                              ⓘ Description

Enroll

## Emergency Operations Planning for Schools

RC 2002



Chris Dorn
Analyst
Safe Havens International
1.0 Credit Hour

▶ Preview                                                      ⓘ Description

Enroll

## Six Senses of School Safety



Chris Dorn
Analyst
Safe Havens International
3.0 Credit Hours

▶ Preview                                                      ⓘ Description

Enroll

## Child Sex Abuse (4th edition)



Tom Tittle
Ret. Captain
Marion County, FL Sheriff's Office
1.0 Credit Hour

▶ Preview                                                      ⓘ Description

Enroll

## Firearms Training – AR–15 Rifle



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
1.0 Credit Hour

▶ Preview                                                      ⓘ Description

Enroll

## Firearms Training – Beretta 92FS Pistol

RC 2003



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
1.0 Credit Hour

▶ Preview

ⓘ Description

Enroll

## Firearms Training – GLOCK 22 Pistol



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
1.0 Credit Hour

▶ Preview

ⓘ Description

Enroll

## Firearms Training – KAHR Arms CT9 Pistol



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
0.5 Credit Hour

▶ Preview

ⓘ Description

Enroll

## Firearms Training – M1911A1 Pistol



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
0.5 Credit Hour

▶ Preview

ⓘ Description

Enroll

## Firearms Training – Range Preparation

RC 2004



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
0.5 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

### Firearms Training – Remington 870 Shotgun



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
0.5 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

### Firearms Training – Ruger LC9s Pistol



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
0.5 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

### Firearms Training – Sig Sauer P228 Pistol

Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
1.0 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
| --- |

### Firearms Training – Smith & Wesson M&P9 Pistol

RC 2005



Greg Lee
Ret. Sr. Instructor & Rangemaster
1.0 Credit Hour

▶ Preview                                                                ⓘ Description

| Enroll |
|---|

### Firearms Training – Smith & Wesson Model 49 J Frame Revolver



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
0.5 Credit Hour

▶ Preview                                                                ⓘ Description

| Enroll |
|---|

### Firearms Training – Springfield Armory XD Pistol



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
0.5 Credit Hour

▶ Preview                                                                ⓘ Description

| Enroll |
|---|

### Team Building for Command Staff



Cindy Beresh–Bryant
1.0 Credit Hour

▶ Preview                                                                ⓘ Description

| Enroll |
|---|

### Executing Search Warrants

RC 2006



Steve Rothlein
Division Chief (Retired)
Miami-Dade Police Department
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

### Using the DISC Diagnostic Tool



Al Malinchak
CEO of Eclat Transitions, LLC, Ret. FBI Special Agent
2.0 Credit Hours

▶ Preview                                    ⓘ Description

Enroll

### Writing Better Police Reports



Jean Reynolds
Professor Emerita
Polk State College
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

### Child Sex Abuse (3rd edition)

Tom Tittle
Ret. Captain
Marion County, FL Sheriff's Office
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

### Mental Illness (3rd edition) (2)

RC 2007



Mike Kennedy
2.0 Credit Hours

Enroll

### Firearms Training – Sig Sauer P225 Pistol



Greg Lee
Ret. Sr. Instructor & Rangemaster
Nashville Metro
1.0 Credit Hour

▶ Preview                                                                ⓘ Description

Enroll

### Emergency Vehicle Operations Course (EVOC) (3rd edition)



Dr. Geoff Alpert & Andy Clarke
2.0 Credit Hours

▶ Preview                                                                ⓘ Description

Enroll

### Child Sex Abuse (5th edition)

Tom Tittle
Ret. Captain
Marion County, FL Sheriff's Office
1.0 Credit Hour

▶ Preview                                                                ⓘ Description

Enroll

### On Killing: A Primer

RC 2008



Dave Grossman
Ret. US Army & Director of the Warrior Group
1.0 Credit Hour

▶ Preview                                        ⓘ Description

Enroll

## On Combat: A Primer



Dave Grossman
Ret. US Army & Director of the Warrior Group
1.0 Credit Hour

▶ Preview                                        ⓘ Description

Enroll

## Proper Restraints and Holds Techniques



Don Black & Don James
Sr. Staff Instructor
Koga Institute
2.0 Credit Hours

▶ Preview                                        ⓘ Description

Enroll

## Community Policing in the 21st Century



Rex Scism
President/CEO
Midwest Police Consultants, LLC
2.0 Credit Hours

▶ Preview                                        ⓘ Description

Enroll

## Packaging & Submission of Forensic Evidence (AS)

RC 2009



Kay Sherriff
Ret. TBI Crime Lab Director
2.0 Credit Hours

▶ Preview                                                                          ⓘ Description

Enroll

### Transitioning to Life After Public Service



Al Malinchak
CEO of Eclat Transitions, LLC, Ret. FBI Special Agent
5.0 Credit Hours

▶ Preview                                                                          ⓘ Description

Enroll

### Counseling & Discipline for the Telecommunications Center



Lisa Fulton
Instructor
NENA
1.0 Credit Hour

▶ Preview                                                                          ⓘ Description

Enroll

### Supervision 101 for the Telecommunications Center



Lisa Fulton
Instructor
NENA
1.0 Credit Hour

▶ Preview                                                                          ⓘ Description

Enroll

### HR Practices for the Telecommunications Center

RC 2010



Lisa Fulton
Instructor
NENA
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
| --- |

## Ethical Issues for Law Enforcement (Thompson)



Aaron Thompson
Exec. VP and CAO
KY Council on Postsecondary Education
3.0 Credit Hours

▶ Preview                                          ⓘ Description

| Enroll |
| --- |

## Communication and Intrinsic Bias



Thomas Dworak
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
| --- |

## Body–worn Cameras & Electronic Recording Considerations



Rex Scism
President/CEO
Midwest Police Consultants, LLC
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
| --- |

## ISIS & Social Media

RC 2011



Mubin Shaikh
Ex–Security Intelligence Counterterrorism Operations
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

## Corrections Communities



Edward Latessa
Director, Professor
School of Criminal Justice at the University of Cincinnati
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

## Use of Force and Liability Issues

Kirk Davis
Assistant Director of Training
Missouri State Police Agency
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

## Effectively Managing LGBTI/Transgender Inmates



Shane Dotson
Certified DOJ PREA Auditor, MS, CJM, C.C.E.
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

## Understanding Stress for the Telecommunicator

RC 2012



Jamison Peevyhouse
Training Coordinator
Tennessee Emergency Communications Board
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
| --- |

## Human Fatigue in 24/7 Operations



Rex Scism
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
| --- |

## PREA 101: Basic Introduction

Shane Dotson
Certified DOJ PREA Auditor, MS, CJM, C.C.E.
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
| --- |

## PREA First Responder Duties, Protocols, and Investigations



Shane Dotson
Certified DOJ PREA Auditor, MS, CJM, C.C.E.
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
| --- |

## Basic Computer Skills

RC 2013



April Hearne
Instructor of Entrepreneurship & Business
2.0 Credit Hours

▶ Preview                                    ⓘ Description

Enroll

## Servant Leadership in the PSAP



Jared Pelham
Command Staff on the IDU/TERT Team
Hamilton County 911 ECD
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

## Autism Awareness for 9-1-1 Telecommunicators



Jared Pelham
Command Staff on the IDU/TERT Team
Hamilton County 911 ECD
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

## The Leadership Role in Public Service



Rex Scism
President/CEO
Midwest Police Consultants, LLC
2.0 Credit Hours

▶ Preview                                    ⓘ Description

Enroll

## Responding to an Active Violence Event

RC 2014



Scott Fulton
Patrol Supervisor and Crisis Negotiations Team Commander
Mount Juliet Police Department
1.0 Credit Hour

▶ Preview                                                                    ⓘ Description

| Enroll |
|--------|

## Interpersonal Communication



Lisa Fulton
Instructor
NENA
1.0 Credit Hour

▶ Preview                                                                    ⓘ Description

| Enroll |
|--------|

## Personnel Issues



Lisa Fulton
Instructor
NENA
1.0 Credit Hour

▶ Preview                                                                    ⓘ Description

| Enroll |
|--------|

## Missing and Exploited Children (AS)



Jim Sears
4.0 Credit Hours

▶ Preview                                                                    ⓘ Description

| Enroll |
|--------|

## Interacting with Drivers Who Are Deaf or Hard of Hearing

RC 2015



Anna Goodloe
1.0 Credit Hour

▶ Preview

| Enroll |
|:------:|

## Fitness for First Responders: Yoga



Olivia Kvitne
3.0 Credit Hours

▶ Preview                                        ⓘ Description

| Enroll |
|:------:|

## The Bulletproof Mind for Law Enforcement: A Primer



Dave Grossman
Ret. US Army & Director of the Warrior Group
2.0 Credit Hours

▶ Preview                                        ⓘ Description

| Enroll |
|:------:|

## Fundamentals of Courtroom Security



Ray Farris
Retired Assistant Director
Training Academy/Tennessee POST
1.0 Credit Hour

▶ Preview                                        ⓘ Description

| Enroll |
|:------:|

## Child Sexual Abuse 6th Ed.

RC 2016



Jim Sears
Ret. Sergeant
Irving Police Department, Texas
1.0 Credit Hour

▶ Preview                                                ⓘ Description

Enroll

### Indicators of Child Abuse



Jim Sears
Ret. Sergeant
Irving Police Department, Texas
3.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Components of Child Abuse Investigations



Jim Sears
Ret. Sergeant
Irving Police Department, Texas
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Investigative Strategies for Child Abuse



Jim Sears
Ret. Sergeant
Irving Police Department
3.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### De-escalation for Telecommunicators

RC 2017



Gary Klugiewicz
Director and Co-Founder
Vistelar Consulting and Training Institute
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## Quality Assurance and Improvement in the PSAP



Eric Parry
NENA Education Advisory Board Chair
NENA
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## Racial Profiling for Traffic Stops and Field Contacts



Tom Vitacco
TCOLE Advanced Police Instructor
Alamo Area Council of Governments
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## Racial Profiling and Drug Interdiction



Tom Vitacco
TCOLE Advanced Police Instructor
Alamo Area Council of Governments
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## De-escalation for Law Enforcement

RC 2018



Gary Klugiewicz
Senior Consultant
Verbal Defense and Influence
1.0 Credit Hour

▶ Preview                                                     ⓘ Description

Enroll

## Implementing Text-to-911 in the PSAP



Monica Million
President of NENA
National Emergency Number Association
1.0 Credit Hour

▶ Preview                                                     ⓘ Description

Enroll

## Wellness and Resiliency in 9-1-1



Monica Million and Jamison Peevyhouse
ENP Executive Director AND Training Coordinator
Colorado 9-1-1 Resource Center AND the Tennessee Emergency
Communications Board
2.0 Credit Hours

▶ Preview                                                     ⓘ Description

Enroll

## Behavior Science: Violence Prediction and Control: A Primer



Chase Hughes
CEO of Ellipsis Behavior Laboratories, Retired Navy Chief, Bestselling
Author, Behavior Expert
Ellipsis Behavior Laboratories
1.0 Credit Hour

▶ Preview                                                     ⓘ Description

Enroll

## Effective Communication for Telecommunicators

RC 2019



Tim Christol
Retired Chief of Police
2.0 Credit Hours

▶ Preview                                    ⓘ Description

| Enroll |
|--------|

## Effective Communication for Law Enforcement



Tim Christol
Retired Chief of Police
2.0 Credit Hours

▶ Preview                                    ⓘ Description

| Enroll |
|--------|

## Security Assessment for Places of Worship



Ron Aguiar
Founder
Oasis Safety
1.0 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
|--------|

## Close Contact Edged Weapons Defense



Nik Farooqui
CEO and Chief Instructor
S2 Strategic Defense
2.0 Credit Hours

▶ Preview                                    ⓘ Description

| Enroll |
|--------|

## School Vulnerability Assessment

RC 2020



Don Green and Jeff Stiles
Ret. Captain and Captain
Knoxville Police Department and Knoxville Police Department
3.0 Credit Hours

▶ Preview                                                    ⓘ Description

> Enroll

## MACTAC: Active Shooter Response



Corey Zavorka
Tactical Team Lead
St. Louis Co.
2.0 Credit Hours

▶ Preview                                                    ⓘ Description

> Enroll

## Investigating Family Violence



Tom Vitacco
Ret. Sergeant
Alamo Heights Police Department
1.0 Credit Hour

▶ Preview                                                    ⓘ Description

> Enroll

## Investigating Sexual Assault

Tom Vitacco
Retired Sergeant
Alamo Heights Police Department
2.0 Credit Hours

▶ Preview                                                    ⓘ Description

> Enroll

## Investigating Sexual Offenders

RC 2021



Tom Vitacco
Ret. Sergeant
Alamo Heights Police Department
1.0 Credit Hour

▶ Preview                                                ⓘ Description

Enroll

### Role of the SRO



Tammy DeBow
Lieutenant
Knoxville Police Department
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Mental Wellness and Suicide Prevention for Law Enforcement



Jim Wilmeth
Retired Police Chief and Undersheriff
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Domestic Violence: Call Through Investigations



Rod Reder
Retired Captain, Founder and Owner
Reder Investigations and Security Counseling
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Police Health and Mental Wellness

RC 2022



Andy O'Hara
Founder of Badge of Life
California Highway Patrol
2.0 Credit Hours

▶ Preview                                    ⓘ Description

Enroll

### Statement Analysis Interviewing Techniques



Mark McClish
Owner
Advanced Interviewing Techniques
2.0 Credit Hours

ⓘ Description

Enroll

### Terrorism in the Modern World



Hank Christen & Paul Maniscalco
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

### Survival Spanish



Thomas Ehret
1.0 Credit Hour

▶ Preview                                    ⓘ Description

Enroll

### Hazardous Materials Awareness Introduction for Law Enforcement

RC 2023



Alfie Green
2.0 Credit Hours

▶ Preview                                          ⓘ Description

Enroll

## Courtroom Testimony



Linda Tally Smith
2.0 Credit Hours

▶ Preview                                          ⓘ Description

Enroll

## Building K-12 Options-Based Response Programs



Morgan Ballis
2.0 Credit Hours

▶ Preview                                          ⓘ Description

Enroll

## K-12 Active Shooter: Mindset to Win



Morgan Ballis
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## Dog Encounters for Law Enforcement Officers

RC 2024



Jim Osorio
2.0 Credit Hours

▶ Preview

Enroll

## Bloodborne and Airborne Pathogens and PPE Use



Ted Striegnitz
1.0 Credit Hour

ⓘ Description

Enroll

## High Threat Response Ballistics Lab



Morgan Ballis
2.0 Credit Hours

▶ Preview                                          ⓘ Description

Enroll

## Telecommunicator CPR (TCPR)



Jamison Peevyhouse and Jennifer White
3.0 Credit Hours

▶ Preview                                          ⓘ Description

Enroll

## A New Approach to Officer Safety: CLEAR Thinking

RC 2025



John Bostain and Michael Warren
2.0 Credit Hours

▶ Preview                                          ⓘ Description

Enroll

## Implicit Bias for Law Enforcement



Aaron Thompson
President
KY Council on Postsecondary Education
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## Sovereign Citizens



Brice Allen
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## Tactical First Aid and Tourniquet



Drew Brakebill
Assistant Director and Training Coordinator
Blount County Sheriff's Office
2.0 Credit Hours

▶ Preview                                          ⓘ Description

Enroll

## Public Assembly and Community Interaction

RC 2026



Dennis Valone
2.0 Credit Hours

▶ Preview

ⓘ Description

Enroll

## Watch Your Six: Mental Wellness Resiliency



Jonathan Parker
2.0 Credit Hours

▶ Preview

ⓘ Description

Enroll

## Mental Illness and Crisis: A Law Enforcement Response



Kristy Inglish
1.0 Credit Hour

▶ Preview

ⓘ Description

Enroll

## Autism Response for Law Enforcement

Stefan Bjes
2.0 Credit Hours

▶ Preview

ⓘ Description

Enroll

## Assisting Police K-9s

RC 2027



Rich Hardin
1.0 Credit Hour

▶ Preview                                              ⓘ Description

| Enroll |
| --- |

## Child Sex Abuse 2020



Jim Sears
Ret. Sergeant
Irving Police Department, Texas
1.0 Credit Hour

▶ Preview                                              ⓘ Description

| Enroll |
| --- |

## Harassment and Discrimination Training for Supervisors



Vicki Hatfield
1.0 Credit Hour

▶ Preview                                              ⓘ Description

| Enroll |
| --- |

## Harassment and Discrimination Training for Law Enforcement



Vicki Hatfield
1.0 Credit Hour

▶ Preview                                              ⓘ Description

| Enroll |
| --- |

## Building 9-1-1 Lifebridges to Suicide Callers: An Introduction

RC 2028



Jim Marshall
2.0 Credit Hours

▶ Preview                                    ⓘ Description

| Enroll |
|---|

## Leading Without Rank: A Primer



John Robison / Michael Warren
1.0 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
|---|

## Maneuvering Successfully in the Political Environment



Dwayne Orrick
1.0 Credit Hour

▶ Preview                                    ⓘ Description

| Enroll |
|---|

## Recruitment and Retention of Law Enforcement Personnel



Dwayne Orrick
2.0 Credit Hours

▶ Preview                                    ⓘ Description

| Enroll |
|---|

## The Transformational Trainer: A Primer

RC 2029



John Bostain
1.0 Credit Hour

▶ Preview                                                           ⓘ Description

Enroll

## Clery Act for Campus Law Enforcement



Jillian Paciello
1.0 Credit Hour

▶ Preview                                                           ⓘ Description

Enroll

## Introduction to First Aid

Sharli Adair
0.5 Credit Hour

▶ Preview                                                           ⓘ Description

Enroll

## Advanced Harassment and Discrimination Training



Vicki Hatfield
0.5 Credit Hour

▶ Preview                                                           ⓘ Description

Enroll

## Introduction to Harassment and Discrimination

RC 2030



Vicki Hatfield
0.5 Credit Hour

▶ Preview                                                ⓘ Description

Enroll

### Fall Protection Safety



Sharli Adair
0.5 Credit Hour

▶ Preview                                                ⓘ Description

Enroll

### Proper Lockout/Tagout Techniques



Sharli Adair
0.5 Credit Hour

▶ Preview                                                ⓘ Description

Enroll

### Field Sobriety Refresher



Matt Myers
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Less Lethal Force: Impact Projectile Overview

RC 2031



Steve Ijames
2.0 Credit Hours

▶ Preview                                             ⓘ Description

| Enroll |
| --- |

## Decision Making: The Foundation of Reasonable Force – A Primer



John Bostain
1.0 Credit Hour

▶ Preview                                             ⓘ Description

| Enroll |
| --- |

## Decision Making: The Foundation of Reasonable Force for Supervisors – A Primer



John Bostain
1.0 Credit Hour

▶ Preview                                             ⓘ Description

| Enroll |
| --- |

## Human Trafficking for Telecommunications



Cherie Bartram
1.0 Credit Hour

▶ Preview                                             ⓘ Description

| Enroll |
| --- |

## Survive and Thrive: Core Stress Resilience – A Primer

RC 2032



Jim Marshall
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
|--------|

## Introduction to 4th Amendment



Norman Comeaux
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
|--------|

## 4th Amendment Exceptions Part 1



Norman Comeaux
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
|--------|

## Warrant Executions and Terry Stops



Norman Comeaux
1.0 Credit Hour

▶ Preview                                          ⓘ Description

| Enroll |
|--------|

## 4th Amendment Exceptions Part 2

RC 2033



Norman Comeaux
1.0 Credit Hour

▶ Preview                                              ⓘ Description

| Enroll |
|--------|

## Responding to a Death Scene for Patrol Officers



Jerry Rodriguez
1.0 Credit Hour

▶ Preview                                              ⓘ Description

| Enroll |
|--------|

## Internal Affairs for Administrators



Jerry Rodriguez
2.0 Credit Hours

▶ Preview                                              ⓘ Description

| Enroll |
|--------|

## Internal Affairs for Investigators



Jerry Rodriguez
1.0 Credit Hour

▶ Preview                                              ⓘ Description

| Enroll |
|--------|

## Implicit Bias: Recognition, Reduction, and Prevention

RC 2034



Greg Townsend and John Bostain
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Implicit Bias: Recognition, Reduction, and Prevention – A Primer



Greg Townsend / John Bostain
1.0 Credit Hour

▶ Preview                                                ⓘ Description

Enroll

### Ethical Leadership for Telecommunicators



Jennifer Schwendimann / Alan Malinchak
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### AMBER and Silver Alerts for Telecommunicators



Jennifer Schwendimann / Gus Paidousis
2.0 Credit Hours

▶ Preview                                                ⓘ Description

Enroll

### Utilizing Peer Support to Improve PSAPs

RC 2035



Michelle Lilly
1.0 Credit Hour

▶ Preview                                                            ⓘ Description

Enroll

## Modern Fire Dispatch



Tracy Ertl
2.0 Credit Hours

▶ Preview                                                            ⓘ Description

Enroll

## Interpersonal Communication Strategies for PSAPs



Tracy Ertl
1.0 Credit Hour

▶ Preview                                                            ⓘ Description

Enroll

## The Power of Peer Support – A Primer



Jim Marshall
1.0 Credit Hour

▶ Preview                                                            ⓘ Description

Enroll

9-1-1 Cape Building

RC 2036

Tracy Ertl
1.0 Credit Hour

▶ Preview                                                    ⓘ Description

Enroll

## Mental Health Check: Ten Deadly Errors

Anjuli Thompson
2.0 Credit Hours

▶ Preview                                                    ⓘ Description

Enroll

## A Survivor's Guide to Life After an Officer Involved Shooting

Sam Causey
1.0 Credit Hour

▶ Preview                                                    ⓘ Description

Enroll

## Techniques for Utility Theft Investigations



Sam Causey
2.0 Credit Hours

▶ Preview                                                    ⓘ Description

Enroll

## Online Child Sexual Abuse Trends



Elizabeth Bigham
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## Improving Law Enforcement Response to Persons in Mental Health Crisis



Joe Rittner
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

## Advanced Human Trafficking Investigations



Greg Bristol
2.0 Credit Hours

▶ Preview                                          ⓘ Description

Enroll

## Use of Force Investigations: Officer Involved Shooting



Rocky Bigham
1.0 Credit Hour

▶ Preview                                          ⓘ Description

Enroll

EVOC: Precision Driving

RC 2038



Sam Causey
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

### Image Development and Reputation Management



Judy Pal
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

### Fundamentals of Marksmanship



Zach Gayden
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

### Foundations of Emergency Mental Health Dispatching – An Introduction



Jim Marshall
1.0 Credit Hour

▶ Preview                                              ⓘ Description

Enroll

### Pistol Fundamentals

RC 2039



Zach Gayden
2.0 Credit Hours

▶ Preview                                                                    ⓘ Description

Enroll

## Telecommunicator CPR Refresher



Jamison Peevyhouse / Jennifer White
2.0 Credit Hours

▶ Preview                                                                    ⓘ Description

Enroll

## Rifle Fundamentals



Zach Gayden
1.0 Credit Hour

▶ Preview                                                                    ⓘ Description

Enroll

## Deaf and Hard of Hearing Awareness for First Responders



Mike Helms
1.0 Credit Hour

▶ Preview                                                                    ⓘ Description

Enroll

## Training for Success

RC 2040



Doug Showalter
1.0 Credit Hour

▶ Preview                                        ⓘ Description

| Enroll |
|---|

## Report Writing

Michael Warren
1.0 Credit Hour

▶ Preview                                        ⓘ Description

| Enroll |
|---|

## Be Prepared

Leslie Whitham
1.0 Credit Hour

▶ Preview                                        ⓘ Description

| Enroll |
|---|

## 9-1-1 Public Education

Jodi Springer
1.0 Credit Hour

▶ Preview                                        ⓘ Description

| Enroll |
|---|

## Understanding the Mission

RC 2041



Leslie Whitham
1.0 Credit Hour

▶ Preview                                                    ⓘ Description

Enroll

## Training the 21st Century Law Enforcement Professional



Michael Warren
3.0 Credit Hours

▶ Preview                                                    ⓘ Description

Enroll

## Basic Interview Techniques: Effective Information Gathering



Victor Lauria
1.0 Credit Hour

▶ Preview                                                    ⓘ Description

Enroll

## Basic Interview Techniques: Seeking the Truth



Victor Lauria
1.0 Credit Hour

▶ Preview                                                    ⓘ Description

Enroll

## The Power of Focus

RC 2042



Chief Tony Taylor (Retired)
2.0 Credit Hours

▶ Preview                                                                ⓘ Description

Enroll

## Suicide by Cop



Chief Bobby Blankenship (Retired)
1.0 Credit Hour

▶ Preview                                                                ⓘ Description

Enroll

## Video to 9-1-1



Sondra Wesley
1.0 Credit Hour

▶ Preview                                                                ⓘ Description

Enroll

## Say This, Not That



Dawn Shumway
1.0 Credit Hour

ⓘ Description

Enroll

## Ethical Leadership (2023)

RC 2043



Neal Rossow
1.0 Credit Hour

ⓘ Description

Enroll

### Collecting and Preserving Electronic Evidence



James Isaacs
1.0 Credit Hour

ⓘ Description

Enroll

### Introduction to Human Trafficking (2023)



James Isaacs
2.0 Credit Hours

ⓘ Description

Enroll

### Purpose Driven Performance



Dru Clarke , ENP
1.0 Credit Hour

ⓘ Description

Enroll

### Next Generation Leadership

RC 2044



Dru Clarke, ENP
1.0 Credit Hour

ⓘ Description

Enroll

## Increasing Empathy in Policing: Accountability with Support



Becky Haas
2.0 Credit Hours

ⓘ Description

Enroll

## PTSD Basics



Michelle Lilly
1.0 Credit Hour

ⓘ Description

Enroll

## Radio Communications



Jamie Taylor
1.0 Credit Hour

ⓘ Description

Enroll

## Community Policing and Engagement



Jill Lees
2.0 Credit Hours

ⓘ Description

Enroll

### Constitutional Policing: Protect Then Serve



Commander Jason Meier
2.0 Credit Hours

ⓘ Description

Enroll

### Moral Injury



Michelle Lilly, Ph.D.
1.0 Credit Hour

ⓘ Description

Enroll

### Organizational Interventions for Mental and Physical Health Issues

Michelle Lilly, Ph.D.
1.0 Credit Hour

ⓘ Description

Enroll

### Inmate Manipulation

RC 2046



Gary York
2.0 Credit Hours

ⓘ Description

Enroll

## The Resilience Mindset



Michelle Lilly, Ph.D.
1.0 Credit Hour

ⓘ Description

Enroll

## Baselines, Anomalies, and the Willingness to Act: Corrections Basics



Mike Cantrell
1.0 Credit Hour

ⓘ Description

Enroll

## Detention Facility Cell and Body Shakedowns



Robert Greenwood
2.0 Credit Hours

ⓘ Description

Enroll

## Public Information Basics for the Frontline Supervisor

RC 2047



Renee Yax
1.0 Credit Hour

ⓘ Description

Enroll

## Crime Scene Preservation in Detention Facilities



Gary York
1.0 Credit Hour

ⓘ Description

Enroll

## Basic Intelligence Gathering



David Schilling
2.0 Credit Hours

ⓘ Description

Enroll

## Effective Communication



Sgt. Ronald Davis, PhD (Retired)
3.0 Credit Hours

ⓘ Description

Enroll

## Nourished Even in High Stress

RC 2048



Natalie Hunt
1.0 Credit Hour

ⓘ Description

Enroll

## Crisis in Correctional Environments: When It Hits the Fan – Now What?



Mike Cantrell
1.0 Credit Hour

ⓘ Description

Enroll

## Restorative Movement for the Resilient First Responder



Natalie Hunt
1.0 Credit Hour

ⓘ Description

Enroll

## Correctional Risk



Amy Reynolds
1.0 Credit Hour

ⓘ Description

Enroll

## Well-Prepared, Fresh, and Healthy Meals

RC 2049



Natalie Hunt
2.0 Credit Hours

ⓘ Description

Enroll

## Keep it Moving at the Console



Natalie Hunt
1.0 Credit Hour

ⓘ Description

Enroll

## Women in Leadership



Jenna Streeter
1.0 Credit Hour

ⓘ Description

Enroll

## Sick Building, Sick You

Jenny Mason
1.0 Credit Hour

ⓘ Description

Enroll

## The Leader's Role as a Trainer

RC 2050



Sgt. Justin Witt and Michael Warren
1.0 Credit Hour

ⓘ Description

Enroll

## 9-8-8 Basics



Jenna Streeter, MPA, ENP
1.0 Credit Hour

ⓘ Description

Enroll

## Generational Differences and Management in the Workplace



David Rausch
1.0 Credit Hour

ⓘ Description

Enroll

## Ensuring MLTS Compliance in Public Safety



Erika Lakey, ENP RPL CMCP
1.0 Credit Hour

ⓘ Description

Enroll

## Culture Worth Bragging About



Troy Cordie, ENP / Michael Notarstefano / Jamison Peevyhouse
2.0 Credit Hours

ⓘ Description

Enroll

### Interagency Relationships and Multi-Agency Teams



Sgt. Justin Witt
1.0 Credit Hour

ⓘ Description

Enroll

### Dealing With Difficult, Toxic, and Problematic Coworkers



Dr. Marshall Jones
1.0 Credit Hour

ⓘ Description

Enroll

RC 2052

10-28-19

① Use of Force & Vehicle Pursuit
1. CHRIS FLAHERTY
2. Richard Lawrence
3. Jeremy Wier
4 Chance White R98
5 Ben Green
6 James Ellis R136
7 David Watson R71
8. Justin Evans R-40
9. Tyson Burleson R24
10 LaToya Taylor R-53
11 Josh Bridges R-115
12 Jeffrey Middleton R54
13 Christian bellman 12-12
14 Eddie Rhodes R-28
15 DEBRA MURPHY R-113
16 Adam Whittington R-63
17 Brett McAlvin R-6
18 PAUL Mullins R-18
19 Ronnie MOORE R-76
20. Mike Huggs R-123
21. NAPOLEON VALINO R45
22 Zachary Cotton R44
23 Jamie Smith RD4
24 Hunter Elward R-52
25. Anthony Weghorst R78
26. KEVIN HODGES R116
27. Matthew Rhodes R140

RC 2053

28  Chris Green  R93
29  Richard Daniel  (42)
30  Fred Lovett  R-
31  John Johnson  K6
32  William Lindley  K3
33  Jeremiah Jordan  55
34  Michael Chandler  R17
35  Billy Lord  R5
36  Mark J—  52

RC 2054

Use of Force & Vehicle Pursuits        10-29-19

1. Scott East ——— K-4
2. R. Pecell        K-7                    29. Daniel Stevens  S-11
3. Jay Craig      R-127                    30. T.J. Prow  R23
4. JASON Hulsman    R-126
5. LEE NORDAN    R-75
6. James L. Prince    R89
7. Gerrad Bacon  R19
8. John Lewis        S-7
9. Joe Head      A-4
10. Sam Walker    R.82
11. Daniel McCarley  S-10
12. Zach Ary  R36
13. Justin Flanagan   R-79
14. Marcia Stingley  R8
15. Christy Snow  R26
16. Mull Bishy  R91
17. E. Malley  R15
18. Heath Sprunz    R31
19. Hal Hutson  R43
20. JASON McElhenney  S-6
21. Mark Herrin  R-60
22. Daniel Strickland  R34
23. Josh Cross    S16
24. Greg McLendon  R.86
25. Tony Shack      R96
26. Chris Cousin    S14
27. Lee Chris Picen  K-1
28. EARNEST Wilson  IV  R46

RC 2055

Countywide Law Enforcement Agencies' | Law Enforcement Po

### Countywide Law Enforcement Agencies'
### Vehicular Pursuit Policies and Procedures Agreement
### Rankin County, Mississippi

| | |
|---|---|
| **Subject:** Vehicular Pursuit | **Policy Number: 3.17** |
| **Adoption Date:** November, 2004 | **Revision Date:** September 26, 2012 |

**Approval Authorities:** Rankin County Sheriff's Department, Brandon Police Department, Florence Police Department, Flowood Police Department, Jackson Municipal Airport Authority Police Department, Pearl Police Department, Pelahatchie Police Department, Reservoir Patrol, Richland Police Department

**POLICY:**

Vehicular pursuits are *critical incidents* often crossing jurisdictional boundary lines. The manner in which pursuits are undertaken, performed, monitored, terminated, and supervised is of serious concern to the law enforcement agencies of Rankin County. Officers will use their best discretion and judgment when conducting emergency vehicle pursuits.

**DEFINITIONS:**

*Authorized emergency vehicle:* A vehicle of the agency equipped with operable emergency equipment as designated by state law, including a siren and emergency signaling lights.

*Primary unit:* The unit that initiates a pursuit or any unit that assumes control of the pursuit.

*Secondary unit:* Any vehicle that becomes involved as a backup to the *primary unit* and follows the primary unit at a safe distance.

*Vehicular Pursuit:* An active attempt by officers in an authorized emergency vehicle to apprehend fleeing suspects who actively attempt to elude law enforcement.

**DISCUSSION:**

Vehicular pursuit of fleeing suspects can present an unacceptable danger to the lives of the public, officers, and suspects involved in the pursuit. Just as important is the possibility of unintended damage or injury to members of the public who are not involved in the pursuit. Considering law enforcement's commitment to protecting the general public, officers are required to exercise discretion and consider various factors and options before, and after initiating a vehicle pursuit.

RC 2056

**PROCEDURES:**

1. Only officers who have been trained in *pursuit driving* are authorized to participate as a driver in a pursuit.

2. The decision to initiate pursuit will be based on:

   a. Officer=s actual or constructive knowledge that a <u>serious</u> violation of the law has, or is about to occur;
   b. Officer's conclusion that the immediate danger to the public or the officer created by the pursuit is less than the immediate or potential danger to the public should the suspect remain at large; and
   c. Suspect exhibits intention to avoid apprehension by refusing to stop when properly directed to do so.

3. In deciding whether to initiate pursuit, officers must consider:

   a. Seriousness of the offense: Normally in cases involving misdemeanor offenses, the tag number and description of the vehicle as well as a description of the driver and occupant(s) should be obtained whereby the suspect can be apprehended at a later time and a pursuit can be avoided.
   b. Population density and vehicular and pedestrian traffic;
   c. Relative performance capabilities of the pursuit vehicle and the vehicle being pursued;
   d. Road, weather, and environmental conditions;
   e. Presence of other persons in the agency vehicle and vehicle being pursued;
   f. Skill, training, and experience of the pursuing officer; and
   g. Alternative means and opportunity of apprehending the suspect.

**Intra-agency pursuit:**

1. No departmental vehicle will become involved in a pursuit initiated by another department without first obtaining the approval of a supervisor.

**Pursuit Officer Responsibilities:**

1. Pursuing officer will activate appropriate warning equipment, including audible siren and emergency signaling lights.
2. Initiating officer will notify the communications center (dispatch) and advice that a pursuit is underway. The officer will provide communications with the following information:
   a. Unit identification;
   b. Offense(s) and reason for the stop;
   c. Location, speed, and direction of travel of the fleeing vehicle;

RC 2057

  d. Description and license plate number, if known, of the fleeing vehicle;
  e. Number of occupants in the fleeing vehicle, and descriptions, where possible; and
3. Failure to provide this information to communications may result in an immediate decision by a supervisor to order *pursuit termination.*
4. Officers will keep communications updated on the progress of the pursuit.
5. Emergency vehicle operations will conform to traffic laws and regulations as they apply under applicable Mississippi Codes.
6. Pursuits are normally limited to no more than two emergency vehicles, a *primary* and a *secondary* (back-up) unit. Other support units should stay clear of the pursuit unless requested to participate by the controlling supervisor.
7. Any primary or back-up unit sustaining damage or failure of essential vehicular equipment during pursuit will discontinue pursuit. The withdrawing unit will notify communications so that another unit may be assigned to the pursuit.
8. *Primary* pursuit unit will become *secondary* when another unit has been assigned *primary* responsibility by the controlling supervisor.

## Communications Center Responsibilities:

1. Communications will immediately advise the patrol captain/supervisor of essential information regarding the pursuit.
2. Communications will carry out the following activities and responsibilities during the pursuit:
   a. Receive and record relevant incoming information about the pursuit and the pursued vehicle;
   b. Control radio communications and clear radio channels of all non-emergency calls;
   c. Obtain criminal record and vehicle checks of the suspects as requested;
   d. Coordinate and dispatch back-up assistance as directed by the controlling supervisor;
   e. Notify neighboring jurisdictions, when practical, that the pursuit may extend into their locality;
   f. Instruct all pursuit units to go to the "Common Law" channel if the pursuit may extend into or through other inner-county jurisdictions; and
   g. Place emergency medical, fire, or hazardous materials responders on stand-by for rapid response in case of injury to persons, fire, or hazardous materials incident if necessary.

## Supervisor Responsibilities:

It is the responsibility of supervisors to:
1. Take tactical control of the pursuit;
2. Consider all available information and determine how best to support, or terminate the pursuit;

RC 2058

**RESTRICTED LAW ENFORCEMENT DATA**

3. Monitor incoming information in order to coordinate, direct, and reinforce use of proper procedures; and
4. Respond to the location where a vehicle has been stopped following a pursuit.

**Pursuit Tactics:**

1. Officers will not follow the pursuit on parallel streets unless requested or coordinated by the controlling supervisor.
2. Patrol units with the most prominent markings and emergency lights will be used to pursue when practical, particularly as the *primary* or *secondary* unit.
3. Motorcycles and non-marked vehicles may be used for pursuit in exigent circumstances and when weather and related conditions allow. Motorcycles and non-marked vehicles will disengage when direct support from marked patrol units becomes available.
4. Intervention tactics [*spike strips, low speed tactical intervention techniques, low speed channeling (with appropriate advance warning), etc.*] may be used by trained officers if authorized by the controlling supervisor.
5. *Spike strips* and similar devices will not be used on fleeing motorcycles unless deadly force is otherwise authorized by the department=s *use of force* policy.
6. Ramming, bumping, or any other intentional contact between vehicles may be employed only if: (a) deadly force is warranted, (b) the officer has been trained in this technique and (c) if authorized by the controlling supervisor.
7. Decisions to discharge firearms at or from a moving vehicle require authorization by the controlling supervisor. THIS SHOULD NOT BE ATTEMPTED UNLESS THERE IS A SERIOUS AND IMMINENT RISK OF DEATH OR SERIOUS BODILY INJURY TO THE OFFICER AND/OR PUBLIC AND DEADLY FORCE CAN BE APPLIED WITHOUT UNDULY ENDANGERING THE PUBLIC (see Use of Force policy).
8. Officers will use appropriate safety tactics and keep in mind the necessity to use only *reasonable and necessary force* to take suspects into custody.
9. Secondary or back-up officers will affect arrests with the pursuing officer assuming the role of backup if feasible.

**Emergency or Pursuit Type Roadblocks**

In establishing emergency or pursuit types of roadblocks the officer must consider his safety, the safety of the person being pursued, the safety of the pursuing officer(s) and the public in setting up a roadblock. The roadblock should be set up in an area that is free of population and traffic, not near a curve or crest of a hill, and so that people approaching it can have time to stop. One or more vehicles may be used for a roadblock. If the road is a two-lane road, one car may be used effectively. If the road is a four-lane road, several cars may need to be used. Under no circumstances may the road be completely blocked off. Sufficient space must be left to allow a vehicle to be able to safely pass through the roadblock even if slowly driven.

RC 2059

DISCHARGING FIREARMS AT A MOVING VEHICLE SHOULD NOT BE ATTEMPTED UNLESS THERE IS A SERIOUS AND IMMINENT RISK OF DEATH OR SERIOUS BODILY INJURY TO THE OFFICER AND/OR PUBLIC AND DEADLY FORCE CAN BE APPLIED WITHOUT UNDULY ENDANGERING THE PUBLIC (see Use of Force policy).

**Termination of the Pursuit:**

1. Any officer engaged in or supporting the pursuit may terminate the pursuit at anytime.
2. Pursuits may be terminated if the suspect's identity has been determined; immediate apprehension is not necessary to protect the public or officers; and apprehension at a later time is reasonably feasible.
3. Primary pursuing unit and supervisor will continually re-evaluate and assess the evolving pursuit situation, including initiating factors, and terminate the pursuit whenever he or she reasonably believes the risks associated with continued pursuit are greater than the public safety benefit of making an immediate apprehension.
4. In the event of a collision with the suspect vehicle, the pursuing officer will immediately summon medical assistance for any injured parties.
5. In the event of a collision involving any third-party vehicle or persons, the back-up vehicle will stop and render assistance and call for medical assistance if necessary.

**Inter-jurisdictional Pursuits:**

1. Pursuits may be continued into other jurisdictions so long as the law enforcement agency who=s jurisdiction being entered is notified as soon as possible of the pursuit and with the supervisor's approval.
2. Upon entering the new jurisdiction, the original pursuit officer may elect to become the secondary vehicle in the pursuit. He/she would then instruct the new jurisdiction's pursuit vehicle to take over as the primary pursuit vehicle. This would normally occur when the original pursuing officer is unfamiliar with the new jurisdiction's roads and/or conditions.
4. Pursuing officers will notify communications when it is likely for pursuits to cross into neighboring jurisdictions or across city, county or state lines. During a pursuit and prior to leaving the agency's jurisdiction, the law enforcement jurisdiction being entered shall be notified as soon as possible of the following information:
   a)   exact location
   b)   direction of travel
   c)   description and tag number of vehicle being pursued
   d)   number of occupants and description if available
   e)   known applicable charges

RC 2060

5. When pursuits enter into neighboring jurisdictions, each agency's officer(s) will be
governed by: the policies of their own agencies, specific inter-local agreements, and state law.

6. No more than two (2) agency vehicles may leave their jurisdiction in a pursuit without their supervisor's approval.

**After-Action Reporting:**

1. Officers participating in a vehicle pursuit must file a written report on the agency's appropriate form detailing the circumstances, their actions and observations.

2. Supervisors will submit a summary report of the event to the patrol captain or chief officer. This report may be in oral or written form at the discretion of the patrol captain or chief officer.

3. The agency's chief officer or his/her designee will annually analyze pursuit activity and identify any additions, deletions, or modifications warranted in department pursuit procedures and training.

It is hereby agreed that this document is not to be construed as an interlocal agreement, but merely an agreement between the below listed agency heads to present said document to their respective boards for consideration. Each individual agency/board is free to adopt and/or amend this policy as their individual needs direct.

RC 2061

**Countywide Law Enforcement Agencies'**
**Use of Force Policies and Procedures**
**Rankin County, Mississippi**

| **Subject:** Use of Force: Deadly and Less Lethal Force | **Policy Number:** 4.1 |
|---|---|
| **Adoption Date:** February, 2005 | **Revision Date:** November, 2018 |

| **Approval Authorities:** Rankin County Sheriff's Department, Brandon Police Department, Florence Police Department, Flowood Police Department, Jackson Municipal Airport Authority Police Department, Pearl Police Department, Pelahatchie Police Department, Reservoir Patrol, Richland Police Department |
|---|

## POLICY:

Human life is sacred. Protecting human life is the most important mission of this agency. Apprehending criminals is less important than protecting innocent human life, including the Officer's own life.

Officers will maintain a constant readiness and ability to act in instances where, in *their perception*, the use of force or deadly force may be appropriate. By maintaining readiness and capacity, Officers reduce the likelihood of opposition and of the actual need for a forceful response of any kind. While *Officer discretion* is critical, the need for accountability and control of law enforcement activities is necessary to prevent potential abuses of authority. Officers will only use the amount of force reasonably necessary to protect life and enforce the law under guidelines established in this policy manual (MSLEAC 1.3.1).

## DEFINITIONS (MSLEAC 1.3.2):

*Authorized weapon*: A weapon approved by the department for sanctioned use by its Officers. No weapon will be authorized for carry or use by an Officer unless the agency expressly approves it and the Officer has demonstrated proficiency with the weapon type in accordance with agency guidelines.

*Baton or expandable baton*: An impact weapon capable of inflicting bodily injury by striking with a portion of the weapon. Only batons authorized by the department are authorized for carry and use.

*Chemical weapon*: A weapon capable of temporarily incapacitating a person through the controlled release of some chemical irritant or agent.

RC 2062

Policies and Procedures, Use of force & Deadly Force 4.1

*Certification with weapon:* The Officer has demonstrated proficiency with a particular weapon and been tested in it=s safe care and use. The Officer is thereby authorized to carry and use this weapon in the performance of his official duties regardless of whether the Officer is on-duty or off-duty. Without such certification, the Officer will not carry or use this or a similar weapon.

*Deadly force*: An action, with or without the use of a weapon, intended to cause death or serious bodily injury; or, the use of any object in a manner intended to cause death or serious bodily injury.

*Electronic weapon:* A weapon using small bursts of electrical energy to temporarily incapacitate a person.

*Firearm*: Any device designated, made, or adapted to expel a projectile through a barrel by using energy generated by rapidly expanding gases, or any device readily convertible to that use; including all handguns, rifles, and shotguns.

*Force, non-deadly force, or less-lethal force:* Actions not calculated under the circumstances to cause death or serious bodily injury.

*Physical strength and skill:* Any physical actions by one or more Officers (e.g., holding, restraining, pushing, and pulling) which may include special skills (e.g., boxing, karate, and judo) but do not include the use of *deadly force* or any authorized/other weapon.

*Probable cause:* The total set of apparent facts and circumstances in which a reasonable person may believe that a crime has been committed and the person proposed to be detained had something to do with the commission of that crime.

*Serious bodily injury:* Harm that creates substantial risk of death, serious permanent disfigurement, or loss or impairment of any body function or organ.

**PROCEDURES:**

Levels of Use of Force:

Use of force or deadly force is controlled by the basic elements of a *reasonable Officer=s perception* and a *reasonable Officer=s response*. Officers will use only the level of force that is reasonably necessary to stop the perceived threat.

> **Compliant***:* The appropriate level of response is *cooperative controls,* including *Officer presence, hand signals, verbal commands and instructions,* light touching or *patting,* etc*.* In other words cooperation at this level is a *two way street.*

RC 2063

Policies and Procedures, Use of force & Deadly Force 4.1

**Passively Resistant:** *The* appropriate level of response is *contact controls,* including *strong or forceful soft hand, hand and arm holds, pressured physical movement of the suspect, removal,* etc.

**Actively resistant:** *The* appropriate response is *compliance techniques.* This is the threshold for any reasonable Officer to consider this suspect to be a potential threat to himself, the Officer or other citizens. Compliance techniques may include *all reasonable* means to cause the *suspect to comply as soon as reasonably possible.* These techniques may include *use of chemical weapons, electronic weapons, use of restraints, forced movement, forcing a suspect=s limbs behind his back, forcing a suspect down on the floor or against a wall, or using other forms of rough physical force,* etc. Once suspects are perceived as actively *resistant,* Officers should not relax care until the subject is fully secured.

**Assaultive ʙ and a threat to bodily harm:** The appropriate level of response is immediate *defensive tactics.* The original assaultive behavior may have been directed at a fellow suspect, apparent victim or the Officer. *Defensive tactics* may include *impact weapons, hard fist, or any other reasonable means available* and at hand to stop the aggression, defend against the attack, and bring the suspect into compliance. It is contemplated and understood that reasonable Officers, while employing defensive tactics, may cause injury, serious injury, and in some isolated instances, death without intending such consequences.

**Assaultive ʙ serious bodily harm or death:** The appropriate level of response is *deadly force.* Deadly force includes firearms, knives, or any other means immediately available that a reasonable Officer, in the same circumstance, would consider as potentially causing death or serious bodily injury.

It is important to remember that almost all incidents faced by police are not scripted, easy to understand, or predictable as to outcome. Officers will use their best effort to determine the threat and apply the corresponding response. Time permitting, Officers must use care in evaluating a suspect=s actions and perceived threat. If there is reasonable doubt and time permits, seek assistance before acting. Justification for the use of force and deadly force must be limited to what is *known or reasonably perceived* by the Officer at the time of the incident. Facts unknown at the time force is used should not be considered later to determine whether the force was justified (MSLEAC 1.3.2).

Officers will not intentionally use more force than is necessary and reasonable under the circumstances. Officers will never use force in response to mere verbal provocative or abusive language directed at the Officer. Officers must never use deadly force except to protect their life or the life of other human beings (MSLEAC 1.3.2).

RC 2064

Policies and Procedures, Use of force & Deadly Force 4.1

**Application of Use of Force and Deadly Force:**
Application of *deadly force* and *force* are authorized by an Officer only to achieve the following lawful objectives (MSLEAC 1.3.2):

1. To defend himself or others against serious threats of serious bodily injury or death.
2. To stop dangerous felony flight where there is serious imminent risk to the public of death or serious bodily injury.
3. To prevent roaming at large by obviously mad or vicious animals.

Application of *force* but not *deadly force* is authorized by an Officer only to achieve the following lawful objectives:

1. To preserve the peace.
2. To defend themselves or others against unlawful violence.
3. To prevent the commission of self-inflicted injury or suicide by any person.
4. To make lawful arrests or searches; to overcome resistance to such arrests or searches; and to prevent escape from custody.
5. To prevent or interrupt an intrusion on or interference with the lawful possession of property.
6. To prevent roaming at large by obviously mad or vicious animals.

Before using any force against a suspect, **time permitting**, Officers will:

1. Have _probable cause_ to arrest that suspect;
2. State his intentions to arrest and identify himself as a Officer; and
3. State the reason for the arrest.

The amount and degree of force Officers may use to achieve an objective takes into consideration the following possible issues, if time and circumstances allow:

1. Nature and seriousness of the original offense committed by the suspect.
2. Nature and seriousness of the risk of injury to the Officer or others.
3. Age, physical condition, and behavior of the suspect.
4. Relevant actions by any third parties.
5. Physical conditions (e.g., visibility) at the scene.
6. Feasibility and availability of alternative actions.
7. Opportunity and actual ability of the suspect to injure the Officer, himself, or others.

Before Officers use force (but not deadly force) for the purpose of protecting a person from self-inflicted bodily injury [suicide attempt] or from uncontrollable circumstances, the Officer will consider other available alternatives to protect that person from harm.

RC 2065

Policies and Procedures, Use of force & Deadly Force 4.1

Officers may use unauthorized objects as weapons or use weapons in unauthorized manners if emergency circumstances make it necessary to protect human life and prevent serious injury.

Officers may draw and ready any authorized weapons for use only when they reasonably anticipate that they may have to use such weapon(s). This does not require Officers to use the weapons.

Following the application of force, appropriate medical aid will be rendered to the subject (MSLEAC 1.3.5).

**Use of Non-Deadly (Less-than-Lethal) Force (MSLEAC 1.3.4):**

Officers will use physical strength and skill, restraint devices and techniques, chemical weapons, electronic weapons or impact weapons to apply non-deadly force only.

Officers have no obligation to *retreat* or *back down* before resorting to approved use of force, including deadly force. Officers may consider retreat or withdrawal where delay could make a more peaceable arrest or stop likely if such tactics would not increase risk to the Officer or others. In some cases, an increased show of force may reduce the amount of force necessary to accomplish the Officer=s objective.

Officers will not attempt to affect arrests alone if there is substantial risk to himself from the arrestee or another party unless there are no available reasonable alternatives.

Officers will use handcuffs or other restraining devices on all arrestees unless it is obviously unnecessary or impractical (e.g. the elderly, young juveniles, amputees, crippled, injured, or other applicable subjects). Officers will take reasonable precautions to protect arrestees from injury caused by handcuffs or other restraining devices. Recognizing that there may be extreme exceptions to the use of approved restraint devices, generally only restraining devices and techniques approved by the department may be used.

Officers may use chemical weapons and electronic weapons for self-protection or to subdue persons unlawfully resisting arrest. Any person on which a chemical weapon has been used will be treated or decontaminated for exposure to the chemical agent as soon as practical and thereafter monitored for possible latent effects. Any person on which an electronic weapon has been used will receive medical treatment if warranted as soon as practical (MSLEAC 1.3.5).

Officers may use impact weapons to protect him or another from assault or to arrest a person who unlawfully and violently resists arrest if lesser methods have failed or if circumstances warrant the immediate use of the impact weapon. However, Officers

Policies and Procedures, Use of force & Deadly Force 4.1

should:

1. Avoid baton blows that are capable of inflicting serious bodily injury;
2. Deliver only short snappy body blows to vulnerable areas in order to temporarily incapacitate subjects.

**Use of Deadly Force:**
Deadly force may <u>not</u> be used under the following circumstances:

1. As a warning or threat (i.e. warning shots)(MSLEAC 1.3.3).
2. With the intent to maim or cripple a person.
3. On a person who has not caused or threatened to cause serious bodily injury or death to another person, including the Officer.
4. On a person who simply flees or evades arrest.
5. Merely to prevent the destruction or theft of property.
6. When the Officer has some doubt as to the justification for using deadly force.

**Reporting the Use of Force:**

Officers who discharge firearms or who use chemical weapons, electronic weapons, impact weapons, special weapons, or who cause bodily injury or death to other persons by use of force or deadly force will notify their direct supervisor <u>immediately</u>.

In incidents where Officers cause serious bodily injury or death through the application of deadly force, they will: first call for medical assistance; then secure the scene as well as possible; then notify their direct supervisor.

Upon arrival, the supervisor will take charge of the scene along with any investigation concerning the incident and report the incident to the agency's Chief Officer or his/her designee; who may then request an outside agency to conduct the investigation.  In incidents involving the use of force, all Officers will assist in every way possible with the investigation whether conducted by this or an outside agency.

The agency's Chief Officer or his/her designee will review any report generated by this policy in an effort to:

1. Protect the integrity of the facts and the evidence;
2. Ensure that the Officer's use of force complied with all appropriate state and federal laws and department policy;
3. Determine if the Officer's use of force indicates a need for special counseling, training, or disciplinary action; and

RC 2067

Policies and Procedures, Use of force & Deadly Force 4.1

4. Determine whether the situation requires further action.

**Reporting Requirements:**

The agency's Chief Officer or his designee will be notified immediately when any type of force is used and there is resulting *serious physical injuries or death.*

A *Use of Force Report* shall be completed and submitted, prior to the end of the shift (except for deadly force situations), by any Officer(s) who:
1. Discharges a firearm or electronic weapon for other than training. or recreational purposes;
2. Takes an action that results in or is alleged to have resulted in bodily injury or death to another person;
3. Applies force through the use of lethal or less-than-lethal weapons; or
4. Applies weaponless physical force at a level as defined by the agency. (MSLEAC 1.3.6)
5. Charges an arrestee(s) with Resisting Arrest or any crime where physical force, beyond simply handcuffing, was required to effect the arrest.

Each Officer who witnessed the incident or responded to the scene will also complete a written report prior to the end of the shift.   These witness reports will be submitted to the agency's Chief Officer or his designee for review (MSLEAC 1.3.7).

**Deadly Force Incident Procedures:**

The Officer(s) who actually used or employed the deadly force will be removed from line duty assignment pending administrative review (MSLEAC 1.3.8). The Officer's weapon(s) will be collected and tagged as evidence. A substitute weapon will be issued the Officer(s) at the discretion of the agency's Chief Officer. The agency's Chief Officer or next senior supervisor at the scene will instruct the Officer(s) who used deadly force to:

1. Refrain from making any statements to the news media, other Officers or supervisors;
2. Refrain from discussing the matter between Officers or witnesses [if more than one Officer];
3. Return to or be transported directly to the station; and
4. Refrain from completing any reports or statements for at least twelve [12] hours (including a Use of Force Report).

When the Officer arrives at the station investigators will debrief the Officer(s) and advise the agency's Chief Officer or his designee of their preliminary findings. The Officer(s) will

RC 2068

Policies and Procedures, Use of force & Deadly Force 4.1

be placed on administrative leave.   Thereafter, the Officer(s) will be transported home. The next day, at the station, the Officer(s) involved in the deadly force incident will complete his/her Use of Force Report and make all required statements. The Officer(s) will provide all required information as if a witness to the incident, providing his/her first-hand *perception of events* at the time and the *corresponding force options used.*

All Use of Force Reports completed by the Officer(s) using force, other Officers or witnesses will include the following:

1. A description of the events leading to the use of force or deadly force;
2. The original offense or *probable cause* for the stop or action;
3. An accurate description of the incident and reasons for employing force;
4. A description of the weapon or device used and the manner in which it was used;
5. A description of the injuries suffered, and the treatment given or received;
6. A list of all participants and witnesses to the incident; and
7. A copy of all incident reports compiled as a result of the incident.

**Weapons Control & Issue** (MSLEAC 1.3.9)**:**

Officers will register all firearms carried on-duty or off-duty with the department, and will only carry or use authorized duty weapons, firearms and ammunition under these standards:

1. Firearm is registered with the department.
2. Specific firearm and ammunition *type* and *caliber* are approved for use by the agency's Chief Officer or his designee.
3. Firearms have been inspected and deemed safe by the department's firearms instructor(s).
4. The Officer has demonstrated proficiency and been certified in the last six [6] months in the use of all weapons and ammunition he/she carries both on-duty and off-duty.
5. Officer qualifies with the same weapon and type of ammunition [caliber, bullet weight, bullet design, and powder load] actually carried on duty.
6. If a different firearm is carried off-duty, the conditions of 1-5 above apply to the officer's off-duty weapon(s).

Officers may not modify or alter an authorized weapon in any material way without departmental approval.

**Firearms & Weapons Certification** (MSLEAC 1.3.10)**:**

The Firearms & Weapons Instructor(s) will qualify all Officers in the use of their primary

RC 2069

Policies and Procedures, Use of force & Deadly Force 4.1

and secondary firearms as well as any off-duty firearms and other weapons carried in the performance of their official duties. Certification for all weapons [*firearms, chemical agents, special munitions delivery systems*, etc.] authorized and carried by department Officers will be conducted on a regular basis (MSLEAC 1.3.9,10,11). For further detail on weapons qualifications refer to the department's firearms training and qualification policy (MSLEAC 1.3.9,10,11).

Under no circumstance will Officers who are not certified with their respective weapons be allowed to carry those particular weapons.

**Allegations Against Staff:**

The agency's Chief Officer or his designee will investigate all allegations of improper use of force & deadly force by Officers and employees of this department. In cases where possible criminal acts are involved, the appropriate law enforcement agency or prosecutor's office will be notified.

**Policy Adoption:**

It is hereby agreed that this document is not to be construed as an interlocal agreement, but merely an agreement between the below listed agency heads to present said document to their respective boards for consideration. Each individual agency/board is free to adopt and/or amend this policy as their individual needs direct.

RC 2070

Policies and Procedures, Use of force & Deadly Force 4.1

**Use of Force Chart**



RESTRICTED LAW ENFORCEMENT DATA

RC 2071

West's Annotated Mississippi Code
    Title 63. Motor Vehicles and Traffic Regulations
        Chapter 7. Equipment and Identification
            General Provisions (Refs & Annos)

Miss. Code Ann. § 63-7-19

§ 63-7-19. Colored lights and alternating flashing headlights on certain vehicles

Effective: July 1, 2018
Currentness

(1)(a) Except as otherwise provided for unmarked vehicles under Section 19-25-15 and Section 25-1-87, every police vehicle shall be marked with blue lights. Every ambulance and special use EMS vehicle as defined in Section 41-59-3 shall be marked with red lights front and back and also may be marked with white and amber lights in addition to red lights. Every emergency management/civil defense vehicle, including emergency response vehicles of the Department of Environmental Quality, shall be marked with blinking, rotating or oscillating red lights. Official vehicles of a 911 Emergency Communications District may be marked with red and white lights. Every wrecker or other vehicle used for emergency work, except vehicles authorized to use blue or red lights, shall be marked with blinking, oscillating or rotating amber-colored lights to warn other vehicles to yield the right-of-way, as provided in Section 63-3-809. Only police vehicles used for emergency work may be marked with blinking, oscillating or rotating blue lights to warn other vehicles to yield the right-of-way. Only law enforcement vehicles, fire vehicles, private or department-owned vehicles used by firemen of volunteer fire departments which receive funds pursuant to Section 83-1-39 when responding to calls, emergency management/civil defense vehicles, emergency response vehicles of the Department of Environmental Quality, ambulances used for emergency work, and 911 Emergency Communications District vehicles may be marked with blinking, oscillating or rotating red lights to warn other vehicles to yield the right-of-way. This section shall not apply to school buses carrying lighting devices in accordance with Section 63-7-23.

(b) Emergency response vehicles listed in this subsection (1) are also authorized to use alternating flashing headlights when responding to any emergency.

(2) Any vehicle operated by a United States rural mail carrier for the purpose of delivering United States mail may be marked with two (2) amber-colored lights on front top of the vehicle and two (2) red-colored lights on rear top of the vehicle and alternatively or additionally may be marked with a white, flashing strobe light on the roof of the vehicle so as to warn approaching travelers to decrease their speed because of danger of colliding with the mail carrier as he stops and starts along the edge of the road, street or highway.

(3) Any sanitation vehicle operated by a county, municipality or other political subdivision of this state or by a contractor under contract with a county, municipality or other political subdivision of this state to collect solid waste, refuse or recyclable material may be marked with flashing or oscillating white- or amber-colored lights so as to warn approaching travelers to decrease speed because of the danger of colliding with the sanitation collection vehicle as it stops and starts along the road, street or highway.

(4) Any nonlaw enforcement vehicle being used to lead and facilitate the movement of a military funeral procession may be marked with blinking, rotating or oscillating purple lights. "Military funeral procession" means two (2) or more vehicles

RC 2072

accompanying the body of a deceased member of the United States Armed Forces, or traveling to the church, chapel or other location at which the funeral service or entombment is to be held.

(5) Any operator of an emergency vehicle authorized to be marked with blinking, rotating or oscillating lights in accordance with this section, shall use blinking, rotating or oscillating lights when operating the emergency vehicle at a speed in excess of thirty (30) miles per hour over the posted speed limit.

**Credits**

Laws 1948, Ch. 343, § 16; Laws 1950, Ch. 407, § 5; Laws 1962, Ch. 527, § 1; Laws 1964, Ch. 455, § 1; Laws 1970, Ch. 484, § 1; Laws 1979, Ch. 398, § 1; Laws 1987, Ch. 333, § 1; Laws 1994, Ch. 517, § 1; Laws 1995, Ch. 581, § 1, eff. July 1, 1995; Laws 2004, Ch. 425, § 5, eff. July 1, 2004; Laws 2006, Ch. 468, § 2, eff. from and after passage (approved March 23, 2006). Amended by Laws 2014, Ch. 314 (S.B. No. 2228), § 2, eff. July 1, 2014; Laws 2016, Ch. 461 (S.B. 2032), § 1, eff. July 1, 2016; Laws 2018, Ch. 451 (H.B. 1202), § 2, eff. July 1, 2018.

Miss. Code Ann. § 63-7-19, MS ST § 63-7-19

The Statutes and Constitution are current with laws from the 2019 Regular Session effective upon passage as approved through January 1, 2020. Some statute sections may be more current, see credits for details. The statutes are subject to changes provided by the Joint Legislative Committee on Compilation, Revision and Publication of Legislation.

---

**End of Document**

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

RC 2073