**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**_____2023011577_____

**FROM:** Officer ____Christian Dedmon____    **S.O. NUMBER:** ____R-12____

**TO:**    Sheriff Bailey

**VIA:** ____B. Mcalpin_____    **S.O. NUMBER:** ____R-4____
                    *Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Taser_____    Date of incident: _1_ / _24_ / _23_

Serious injury/death involved? Yes ☑ No ☐    AMR/Rescue on scene? Yes ☑ No ☐

Injured taken to: ____UMC_____    by: ____Pafford_____

Day time ☐    Night time ☑    Investigator Called: __MBI_____

Other Officers, witnesses to the incident: ____Elward_____
*(List badge number if officer, list contact phone*    ____Obdyke_____
*number if civilian.)*    ____Middleton_____
                    _____
                    _____

Type of call: ____Narcotics arrest_____
                *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☑    No ☐

Taken by: _____MBI_____    *(Attach copy of photos to this report.)*

\* Taser downloaded: _1_ / _25_ / _23_ _____Hrs. By:_____Chief Thornton_____
                    *Date*                *Time*

EXHIBIT 10    RC 1824

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____ 2023011577 _____

Circumstances surrounding the use of force:

01/24/2023 While taking a male later identified as Michael Jenkins into custody for possession

of methamphetamine, and resisting arrest I deployed my Taser to prevent Jenkins from

running into the house any further for officer safety. Once Jenkins fell to the ground verbal

commands were given which were not followed. During the altercation while continuing to

use my taser I was able to get Jenkins in hand hand restraints. See PTS report for further.

_____    16:18 Hrs.    01 / 27 / 23
Officer's Signature              Time         Date

_____    1/27/23
Shift Supervisor's Signature    Date

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**      2022100799

**FROM:** Officer    Christian Dedmon                    **S.O. NUMBER:**    R-12

**TO:**   Sheriff Bailey

**VIA:**    Chief McAlpin                    **S.O. NUMBER:**    R-4
             *Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used:          Hands/ Taser          Date of incident: 10 / 12 / 22

Serious injury/death involved? Yes ☐  No ☑      AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to:    Merrit Rankin/ jail          by:   Hunter Brown

Day time ☐   Night time ☑   Investigator Called:   Chief Mcalpin

Other Officers, witnesses to the incident:    Ricky Davis
*(List badge number if officer, list contact phone*    Hunter Brown
*number if civilian.)*

Type of call:   Felony arrest for methamphetamine while in possession of firearm
                *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐   No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

* Taser downloaded: ____/____/____   _____Hrs. By:_____
                      *Date*         *Time*

RC 1826

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____ 2022-100799 _____

Circumstances surrounding the use of force:

On 10/12/2022 after placing Blake Grisham under arrest for possessing methamphetamine on his persons Grisham became very irate about getting into the back of the patrol vehicle for transport to the Rankin County Jail. After numerous times of me telling Grisham to sit in the back of car, he refused and I began physically pushing Grisham in the back of the car by his shoulders, during this Grisham sat on the seat of the car, and began kicking me in the stomach. I drive stunned Grisham on the calf muscle area of his leg, and which time he placed both legs inside of the car and stopped kicking me. Upon arriving at the Rankin County Jail Grisham complained of hip pain, and was taken to Merrit Rankin. The Dr. at Merrit Rankin emergency room had X-rays taken of Grisham's area's of complaints, and determined their to be no issue. Grisham was then transported back to Rankin County Jail without incident and booked on several charges.

_____    _0948_ Hrs.    _10_/_12_/_22_
Officer's Signature                          Time            Date

_____ R-2    _/0_/_12_/_22_
Shift Supervisor's Signature                  Date

RC 1827

Agency: RCSO          Incident No: 2022100799

Author: DEDMON, CHRISTIAN LEE

Entered Date/Time: 10/12/2022  9:49     Report Type/Sequence: I    1

Title: **DEDMON R-12**

Complainant(s): Investigator Christian Dedmon

Offense: Possession of methamphetamine while in possession of a firearm. Numerous misdemeanors

Victim Name: Rankin County Sheriff's Department

Suspect/Arrestee Name: Blake Grisham

Evidence: 1 bag of methamphetamine. 1gun

Narrative:

On 10/12/2022, I Investigator Dedmon, came in contact with Blake Grisham while conducting a safety checkpoint on Florence Byram Road. Upon coming in contact with Grisham I asked that he provide his drivers license and proof of insurance which he could not do. Grisham told me that he never had a drivers license and had no excuse for the insurance.

I asked Grisham to exit his vehicle and explained to him that he was under arrest for driving without a license, and no liability insurance. While clearing the persons of Grisham I located methamphetamine in the small " watch pocket" of his blue jeans. Grisham became irate explaining that the methamphetamine was not his and he was not aware of it being there. I explained to Grisham that being it was in the pocket of the blue jeans he was wearing that he would be charged with it.

On the drivers seat of the vehicle was a Kimber .380 caliber handgun bearing serial number P0007370. Grisham told me that the firearm was his and despite being charged of numerous felonies that he was not convicted of any. I explained to Grisham the enhancement of possessing methamphetamine and he still stated that the methamphetamine in his pocket was not his.

While in hand restraints I had Grisham stand on the side of the roadway near my vehicle to await the arrival of a transport unit. Upon the arrival of Deputy Brown I escorted Grisham to his passenger side rear seat to place Grisham in the vehicle for transport to the Rankin County Jail. Upon opening the door Grisham explained that he was not getting in the car, and that he thought he thought I was an "ass hole" for not allowing him to have his phone while being transported. I explained to Grisham numerous times to sit in the vehicle or he would be physically put in the vehicle and obtain more charges.

Grisham continued to speak vulgar, and refused to comply. I began shoving Grisham in the rear seat of the patrol vehicle by pushing on his shoulders and the side of his body. Once Grisham was halfway in the vehicle sitting down with his legs still out he began kicking me in my stomach. I then drive stunned Grisham in the calf muscle area of his leg. Upon the taser touching him Grisham snatched his legs into the vehicle and I was able to close the door without any further incident.

Upon arrival at the Rankin County Jail Grisham explained to the jail staff that I broke his hip. Grisham was then transported to Meritt Health Rankin Campus where the ER Doctor

RC 1828

**Agency: RCSO**          **Incident No: 2022100799**

**Author: DEDMON, CHRISTIAN LEE**

**Entered Date/Time: 10/12/2022   9:49      Report Type/Sequence: I    1**

**Title: DEDMON R-12**

had X-ray's taken among other test and told us there was no issue, or anything broken. Grisham was then transported back to the Rankin County Jail and booked on his charges.

 Once being booked the jail staff called and told me they located a methamphetamine pipe on his persons that I overlooked. I collected the pipe and it was also placed into evidence.

**END---**

RC 1829

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 3891 | 10 Aug 2022 23:42:05 | Safe | 4 | 29 | 91 |
| 3892 | 18 Aug 2022 20:26:45 | Armed | | 28 | 91 |
| 3893 | 18 Aug 2022 20:26:45 | Safe | 0 | 28 | 91 |
| 3894 | 09 Sep 2022 00:05:31 | Armed | | 25 | 90 |
| 3895 | 09 Sep 2022 00:05:32 | Safe | 1 | 25 | 90 |
| 3896 | 09 Sep 2022 03:03:48 | Armed | | 25 | 90 |
| 3897 | 09 Sep 2022 03:03:48 | Trigger | 1 | | 90 |
| 3898 | 09 Sep 2022 03:03:49 | Safe | 1 | 26 | 90 |
| 3899 | 17 Sep 2022 22:01:49 | Armed | | 27 | 90 |
| 3900 | 17 Sep 2022 22:01:49 | Trigger | 1 | | 90 |
| 3901 | 17 Sep 2022 22:01:50 | Safe | 1 | 27 | 90 |
| 3902 | 22 Sep 2022 00:20:03 | Armed | | 26 | 89 |
| 3903 | 22 Sep 2022 00:20:19 | Trigger | 2 | | 89 |
| 3904 | 22 Sep 2022 00:20:21 | Safe | 18 | 27 | 89 |
| 3905 | 12 Oct 2022 00:00:26 | Armed | | 22 | 88 |
| 3906 | 12 Oct 2022 00:00:27 | Trigger | 1 | | 88 |
| 3907 | 12 Oct 2022 00:00:27 | Safe | 1 | 21 | 88 |
| 3908 | 17 Oct 2022 22:40:03 | Armed | | 21 | 88 |
| 3909 | 17 Oct 2022 22:40:04 | Trigger | 1 | | 88 |
| 3910 | 17 Oct 2022 22:40:05 | Safe | 2 | 22 | 88 |
| 3911 | 17 Oct 2022 22:40:12 | Armed | | 21 | 88 |
| 3912 | 17 Oct 2022 22:40:16 | Trigger | 2 | | 88 |
| 3913 | 17 Oct 2022 22:40:18 | Safe | 6 | 21 | 88 |
| 3914 | 07 Nov 2022 22:32:45 | Armed | | 24 | 87 |
| 3915 | 07 Nov 2022 22:32:51 | Safe | 6 | 24 | 87 |
| 3916 | 09 Nov 2022 21:39:07 | Armed | | 20 | 87 |
| 3917 | 09 Nov 2022 21:39:18 | Safe | 11 | 21 | 87 |
| 3918 | 16 Nov 2022 20:46:24 | Armed | | 22 | 86 |
| 3919 | 16 Nov 2022 20:46:24 | Trigger | 1 | | 86 |
| 3920 | 16 Nov 2022 20:46:25 | Safe | 1 | 22 | 86 |

RC 1830

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____2022072063_____

**FROM:** Officer ____C. Dedmon____    **S.O. NUMBER:** ___R-12___

**TO:**  Sheriff Bailey

**VIA:** ___B. McAlpin___    **S.O. NUMBER:** ___R-4___
       *Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Taser_____    Date of incident: _07_ / _31_ / _22_

Serious injury/death involved? Yes ☐ No ☑    AMR/Rescue on scene? Yes ☑ No ☐

Injured taken to: ___Jail___    by: ___Reservoir Pd___

Day time ☐    Night time ☑    Investigator Called: ___Mcalpin___

Other Officers, witnesses to the incident:    ___Middleton___
*(List badge number if officer, list contact phone*    ___Stickman___
*number if civilian.)*    ___Elward___
       ___Sanford___
       _____

Type of call: ___Barricaded suspect___
       *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐    No ☑

Taken by: _____    *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____    _____Hrs. By:_____
       *Date*       *Time*

RC 1831

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____ 2022072063 _____

Circumstances surrounding the use of force:

07/31/2022 Rankin County SRT was dispatched to Windrose for a barricaded subject.

Upon making entry of the apartment the suspect was located under a bed upstairs. After

numerous commands to exit from under the bed Jeffrey Beasley refused. I then deployed

Deputy Stickmans taser into Beasley and he exited from under the bed and was taken into

custody without any further incident.

Officer's Signature

Shift Supervisor's Signature

_1150_ Hrs.
Time

_8_ / _1_ / _22_
Date

_06_ / _01_ / _22_
Date

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1011 | 25 Jul 2022 18:31:28 | Armed | | 30 | 44 |
| 1012 | 25 Jul 2022 18:31:31 | Trigger | 1 | | 44 |
| 1013 | 25 Jul 2022 18:31:32 | Safe | 4 | 29 | 44 |
| 1014 | 26 Jul 2022 15:51:34 | USB Connected | | | |
| 1015 | 26 Jul 2022 15:45:10 | Time Sync | 26 Jul 2022 15:51:36 to 26 Jul 2022 15:45:10 | | |
| 1016 | 26 Jul 2022 15:54:36 | Armed | | 31 | 44 |
| 1017 | 26 Jul 2022 15:54:38 | Safe | 2 | 31 | 44 |
| 1018 | 29 Jul 2022 22:53:39 | Armed | | 30 | 44 |
| 1019 | 29 Jul 2022 22:53:41 | Safe | 2 | 31 | 44 |
| 1020 | 29 Jul 2022 22:53:46 | Armed | | 30 | 44 |
| 1021 | 29 Jul 2022 22:53:48 | Trigger | 1 | | 44 |
| 1022 | 29 Jul 2022 22:53:49 | Safe | 3 | 31 | 44 |
| 1023 | 29 Jul 2022 22:53:57 | Armed | | 31 | 44 |
| 1024 | 29 Jul 2022 22:54:00 | Trigger | 1 | | 44 |
| 1025 | 29 Jul 2022 22:54:00 | Safe | 3 | 31 | 44 |
| 1026 | 31 Jul 2022 22:02:01 | Armed | | 33 | 44 |
| 1027 | 31 Jul 2022 22:02:07 | Safe | 6 | 32 | 44 |
| 1028 | 31 Jul 2022 22:02:15 | Armed | | 34 | 44 |
| 1029 | 31 Jul 2022 22:02:16 | Trigger | 7 | | 44 |
| 1030 | 31 Jul 2022 22:02:23 | Safe | 8 | 34 | 43 |
| 1031 | 31 Jul 2022 22:02:24 | Armed | | 34 | 43 |
| 1032 | 31 Jul 2022 22:02:24 | Trigger | 1 | | 43 |
| 1033 | 31 Jul 2022 22:02:25 | Safe | 1 | 34 | 43 |
| 1034 | 04 Aug 2022 13:47:51 | Armed | | 27 | 43 |
| 1035 | 04 Aug 2022 13:47:52 | Safe | 1 | 28 | 43 |
| 1036 | 09 Aug 2022 13:31:15 | Armed | | 27 | 43 |
| 1037 | 09 Aug 2022 13:31:16 | Safe | 1 | 27 | 43 |
| 1038 | 17 Aug 2022 15:06:04 | Armed | | 29 | 43 |
| 1039 | 17 Aug 2022 15:06:07 | Safe | 3 | 30 | 43 |
| 1040 | 22 Aug 2022 21:42:49 | Armed | | 29 | 42 |

RC 1833

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____2022041430_____

**FROM:** Officer ____C. Dedmon_____    **S.O. NUMBER:** ____R-12___

**TO:**    Sheriff Bailey

**VIA:** _____Chief McAlpin_____    **S.O. NUMBER:** _____R-4____
    *Shift Supervisor*

**SUBJECT: <u>USE OF FORCE</u>**
*<u>For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less</u>*
*<u>than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less</u>*
*<u>lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).</u>*

Type of weapon(s) used: _____Taser_____  Date of incident: _04_/ _20_ / _22_

Serious injury/death involved? Yes☐  No ☑    AMR/Rescue on scene? Yes☐  No☑

Injured taken to: ___Jail_____ by:___Ellis R-73_____

Day time☐   Night time☑   Investigator Called: __McAlpin_____

Other Officers, witnesses to the incident:    none _____
*(List badge number if officer, list contact phone*    _____
*number if civilian.)*    _____
    _____
    _____

Type of call: __Felony arrest for methamphetamine_____
        *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐   No☑

Taken by: _____ *(Attach copy of photos to this report.)*

* Taser downloaded: ____/____/____  _____Hrs. By:_____
        *Date*        *Time*

RC 1834

**Agency:** RCSO          **Incident No:** 2022041430

**Author:** DEDMON, CHRISTIAN LEE

**Entered Date/Time:** 4/21/2022  16:24     **Report Type/Sequence:** I    1

**Title:** **DEDMON R-12**

04/20/2022

 On the above date I, Investigator Dedmon, responded to 116 Russel St in reference to two individuals being at the residence without the owners permission whom is in the custody of the Rankin County Jail. Upon arrival I came in contact with Justin Seaton and Andrea D

 While speaking with them on the front porch where they were sitting I noticed a small bag containing methamphetamine on a table located by the front door of the residence. Upon bringing it their attention Dettore began running on foot. I deployed my Taser into the back of Dettore where she fell to the ground and was placed under arrest without any further i

 I then went back to Seaton and placed him in hand restraints as well. Upon reading both individuals their miranda warning they explained they traveled to Jackson to purchase the methamphetamine for the both of them to use.

 Dettore stated that she did not think William Lott whom owns the residence would mind if she was there. Both Dettore and Seaton were transported to Rankin County Jail for possession of a schedule II controlled substance. Dettore was also charged with Failure to comply with a lawful order.

 All evidence was secured at the Rankin County Sheriff's Office.

END OF REPORT---

RC 1835

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 3801 | 16 Apr 2022 00:03:57 | Safe | 3 | 24 | 98 |
| 3802 | 16 Apr 2022 00:04:03 | Armed | | 24 | 98 |
| 3803 | 16 Apr 2022 00:04:05 | Trigger | 1 | | 98 |
| 3804 | 16 Apr 2022 00:04:06 | Safe | 3 | 23 | 98 |
| 3805 | 20 Apr 2022 19:34:33 | Armed | | 27 | 98 |
| 3806 | 20 Apr 2022 19:34:34 | Safe | 1 | 27 | 98 |
| 3807 | 20 Apr 2022 20:34:57 | Armed | | 27 | 98 |
| 3808 | 20 Apr 2022 20:35:05 | Safe | 8 | 27 | 98 |
| 3809 | 20 Apr 2022 20:35:07 | Armed | | 27 | 98 |
| 3810 | 20 Apr 2022 20:35:07 | Trigger | 1 | | 98 |
| 3811 | 20 Apr 2022 20:35:08 | Safe | 1 | 27 | 98 |
| 3812 | 20 Apr 2022 20:35:16 | Armed | | 27 | 98 |
| 3813 | 20 Apr 2022 20:35:16 | Safe | 0 | 28 | 98 |
| 3814 | 20 Apr 2022 20:58:09 | Armed | | 28 | 98 |
| 3815 | 20 Apr 2022 20:58:09 | Trigger | 1 | | 98 |
| 3816 | 20 Apr 2022 20:58:09 | Safe | 0 | 27 | 98 |
| 3817 | 20 Apr 2022 21:55:33 | Armed | | 25 | 98 |
| 3818 | 20 Apr 2022 21:55:34 | Trigger | 1 | | 98 |
| 3819 | 20 Apr 2022 21:55:35 | Safe | 2 | 25 | 98 |
| 3820 | 20 Apr 2022 21:55:39 | Armed | | 26 | 98 |
| 3821 | 20 Apr 2022 21:55:39 | Trigger | 1 | | 98 |
| 3822 | 20 Apr 2022 21:55:40 | Safe | 1 | 25 | 98 |
| 3823 | 28 Apr 2022 20:08:23 | Armed | | 27 | 98 |
| 3824 | 28 Apr 2022 20:08:48 | Safe | 25 | 28 | 97 |
| 3825 | 02 May 2022 23:25:04 | Armed | | 27 | 97 |
| 3826 | 02 May 2022 23:25:04 | Trigger | 1 | | 97 |
| 3827 | 02 May 2022 23:25:05 | Safe | 1 | 27 | 97 |
| 3828 | 05 May 2022 00:10:17 | Armed | | 28 | 97 |
| 3829 | 05 May 2022 00:10:18 | Trigger | 1 | | 97 |
| 3830 | 05 May 2022 00:10:19 | Safe | 2 | 29 | 97 |

RC 1836

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**_____2022021473_____

**FROM:** Officer ____Christian Dedmon_____    **S.O. NUMBER:** ____R-12____

**TO:**    Sheriff Bailey

**VIA:** ____B. McAlpin_____    **S.O. NUMBER:** ____R-4____
_____Shift Supervisor_

**SUBJECT: <u>USE OF FORCE</u>**
_<u>For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).</u>_

Type of weapon(s) used: _____Taser_____    Date of incident: _02_/_21_/_22_

Serious injury/death involved? Yes☐  No☑    AMR/Rescue on scene? Yes☐  No☑

Injured taken to: ___Jail_____    by:__Lewis R-94_____

Day time☐    Night time☑    Investigator Called: __McAlpin_____

Other Officers, witnesses to the incident:    Elward_____
_(List badge number if officer, list contact phone_    Stickman_____
_number if civilian.)_    _____
    _____
    _____

Type of call: __Controlled purchase of narcotics_____
_____(i.e. vehicle stop, domestic violence, pursuit, etc.)_

Photographs taken of parties involved (_physical injuries <u>will</u> be photographed_)? Yes ☐    No☑

Taken by: _____    (_Attach copy of photos to this report._)

* Taser downloaded: _02_/_22_/_22_ _____Hrs. By:_____
_____Date_____Time

RC 1837

**Rankin County Sheriff's Department – Use of Force Report**                      **Page 2**

Incident Number: _____ 2022021473 _____

Circumstances surrounding the use of force:

Upon making contact with Flores after he sold methamphetamine to place him under arrest

he ran down a hallway and refused to stop or show me his hands. Flores was tased in the back

where he fell to the ground and was placed in hand restraints without any further incident.

While falling to the ground it appeared cut the top of his left eye which had a piercing in to.

Flores refused medical attention and the small wound was observed by the jail nursing staff.

_____

Officer's Signature                    1205 Hrs.    2/ 24/ 22
                                       Time          Date

_____

Shift Supervisor's Signature           __/__/__
                                        Date

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 3741 | 02 Feb 2022 22:22:51 | Safe | 7 | 28 | 94 |
| 3742 | 03 Feb 2022 01:36:47 | Armed | | 25 | 94 |
| 3743 | 03 Feb 2022 01:37:07 | Safe | 20 | 25 | 93 |
| 3744 | 03 Feb 2022 01:53:08 | Armed | | 25 | 93 |
| 3745 | 03 Feb 2022 01:53:12 | Safe | 4 | 25 | 93 |
| 3746 | 06 Feb 2022 17:52:27 | Armed | | 18 | 93 |
| 3747 | 06 Feb 2022 17:52:28 | Safe | 1 | 18 | 93 |
| 3748 | 16 Feb 2022 15:37:19 | Armed | | 29 | 93 |
| 3749 | 16 Feb 2022 15:37:20 | Safe | 1 | 28 | 93 |
| 3750 | 16 Feb 2022 15:37:31 | Armed | | 28 | 93 |
| 3751 | 16 Feb 2022 15:37:31 | Trigger | 5 | | 93 |
| 3752 | 16 Feb 2022 15:37:36 | Safe | 5 | 29 | 93 |
| 3753 | 21 Feb 2022 20:51:08 | Armed | | 25 | 92 |
| 3754 | 21 Feb 2022 20:51:11 | Trigger | 4 | | 92 |
| 3755 | 21 Feb 2022 20:51:15 | Safe | 7 | 26 | 92 |
| 3756 | 23 Feb 2022 10:45:08 | Armed | | 21 | 92 |
| 3757 | 23 Feb 2022 10:45:28 | Trigger | 3 | | 92 |
| 3758 | 23 Feb 2022 10:45:31 | Safe | 23 | 22 | 92 |
| 3759 | 26 Feb 2022 17:46:10 | Armed | | 17 | 92 |
| 3760 | 26 Feb 2022 17:46:10 | Safe | 0 | 16 | 92 |
| 3761 | 05 Mar 2022 20:22:24 | Armed | | 27 | 91 |
| 3762 | 05 Mar 2022 20:22:55 | Safe | 31 | 29 | 91 |
| 3763 | 05 Mar 2022 21:28:55 | Armed | | 24 | 91 |
| 3764 | 05 Mar 2022 21:49:03 | PowerSave | 20 Min Weapon Timer | | |
| 3765 | 14 Mar 2022 01:05:03 | PowerSave Exit | | | |
| 3766 | 24 Mar 2022 15:16:26 | Power Magazine Change | Standard  S/N: 13NP5D  Battery capacity: 100% | | |
| 3767 | 24 Mar 2022 15:16:26 | Armed | | 26 | 100 |
| 3768 | 24 Mar 2022 15:16:27 | Trigger | 1 | | 100 |
| 3769 | 24 Mar 2022 15:16:28 | Safe | 2 | 26 | 99 |
| 3770 | 25 Mar 2022 23:49:05 | Armed | | 21 | 99 |

RC 1839

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

INCIDENT NUMBER: _____ 2021-121915 _____

**FROM:** Officer ____ Christian Dedmon _____    **S.O. NUMBER:** ____ R-12 ____

**TO:**    Sheriff Bailey

**VIA:** _____ Chief McAlpin _____    **S.O. NUMBER:** ____ R-4 ____
_Shift Supervisor_

**SUBJECT: <u>USE OF FORCE</u>**
_For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less_
_than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less_
_lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.)._

Type of weapon(s) used: _____ Taser _____ Date of incident: _12_ / _30_ / _21_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ___ Jail _____    by:___ Richland PD _____

Day time ☐    Night time ☑    Investigator Called: __ Chief McAlpin _____

Other Officers, witnesses to the incident:    Davis R-25 _____
_(List badge number if officer, list contact phone_    Hamilton  Richland PD _____
_number if civilian.)_    Heartfield  Richland Pd _____
_____
_____

Type of call: __ Controlled purchase of narcotics/ felony fleeing _____
_(i.e. vehicle stop, domestic violence, pursuit, etc.)_

Photographs taken of parties involved _(physical injuries <u>will</u> be photographed)_? Yes ☐    No ☑

Taken by: _____ _(Attach copy of photos to this report.)_

* Taser downloaded: ____/____/____    _____Hrs. By:_____
_Date_    _Time_

_C. Dedmon R-12_

**Agency: RCSO**                **Incident No: 2021121915**

**Author: DEDMON, CHRISTIAN LEE**

**Entered Date/Time: 12/30/2021   2:43      Report Type/Sequence: I    1**

        **Title:  DEDMON R-12**

**12/30/2021**

On the above date I, Investigator Dedmon, was assisting the Richland Police Department with a controlled purchase of narcotics at the Capitol Fuel service station. Once the exchange was complete Det. Hamilton advised us to move in to arrest the suspects. Once Richland units and myself activated our blue lights the suspect vehicle began fleeing from the scene.

Richland Police Department wa able to "pit" the vehicle on the Highway 49 frontage road. Once the vehicle could no longer operate the driver and passenger exited the vehicle and began to flee on foot. Richland Police Department deployed his K9 on the driver, and I used my Taser to stop the passenger.

Both individuals were then placed in hand restraints, and taken into custody by the Richland Police Department. This report is for use of force purposes only.

**END OF REPORT--**

RC 1841

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 3711 | 08 Nov 2021 19:06:36 | Safe | 2 | 24 | 98 |
| 3712 | 10 Nov 2021 20:53:43 | Armed | | 24 | 98 |
| 3713 | 10 Nov 2021 20:53:50 | Safe | 7 | 24 | 98 |
| 3714 | 09 Dec 2021 19:53:43 | Armed | | 23 | 97 |
| 3715 | 09 Dec 2021 19:53:57 | Safe | 14 | 23 | 97 |
| 3716 | 23 Dec 2021 01:33:33 | Armed | | 9 | 96 |
| 3717 | 23 Dec 2021 01:33:44 | Safe | 11 | 10 | 96 |
| 3718 | 23 Dec 2021 01:33:48 | Armed | | 11 | 96 |
| 3719 | 23 Dec 2021 01:33:52 | Safe | 4 | 10 | 96 |
| 3720 | 30 Dec 2021 00:34:24 | Armed | | 30 | 96 |
| 3721 | 30 Dec 2021 00:34:27 | Trigger | 5 | | 96 |
| 3722 | 30 Dec 2021 00:34:32 | Safe | 8 | 30 | 95 |
| 3723 | 30 Dec 2021 00:35:37 | Armed | | 29 | 95 |
| 3724 | 30 Dec 2021 00:35:47 | Trigger | 1 | | 95 |
| 3725 | 30 Dec 2021 00:35:48 | Safe | 11 | 31 | 95 |
| 3726 | 05 Jan 2022 23:45:15 | Armed | | 25 | 95 |
| 3727 | 05 Jan 2022 23:45:17 | Trigger | 1 | | 95 |
| 3728 | 05 Jan 2022 23:45:18 | Safe | 3 | 25 | 95 |
| 3729 | 14 Jan 2022 21:46:41 | Armed | | 18 | 95 |
| 3730 | 14 Jan 2022 21:46:43 | Safe | 2 | 18 | 95 |
| 3731 | 26 Jan 2022 23:02:17 | Armed | | 27 | 94 |
| 3732 | 26 Jan 2022 23:02:22 | Safe | 5 | 27 | 94 |
| 3733 | 26 Jan 2022 23:02:30 | Armed | | 27 | 94 |
| 3734 | 26 Jan 2022 23:02:31 | Trigger | 4 | | 94 |
| 3735 | 26 Jan 2022 23:02:34 | Safe | 4 | 28 | 94 |
| 3736 | 26 Jan 2022 23:02:36 | Armed | | 28 | 94 |
| 3737 | 26 Jan 2022 23:02:41 | Safe | 5 | 28 | 94 |
| 3738 | 02 Feb 2022 22:22:37 | Armed | | 28 | 94 |
| 3739 | 02 Feb 2022 22:22:40 | Safe | 3 | 28 | 94 |
| 3740 | 02 Feb 2022 22:22:44 | Armed | | 28 | 94 |

RC 1842

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____ 2021100819 _____

**FROM:** Officer ____ Christian Dedmon _____    **S.O. NUMBER:** ____ R-12 ____

**TO:**    Sheriff Bailey

**VIA:** ____ Brett McAlpin _____    **S.O. NUMBER:** _____ R-4 _____
_____ *Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less
than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less
lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____ Knee _____ Date of incident: 10 / 13 / 21

Serious injury/death involved? Yes ☐ No ☑    AMR/Rescue on scene? Yes ☐ No ☑

Injured taken to: ___ Jail _____    by: _____

Day time ☐   Night time ☑    Investigator Called: __ Dedmon/ McAlpin _____

Other Officers, witnesses to the incident:    _____
*(List badge number if officer, list contact phone*    _____
*number if civilian.)*    _____
_____
_____

Type of call: __ Disturbance _____
_____ *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐    No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

* Taser downloaded: ____/____/____    _____Hrs. By:_____
_____ *Date* _____ *Time*

*[signature]*

# RANKIN COUNTY SHERIFF'S OFFICE

PRINT DATE: 10/13/2021 **NUMBER: 2021100819** Page 6

Agency:  RCSO
Incident No:  2021100819

Author:  DEDMON, CHRISTIAN LEE
Title:  DEDMON R-12
Date Entered:  10/13/2021

Report Type:  I

On the above date I, Investigator Dedmon, responded to 251 Faye Drive, Rankin County Ms in reference to Tyler Morris making threats to kill himself, and destroying the residence. While en route the girlfriend Amanda Moreno explained that she was going to leave because she was scared and that Morris had a knife in his possession. A few minutes later while still traveling to said address Moreno told dispatch that Morris had now lit his vehicle on fire, and the front porch of the residence.

   Upon my arrival the vehicle bearing Mississippi tag 535494 was fully on fire, along with front porch of the mobile home. Morris was standing in the driveway with a beer and knife in his hand. At gun point I yelled for Morris to lay on the ground and drop the knife while I was approaching him. Morris refused to follow commands and I tackled him to the ground. While on the Ground Morris would not place his hands behind his back and i struck him on the side, rib cage area with my knee.

   Once I was able to get Morris secured he was placed into the back of Deputy Williams patrol vehicle, and Robin Hood Fire Department arrived on scene to put out the already explained fires. I completed a use of force report for the struggle of placing Morris under arrest and he was booked into Rankin County Jail on the charges of Arson, Disturbing the Family Peace, and Failure to comply with a Lawful order.

END OF REPORT---

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**_____ 2021-091185 _____

**FROM:** Officer _____Christian Dedmon_____    **S.O. NUMBER:** _____R-12_____

**TO:**    Sheriff Bailey

**VIA:** _____Brett McAlpin_____    **S.O. NUMBER:** _____R-6_____
   *Shift Supervisor*

**SUBJECT:  USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less*
*than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less*
*lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Hands /flashlight_____ Date of incident: _09_ / _17_ / _21_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☐   No ☑

Injured taken to: ___Jail_____    by:___R-66 Lewis_____

Day time ☐    Night time ☑    Investigator Called: __R-12 Dedmon/ Sheriff Bailey_____

Other Officers, witnesses to the incident:    Dedmon R-12_____
*(List badge number if officer, list contact phone*    Ghee R-131_____
*number if civilian.)*    White R-138_____
    Mackey R-130_____
    Picou R-23_____

Type of call: __Suspicious vehicle_____
   *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐    No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____  _____Hrs. By:_____
   *Date*    *Time*

RC 1845

Agency: RCSO                    Incident No: 2021091185

Author: DEDMON, CHRISTIAN LEE

Entered Date/Time:  9/18/2021   15:09      Report Type/Sequence:  I    1

Title:  **DEDMON R-12**

09/17/2021

On the above date, I Investigator Dedmon, along with other deputies were sitting stationary at the intersection of Highway 80, and Business Parkway awaiting a wrecker to remove a vehicle from a case we were working. While sitting stationary at the above listed location we noticed a vehicle pull off the side of the roadway into a driveway, which was later to determined to be a vacant residence.

After the tow company removed the vehicle, and we cleared the scene from our previous call Deputy Ghee and myself stopped to check on the above listed truck on the side of the roadway bearing Mississippi tag 1AI-7678. While Deputy Ghee was speaking with the driver later Identified as Deshay Oquinn, I approached the passenger side window. I could smell the strong odor of an intoxicating beverage  emitting from the vehicle. I could see a Bud light beer can at the feet of Oquinn, and I also noticed that Oquinn was lighting his cigarette backwards, being he was trying to light the filter end. As Deputy Ghee continued to speak with Oquinn  I noticed him to continuously reach for ignition as if he was going to start the vehicle. I told Oquinn that we needed him to exit the vehicle for officer safety. Oquinn had a blank stare on his face and acted as if we didn't exist. Oquinn then continued to try and light his cigarette. In a loud manner I told Oquinn if he did not exit his vehicle he would be removed and placed under arrest for failure to comply with a lawful order.

As Deputy Ghee attempted to open the drivers door, Oquinn made a fast movement and started his vehicle. within seconds the vehicle was in reverse, and began going backwards, as the vehicle started moving and turning he nearly struck Deputy Ghee. I ran back to my patrol vehicle to prepare to give chase, as Oquinn was attempting to flee. During this time Cpl. Picou and Deputy Mackey were arriving on scene, not knowing that Oquinn was attempting to flee and had nearly ran over a Deputy. As they were pulling up Oquinn slammed into their vehicles in reverse, and continued to hold the vehicle at  what sounded like full throttle, as his tires were spinning. During these actions the vehicle Oquinn was operating died. Once the vehicle was not operable Deputy Ghee, White, and Mackey were able to forcibly remove Oquinn from the truck and took him to the ground.

Once on the ground myself and Deputy Picou were able to make it to them. The first thing I noticed was Oquinns hand firmly around and object he was trying to pull from his waistband which quickly determined to be a firearm. At this time I began striking Oquinn in his back area with my flashlight. Once the firearm was safely taken out of the fight, Oquinn was still resisting arrest and attempting to reach in the front of his waistband on the opposite side from where the previous firearm was removed. I heard a Deputy yell that he had another gun and I began striking Oquinn in the face with a closed fist. Once the second firearm was removed Oquinn was finally placed in hand restraints.

Upon standing Oquinn up I advised the Deputies to clear his persons further. Inside of his pants pocket another firearm was located. Once nothing else was located on Oquinn he was placed in a patrol car and transported to Rankin County Jail by Deputy Lewis R-66. It has been determined that Oquinn has several felony convictions in that state of Mississippi for like wise crimes and is currently on federal probation.

The vehicle Oquinn was driving was secured at the Rankin County Sheriff's Office shop

RC 1846

**Agency:** RCSO                     **Incident No:** 2021091185

**Author:** DEDMON, CHRISTIAN LEE

**Entered Date/Time:**  9/18/2021   15:09     **Report Type/Sequence:** I    1

**Title:** DEDMON R-12

where a search warrant will be applied for on the next business day. All deputies, including myself have completed a use of force report. The firearms recovered from his persons have been secured at the Sheriff's Office.

Nothing further at this time.   ///EOR////

RC 1847

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____ 2021-061882 _____

**FROM:** Officer ____ Christian Dedmon _____    **S.O. NUMBER:** _____ R-12 _____

**TO:**    Sheriff Bailey

**VIA:** _____ Chief McAlpin _____    **S.O. NUMBER:** _____ R-4 _____
        *Shift Supervisor*

**SUBJECT: <u>USE OF FORCE</u>**
*<u>For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less</u>*
*<u>than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less</u>*
*<u>lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).</u>*

Type of weapon(s) used: _____ Hands / Fist _____ Date of incident: 06 / 29 / 21

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ___ Jail _____ by: ___ R-80 Cousins _____

Day time ☐    Night time ☑    Investigator Called: __ R-4 McAlpin _____

Other Officers, witnesses to the incident:          Shack _____
*(List badge number if officer, list contact phone*        Stickman _____
*number if civilian.)*                        Obdyke _____
                            Elward _____
                            Johnson _____

Type of call: __ Controlled purchase of narcotics _____
                *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐    No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____ _____Hrs. By:_____
            *Date*        *Time*

*T. Dedmon*
    *12-12*

# RANKIN COUNTY SHERIFF'S OFFICE

PRINT DATE: 06/29/2021      **NUMBER: 2021061882**      Page 5

Agency: RCSO
Incident No: 2021061882

Author: DEDMON, CHRISTIAN LEE
Title: DEDMON R-12
Date Entered: 6/29/2021

Report Type: I

06/29/2021

On the above date I, Investigator Dedmon, met with a confidential informant for the purpose of purchasing Fentanyl from Jacolby Hopkins. Hopkins explained he would sell 6 dosage units for $200.00. Arrangements were made to meet at the Walmart in Richland. I cleared the CI's Persons and vehicle of anything illegal and provided her with a recording device and $200.00 in photographed official funds.

After waiting several hours Hopkins arrived at the said location driving a small passenger car bearing Mississippi tag HNW-3652. Upon his arrival Hopkins approached the CI's vehicle. The CI was instructed by Hopkins to exit her vehicle and enter his. I was able to listen to the two of them on my recording device. I heard the CI ask Hopkins why he was pointing a gun at her, and Hopkins replied that he did not know who she was with. I order the CI to exit the vehicle for the extreme concern of her safety. The CI was able to make the exchange and retrieved 6 Dosage units of Fentanyl, Which is a schedule I controlled substance.

This particular dosage unit is a blue pill with the marking M-30. Over the past several months myself and surrounding agencies have worked several overdose deaths from this exact substance. Once the CI was back to her vehicle I along with marked and unmarked vehicles moved in to place Hopkins under arrest. I also put over our radio that Hopkins had a gun, and aimed it at the

Once Hopkins noticed we were trying to stop him he began fleeing the parking lot. Marked Rankin County Sheriff's Office vehicles were entering the parking lot and Hopkins began trying to push them out of the way using his vehicle. Once Hopkins vehicle was stopped we approached his car at gun point giving him verbal commands to exit the vehicle. Hopkins refused to comply, at which time he we began busting the glass out of his window's so that we would see him, and remove him.

While leaning into Hopkins driver window were he still possessed a firearm in his lap. I struck him in the face numerous times telling him to remove his hand from the firearm. At some point the firearm fell to the floor of the car and we were able to remove him from the vehicle. Once on the ground Hopkins began laying on his hands screaming that he was not going to Jail. After a short struggle, and Hopkins being Tased by Deputy Stickman, Hopkins was placed into hand restraints without any further i

Four more units of Fentanyl were located in his sock. My $200.00 in official funds were located in the driver seat. Under Miranda Hopkins explained that he worked for "McKesson Medical- Surgical Inc", and that's were he had been stealing this deadly medication to sell for his own personal profit. All evidence to include the narcotics, and firearm were secured at the Rankin County Sheriff's

-Sale of controlled substance, while in possession of firearm, within 15 feet of a church.
- Poss with intent to sell of a controlled substance, while in possession of firearm, within 15 feet of a

RC 1849

# RANKIN COUNTY SHERIFF'S OFFICE

**NUMBER: 2021061882**

church.- Aggravated assault on law enforcement
- Disorderly conduct
- Resisting arrest

END OF REPORT----

RC 1850

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



## USE OF FORCE REPORT

**INCIDENT NUMBER:**_____2021010407_____

**FROM:** Officer _____Christian Dedmon_____    **S.O. NUMBER:** _____R-12_____

**TO:**    Sheriff Bailey

**VIA:** _____Chief McAlpin_____    **S.O. NUMBER:** _____R-4_____
_____*Shift Supervisor*

**SUBJECT: <u>USE OF FORCE</u>**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less*
*than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less*
*lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Taser_____ Date of incident: _01_ / _07_ / _21_

Serious injury/death involved? Yes ☐  No ☑      AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ___Jail_____ by:___Williams R-64_____

Day time ☐    Night time ☑    Investigator Called: __Admin Notified_____

Other Officers, witnesses to the incident:    Mcalipin_____
*(List badge number if officer, list contact phone*    Davis_____
*number if civilian.)*    Middlton_____
    Stickman_____
    _____

Type of call: ___Pursuit of armed car jacking suspects in the stolen vehicle._____
_____*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐    No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

* Taser downloaded: _1_ / _8_ / _21_  _1600_ Hrs. By: _D. Thorton R-3_
_____*Date*_____*Time*

RC 1851

**Agency: RCSO**          **Incident No: 2021010407**

**Author: DEDMON, CHRISTIAN LEE**

**Entered Date/Time: 1/07/2021  21:20**      **Report Type/Sequence: I    1**

      **Title:  DEDMON R-12**

**01/07/2021**

On the above date I, Investigator Dedmon, along with several other deputies pursued a white stolen passenger car the was armed carjacked in the state of Alabama. Upon entering Rankin County the vehicle was pursued by Scott County Sheriff's Office. We gave chase along with Scott County. After several miles of speeds well over 100 miles an hour Chief McAlpin was able to use his vehicle to stop the pursuit.

Upon approaching the vehicle it was occupied by two black males. We began giving both subjects commands to exit the vehicle. I was on the drivers side and was giving the driver orders to let me see his hands, and exit the vehicle. Once out of the vehicle he laid on the ground were he began pushing his hand under the car. I deployed my taser striking the subject later identified as Eric White in the back. He was then placed in hand restraints without any further incident. Once White was secure I noticed a Glock 45 pistol bearing serial numcer YVV377 on the ground, half way under the car were white was placing his hands.

The passenger what also tased by Investigator Davis, see his use of force report for reasoning. The firearm was collected as evidence. The vehicle was towed  by the Rankin County Sheriff's Office.

After speaking with Lieutenant Pete Hicks of the Moody Police Department in Alabama he advised he would place a hold on both subjects for armed car jacking.

Lt. Pete Hicks
Moody Alabama Police Department
205-577-7235

NOTHING FURTHER AT THIS TIME----

RC 1852

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 3261 | 06 Jan 2021 23:48:19 | Safe | 2 | 22 | 65 |
| 3262 | 07 Jan 2021 19:44:58 | Armed | | 23 | 65 |
| 3263 | 07 Jan 2021 19:45:07 | Trigger | 7 | | 65 |
| 3264 | 07 Jan 2021 19:45:15 | Trigger | 10 | | 65 |
| 3265 | 07 Jan 2021 19:45:26 | Safe | 28 | 26 | 64 |
| 3266 | 07 Jan 2021 19:45:29 | Armed | | 26 | 64 |
| 3267 | 07 Jan 2021 19:45:29 | Trigger | 5 | | 64 |
| 3268 | 07 Jan 2021 19:45:34 | Safe | 5 | 26 | 64 |
| 3269 | 07 Jan 2021 19:45:35 | Armed | | 26 | 64 |
| 3270 | 07 Jan 2021 19:45:36 | Trigger | 7 | | 64 |
| 3271 | 07 Jan 2021 19:45:43 | Safe | 8 | 25 | 64 |
| 3272 | 07 Jan 2021 19:45:44 | Armed | | 26 | 64 |
| 3273 | 07 Jan 2021 19:45:46 | Safe | 2 | 25 | 64 |
| 3274 | 07 Jan 2021 19:45:47 | Armed | | 26 | 64 |
| 3275 | 07 Jan 2021 19:45:47 | Trigger | 3 | | 64 |
| 3276 | 07 Jan 2021 19:45:50 | Safe | 3 | 26 | 64 |
| 3277 | 07 Jan 2021 19:45:53 | Armed | | 26 | 64 |
| 3278 | 07 Jan 2021 19:45:53 | Trigger | 2 | | 64 |
| 3279 | 07 Jan 2021 19:45:55 | Safe | 2 | 26 | 64 |
| 3280 | 08 Jan 2021 15:58:23 | USB Connected | | | |
| 3281 | 08 Jan 2021 15:56:06 | Time Sync | 08 Jan 2021 15:58:24 to 08 Jan 2021 15:56:06 | | |
| 3282 | 08 Jan 2021 16:10:06 | Armed | | 21 | 64 |
| 3283 | 08 Jan 2021 16:10:07 | Safe | 1 | 21 | 64 |
| 3284 | 08 Jan 2021 17:16:52 | Armed | | 22 | 64 |
| 3285 | 08 Jan 2021 17:16:52 | Safe | 0 | 23 | 64 |
| 3286 | 08 Jan 2021 17:16:53 | Armed | | 22 | 64 |
| 3287 | 08 Jan 2021 17:16:54 | Safe | 1 | 23 | 64 |
| 3288 | 14 Jan 2021 02:06:30 | Armed | | 21 | 64 |
| 3289 | 14 Jan 2021 02:06:49 | Safe | 19 | 23 | 63 |
| 3290 | 18 Jan 2021 17:12:29 | Armed | | 22 | 63 |

RC-0358

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**_____2021010357_____

**FROM:** Officer _____Christian Dedmon_____    **S.O. NUMBER:** _____R-12_____

**TO:**    Sheriff Bailey

**VIA:** _____Chief McAlpin_____    **S.O. NUMBER:** _____R-4_____
             *Shift Supervisor*

**SUBJECT: <u>USE OF FORCE</u>**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Hands_____ Date of incident: _01_ / _06_ / _21_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ___Jail_____ by: ___Elward R-52_____

Day time ☐    Night time ☐    Investigator Called: ___Chief Mcalpin_____

Other Officers, witnesses to the incident: ___R. Davis R-25_____
*(List badge number if officer, list contact phone*    _____
*number if civilian.)*    _____
    _____
    _____

Type of call: ___Narcotic Complaint/ Felony arrest for narcotics_____
    *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐    No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

* Taser downloaded: ____/____/____    _____Hrs. By:_____
                          *Date*              *Time*

RC 1854

Agency: RCSO                Incident No: 2021010357

Author: DEDMON, CHRISTIAN LEE

Entered Date/Time: 1/07/2021   2:12    Report Type/Sequence: I    1

Title: **DEDMON R-12**

01/06/2021

On the above date I, Investigator Dedmon, responded to 113 Reagan Road in reference to reports of narcotic related activity. Upon arrival I came in contact with Robert Pinter on the front porch of the residence. I explained to Pinter why I was there and asked if had anything illegal on his persons. Pinter explained he did not. I asked Pinter if I could look into his pockets and he stated " do what you do". As I stuck my hand into his pocket and felt what I believed to be narcotics Pinter grabbed my arm and attempted to exit the porch.

As I grabbed Pinter to keep him from running we went backwards and both fell off of the porch. Once on ground Pinter was still attempting to keep me from retrieving methamphetamine, and after a short struggle I was able to place Pinter in hand restraints. Once in restraints I collected a glass pipe and nearly two grams of methamphetamine from his pocket. Pinter was transported to Rankin County Jail for possession of a schedule II controlled substance, possession of paraphernalia, and disorderly conduct.

The evidence was secured at the Sheriff's Office. A use of force was completed for the physical force of falling off the porch, and the struggle on the ground.

END OF REPORT--

RC 1855

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____ 2020-121928 _____

**FROM:** Officer ____ Christian Dedmon _____    **S.O. NUMBER:** ____ R-12 ____

**TO:** Sheriff Bailey

**VIA:** ____ Chief McAlpin _____    **S.O. NUMBER:** ____ R-4 ____
_Shift Supervisor_

**SUBJECT: USE OF FORCE**
_For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.)._

Type of weapon(s) used: _____ Flash Light _____ Date of incident: _12_ / _31_ / _20_

Serious injury/death involved? Yes ☐ No ☑    AMR/Rescue on scene? Yes ☑ No ☐

Injured taken to: ___ Jail _____ by: ___ David Ellis _____

Day time ☐    Night time ☑    Investigator Called: ___ Chief McAlpin _____

Other Officers, witnesses to the incident: ____ No one _____
_(List badge number if officer, list contact phone_     _____
_number if civilian.)_     _____
     _____
     _____

Type of call: ___ Vehicle accident/ Intoxicated Subject _____
_(i.e. vehicle stop, domestic violence, pursuit, etc.)_

Photographs taken of parties involved _(physical injuries will be photographed)_? Yes ☐    No ☑

Taken by: _____ None Taken _____ _(Attach copy of photos to this report.)_

* Taser downloaded: ____/____/____ _____Hrs. By:_____ Not used _____
_Date_     _Time_

RC 1856

# RANKIN COUNTY SHERIFF'S OFFICE

PRINT DATE: 01/03/2021                    **NUMBER: 2020121928**                    Page 5

Agency:   RCSO                      Author:   DEDMON, CHRISTIAN LEE
Incident No:   2020121928              Title:   DEDMON R-12
                              Date Entered:   1/03/2021                    Report Type:   I

12/31/2020

On the above date I, Investigator Dedmon, responded to the 100 block of Rolling Hills Blvd in reference to a vehicle accident. Dispatch explained that a witness on scene believed the driver to be intoxicated and that he was attempting to leave but the truck was stuck. Also while en route a complainant one street over called the Sheriff's Office and stated the Dexter Hosey took her vehicle, intoxicated, and without permission.

Upon arriving in the area I came in contact with a white later identified as Dexter Hosey walking on Rolling Hills Blvd. As I rolled my window down Hosey hollered " yea motherfucker you're looking for me". I exited my vehicle and began walking to Hosey. As i approached him I could see what I believed to be a gun in his front pocket. I grabbed Hosey's arm and asked him what was in his pocket and which point he snatched and put his hand on top of it. I then struck Hosey in the face with my flash light, and once he fell to ground I was able to place him in hand restraints without any further incident.

I had Pafford ambulance respond and check the welfare of Hosey and the vehicle owner was able to come retrieve the truck that Hosey wrecked. Upon Hosey being cleared by Pafford he was transported to Rankin County Jail were I signed affidavits against him for felon in possession of firearm, Failure to comply, and public drunk.  The firearm was secured at the Sheriff's Office.

The victim was explained the Justice Court process for unauthorized use of a motor vehicle.

END OF REPORT---

RC 1857

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____ 2020-120422 _____

**FROM:** Officer _____ C. Dedmon _____    **S.O. NUMBER:** _____ R-12 _____

**TO:**    Sheriff Bailey

**VIA:** _____ Chief Mcalpin _____    **S.O. NUMBER:** _____ R-4 _____
_____ Shift Supervisor

**SUBJECT: <u>USE OF FORCE</u>**
_For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less_
_than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less_
_lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.)._

Type of weapon(s) used: _____ Taser _____ Date of incident: _12_/_07_/_20_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☑  No ☐

Injured taken to: ___ Jail _____ by: ___ White R-98 _____

Day time ☐    Night time ☑    Investigator Called: __ Chief McAlpin R-4 _____

Other Officers, witnesses to the incident:  Corporal Shack R-96 _____
_(List badge number if officer, list contact phone_  Deputy White R-98 _____
_number if civilian.)_  _____
_____
_____

Type of call: __ Feloniously Fleeing _____
_(i.e. vehicle stop, domestic violence, pursuit, etc.)_

Photographs taken of parties involved _(physical injuries <u>will</u> be photographed)_? Yes ☐    No ☑

Taken by: _____ _(Attach copy of photos to this report.)_

* Taser downloaded: ____/____/____    _____Hrs. By:_____
_____ Date _____ Time

Agency: RCSO                    Incident No: 2020120422

Author: DEDMON, CHRISTIAN LEE

Entered Date/Time: 12/08/2020  0:02     Report Type/Sequence: I    1

Title: **DEDMON R-12**

**12/07/2020**

On the above date I, Investigator Dedmon, while traveling on Old Lake Road In Rankin County Ms, observed  a silver passenger car that did not have a functioning Tag Light, " Improper Equipment". Upon activating my emergency lights to make the traffic stop, I was advised by Rankin County Sheriff's Office Dispatch that the tag displayed on the vehicle did not come back to anything on NCIC.

Once my emergency lights were activated the vehicle began to accelerate at speeds over 100 Miles per hours on Old Lake Road which is a residential area, where she passed several vehicles in on-coming traffic. Once making it to Highway 18 the vehicle continued towards Shell Oil Road. Upon approaching the intersection of Shell Oil Road the vehicle lost control, but was able to get back on the roadway and continued to flee. The vehicle continued traveling on Shell Oil Road at speeds greater than 100 miles per hour.

As the vehicle approached the intersection of Star Road it lost control making a right turn. Corporal Shack and myself then tried to use our vehicles to keep the vehicle from traveling back onto the roadway. However the driver was able to reverse and get around us. Upon the vehicle getting back onto Star Road. Corporal Shack, and myself used our patrol vehicles to disable the vehicle.

As we tried to remove the white female driver later identified as Amanda Palmer she began trying to drive off once again using her vehicle to hit Corporal Shacks. I then opened her passenger door and deployed my taser into her side. While being tased Deputy White was able to open the drivers door and remove Palmer from the vehicle without any further incident.

Inside of the center console I located four (4) small bags of which all contained Methamphetamine. Also in the same compartment was a digital scales that contained residue, two glass pipes, with several more bags. Once Palmer was checked by medical she was read her Miranda Warning by me. Under Miranda she explained that she was going to sell methamphetamine to a friend in Robin Hood. She went on to say that once she saw me attempt to pull over she knew she was going to jail regardless so she chose to run in attempts to get away.

All of the evidence was secured at the Sheriff's Office, 49 Towing took possession of the vehicle, and a Use Of Force was completed due to me tasing her.

Amanda Palmer:
-Felony fleeing
-Possession with intent to sell of a schedule II controlled substance
-Possession of paraphernalia
-Disorderly conduct
-Resisting arrest

END OF REPORT---

RC 1859

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 3171 | 22 Nov 2020 21:50:16 | Armed | | 26 | 90 |
| 3172 | 22 Nov 2020 22:10:23 | PowerSave | 20 Min Weapon Timer | | |
| 3173 | 22 Nov 2020 23:12:23 | PowerSave Exit | | | |
| 3174 | 23 Nov 2020 00:14:42 | Armed | | 22 | 84 |
| 3175 | 23 Nov 2020 00:14:43 | Safe | 1 | 22 | 84 |
| 3176 | 23 Nov 2020 23:36:53 | Armed | | 16 | 84 |
| 3177 | 23 Nov 2020 23:36:55 | Safe | 2 | 18 | 84 |
| 3178 | 24 Nov 2020 20:14:07 | Armed | | 24 | 84 |
| 3179 | 24 Nov 2020 20:14:14 | Safe | 7 | 24 | 84 |
| 3180 | 24 Nov 2020 22:10:49 | Armed | | 25 | 84 |
| 3181 | 24 Nov 2020 22:11:07 | Safe | 18 | 26 | 84 |
| 3182 | 04 Dec 2020 14:10:08 | Armed | | 17 | 83 |
| 3183 | 04 Dec 2020 14:10:08 | Trigger | 1 \ | | 83 |
| 3184 | 04 Dec 2020 14:10:09 | Safe | 1 | 17 | 83 |
| 3185 | 07 Dec 2020 21:48:42 | Armed | | 21 | 83 |
| 3186 | 07 Dec 2020 21:48:45 | Trigger | 13 | | 83 |
| 3187 | 07 Dec 2020 21:48:59 | Safe | 17 | 22 | 83 |
| 3188 | 07 Dec 2020 21:49:22 | Armed | | 22 | 83 |
| 3189 | 07 Dec 2020 21:49:23 | Trigger | 1 | | 83 |
| 3190 | 07 Dec 2020 21:49:23 | Safe | 1 | 22 | 83 |
| 3191 | 07 Dec 2020 22:21:49 | Armed | | 17 | 83 |
| 3192 | 07 Dec 2020 22:21:50 | Safe | 1 | 17 | 83 |
| 3193 | 09 Dec 2020 20:40:41 | Armed | | 21 | 83 |
| 3194 | 09 Dec 2020 20:40:42 | Safe | 1 | 20 | 83 |
| 3195 | 10 Dec 2020 00:28:54 | Armed | | 25 | 83 |
| 3196 | 10 Dec 2020 00:28:55 | Safe | 1 | 25 | 83 |
| 3197 | 11 Dec 2020 19:08:25 | Armed | | 24 | 83 |
| 3198 | 11 Dec 2020 19:08:26 | Safe | 1 | 24 | 83 |
| 3199 | 14 Dec 2020 19:35:32 | Armed | | 19 | 82 |
| 3200 | 14 Dec 2020 19:35:32 | Safe | 0 | 19 | 82 |

RC 1860

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**_____2020091899_____

**FROM:** Officer ____Christian Dedmon_____    **S.O. NUMBER:** ____R-12____

**TO:**   Sheriff Bailey

**VIA:**_____Chief McAlpin_____    **S.O. NUMBER:** ____R-4____
       *Shift Supervisor*

**SUBJECT: <u>USE OF FORCE</u>**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Hands_____   Date of incident: _09_ / _29_ / _20_

Serious injury/death involved?  Yes☐  No☑      AMR/Rescue on scene?  Yes☐   No☑

Injured taken to: ___Jail_____   by:___White R-98_____

Day time☐    Night time☑    Investigator Called: __Chief McAlpin R-4_____

Other Officers, witnesses to the incident:   __Cpl. Shack R-96_____
*(List badge number if officer, list contact phone*   __Ricky Davis R-182_____
        *number if civilian.)*       _____
              _____
              _____

Type of call: __Arrest for felony possession of controlled substance / traffic stop_____
              *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*?  Yes ☐   No☑

Taken by: _____Not taken_____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____  _____Hrs. By:_____Not used_____
            *Date*        *Time*

RC 1861

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____2020091899_____

Circumstances surrounding the use of force:

 On the above listed date while attempting to arrest Xavier Davis For felony possession of a

 controlled substance he refused to place his hands behind his back once being ordered to, and

 being told he was under arrest. Davis began screaming that I was racist white cop and was

 wanting to kill him. After numerous verbal orders, I grabbed Davis by his arm in attempts to

 place him in hand restraints at which point he snatched away from continuing to scream. I

 then tackled Davis to the ground and continued to try and forcibly place his hands behind his

 back. With Davis continue to resist I struck him on time in the side with closed a fist. Davis

 then allowed me to place him restraints and was transported to Rankin County Jail without

 any further incident. See PTS report for further information involving this incident.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Officer's Signature | 0230 Hrs. | 09 / 30 / 20 |
| | Time | Date |

| Shift Supervisor's Signature | ____/____/____ |
| | Date |

RC 1862

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____ 2020-090556 _____

**FROM:** Officer _____ Christian Dedmon _____    **S.O. NUMBER:** _____ R-12 _____

**TO:**    Sheriff Bailey

**VIA:** _____ Chief McAlpin _____    **S.O. NUMBER:** _____ R-4 _____
_____ *Shift Supervisor*

**SUBJECT:** **USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less*
*than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less*
*lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____ Hands _____ Date of incident: _09_ / _04_ / _20_

Serious injury/death involved? Yes ☑ No ☐      AMR/Rescue on scene? Yes ☑ No ☐

Injured taken to: ___ UMC _____ by: __ Pafford _____

Day time ☑    Night time ☐    Investigator Called: __ Brandon PD _____

Other Officers, witnesses to the incident:    Wes Shivers _____
*(List badge number if officer, list contact phone*    John Johnson _____
*number if civilian.)*    Lt. Middleton _____
    Chief McAlpin _____
    _____

Type of call: __ Officer Involved Shooting _____
_____ *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐    No ☐

Taken by: _____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____    _____Hrs. By:_____
_____ *Date* _____ *Time*

RC 1863

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____ 2020-090556 _____

Circumstances surrounding the use of force:

On the above date the Rankin County Sheriff's Office Special Response Team was

Deployed to an address in the City Of Brandon, following an officer involved shooting. As

the team arrived on scene we began securing the perimeter of the residence. At some point a

a black male identified as the shooter exited the rear door of the residence holding a long sharp

piece of metal. He was given several orders to get on the ground and chose to run back into the

residence. At this time Investigator Shivers released his K9 Jack, along with Deputy Grogan

deploying a less than lethal .40mm foam round. Once the subject entered the back door of the

residence, the foam round, along with K9 took the suspect to the ground in the living room

floor. Myself along with other Deputies began trying to place the suspect in hand restraints

which we were not able to for a long period of time due to the suspect physically fighting us.

I began striking the suspect in the stomach, and growing with a closed fist until he was able to

be secured in restraints. Once in restraints the suspect still had to be held on the ground, due to

him continuing to resist arrest. Upon the arrival of Pafford the suspect was tied to a stretcher

and I left the scene.

_____

_____

_____

_____

_____    1630 Hrs.    09 / 09 / 20
*Officer's Signature*                  *Time*              *Date*

_____    ___/___/____
*Shift Supervisor's Signature*                 *Date*

RC 1864

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

INCIDENT NUMBER: _____ 2020-071386 _____

FROM: Officer _____ Christian Dedmon _____     S.O. NUMBER: _____ R-12 _____

TO:     Sheriff Bailey

VIA: _____ Brett McAlpin _____     S.O. NUMBER: _____ R-4 _____
         *Shift Supervisor*

SUBJECT: <u>USE OF FORCE</u>
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____ Taser _____  Date of incident: _07_ / _22_ / _20_

Serious injury/death involved? Yes ☐ No ☑     AMR/Rescue on scene? Yes ☐ No ☑

Injured taken to: ___ Jail _____  by: ___ Dedmon r-12 _____

Day time ☑  Night time ☐   Investigator Called: ___ N/A _____

Other Officers, witnesses to the incident:     Sgt. Paggart R-34 _____
*(List badge number if officer, list contact phone*     Cor. Smith R-74 _____
*number if civilian.)*                                   Lt. Middleton R-27 _____
                                                         _____
                                                         _____

Type of call: ___ Purchase of stolen property/ Felony Warrant _____
                     *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐  No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

\* Taser downloaded: _07_ / _23_ / _20_  _____ Hrs. By: _____
                         *Date*              *Time*

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____ 2020-071386 _____

Circumstances surrounding the use of force:

 07/22/2020 _____

 On the above date I, Investigator Dedmon, made arrangements with Cameron Kennedy to

 purchase property he stole from 538 Owen Boone Road on the same date. Upon coming in

 contact with Kennedy he was ordered to exit the vehicle and place his hands behind his back.

 Upon exiting the vehicle Kennedy snatched away from me in attempt to flee and placed both

 of his hands in the front of his waste band, Kennedy fell to the ground and was placed in

 hand restraints without any further incident.

_____     1650 Hrs.      07 / 22 / 20
Officer's Signature                                      Time              Date

_____        __/__/____
Shift Supervisor's Signature                  Date

RC 1866

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 2931 | 15 Jul 2020 22:41:47 | Safe | 1 | 25 | 99 |
| 2932 | 16 Jul 2020 22:28:48 | Armed | | 30 | 99 |
| 2933 | 16 Jul 2020 22:28:57 | Trigger | 5 | | 99 |
| 2934 | 16 Jul 2020 22:29:02 | Trigger | 4 | | 99 |
| 2935 | 16 Jul 2020 22:29:06 | Safe | 18 | 31 | 99 |
| 2936 | 20 Jul 2020 18:12:34 | Armed | | 31 | 99 |
| 2937 | 20 Jul 2020 18:12:49 | Safe | 15 | 31 | 99 |
| 2938 | 22 Jul 2020 14:12:56 | Armed | | 29 | 98 |
| 2939 | 22 Jul 2020 14:12:57 | Trigger | 2 | | 98 |
| 2940 | 22 Jul 2020 14:12:59 | Safe | 3 | 29 | 98 |
| 2941 | 22 Jul 2020 14:14:48 | Armed | | 32 | 98 |
| 2942 | 22 Jul 2020 14:14:48 | Trigger | 1 | | 98 |
| 2943 | 22 Jul 2020 14:14:48 | Safe | 0 | 31 | 98 |
| 2944 | 23 Jul 2020 08:16:24 | USB Connected | | | |
| 2945 | 23 Jul 2020 08:10:27 | Time Sync | 23 Jul 2020 08:16:25 to 23 Jul 2020 08:10:27 | | |
| 2946 | 23 Jul 2020 08:19:35 | Armed | | 28 | 98 |
| 2947 | 23 Jul 2020 08:19:36 | Safe | 1 | 27 | 98 |
| 2948 | 25 Jul 2020 21:22:29 | Armed | | 33 | 98 |
| 2949 | 25 Jul 2020 21:22:29 | Trigger | 1 | | 98 |
| 2950 | 25 Jul 2020 21:22:30 | Safe | 1 | 32 | 98 |
| 2951 | 25 Jul 2020 21:22:32 | Armed | | 33 | 98 |
| 2952 | 25 Jul 2020 21:22:32 | Trigger | 1 | | 98 |
| 2953 | 25 Jul 2020 21:22:32 | Safe | 0 | 33 | 98 |
| 2954 | 25 Jul 2020 21:22:41 | Armed | | 33 | 98 |
| 2955 | 25 Jul 2020 21:22:42 | Trigger | 1 | | 98 |
| 2956 | 25 Jul 2020 21:22:43 | Safe | 2 | 33 | 98 |
| 2957 | 25 Jul 2020 21:23:09 | Armed | | 33 | 98 |
| 2958 | 25 Jul 2020 21:23:09 | Trigger | 1 | | 98 |
| 2959 | 25 Jul 2020 21:23:09 | Safe | 0 | 33 | 98 |
| 2960 | 25 Jul 2020 21:23:26 | Armed | | 33 | 98 |

RC 1867

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 2931 | 15 Jul 2020 22:41:47 | Safe | 1 | 25 | 99 |
| 2932 | 16 Jul 2020 22:28:48 | Armed | | 30 | 99 |
| 2933 | 16 Jul 2020 22:28:57 | Trigger | 5 | | 99 |
| 2934 | 16 Jul 2020 22:29:02 | Trigger | 4 | | 99 |
| 2935 | 16 Jul 2020 22:29:06 | Safe | 18 | 31 | 99 |
| 2936 | 20 Jul 2020 18:12:34 | Armed | | 31 | 99 |
| 2937 | 20 Jul 2020 18:12:49 | Safe | 15 | 31 | 99 |
| 2938 | 22 Jul 2020 14:12:56 | Armed | | 29 | 98 |
| 2939 | 22 Jul 2020 14:12:57 | Trigger | 2 | | 98 |
| 2940 | 22 Jul 2020 14:12:59 | Safe | 3 | 29 | 98 |
| 2941 | 22 Jul 2020 14:14:48 | Armed | | 32 | 98 |
| 2942 | 22 Jul 2020 14:14:48 | Trigger | 1 | | 98 |
| 2943 | 22 Jul 2020 14:14:48 | Safe | 0 | 31 | 98 |
| 2944 | 23 Jul 2020 08:16:24 | USB Connected | | | |
| 2945 | 23 Jul 2020 08:10:27 | Time Sync | 23 Jul 2020 08:16:25 to 23 Jul 2020 08:10:27 | | |

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**_____2020071000_____

**FROM:** Officer ____Christian Dedmon_____    **S.O. NUMBER:** ____R-12____

**TO:**    Sheriff Bailey

**VIA:** _____Brett McAlpin_____    **S.O. NUMBER:** _____R4_____
                    *Shift Supervisor*

**SUBJECT: <u>USE OF FORCE</u>**
*<u>For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less</u>*
*<u>than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less</u>*
*<u>lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).</u>*

Type of weapon(s) used: _____Hands_____ Date of incident: _07_/_15_/_20_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ___Released from the scene_____ by:___Released from the scene_____

Day time ☑    Night time ☐    Investigator Called: _____

Other Officers, witnesses to the incident:    _____
*(List badge number if officer, list contact phone*    _____
*number if civilian.)*    _____
    _____
    _____

Type of call: ___Traffic stop / felony narcotics_____
                        *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐    No ☑

Taken by: _____N/A_____ *(Attach copy of photos to this report.)*

* Taser downloaded: ____/____/____ _____Hrs. By:_____Not Used_____
                    *Date*                *Time*

RC 1869

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____ 2020071000 _____

Circumstances surrounding the use of force:

While conducting a traffic stop on this date, a subject identified as Jonathan Barrett through

methamphetamine out of his window upon coming to stop which was later recovered as

evidence. Upon throwing the Methamphetamine out his window Barrett fled the scene on foot.

I was able to catch Barrett in a short distance and he was tackled to the ground and placed in

hand restraints without any further incident. Barrett had no obvious injuries, and did not

complain of any. See incident report for further.

_____

Officer's Signature                    21:23 Hrs.         07 / 15 / 20
                                       Time                Date

_____
Shift Supervisor's Signature           ___/___/___
                                        Date



**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

INCIDENT NUMBER:_____2020-050913_____

FROM: Officer ____Christian Dedmon_____    S.O. NUMBER: ____R-12____

TO:    Sheriff Bailey

VIA: ____Chief McAlpin_____    S.O. NUMBER: ____R-6____
                *Shift Supervisor*

SUBJECT:  <u>USE OF FORCE</u>
*<u>For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less
than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less
lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).</u>*

Type of weapon(s) used: _____Flash Light_____  Date of incident: _05_ / _15_ / _20_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☑  No ☐

Injured taken to: ____Hospital/ Jail_____  by:____Chief McAlpin_____

Day time ☐    Night time ☑    Investigator Called: __Chief McAlpin_____

Other Officers, witnesses to the incident:    _____
*(List badge number if officer, list contact phone*    _____
*number if civilian.)*    _____
    _____
    _____

Type of call: __Fleeing vehicle / felony_____
                *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐    No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____    _____Hrs. By:_____
                *Date*            *Time*

Agency: RCSO                    Incident No: 2020050913

Actor: DEDMON, CHRISTIAN LEE

Entered Date/Time:  5/17/2020   12:40      Report Type/Sequence:  I    1

Title:  **DEDMON R-12**

**05/15/2020**

 On the above date I, Investigator Dedmon, heard radio traffic from Deputy Tony Shack R-96 that he  actively had a vehicle fleeing from him on Interstate I-20 bearing Florida Tag JLEX19. Deputy Shack advised that they were traveling on I-20 East at speeds around 115 miles per hour. I began driving towards the pursuit to assist Deputy Shack. The pursuit went into Scott County at which time several departments within that jurisdiction began assisting him. The pursuit continued east on interstate I-20 until they reached the Newton exit which is exit 109. Upon taking the exit the subject continued to flee and was attempting to get back on Interstate to travel West.

 While trying to get back onto the interstate the subject rammed Deputy Shacks vehicle in an attempt to disable his vehicle or harm him and made it back onto the interstate traveling west. Deputy Shack then advised all responding deputies that he and the suspect were now coming west on interstate I-20 with speeds around 115 miles per hour. Upon reaching the Forrest exit Lt. Craig Williams was waiting with spike strips and was able to successfully use them to destroy one of the suspects tires which would cause his vehicle to slow down for public safety. After approximately two miles of the suspect continuing to flee on a flat tire he drove across the center median of Interstate I-20 now crossing in to on coming East traffic of the interstate driving off into the wood line on the other side of the interstate. Deputy Shack, myself, and other units assisting continued to follow the suspect through above listed locations.

 Once on the other side of the interstate the subject later identified as Lee Anthony Corentin began to flee on foot. Myself along with other units were able to tackle him to the ground about 100 yards into the woods. While I was on top the suspect he bagan grabbing my hands, kicking, and even reached for my firearm. Upon the subject pulling on my waist I struck him in the face with my flash light and was able to place him hand restraints without any further incident. Corentin was transported to the hospital and treated for minor injuries before being booked into the jail.

 It was at this time I heard an unknown officer screaming for help. I ran back to where the officer was yelling from on the side of the interstate and noticed deputy shack on the ground covered in blood and not responding. Deputy Dearman which is also a certified medic was giving aid to Deputy Shack and asked me to call for air care. Air care was not able to respond and Deputy Shack was transported by ambulance to UMC in Jackson. I learned through the investigation that while Deputy Shack was exiting his vehicle to apprehend  Corentin his vehicle was struck by another vehicle traveling east on Interstate I-20, the accident is being investigated by the Mississippi Highway Patrol. Due to Deputy Shacks injuries he is not able to do a report at this time.

Lee Anthony Corentin
Aggravated assault  on a law enforcement officer
Felony Fleeing.

EOR-

RC 1872

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**_____2020050459_____

**FROM:** Officer _____Inv. Christian Dedmon_____    **S.O. NUMBER:** _____R-12_____

**TO:**    Sheriff Bailey

**VIA:** _____Chief McAlpin_____    **S.O. NUMBER:** _____R-6_____
_____*Shift Supervisor*

**SUBJECT:** <u>USE OF FORCE</u>
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Hands_____    Date of incident: _05_/_08_/_20_

Serious injury/death involved?  Yes ☐  No ☑    AMR/Rescue on scene?  Yes ☐  No ☑

Injured taken to: ___Jail_____    by: ___R-84_____

Day time ☑    Night time ☐    Investigator Called: ___N/A_____

Other Officers, witnesses to the incident:    M. Brown R-51 _____
*(List badge number if officer, list contact phone*    _____
*number if civilian.)*    _____
_____
_____

Type of call: ___Disturbance_____
_____*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐    No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____    _____Hrs.  By:_____
_____*Date*_____*Time*

RC 1873

Agency: RCSO                Incident No: 2020050459

Author:  DEDMON, CHRISTIAN LEE

Entered Date/Time:  5/08/2020   15:56      Report Type/Sequence:  I    1

Title:  **DEDMON R-12**

**05/08/2020**

 On the above date I, Investigator Dedmon was dispatched to 303 Willow Run in reference to an intoxicated female attempting to kick the door in of her mothers residence. Upon arrival I could hear a female screaming "give me my fucking kid" and noticed the garage door had been severely damaged, and was forced open. I entered the residence and came in contact with a white female later identified as Brittany Copeland. Copeland had by this time kicked a hole in her mothers bedroom door attempting to enter the room. I explained to Copeland to sop kicking the door and walk towards me.

 Copeland began screaming at me to get the fuck out of her house that she was going to get her child. It was very obvious Copeland was intoxicated and after several attempts to calm Copeland I grabbed her arm to place her in hand restraints. Copeland became aggressive and started snatching away from me. Therefore I took Copeland to the ground and placed her in hand restraints. Copeland then had to be nearly carried to an outside patrol car. Copeland was then transported to Rankin County Jail without any further incident. I filed an affidavit with Rankin County Justice Court. I also completed an affidavit for the minimum use of force that was used to secure Copeland.

**Victim: Wendy Lesley**
**601-259-1864**

**EOR---**

RC 1874

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____ 2020-021658 _____

**FROM:** Officer ____ Christian Dedmon _____    **S.O. NUMBER:** ____ R-12 ____

**TO:** Sheriff Bailey

**VIA:** ____ Chief McAlpin _____    **S.O. NUMBER:** ____ R-6 ____
*Shift Supervisor*

**SUBJECT: <u>USE OF FORCE</u>**
*<u>For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).</u>*

Type of weapon(s) used: _____ Hands _____    Date of incident: _02_ / _27_ / _20_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☐  No☑

Injured taken to: ___ Jail _____    by: ___R-39 Wright_____

Day time ☐    Night time ☑    Investigator Called: __Rankin 6_____

Other Officers, witnesses to the incident:    John Wright R-39 _____
*(List badge number if officer, list contact phone* _____
*number if civilian.)* _____
_____
_____

Type of call: ___ Traffic stop _____
*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐    No☑

Taken by: _____    *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____    _____Hrs. By:_____
    *Date*        *Time*

RC 1875

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____2020-021658_____

Circumstances surrounding the use of force:

 On this date I, Investigator Dedmon, was conducting a traffic stop on Berry Drive. Upon

 making this traffic stop the driver later identified as Mylcom Lewis through a large bag

 out of the passenger window that was later collected and contained nearly 40 grams of

 marijuana. While attempting to recover the bag I became in a physical altercation with both

 Mycolm and his brother Cortez Lewis. Cortez attempted to leave the scene with the bag and

 was held on the ground by me. While holding Cortez Mycolm which was in hand restraints

 was able to take possession of the bag and began fleeing the scene on foot. I then left Cortez

 and tackled Mylcom to the ground. While on the ground with Mycolm I punched him with a

 closed fist out of fear there was a weapon in the bag, in attempts to regain control of him.

 Deputy Wright arrived on scene while myself and Mycolm were fighting on the ground and

 was able to help me secure him in Wrights vehicle. Cortez was also secured in the vehicle at

 this time as well.

_____

_____

_____

_____

_____

_____

_____

_____     1200 Hrs.     02 / 28 / 20
            *Officer's Signature*                    *Time*              *Date*

_____     ___/___/____
        *Shift Supervisor's Signature*              *Date*

RC 1876

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:**_____2020-021665_____

**FROM:** Officer ____Christian Dedmon_____    **S.O. NUMBER:** ____R-12____

**TO:**    Sheriff Bailey

**VIA:** ____Chief McAlpin_____    **S.O. NUMBER:** ____R-6____
*Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Taser_____ Date of incident: _02_ / _27_ / _20_

Serious injury/death involved?  Yes ☐  No ☑      AMR/Rescue on scene?  Yes ☐  No ☑

Injured taken to: ___Jail_____ by: ___Richland PD_____

Day time ☐    Night time ☑    Investigator Called: __Rankin 6_____

Other Officers, witnesses to the incident:    Brian Hamilton K2  "RPD"_____
*(List badge number if officer, list contact phone*    Lt. Mike Grissett    "RPD"_____
*number if civilian.)*    _____
_____
_____

Type of call: __Controlled Purchase of Narcotics_____
*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐    No ☑

Taken by: _____ *(Attach copy of photos to this report.)*

* Taser downloaded: _02_ / _28_ / _20_    _____Hrs. By:_____
                          *Date*                       *Time*

RC 1877

**Rankin County Sheriff's Department – Use of Force Report**                     **Page 2**

Incident Number: _____ 2020-021665 _____

Circumstances surrounding the use of force:

On this date I, Investigator Dedmon, was contacted by Richland Narcotics Unit to assist

with a controlled purchase of narcotics at the Richland Walmart. Upon being time to take the

suspect into custody the subject would not comply with several commands as to exiting his

vehicle. Due to Officer Safety I deployed my taser only striking the suspect with one lead upon

the taser being deployed the suspect was placed in hand restraints and secured without any

further incident. See PTS report for further.

_____                 _1148_ Hrs.          _02_ / _28_ / _20_
*Officer's Signature*                                                      *Time*                       *Date*

_____                 ___/___/____
*Shift Supervisor's Signature*                                        *Date*

RC 1878

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 2841 | 10 Jan 2020 10:59:07 | Safe | 1 | 24 | 49 |
| 2842 | 10 Jan 2020 10:59:34 | Armed | | 23 | 49 |
| 2843 | 10 Jan 2020 10:59:37 | Safe | 3 | 23 | 49 |
| 2844 | 10 Jan 2020 11:02:58 | Armed | | 24 | 49 |
| 2845 | 10 Jan 2020 11:03:00 | Safe | 2 | 23 | 49 |
| 2846 | 10 Jan 2020 11:03:18 | Armed | | 23 | 49 |
| 2847 | 10 Jan 2020 11:03:18 | Trigger | 1 | | 49 |
| 2848 | 10 Jan 2020 11:03:18 | Safe | 0 | 24 | 49 |
| 2849 | 10 Jan 2020 11:12:22 | USB Connected | | | |
| 2850 | 10 Jan 2020 20:08:33 | Armed | | 25 | 49 |
| 2851 | 10 Jan 2020 20:08:34 | Safe | 1 | 24 | 49 |
| 2852 | 11 Jan 2020 13:47:10 | Armed | | 27 | 49 |
| 2853 | 11 Jan 2020 13:47:10 | Safe | 0 | 27 | 49 |
| 2854 | 27 Jan 2020 23:25:03 | Armed | | 22 | 49 |
| 2855 | 27 Jan 2020 23:25:56 | Safe | 53 | 25 | 48 |
| 2856 | 07 Feb 2020 19:43:28 | Armed | | 24 | 48 |
| 2857 | 07 Feb 2020 19:43:35 | Safe | 7 | 24 | 48 |
| 2858 | 27 Feb 2020 20:45:50 | Armed | | 18 | 47 |
| 2859 | 27 Feb 2020 20:45:53 | Trigger | 1 | | 47 |
| 2860 | 27 Feb 2020 20:45:54 | Safe | 4 | 19 | 47 |
| 2861 | 31 Mar 2020 17:58:23 | Armed | | 26 | 45 |
| 2862 | 31 Mar 2020 17:58:24 | Trigger | 1 | | 45 |
| 2863 | 31 Mar 2020 17:58:24 | Safe | 1 | 26 | 45 |
| 2864 | 04 Apr 2020 20:19:36 | Armed | | 27 | 45 |
| 2865 | 04 Apr 2020 20:19:37 | Safe | 1 | 28 | 45 |
| 2866 | 04 Apr 2020 20:19:45 | Armed | | 28 | 45 |
| 2867 | 04 Apr 2020 20:19:47 | Trigger | 1 | | 45 |
| 2868 | 04 Apr 2020 20:19:47 | Safe | 2 | 27 | 45 |
| 2869 | 04 Apr 2020 20:20:01 | Armed | | 28 | 45 |
| 2870 | 04 Apr 2020 20:20:08 | Safe | 7 | 27 | 45 |

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

INCIDENT NUMBER:_____2020011749_____

FROM: Officer ____Christian Dedmon_____    S.O. NUMBER: ____R-12____

TO:    Sheriff Bailey

VIA: ____Chief Mcalpin_____    S.O. NUMBER: ____R-6____
            *Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: _____Hands_____ Date of incident: _01_/_27_/_20_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☐  No☑

Injured taken to: ___Rankin County Jail_____ by:___Cousin's R-80_____

Day time ☐    Night time ☑    Investigator Called: __N/A_____

Other Officers, witnesses to the incident:    _____
*(List badge number if officer, list contact phone*    _____
*number if civilian.)*    _____
    _____
    _____

Type of call: __Safety Checkpoint_____
            *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☐    No☑

Taken by: _____Not Taken_____ *(Attach copy of photos to this report.)*

* Taser downloaded: ____/____/____    _____Hrs. By:_____Not used_____
            *Date*        *Time*

RC 1880

**Rankin County Sheriff's Department – Use of Force Report**          **Page 2**

Incident Number: _____ 2020011749 _____

Circumstances surrounding the use of force:

On this date Seyed Razavi refused to exit his vehicle upon being given a lawful order to do so.

I had to forcibly remove Razavi from his vehicle. Upon pulling Razavi from the driver seat he

began snatching away from me and attempting to re enter his vehicle. I pushed Razavi against

his vehicle and was able to get him in hand restraints without any further physical incident. See

PTS report for further.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ R-12      0900 Hrs.      01 / 28 / 20
Officer's Signature                          Time           Date

_____            ___/___/___
Shift Supervisor's Signature                 Date

RC 1881

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** ____2020-011021____

**FROM:** Officer ____Christian Dedmon____    **S.O. NUMBER:** ____R-12____

**TO:**    Sheriff Bailey

**VIA:** ____Chief McAlpin____    **S.O. NUMBER:** ____R-6____
   *Shift Supervisor*

**SUBJECT:** <u>USE OF FORCE</u>
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: ____Hands____    Date of incident: _01_ / _15_ / _20_

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ___Jail_____ by: ___Wright R-39_____

Day time ☐    Night time ☑    Investigator Called: __Chief McAlpin R-6_____

Other Officers, witnesses to the incident:    ___None_____
*(List badge number if officer, list contact phone*
*number if civilian.)*

Type of call: __Narcotics Investigation_____
*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐    No ☑

Taken by: _____None_____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____    _____Hrs. By:_____Not Used_____
   *Date*                *Time*

RC 1882

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____2020011021_____

Circumstances surrounding the use of force:

On this date Mellisa Ball Fled in a vehicle from me while I was conducting a narcotics

investigation. Once she decided to stop, she exited the vehicle and began yelling vulgar words,

and refused to comply with my verbal commands. I then grabbed Ball's arms and attempted to

place her hands behind her back. During that time she snatched away and I shoved her against

her vehicle, using it as leverage to pin her while I placed her hands behind her back. Once she

was in hand restraints she continued to be belligerent, and snatch away. See PTS report for

further..

_____    _0208_ Hrs.    _01_ / _16_ / _20_
*Officer's Signature*                                          *Time*              *Date*

_____    ___/___/____
*Shift Supervisor's Signature*                                *Date*

RC 1883

Agency: RCSO                    Incident No: 2020011021

Author: DEDMON, CHRISTIAN LEE

Entered Date/Time:  1/16/2020    1:06      Report Type/Sequence:  I    1

Title:  DEDMON R-12

01/15/2020

On the above date I, Investigator Dedmon, responded to 113 Shannon Trey Ln in
reference to an anonymous tip of  Melissa Brock possessing and selling large amounts
of marijuana. Upon arrival I noticed the front windows near the front door did not have
curtains and I could visibly see a glass bong used for smoking marijuana, and could
smell the strong odor of marijuana emitting from the residence. I then knocked on the
front of the residence which was opened by Amber Jackson the spouse of Ball. I
explained to Jackson the reasoning for me being at her residence, and also asked about
the paraphernalia I could see in plain view. Jackson went on to explain that everything in
the residence belonged to Ball, and that she left to take a friend home. Jackson explained
Ball would return home soon, and that she wished for me to take the allegations and the
illegal paraphernalia up with her.

A short time later Chevrolet truck pulled into the driveway bearing Mississippi tag RA3-
3010. I was wearing a vest with large words stating "sheriff", along with a badge and had
a flash light. Ball asked who I was and I explained to her I was with the Rankin County
Sheriff's Office and needed to speak with her. Upon telling Ball I was Law Enforcement
she put her vehicle in reverse and exited the driveway at a high rate of speed. I then
explained for Jackson to go next door to her mothers and to not enter the residence, and
began giving chase to ball. Upon turing on 7th Day Road we reached speeds over
100mph and Ball nearly struck another vehicle head on. Upon approaching Highway 469
Ball exited her vehicle and began throwing her arms in the air. During this entire event
my blue lights and siren were activated. I exited my vehicle and began giving Ball verbal
commands to lay on the ground and place her hands behind her back. Ball began yelling
that I was a dumbass with a little dick, and that she wanted her attorney. I then forcefully
grabbed Ball by her arms, and she snatched away. Upon Snatching away I pushed Ball
against her vehicle using it as leverage to place her hands behind her back. Ball resisted
and screamed profanity the entire time.

I could smell a strong odor of an intoxicate coming from Ball and noticed Natural Light
Beer cans in her vehicle. Upon another Deputy arriving on scene Ball was secured in a
patrol car, and began screaming that she wanted us to shoot her in the head.

I then went back to the residence and had a search warrant signed by Judge Mccrory
under the circumstance of seeing visible narcotic paraphernalia  through the front
window of the residence. Inside of the residence I located numerous amounts of scales,
pipes, and bags containing residue of marijuana. There was also approximately eight (8)
ounces of alleged marijuana located in the freezer in the kitchen of residence. The
marijuana was contained in a heat sealed food saver type bags. On the kitchen table was
over 100 un used heat sealed bags, with a set of digital scales, and heat sealer used for
sealing the bags. All evidence was photographed and secured at the Sheriff's Office.

Amber Jackson filled out and signed a written statement explaining the marijuana
belonged to her wife Melissa Ball, and that she ran from me. Amber also stated that
normally Ball gives the marijuana to various people that she does not sell it, along with
having an addiction to it herself. Amber went on to say that Ball was extremely
intoxicated before my arrival, and that when she drinks she acts in an abnormal manner.
It was also explained the Ball normally keeps more marijuana in the residence than

RC 1884

**Agency: RCSO**                **Incident No: 2020011021**

**Author: DEDMON, CHRISTIAN LEE**

**Entered Date/Time: 1/16/2020   1:06     Report Type/Sequence: I   1**

          **Title: DEDMON R-12**

seized on this date.

Melissa Ball:
Felony Fleeing
Possession with intent to sell of schedule I controlled substance
Disorderly conduct/ Failure to comply
Resisting arrest

EOR//////////

RC 1885

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** _____ 2020-010588 _____

**FROM:** Officer _____ Christian Dedmon _____          **S.O. NUMBER:** _____ R-12 _____

**TO:**    Sheriff Bailey

**VIA:** _____ Chief McAlpin _____          **S.O. NUMBER:** _____ R-6 _____
            *Shift Supervisor*

**SUBJECT:** <u>USE OF FORCE</u>
*<u>For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less</u>*
*<u>than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less</u>*
*<u>lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).</u>*

Type of weapon(s) used: _____ Taser/ Hands _____   Date of incident: _01_ / _09_ / _20_

Serious injury/death involved? Yes ☐  No ☑   AMR/Rescue on scene? Yes ☐  No ☑

Injured taken to: ___ Jail _____   by: ___ Grogan _____

Day time ☐    Night time ☑   Investigator Called: _ R-6 _____

Other Officers, witnesses to the incident:   R-36 Acy _____
*(List badge number if officer, list contact phone*   R-6 McAlpin _____
*number if civilian.)* _____
_____
_____

Type of call: ___ Controlled purchase of narcotics _____
                        *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries <u>will</u> be photographed)*? Yes ☐   No ☑

Taken by: _____ N/A _____ *(Attach copy of photos to this report.)*

\* Taser downloaded: ____/____/____   _____Hrs. By:_____
                              *Date*                    *Time*

RC 1886

**Rankin County Sheriff's Department – Use of Force Report**                    **Page 2**

Incident Number: _____ 2020-010588 _____

Circumstances surrounding the use of force:

01/09/2020

 On this date Joshua Rushing fled in a vehicle evading a felony arrest for sale of

Methamphetamine. Once Rushing struck a Sheriff's Office vehicle disabling his vehicle, he

began fleeing on foot. Once I caught rushing I tackled him to the ground where be began

actively fighting me to further flee. I then tased Rushing with little to no results. At that point

I began striking Rushing in the face with a closed fist until other Deputies were able to help

me place him in hand restraints without any further incident. See PTS report for further.

_____ Officer's Signature          0946 Hrs.    01 / 10 / 20
                                                    Time          Date

_____ Shift Supervisor's Signature          01 / 10 / 20
                                                          Date

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 2811 | 30 Dec 2019 21:56:38 | Safe | 3 | 23 | 51 |
| 2812 | 30 Dec 2019 21:56:39 | Armed | | 23 | 51 |
| 2813 | 30 Dec 2019 21:56:39 | Trigger | 1 | | 51 |
| 2814 | 30 Dec 2019 21:56:40 | Safe | 1 | 23 | 51 |
| 2815 | 31 Dec 2019 23:34:34 | Armed | | 28 | 50 |
| 2816 | 31 Dec 2019 23:34:34 | Trigger | 2 | | 50 |
| 2817 | 31 Dec 2019 23:34:36 | Safe | 2 | 26 | 50 |
| 2818 | 09 Jan 2020 20:16:59 | Armed | | 25 | 50 |
| 2819 | 09 Jan 2020 20:17:04 | Trigger | 5 | | 50 |
| 2820 | 09 Jan 2020 20:17:10 | Trigger | 4 | | 50 |
| 2821 | 09 Jan 2020 20:17:14 | Safe | 15 | 26 | 50 |
| 2822 | 09 Jan 2020 20:19:39 | Armed | | 25 | 50 |
| 2823 | 09 Jan 2020 20:19:39 | Trigger | 1 | | 50 |
| 2824 | 09 Jan 2020 20:19:39 | Safe | 0 | 24 | 50 |
| 2825 | 09 Jan 2020 20:25:58 | Armed | | 23 | 50 |
| 2826 | 09 Jan 2020 20:25:59 | Trigger | 1 | | 50 |
| 2827 | 09 Jan 2020 20:26:00 | Safe | 2 | 24 | 50 |
| 2828 | 09 Jan 2020 20:27:07 | Armed | | 24 | 50 |
| 2829 | 09 Jan 2020 20:27:10 | Trigger | 5 | | 50 |
| 2830 | 09 Jan 2020 20:27:18 | Safe | 11 | 25 | 50 |
| 2831 | 09 Jan 2020 20:27:22 | Armed | | 25 | 50 |
| 2832 | 09 Jan 2020 20:27:22 | Trigger | 3 | | 50 |
| 2833 | 09 Jan 2020 20:27:26 | Safe | 4 | 26 | 49 |
| 2834 | 10 Jan 2020 10:58:43 | Armed | | 23 | 49 |
| 2835 | 10 Jan 2020 10:58:43 | Trigger | 1 | | 49 |
| 2836 | 10 Jan 2020 10:58:44 | Safe | 1 | 22 | 49 |
| 2837 | 10 Jan 2020 10:58:54 | Armed | | 23 | 49 |
| 2838 | 10 Jan 2020 10:58:54 | Trigger | 1 | | 49 |
| 2839 | 10 Jan 2020 10:58:55 | Safe | 1 | 23 | 49 |
| 2840 | 10 Jan 2020 10:59:06 | Armed | | 23 | 49 |

RC 1888