RANKIN COUNTY MISSISSIPPI

# Rankin County Sheriff's Office

## Patrol Operations Review

### Officer Information

Deputy Name: **Daniel Strickland**

Date: **01/16/18**

Deputy So#: **R35**

Supervisor: **Chief Thompson**

### Type of Review

X First Review

Second Review

Final Review

### Type of Offense

| | | | |
|---|---|---|---|
| Tardiness/Leaving Early | Absenteeism | X | Violation of Policies |
| Poor Quality of Work | Violation Dress Code | | Rudeness to Public/Coworkers |

Other: Verbal Reprimand/Personnel File for 1 Year

### Details

Description of Infraction:
**Failure to Comply with Written Policies. Personnel Policies Section V (b) (2a)**
**Policy and Procedures: 3:13 Written Reports: Departmental employees are required to initiate, maintain, and safeguard written reports, in appropriate forms. 1. Situations where an officer is dispatched. 2. Situations where an officer is assigned to take action at a later date.**

Plan of Action/Improvements:
**Take more initiative in when a report needs to be completed.**

Consequences of Further Infractions:
**Forward to the Sheriff and Undersheriff**
**Written Reprimand**

### Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

[signature] 1-16-2018

*Deputy Signature* Date

[signature] 1-16-2018

*Supervisor Signature* Date

*Witness Signature (if employee understands warning but refuses to sign)* Date

A copy of this will be forwarded to the Chief Deputy, the Sheriff and Officer being reviewed and a copy will be placed in personnel file.

EXHIBIT 11

Rankin County Sheriff's Office

## Patrol Operations Review

**Officer Information**

Deputy Name: **Daniel Strickland** Date: **01/16/18**

Deputy So#: **R35** Supervisor: **Chief Thompson**

**Type of Review**

X First Review Second Review Final Review

**Type of Offense**

Tardiness/Leaving Early Absenteeism X Violation of Policies
Poor Quality of Work Violation Dress Code Rudeness to Public/Coworkers
Other: Verbal Reprimand/Personnel File for 1 Year

**Details**

Description of Infraction:
**Failure to Comply with Written Policies. Personnel Policies Section V (b) (2a)**
**Policy and Procedures: 3:13 Written Reports: Departmental employees are required to initiate, maintain, and safeguard written reports, in appropriate forms. 1. Situations where an officer is dispatched. 2. Situations where an officer is assigned to take action at a later date.**

Plan of Action/Improvements:
**Take more initiative in when a report needs to be completed.**

Consequences of Further Infractions:
**Forward to the Sheriff and Undersheriff**
**Written Reprimand**

**Acknowledgement of Receipt of Warning**

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

[signature] 1-16-2018
*Deputy Signature* Date

[signature] 1-16-2018
*Supervisor Signature* Date

*Witness Signature (if employee understands warning but refuses to sign)* Date

A copy of this will be forwarded to the Chief Deputy, the Sheriff and Officer being reviewed and a copy will be placed in personnel file.



# Rankin County Sheriff's Office

## Patrol Operations Review

### Officer Information

Deputy Name: Tanya Thompson

Date: 29 January 2018

Deputy SO#: R38

Supervisor: Randy Gray

### Type of Review

☐ First Review ☐ Second Review ☒ Final Review

### Type of Offense

☐ Tardiness/Leaving Early ☐ Absenteeism ☐ Violation of Policies

☐ Poor Quality of Work ☐ Violation Dress Code ☒ Rudeness to Public/Coworkers

☐ Other:

### Details

Description of Infraction:

On January 26, 2018 I received an e-mail from Sheriff Bailey concerning Deputy Thompson's rude behavior to someone coming in to youth court on January 25, 2018. Earlier in this same week I had a discussion with our Head Nurse and she told me that Deputy Thompson was extremely rude to her when she came in to youth court. Paul Bowen told me that this same week a special speaker to our drug court told him that Deputy Thompson was rude to him as well.

Plan for Improvement:

Deputy Thompson will treat everyone coming in to youth court for whatever reason with respect and kindness. She will not be rude to anyone for any reason. In the event she has to intervene in a confrontational situation with anyone coming in to youth court or anyone already in youth court, she will do so in a professional and courteous manner. Deputy Thompson will notify me, Cpt. Randy Gray, of any confrontation she has with anyone while she is on duty.

Consequences of Further Infractions:

This is the fifth time I have addressed Deputy Thompson's treatment of people visiting youth court. This written reprimand shall be Deputy Thompson's final notice. Failure to correct this issue, development of new or related issues, and/or continued unsatisfactory performance could lead to more serious corrective action up to and including termination.

### Acknowledgment of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

Tanya Thompson — Jan 29, 2018

Deputy Signature — Date

[signature] — 1-29-18

Supervisor Signature — Date

Witness Signature (if employee understands warning but refuses to sign) — Date

*A copy of this form will be forwarded to the Chief Deputy, the Sheriff and Officer being reviewed and a copy will be placed in personnel file.*

> 1-26-18 @ 3:15 Tanya Thompson (Rebecca Present)

- Charlene Barnette
- Guest Speaker - Drug Court
- Head Nurse -
- Speech -

1-10-17 oral Treating People (1)
1-25-17 oral " " (2)
2-6-17 oral Tommy Phillips
3-30-17 oral Treating People (3)
5-12-17 written At Port
6-29-17 oral YC
10-12-17 oral Treating People (4)

> - I Let her read Charlene's statement

- will write her up

Friday, January 26, 2018

I received an e-mail from the Sheriff today concerning a letter sent to him by a visitor to Youth Court complaining about how rude Tanya was to her when she visited on Thursday, January 25, 2018. On Monday of this week I talked with our Head Nurse who told me that Tanya was extremely rude to her when she came in the front door of Youth Court. Paul Bowen told me today that on Wednesday of this week he had a special speaker to our drug court tell him that she was very rude to him when he came in.

I met with Tanya today, January 26, 2018 with Rebecca Daughdrill present to discuss these complaints on her. I let Tanya read the complaint that I received from the Sheriff and she said that some of it was true but not all of it and started to defend her actions. I then explained to Tanya that I had two other instances this week stating she was rude to them as well. Tanya continued to tell me that she was not rude to them. I asked her why she thought all these would complain if she was not rude. She didn't have an answer but kept saying she was only trying to keep everyone safe. I told her that she could keep everyone safe and still be polite to them. I explained farther that I have had multiple conversations with her (4) concerning how she treated visitors to our Youth Court and we could not allow that type behavior. She told me that she would just turn in her stuff and resign. I told her to think about everything over the weekend and think about how she could change her behavior toward our visitors and we would meet again on Monday morning, January 29, 2018.

Today, January 29, 2018 I met again with Tanya and she did not resign. I explained to her that she has got to change how she interacts with all our visitors to youth court. I told her that she must be nice to everyone and even if there's a confrontation, she must be professional and courteous. I also told her that while she is on duty I need to know whenever there's any issue whatsoever concerning anyone. I then gave her a written reprimand and explained that she should consider this her last warning.

Randy Gray

**Randy Gray**

**From:** Randy Gray
**Sent:** Friday, January 26, 2018 2:20 PM
**To:** Bryan Bailey
**Subject:** RE: JDC - front door deputy concern

I will handle immediately!

---

**From:** Bryan Bailey
**Sent:** Friday, January 26, 2018 2:12 PM
**To:** Charlene Barnette
**Cc:** Randy Gray
**Subject:** Re: JDC - front door deputy concern

Charlene,
I am so sorry for the way you were treated and I apologize. Her actions directly reflect on me and the sheriffs office. The deputy In question has been counseled before on her customer service skills. I am forwarding this email to her immediate supervisor, cpt randy gray. He will investigate your complaint and take steps to correct any lack of training or professionalism. Furthermore cpt Randy gray will furnish you with a letter signed by allowing you to bypass the metal detector and allowing you to have a phone anywhere on the property. I apologize again and promise we will take steps to try and ensure that this does not happy to anyone else and professional courtesy will be extended to all those professionals who are entitled to it. Please contact me directly at 601-906-9923 if you have any issues at all.

Sent from my iPhone

On Jan 26, 2018, at 13:53, Charlene Barnette <charlene.barnette@gmail.com> wrote:

> Sheriff Bailey,
>
> I'd like to express a concern I have about Tanya Thompson, the deputy sitting at the front door at JDC. I was out there yesterday to testify in a trial and was completely caught off-guard by how rude she initially was when I walked in the door.
>
> I am a forensic interviewer at MS Children's Advocacy Center and work almost daily with your juvenile investigators. I was served with a subpoena by the State to appear in court yesterday to testify on a sexual abuse case. As I walked in the door and checked in, I was asked by Deputy Thompson if I was there for court or something else. I told her I was there for court and I checked in, laid my phone and keys down and proceeded to go through the metal detector. Deputy Thompson stated that phones were not allowed, which I completely understand; however, I was trying to explain to her why I needed my phone and was abruptly cut-off by her in a very rude & loud tone and was told no phones were allowed at all and I had to put it in my car. I threw my hands up in frustration and put my phone back in my car.
>
> What I was trying to tell her was that not only was I there for court, but I was going to meet with several employees on the "court side" and with the prosecutor before Court and my phone was



# Rankin County Sheriff's Office
## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Sam Murray    Date: 03/18/2018

Officer/Deputy # D5    Supervisor: Sgt. Chris Brogdon

**Type of Action**

- [x] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: Fail to turn in time sheets as required weekly

**Detail of Infraction**

Date of Infraction: 03/18/2018    Number of Previous Infractions 0

Describe infraction:

Failed to turn in weekly time sheets in violation of policy # 3.11. Times sheets are required to be turned in no later than Sunday at 0700 am.

Plan for Improvement:

fill out your time sheet at the end of every shift. At the end of your work week, have your supervisor sign it and put it in the Lieutenants box so it can be submitted on time.

Consequences of Further Infractions:

the next violation will be a written reprimand and will go in your employee file where it will stay.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 3/19/18

Officer/Deputy Signature    Date

Supervisor's Signature    Date

[signature] 3/19/18

Department Head's Signature    Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Tina Berryhill

Date: 03/18/2018

Officer/Deputy # D3

Supervisor: Sgt. Chris Brogdon

**Type of Action**

- [x] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: Fail to turn in time sheets as required weekly

**Detail of Infraction**

Date of Infraction: 03/18/2018 Number of Previous Infractions 0

Describe infraction:

Failed to turn in weekly time sheets in violation of policy # 3.11. Times sheets are required to be turned in no later than Sunday at 0700 am.

Plan for Improvement:

fill out your time sheet at the end of every shift. At the end of your work week, have your supervisor sign it and put it in the Lieutenants box so it can be submitted on time.

Consequences of Further Infractions:

the next violation will be a written reprimand and will go in your employee file where it will stay.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Refused to Sign — 3/19/18

Officer/Deputy Signature — Date

[signature] — 3/19/18

Supervisor's Signature — Date

[signature] — 3/19/18

Department Head's Signature — Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.

RC 2777



# Rankin County Sheriff's Office

## Disciplinary Action Notice

COPY

**Officer Information**

Officer/Deputy Name: Tina A. Berryhill

Date: 04/12/2018

Officer/Deputy # D-3

Supervisor: Sgt. Phillip Sandifer

**Type of Action**

- [x] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: ______

**Detail of Infraction**

Date of Infraction: 04/12/2018 Number of Previous Infractions U/K

Describe infraction:

On the above date, I sat down with Berryhill to discuss her making the following statements to coworkers: (1)"If I fail the reserve academy, I will be 10-8 on his (Rayborn) ass." (2)"I am having it harder than anyone else because he (Rayborn) don't like me." (3)"If I fail my P/T test, I will know it is personal." (4)"If he (Rayborn) writes me up, I am not signing shit." "And if he tries to make me sign it, I will go to the Sheriff with a huge list of shit on him."

Berryhill continues to handle office business on her personal cell phone preventing it from being recorded or documented and has been previously counseled on this issue. I have informed Berryhill that creating unnecessary turmoil and tension in the Communications division will not be tolerated and making statements like those listed will be considered to be insubordination.

Plan for Improvement:

Berryhill has been advised to come to work, perform as she is instructed and go home when her shift is over. Do not start rumors and create issues among coworkers and staff. Do not text the field responders in reference to anything related to Rankin County Sheriff's Office or complaints made to RSO. In an effort to improve job performance, Berryhill will be pulled from the RCLEOTI class 2018 if it continues to be a problem at work.

Consequences of Further Infractions:

I have informed Berryhill that if this behavior is observed or reported again, she will be written up with possible suspension. I further advised Berryhill that if she had a complaint on me she needed to take it to my supervisor per the SOP and should not wait until she is upset as a result of disciplinary action.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Officer/Deputy Signature ______ Date 4/18/18

Supervisors Signature ______ Date ______

Department Head's Signature ______ Date 4/18/18

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.

On 12/21/2018 at approximately 0200 hours, Deputies Greg Mclendon and Charlie Goodwin responded to 115 Kitchens Road for service. It was later discovered that the homeowner's residence had been shot multiple times and had bullet holes in the mobile home. Deputies Mclendon and Goodwin discovered this while on scene, but failed to notify their immediate supervisor, an Investigator, or complete an incident report. For further information refer to case number 2018121287.

On 12/26/18, I, Sgt. Pagart, along with Lt. Hal Hutson, Chief Ken Mcbroom, and Undersheriff Raymond Duke met with Deputies Mclendon and Goodwin. Mclendon and Goodwin were advised that a written reprimand would be placed in their employee file and they were suspended without pay on 01/07/19 and 01/08/19.

R34

Sgt. Jesse Pagart 12/26/18




**Rankin County Sheriff's Office**

## Patrol Operations Review

**Officer Information**

Deputy Name: **Stefan Williams** Date: **06/06/18**

Deputy So#: **R64** Supervisor: **Chief Thompson**

**Type of Review**

First Review Second Review Final Review

x Complaint Against Officer

Tardiness/Leaving Early Absenteeism Violation of Policies

Poor Quality of Work Violation Dress Code x Rudeness to Public/Coworkers

Other: Complaint Unfounded No Disciplinary Action

**Details**

Description of Infraction:

**Case Numbers 2018052011 and 2018060241**

**On 6/6/18 I contacted complainant Clint Griffin by phone to follow up on the complaint against Officer Williams he had made on 06/05/18 in reference to Officer Williams cussing and disrespecting him in front of his family on 5/30/18 and coming back to his residence on 6/4/18 for no reason harassing him and his family.**

**I spoke to Officer Williams about these issues and his respond was that Mr. Griffin appeared to be intoxicated on 5/30/18 and wanted to be a smart ass to me and should have been arrested. On 6/4/18 he receiving a call from dispatch to Mr. and Mrs. Martin residence in reference to harassing phone call from Mr. Griffin. Mr. and Mrs. Martin did not want any charges file on Mr. Griffin but requested Officer Williams to advise Mr. Griffin not to have any more contact with them. Officer Williams advised that he went to Griffin's Residence and ask to speak with both of them about the Martin's request. Mr. Griffin advised his wife that his lawyer had stated that they did not have to talk to him about anything that he had no reason to be there.**

**At approximately 10:30AM this same date Mr. Griffin came by my office requesting copies of the reports that had been filed. I explain to him a release of information had to be signed. I also explained to him that I found nothing that indicated any wrong doing of Officer Williams. The only evidence founded was his and Officer Williams Statement. He also requested copies of this report of my decision and was advised that this was a pesonnel issue and would have to contact the Sheriff's Office legal advisors.**

**Mr. Griffin stated that he is requesting that Officer Williams never be dispatch to his residence anymore.**

**Mr. Griffin left without getting the reports he had requested.**

**Copies of this report will be transferred to the Sheriff for his approval.**

Plan of Action/Improvements:

**none**

Consequences of Further Infractions:

**Forward to the Sheriff and Undersheriff**

A copy of this will be forwarded to the Chief Deputy, the Sheriff and Officer being reviewed and a copy will be placed in personnel file.

**none**

## Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

*Deputy Signature* *Date*

*Supervisor Signature* *Date*

*Witness Signature (if employee understands warning but refuses to sign)* *Date*

A copy of this will be forwarded to the Chief Deputy, the Sheriff and Officer being reviewed and a copy will be placed in personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: James "Landis" Prince

Date: 09/06/2018

Officer/Deputy # R-132

Supervisor: Lt. James Rayborn / Lt. Chris Mackey

**Type of Action**

- [x] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: Violation of Law

**Detail of Infraction**

Date of Infraction: 08/17/2018 Number of Previous Infractions 2

Describe infraction:

I have received a couple of inquiries about "blue lights" on the personal vehicle of Landis Prince. I went to speak with him about it and he explained they were not blue, they were green and white. He also stated he was a "dealer" for the company and used them as demos for the purpose of sale. I told him he could not have "blue lights" on his vehicle and could not run "green and white" on the public roadway. He stated he understood and no further action was taken.

I received another inquiry from Lt. Chris Mackey on the date listed above. During a detail at McLaurin HS, he noticed a siren and lights installed on his vehicle, and had contacted Capt, Lawrence to determine if there was an exemption/exception in place. This is in violation of county policy 1.13 subsection 1.2, it is also in violation of section Miss. Code Ann. §63-7-65 Horns and other warning devices, §63-7-20(3) Use of blue and red lights and alternating flashing headlights and §63-7-23(4) color of lighting devices, for the green lights.

Plan for Improvement:

Do not operate a personal vehicle that is not in compliance with state law. Do not operate a personal vehicle in such a manner to mislead someone to believe it is an emergency vehicle.

Consequences of Further Infractions:

Prosecution and/or Termination

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 7 Sep 18

Officer/Deputy Signature Date

[signature] 7 Sep 18

Supervisor's Signature Date

[signature] 9/7/18

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.




# Rankin County Sheriff's Office

## Disciplinary Action Notice

### Officer Information

Officer/Deputy Name: Landis Prince

Date: 7/26/21

Officer/Deputy # R-89

Supervisor: Justin Flanagan

### Type of Action

- [ ] Counseling
- [x] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [x] Other: Rules of conduct 1.11 conduct unbecoming

### Type of Offense

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [x] Rudeness to Public/Coworkers
- [ ] Other: ______

### Detail of Infraction

Date of Infraction: cussing public Number of Previous Infractions 0

Describe infraction:

used improper language to the public while he was off duty.

Plan for Improvement:

verbal warning, told to improve conduct with the public whether on or off duty

Consequences of Further Infractions:

Reprimand up to dismissal

### Acknowledgement of Receipt of Warning

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Officer/Deputy Signature ______ Date ______

Supervisor's Signature ______ Date ______

Department Head's Signature ______ Date ______

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Kim Preston    Date: 10/29/2018

Officer/Deputy # E10    Supervisor: Chris Brogdon

**Type of Action**

- [x] Counseling
- [ ] Verbal Warning
- [x] Written Reprimand (crossed out)
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: communication SOP 6.43

**Detail of Infraction**

Date of Infraction: 6/24/2017    Number of Previous Infractions 0

Describe infraction:

On 10/29/2017 Dispatcher Kim Preston took a call for a motor vehicle accident with injuries. After taking the information from the incident and establishing their were actual injuries Preston ended the call. This took at 1325. Several minutes later EOC 1 Mike Word asked for an ETA of the ambulance that was enroute to this call. It was then realized that the call was not transferred to the ambulance service nor was the ambulance service notified of the active call. Finally at 1357 hrs the ambulance service was notified and a unit was dispatched.

Rankin County Sheriffs Department Standard Operating Procedures 6.43, Traffic Accidents

Plan for Improvement:

Review of policies
Make sure that every medical call where an ambulance is needed is transferred to Pafford. Due not rely on someone else to make the call.

Consequences of Further Infractions:

Written Reprimand with Probation

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] Officer/Deputy Signature    Date 10.29.18

[signature] Supervisor's Signature    Date 10.29-18

[signature] Department Head's Signature    Date 10/29/18

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

### Officer Information

Officer/Deputy Name: Kim Preston Date: 03/18/2018

Officer/Deputy # E10 Supervisor: Sgt. Chris Brogdon

### Type of Action

☑ Counseling ☐ Verbal Warning ☐ Written Reprimand

☐ Written Reprimand w/Probation ☐ Written Reprimand w/Suspension

☐ Recommendation for Termination ☐ Other: ____________

### Type of Offense

☐ Tardiness/Leaving Early ☐ Absenteeism ☐ Violation of Policies

☐ Poor Quality of Work ☐ Violation of Dress Code ☐ Rudeness to Public/Coworkers

☑ Other: Fail to turn in time sheets as required weekly

### Detail of Infraction

Date of Infraction: 03/18/2018 Number of Previous Infractions 0

Describe infraction:

Failed to turn in weekly time sheets in violation of policy # 3.11. Times sheets are required to be turned in no later than Sunday at 0700 am.

Plan for Improvement:

fill out your time sheet at the end of every shift. At the end of your work week, have your supervisor sign it and put it in the Lieutenants box so it can be submitted on time.

Consequences of Further Infractions:

the next violation will be a written reprimand and will go in your employee file where it will stay.

### Acknowledgement of Receipt of Warning

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Officer/Deputy Signature [signature] Date 3/19/18

Supervisor's Signature Date

Department Head's Signature [signature] Date 3/19/18

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.

11/5/2018 – Notice of Resignation

Officer Joshua Hawkins

On 11/5/2018 Sergeant Debra Murphy was speaking to Lt. Spears and me about the attitude and performance issues she has been having with Officer Joshua Hawkins. Officer Hawkins was walking down the hallway at the same time and Lt. Spears asked to speak to him. He was asked what he was having issues with and he said there are some days he doesn't like coming to work. Lt. Spears said that if he wasn't happy working here then why not find something else and then Officer Hawkins left the office.

At about 13:30 on 11/5/2018 Sergeant Daniel Opdyke called me and informed me that Joshua Hawkins had turned in all of his assigned equipment. When Sergeant Opdyke asked his why he was leaving he said "fuck Spears and fuck Murphy." At this point Sergeant Opdyke asked Joshua Hawkins to leave the premises.

Dal Bat[illegible]
11/5/18

11/7/2018 – Officer Corey Cumberland

Lt. Barnett Report

On 11/2/2018 during out biweekly supervisor meeting Sergeant Vancor mentioned that Officer Cumberland had acted strange the previous night while working on shift. Officer Vancor stated that Officer Cumberland seemed to be under the influence of something. During the shift he appeared to be spaced out and unaware of his surroundings and even mentioned to Sergeant Vancor that he didn't remember booking an inmate in.

After the meeting Lt. King, Lt. Spears and myself spoke about the issue and recommended that we drug test him. I emailed Captain Vaughn about the situation and he advised to go ahead and drug test Officer Cumberland. I informed Lt. Spears and Lt. King that Captain Vaughn said to go ahead and test Officer Cumberland.

11/7/2018- Officer Corey Cumberland

Lt. David King

It was brought to my attention by Sergeant Dillon Vancor on 11/01/2018 that Officer Corey Cumberland had been acting strangely during his night shift duties. Sergeant Vancor explained that he seemed to be under the influence of something. In our Biweekly meet on 11/02/2018 he brought it up to all the Supervisors. It was determined after the meet by Lt. Jim Spear, Lt. Daniel Barnett, and me, that he should be Drug Screened. Captain Barry Vaughn was informed and agreed that Officer Cumberland should be drug screened.

On the morning of 11/7/2018 I relieved Officer Cumberland and had him come to my office. I questioned Officer Cumberland about his strange behavior during his shift lately. I then asked him if he used any illegal drugs and if he did he needed to tell me. I told him that I would be conducting a drug screening on him today. It was at that time that Officer Cumberland told me that I would find that he had been using Marijuana. I obtained a drug screening kit from our medical department and issued the test. The results of the drug screening were positive for THC. At that time Lt. Barnett and Lt. Spears were informed of the results. Officer Cumberland was told that I would be in contact with him. I was then instructed by Lt. Jim Spears to have Officer Cumberland to return to the Sheriff's Department to speak with Chief Eddie Thompson and the Undersheriff Raymond Duke. During the meeting Officer Cumberland was asked, and he agreed, to submit to another drug screening from MEA Medical Clinic. I was instructed to take Officer Cumberland to MEA for the Drug Screening which I did, and we are

awaiting the results of the test. Officer Cumberland employment as of today, 11/07/2018 has been terminated.

End of Report.

Lt. David King







COPY

# PEACE OFFICER STANDARDS & TRAINING

## DETENTION OFFICER TERMINATION/REASSIGNMENT REPORT

SEE INSTRUCTIONS ON REVERSE

Department: Rankin County Sheriffs Office    Telephone: 601-825-1480

Address: 221 North Timber Street Brandon, MS 39042
Post Office Box or Street Number    City & Zip Code

Name of Officer: Corey Cumberland    SSN: 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

Date of Termination/Reassignment 11 / 08 /2018    Is the officer certified? Yes ✓ No ___
*If yes, please return the original certificate.*

**Reason for termination.**

___ Deceased.

✓ Discharged. (Please explain below.)

___ Reassigned to non local correctional duties.

___ Resigned in good standing/eligible for re-hire.

___ Resigned in good standing/ineligible for re-hire. (Please explain below.)

___ Resigned to prevent termination. (Please explain below.)

___ Resigned prior to, during or at the conclusion of an investigation. (Please explain below.)

___ Retired.

___ Other. (Please explain below.)

Comments: Reported to work under the influence of marijuana.

(Use additional 8.5 x 11 sheets of paper if necessary)

Bryan Bailey
Signature of Agency/Department Head    Date 11-08-2018

W:_BJOST\forms\2012\BJOST - Detention Officer Termination Reassignment Report.wpd

rev. 1 February 2012

MS Dept. of Public Safety/Div. Of Public Safety Planning/
Office of Standards and Training
1025 North Park Drive
Ridgeland, Mississippi 39057
Telephone # - (601) 977-3777. Fax # - (601) 977-3773



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Greg McLendon Date: 12/26/18

Officer/Deputy # R-86 Supervisor: Sgt. Jessie Pagart

**Type of Action**

- [ ] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [x] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: ______

**Detail of Infraction**

Date of Infraction: 12/20/18 Number of Previous Infractions 0

Describe infraction:

Failure to complete an Incident Report of a crime that occurred. SOP 3:13 Report Writing
Failure to Log evidence and pass on to evidence custodian. SOP 3:9 Evidence Collection, Control, & Storage

Suspended two days without pay, 1/7 and 1/8/2019.

Plan for Improvement:

Talked with him about incidents reports are to be done of any crime.
That evidence collected has to be logged in and a report done.

Consequences of Further Infractions:

Written Reprimand W/Suspension or Termination

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Greg McLendon 12-27-18

Officer/Deputy Signature Date

[signature] 12-27-18

Supervisor's Signature Date

Ken McBroom 12/27/18

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Charles Goodwin

Date: 12/26/18

Officer/Deputy # R-55

Supervisor: Sgt. Jessie Pagart

**Type of Action**

- [ ] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [x] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: ______

**Detail of Infraction**

Date of Infraction: 12/20/18 Number of Previous Infractions 1

Describe infraction:

Failure to complete an Incident Report of a crime that occurred. SOP 3.13 Report Writing

Suspended two days without pay, 1/7 and 1/8/2019.

Plan for Improvement:

Talked with him about incident reports are to be done of any crime.

Consequences of Further Infractions:

Written Reprimand W/Suspension or Termination

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 12/27/18

Officer/Deputy Signature Date

[signature] 12/27/18

Supervisor's Signature Date

K McBroom 12/27/18

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.

On 12/21/2018 at approximately 0200 hours, Deputies Greg Mclendon and Charlie Goodwin responded to 115 Kitchens Road for service. It was later discovered that the homeowner's residence had been shot multiple times and had bullet holes in the mobile home. Deputies Mclendon and Goodwin discovered this while on scene, but failed to notify their immediate supervisor, an Investigator, or complete an incident report. For further information refer to case number 2018121287.

On 12/26/18, I, Sgt. Pagart, along with Lt. Hal Hutson, Chief Ken Mcbroom, and Undersheriff Raymond Duke met with Deputies Mclendon and Goodwin. Mclendon and Goodwin were advised that a written reprimand would be placed in their employee file and they were suspended without pay on 01/07/19 and 01/08/19.

R34

Sgt. Jesse Pagart 12/26/18



# Rankin County Sheriff's Office

## Disciplinary Action Notice

### Officer Information

Officer/Deputy Name: Tina Berryhill    Date: 02/16/2019

Officer/Deputy # D3    Supervisor: Melissa Swope

### Type of Action

- [ ] Counseling
- [ ] Verbal Warning
- [x] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

### Type of Offense

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [x] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: ______

### Detail of Infraction

Date of Infraction: 02/15/2019    Number of Previous Infractions 0

Describe infraction:

On 02/15/2019, Tina Berryhill, failed to put a reason when running a criminal history. This issue has been address with all communication officers previously. I specifically told the shift before I left last night, to call if they had ANY questions. Not only was the reason missing but it was ran under the wrong person which is a violation of CJIS policy.

Plan for Improvement:

Review of NCIC procedures

Consequences of Further Infractions:

Written Reprimand with Probation

### Acknowledgement of Receipt of Warning

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Officer/Deputy Signature [signature]    Date

Supervisor's Signature [signature]    Date 2/16/19

Department Head's Signature [signature]    Date 2/18/19

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.




# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Tina Berryhill

Date: 02/21/2019

Officer/Deputy # D3

Supervisor: Sgt. Melissa Swope

**Type of Action**

- ☐ Counseling
- ☐ Verbal Warning
- ☐ Written Reprimand
- ☑ Written Reprimand w/Probation
- ☐ Written Reprimand w/Suspension
- ☐ Recommendation for Termination
- ☐ Other: ____________

**Type of Offense**

- ☐ Tardiness/Leaving Early
- ☐ Absenteeism
- ☐ Violation of Policies
- ☑ Poor Quality of Work
- ☐ Violation of Dress Code
- ☐ Rudeness to Public/Coworkers
- ☐ Other: ____________

**Detail of Infraction**

Date of Infraction: 02/20/2019 Number of Previous Infractions 1

Describe infraction:

On 02/20/2019, Tina Berryhill, received a first notice to place a locate on a stolen firearm that R12 recovered. According to the CJIS policy, any agency that recovers a gun that is indexed in NCIC MUST place a locate message on the active gun record. Berryhill did not place the locate which resulted in day shift receiving a second notice from MJIC to fix the issue.

Plan for Improvement:

Further review of NCIC procedures

Consequences of Further Infractions:

Written Reprimand with Suspension

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature]

Officer/Deputy Signature Date

[signature] 2/22/19

Supervisor's Signature Date

[signature] 2/22/19

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: MICHAEL HARRIS

Date: FEB 25, 2019

Officer/Deputy # ______

Supervisor: UNDERSHERIFF

**Type of Action**

- [ ] Counseling
- [x] Verbal Warning
- [x] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: ______

**Detail of Infraction**

Date of Infraction: FEB 9, 2019 Number of Previous Infractions 0

Describe infraction:

On February 9, 2019, Michael Harris used his County-issued computer to place an order with a vendor, Dell Computer Corporation, for a Dell 23" monitor and OptiPlex 5060 Small Form Factor BTX. Harris's utilized his position with Rankin County to obtain the equipment under the guise of county business, thereby intending to avoid payment of Mississippi sales tax. The amount of the transaction was $836.77. Harris constitutes a Violation of Sections 8.1, Code of Conduct, and 8.7, Use of County Computer Systems. Pursuant to Section 9.1 (3), Michael Harris is hereby reprimanded for his actions and is advised that he is to refrain from similar actions in the future.

Plan for Improvement:

Pursuant to Section 9.1 (3), the Employee is hereby reprimanded for his actions and is advised that he is to refrain from similar actions in the future.

Consequences of Further Infractions:

The Employee is advised that future conduct of a similar nature may result in additional disciplinary action including, but not limited to, suspension, demotion or termination."

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 2/25/19

Officer/Deputy Signature Date

[signature] 2-25-19

Supervisor's Signature Date

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office

## Investigations Review/Write up

### Officer Information

Officer Name: **Latoya Taylor**
Officer #: **R53**

Date: **July 17, 2019**
Supervisor: **R107 Tommy Phillips**

### Type of Review

☒ First Review ☐ Second Review ☐ Final Review

### Type of Offense

☐ Tardiness/Leaving Early ☐ Absenteeism ☒ Violation of Policies
☐ Poor Quality of Work ☐ Violation Dress Code ☐ Rudeness to Customers/Coworkers
☐ Other: ____________________

### Details

Description of Infraction: **July 17, 2019 while working your assigned detail, you removed your Taser X26 in order to show the weapon to someone. Sometime during the process you manipulated the trigger causing the weapon to fire. This was done inside of a courthouse. This decision showed a lack of good judgement. This is in violation of Police number 4.5, Electronic Weapons.**

Plan for Improvement: **Verbal consult on weapon safety.**

Consequences of Further Infractions: **Further infractions of this nature will lead to suspension or possible termination.**

### Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

[signature] 07-17-19
*Deputy Signature* *Date*

[signature] 7-17-19
*Supervisor Signature* *Date*

*Witness Signature (if employee understands warning but refuses to sign)* *Date*

A copy of this will be forwarded to the Sheriff, Undersheriff, Chief Investigator, the Officer being reviewed and a copy will be placed in personnel file.

RANKIN COUNTY MISSISSIPPI

# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: DUFOUR

Date: 08/06/2019

Officer/Deputy # 38

Supervisor: B. LORD

**Type of Action**

- [ ] Counseling
- [ ] Verbal Warning
- [x] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [x] Rudeness to Public/Coworkers
- [ ] Other: ______

**Detail of Infraction**

Date of Infraction: 08/02/19 Number of Previous Infractions 1

Describe infraction:
On, 08/02/19, a complainant came into the office and stated Deputy Dufour made a derogatory comment, (look as this guido looking motherfucker) to him in a public setting, with others hearing the comment.
This incident comes after Deputy Dufour had been given a previous verbal warning about using crude language in public.

Plan for Improvement:
Use caution with foul language and crude comments in public and self representation while in uniform.

Consequences of Further Infractions:
Suspension without pay and/or termination.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 8/6/19

Officer/Deputy Signature Date

[signature] 8/6/19

Supervisor's Signature Date

[signature] 8/6/19

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.




# Rankin County Sheriff's Office

## Investigations Review/Write up

### Officer Information

Officer Name: **Maegan Crow**
Officer #: **E6**

Date: **August 22, 2019**
Supervisor: **Lt. M. Swope**

### Type of Review

☒ First Review ☐ Second Review ☐ Final Review

### Type of Offense

☐ Tardiness/Leaving Early ☐ Absenteeism ☒ Violation of Policies
☐ Poor Quality of Work ☐ Violation Dress Code ☐ Rudeness to Customers/Coworkers
☐ Other: ______

### Details

Description of Infraction:

**June 22, 2019 while off duty, you were found to be intoxicated in public after a traffic accident involving a fellow co-worker. You and your coworker were both under the age to purchase alcohol. Although you are of age to consume alcohol in the presence of your guardian, you have admitted you consumed alcohol in and out of his presence. This is in violation of Policy number 1.13 section 4.8 which addresses off duty conduct that would bring dishonor or disrespect to the department.**

**Policy 1.13 Section 4.8**

**Intoxication.**
**Deputies and employees will not be under the influence of any intoxicating beverage or substance during their tour of duty or immediately prior to their tour of duty. Nor will deputies and employees be intoxicated off duty while in the public view.**

Plan for Improvement: **Employee was verbally reprimanded and given a three day suspension.**

Consequences of Further Infractions: **Further infractions of this nature will lead to additional discipline up to and including termination.**

### Acknowledgement of Receipt of Warning

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

Maegan Crow — 8/23/19
*Deputy Signature* — *Date*

M Swope — 8/23/19
*Supervisor Signature* — *Date*

______
*Witness Signature (if employee understands warning but refuses to sign)* — *Date*

A copy of this will be forwarded to the Sheriff, Undersheriff, Chief Investigator, the Officer being reviewed and a copy will be placed in personnel file.



# Rankin County Sheriff's Office

## Patrol Review/Write up

**Officer Information**

Officer Name: Jonathan Sanford
Officer R #: 70

Date: 3-2-20
Supervisor: R-33 Williams

**Type of Review**

- ☐ First Review
- ☐ Second Review
- ☐ Final Review

**Type of Offense**

- ☐ Tardiness/Leaving Early
- ☐ Absenteeism
- ☑ Violation of Policies
- ☐ Poor Quality of Work
- ☐ Violation Dress Code
- ☐ Rudeness to Customers/Coworkers
- ☐ Other: Policy 1.13 Rules of Conduct - 3.3 Case or operations interference

**Details**

Description of Infraction: Assisted with the booking Process / Dressout / Pat down at the Rankin County Jail of another Deputies arrest / inmate.

Plan for Improvement: verbal direction / review of Proper Policy / action written reprimand.

Consequences of Further Infractions: write up and or possible termination

**Acknowledgement of Receipt of Warning**

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

[signature] R70 — 3-2-2020
*Deputy Signature* — Date

[signature] — 3-2-20
*Supervisor Signature* — Date

[signature] — 3-2-20
*Witness Signature (if employee understands warning but refuses to sign)* — Date

A copy of this will be forwarded to the Sheriff, Undersheriff, Chief Investigator, the Officer being reviewed and a copy will be placed in personnel file.

Rankin County Sheriff's Office

RANKIN COUNTY MISSISSIPPI

**Patrol Review/Write up**

**Officer Information**

Officer Name: Justin Evans
Officer R #: 40

Date: 3-2-20
Supervisor: R-33 Williams

**Type of Review**

☐ First Review ☐ Second Review ☐ Final Review

**Type of Offense**

☐ Tardiness/Leaving Early ☐ Absenteeism ☑ Violation of Policies
☐ Poor Quality of Work ☐ Violation Dress Code ☐ Rudeness to Customers/Coworkers
☐ Other: Policy 1.13 Rules of Conduct - 2.2 Duty of Supervisors

**Details**

Description of Infraction: allowed two deputies under his supervision to go into the Jail dressing room and pat down another Deputy's arrested inmate

Plan for Improvement: Verbal direction / review of proper policy / action
Verbal warning

Consequences of Further Infractions: write up or verbal reprimand

**Acknowledgement of Receipt of Warning**

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

*Deputy Signature* *Date*

[signature] R-3

*Supervisor Signature* *Date*

*Witness Signature (if employee understands warning but refuses to sign)* *Date*

A copy of this will be forwarded to the Sheriff, Undersheriff, Chief Investigator, the Officer being reviewed and a copy will be placed in personnel file.



# Rankin County Sheriff's Office

## Patrol Review/Write up

**Officer Information**

Officer Name: ADam whittington
Date: 3-2-20
Officer R #: 63
Supervisor: R-33 williams

**Type of Review**

- ☐ First Review
- ☐ Second Review
- ☐ Final Review

**Type of Offense**

- ☐ Tardiness/Leaving Early
- ☐ Absenteeism
- ☑ Violation of Policies
- ☐ Poor Quality of Work
- ☐ Violation Dress Code
- ☐ Rudeness to Customers/Coworkers
- ☐ Other: Policy 1.13 Rules of Conduct - 3.3 Case or operations interference

**Details**

Description of Infraction: Assisted with the booking Process / Dressout / Pat down, at the Rankin County Jail of another Deputies arrest / inmate.

Plan for Improvement: verbal direction / review of proper policy / Action written reprimand.

Consequences of Further Infractions: write up and or possible termination

**Acknowledgement of Receipt of Warning**

*By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your Supervisor have discussed the warning and a plan for improvement. Signing this form does not indicate that you agree with this warning.*

[signature] 3-2-20
*Deputy Signature* Date

[signature] 3-2-20
*Supervisor Signature* Date

K. McBroom 3-2-20
*Witness Signature (if employee understands warning but refuses to sign)* Date

A copy of this will be forwarded to the Sheriff, Undersheriff, Chief Investigator, the Officer being reviewed and a copy will be placed in personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Hunter Elward Date: 6/22/20

Officer/Deputy # R-52 Supervisor: R-31 Heath Spears

**Type of Action**

- [ ] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [x] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [x] Other: reassigned to Jail/3 days suspended no pay

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: 1.11 Conduct unbecoming

**Detail of Infraction**

Date of Infraction: June 18, 2020 Number of Previous Infractions 0

Describe infraction:

Intoxicated and passed out in his patrol car on hwy 80 and Crossgates Blvd red light.

Plan for Improvement:

Verbal counseling, reassignment to the jail.

Consequences of Further Infractions:

Reprimands or Termination

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

X [signature] 6/22/20

Officer/Deputy Signature Date

[signature] 6/22/20

Supervisor's Signature Date

[signature] R-9 6/22/20

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Troy Dukes

Date: 3/22/2021

Officer/Deputy # S-14

Supervisor: S-1 Whittington

**Type of Action**

- [ ] Counseling
- [ ] Verbal Warning
- [x] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: Professional Conduct Policy Number 1.11

**Detail of Infraction**

Date of Infraction: 3/18/2021 Number of Previous Infractions 0

Describe infraction:

Told employee of Enterprise Car Rental "How would you like for me to pull out my gun and point it at you?"

Plan for Improvement:

Written Reprimand/Verbal Counsel/Policy Briefing

Consequences of Further Infractions:

discipline driven by policy, including written reprimands, warnings up to termination.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 03/22/2021

Officer/Deputy Signature Date

[signature] 3/22/2021

Supervisor's Signature Date

[signature] 3/22/2021

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office
## Disciplinary Action Notice

**Officer Information**

Deputy/Employee Name: Undraye L. Hill
Date: August 12, 2021

Officer/Deputy # I.T.
Supervisor: Captain Randy Gray

**Type of Action**

- [x] Counseling
- [ ] Verbal Warning
- [x] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [x] Other: Must attend treatment

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: S.O.P. 1.11(e) Conduct Unbecoming

**Detail of Infraction**

Date of Infraction: August 11, 2021 Number of Previous Infractions 0

Describe infraction:
Showing up to work under the influence of alcohol.

Plan for Improvement:
Verbal counseling. Must show proof of admittance and future attendance in treatment program to address problem at Region 8 or comparable program.

Consequences of Further Infractions:
Termination

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 8-12-2021
Deputy/Employee Signature Date

[signature] 8-12-21
Supervisor's Signature Date

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.

# REVIEW OF BWC

**EVENT DATE:** 1/2/2022

**TIME STAMP:** 1229:05

**CASE # (IF APPLICABLE):** 2022010116

**INCIDENT TYPE:** Felony Fleeing Arrest

**REASON FOR VIEWING:** DA's Office Complaint

**DEPUTY(S):** Hunter Cook

## ACTION TAKEN

Contacted by DA's Office regarding this case and some concerning BWC video. Cpt. Steve Godfrey, Chief Dwayne Thornton & I brought Cook in and counseled him on 7/28/23. This January event was prior to his disciplinary incident in August of 2022. Prior to meeting with Cook, I watched all of his BWC arrest videos and it appeared he had corrected his actions after the disciplinary action so no additional disciplinary action was taken. A Disciplinary Action Notice was added to his Zero File.

**REVIEWED BY:** Wayne Carter **DATE REVIEWED:** 7/28/23



# Rankin County Sheriff's Office
## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Cain Underwood

Date: 4/21/22

Officer/Deputy # R-72

Supervisor: R-33 Williams

**Type of Action**

- [ ] Counseling
- [ ] Written Reprimand w/Probation
- [ ] Recommendation for Termination
- [ ] Verbal Warning
- [x] Written Reprimand
- [ ] Written Reprimand w/Suspension
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Poor Quality of Work
- [ ] Absenteeism
- [ ] Violation of Dress Code
- [x] Violation of Policies
- [ ] Rudeness to Public/Coworkers
- [ ] Other: rules of conduct / section 2 attention to duty / 2.19 completing official reports.

**Detail of Infraction**

Date of Infraction: 4/20/22 Number of Previous Infractions 0

Describe infraction:

Failed to do a report at the address of 103 Barefoot Springs Rd in reference to stolen items from the address.

Plan for Improvement:

Counseling, policy review, supervisor attention.

Consequences of Further Infractions:

reprimand and up to suspension or termination.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Officer/Deputy Signature [signature] Date 4/21/2022

Supervisor's Signature [signature] Date 4-21-2022

Department Head's Signature [signature] Date 4-21-22

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.




# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Adam Whittington

Date: 8/15/2022

Officer/Deputy # R-22

Supervisor: Brett McAlpin

**Type of Action**

- [ ] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [x] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other:

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [x] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other:

**Detail of Infraction**

Date of Infraction: 12/20/18 Number of Previous Infractions 4

Describe infraction:
Failure to contact victim(s) in a timely manner and failure complete supplements to cases.

Suspended three days without pay, 8/15/22 to 8/17/22.
Remove from SRT.

Plan for Improvement:
Must make contact with victim(s) and complete supplements on every case assigned in a timely manner.

Consequences of Further Infractions:
Up to and including termination.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 8-15-22

Officer/Deputy Signature Date

[signature] 08/15/22

Supervisor's Signature Date

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.

# Internal Affairs

# Investigation

Captain Steve Godfrey

8-17-22

Met with Troy while Paul Holley, Dwayne Thornton, & Brian Whittington were present.

Troy resigned and gave us a written resignation letter on 8.17.22.

On Tuesday, August 16, 2022 I was contacted by the Undersheriff in reference to a possible internal affairs matter. I met with the Undersheriff, Chief Thornton and Legal Counsel Paul Holly in the Undersheriffs office. I was told that there were allegations of inappropriate behavior by Deputy Troy Dukes.

The Undersheriff requested that I contact Marganie Dumas, a witness to the incident. On Wednesday, August 17, 2022 I contacted MS. Dumas at 471 Nutrition, her place of employment. MS. Dumas gave me a brief rundown of what she had observed. I requested she produce a written statement. MS. Dumas completed a statement which she provided to me later this date. It is attached to and made a part of this file.

On this same date, the Undersheriff requested I contact the complainant, Nick Wallace. I arranged to speak with Mister Wallace by telephone as he is currently at the University of Alabama. I spoke with Wallace who gave me an overview of what had transpired. I requested that Wallace produce a written statement. I provided Wallace with my S.O. email address. Later on instant date Wallace sent me his statement. It is attached to and made a part of this investigation.

Both statements were provided to the Sheriff and Undersheriff on this date.

EOR

On Thursday August 4th Nick Wallace and myself (Marganie Dumas) were working that afternoon when officer Troy Dukes came in. I know Officer Troy well from him coming in to get teas and when we deliver teas to Brandon Elementary School on Friday. When he came in I greeted him as I would any customer that walks through our doors and i said "well hey Mr. Troy how are you?" And he looks at Nick and says "well I'm only used to seeing pretty girls in here" and I inquired to what he meant and he said "well I'm only used to seeing pretty girls in here I'm not used to seeing pretty boys" and I laughed and tried to change the subject. Then Officer Dukes made a comment about how nice nicks legs where and I tried to change the subject again by asking him how his day was and he proceeded to ask Nick how old he was and Nick told him 17 Officer Troy acknowledge that he was a minor and kept on with his comments and then said he needed to stop and that when he got of age to let him know. After that he used the restroom and left but sat in the parking lot for over 45 minutes. This situation made me very uncomfortable and he wasn't even talking to me so you can only imagine how Nick felt. Although nothing major happened Officer Troys comments where extremely inappropriate and you should never feel uncomfortable in your place of work to the point you don't want to leave especially when it involves a sheriff and especially one who works at an Elementary school and is around little kids on a daily basis.

Thanks,
Marganie Ruth Dumas
Marganieruth@gmail.com
(601)-214-0444



It was August 4 a little after 3:00 p.m.–probably around 3:15/3:20. I was working at 471 Nutrition with my manager Marganie Dumas. Marganie was planning to leave soon, and I was supposed to close the store by myself at 4:00 p.m.

A Rankin County Sheriff who I had never seen or met before walked into the store in uniform and said "Oh, I'm not used to seeing a cute guy in here. It's normally a cute girl."

Marganie said "I'm right here."

And he said "I know, but he's really cute" while looking at me. After that, I don't remember him saying anything odd until I turned with my back towards him to put ice in his drink.

He said something along the lines of "Boy, you got some real nice legs. If I had legs like that, I'd be wearing those shorts too." This was the comment that first made me uncomfortable, but I just kind of fake laughed and went about what I was doing, trying not to pay him any more attention than I had to.

Then he asked how old I was. I told him I was 18, and he said "Oh I would've thought you were younger. But now that I know you're a full grown adult, I can be as inappropriate with you as I want." That is the last thing I really remember him saying before he left the store, but I made a point to look at his badge to get his name.

When he left, Marganie and I were just sitting there like "What just happened?" Marganie told me that it was probably a good idea to call the owner of the store and to let her know what had happened. I went to the back of the store and called one of our owners, Jer Lynn Rushing. I told her what happened and told her the officer's name, and she told me that he was a resource officer for a RCSD school. When I got off the phone with her, I called a close friend to tell him what happened. I told him that Marganie was about to have to leave and he decided he was going to come to the store.

After that phone call, I went back to the front of the store, and I looked out the window. The cop car was still sitting outside, parked in front of another store in our building. For the next ten or so minutes, I was helping customers, keeping an eye on the window and peeking outside when I got a chance. A teacher at the high school walked in very close to closing time and apologized for being so late and said that she knew I was getting ready to close. I told her that I was actually glad that she was there because I was scared that the officer had seen Marganie leave and knew I was alone.

Before she left my friend got there, so I was only alone for a short bit of time. I closed the store and locked the front door. My friend and I left out of the back door, and when we left, the cop car was still sitting there in the parking lot.

I felt super uncomfortable and kind of gross after what happened and knowing that he thought I was under 18 and still making those comments. And I kept thinking to myself, "What would have happened if I was working alone or if that teacher or my friend hadn't been there?"



# Rankin County Sheriff's Office

## Disciplinary Action Notice

### Officer Information

Officer/Deputy Name: Hunter Cook

Date: ____

Officer/Deputy # R-63

Supervisor: R-27 Jeff Middleton

### Type of Action

- [ ] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [x] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ____

### Type of Offense

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: ____

### Detail of Infraction

Date of Infraction: 8-14-22 Number of Previous Infractions 0

Describe infraction:

Canons of Police Ethics-policy 1.5 Article 8. Conduct in Arresting and Dealing with Law Violators. On 8-14-22, after arrest of pursuit suspect, Deputy Cook used Taser against policy. Report Writing Policy Number 3.13 Offence reports. After use of force on 8-14-22 a report was not filed by Deputy Cook.

Plan for Improvement:

Suspended 2 weeks, removal from shift to Court Service's, Color of Law training.

Consequences of Further Infractions:

reprimand or termination.

### Acknowledgement of Receipt of Warning

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 8-18-22

Officer/Deputy Signature Date

Supervisor's Signature Date

[signature] 8-18-22

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Stefan Williams Date: 11-14-22

Officer/Deputy # R-64 Supervisor: R-27 Jeffery Middleton

**Type of Action**

- [ ] Counseling
- [ ] Verbal Warning
- [x] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: rules of conduct/ section 2 attention to duty/ 2.19 completing official reports.

**Detail of Infraction**

Date of Infraction: 11-06-22 Number of Previous Infractions 0

Describe infraction:

Failed to do a timely report from 579 Hwy 469 in reference to shots being fired on or about 205 N Enoch Grove resulting in a vehicle running off the roadway and becoming stuck in a ditch.

Plan for Improvement:

counseling, policy review, supervisor attention

Consequences of Further Infractions:

reprimand and up to suspention or termination.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 11/14/22

Officer/Deputy Signature Date

[signature] 11-14-22

Supervisor's Signature Date

[signature] 11-14-22

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.

# Notice of Termination or Leave of Absence

**Office: Sheriff's Department**

**Employee: Sean Largent**

**Social Security Number: 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**

**Reason for Termination: Policy Violation – "Abuse of Position" RCADC 3.7**

**Effective Date of Termination: 12-8-2022**

Bryan Bailey

**Signature - Department Head**
**Sheriff Bryan Bailey**

*** Please forward this information to the Accounting Department on the date of termination or as soon as possible. We need this information in order to notify insurance companies for continuation or termination of insurance and for payroll changes.**




# Sheriff's Department Rankin County, Mississippi

## Adult Detention Center

BRYAN BAILEY
SHERIFF OF RANKIN COUNTY

Date: 12/8/2022

Subject: Termination Letter of Detention Officer Sean Largent

From: Lieutenant Daniel Barnett

On 12/8/2022 Detention Officer Sean Largent's employment was terminated by Sheriff Bryan Bailey. His employment was terminated for violation of policies and procedures. The violation of Rankin County Adult Detention Center Policies and Procedures was Policy Number 3.7 Abuse of Position.

On 12/7/2022, Rankin County Sheriff's Office was contacted by Richland Police Department in reference to a business burglary that Sean Largent could have had a connection. Richland Detectives requested to interview Sean Largent on 12/7/2022. He was interviewed by their detective on 12/7/2022. On 12/8/2022 Sean Largent was interviewed by Undersheriff Randy Gray, Captain Paul Holley, Captain Barry Vaughn, and me. The interview was not criminal in nature. The interview was to find out if Policy and Procedures were in violation.

During the interview, it was determined that Sean Largent was in violation of the above-mentioned policy. It was also determined that Sean Largent knew he was in violation. On 9/6/2022 Sean Largent sent me an email asking me to come to his tower and speak to him about something that had occurred over the weekend. I went to East Tower to speak to him. He said over the weekend, Inmate Charles Mosley asked him if he could go to his house and move some personal items to a storage unit. The inmate told him he knew he was going to prison and did not want any of his items to get stolen or sold. I informed Sean Largent that was against policy, would be a conflict of interest, and could lead to criminal charges as there is no way to verify the items he would be taking belong to the inmate. Sean Largent verbally confirmed he understood.

Attached is a copy of the policy and procedure Sean Largent was in violation of. Also attached is a copy of the email where Sean Largent requested to speak to me to establish the timeline where he was informed that such actions involving inmates was a violation of policy and procedures. The known violations were conducted after Sean Largent was advised of policy.

Lieutenant Daniel Barnett




# Rankin County Sheriff's Office
## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Hunter Chapman Date: 12-12-22

Officer/Deputy # R-62 Supervisor: R-76 Ronnie Moore

**Type of Action**

- [x] Counseling
- [ ] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: reporting

**Detail of Infraction**

Date of Infraction: 12-10-22 Number of Previous Infractions 0

Describe infraction:

was counseled on a incident involving his babies mother and their child.

Plan for Improvement:

Counseled

Consequences of Further Infractions:

any by policy

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Officer/Deputy Signature [signature] Date PT 12-12-22

Supervisor's Signature [signature] Date PT 12-12-22

Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.

# REVIEW OF BWC

**EVENT DATE:** 12/18/2022

**TIME STAMP:** 1223:15

**CASE # (IF APPLICABLE):** 2022121216

**INCIDENT TYPE:** Arrest Domestic/Ass. Officer

**REASON FOR VIEWING:** Officer Request (Cook)

**DEPUTY(S):** Daniel Strickland, Zachary Cotton, Hunter Cook,

**ACTION TAKEN**

BWC reviewed at the request of Hunter Cook. Reviewed by Captain Steve Godfrey, Chief Deputy Dwayne Thornton and myself. We reviewed BWC on all three Deputies. Deputy Cook was counseled and given additional DT instruction in April 2023. See Disciplinary Action Notice in Zero Files re: 2022010116.

**REVIEWED BY:** Wayne Carter **DATE REVIEWED:** 7/31/23




Sheriff's Department • Rankin County, Mississippi

BRYAN BAILEY
SHERIFF OF RANKIN COUNTY

**On January 25, 2023 Deputy Hunter Elward was placed on administrative leave due to his involvement in an officer involved shooting at 135 Connerly Road. Deputy Elward will remain on administrative leave until further notice.**

**Randy Gray**
**Undersheriff**

221 NORTH TIMBER STREET · BRANDON, MISSISSIPPI 39042
601.825.1480 · 601.355.0527 · 601.824.7120




Sheriff's Department • Rankin County, Mississippi

BRYAN BAILEY
SHERIFF OF RANKIN COUNTY

**Date: January 27, 2023**

**On January 27, 2023 Investigator Christian Dedmon was placed on desk duty until the current investigation involving Jenkins and Parker has been completed. Christian will not engage in any investigator or law enforcement actions until farther notice per Sheriff Bryan Bailey. Christian will be removed from any investigator on-call duties as well.**

**Randy Gray**
**Undersheriff**

221 NORTH TIMBER STREET · BRANDON, MISSISSIPPI 39042
601.825.1480 · 601.355.0527 · 601.824.7120



# Rankin County Sheriff's Office

## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Justin Bridges Date: 2-16-23

Officer/Deputy # S-11 Supervisor: Brian Whittington

**Type of Action**

- ☐ Counseling
- ☐ Verbal Warning
- ☐ Written Reprimand
- ☐ Written Reprimand w/Probation
- ☑ Written Reprimand w/Suspension
- ☐ Recommendation for Termination
- ☐ Other: ______

**Type of Offense**

- ☐ Tardiness/Leaving Early
- ☐ Absenteeism
- ☑ Violation of Policies
- ☐ Poor Quality of Work
- ☐ Violation of Dress Code
- ☐ Rudeness to Public/Coworkers
- ☐ Other: ______

**Detail of Infraction**

Date of Infraction: 2-14-23 Number of Previous Infractions 0

Describe infraction:

Body worn camera policy, and policy 1.5 Canons of Police Ethics- Article 8. Failed to follow policy while in contact with a juvenile offender and failed to have his body worn camera activated.

Plan for Improvement:

Counseling, policy review. Move from S.R.O. to Court Service

Consequences of Further Infractions:

Reprimand up to termination.

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 2-16-23
Officer/Deputy Signature Date

[signature] 2/16/23
Supervisor's Signature Date

[signature] 2-16-23
Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.




Sheriff's Department • Rankin County, Mississippi

BRYAN BAILEY
SHERIFF OF RANKIN COUNTY

**June 6, 2023**

**Employment Status**

On the above listed date, Chief Inv. Brett McAlpin was placed on administrative leave.

Bryan Bailey

**Bryan Bailey, Sheriff**




Sheriff's Department • Rankin County, Mississippi

**BRYAN BAILEY**
SHERIFF OF RANKIN COUNTY

**June 9, 2023**

**Employment Status**

On the above listed date, Investigator Christian Dedmon was placed on administrative leave.

Bryan Bailey

**Bryan Bailey, Sheriff**



# Rankin County Sheriff's Office
## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Billy Pickle Date: 6-12-23

Officer/Deputy # R-67 Supervisor: Lt Justin Evans

**Type of Action**

- [ ] Counseling
- [x] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: ______

**Detail of Infraction**

Date of Infraction: 6-12-23 Number of Previous Infractions 0

Describe infraction:
Ran a drivers license and verbally gave the return to a civilian involved in a divorce hearing.

Plan for Improvement:
verbal counseling

Consequences of Further Infractions:
reprimand and or suspention/termination

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

______________________________
Officer/Deputy Signature Date

______________________________
Supervisor's Signature Date

______________________________
Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.




Sheriff's Department • Rankin County, Mississippi

BRYAN BAILEY
SHERIFF OF RANKIN COUNTY

**June 15, 2023**

**Employment Status**

On the above listed date, Lieutenant Jeff Middleton was placed on administrative leave.

Bryan Bailey

**Bryan Bailey, Sheriff**




Sheriff's Department • Rankin County, Mississippi

BRYAN BAILEY
SHERIFF OF RANKIN COUNTY

**July 21, 2023**

**Employment Status**

On the above listed date, Jonathan Sanford was placed on administrative leave pending an investigation into a matter that took place in December while in the performance of his duties.

**Paul Holley, Undersheriff**

# Rankin County Sheriff's Office

## Disciplinary Action Notice

### Officer Information

Deputy/Employee Name: Hunter Cook

Date: 7/28/23

Officer/Deputy # R63

Supervisor: Cpt. Godfrey, Chief Thornton, Cpt. Carter

### Type of Action

- [x] Counseling
- [x] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ____________

### Type of Offense

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: Use of Force

### Detail of Infraction

Date of Infraction: 1/2/2022 Number of Previous Infractions 1 (8/2022)

Describe infraction:

I was contacted by the DA's Office on 7/14/23 regarding a January 2022 case (2022010116) and the BWC video. This was a felony fleeing arrest video that showed Deputy Cook use unnecessary force on a subject. Deputy Cook was also involved in another incident after this in August of 2022 that resulted in a suspension for 2 weeks, reassignment to Court Services, ordered to Region 8 for risk assessment evaluation and he attended a Color of Law training class at Pearl PD. Prior to bringing Deputy Cook in, I watched all of his arrest videos since his suspension in August of 2022. I found that Deputy Cook had corrected his behavior and was doing an exceptional job. He was counseled by admin and given a verbal reprimand for this incident but we didn't feel any further action was necessary due to the fact that he had corrective action AFTER this reported incident.

Plan for Improvement:

Deputy Cook was given DT training along with the Department in April of 2023. Additionally, at the DT training in August of 2023 (after the verbal reprimand), I worked with Deputy Cook (and the Department) on non striking control positions transitioning into handcuffs. Deputy Cook understood the need for improvement and performed well in training.

Consequences of Further Infractions:

Deputy Cook was informed that any future excessive Use of Force incidents may result in action up to and including termination.

### Acknowledgement of Receipt of Warning

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

Deputy/Employee Signature _______________ Date

Supervisor's Signature _______________ Date

Department Head's Signature _______________ Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.




# Rankin County Sheriff's Office
## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Edgar Winston

Date: 10/13/23

Officer/Deputy # R-64

Supervisor: Michael Chandler

**Type of Action**

- [ ] Counseling
- [ ] Verbal Warning
- [x] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [ ] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [x] Other: see below

**Detail of Infraction**

Date of Infraction: 7/19/23 Number of Previous Infractions 0

Describe infraction:
Running Blue lights in a non emergency situation

Plan for Improvement:
Written reprimand. Counseled Edgar Winston of his actions and explained the seriousness of this offense.

Consequences of Further Infractions:
Reprimand up to termination

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] Officer/Deputy Signature — Date 10-13-2023

[signature] Supervisor's Signature — Date 10/13/2023

[signature] Department Head's Signature — Date 10/13/2023

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.




# Rankin County Sheriff's Office
## Disciplinary Action Notice

**Officer Information**

Officer/Deputy Name: Brandon Cooper Date: 11-15-23

Officer/Deputy # R-69 Supervisor: LT. Justin Evans

**Type of Action**

- [ ] Counseling
- [x] Verbal Warning
- [ ] Written Reprimand
- [ ] Written Reprimand w/Probation
- [ ] Written Reprimand w/Suspension
- [ ] Recommendation for Termination
- [ ] Other: ______

**Type of Offense**

- [ ] Tardiness/Leaving Early
- [ ] Absenteeism
- [x] Violation of Policies
- [ ] Poor Quality of Work
- [ ] Violation of Dress Code
- [ ] Rudeness to Public/Coworkers
- [ ] Other: ______

**Detail of Infraction**

Date of Infraction: ______ Number of Previous Infractions 0

Describe infraction:
Posting Tik Tok videos on Social media in uniform

Plan for Improvement:
Written reprimand. Counseled Brandon Cooper of his actions and explained the seriousness of this offense.

Consequences of Further Infractions:

**Acknowledgement of Receipt of Warning**

By signing this form, you confirm that you understand the information in this action notice. You also confirm that you and your Supervisor have discussed the notice and a plan for improvement. Signing this form does not indicate that you agree with this warning.

[signature] 11/15/2023
Officer/Deputy Signature Date

[signature] 11/15/23
Supervisor's Signature Date

[signature] 11/15/23
Department Head's Signature Date

A copy of this notice will be forwarded to the Chief Deputy/Undersheriff, The Sheriff and one will be placed in the employee's personnel file.