Agency: RCSO   Incident No: 2023011577
Author: DEDMON, CHRISTIAN LEE
Entered Date/Time: 1/25/2023   6:17   Report Type/Sequence: I   1

Title: **DEDMON R-12**

On 01/24/2023 I, Investigator Dedmon along with other deputies responded to 135 Conerly Road in reference to reports of narcotic activity. Upon arrival I came in contact with a black male under the carport of the residence later identified as Michael Jenkins. I began explaining to Jenkins the activity that had been reported to me. During Jenkins and I conversation I asked if he possessed anything illegal on his persons. Jenkins told me no, and gave me verbal consent to look into his pockets. I located two bags containing what appeared to be Methamphetamine.

Jenkins began telling me he was not aware that he possessed the substance and then suddenly took off running into the residence slamming the door in my face. I forced my way into the door catching up to Jenkins in the living area. While giving verbal commands to stop I deployed my taser striking Jenkins in his lower body. Jenkins was placed in hand restraints.

I noticed another male in the hallway later identified as Eddie Parker. Parker was detained for officer safety by other deputies and later told me all he possessed was a pipe on his persons.

Under miranda while conducting a field interview referencing narcotics Jenkins began explaining to me that he could purchase large amounts of methamphetamine in and near Rankin County. After sometime hand restraints were removed from Jenkins so that he could operate a cellphone in attempts to contact narcotic dealers that he described.

I exited the residence to retrieve my county issued cellphone out of my vehicle which I was going to allow Jenkins to use to log into social media for messaging purposes. While at my vehicle I heard a Deputy giving verbal commands loudly followed by unknown loud sound. As I entered back into the residence I heard Deputy Elward saying " he has a gun", and I noticed Jenkins producing blood around his upper body. Jenkins rolled over and I noticed a firearm near the bed.

I called for dispatch to send medical to our location. Once Medics arrived Jenkins was transported by ambulance and all units backed out of the residence to await the arrival of MBI.

Parker was transported to Rankin County Jail for possession of drug paraphernalia.

**END**

**EXHIBIT 12**

RC 0248

Agency: RCSO           Incident No: 2023011577
Author: ELWARD, HUNTER THOMAS
Entered Date/Time: 1/26/2023  9:21   Report Type/Sequence: S  3

Title: **SUPPLEMENT**

January 24, 2023
Deputy Elward
Rankin County SO

On the above date I Deputy Elward was advised to head towards 135 Conerly rd to assist Rankin 12 Dedmon on a narcotics investigation. Upon arriving on scene Investigator Dedmon was out with a black male in the driveway. Before exiting my vehicle I observed the black male run away from investigator Dedmon into the residence. Upon entry into the house myself and other deputies cleared through the residence making contact with another black male at the end of the hallway and began ordering him towards us. He was given verbal commands to get on the ground with his hands placed out beside him which he did not comply with, and I deployed my taser successfully. The suspect was brought to the floor and remained resistive with commands and getting his hand behind his back, I then deployed my taser again drive stunning the suspect until he was under control and in hand restraints. Once the scene was secure the suspects were identified as Michael Jenkins, and Eddie Parker. I was then told that Michael Jenkins was going to try and buy some dope. I then took the handcuffs off the suspect and ordered him to sit down at the foot of the bed in the room we initially made entry to while we wait for investigator Dedmon to return with a phone. The suspect immediately became irate and non compliant saying man fuck yall, yall aint shit and began to roll to his right in the direction of the door. I immediately positioned myself in between him and the door and closed the distance between myself and him, it was at this time that I saw he was headed to the corner of the bed reaching for a pistol. I then began yelling "gun, gun". I drew my service weapon and fired one round into the suspect, and he collapsed to the floor. At this point investigator Dedmon came back into the house calling for medical personnel to respond to the scene.

**End of report**

RC 0249

Agency: RCSO  Incident No: 2023011577
Author: MCALPIN, BRETT
Entered Date/Time: 1/30/2023  8:20   Report Type/Sequence: S  5

Title: **R4 SUPPLEMENT**

On January 24, 2023 I (McAlpin) received information of trespassers and possible drug activity at 135 Conerly Road, the residence of Kristy Walley. I was familiar with this residence due to numerous calls for service and arrest being made for violent crime and drug related events. I was advised Ms Walley was in the hospital and there were unknown people loitering in and around the residence along with numerous unknown vehicles frequenting the residence. In addition, the informant advised there was an unknown black vehicle in the back yard and that whoever the people were at the residence had recently burned an outbuilding also in the back yard.

I notified Investigator Dedmon advising him of the information I had received and requested he go to the residence to learn who these people were and if there was any criminal activity. While returning to my residence I passed by 135 Conerly Road and observed a white van with no license plate and lights on at the residence. I then relayed this information to Dedmon then continued past the residence.

I soon after heard Dedmon along with responding deputies arrive at 135 Conerly Road. Soon after I returned to the residence and observed entry had been made into the residence. I walked into the residence observing two males had been taken into custody in the hallway living room area . I then continued to the rear of the residence into the back yard where I observed the black vehicle along with the burned out building. I then continued to the rear bedroom area of the residence to observe it's condition primarily the room where a homicide had occurred at an earlier date.

I then returned to the bedroom area where entry to the residence was made. I learned one of the males in custody, Eddie Parker had an active warrant through Alabama and was to be transported the RCSO Jail. I overheard the other male Michael Jenkins state he could get a large amount of drugs brought to the residence. Dedmon advised he was going to work with Jenkins and see if he could have illegal drugs delivered to 135 Conerly Road. Deputy Opdyke was to transport Parker to the RCSO Jail. I advised both Jenkins and Parker not to return to the residence. I then advised Dedmon along with other deputies I was going home then left the residence. Lt. Middleton walked out to his vehicle as well.

Upon approaching the intersection of Conerly Road and Wade Patrick Road I received a phone call from Investigator Dedmon advising me to immediately return to the residence that Deputy Elward had been involved in a shooting. Upon my return I entered the residence observing Jenkins bleeding from his facial area. I assured medical assistance was in route then returned to my vehicle to notify RCSO administrators of the events taking place. Upon arrival of medical personnel I returned to the residence in order to secure the scene until arrival of the MBI. Deputy Opdyke was tasked with keeping a log of all person entering the residence. I walked to Opdykes vehicle where I briefly spoke with Parker. When asked what had occurred Parked stated he really didn't know, stating he was being walked out when he heard a loud pop like a fire cracker then got put in the car. I assured Parker was not injured then remained at the entrance of the residence until arrival of the MBI.

RC 0250

Agency: RCSO           Incident No: 2023011577

Author: OPDYKE, DANIEL READY

Entered Date/Time: 1/25/2023   12:38    Report Type/Sequence: S   2

Title: 84 SUPPLEMENT

**Supplement**

On 1/24/23 I, Deputy Opdyke, was assisting our narcotics investigator Dedmon along with other deputies at 135 Conerly Rd. in reference to narcotic activity. Upon me pulling into the driveway Dedmon made contact with and unknown male, later identified as Michael Jenkins, under the carport.

As I was exiting my vehicle the male then fled from Investigator Dedmon into the house and slamming the door behind him. Entry was made and Jenkins was running into the middle of the house where he was taken into custody by other deputies.

I continued into the hallway and noticed another unknown male, later identified as Eddie Parker, at the other end of the hallway. He was then told to come to me in the hallway/kitchen area where he was placed into custody.

I then brought Parker into the bottom room where initial entry was made and heard Jenkins telling Dedmon that he could buy narcotics for him tonight. When I heard this I kept walking Parker to my patrol vehicle to separate the two individuals.

While walking him to my vehicle I heard a loud noise followed by Deputy Elward yelling. I then secured Parker in the back of my patrol car and went back to the door and saw blood coming from Jenkins body. Investigator Dedmon then notified medical and administration. Chief Investigator arrived shortly thereafter and told me to start and incident log.

**Deputy Opdyke R84**

RC 0251

Agency: RCSO                Incident No: 2023011577

Author: MIDDLETON, JEFFREY A

Entered Date/Time: 1/29/2023   18:38    Report Type/Sequence: S  4

Title: **LT MIDDLETONS SUPPLEMENT**

On 1-24-2023 I Lt Middleton was made aware of a narcotics investigation taking place at 135 Conerley Rd. I Lt Middleton then begin to head to the address stated above. Upon my arrival other deputies had already made entry into the house. I Lt Middleton then proceeded into the residence, where I noticed two subjects that had been detained by deputies. I then proceeded to move throughout the rest of the residence to make sure there was no more people inside. After sometime, I Lt Middleton decieded that I was gonna leave and head home due to my shift coming to an end. Chief Investigator Mcalpin was also with me at this point and stated that he was leaving also. I Lt Middleton along with Chief Investigator Mcalpin then started to make our way to the front of the house where other deputies were discussing a undercover narcotics buy. I then exited residence, got into my patrol vehicle and proceeded to leave. I had only got to the roadway when I heard Investigator Dedmon requesting medical 10-18. I Lt Middleton then returned to the residence to see why there was a need for medical. At this point I was advised by deputies that a subject that had agreed to do a undercover narcotics buy had pulled a gun on Deputy Elward and that Deputy Elward had drew his service weapon and shot the subject. I then entered the residence where I noticed a male subject laying on the floor bleeding from the face. I also noticed a black gun laying on the floor next to a bed. I Lt Middleton then started securing the scene and a few moments later medical arrived. End of Report
Jeffrey Middleton

## Warnings and Assurances to Employee Requested to Provide Information (Garrity)

You are being asked to provide information as part of an investigation being conducted by the Rankin County Sheriff's Department into alleged misconduct and/or improper performance of your official duties. The investigation involves the following:

Case #: 2023 011 577

Or description of event: _____

The purpose of this interview is to obtain information which will assist in the determination of whether administrative action is warranted.

You are going to be asked a number of specific questions concerning the performance of your official duties.

You have a duty to reply to these questions, and agency disciplinary action, including dismissal, may be undertaken if you refuse to answer or fail to reply fully and truthfully.

The answers you furnish and any information or evidence resulting therefrom may be used in the course of civil or administrative proceedings.

<u>Neither your answers nor any information or evidence which is gained by reason of such statements can be used against you in any criminal proceedings, except that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action.</u>

By singing this statement you acknowledge that you understand your rights as explained.

_/s/ Brett McAlpin_
**Employee's Signature**

_Brett McAlpin_
**Employee's Printed Name**

_Godfrey office_
**Location**

_0207 23_
**Date & Time**

_/s/_
**Investigator/Interviewer's Signature**

_02/07/2023_
**Date**

_____
**Witness' Signature**

_____
**Date**

RC 1958

# Warnings and Assurances to Employee Requested to Provide Information (Garrity)

You are being asked to provide information as part of an investigation being conducted by the Rankin County Sheriff's Department into alleged misconduct and/or improper performance of your official duties. The investigation involves the following:

Case #: __2023 011 577__
Or description of event: _____

The purpose of this interview is to obtain information which will assist in the determination of whether administrative action is warranted.

You are going to be asked a number of specific questions concerning the performance of your official duties.

You have a duty to reply to these questions, and agency disciplinary action, including dismissal, may be undertaken if you refuse to answer or fail to reply fully and truthfully.

The answers you furnish and any information or evidence resulting therefrom may be used in the course of civil or administrative proceedings.

<u>Neither your answers nor any information or evidence which is gained by reason of such statements can be used against you in any criminal proceedings, except that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action.</u>

By singing this statement you acknowledge that you understand your rights as explained.

_____ R84
**Employee's Signature**

_____
**Employee's Printed Name**  DANIEL OPDYKE

_____
**Location**  Godfrey office

_____
**Date & Time**  02-07-23

_____
**Investigator/Interviewer's Signature**

_____
**Date**  02/07/2023

_____
**Witness' Signature**

_____
**Date**

RC 1959

# Warnings and Assurances to Employee Requested to Provide Information (Garrity)

You are being asked to provide information as part of an investigation being conducted by the Rankin County Sheriff's Department into alleged misconduct and/or improper performance of your official duties. The investigation involves the following:

Case #: __2023 0 11 577__
Or description of event: _____

The purpose of this interview is to obtain information which will assist in the determination of whether administrative action is warranted.

You are going to be asked a number of specific questions concerning the performance of your official duties.

You have a duty to reply to these questions, and agency disciplinary action, including dismissal, may be undertaken if you refuse to answer or fail to reply fully and truthfully.

The answers you furnish and any information or evidence resulting therefrom may be used in the course of civil or administrative proceedings.

<u>Neither your answers nor any information or evidence which is gained by reason of such statements can be used against you in any criminal proceedings, except that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action.</u>

By singing this statement you acknowledge that you understand your rights as explained.

_C. Dedmon_
**Employee's Signature**

_Christian Dedmon_
**Employee's Printed Name**

_Godfrey Office_
**Location**

_02/07/2023    2:35 pm_
**Date & Time**

_[signature]_
**Investigator/Interviewer's Signature**

_02/07/23_
**Date**

_____
**Witness' Signature**

_____
**Date**

RC 1960

# Warnings and Assurances to Employee Requested to Provide Information (Garrity)

You are being asked to provide information as part of an investigation being conducted by the Rankin County Sheriff's Department into alleged misconduct and/or improper performance of your official duties. The investigation involves the following:

Case #: 2023011577

Or description of event: _____

The purpose of this interview is to obtain information which will assist in the determination of whether administrative action is warranted.

You are going to be asked a number of specific questions concerning the performance of your official duties.

You have a duty to reply to these questions, and agency disciplinary action, including dismissal, may be undertaken if you refuse to answer or fail to reply fully and **truthfully**.

The answers you furnish and any information or evidence resulting therefrom may be used in the course of civil or administrative proceedings.

<u>Neither your answers nor any information or evidence which is gained by reason of such statements can be used against you in any criminal proceedings, except that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action.</u>

By singing this statement you acknowledge that you understand your rights as explained.

_____        Hunter Elward   6/23/2023
Employee's Signature              Employee's Printed Name

Godfrey office                    02/08/2023   0955
Location                          Date & Time

_____        02/08/2023   6/23/2023
Investigator/Interviewer's Signature    Date

_____        _____
Witness' Signature                Date

Scott Gilbert 6-23-23                                    RC 1961

# Warnings and Assurances to Employee Requested to Provide Information (Garrity)

You are being asked to provide information as part of an investigation being conducted by the Rankin County Sheriff's Department into alleged misconduct and/or improper performance of your official duties. The investigation involves the following:

**Case #:** _____
**Or description of event:** _____

The purpose of this interview is to obtain information which will assist in the determination of whether administrative action is warranted.

You are going to be asked a number of specific questions concerning the performance of your official duties.

You have a duty to reply to these questions, and agency disciplinary action, including dismissal, may be undertaken if you refuse to answer or fail to reply fully and truthfully.

The answers you furnish and any information or evidence resulting therefrom may be used in the course of civil or administrative proceedings.

<u>Neither your answers nor any information or evidence which is gained by reason of such statements can be used against you in any criminal proceedings, except that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action.</u>

By singing this statement you acknowledge that you understand your rights as explained.

_[signature]_  
**Employee's Signature**

_Jeffrey Middleton_  
**Employee's Printed Name**

_Godfrey office_  
**Location**

_02/10/23   2:00 p_  
**Date & Time**

_[signature]_  
**Investigator/Interviewer's Signature**

_____  
**Date**

_____  
**Witness' Signature**

_____  
**Date**

RC 1962