# USE OF FORCE REPORTS SUMMARY (2021-2022)

## 2022 - 63 Total

### BY RACE:

- Caucasian / White (44)            70%
- African American / Black (18)     18%
- Hispanic (1)                      1%

### BY DEPUTY:

- Christian Dedmon - 7 Total (11%); 7 White
- Daniel Opdyke – 4 Total (6%); 3 White, 1 Black
- Hunter Elward – 1 Total (2%); 1 White
- Brett McAlpin – 0 Total
- Jeffery Middleton – 0 Total

## 2021 - 43 Total

### BY RACE:

- Caucasian / White (23)            53%
- African American / Black (16)     37%
- Hispanic (2)                      5%
- Unknown (2)                       5%

### BY DEPUTY:

- Christian Dedmon - 6 Total (13%); 2 White, 4 Black
- Hunter Elward – 4 Total (9%); 1 White, 3 Black
- Daniel Opdyke – 2 Total (4%); 2 White
- Brett McAlpin – 0 Total
- Jeffery Middleton – 0 Total

EXHIBIT 13

RC 2231

# TRAFFIC TICKETS SUMMARY (2019-2024)

Total Tickets – 4,852

Percent By Race:

- White / Caucasian          66%

- Black / African American   29%

- Hispanic                   2%

- Asian                      < 1%

- Other / Unknown            2%

RC 2082