# RANKIN COUNTY JAIL

 

### Name
### SCHMIDT, ALAN JACKSON

Street Address:  
240 ST. PAUL ST  
CITY:     STATE:     ZIP:  
PEARL, MS  392080000

Age: 26

| Arrest Date: | Time: | Arresting Agency: | Court Date: | Arrest Location: |
|---|---|---|---|---|
| 12/04/22 | 23:15 | RSO | | Brandon       MS |
| Release Date: 07/18/2023 | | | | |

| Sex: M | Eyes: BLU | Height: 5-6 | Appearance: 30 |
|---|---|---|---|
| Race: W | Hair: BLN | Weight: 169 | Build: 7 |
| Scars/Marks/Tattoos: 11 | | Birth Place: JACKSON    MS | |

1  00196      BURGLARY - CHURCH/COMMERCIAL          F        0.00  
   Statute (RSA): 97-17-33  
2  00020      FAILURE TO APPEAR                              0.00  CB  
   Statute (RSA): 13-5-34



EXHIBIT 14

RC 1745

# RANKIN COUNTY JAIL
Booking Sheet: RCJ2022120034                                        Page: 1

**ID #:** 2012040412
**Name:** SCHMIDT, ALAN JACKSON
**Address:** 240 ST. PAUL ST
PEARL, MS  392080000
**Phone(Home/Business):** (000) 000-0000   (000) 000-0000

| | | |
|---|---|---|
| DOB: | Age: 26 YRS | Height: 5- 6 |
| Race: W | Sex: M | Weight: 169 |
| Eyes: BLU | Ethnicity: N | Appearance: 30 |
| Hair: BLN | Resident: R | Build: 7 |
| Scars/Marks/Tattoos: 11 | Complexion: 06 | Birth Place: JACKSON   MS |
| Employer: stevens construction | FBI ID: | IdentA: |
| SSN | DL No.: | MS State ID:      Religion: |

**Booking Date:** 12/04/22  **Time:** 23:15          Transfer(Y/N)?        **Facility:** RCJ
**Arrest Date:** 12/04/22  **Time:** 23:15          **Booking Officer:** 2020020053   HILDESHEIM, TOMMY
**Arresting Agency:** RSO                           **Cell Assignment:** AC214142
**Officer:** 2017080507   DEDMON, CHRISTIAN        **Status:** TR   **Class:** C214
**Location:**                                       **Hold Reason:**    **Court Date:**
   Brandon                          MS             **Holding For:**
**Searched By:** J56            **Phone Call:** Y   **Sentence Date:**   / /
CLOTHING: Y       NCIC:         JAIL RULES Y       **Scheduled Release:**  / /   0:00
METAL:           WARRANT:                          **Probation Off./Atty.:**
PAT: Y           PRINTS: Y                         **Bondsman:**
STRIP: Y         PHOTO: Y                          **Supplemental To:**
CAVITY:          VNR:                              **Drug Screen:**

**Cash:** $6.00   **Vehicle Information:**
**Vehicle Location:** COUNTY SHOP
**Property Description:**                           **Property Location:** 198
BLACK SHIRT, GRAY PANTS, BLACK SHOES WHITE SOCKS

****7/17/23 BUSINESS CARD ADDED TO PERSONAL PROP...J5JM****...7/18/23 PROP REL TO INMATE...J5JM

### OFFENSES

| Seq.No. | Code / Statute (RSA) / Reference Number / Notes | Description / Incident Number / Warrant Number | Court | Bond Amt / Fel/Misd / Fine Amount | Bond Type |
|---|---|---|---|---|---|
| 1 | 00196 / 97-17-33 | BURGLARY - CHURCH/COMMERCIAL    rcj2022120034 | RCCO | 0.00  F  0.00 | |
| 2 | 00020 / 13-5-34 | FAILURE TO APPEAR    RCJ2022120034 | PRL | 0.00   0.00 | CB |

pf......bussiness burglary....24hr hold preset bond for $20,000.00..j65vd....12/13/22 bond set at $20,000 per county court mitt....t11dp...3/16/23 indictment served....j5jm....7/17/23 nolle pros indictment per circuit court...j5jm

PM...7/17/23 trans from detainers fta x3 for no ins x2, seatbelt...bond set to $1,038 per PRL hold...j5jm....7/18/23 released per PRL Mitt....j5jm



RC 1930

# RANKIN COUNTY JAIL

Booking Sheet: RCJ2022120034

Page: 2

## JAIL PROPERTY ISSUED

| Item Code/Description: | | Serial No.: | | Inventory No.: | |
|---|---|---|---|---|---|
| Date/Time: | Issued by: | Condition: | Quantity: | Cost: | Total Cost: |
| BK  UNIFORM AND SHOES | | | | | |
| 12/04/2022  23:31 | 2020020053 | F | 1 | 0.00 | 0.00 |

I HAVE RECIEVED THE ABOVE JAIL PROPERTY IN THE CONDITION STATED.
I UNDERSTAND I AM RESPONSIBLE FOR THIS PROPERTY UNTIL RETURN
OR REIMBURSEMENT IS MADE FOR DAMAGE OR LOSS INCURRED DURING MY USE.

Inmate's Signature: _____   Date: _____   Time: _____

Witness: _____   Date: _____   Time: _____

Bond Total:

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY, MONEY AND
VALUABLES AND FIND IT TO BE ACCURATE. I ALSO UNDERSTAND MY PHONE
CONVERSATIONS WILL BE MONITORED FOR SECURITY REASONS.

Inmate's Signature _____   Date _____   Time _____

Witness _____   Date _____   Time _____

Booking Officer _____   Date _____   Time _____

RC 1931

# RANKIN COUNTY JAIL

Booking Medical Sheet: RCJ2022120034
12/04/22    23:15

ID #: 2012040412   Name: SCHMIDT, ALAN JACKSON
Address: 240 ST. PAUL ST
PEARL, MS 392080000

DOB: ▮▮▮   Race: W   Height: 5-6   Eyes: BLU   Home Phone
Age: 26 YRS   Sex: M   Weight: 169   Hair: BLN   (000)000-0000
Soc. Sec. No.: ▮▮▮

## VISUAL ASSESSMENT

| Yes/No | # | Question |
|---|---|---|
| N | 1. | Is inmate unconscious? |
| N | 2. | Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate medical attention? |
| N | 3. | Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that may be contagious? |
| N | 4. | Any signs of poor skin condition, vermin, rashes or needle marks? |
| Y | 5. | Does inmate appear to be under the influence of drugs or alcohol? |
| N | 6. | Any visible signs of alcohol or drug withdrawal? |
| N | 7A. | Does inmate's behavior suggest the risk of suicide? |
| N | 7B. | Does inmate's behavior suggest the risk of assault? |
| N | 8. | Is inmate carrying medication? |
| N | 9. | Does the inmate have any physical deformities? |
| N | 10. | Does inmate appear to have psychiatric problems? |

## MEDICAL QUESTION

11. Do you have or have you ever had any of the following:

| | | | | | |
|---|---|---|---|---|---|
| N a) allergies | N e) epilepsy | N i) high blood pressure | N m) ulcers |
| N b) arthritis | N f) fainting spells | N j) psychiatric disorder | N n) venerial disease |
| N c) asthma | N g) heart condition | Y k) seizures | N o) other(specify) |
| N d) diabetes | N h) hepatitis | N l) tuberculosis | |

12. Females only:
a) Are you pregnant?   b) Do you take birth control pills?   c) Have you recently delivered?

| Yes/No | # | Question |
|---|---|---|
| N | 13. | Have you recently been hospitalized or treated by a doctor? |
| N | 14. | Do you currently take any medication prescribed by a doctor? |
| Y | 15. | Are you allergic to any medication? |
| N | 16. | Do you have any handicaps or conditions that limit activity? |
| N | 17. | Have you ever attempted suicide or are you thinking about it now? |
| Y | 18. | Do you regularly use alcohol or street drugs? |
| N | 19. | Do you have any problems when you stop drinking or using drugs? |
| N | 20. | Do you have a special diet prescribed by a doctor? |
| Y | 21. | Do you have any problems or pain with your teeth? |
| N | 22. | Do you have any other medical problems we should know about? |
| N | 23. | Are you currently getting a check from Social Security for any reason? |

Medical Insurance: BLUE CROSS BLUE SHIELD   Doctor: NONE
Emergency Contact: MARRY ANN PIERCE   Relationship: GRANDMOTHER
Address:
City:   State:   Zip:   Phone: 6012093602
Diet Restrictions and Medical Orders:
none

RC 1932

## RANKIN COUNTY JAIL
**Booking Medical Sheet:   RCJ2022120034**
**12/04/22    23:15**

---

EXPLANATIONS (REFER TO QUESTION NUMBER)
**Q5:DRUGS**
**Q11K:SEIZURES**
**Q15:PENNICILLIN**
**Q18:DRUGS COCAIN**
**Q21:CAVITIES**

---

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

**Inmate's signature** _____   **Date** _____   **Time** _____

**Witness** _____   **Date** _____   **Time** _____

**Attending Officer** _____   **Date** _____   **Time** _____

RC 1933

# RANKIN COUNTY SHERIFF'S OFFICE

PRINT DATE: 02/06/2025     **NUMBER: 2022120271**     Page 5

Agency: RCSO     Author: DEDMON, CHRISTIAN LEE     Report Type: S
Incident No: 2022120271     Title: DEDMON R-12
Date Entered: 12/13/2022

Complainant(s): Investigator Christian Dedmon

Offense: Commercial Burglary

Victim Name: Sandifer Construction

Suspect/Arrestee Name: Alan J Schmidt

Evidence: 1 Stihl Cut off saw valued at $1,500.00. 1 Storm responder generator valued at $1,200.00. Makita drill set valued at $250.00. Miscellaneous tools.

Narrative:

On 11/28/2022 Steve Sandifer, the owner of Sandifer Construction called me in reference to his business being broken into at 1022 Monterey Pearl Ms. Mr. Sandifer explained to me that he hired an individual name Alan Schmidt the week prior. Mr. Sanfider told me that upon arriving to work on this date he noticed several items missing from his shop that are listed above. Mr. Sandifer told me that he hides a key at the business that only his employees know about and that the key was missing along with his tools, and power saws.

Mr. Sandifer explained to me that Schmidt only worked three days and then never came back to work. I obtained a list of his employees, and any individual that would know about the key. I contacted Chris Brogdon and asked if he could locate a tag on the vehicle Schmidt owned. Brogdon explained to me by LPR that he could put Schmidt in the area when the burglary occurred.

On 12/05/2022 I noticed Schmidt driving on Pearson Road in the City Of Pearl. While Smith was merging onto I-20 West from Pearson Road I initiated my emergency blue lights where Schmidt continued to drive until nearly reaching the Hinds County line.

I made a driver side approach coming in contact with a white male identified as Alan Schmidt. I asked Schmidt to exit the vehicle where I cleared him of any weapons. I explained to Schmidt my reasoning for coming in contact with him and read him his miranda warning. After conversation Schmidt admitted to going to the business late at night and taking the items listed. Schmidt told me he suffered from narcotic addiction and took the items to black male that goes by " tom tom" in Jackson and traded the tools / power saws for crack cocaine.

I contacted Hinds County Deputy Sillas and asked for assistance to locate the items at " Tom Tom" in the City of Jackson. I explained to Schmidt he was under arrest and Schmidt was willing to ride in my vehicle and show me the location of " tom tom" residence. Upon our arrival at 2652 Hillside Drive in Jackson I came in contact with a black male in the front yard. I asked the individual if he went by " tom tom" and he explained that he did. I aksed

RC 1942