

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201
OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISSISSIPPI FILED MAR 19 2025 ARTHUR JOHNSTON DEPUTY BY

RECEIVED MAR 19 2025 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISS.

Refused 3/15/25

Special Mail — Open in the presence of the inmate

JACKSON MS 390
11 MAR 2025 PM 2 L
US POSTAGE PITNEY BOWES
ZIP 39201
02 7H
0006204565
$ 000.69
MAR 11 2025

NIXIE    392    DE 1       0003/18/25
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 39201502299    *0466-08266-11-40

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

**Orders on Motions**

3:23-cv-00374-DPJ-ASH Jenkins et al v. Rankin County, Mississippi et al

ASH,JURY,TRIAL_SET

## U.S. District Court

## Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 3/11/2025 at 8:45 AM CDT and filed on 3/11/2025
**Case Name:** Jenkins et al v. Rankin County, Mississippi et al
**Case Number:** 3:23-cv-00374-DPJ-ASH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting [129] Consent Motion for Extension of Time to Complete Discovery for the limited purpose of taking the deposition of Defendant Jeffery Middleton. No further written order shall issue. Signed by Magistrate Judge Andrew S. Harris on March 11, 2025. (TA)**

**3:23-cv-00374-DPJ-ASH Notice has been electronically mailed to:**

Clarence M. Leland , Jr    cleland@bellsouth.net, ktbethj@bellsouth.net

Jason E Dare    jdare@bislawyers.com, kaldridge@bislawyers.com

Malik Shabazz - PHV    attorney.shabazz@yahoo.com

Trent L. Walker    Trent@Trentwalkeresq.com

**3:23-cv-00374-DPJ-ASH Notice has been delivered by other means to:**

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503