# Fwd: SUPPLEMENTAL DISCOVERY RESPONSES

| | |
|---|---|
| From: | malik shabazz (litigation.shabazz@yahoo.com) |
| To: | attorney.shabazz@yahoo.com |
| Date: | Thursday, March 27, 2025 at 10:45 PM GMT-4 |

Malik Z. Shabazz, Esq.
(301) 513-5445
(240) 688-0735
700 Pennsylvania Ave SE
Suite #200
Washington D.C.
20003

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

Begin forwarded message:

> **From:** Jason Dare <jdare@bislawyers.com>
> **Date:** March 26, 2025 at 6:21:43 PM EDT
> **To:** malik shabazz <litigation.shabazz@yahoo.com>
> **Cc:** trent Walker <trent@trentwalkeresq.com>
> **Subject: RE: SUPPLEMENTAL DISCOVERY RESPONSES**

Malik:

1. From my recollection, the documents produced to DOJ are bates numbered RC 2074 through RC 4346.

2. I agreed to determine whether Rankin County *could* obtain Dedmon's cell records at issue. That is being looked into.

3. I agreed to supplement with the TASER logs once you provided me with the names and dates, and I intend to keep my word to the extent there are records to produce. I'll need to obtain these records first.

While on the subject of agreements, you agreed in November of 2024 to provide documents in response to RFP #11 and #13, namely:

> **REQUEST NO. 11:** Produce color copies of all social media posts and/or videos by you (including your agents, representatives, and/or attorneys) concerning and/or relating to (a) Sheriff Bailey and/or the Rankin County Sheriff's Department, (b) the allegations in your Complaint related to Sheriff Bailey, and/or (c) Sheriff's Bailey's defense of qualified and/or your opposition to same.
> **ANSWER: Copies of request shall be produced and are forthcoming.**
>
> **REQUEST NO. 13:** Produce any and all e-mails, text messages, documents, or things of any kind that relate in any way to communications by and between you (including your agents, representatives, and/or attorneys) and any person with any form of news media concerning and/or relating to (a) Sheriff Bailey and/or the Rankin County Sheriff's Department, (b) the allegations in your Complaint related to Sheriff Bailey, and/or (c) Sheriff's Bailey's defense of qualified and/or your opposition to same.
> **ANSWER: Objection. Such documents are protected by attorney-client privilege. Notwithstanding such assertions of privilege, such documents nor protected by privilege shall be produced.**

None of these have been produced as of today.

4. For everything else, I must maintain that discovery concluded on March 3, 2025, and would invoke L.U. Civ. R. 7(b)(2)(C).

**Jason E. Dare**

**C:** (601) 573-7580    **D:** (601) 987-5307

**E:** jdare@bislawyers.com

---

**From:** malik shabazz <litigation.shabazz@yahoo.com>
**Sent:** Wednesday, March 26, 2025 2:47 PM
**To:** Jason Dare <jdare@bislawyers.com>
**Cc:** trent Walker <trent@trentwalkeresq.com>
**Subject:** SUPPLEMENTAL DISCOVERY RESPONSES

Hello Jason:

In regards to supplemetal discovery responses, are you going to provide any of the material that were agreed on in last weeks call with the Judge?

I recollect:

1. Bates numbered responses to the DOJ questions.

2. Christian Dedmon's cell phone logs and texts.

3. Specific taser logs for persons identified in RPD #3 (we Identified the date and the specific officers involved for these persons on Friday 3/21/25).

4. A response to RPD 15-21.

Can you let us know today whether we can expect any responses in these discovery issues?

Sincerely,

Malik Z. Shabazz, Esq.
(301) 513-5445
(240) 688-0735

700 Pennsylvania Ave SE
Suite #200
Washington D.C.
20003

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

Begin forwarded message:

> **From:** malik shabazz <litigation.shabazz@yahoo.com>
> **Date:** March 24, 2025 at 9:00:36 PM EDT
> **To:** Jason Dare <jdare@bislawyers.com>
> **Cc:** Kathy Aldridge <kaldridge@bislawyers.com>, trent Walker <trent@trentwalkeresq.com>
> **Subject: Re: REQUEST FOR EXTENSION/ SUPPLEMENTAL DISCOVERY RESPONSES**
>
> Hey Jason:

Are you available Tuesday 12 noo to review these discovery issues?

Sincerely

Malik Z. Shabazz, Esq.
(301) 513-5445
(240) 688-0735

700 Pennsylvania Ave SE
Suite #200
Washington D.C.
20003

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow*

*with its deletion, so that we can ensure such a mistake does not occur in the future.*

> On Mar 21, 2025, at 9:52 PM, malik shabazz <litigation.shabazz@yahoo.com> wrote:
>
> Hello Jason:
>
> 1 The plaintiffs are requesting your consent to an extension until 4/14/25 to respond to your summary judgment motion filed on 3/17/25. Amongst other matters of good cause, I have an appeal brief due in the Court of Appeals in Maryland on 3/31/25.
>
> Will you consent to our request for an extension?
>
> 2. Attached. is plaintiff's remaining list of discovery issues with defense. I am available anytime Monday or Tuesday to confer on these matters.
>
> Sincerely,
>
> **Malik Z. Shabazz Esq.**
> **700 Pennsylvania Ave**
> **Suite 200**
> **Washington, DC 20003**
> attorney.shabazz@yahoo.com
> **Ph: 301-513-5445**
> **Fax: 301-513-5447**

==============================================================================
=== The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
==============================================================================
===