IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL JENKINS,** *et al.* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil Action No.** |
| v. | : | **3:23-cv-374-DPJ-ASH** |
| | : | |
| | : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

<u>**PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE FOR THE PURPOSES OF FILING MOTION TO COMPEL [DOC. 136]**</u>

Comes now, the Plaintiffs, by and through counsel  hereby moves the court for an order extending  the discovery deadline in this case for the limited purposes of filing Plaintiffs' Motion to Compel Discovery response from Defendant.' Plaintiffs assert good cause for taking leave to file such extension until the date or March 28, 2025. Counsel for Defendant does not consent to this request. Plaintiffs Memorandum of Points and Authorities shall accompany this filing.

Exhibits supporting this motion are as follows:

a.  Plaintiffs' Motion to Compel [Doc. 136]

Plaintiffs incorporate by reference, all exhibits attached to their Motion to Compel.

Respectfully submitted by:

_/s/  MALIK SHABAZZ  ESQ /S/_
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.

1

[admitted Pro Hac Vice]
700 Pennsylvania Ave SE
Washington, DC 20003
Email: attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. 10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email: Trent@Trentwalkeresq.com (Mississippi
Local Counsel)
(601) 321-9540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of March 2025 I have electronically transmitted this Motion for Extension of Discovery Deadline to opposing counsel.

`

/s/Malik Z. Shabazz/s/

Malik Z. Shabazz Esq.