# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL JENKINS,** *et al.* : | |
| : | |
| **Plaintiffs,** : | |
| : | Civil Action No. |
| v. : | 3:23-cv-374-DPJ-ASH |
| : | |
| : | |
| **RANKIN COUNTY, MISSISSIPPI,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT RANKIN COUNTY

Come now, the Plaintiffs, by and through counsel, and pursuant to F.C.R.P. Rule 37 and hereby moves to compel discovery responses to Plaintiffs' Request for Documents #6, #15, #17, #23, #27, #29, and #30. Plaintiffs' Motion to Compel is related to Plaintiffs' request for production of IA investigation notes, IA findings, Garrity statements, body-worn camera footage, taser logs and personnel files. Plaintiffs shall file a separate Motion to Extend Discovery Deadline for the limited purposes of filing their Motion to Compel under separate cover.

In support of this motion, Plaintiffs submit the following exhibits:

      a. March 21, 2025 letter from Plaintiffs to defense counsel   [ex. 1]

      b, March 26, 2025 email from defense counsel to Plaintiffs [ex. 2]

      c,  Defendants answers to  Plaintiffs' Req. for Production of Documents [ex.3]

      d.  Def. supp. response to Plaintiff's Request for Prod of Documents [ex. 4]

Therefore, Plaintiffs move the court to compel production of document responses #6, # 15, 1s7, #23, #27, #28, and #30 from Defendant Rankin County

### CERTIFICATION OF COUNSEL

Prior to filing this motion, Plaintiffs' counsel requested the documents sought to be compelled of Defendant Bailey through his counsel via conference call on 2/21/2025; Judicial conference call on 3/20/25; email on Friday 3/ 21, 2025 and emails on 3/26/ 2025. Defense counsel informed Plaintiffs' that he would not supplement RPD responses 23, 27, 29, 30, invoking Local Rule 7(b)(2)(C).

          Respectfully submitted by:

   _/s/_ MALIK SHABAZZ_ESQ /S/_
**MALIK SHABAZZ, Esq.**
The Law Office of Malik Shabazz, Esq.
[admitted Pro Hac Vice]
700 Pennsylvania Ave SE
Washington, DC 20003
Email: attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)

   _/S/ TRENT WALKER ESQ /S/_
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. 10475
5245 Keele Street Suite A
Jackson, Mississippi 39206
Email: Trent@Trentwalkeresq.com (Mississippi Local Counsel)
(601) 321-9540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of March 2025 I electronically transmitted this Motion to Compel to opposing counsel.

`

/s/Malik Z. Shabazz/s/

Malik Z. Shabazz Esq.