CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 04 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

NIXIE    392    5E 1    2204/02/25
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 39201502299    *2066-05585-02-21

JACKSON MS 390
24 MAR 2025 PM
US POSTAGE — PITNEY BOWES
ZIP 33301
02 7H
06204565
$000.69⁰

Special Mail — Open in the presence of the inmate

RECEIVED
APR -4 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

released

39503-461551

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

## Minute Entries

3:23-cv-00374-DPJ-ASH Jenkins et al v. Rankin County, Mississippi et al

ASH,JURY,TRIAL_SET

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 3/21/2025 at 9:49 AM CDT and filed on 3/21/2025
**Case Name:** Jenkins et al v. Rankin County, Mississippi et al
**Case Number:** 3:23-cv-00374-DPJ-ASH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Andrew S. Harris: Telephonic Discovery Conference held on 3/20/2025 in Jackson, MS: Appearing: Malik Shabazz, Trent Walker, and Jason Dare. The Court granted Plaintiffs leave under Section 6.F.4. of the Case Management Order to file a motion seeking to take depositions of the Board of Supervisors' members outside of the discovery deadline and a motion to compel production of the IA investigation notes, findings, and Garrity statements by March 27, 2025. The Court explained to the parties that the granting of leave to file is not a ruling that any such motion will be timely. Plaintiffs must address in their motion why each of the issues they raise is timely under L.U. Civ. R. 7(b)(2)(C). The Court also reminded Plaintiffs they must attach the good-faith certificate required by L.U. Civ. R. 37(a). (TA)**

3:23-cv-00374-DPJ-ASH Notice has been electronically mailed to:

Clarence M. Leland , Jr    cleland@bellsouth.net, ktbethj@bellsouth.net

Jason E Dare    jdare@bislawyers.com, kaldridge@bislawyers.com

Malik Shabazz - PHV    attorney.shabazz@yahoo.com

Trent L. Walker    Trent@Trentwalkeresq.com

3:23-cv-00374-DPJ-ASH Notice has been delivered by other means to:

Daniel Opdyke
455-529
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503