# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MICHAEL COREY JENKINS,**                                                               **PLAINTIFFS**
**EDDIE TERRELL PARKER**

**v.**                                           **CAUSE NO. 3:23-cv-374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI, et al.**                            **DEFENDANTS**

---

**RESPONSE IN OPPOSITION TO PLAINTIFFS' [136] MOTION TO COMPEL DISCOVERY**

---

**NOW COME** Defendants Rankin County and Sheriff Bryan Bailey, by and through counsel, and in opposition to Plaintiffs' [136] Motion to Compel Discovery Responses, state as follows:

1. Plaintiffs filed their [136] Motion to Compel on March 28, 2025, which was (1) after the discovery deadline of March 3, 2025, (2) after the filing of Sheriff Bailey's [132] QI Motion for Summary Judgment on March 17, 2025, and (3) after this Court's mandated deadline of March 27, 2025, to file the motion. *See* 03/21/2025 Minute Entry.

2. Premised upon all legal precedent and analysis in their accompanying Memorandum of Authorities, these Defendants pray that the Court deny Plaintiffs' [136] Motion.

**WHEREFORE, PREMISES CONSIDERED,** Rankin County and Sheriff Bailey pray that this Court deny Plaintiffs' [136] Motion.

**RESPECTFULLY SUBMITTED,** this 11th day of April, 2025.

                                                **RANKIN COUNTY & SHERIFF BRYAN BAILEY -**
                                                **DEFENDANTS**

                                   **BY:**     */s/ Jason E. Dare*
                                              **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:     (601) 987-5307
Facsimile:      (601) 987-5307