# EXHIBIT 1



Lt. Jeffrey Middleton, a supervisor, gave commemorative coins to Goon Squad members.

