EXHIBIT 5B

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION


MICHAEL JENKINS, et al.,

      Plaintiffs,

v.              Civil Action No. 3:23-cv-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, et al.,

      Defendants.

---


REMOTE VIDEOTAPED DEPOSITION OF

JEFFREY MIDDLETON

TAKEN ON

FRIDAY, MARCH 14, 2025

10:07 A.M.


FCI MCKEAN

6975 PA-59

LEWIS RUN, PENNSYLVANIA  16738

Page 106

1  I gave one to our -- to Brett.  I gave one to our
2  legal counsel.
3      Q.   Your legal counsel at that time was Paul
4  Holland?
5      A.   Correct.
6      Q.   Great.  Thank you.
7           Or was he undersheriff then?
8      A.   He was the legal counsel.
9      Q.   Okay.
10     A.   And I can't remember exactly but I may
11  have given one to the undersheriff, which was Randy
12  Gray.  I'm not 100 percent about that.  So that's --
13  I'm not sure.
14     Q.   Do you know if you gave one to Dwayne
15  Thornton?
16     A.   I was thinking about that one, too, and I
17  can't remember for sure if I did.  I want to say
18  that I possibly did but I'm not -- I'm not sure.
19     Q.   I may have asked this earlier.  Were you
20  part of the WhatsApp messages that were published in
21  the USA Today and New York Times, those messages
22  where people were discussing taking pictures with
23  dead bodies and getting points for shooting people?
24     A.   What group was that?  Do you know the name
25  of the group?

Page 107

1      Q.   No.  I just know that it was a WhatsApp
2  group within the Sheriff's Department.
3      A.   I can honestly say for 100 percent that I
4  was not because I do not recall ever hearing anybody
5  getting points for shooting somebody.  You know, but
6  again, like with those -- the reason I say that I
7  can't recall or that I can't say that I never was is
8  the same like I said earlier.  Like sometimes those
9  messages would be so mean that I would never just
10  read them.  I would never go back and read all
11  those.  There were a bunch of messages that I know
12  I've missed.
13     Q.   In your experience as a member of the
14  Rankin County Sheriff's Department, have you
15  experienced other deputies participating in
16  warrantless raids or searches?
17     A.   Illegally?
18     Q.   Yes.
19     A.   No.
20     Q.   Okay.  We discussed earlier about knocks
21  and talks and those not necessarily being raids that
22  a warrant would exit for.
23     A.   Right.
24     Q.   Do you think that that's legal?
25     A.   There are times that I went, like when

Page 108

1  Brett was in narcotics and a few times that I went
2  with him he would always get them to sign a consent
3  to search form, the homeowner.  And at that time it
4  was to the best of my knowledge legal to search at
5  that time.  I mean, but you could -- you could back
6  it up even further and get a search warrant,
7  obviously.  But --
8      Q.   Would he go knock and talk, and say, hey,
9  sign this consent to search form giving us consent
10  to search your house?
11     A.   Asking them.  Right.
12     Q.   Asking.  Well, you don't think that there
13  wouldn't be a certain amount of intimidation
14  involved in that?
15          MR. DARE:  Object to form.
16          THE WITNESS:  I'm not sure.
17  BY MR. WALKER:
18     Q.   I mean, here I am.  I want to search your
19  house.  Here, sign this.  But I don't have a warrant
20  but it's okay if you sign this.  You don't think
21  that a certain percentage of citizens would see that
22  they didn't have a choice but to sign a consent to
23  search?
24          MR. DARE:  Objection.  Argumentative.
25          THE WITNESS:  That's not anything that I

Page 109

1  could answer.  I mean, we don't just go up there and
2  say, hey, sign this.  I mean, like hey, ma'am, sir,
3  we got a call about you all selling drugs out of
4  this house.  We're over here investigating that.  Do
5  you -- what do you say about that?  Oh, we're not
6  selling drugs.  Oh, well, do you mind if we walk
7  around and search your house to see?  And they're
8  like, sure, you can.  So you say, would you mind
9  signing this?  I mean, I don't know if that's the
10  exact wording but never have I seen anybody be
11  intimidated to sign something.
12     Q.   Okay.  The situation you're describing, if
13  you have criminal reason to believe drug sales are
14  occurring at a particular residence, that's
15  precisely when you go get a warrant.
16     A.   If you only have -- if you -- what you
17  said, good evidence saying that they are, this may
18  just be a neighbor calling.  And this is just the
19  beginning of the investigation of it that you go
20  over there and do that.  Not that you've done
21  surveillance on the house and seen people.  Just
22  going off of a neighbor.  And because that -- those
23  kind of -- those people call all the time saying
24  that my neighbor is selling drugs and we don't run
25  and get a search warrant every time.  They -- this

Page 110

1  is what I've been involved with a few times.  It's
2  like they go over there and they investigate it.
3  They, you know, we got a call about this happening.
4  And we can -- there's nothing going on.  We take a
5  quick look around your house and leave.  Get out of
6  your hair.  I mean, but now if your investigation
7  would go further and you did surveillance and you've
8  seen all this then that would be -- definitely be a
9  reason that you would get a search warrant.
10      Q.   Okay.  In your experience at the Sheriff's
11 Department, had you ever, before January 24, 2023,
12 saw members of the Sheriff's Department use any sort
13 of sex toys as a humiliation tactic against people
14 who were arrested or detained?
15      A.   No.
16      Q.   Okay.  Had you ever seen the use of sex
17 itself as a humiliation tactic --
18      A.   No.
19      Q.   -- against people who were arrested or
20 detained?
21      A.   No.
22      Q.   Before that night, January 24th, when
23 Christian Dedmon discharged his firearm as we know
24 he also did in December with Alan Schmidt on the
25 side of I-20, had you ever experienced or heard

Page 111

1  about deputies discharging firearms as a means of
2  intimidation or of extracting confessions or
3  information from people who were detained or
4  arrested?
5       A.   No.
6       Q.   Before January 24, 2023, had you ever
7  experienced or witnessed theft or confiscation of
8  private surveillance equipment to cover up any
9  illegal activities of the Rankin County Sheriff's
10 Department?
11      A.   No.
12      Q.   You stated earlier that you had a .38 in
13 your possession that you offered to Elward.  Had you
14 observed other people in the Sheriff's Department
15 who had guns that were not registered to them in
16 their possession for the purpose of using if a stop
17 went bad?
18      A.   No.
19      Q.   Have you ever observed the use of
20 intimidation to prevent the reporting of excessive
21 force?
22      A.   Ask that again.  I'm sorry.
23      Q.   Have you ever observed anybody in the
24 Sheriff's Department use intimidation to prevent
25 excessive force from being reported?

Page 112

1       A.   No.
2       Q.   Had you ever experienced excessive Taser
3  usage or gratuitous Taser usage on people who were
4  detained or arrested?
5       A.   No.
6       Q.   As shift lieutenant, what role did you
7  play in ensuring or examining or making sure that
8  Tasers were properly used?
9       A.   That would fall more on my sergeant
10 because the sergeant runs the day-to-day operations,
11 like if it was a use of force report, if we were
12 just using, for example, Hunter Elward, if he'd tase
13 somebody, well, then he would have to do a use of
14 force report and make sure that his Taser got
15 downloaded and the sergeant would make sure that
16 those things got done.  And then the sergeant would
17 sign off on the use of force report.  Unless the
18 sergeant was not available, and then I would do it.
19      Q.   But there was a procedure in place that
20 was supposed to be followed?
21      A.   On the use of the Taser?
22      Q.   Yes.
23      A.   Yes.
24      Q.   And use for discharge of firearms, there
25 was also a procedure in place then also?

Page 113

1       A.   Correct.  Yes.
2       Q.   Okay.  So to use Mr. Dedmon as an example,
3  if he discharged his firearm for any reason other
4  than target practice, that's supposed to be
5  reported.  Correct?
6       A.   Correct.
7       Q.   All right.  So if he chose not to report
8  it then what procedure was in place to be able to
9  account for a discharge?
10      A.   I don't think that there was a procedure
11 in place like to, you know, if he chose not to
12 report it.  I did not think there was a procedure in
13 place for that.
14      Q.   All right.  The department issued
15 ammunition?
16      A.   Correct.
17      Q.   But the department didn't have a procedure
18 to count ammunition used?
19      A.   To my knowledge, no.
20      Q.   Have you ever seen anybody waterboarded by
21 members of the Sheriff's Department before the night
22 of January 24, 2023?
23      A.   No.
24      Q.   Before the night of January 24, 2023, at
25 Conerly Road, had you ever observe any member of the

**Page 114**

1  department to insert a gun into the mouth of a
2  person who has been arrested or detained?
3      A.  No.
4      Q.  Before that night on Conerly Road, had you
5  ever observed any member of the department
6  withholding medical treatment from someone who was
7  arrested and detained?
8      A.  No.
9      Q.  Did you fill out a use of force report
10 every time you use force?
11     A.  Yes.
12     Q.  Who did you report to within the
13 department?
14     A.  Dwayne Thornton.
15     Q.  And you were the shift sergeant so Dwayne
16 was -- or Officer Thornton he was what?
17     A.  Chief deputy.
18     Q.  Chief deputy.  Okay.  And he was your
19 direct report?
20     A.  Yes.
21     Q.  So any issues you had you reported to Mr.
22 Thornton?
23     A.  Yes.
24     Q.  All right.  Did you share with Mr.
25 Thornton that you really had some issues with the

**Page 115**

1  way that Mr. Dedmon carried himself?
2      A.  I'm trying to remember if we had a
3  specific conversation about it.  I can't recall on
4  that.  I can't --
5      Q.  You may or may not have?
6      A.  May or may not have.
7      Q.  What kind of day-to-day interaction did
8  you have with Sheriff Bailey?
9      A.  Really nothing.
10     Q.  Okay.  Under what circumstances did you
11 interact with Sheriff Bailey?
12     A.  If he needed to, like I said, sometimes he
13 would get like Thornton to -- they'd have so-and-so
14 take care of this.  Like speeders.  I keep using
15 that for example in a neighborhood.  And then Chief
16 Thornton would text me or whatever or call me.  Like
17 they have so many guys go to the neighborhood.  And
18 then sometimes Sheriff Bailey would call me or text
19 me himself.  And any -- any relationship that I've
20 ever had, or if you want to call it a relationship,
21 interactions, it would just 100 percent like work
22 related, like he would call me and tell me to do --
23 get this taken care to or take care of that.  But
24 it's very rare that he calls or texts me himself.
25     Q.  Okay.  So he would mostly go through

**Page 116**

1  Deputy Chief Nolan (phonetic)?
2      A.  Sometimes he would even do it on a radio.
3  Like he would just key up on a radio and ask what
4  supervisor is working and then he would just tell me
5  over the radio to get some people to, you know, go
6  take care of whatever situation.
7      Q.  We talked a second ago about Paul Holley,
8  who went from legal counsel to undersheriff at one
9  point.  He was reserve deputy?
10     A.  Yes.
11     Q.  And at some point do you know if he was
12 assistant county prosecutor?
13     A.  Yes.  I think he was.  That's right.
14 Yeah.
15     Q.  Okay.  Are you aware of any instance where
16 he might have participated in a raid and then
17 prosecuted the defendants that resulted from that
18 raid?
19     A.  No.
20     Q.  Have you ever observed Bryan Bailey use
21 excessive force against anybody who was arrested or
22 detained?
23     A.  Not that I can think of.
24     Q.  Okay.  Do you know if the -- and I'm going
25 back to this challenge coin -- do you know if the

**Page 117**

1  existence of that Goon Squad logo was well known to
2  personnel at all levels of the Sheriff's Department,
3  including Sheriff Bailey?
4      MR. DARE:  Object to form.
5      THE WITNESS:  You know what?  Ask the --
6  ask me again I'm sorry.
7  BY MR. WALKER:
8      Q.  Do you know if the existence of the Goon
9  Squad logo was well known to personnel at all levels
10 of the Sheriff's Department up to and including
11 Sheriff Bailey?
12     A.  I do not.
13     Q.  You don't know?
14     A.  I do not.
15     Q.  Okay.  Is it a fair statement that as a
16 matter of routine you're not closely supervised by
17 Sheriff Bailey?
18     A.  Yes.  That's correct.
19     Q.  All right.  Is it true as a matter of
20 routine you are not closely supervised by Chief
21 Deputy Thornton?
22     A.  Correct.
23     Q.  Is it a fair statement that as a matter of
24 routine you and other members of the Rankin County
25 Sheriff's Department were pretty much left to your

Page 118

1  own devices as long as crime was kept in check?
2      A.   And yes.  As long as we weren't getting
3  complaints.
4      Q.   Okay.  Is it a fair statement that you and
5  the other members of the Sheriff's Department were
6  free to use whatever force you deemed necessary to
7  maintain law and order?
8      A.   No.
9      Q.   Okay.  How were tabs kept on the force
10 that you used other than use of force reports and
11 Taser downloads?
12     A.   Just by the sergeant going to calls with
13 the deputies and occasionally, I go.  Mostly, it's
14 going to be a more -- like if it was a death or
15 whether it was just a motor vehicle accident death
16 or somebody was killed or, you know, a life was
17 lost, then I would go just to make sure that all the
18 procedures happened the way that they were supposed
19 to happen.  You know, like the crime scene didn't
20 get contaminated or anything  So there's that.
21     Q.   Okay.  But even in that instance you've
22 got concerns about the activities of Christian
23 Dedmon.
24     A.   I don't understand.
25     Q.   Well, my question was that whether you and

Page 119

1  other members of the Sheriff's Department were free
2  to use whatever force you deemed necessary in order
3  to maintain law and order.  You just gave me the
4  answer that you gave.  But earlier in the deposition
5  you said that you, yourself, were concerned about
6  Christian Dedmon, the way he carried himself.
7      A.   Okay.
8      Q.   But as close as you could tell, were any
9  reins ever put on him?
10     A.   As close as I could tell, no.
11     Q.   Is it true or false that the members of
12 the Sheriff's Department routinely faced no
13 accountability for the use of excessive force or
14 injuries to detainees or arrestees?
15     A.   I'm not aware of any excessive force other
16 than what we know about here and have been reported.
17 So that answer would be no because I don't of any --
18 like, hey, this guy had excessive force put on him
19 and nothing was done about it.
20     Q.   And when you say what we know and what's
21 been reported, you're talking specifically about
22 probably with Mr. Jenkins and Mr. Parker.  Yes?
23     A.   Yes.
24     Q.   All right.  And you're also talking about
25 Alan Schmidt and what occurred on the side of the

Page 120

1  road December 2020?
2      A.   Yes.
3      Q.   Which also incidentally involved two
4  people who were directly under your charge, Mr.
5  Elward and Mr. Opdyke.
6      A.   And one more.  Stephan Williams.
7      Q.   And Stefan Williams.  Okay.  And you said
8  somebody named Sanford?
9      A.   Correct.
10     Q.   Okay.  Were Mr. Williams and Mr. Sanford
11 under your charge?
12     A.   Williams was.  Sanford, yeah, Sanford was.
13 Not routinely.  He was from another shift and worked
14 overtime --
15     Q.   Oh, okay.
16     A.   -- on my shift, so yes, he was.
17     Q.   He was.  To the extent he was on your
18 shift --
19     A.   That's what happened that night.  Yes.
20     Q.   Okay.  Did anybody at all tell you
21 anything regarding there being an arrest of Mr.
22 Schmidt?
23     A.   No.
24     Q.   Okay.  And it seems like about half your
25 shift was there.

Page 121

1      A.   Four of the nine.  Yes.  Yes.
2      Q.   And the nine that you said earlier
3  included you?
4      A.   Right.
5      Q.   So at your shift, this involved Alan
6  Schmidt, who also guilty pleas have been entered
7  involving Mr. Elward and Mr. Opdyke, as well as
8  Christian Dedmon, and nobody ever told you that they
9  were ever on the side of I-20?
10     A.   Not until all this other stuff started
11 coming up is when I found out about that.  The
12 hearsay of the phone call that I told you about that
13 the guy called from the jail --
14     Q.   And called his mother and his grandmother?
15     A.   Somebody.  And I don't remember who even
16 said that or who told me about that but they didn't
17 elaborate on what happened or who was even there.
18     Q.   Well, this then brings up a question, and
19 a second ago you said that you were only aware of
20 the excessive force that we know about.  And your
21 shift didn't even tell you about the incident that
22 occurred a month earlier.  There's no guardrails in
23 place so that anybody in control of -- had any
24 control over what any of these deputies are doing.
25 Right?

Page 122

1      MR. DARE:  Object to form.
2      THE WITNESS:  There's no guardrails that
3  exist to my knowledge that can shadow a deputy 24/7
4  while he's working.  They have to have somewhat of
5  some freedom to be able to do their job and one to
6  two supervisors cannot be everywhere those deputies
7  are all the time.  But I'm not sure if that answers
8  your question.  But there is nothing in place to
9  assure that they're supervised all the time.
10 BY MR. WALKER:
11     Q.   Is it true that the Goon Squad on the 11
12 a.m. to 11 p.m. shift because overnight misdeeds
13 committed by the Sheriff's Department would be less
14 visible to the public?
15     A.   No.
16     Q.   Is it true that the Rankin County
17 Sheriff's Department had a culture that rewarded
18 aggressiveness and the willingness to do what was
19 needed to be done to achieve whatever goals it
20 perceived?
21     A.   No.
22     Q.   Were you led to believe that would be no
23 adverse consequences regarding the use of excessive
24 force for constitutional violations?
25     A.   No.

Page 123

1      Q.   Were you a member of the HIDTA Task Force,
2  which is something that I guess came from MBI?
3      A.   Assist HIDTA, H-I-D-T-A, yeah.
4      Q.   That didn't involve you?
5      A.   No, sir.
6      Q.   Your overtime was not paid through HIDTA?
7      A.   No.
8      Q.   Do you get overtime?
9      A.   Occasionally, yes.  It was paid by Rankin
10 County.  Most of the overtime I got was just like
11 SRT training, SRT call out.
12     Q.   How often did you all have to go out SRT?
13     A.   It was very rare.
14     Q.   Once or twice a year?
15     A.   Yeah.  Maybe a little more than that but
16 it's --
17     Q.   Let me ask you, we'll go back and almost
18 finish.  When you got out to Conerly Road and
19 everything's clearly going off the rails, was there
20 any sort of peer pressure or some other pressure
21 that stopped you from doing whatever was necessary
22 to gain control of the situation?
23     A.   There may have been.  Like I thought the
24 best answer after the fact or I thought of that
25 question after the fact but, you know, why I did the

Page 124

1  things that I did, like not saying something to
2  Dedmon when he shot that round.  Why I felt the need
3  that I had to say that I was leaving the scene when
4  the shooting occurred.  Why I felt the need to tell
5  Elward that I had a gun.  And I thought of all of
6  that and I cannot come up with a good answer from
7  that.  Like just the -- I know that that night I
8  just panicked and did -- made some choices that I
9  shouldn't have made as far as like saying that about
10 the gun or, you know, that I was leaving the scene.
11 I'm not -- other than just sheer panic I don't know
12 why I did that.
13     Q.   And I guess I'm asking the question
14 because, you know, what occurred there went on for
15 some amount of time.  If they were going to just
16 arrest Mr. Jenkins and Mr. Parker, they were in
17 cuffs by the time you got in.
18     A.   Right.
19     Q.   You all were there for 35 to 40 minutes by
20 your estimation after that and stuff just didn't get
21 any better.
22     A.   Okay.
23     Q.   So over the course of that 35 to 40
24 minutes was it peer pressure that stopped you from
25 saying this is not right, this is not something that

Page 125

1  I'm normally a part of and I'm going to regain
2  control of this situation here since, you know,
3  several of these people are directly under my charge
4  even if McAlpin and Dedmon are not under my charge?
5      A.   I would say possibly that peer pressure
6  was probably part of it, the part that I was aware
7  of and just -- but anything other than that I
8  couldn't give, like I said, I thought about that
9  question many times, why I reacted the way I did.
10     Q.   After January 24th, when you -- the next
11 day you were back in your regularly scheduled
12 duties, did you have any discussion with Sheriff
13 Bailey or anybody else?  I know you gave a statement
14 to MBI but did you have a discussion with Sheriff
15 Bailey or anybody else about what had occurred that
16 night?
17     A.   I talked to -- we did a, like an IAB.
18     Q.   What's an IAB?
19     A.   Internal Affairs.
20     Q.   Okay.
21     A.   Or just say IA, with Godfrey.
22     Q.   Steven Godfrey?
23     A.   Right.  And then I briefly talked with
24 Paul Holley, who was at the FBI Academy at the time.
25 And he just told me to be truthful.  And that I

Page 126

1  would be okay.  He said, man, just tell the truth of
2  what happened.
3      Q.   So and you said that you did an IAB with
4  Godfrey.  What did that consist of?
5      A.   I can't remember.  Just asking pretty much
6  yes and no questions.  I don't remember what all
7  they were.
8      Q.   Was he trying to do more than get to the
9  basics of what went on that night?
10     A.   I don't think so.  He was just trying to
11  get to the basics of what went on that night.  I
12  mean, nothing more that I would -- that I picked up
13  from it.  It was --
14     Q.   How long did that conversation with
15  Godfrey last?
16     A.   Fifteen to 20 minutes.
17     Q.   And you said it was mostly yes or no
18  questions?
19     A.   I don't remember.  This -- maybe give him
20  a quick synopsis of what happened or on my part of
21  it.
22     Q.   And did you tell him the same story you
23  told the MBI or you told him what happened?
24     A.   No.  I told him the same story I told MBI.
25     Q.   Did anybody ever ask how it was that Mr.

Page 127

1  Jenkins was shot in the mouth when he went for the
2  gun?
3      A.   No.
4      Q.   Nobody asked that?
5      A.   Not to my knowledge.
6      Q.   MBI didn't ask you?
7      A.   They asked me but I didn't know -- I
8  didn't -- I couldn't give an answer because I didn't
9  know what happened.
10     Q.   Okay.
11     A.   I don't know what -- I never knew what
12  Elward's story was as to how it happened.
13     Q.   How the gun got in Mr. Jenkins's mouth?
14     A.   Right.  The story that they were telling.
15     Q.   You didn't know what Elward was saying?
16     A.   Right.  And didn't know.  I
17  never asked him like why did you have your gun in
18  his mouth or anything like that because now things
19  were -- I was more worried about getting Jenkins
20  medical help or whatever.  It's just I had not
21  pulled him aside, like hey, why did you -- why did
22  you do that?  Why did you have your gun in his mouth
23  or anything.
24     Q.   Well, was Elward taken off and put on
25  administrative leave or desk duty or what happened?

Page 128

1      A.   He was put on administrative leave.
2      Q.   Starting that next day?
3      A.   I think so.
4      Q.   What about Opdyke?
5      A.   I'm not sure when he was but he was not
6  the nest day.  It was later on.
7      Q.   Do you know when McAlpin went on
8  administrative leave?
9      A.   I don't.
10     Q.   And Dedmon went on desk duty or do you
11  know?
12     A.   What I heard was that Devin went on desk
13  duty but then they just told him to stay away from
14  the office all together.
15     Q.   Do you know how long it was when they told
16  him to stay away from the office all together?
17     A.   I do not.
18     Q.   Was it before you were asked to turn in
19  your truck and --
20     A.   Yes.
21     Q.   So it was pretty clear there was an
22  investigation going on and that it was widening?
23     A.   Yes.
24     Q.   And you said that you knew that there was
25  an active investigation around April?

Page 129

1      A.   I said I can't be specific on dates but I
2  knew at some point that there was an active
3  investigation and that I was involved in that.
4      Q.   Did anybody ever come to you and tell you
5  to stick to your story?
6      A.   No.  No.  Not -- I mean, we -- we
7  discussed that amongst ourselves to stick to our
8  story.
9      Q.   After that night?
10     A.   Right.
11     Q.   When?
12     A.   I don't know.  It was some time after that
13  night.  I don't know when it was.
14     Q.   That this is what we're saying.  This is
15  what we're saying happened.  This is what we're
16  going to stick with to the very end?
17     A.   And that was before -- yes.  And that was
18  before the MBI investigation or whatever, the
19  interview.
20     Q.   Now, MBI was going to interview any
21  shooting that occurred within the department anyway.
22  Right?
23     A.   Right.
24     Q.   And they asked -- you first spoke to MBI
25  the next day or sometime later?

Page 130

1    A.  No.  It was sometime later.

2    Q.  Okay.  And the story you told me today

3  that you told them, that's what you told them then?

4    A.  Right.  About that I was in my truck

5  backing out and heard them call for medical.  And I

6  come back and that's when I -- everything before

7  that and after that is the truth.  The only part

8  that I guess you can say lied about was that I was

9  in my truck leaving whenever I heard them call for

10  medical and I'd come back.

11    MR. WALKER:  I tender the witness.

12  EXAMINATION

13  BY MR. DARE:

14    Q.  Mr. Middleton, you also did an incident

15  report or something in relation to the events that

16  occurred on January 24, 2023, did you not?

17    A.  Yes, sir.

18    Q.  As a lieutenant, did you also have an

19  opportunity to review Hunter Elward and Daniel

20  Opdyke's incident or supplemental reports?

21    A.  I had an opportunity but I did not

22    Q.  Your report that you did for the Sheriff's

23  Department contained falsities as well, did it not?

24    A.  It did.

25    Q.  You would agree with me that it's fairly

Page 131

1  difficult for anybody above you, whether that be the

2  chief deputy, the undersheriff, or the sheriff to

3  know exactly what's going on when there's falsities

4  in reports.  Correct?

5    A.  I would -- that's a possibility.  I mean,

6  but there again, it's hard to say a yes or a no.  I

7  mean --

8    Q.  It certainly makes it a whole lot more

9  difficult to know what's going on -- well, you as a

10  supervisor, when you review a report, you assume

11  that the deputies underneath you are being truthful

12  and honest, do you not?

13    A.  That's right.

14    Q.  You testified a little bit about what was

15  going on in December of '22 on the side of the

16  highway or the side of the interstate with the Alan

17  Schmidt incident.  Were you out there at all?

18    A.  No.

19    Q.  Do you have any personal firsthand

20  knowledge of anything that occurred on the side of

21  the interstate?

22    A.  No.  Not until this allegations come up

23  against them other than the phone call from the

24  jail, you know, I would say --

25    Q.  Did you listen to that phone call?

Page 132

1    A.  No.  I don't think I ever heard that phone

2  call.  I don't remember who -- somebody else had

3  heard it and told me about it.

4    Q.  So and as you sit here today, do you know

5  if that phone call even exists?

6    A.  I couldn't say for sure that it does.

7    Q.  Other than being animated against dealings

8  with a female the time prior, had you witnessed any

9  other -- witnessed personally firsthand any other

10  violence committed by Christian Dedmon?  I'm not

11  referring to what you heard.

12    A.  Right.

13    Q.  I'm referring only to what you saw with

14  your own two eyes.

15    A.  No.

16    Q.  I'm going to show you what is Bates

17  stamped RC2053.  I'm going to show it to Mr. Walker

18  first.

19    Since the court reporter is here I'm just

20  going to refer to it by the Bates number at the very

21  bottom.

22    What is that document?

23    A.  Okay.  It's a use of force in vehicle

24  pursuit?

25    Q.  Yeah.  Why are all of these folks named on

Page 133

1  this use of force in vehicle pursuit page?

2    A.  I'm assuming because they were all maybe

3  either there or involved in this pursuit.

4    Q.  Is that a --

5    A.  I guess if I could have brought the whole

6  thing in --

7    Q.  When you had training at the Sheriff's

8  Department, did you have sign-up sheets?

9    A.  No.

10    Q.  Nothing similar to this?

11    A.  No.  Like training and stuff?

12    Q.  Sure.  If you were retrained on use of

13  force in vehicle --

14    A.  Oh, sure, sure.  Yeah, sure.  We would

15  sign a sign-in sheet or something like that.  Right.

16    Q.  To prove that you had actually gone

17  through that training.

18    A.  Right.

19    Q.  Who is Richard Lawrence?

20    A.  Legal counsel.

21    Q.  Was he legal counsel in 2019?

22    A.  I believe he was.

23    Q.  Can you -- when asked a bunch of questions

24  about, and specifically, in reference to the request

25  for admissions that were sent to you earlier.  Some

Page 134

1  of the questions verbatim were based on requests for
2  admissions. You did respond to the request for
3  admissions, did you not?
4      A.  I did.
5      Q.  And you denied for the most part all of
6  the requests for admissions. Is that right?
7      A.  I'm not sure I understand. But I just
8  want to make sure I know what I'm answering to. I
9  mean --
10     Q.  Sure. For instance, you were asked in the
11 request for admission to admit the admission of the
12 Goon Squad and its coin logo was well known to
13 personnel at all levels in the Rankin County
14 Sheriff's Department including Sheriff Bailey.
15         Your response was, "Admit that the coin
16 existed but deny that there was a Goon Squad other
17 than the nickname for the shift I was on and deny
18 the rest as I don't know what anyone knew."
19         One, was that your response to Request for
20 Admission No. 1?
21     A.  Yes.
22     Q.  And based on the totality of everything
23 that you've testified hereto today is that still
24 accurate?
25     A.  Yes.

Page 135

1      Q.  When you were working in the jail at the
2  Sheriff's Department were you made aware that there
3  was a -- there were medical personnel that also
4  worked at the jail?
5      A.  Yes.
6      Q.  And as part of the duties of the medical
7  personnel would they do assessments on individuals
8  within a certain timeframe of being booked in, if
9  you know?
10     A.  I don't -- I don't know what their -- what
11 their requirements -- what the medical personnel --
12 what their SOPS were, what their requirements were.
13 I don't know.
14         THE REPORTER: Attorney Dare, would you
15 like to mark Bates RC2053 as Exhibit 1?
16         MR. DARE: No, thank you.
17         THE REPORTER: Thank you, sir.
18 BY MR. DARE:
19     Q.  You were asked a question about inventory
20 on ammunition. Were deputies or any personnel with
21 the Sheriff's Department free to buy their own
22 ammunition from whether it be Vans or from anywhere
23 at any time they choose? Could they?
24     A.  So could any of the deputies go buy
25 ammunition from Vans if they wanted to?

Page 136

1      Q.  If they wanted to?
2      A.  I would say yes. Yes.
3      Q.  They were citizens of the United States
4  and as long as it was lawful to buy ammunition they
5  could go out and buy ammunition. Correct?
6      A.  Yes.
7      Q.  Had you ever made any misrepresentations
8  of any other incident report or reports you did for
9  the Sheriff's Department other than on this one
10 instance?
11     A.  No.
12     Q.  And are you aware as we sit here today of
13 any other misrepresentations by any of the deputies
14 working underneath you made, for instance, prior to
15 this one, the January 24, 2023, incident?
16     A.  No.
17     Q.  You don't know specifically what the
18 sheriff would had done had you spoken with him about
19 your beliefs on Dedmon, do you?
20     A.  I couldn't say for sure.
21     Q.  And you never did have that conversation
22 with the sheriff about your beliefs about Dedmon,
23 did you?
24     A.  No.
25     Q.  This is Bates stamped RC168.

Page 137

1          What is that document?
2      A.  Board of -- Board on Law Enforcement
3  Officers Standard and Training, professional
4  certificate to me, Jeffrey Alwood Middleton.
5      Q.  Issued by the State of Mississippi. Is
6  that right?
7      A.  Issued by the State of Mississippi.
8      Q.  Held by the Rankin County Sheriff's
9  Department up until the time of your termination.
10 Is that right?
11     A.  Right. I guess they -- I don't know when
12 they got rid of it but -- or whatever, you know.
13     Q.  So at all points in time when you were
14 working with the Rankin County Sheriff's Department,
15 you were certified through the State of Mississippi
16 to do so. Correct?
17     A.  Correct.
18         MR. DARE: Let's take five minutes so that
19 you can go through your stuff and I can go through
20 my stuff.
21         MR. WALKER: That's fine.
22         MR. DARE: We're going to go off the
23 record for about five minutes.
24         THE VIDEOGRAPHER: Okay. Please stand by.
25 The time is 1:31 p.m. and we are off the record.

JEFFREY MIDDLETON                March 14, 2025                    138 to 141
83199

**Page 138**

1     (WHEREUPON, a recess was taken.)
2          THE VIDEOGRAPHER:  We are on the record.
3 The time is 1:35 p.m.
4          You may now proceed.
5          MR. DARE:  Thank you for your indulgence.
6 I tender the witness at this time.
7          MR. WALKER:  No further questions.
8          MR. DARE:  Mr. Leland, would you like to
9 ask any questions?
10         MR. LELAND:  I don't have any questions.
11         MR. DARE:  Thank you.
12         THE VIDEOGRAPHER:  Okay.  All right.
13 Perfect.
14         Before we go off the record, counsel, our
15 court reporter will take orders for the transcript
16 and I will take orders for the video.
17         THE REPORTER:  Thank you.
18         Attorney Walker, would you like to order
19 the original transcript, sir?
20         MR. WALKER:  Yes.
21         THE REPORTER:  Thank you, sir.
22         And Attorney Leland, would you like to
23 order a copy of the transcript?
24         MR. LELAND:  Transcript.
25         THE REPORTER:  You would like a copy, sir?

**Page 139**

1          MR. LELAND:  Yes.
2          THE REPORTER:  Thank you, sir.
3          And Attorney Dare, would you like a copy
4 of the transcript?
5          MR. DARE:  Electronic only, please.
6          THE REPORTER:  Electronic only.  Thank
7 you.
8          THE VIDEOGRAPHER:  And counsel --
9          MR. LELAND:  And that would be electronic
10 copy for me, also.
11         THE REPORTER:  Only electronic for you
12 also, Mr. Leland.
13         MR. LELAND:  Yes.
14         THE REPORTER:  Thank you.
15         MR. LELAND:  Just electronic.
16         THE VIDEOGRAPHER:  And counsel, Mr.
17 Shabazz will be getting today's video included in
18 his appearance fee.  Would anyone like a copy of
19 today's video deposition?
20         MR. WALKER:  No.  Mr. Shabazz --
21         MR. SHABAZZ:  No.
22         THE VIDEOGRAPHER:  Okay.  All right.  The
23 time is 1:36 p.m. and we are off the record.
24         (WHEREUPON, the deposition of JEFFREY
25 MIDDLETON concluded at 1:36 p.m.)

**Page 140**

1                    CERTIFICATE
2
3     I, the undersigned, Vincent Guerrera, am a
4 videographer on behalf of NAEGELI Deposition &
5 Trial.  I do hereby certify that I have accurately
6 made the video recording of the deposition of
7 Jefferey Middleton, in the above captioned matter on
8 the 14th day of March, 2025, taken at the location
9 of FCI McKean, 6975 PA-59, Lewis Run, PA 16738.
10
11    No alterations, additions, or deletions were
12 made thereto.
13
14    I further certify that I am not related to any
15 of these parties in the matter and I have no
16 financial interest in the outcome of this matter.
17
18
19
20         Vincent Guerrera
21
22
23
24
25

**Page 141**

1                    CERTIFICATE
2
3     I, Mae Knight, do hereby certify that I
4 reported all proceedings adduced in the foregoing
5 matter and that the foregoing transcript pages
6 constitutes a full, true and accurate record of said
7 proceedings to the best of my ability.
8
9     I further certify that I am neither related to
10 counsel or any party to the proceedings nor have any
11 interest in the outcome of the proceedings.
12
13    IN WITNESS HEREOF, I have hereunto set my hand
14 this 21st day of March, 2025.
15
16
17
18
19    Mae Knight #4284
20
21
22
23
24
25

JEFFREY MIDDLETON                    March 14, 2025                         142 to 144
83199

```
                                              Page 142                                          Page 144
1              CORRECTION SHEET              1              DECLARATION
2   Deposition of: Jeffrey Middleton  Date: 03/14/25   2   Deposition of: Jeffrey Middleton    Date: 03/14/2025
3   Regarding: Jenkins vs. Rankin County, Mississippi   3   Regarding: MICHAEL JENKINS vs . RANKIN COUNTY, MISSISSIPPI
4   Reporter: Knight/Morrison                4   Reporter:  Mae Knight
5   _____         5   _____
6   Please make all corrections, changes or   6
7   clarifications to your testimony on this sheet,   7   I declare under penalty of perjury the following to be
8   showing page and line number.  If there are no   8   true:
9   changes, write "none" across the page.  Sign this   9
10  sheet and the line provided.             10  I have read my deposition and the same is true and
11  Page  Line  Reason for Change            11  accurate save and except for any corrections as made
12  ____  ____  _____      12  by me on the Correction Sheet herein.
13  ____  ____  _____      13
14  ____  ____  _____      14  Signed at _____, _____
15  ____  ____  _____      15  on the _____ day of _____, 20____.
16  ____  ____  _____      16
17  ____  ____  _____      17
18  ____  ____  _____      18
19  ____  ____  _____      19
20  ____  ____  _____      20
21  ____  ____  _____      21
22  ____  ____  _____      22
23  ____  ____  _____      23
24         Signature: _____       24         Signature: _____
25              Jeffrey Middleton             25              Jeffrey Middleton
```

```
                                              Page 143
1   Date: 03/14/2025        Assignment #: 83199
2   Deponent:  Jeffrey Middleton
3   Case:    MICHAEL JENKINS vs . RANKIN COUNTY, MISSISSIPPI
4
5   ATTORNEY - TRANSCRIPT ENCLOSED:
6   signature of your client is required.  Please have your client
7   make any corrections necessary.  Sign the Correction Sheet
8   where indicated.  Forward a COPY of the executed Correction
9   Sheet directly to the attorney(s) listed below.  (The Address(es)
10  can be found on the Appearance page of the deposition.)  Also,
11  send a COPY of the executed Correction Sheet to our corporation.
12
13
14
15
16
17
18
19
20  C C:Naegeli Deposition and Trial
21
22
23
24
25
```

**1**

**1** 134:20 135:15

**10** 20:1 21:8 66:10 103:8

**100** 30:6 33:25 94:17 106:12 107:3 115:21

**10:07** 6:8

**11** 81:10 105:1 122:11,12

**11:00** 82:9,14,16

**11:09** 49:10

**11:19** 49:13

**11:33** 60:9

**11:40** 60:12

**12** 33:23

**13** 11:1 95:21

**135** 33:25 34:20 58:7 59:1 88:17

**14** 6:8 7:16

**1997** 13:16

**1:31** 137:25

**1:35** 138:3

**1:36** 139:23

**2**

**20** 48:21,24 126:16

**2003** 14:8,23

**2006** 14:14

**2010** 17:9 50:7,15 51:23

**2011** 18:12

**2012** 18:12,25

**2013** 22:17

**2014** 22:17

**2017** 23:15 98:13,16 99:12

**2018** 19:13

**2019** 19:13 133:21

**2020** 19:15 120:1

**2023** 8:18 24:12,20, 24 28:14 50:16 51:24 110:11 111:6 113:22,24 130:16 136:15

**2025** 6:8 7:16

**21** 102:7

**22** 102:7 131:15

**23** 18:25 19:2 26:16 28:14

**24** 8:18 28:14 110:11 111:6 113:22,24 130:16 136:15

**24/7** 122:3

**24th** 28:10 110:22 125:10

**3**

**30** 48:21,25 66:12, 15,18 68:14

**30-45** 68:17

**35** 124:19,23

**38** 90:21 92:5,16 93:4 94:3 111:12

**4**

**40** 124:19,23

**45** 66:12,15,18 68:14

**5**

**5:00** 103:4,14

**6**

**60** 60:5

**8**

**80** 18:21,22,23

**8:00** 103:4,14

**9**

**9** 82:7

**90** 73:10

**A**

**A-R-W-O-O-D** 10:17

**a.m.** 6:8 49:10,13 60:9,12 81:10 105:1 122:12

**ability** 8:24

**abnormal** 22:25

**Absolutely** 36:17 48:4

**abuse** 54:2,7 58:25 86:11

**abused** 53:7 86:8

**academy** 14:20,21 15:5,9,10 99:17 125:24

**accepted** 97:3

**accident** 15:20 52:10 118:15

**accordance** 7:14

**account** 79:25 113:9

**accountability** 119:13

**accuracy** 8:4

**accurate** 134:24

**accurately** 43:17

**achieve** 122:19

**active** 128:25 129:2

**actively** 104:16,21

**activities** 111:9 118:22

**activity** 42:25 57:24, 25 58:3 59:7 79:24

**add** 102:1

**added** 19:23 21:13 33:8 35:2,4 100:6

**additionally** 92:5

**address** 34:10

**adhere** 10:4

**adjudicated** 16:12, 18

**admin** 88:25 89:8

**administration** 33:12,14

**administrative** 29:10,21 127:25 128:1,8

admission 134:11,
20

admissions 133:25
134:2,3,6

admit 134:11,15

adopted 101:11

adverse 122:23

AF 13:4

Affairs 125:19

affect 55:15

affirm 7:4

affirmed 8:7 53:15

afraid 51:22

agency 14:9

aggressiveness
122:18

agree 39:2,9 57:22
58:8,12,20 61:6
74:2 130:25

ahead 29:6 62:2,14
88:21

akin 23:1

Alan 86:18 110:24
119:25 121:5
131:16

alarm 60:1

all's 101:20

allegations 131:22

allocution 51:8

allowed 7:15 20:18
55:17

Alwood 137:4

ammunition 113:15,
18 135:20,22,25

136:4,5

amount 23:18 55:15
108:13 124:15

angry 97:6

animated 78:20 85:3
132:7

answering 88:10
99:20 134:8

answers 122:7

anybody's 75:7

anymore 101:25

anytime 36:25 37:9
38:9,16 41:18,21
88:23 89:12 101:25

app 47:10

apparent 61:3

appearance 139:18

apply 24:15

appointed 27:23

approve 104:12

April 30:6,17 128:25

AR-15 91:24

arc 69:18,19

area 18:16 30:24
35:1 36:6 43:8 77:1

Argumentative
108:24

arrest 54:6 55:16
120:21 124:16

arrested 46:4,8,12,
19,23 47:2 56:17
80:25 110:14,19
111:4 112:4 114:2,7
116:21

arrestees 119:14

arresting 52:25

arrived 61:17 66:7

arson 63:24

Arwood 10:14

aspects 88:7

aspirate 65:10

assessments 135:7

assigned 91:22

assist 22:23 123:3

assistant 116:12

Association 28:6

assume 9:20 44:2
45:13,18 54:23
55:9,11,14 70:7
75:18 86:13 87:2
105:7 131:10

assumed 85:13

assuming 133:2

assure 122:9

attend 11:20,23
13:12 14:19

attest 8:4 53:12,13

attorney 16:20
27:21,22 28:1 29:13
51:5 135:14 138:18,
22 139:3

availability 54:13

avoidance 98:23

avoiding 58:17 98:5

awarded 47:24

aware 32:24 54:8
59:9 77:25 86:1,3,5,
11,12,13 116:15

119:15 121:19
125:6 135:2 136:12

awful 68:5

awry 74:2,3,6

**B**

baby 41:25 42:9,23
58:19

back 26:17 31:8,9,
24 32:17,22 33:2,12
35:16 37:17 42:13,
17,19 48:22 53:11,
24 57:1,11 60:7,13,
16,21,24 63:1 64:1,
3,4,5,7,9,11 65:7
67:4 71:9 72:14,15
73:7,11 75:3,5 76:6,
10 77:1 83:3 92:17
95:4 97:11 107:10
108:5 116:25
123:17 125:11
130:6,10

backed 51:9

backing 130:5

backlash 95:12,16,
22 97:1,17

backside 55:22

backyard 76:16

bad 54:19,21,25
55:19,25 58:17
111:17

bag 55:16

bags 92:25

Bailey 6:17 8:16
41:5 79:13 85:4,11
86:11 95:5,8,13
96:9,19 97:1,5,18
104:3,8,18 105:9

JEFFREY MIDDLETON
83199

March 14, 2025

115:8,11,18 116:20
117:3,11,17 125:13,
15 134:14

**Baptist** 11:24

**bar** 75:21,23 76:5,6,
7,8

**barricaded** 22:21

**based** 30:1 33:4
87:5 96:8,13 134:1,
22

**baseless** 74:7

**basic** 66:3

**basically** 79:21
99:20

**basics** 126:9,11

**Bass** 93:15

**Bates** 132:16,20
135:15 136:25

**bathroom** 9:23
31:25 32:2 35:16
63:17 73:13

**battery** 59:25

**bean** 92:25

**beat** 56:1,2,4

**beating** 66:19

**bed** 34:3

**bedroom** 31:24,25
32:1,2 62:24 64:9,
11 72:9,14,15 73:12
83:23

**beginning** 6:9 61:16
63:12 81:3,5 82:12
109:19

**behalf** 6:16,18,21

**behavior** 86:1 97:2

**beliefs** 136:19,22

**belonged** 91:25
92:3 94:3

**Benevolent** 28:6

**bet** 71:21

**bigger** 29:18

**Billy** 21:21,24,25

**birthday** 27:14

**bit** 26:10,13 29:17
32:4 33:3,13 131:14

**bits** 96:23

**blank** 100:5

**blood** 65:8

**Board** 137:2

**bodies** 57:4 106:23

**body** 37:1,13,18
38:17 40:24 41:6,
15,23

**bodycam** 36:19,22
37:24

**bodycams** 38:4,7,11
40:19

**boil** 27:14

**booked** 135:8

**booking** 56:25 57:2

**bookings** 56:9

**boom** 32:13

**born** 10:21

**boss** 53:19

**bottom** 49:1 132:21

**bought** 93:12

**Branch** 11:24 12:1

**break** 9:23 10:1 49:4

**Brett** 24:19 26:4
30:25 31:7 32:17
46:11 50:1 62:19
63:18 88:23 90:8,9
106:1 108:1

**Brett's** 64:25

**briefly** 8:13 41:24
49:5 125:23

**bring** 19:24 93:15

**brings** 90:17 121:18

**brought** 26:20 94:15
133:5

**bruised** 55:5

**bruising** 55:2

**brutality** 98:5,23

**Bryan** 6:17 8:16
116:20

**bunch** 12:16 100:15
107:11 133:23

**Bureau** 30:13,14

**burned** 63:23

**business** 26:21

**busy** 27:2 33:15

**buy** 40:6,16 93:15,
20 135:21,24 136:4,
5

**C**

**C-L-E-A-R** 11:24

**call** 12:19 18:17
32:14,20 33:24
40:5,15 41:22
54:12,16 65:2,5
84:22 87:19,22 90:8
100:19 103:11
105:2 109:3,23

**called** 16:9 25:4
29:13 65:6,24 67:10
86:21 121:13,14

**calling** 32:23 67:13
109:18

**calls** 18:15 88:11
115:24 118:12

**calm** 68:9

**cameras** 35:23 37:2,
13,18 38:17 39:20
40:13,25 41:7,15,23
58:17 75:12

**captain** 105:25

**caption** 6:10

**car** 13:9 39:25

**care** 90:12 94:22,25
95:3 115:14,23
116:6

**career** 15:10

**Carlos** 28:1

**carried** 76:10 91:20
115:1 119:6

**carry** 56:5 57:8
103:20

**cartridge** 69:14,16
70:16 81:5

**case** 6:10 10:23
16:2 17:5 28:2
35:13 63:24 86:14

**category** 99:17

**caveat** 9:24

**Central** 10:25 11:3,8

**called** 110:3 115:16,18,20,
22 121:12 123:11
130:5,9 131:23,25
132:2,5

**certificate** 137:4

**certification** 14:22

**certified** 14:19
137:15

**challenge** 101:14
103:24 104:6,12
116:25

**change** 28:11,19

**changed** 20:13

**chaos** 68:17

**charge** 120:4,11
125:3,4

**charged** 15:23 59:4
67:10

**charger** 59:25

**chat** 48:21 100:2
101:20,21,25

**chats** 48:18

**check** 48:20 118:1

**checking** 81:19

**chief** 26:25 31:6
37:19 76:16 114:17,
18 115:15 116:1
117:20 131:2

**chocolate** 72:21,23
73:20 74:10,11

**choice** 108:22

**choices** 124:8

**choose** 135:23

**chose** 113:7,11

**Christian** 23:17 33:5
53:14 58:6 84:15
101:19 102:4
110:23 118:22
119:6 121:8 132:10

**church** 11:20,25

**CI** 40:18

**CID** 102:22

**circumstances** 22:1
115:10

**cities** 22:23

**citizens** 108:21
136:3

**civil** 7:15 99:8

**class** 98:7,8 99:9,10

**classes** 99:7,18

**clean** 9:7

**cleaned** 73:18

**clear** 11:24 12:1
84:13 128:21

**cleared** 63:14,15
72:6

**close** 23:16 30:25
31:5 32:10,14 96:9
97:14 119:8,10

**closely** 117:16,20

**closet** 75:25

**clot** 66:4

**clothes** 57:9

**club** 12:7 13:9

**clue** 36:1,12 76:1

**co-counsel** 6:21

**co-equal** 20:17

**co-supervise** 20:6,
21

**coin** 103:24 104:6,9,
12,17,23 105:4
116:25 134:12,15

**coins** 101:14

**Color** 98:8 99:9,10

**committed** 122:13
132:10

**common** 33:17
77:14

**commotion** 68:5,8

**communicated**
101:19

**comparing** 71:7

**complaint** 86:7,10

**complaints** 118:3

**complete** 69:7

**completely** 65:18

**concerned** 119:5

**concerns** 74:7
85:25 118:22

**conclusion** 55:1

**conditions** 87:17

**Conerly** 28:16 30:1,
15 33:25 34:20 58:7
59:1 62:1,4 88:17
113:25 114:4
123:18

**confessions** 111:2

**confidential** 37:6,
11,12 38:6,24 39:3,
10,18

**confiscation** 111:7

**conscious** 74:23

**consent** 108:2,9,22

**consequences**
122:23

**consist** 23:7 126:4

**consists** 11:8

**constitutional** 54:2
61:5 74:22 122:24

**contact** 38:5

**contained** 130:23

**contaminated**
118:20

**contemplate** 58:24

**context** 54:5

**Continue** 31:17

**continued** 28:21,23
31:22 62:25

**control** 121:23,24
123:22 125:2

**conversation** 115:3
126:14 136:21

**conversed** 8:13

**conversely** 81:18
82:22

**copy** 138:23,25
139:3,10,18

**cord** 59:25

**corner** 64:6

**correct** 16:14 21:2
23:15,19,23 24:7
38:7,19,21 44:6
55:10 56:18 57:21
58:15 65:22 67:20
71:13,16 72:2
80:10,12,19,22
81:11 82:13,25
84:16,18 85:8 89:21
91:6,8,10 92:1,4,8,
10 93:2,5 94:2,5,8
95:14,17 97:4 106:5
113:1,5,6,16
117:18,22 120:9
131:4 136:5 137:16,
17

**corrections** 17:12, 13,16,24 18:4 56:21

**correctly** 82:8,15,24

**Cotton** 25:6

**couch** 66:24 67:3,5

**counsel** 6:12 7:10 89:2 106:2,3,8 116:8 133:20,21 138:14 139:8,16

**count** 113:18

**counties** 11:1 22:24

**counting** 21:10

**country** 31:4

**county** 6:11,17 8:16 11:6,10,13 12:5 17:7 18:16,18 21:8 51:7 52:18 56:21 91:17,22,25 93:7 96:4 98:22 107:14 111:9 116:12 117:24 122:16 123:10 134:13 137:8,14

**couple** 9:3 24:4

**courses** 15:9 99:14

**court** 6:23 7:18 9:5 10:9,16 49:6 105:25 132:19 138:15

**cousins** 11:17

**cover** 111:8

**coworker** 50:6

**Craig** 21:20

**crawfish** 27:14

**cries** 42:10

**crime** 84:19 118:1, 19

**crimes** 16:14

**criminal** 28:2 35:13 42:10 55:23 59:4,6 109:13

**criminals** 102:22

**crossed** 58:2

**crying** 41:25 42:23 43:10 58:19

**cuffs** 124:17

**culpable-** 17:1

**culpable-negligence** 15:25 16:1,17

**culture** 51:6,10,20 52:13,17 53:15,17 54:7 122:17

**curiosity** 31:7

**cut** 40:17 62:12

**cutting** 69:9

---

**D**

---

**daily** 91:18

**Daniel** 24:25 130:19

**Dare** 6:16 96:11 105:11 108:15,24 117:4 122:1 130:13 135:14,16,18 137:18,22 138:5,8, 11 139:3,5

**dark** 69:17

**darts** 69:15

**date** 6:8 27:16 78:15

**dates** 29:7 129:1

**day** 10:3 29:1 34:24 38:22 43:22 75:13 81:22 88:10 125:11

128:2,6 129:25

**day-to-day** 112:10 115:7

**days** 29:8

**dayshift** 104:25 105:2

**dead** 106:23

**deal** 41:18 77:25 84:25 90:8

**dealings** 132:7

**death** 118:14,15

**December** 110:24 120:1 131:15

**decided** 34:5

**Dedmon** 23:17 24:18 27:9 31:10 32:7 33:5,15 34:9, 22 35:6,17 37:10,14 38:4,9,16 40:5,15, 17 41:17,22 42:21, 25 43:22,25 44:3,17 46:3,7 49:18,20 51:8 53:15 57:17, 18,23 58:2,10,16 61:22 62:16 63:11 64:25 65:2,5,24 70:12,23 71:8 73:10 76:22 78:2 83:4,11 84:15 85:1,7,13,14 86:14,17,23 88:22, 25 89:6,7 90:7 94:21 95:5,8,15 96:9,18 98:11 101:19 102:4,13 103:1,19 110:23 113:2 115:1 118:23 119:6 121:8 124:2 125:4 128:10 132:10 136:19,22

**Dedmon's** 33:24 70:16 71:12 86:1 97:2

**deemed** 118:6 119:2

**deescalate** 99:2

**defendants** 116:17

**defensive** 71:15

**degree** 12:12

**degrees** 12:22,23

**denied** 134:5

**deny** 134:16,17

**department** 14:10, 12,19,21 15:14 17:8,23 21:15 27:17,20 28:11 35:9,15,18,21 43:15 47:7,14 51:7,11 52:19 53:25 54:3,7 61:22,23 77:2 91:17 93:7 95:20 96:8 97:3,19 98:7,22 102:18 107:2,14 110:11,12 111:10, 14,24 113:14,17,21 114:1,5,13 117:2, 10,25 118:5 119:1, 12 122:13,17 129:21 130:23 133:8 134:14 135:2, 21 136:9 137:9,14

**Department's** 91:2 92:18

**departments** 47:14

**deposition** 6:9 7:13, 17,20 22:19 52:8 119:4 139:19

**deputies** 8:17 19:18, 20 24:23 33:19

38:3,10,16 40:12
47:6,13 48:3 86:15
97:22 101:20
107:15 111:1
118:13 121:24
122:6 131:11
135:20,24 136:13

**deputy** 39:25 91:18
114:17,18 116:1,9
117:21 122:3 131:2

**describing** 109:12

**desire** 23:5

**desk** 127:25 128:10,
12

**Desmond** 58:6

**details** 16:25

**detained** 46:4,7,13,
19,23 47:2 80:25
110:14,20 111:3
112:4 114:2,7
116:22

**detainees** 119:14

**detention** 37:25

**devices** 118:1

**Devin** 128:12

**difficult** 131:1,9

**dildo** 74:14

**direct** 58:18 114:19

**direction** 70:9

**directions** 39:8

**directly** 63:6 120:4
125:3

**discharge** 112:24
113:9

**discharged** 110:23
113:3

**discharging** 111:1

**discuss** 79:12,15

**discussed** 32:18
54:24 85:1 107:20
129:7

**discussing** 32:3
75:3 106:22

**discussion** 79:18
125:12,14

**distinct** 32:11,12,15
83:7

**distributed** 104:23
105:4

**divided** 102:19,20

**dividing** 18:20

**document** 132:22
137:1

**doggone** 86:16

**dogs** 87:25

**Don** 6:18 7:23 60:7

**door** 63:1,2 64:5,7

**dope** 77:4

**download** 80:18,21

**downloaded** 80:2
112:15

**downloads** 118:11

**downplay** 67:2

**drive** 34:6

**driveway** 32:21
33:10 62:3,5,18

**drones** 87:25

**drop** 89:20 90:14,19
94:19

**drown** 65:10

**drug** 39:3,10 44:13
109:13

**drugs** 31:3 40:6
72:3 109:3,6,24

**dry** 71:4,12

**due** 45:4

**duly** 8:7

**duties** 17:16 18:14
19:16 22:25 28:10,
18 29:21 33:16
125:12 135:6

**duty** 127:25 128:10,
13

**Dwayne** 106:14
114:14,15

**E**

**earlier** 61:14 71:24
76:13 78:2 80:4
84:6 85:1 102:12
105:8,16 106:19
107:8,20 111:12
119:4 121:2,22
133:25

**early** 26:8,10 103:17

**easier** 9:13

**easiest** 23:9

**easy** 35:23,25 42:1,
22 58:18

**eating** 96:17

**Eddie** 6:15 8:15
66:19

**education** 13:18

**Edwards** 77:2

**effort** 74:23

**eggs** 72:12

**elaborate** 121:17

**electric** 69:19

**electronic** 139:5,6,
9,11,15

**eligible** 17:1

**Elward** 24:9,16,25
27:5,8 31:10 32:8
33:22 34:13 42:22,
24 43:12 46:22 51:9
53:22 57:11 58:19
61:24 62:16 63:9
64:15,16,17 66:23
69:11 73:10 82:7
84:9 86:14 89:25
90:3 98:15 111:13
112:12 120:5 121:7
124:5 127:15,24
130:19

**Elward's** 80:5 89:20
127:12

**email** 88:25 89:8

**emoji** 41:25 42:23
43:10

**emojis** 42:5 43:12

**emphasis** 98:21

**emphasize** 100:11

**employee** 98:15,19

**employment** 15:21,
23 43:14

**encountered** 63:17
73:8

**end** 21:5 61:16
63:11 129:16

**ended** 35:19

**enforcement** 14:7,
20 15:10,11 137:2

ensuring 112:7

enter 14:7

entered 16:2,3
62:22 121:6

entering 84:14

entire 9:11,12 14:4
37:5

entrance 59:5

equipment 29:11
82:20 111:8

equipped 36:19

established 58:5

estimation 68:13
124:20

evening 76:12

event 89:16

events 8:17 130:15

eventually 77:22,23

everything's 123:19

evidence 7:21
109:17

exact 14:17 19:12
24:3 43:16 45:10
53:16,17,20,22 64:8
78:15 100:22
109:10

EXAMINATION 8:10
130:12

examined 8:8

examining 112:7

excessive 98:5,24
111:20,25 112:2
116:21 119:13,15,
18 121:20 122:23

Exhibit 135:15

exist 122:3

existed 51:6,11
134:16

existence 52:19
102:3,6 104:17
117:1,8

exists 132:5

exit 65:20 107:22

expectation 41:6

expecting 24:2

experience 107:13
110:10

experienced 107:15
110:25 111:7 112:2

explain 20:21 22:19
33:13 37:8 45:2
100:17

explained 9:4

explanation 20:23

extend 45:19

extent 37:15 120:17

extracting 111:2

eyes 132:14

F

face 55:3,4,5,8,13
65:18

Facebook 95:25
96:13,16

faced 119:12

facing 70:19

fact 37:20 59:3
86:14 123:24,25

fair 29:16 74:20 88:3

95:10,11 117:15,23
118:4

fairly 10:5 130:25

fall 24:3 95:16 112:9

false 74:25 119:11

falsities 130:23
131:3

familiar 43:21 47:4,
5,20

family 26:24 34:2,4

faster 62:1

Faux 58:6

FBI 15:8 99:14,17
125:24

FCI 7:16

fear 95:12

Federal 7:14

fee 139:18

feel 51:21,25 52:1
85:24 86:4

feet 70:19,20 71:1

fell 99:17,23

felt 86:2 96:25 97:5
124:2,4

female 45:7 132:8

Fifteen 126:16

fighting 53:1

file 80:13,17 81:17,
20

filed 8:16

fill 114:9

filled 16:25

find 30:4 39:15
65:10 66:2 74:5

105:9

finds 40:4

fine 137:21

finish 13:15 39:23
40:11 52:5 68:22
123:18

fire 35:8,15,18,21
61:18,22,23 69:16
70:4 77:2 81:4,15
83:4 84:2,8

firearm 91:9 110:23
113:3

firearms 94:16
97:23,25 111:1
112:24

fired 32:8 71:12
84:9,15 86:17

fireman 66:4,5

firing 71:4

firm 48:16

firsthand 131:19
132:9

fixed 70:2

fixing 59:10 71:22
87:24

flashed 62:10,13,17

flashlight 64:2

floor 66:23

Florence 12:2 13:1,
14

folks 132:25

force 80:3,14,17
86:7 98:5,24 99:3
111:21,25 112:11,
14,17 114:9,10
116:21 118:6,9,10

119:2,13,15,18
121:20 122:24
123:1 132:23 133:1,
13

**forgot** 99:14

**form** 7:19 38:12
51:12 54:9 61:7
78:6 87:8 96:11
105:11 108:3,9,15
117:4 122:1

**formalized** 15:3

**Forty-seven** 10:20

**forward** 32:22

**found** 28:8 29:1
31:2 45:22 121:11

**fraternal** 13:7

**free** 102:14 118:6
119:1 135:21

**freedom** 122:5

**Friday** 103:4

**friends** 85:4,18,21
95:6

**frigging** 65:6

**front** 62:8 78:21

**fucked** 64:17

**full** 10:12 14:1,4

**furtherance** 15:10

**futile** 95:7

---

**G**

**gain** 123:22

**gained** 79:8

**gap** 29:12

**garage** 62:24

**garage/bedroom**
63:2

**gauze** 66:3

**gave** 59:25 105:12,
17,20,24 106:1,14
119:3,4 125:13

**general** 103:3

**generally** 11:11
16:14 103:15

**gentlemen** 72:13

**get-togethers** 27:12

**gist** 34:1

**give** 7:5 9:12 12:9
30:12 41:4 50:17
51:25 53:8 60:3
71:1 86:10 93:9
96:24 104:8 125:8
126:19 127:8

**giving** 23:5 58:16
108:9

**Glasbar** 21:21

**goals** 122:19

**Godfrey** 125:21,22
126:4,15

**good** 32:4 66:9,10
84:23,24 85:4,17,21
88:1 93:9 100:19
109:17 124:6

**goofy** 100:15

**goon** 99:24 100:8,12
101:21 103:23
104:6,8,17 117:1,8
122:11 134:12,16

**Goonies** 100:14

**grabbed** 67:3 76:5

**grandmother** 86:21

121:14

**gratuitous** 112:3

**Gray** 106:12

**grease** 73:5

**Great** 106:6

**ground** 9:3

**group** 33:5,8 41:24
47:19 48:18,21
54:18 96:19 100:2,
3,4 101:1,2,20
106:24,25 107:2

**grouped** 64:23

**groups** 47:15

**guardrails** 121:22
122:2

**guess** 26:24 44:21
50:18 51:22 61:1
71:12 74:8 81:14
87:2 100:4,11 123:2
124:13 130:8 133:5
137:11

**guilty** 16:5 89:18
121:6

**gun** 64:19 89:20
90:5,10,15,19,20,
24,25 91:1,2,3,4
92:15 93:4,6,13,15,
16,20,21 94:9,17,
18,19,24 95:2 114:1
124:5,10 127:2,13,
17,22

**guns** 90:23 92:11
94:14 111:15

**gunshot** 32:6,7,8,16
64:12 66:7

**gunshots** 32:15

**gurgling** 65:8

**guy** 19:23 31:19,20
40:16 48:19 52:25
86:21 119:18
121:13

**guys** 12:16 33:15
48:19 56:1 79:20
101:2 115:17

---

**H**

**H-I-D-T-A** 123:3

**habit** 34:3

**hair** 110:6

**half** 66:11 120:24

**hall** 32:1

**hallway** 31:21,22
63:11,12,14 64:14
73:13 83:19,20,21

**halt** 84:22

**hand** 7:2,9 45:12,13,
19 49:19 66:22
78:3,17,19 79:5,8

**handcuffed** 31:19,
20 63:10 72:1

**handed** 70:15 71:8

**handle** 58:6

**hands** 88:4

**handy** 94:13

**hang** 53:4 59:24
85:3,15 96:2,3

**happen** 61:19 67:15,
25 118:19

**happened** 20:12
31:13,16 32:4,18
42:8 50:19 53:8
61:18,21 63:22
64:10 67:16 68:2,16

69:21 71:24 72:17,
18 75:4 86:6,23
87:10 100:12 102:9
118:18 120:19
121:17 126:2,20,23
127:9,12,25 129:15

**happening** 38:22
58:21 61:17 74:24
110:3

**happy** 9:18 10:1

**hard** 69:17 131:6

**Hartfield** 31:10
64:25 71:4,6 73:9,
16

**Hartfield's** 70:15
71:10

**Hatfield** 73:12

**head** 45:9 73:21

**heading** 100:3

**headlights** 62:5,10,
14,18

**hear** 9:5 46:11,17,
21,25 78:13 84:2,6,
8 96:22

**heard** 32:6,11,19
43:13,18 45:11,24
46:2,6,15 47:12
48:5 50:10,13,16,21
51:24 52:2 64:12
66:7 70:10 78:4,11
79:4 83:15,16,23
86:20 89:3 100:8,13
110:25 128:12
130:5,9 132:1,3,11

**hearing** 48:7,9 79:9,
11,13 83:4,6 96:14
107:4

**hearsay** 52:4 121:12

**heck** 83:25

**Held** 137:8

**hell** 64:20

**helping** 33:23

**hereto** 134:23

**hey** 20:20 33:23
34:8,22 35:6,7 40:5,
16 43:6 45:14 48:23
54:24 55:25 59:10
69:12 70:12 85:19,
20 87:14,23 97:2
100:18 101:3 108:8
109:2 119:18
127:21

**HIDTA** 123:1,3,6

**high** 13:12,14,17,20
14:5

**high-risk** 22:22

**higher** 13:18

**highway** 18:21
131:16

**hit** 55:4,8,12,14
66:25

**hold** 15:13 18:3
21:14

**Holland** 106:4

**Holley** 116:7 125:24

**holster** 91:21

**holstering** 84:1

**home** 33:11 34:2,3,
4,10 75:8 94:15
103:14

**homeowner** 108:3

**homicide** 15:24

**honest** 131:12

**honestly** 35:11 77:7
100:9 107:3

**honesty** 100:10

**hood** 76:2

**hour** 66:11

**house** 30:24,25
31:6,11,18,23 34:7,
8,18 42:2,6 61:6
62:22,23,25 63:15,
16,18 64:6 66:15
68:9 72:4,6,9 75:4
76:6,7,10,15,17,19,
23 77:12 84:3,14
108:10,19 109:4,7,
21 110:5

**humiliation** 110:13,
17

**hung** 85:5

**Hunter** 24:8,25
43:11,24 44:1 53:22
65:11,13 84:9 90:3
98:15 112:12
130:19

**hurt** 70:13 71:10

**hyperactive** 45:2,5

**hypothetical** 81:25

---

**I**

**I-20** 110:25 121:9

**IA** 125:21

**IAB** 125:17,18 126:3

**idea** 30:9 50:1 66:8
101:13

**ideal** 70:11

**illegal** 44:8 57:23,24
58:3 59:11 75:6

111:9

**Illegally** 107:17

**immediately** 87:19

**impair** 8:24

**implied** 55:18

**important** 88:13

**improper** 104:6

**in-laws** 34:5

**Inaudible** 105:12

**incident** 28:16 30:1
50:21 86:19 121:21
130:14,20 131:17
136:8,15

**incidentally** 120:3

**included** 121:3
139:17

**including** 19:25
21:11,13 25:8
117:3,10 134:14

**indication** 71:2 77:6

**individual** 8:17
93:19 94:1,4

**individuals** 135:7

**indulgence** 138:5

**influence** 8:23 9:2

**informant** 37:6,11,
12 38:6 39:10,18

**informants** 38:25
39:4

**information** 79:22
111:3

**injuries** 56:6,8,12,14
57:4,10 119:14

**inmates** 17:18 57:2

**insert** 114:1

**inside** 31:11 35:14 63:18 84:3

**instance** 15:8 116:15 118:21 134:10 136:10,14

**instruction** 55:7

**instructions** 58:17

**intend** 10:3

**intentions** 78:1

**interact** 38:24 115:11

**interaction** 49:20 115:7

**interactions** 39:3,10 115:21

**Internal** 125:19

**interpreted** 100:15

**interstate** 86:16 131:16,21

**interview** 23:11 129:19,20

**interviewed** 22:6

**intimidated** 109:11

**intimidation** 108:13 111:2,20,24

**introduce** 6:12

**inventory** 135:19

**investigate** 110:2

**investigating** 109:4

**investigation** 30:1,5 33:19 37:5,10 41:22 42:3 44:2,5,13,24 89:13 102:14 109:19 110:6

128:22,25 129:3,18

**investigations** 24:5, 18 25:21 30:14 37:1 102:19,20,21,24 103:21

**Investigatives** 30:13

**investigator** 26:25 37:19 44:18 77:8

**investigator's** 31:6 76:16

**investigators** 102:15,17 103:1,3, 8,13

**invited** 57:12,16

**involve** 39:3 123:4

**involved** 8:17 15:20 40:18 42:24 47:6 48:2 52:4 88:9,12 108:14 110:1 120:3 121:5 129:3 133:3

**involving** 50:22 121:7

**issue** 54:19

**issued** 113:14 137:5,7

**issues** 46:17,21,25 114:21,25

**items** 75:22,25 76:8

---

**J**

**J-E-F-F-R-E-Y** 10:17

**Jackson** 10:22 13:23,25 14:10,11, 18,21 15:5,6,14

**jail** 40:4 56:5,20,21 57:8 86:22,25

121:13 131:24 135:1,4

**January** 8:18 18:25 19:2 24:12,20,24 26:16 28:10,14 110:11,22 111:6 113:22,24 125:10 130:16 136:15

**Jason** 6:16

**jaw** 65:21

**Jeffrey** 6:9,19 7:1,13 8:7 10:14 137:4

**Jenkins** 6:10,15 8:15 32:8 63:9,10 65:7,15 66:19,23 67:11,21 83:9,10 84:11,12 89:20,21 119:22 124:16 127:1,19

**Jenkins's** 127:13

**Jeremiah** 24:25

**job** 13:20 56:20 82:18 96:3 122:5

**join** 17:7 22:15

**joined** 17:11,23 53:25

**joking** 48:12

**Jordan** 25:1

**JPD** 15:1

**jumping** 45:8 78:21

**jury** 10:24

**justify** 89:20

**juvenile** 87:21,23 102:24

---

**K**

**keeping** 75:11

**key** 116:3

**kid's** 27:13

**kids** 26:24 34:3 100:14

**kill** 64:21

**killed** 118:16

**killing** 47:21,24 48:10,13

**kind** 26:9 27:12 33:18 45:10 49:2 81:21 85:20 89:13 100:15 103:16 105:7 109:23 115:7

**kit** 66:2,3

**kitchen** 63:6,7

**knee** 65:17

**knew** 34:13 48:1 49:17 54:13 59:18 84:14 85:5 86:8 87:3,6 92:7 95:5 100:12 105:9 127:11 128:24 129:2 134:18

**Knight** 9:4

**knock** 40:21,24 41:2,10 77:8,15,17, 21 108:8

**knocks** 107:20

**knowledge** 33:17 39:19 75:24 88:7,19 108:4 113:19 122:3 127:5 131:20

## L

**lady** 78:21 79:1

**laid** 76:2

**language** 45:4 67:10

**lapsed** 32:4

**late** 19:15 103:17

**law** 14:7,20 15:9,11 98:8 99:9,10 118:7 119:3 137:2

**lawful** 136:4

**Lawrence** 133:19

**lawsuit** 8:15

**lawyer** 8:14

**lay** 66:22

**learn** 27:19

**leave** 15:19 29:10, 22 34:6 63:5 80:23 85:6,7,10,19 100:5 110:5 127:25 128:1, 8

**leaving** 32:19 65:1 90:8 124:3,10 130:9

**led** 95:21 122:22

**leeway** 79:24

**left** 16:21 18:3 35:21 44:1 54:23 61:18,22 62:4 63:8 65:1,17 86:13 87:2 90:5,9 94:16 101:24 102:1 117:25

**leg** 71:14

**legal** 89:2 106:2,3,8 107:24 108:4 116:8 133:20,21

**Leland** 6:18 7:25 38:12 40:9 41:8 50:24 51:12 53:4 54:9 59:16,22,24 60:3,5 61:7 78:6 87:8 138:8,10,22,24 139:1,9,12,13,15

**lethal** 92:21,22

**level** 49:21

**levels** 117:2,9 134:13

**Lewis** 7:17

**lie** 52:15

**lied** 130:8

**lieutenant** 19:8,9,17 21:17,18,23 22:2,4, 5,8 23:22 28:23 29:1 36:15 44:18 74:1,4 78:5,8,12 84:21 100:7 112:6 130:18

**lieutenants** 22:3

**life** 118:16

**lightly** 74:22

**limited** 49:20

**Lions** 12:7

**liquor** 73:3

**listen** 131:25

**listening** 73:25

**live** 10:25 68:11

**living** 12:4 31:19 63:8

**loaded** 64:19

**lodge** 12:23,25 13:1

**logo** 117:1,9 134:12

**long** 13:24 14:11 17:13 18:6 19:6 50:4 55:12 63:25 66:6 81:22 118:1,2 126:14 128:15 136:4

**longer** 66:13

**looked** 64:12 65:5, 20

**looped** 58:14

**lost** 118:17

**lot** 11:3 12:8 23:8 27:3 48:19 68:5,8 74:21 79:24 80:23 131:8

**lots** 32:4

**loud** 68:12,14,15

**low** 59:25

**lower** 7:9

**LT** 34:22 43:6 57:18 64:17 69:12 70:12 76:25 82:15

**Luke** 21:21,24,25 25:14 46:25

**lying** 51:22 52:1

---

## M

**M-I-D-D-L-E-T-O-** 10:17

**Madam** 49:6

**made** 10:24 16:25 25:17 32:24 51:8 57:3 74:23 85:25 95:10 101:16 104:12 124:8,9 135:2 136:7,14

**maintain** 118:7 119:3

**major** 102:21

**make** 9:7,13 31:22 38:20 55:16 56:7 69:6 81:5,7,19 82:19 87:3 112:14, 15 118:17 134:8

**makes** 26:10 37:21 131:8

**making** 65:8 75:11 112:7

**Malik** 6:21

**man** 21:12 25:1 32:15 64:22,25 126:1

**management** 87:7, 20

**manslaughter** 15:25 16:1,18 17:2

**March** 6:8 7:16

**marijuana** 39:15,25

**mark** 97:11 135:15

**Masonic** 12:10

**master** 31:23,24 63:17

**mat** 75:23 76:5,6,7,8

**mats** 75:21

**Matt** 101:15

**matter** 7:22 8:20 117:16,19,23

**Mayfield** 16:21,22, 23

**MBI** 31:12,14 32:17 33:1 61:14,20 123:2 125:14 126:23,24

127:6 129:18,20,24

**Mcalpin** 24:19 26:5
31:7,25 32:6 37:16,
17,18,23 46:12
50:2,10,22 62:20
64:12,22 72:11,12
73:11 75:3,6,21
77:5 89:6,7 125:4
128:7

**Mcalpin's** 30:25
34:7

**Mckean** 7:16

**means** 54:25 111:1

**meant** 34:24,25
35:25 43:12 54:14,
22 55:11 71:17

**mechanic** 13:21,24

**medical** 32:20,23
65:2,3,6,25 66:2
114:6 127:20 130:5,
10 135:3,6,11

**member** 12:9 15:1
23:4 97:18 107:13
113:25 114:5 123:1

**members** 102:12
110:12 113:21
117:24 118:5 119:1,
11

**memo** 23:5

**message** 34:21
35:2,4 42:20 43:4,8
100:18 101:1,2

**messages** 35:4
42:11,13 47:21
48:21,24,25 61:10
106:20,21 107:9,11

**messaging** 47:10

**messed** 69:13

**met** 8:12 47:19
64:15

**metal** 69:18

**Michael** 6:15 8:14
66:19 105:24

**Middleton** 6:10,19
7:1,13,23 8:2,7,12
10:14,19 11:15
49:16 74:20 130:14
137:4

**Middleton's** 100:7

**military** 75:21,24

**milk** 72:25

**mind** 58:2,4 71:17
109:6,8

**minimum** 55:15

**mint** 101:14

**minted** 103:25

**minute** 59:24

**minutes** 60:3 63:20
66:10,13,16,18
68:14,17 84:14
87:13 124:19,24
126:16 137:18,23

**misdeeds** 122:12

**misrepresentations**
136:7,13

**missed** 107:12

**missing** 87:22,23

**mission** 33:6,24
41:21 43:14 44:4,8,
24 54:13 58:11
76:21

**Mississippi** 10:22,
25 11:4,8,21 12:2,5
14:20 30:13,14

93:13 137:5,7,15

**Mm-hmm** 40:2
93:18

**modus** 89:11

**Molingo** 25:3,4

**moment** 60:14,23
71:19

**Monday** 103:4

**monkey** 67:13

**month** 121:22

**months** 17:15 30:7

**morning** 82:9,14,17

**mornings** 103:17

**mother** 86:21
121:14

**motor** 15:20 52:9
118:15

**motorcycle** 13:9

**mouth** 32:9 65:8
95:6 114:1 127:1,
13,18,22

**move** 17:24 18:4

**moved** 22:7 24:5,18
34:10 65:9 75:24

**movie** 100:14

**moving** 22:1 26:22
62:1 83:3

**mug** 54:25 55:19
58:17

**mugshots** 54:19,22
55:25 56:3

**Mullins** 21:21,22

**multiple** 46:8,10
94:14

**murder** 32:3,18
63:21 75:4

**N**

**named** 120:8 132:25

**names** 11:12,16

**Napolean** 25:4

**Napoleon** 25:3

**narcotic** 33:16

**narcotics** 22:11
33:19 37:1,10,19
40:7,16 41:3,18,19,
21 50:4 76:15,18,
21,23 77:7,10 78:25
79:7 85:14 89:13
102:21 103:1,13,15
108:1

**Natsy** 25:3,4

**necessarily** 24:3
59:14 107:21

**needed** 94:22
115:12 122:19

**negligence** 17:2

**neighbor** 109:18,22,
24

**neighborhood** 31:4
57:14,20 115:15,17

**neighborhoods**
31:5

**nest** 128:6

**nickname** 134:17

**night** 28:15,19 30:20
33:22 61:4 71:24
82:8,23 89:9 94:13,
20 100:25 103:17
110:22 113:21,24

114:4 120:19 124:7
125:16 126:9,11
127:16 129:9,13

**nightshift** 101:21
104:24

**Nineteen** 19:13

**noise** 65:8

**Nolan** 116:1

**non-adjudication**
16:11,13 17:1

**nonregistered** 93:4

**nonviolent** 16:14

**north** 18:17,18,22
19:4,6 21:4,6

**notary** 7:18

**notice** 7:14 68:6

**noticed** 70:24

**number** 13:2 33:24
132:20

**numbers** 19:11

---

**O**

**oath** 10:8

**Object** 38:12 51:12
54:9 61:7 78:6 87:8
96:11 105:11
108:15 117:4 122:1

**Objection** 108:24

**objections** 7:19

**observation** 96:8

**observe** 78:23
113:25

**observed** 79:1
95:24 111:14,19,23
114:5 116:20

**occasionally** 26:11,
13,15 27:8 118:13
123:9

**occasions** 46:8

**occurred** 30:15
37:25 83:18 119:25
121:22 124:4,14
125:15 129:21
130:16 131:20

**occurring** 109:14

**odd** 31:2

**off-the-books** 89:16

**offer** 89:24

**offered** 7:21 89:19
94:21 111:13

**office** 44:19 96:3,4,5
105:13,18,20
128:14,16

**officer** 17:12,14,17
18:5,7 56:21 114:16

**Officers** 137:3

**older** 48:19

**online** 99:15,17

**Opdyke** 24:14,16,25
27:5,8 31:9,22
43:12 46:18 61:24
62:16 63:13 64:24
72:6 73:9 86:14
98:18 120:5 121:7
128:4

**Opdyke's** 130:20

**open** 63:1

**opened** 22:5

**operandi** 89:11

**operating** 38:10

**operations** 92:3

112:10

**opinion** 95:18 97:8,
12

**opportunity** 8:3
130:19,21

**orange** 92:18,23

**order** 12:10 53:23,
25 55:5 118:7
119:2,3 138:18,23

**orders** 138:15,16

**ordinary** 30:10

**organizations** 12:4
13:7

**organized** 12:9

**original** 53:11 93:22
138:19

**originally** 53:14

**overnight** 122:12

**overtime** 120:14
123:6,8,10

---

**P**

**p.m.** 81:10 105:1
122:12 137:25
138:3 139:23

**paid** 123:6,9

**panic** 124:11

**panicked** 124:8

**paperwork** 42:10

**parked** 62:15

**Parker** 6:15 8:15
63:12 65:4,7 66:20
67:10,22 70:17,24
71:14 83:7,13
84:10,17 119:22

124:16

**part** 7:21 14:3 15:1
23:6,12 43:25
54:15,16,18 55:23
57:7 68:23 69:5
72:3 89:8,18 95:12
100:25 101:22,23,
24 106:20 125:1,6
126:20 130:7 134:5
135:6

**participate** 12:3
38:10

**participated** 116:16

**participating** 107:15

**party** 27:14

**pass** 79:21

**past** 31:20,21 63:10,
13

**patrol** 15:15 18:15
19:1,4,6,8,17 20:3
25:20,22 28:25 38:2
88:8 102:19 103:20

**patrolling** 21:8

**patrolman** 15:16
18:9,14 23:18
24:11,12 25:16
28:21

**patrolmen** 20:6
22:25 40:8

**Paul** 21:21,22 106:3
116:7 125:24

**pay** 29:10

**PBA** 27:23 28:4,5

**pee** 64:5,11

**peer** 123:20 124:24
125:5

**penalty** 7:4

**pending** 9:25

**Pennsylvania** 7:17

**people** 10:24 12:8 17:23 20:1 21:3,8 25:11 26:3 45:11, 20,24 46:2,3,6,7,12, 18,22 47:1,22,24 48:13 53:6 58:11 68:10 79:20 89:14 96:14,22 100:16 103:20 104:24 105:5,13,17 106:22, 23 109:21,23 110:13,19 111:3,14 112:3 116:5 120:4 125:3

**perceived** 122:20

**percent** 30:6 33:25 73:10 94:17 106:12 107:3 115:21

**percentage** 108:21

**Perfect** 138:13

**perform** 57:24

**performed** 57:6

**period** 38:18

**periodically** 81:9

**perjury** 7:4

**person** 20:11 21:22 40:4,6 57:12 58:24 80:17,21,24 97:16 101:11 114:2

**personal** 91:7,20 93:11 95:17 96:9 97:12 131:19

**personally** 96:2 132:9

**personnel** 117:2,9 134:13 135:3,7,11, 20

**petered** 26:9

**phone** 35:14,22 42:7,17 48:20 59:25 64:2 86:22 90:7 121:12 131:23,25 132:1,5

**phonetic** 25:3 116:1

**photograph** 56:6,8, 12,15

**physical** 23:8

**picked** 56:3 58:6 126:12

**picture** 96:19

**pictures** 106:22

**pieces** 96:23 97:14

**pistol** 84:1 91:12,14, 15,16,19 92:2 93:10,24

**place** 79:25 112:19, 25 113:8,11,13 121:23 122:8

**plaintiffs** 6:15,22

**plant** 89:19,24

**platform** 47:17

**play** 60:13,20 112:7

**played** 60:16,24

**plea** 16:2,3,4 17:2

**pleaded** 16:17 89:18

**pleas** 121:6

**pod** 57:1

**point** 19:3,22,23 24:4,17 34:5,13

35:3 36:21,25 40:13,15 41:16 47:4 64:1,5 65:24 67:22 69:12 74:13 78:4 84:8 90:3 95:21 98:6 116:9,11 129:2

**points** 47:21,24 48:10,12 49:3 106:23 107:5 137:13

**police** 14:10,12,18, 21 15:5,14 28:6 68:10 98:4,23

**policy** 80:1

**pool** 10:24

**posed** 53:14

**position** 15:13 17:10 18:2,4 26:22, 25 71:15 94:13

**positions** 21:15

**possession** 91:23 111:13,16

**possibility** 131:5

**possibly** 37:11 43:16 50:13,20,23 51:15 66:17 70:7 71:23 78:15 79:9 99:22 106:18 125:5

**potential** 38:4,24 39:5

**poured** 73:5

**pouring** 74:10

**Powertrain** 13:23,25

**practice** 113:4

**precisely** 109:15

**present** 6:20 42:5 67:16,17 75:8

**presented** 8:5

**pressure** 123:20 124:24 125:5

**presume** 37:15

**pretty** 25:18 32:10 57:23 66:9,10 117:25 126:5 128:21

**prevent** 111:20,24

**previous** 98:13

**previously** 42:24

**prior** 26:16 30:17 73:22 83:11 132:8 136:14

**prison** 14:2 56:13, 16

**private** 111:8

**privy** 35:5

**Pro** 93:15

**probe** 69:18

**problem** 103:24 104:3

**procedure** 7:15 38:11 68:9 112:19, 25 113:8,10,12,17

**procedures** 118:18

**proceed** 7:10 10:23 49:14 60:12 138:4

**process** 56:10,23

**professional** 45:16 137:3

**proper** 82:19

**properly** 81:6,8 112:8

**prosecutor** 116:12

prosecuted 116:17

prove 133:16

PTI 16:11

PTIS 23:9

public 7:18 122:14

publication 47:5 48:2

published 106:20

pull 39:11 62:20 69:15,20

pulled 32:22 33:10 62:15 65:16,17 70:15,16 127:21

punching 55:16

purchased 91:20,21

purchaser 93:22

purpose 22:21 61:4 77:22 111:16

purposes 22:18

pursuant 7:14

pursuing 87:15,18

pursuit 87:10 132:24 133:1,3

pushups 23:8

put 29:9,17,21 33:5 66:24 67:3 71:15 74:22 75:1 90:11 94:18 95:6 96:23 97:13 100:5 119:9, 18 127:24 128:1

putting 71:1

puzzle 96:23

Q

question 9:11,16, 18,19,20,25 24:2 38:2,14,19 43:5 52:12 53:12,14 54:4,6 59:13,14 60:14 61:8 69:7 81:14 84:7,23 90:18 98:25 105:16 118:25 121:18 122:8 123:25 124:13 125:9 135:19

questioned 34:23

questioning 23:11

questions 8:25 9:1 99:21 126:6,18 133:23 134:1 138:7, 9,10

quick 110:5 126:20

quiet 9:12

R

racially 67:9

radio 36:8,10,16 87:14 116:2,3,5

raid 116:16,18

raids 107:16,21

rails 123:19

raise 7:2

raised 71:14

ran 20:18

Randy 106:11

rank 44:17,19

Rankin 6:10,17 8:16 11:6,13 12:5 17:7 18:18 33:23 51:7 52:18 56:21 91:16, 22 93:7 98:22 107:14 111:9 117:24 122:16 123:9 134:13 137:8, 14

rare 115:24 123:13

rarely 27:9

RC168 136:25

RC2053 132:17 135:15

re-ask 9:18

reached 90:5

reacted 125:9

read 7:24 8:3 43:1 48:15 55:21 59:2 107:10

reading 35:12 42:14,18,19 43:5,9 48:18 49:2 55:24

reason 11:2 36:15 40:5 44:25 49:20 75:14,16,18 85:15 100:23 107:6 109:13 110:9 113:3

recall 22:22 32:12 33:7 42:9,14,17,19 43:16 48:16 49:2,3 50:14 61:17 78:15 99:11 101:17 107:4, 7 115:3

receive 13:17

received 14:22 15:4

recess 49:11 60:10 138:1

recognized 62:19

recollection 24:22 66:16,17

record 6:7 7:12 10:13 49:6,9,12 60:7,9,11,16,24 61:2 75:12 137:23, 25 138:2,14 139:23

recorded 57:4

recording 60:17,19 86:20,23,25

refer 132:20

reference 133:24

referred 51:6

referring 73:9 132:11,13

reflect 7:12

regain 125:1

regard 15:22 86:1

register 71:20

registered 90:20 92:6,12 93:11,21, 22,25 94:4 111:15

registry 93:13

regular 22:25

regularly 125:11

reins 119:9

related 100:13 115:22

relation 130:15

relationship 26:4 95:23,24 96:6,10 97:15 115:19,20

relatives 11:3,6,12

JEFFREY MIDDLETON
83199
March 14, 2025
160

**relevant** 8:20

**remainder** 72:8

**remember** 13:1
16:8,9 21:16 25:9
26:3 27:18,23 28:7
29:7 32:15 35:7,9
43:4,8 47:17 48:14,
17 50:5 64:3,8
66:14 77:6 83:4,6
90:22 96:20 98:17
99:15,21 100:8
101:8,17 103:7
105:20 106:10,17
115:2 121:15 126:5,
6,19 132:2

**remotely** 9:7

**rephrase** 9:16 18:3
98:25

**report** 20:16 21:1
58:19 80:3,14,18
81:17,20 86:7 95:7
112:11,14,17 113:7,
12 114:9,12,19
130:15,22 131:10
136:8

**reported** 20:24
21:19,23 94:6 95:15
111:25 113:5
114:21 119:16,21

**reporter** 6:23,25 7:8,
18 9:5 10:16 49:7,8
60:13,17,20,23
132:19 135:14,17
138:15,17,21,25
139:2,6,11,14

**reporting** 111:20

**reports** 118:10
130:20 131:4 136:8

**represent** 6:13,14

**represents** 8:14

**reputation** 49:19
50:2,5,14 78:3 79:8

**request** 133:24
134:2,11,19

**requesting** 7:23

**requests** 134:1,6

**required** 99:3,19

**requirement** 97:21,
24 98:3

**requirements**
135:11,12

**reserve** 116:9

**reserved** 7:20 16:14

**residence** 75:22
109:14

**resident** 11:21

**resisting** 54:6

**resolved** 16:7 17:5

**resource** 18:5,6

**respond** 134:2

**responded** 35:8,9
58:19

**response** 22:20
34:25 57:13 134:15,
19

**responsibility** 74:5

**rest** 63:14,16 101:2
134:18

**restaurant** 96:17

**restroom** 64:7 72:19

**resulted** 116:17

**retained** 28:3,4

**retains** 69:15

**retired** 22:3,5

**retrained** 133:12

**retrieved** 90:14

**return** 41:24

**returned** 32:20

**review** 130:19
131:10

**revolver** 90:21

**rewarded** 122:17

**Richard** 133:19

**rid** 137:12

**riding** 96:5

**rifle** 91:12,21,24

**rifles** 91:25

**rights** 52:23 54:2
58:25 61:5 74:22
75:7 99:8

**road** 28:16 30:2,15
33:25 34:20 58:7
59:1 62:1,4 113:25
114:4 120:1 123:18

**rode** 30:23 31:6

**role** 17:20 44:15,22
76:11 112:6

**room** 31:8,20 55:1
63:8 67:19,25 68:2
72:20 74:16,17 75:3
80:23 90:6

**roughly** 66:24 67:3

**round** 19:11 83:12
84:3,9,15 86:17
124:2

**routine** 117:16,20,
24

**routinely** 119:12

**retired** — *see above*

120:13

**rule** 103:3

**rules** 7:15,16 9:3

**rumors** 51:24 52:4

**run** 7:17 20:19 38:5
109:24

**running** 23:8 69:21,
25 79:20

**runs** 112:10

## S

**S-N-E-L-L** 11:15

**sale** 93:20

**sales** 109:13

**Sanford** 86:15
120:8,10,12

**say8ihng** 82:8

**scared** 83:24

**scene** 37:24 84:21
118:19 124:3,10

**scheduled** 125:11

**Schmidt** 86:18
110:24 119:25
120:22 121:6
131:17

**school** 13:13,14,17,
20 14:5 18:5,6,8

**scissors** 66:3

**scope** 22:25

**screaming** 45:8,20
68:17

**search** 39:14 57:7
72:3 77:12 88:14,17
108:3,4,6,9,10,18,
23 109:7,25 110:9

**searches** 107:16

**seconds** 60:5

**secrecy** 12:18

**selling** 31:3 76:15, 18,22 77:3,10 109:3,6,24

**send** 88:24,25

**sending** 42:12

**sends** 42:21,22

**sense** 26:10 37:21

**sentence** 16:6

**sentencing** 51:4,8

**separated** 45:16

**sergeant** 20:10,12, 16,19,24 21:1,17 22:1,8 23:14,15,20, 24 25:1,17,19 112:9,10,15,16,18 114:15 118:12

**sergeants** 20:14

**service** 18:15 91:14, 16

**services** 105:25

**set** 90:8

**sex** 110:13,16

**Shabazz** 6:21 139:17,20,21

**shadow** 122:3

**shaking** 45:9

**share** 114:24

**shed** 63:22

**sheer** 124:11

**sheet** 133:15

**sheets** 133:8

**sheriff** 6:17 41:5 79:13,18 85:4,11, 18,25 86:2,5,11 87:3,6,13,22 88:4 89:1 91:2 92:18 95:5,13 96:9,19 97:1,5,18 104:3,8, 18,22 105:8 115:8, 11,18 117:3,11,17 125:12,14 131:2 134:14 136:18,22

**Sheriff's** 17:8,23 27:17,20 43:15 44:19 51:7,11 52:19 91:17 93:7 98:7,22 107:2,14 110:10,12 111:9,14,24 113:21 117:2,10,25 118:5 119:1,12 122:13,17 130:22 133:7 134:14 135:2,21 136:9 137:8,14

**shift** 19:19,24 20:15, 18,19 21:7 25:23 26:1 33:20 36:14 47:16 74:1,4 78:4 81:10 82:12 100:7, 19,20,23 101:1,3,7, 23,24 102:1,4,13, 15,25 103:12 105:1, 5 112:6 114:15 120:13,16,18,25 121:5,21 122:12 134:17

**shifts** 33:18

**shirt** 81:3,5

**shit** 34:22 36:2

**shook** 73:21

**shoot** 81:18 94:15

**shooting** 23:10 32:8,24 69:17 81:16

89:19,21 106:23 107:5 124:4 129:21

**shop** 63:22

**short** 102:9

**shot** 64:20 65:11,15 70:8 83:8,11,12 84:10 92:25 124:2 127:1

**shotgun** 92:17,22

**shots** 32:12 54:25 55:20 58:18

**shoved** 67:4

**show** 53:18 132:16, 17

**showed** 66:5 69:25 83:2

**shower** 73:17

**showing** 42:11 80:7, 9

**side** 65:9,16 69:22, 25 86:16 110:25 119:25 121:9 131:15,16,20

**sign** 7:24 33:24 108:2,9,19,20,22 109:2,11 112:17 133:15

**sign-in** 133:15

**sign-up** 133:8

**signing** 109:9

**signs** 79:21

**silent** 36:10,16

**similar** 133:10

**Simpson** 11:10,13

**sir** 7:3,8 8:22 10:6 12:11 13:5,8,11,19

14:24 15:2,12,18 16:19 17:3,6,21 18:10,13,24 19:2,5 20:5,8,25 21:12 22:9,12,14 23:2,16, 20 24:7,10,13,15,20 25:12 26:21 27:4 28:9,17,20,22,24 29:3,23 30:3,8,11, 16,18 34:21 36:20 38:1,8 39:1,9 40:22 42:2 43:2 44:10,14 45:21,23 46:14 47:23,25 48:4,6,15 49:23 50:3 54:17,20 56:22 57:15,19 58:1,9 60:18,23 63:3 66:21 67:8,12, 14 68:15,18 72:5,7, 24 73:1,4,7,23 75:10 77:13,16,19 79:6,14 82:6 84:4 98:14,20 99:4 101:22 109:2 123:5 130:17 135:17 138:19,21,25 139:2

**sit** 132:4 136:12

**sitting** 70:17,21,24

**situation** 39:18 40:20,23 41:2 58:7 99:2,3 109:12 116:6 123:22 125:2

**skills** 23:10

**skip** 48:25

**slowed** 62:9

**slower** 48:20

**small** 63:20 95:11

**smells** 39:12,25

**smoothly** 10:5

**Snell** 11:15

**sniper** 91:24

**so-and-so** 115:13

**social** 12:4

**socialize** 26:18 27:6,11

**socialized** 26:12,13

**socializing** 27:3

**socially** 12:8

**solely** 92:2

**somebody's** 68:9

**SOPS** 135:12

**sort** 13:10 50:2 74:5 110:12 123:20

**south** 18:17,19,22, 23 19:1 21:4,5,6

**speak** 9:5

**speaking** 11:11

**special** 22:20

**specific** 41:1,2 53:8 115:3 129:1

**specifically** 93:3 102:20 119:21 133:24 136:17

**specifics** 50:17 51:25 96:24

**speculate** 61:9 81:21

**Speculation** 50:24

**speeders** 101:4 115:14

**spell** 10:15

**spent** 12:8 72:9

**split** 18:18

**spoke** 54:1 62:20 129:24

**spoken** 136:18

**spot** 22:5

**Squad** 99:24 101:21 103:23 104:6,8,17 117:1,9 122:11 134:12,16

**squeezed** 72:21

**SRT** 22:13,15,19,20 23:4 47:18 91:15,19 92:2 93:10,24 123:11,12

**stamped** 132:17 136:25

**stand** 60:8 137:24

**standard** 38:10 44:13 137:3

**standing** 63:13 64:23 65:19 73:13 78:20 83:12

**start** 15:7 17:23 49:1

**started** 17:25 32:3 56:19 63:21 79:9,11 100:23 121:10

**Starting** 128:2

**state** 6:13 10:12 137:5,7,15

**stated** 59:2 75:20 111:12

**statement** 30:12 74:21,25 95:10,11 117:15,23 118:4 125:13

**statements** 51:9

**States** 136:3

**station** 61:18

**stay** 128:13,16

**stayed** 85:23 96:3,4

**staying** 75:5

**Stefan** 120:7

**Stephan** 120:6

**stepped** 73:12

**Steven** 125:22

**stick** 129:5,7,16

**Stickman** 25:14 47:1 48:2

**stocks** 92:19,23

**stole** 75:16,19,21 76:6

**stolen** 75:9 94:6

**stood** 67:4 74:8

**stop** 34:7 59:11 79:21 111:16

**stopped** 61:23 123:21 124:24

**stops** 39:25

**story** 126:22,24 127:12,14 129:5,8 130:2

**strip** 56:7 57:3,7,9

**strong** 87:7,20

**stuff** 43:10,11 48:25 64:9 66:4 69:18 81:21 85:14 94:16 99:4 121:10 124:20 133:11 137:19,20

**style** 71:7 87:7

**subjects** 22:21

**substance** 8:24

**sufficient** 85:24

**suggest** 42:23

**suggested** 100:21 101:6,9

**summarize** 30:21

**supervise** 19:18 24:8 44:20

**supervised** 23:17, 21 117:16,20 122:9

**supervising** 17:18 19:21 24:23

**supervision** 20:4

**supervisor** 17:20 116:4 131:10

**supervisors** 122:6

**supplemental** 130:20

**supplied** 91:17

**supposed** 40:25 44:16 77:3 80:13,17 82:9,10,11 112:20 113:4 118:18

**supposedly** 31:3 76:15

**surveillance** 75:9 109:21 110:7 111:8

**suspects** 68:11

**SWAT** 23:1 90:24 91:1,5

**swear** 6:24

**synopsis** 126:20

**syrup** 74:10

**system** 75:9 87:20

## T

**tabs** 118:9

**tactic** 110:13,17

**takes** 33:22

**taking** 73:17 106:22

**talk** 9:10 40:21,24
41:2,10 42:1 77:9,
15,17,21 96:22 99:1
108:8

**talked** 63:20,25
99:6,7 116:7
125:17,23

**talking** 9:18 12:16
30:21 44:2 45:7,14
47:21 72:9 119:21,
24

**talks** 107:21

**Tanner** 27:25 28:1,
2,4

**target** 113:4

**tase** 69:2 71:23
112:12

**tased** 67:22 70:7,10
71:18

**Taser** 69:12,16,22
70:11,13,14 71:8,9,
12 79:25 80:1,5,7,
11,16,18,20,24
81:2,4,7,15 82:8,22
83:1 112:2,3,14,21
118:11

**Taser's** 82:15

**Tasers** 112:8

**tasing** 68:21,23

**Task** 123:1

**team** 22:13,16,19,20
23:1,4,6,12 37:18
47:19 90:24 91:2,5

**telling** 44:11 58:23
63:21 77:3 97:6
127:14

**tender** 130:11 138:6

**tenure** 54:3

**term** 27:11 43:13,21

**terminated** 15:21
27:17,20 29:2,20
50:8,9

**terminating** 29:14

**termination** 15:22
137:9

**test** 82:11

**tested** 80:7 82:17

**testified** 8:8 131:14
134:23

**testimony** 7:5,20

**testing** 80:5 81:1

**text** 33:5 34:2,17
41:25 42:11,21
43:24,25 54:19
55:19 77:5 79:19
89:8 101:1 115:16,
18

**texts** 35:12 115:24

**theft** 111:7

**thing** 12:24 34:13
36:4,7 37:15 41:14
45:10 53:9,23 54:1
59:4 71:4,6 75:23
76:1 81:3 100:1,13
133:6

**things** 23:12 34:4
51:24 53:17,18

**team** 58:20 75:6 79:10,
11,12 81:6 87:17
88:2,10,11,13 96:20
101:5 103:6,17
112:16 124:1
127:18

**thinking** 59:14
61:10 62:11 71:22
106:16

**thinks** 87:18

**Thornton** 106:15
114:14,16,22,25
115:13,16 117:21

**thought** 44:4 59:6,
20 61:2 64:19 71:20
84:5 95:7,8 101:9
104:2,5 123:23,24
124:5 125:8

**thoughts** 95:18

**throw** 66:25

**thrown** 72:13

**thumbs** 34:1

**till** 59:3 60:7 68:16

**Tim** 21:21

**time** 6:8 7:20 12:8
14:1,2,3,4 17:25
19:3,21 21:7 23:18,
25 24:4,17,19
25:15,18,25 27:3,22
32:4 35:3,21 36:19,
21,25 37:17 39:20
41:16 45:6 48:7,9
49:9,13 50:10,15
54:17 55:23 60:9,
12,21,22 65:5,13,
14,25 66:6,7 68:7,
12,16 72:9 73:11
74:13 78:4,7,16
84:4,9 88:21 95:21

**team** 96:18,22 98:6,7,12
102:3,9 103:13,16
106:3 108:3,5
109:23,25 114:10
122:7,9 124:15,17
125:24 129:12
132:8 135:23 137:9,
13,25 138:3,6
139:23

**timeframe** 66:9
135:8

**times** 22:23 27:10
51:23 52:18 94:14
106:21 107:25
108:1 110:1 125:9

**today** 8:4,19 48:8,10
52:8 106:21 130:2
132:4 134:23
136:12

**today's** 139:17,19

**told** 17:4 29:14
31:12,14 32:17,21
33:1,11,14 38:3
41:18,20 61:14,20
63:22 65:2 66:1
69:11 71:8 74:9
76:18 77:24 78:20
88:22 90:1,3 95:1
121:8,12,16 125:25
126:23,24 128:13,
15 130:2,3 132:3

**Tommy** 16:22

**tool** 82:17

**topics** 8:20

**torture** 74:21

**totality** 134:22

**totally** 52:24 85:19

**toted** 93:24

**touch** 31:9 71:5

**touched** 71:3

**touching** 81:15

**tower** 57:1

**toys** 110:13

**traffic** 87:17

**train** 61:1

**training** 14:20,21,25
15:4,9 81:2 94:16
97:22,25 98:1,4
99:4,5 123:11
133:7,11,17 137:3

**transcribe** 9:14

**transcribed** 8:4

**transcript** 8:5 9:8
138:15,19,23,24
139:4

**transpired** 35:5
42:19

**trauma** 66:3

**treatment** 114:6

**Trent** 6:14 8:13
59:16,22

**trial** 7:21 10:23 16:2

**trick** 24:2

**trigger** 69:20 70:16

**triggered** 80:11,20

**trouble** 20:19 85:22
97:16 101:4

**truck** 29:11 32:19
35:14 62:21 64:1,4
66:1 72:19 76:3,8
90:23,25 94:19,24
95:2 128:19 130:4,9

**true** 74:6 117:19

**truth** 7:6 8:8 52:12
126:1 130:7

**truthful** 125:25
131:11

**truthfully** 9:1

**tryout** 23:7

**tryouts** 23:6

**turn** 29:11 34:22
36:2,9,22 38:3,11,
17 40:19 62:4 71:4
83:22 128:18

**turned** 61:25 62:8,
14,15,19,22,24
64:14 70:24,25
83:24

**turning** 62:3

**twisted** 70:18

**typical** 17:22 18:1

---

**U**

**undergo** 98:4

**underneath** 131:11
136:14

**undersheriff** 79:16,
18 89:1 106:7,11
116:8 131:2

**understand** 8:21,25
9:15 36:3 38:14
44:15 70:21 102:18
118:24 134:7

**understanding** 24:6
38:7,22,23 41:14
44:12 89:10

**understood** 9:20
38:21 84:5,7

**unhandcuffed** 90:4

**uniform** 75:24

**uniforms** 75:21

**unit** 18:17 22:11

**United** 136:3

**unnecessary** 45:22

**upset** 97:6,9

**USA** 106:21

**usage** 112:3

**usual** 29:21

**utilize** 103:20

---

**V**

**Vans** 135:22,25

**vehicle** 15:20 39:11,
12 52:9 62:5,9,10,
11,12,13,17 92:9,
12,16 93:8 94:11,
12,17,20 95:1
118:15 132:23
133:1,13

**vehicles** 61:25
62:17

**vehicular** 15:23

**verbatim** 134:1

**versus** 102:21

**victims** 68:11

**victims/suspects**
73:15

**video** 99:20 138:16
139:17,19

**violated** 52:24

**violating** 61:5 75:7

**violation** 54:1 58:25
74:22 99:8

**violations** 122:24

**violence** 50:2 51:6,
10,20 52:14,17,18,
20,22 53:1,2,16
54:2,7 55:19 132:10

**violent** 42:24 46:3,7,
12,18,22 47:1
50:11,15 54:5

**visible** 56:2 122:14

**volunteer** 66:5

---

**W**

**waited** 62:20

**waiting** 35:8 62:9,
10,12

**walk** 68:16 109:6

**walked** 31:20,21,25
32:1,2 62:22 63:10,
13 73:7,22 76:3,9

**Walker** 6:14,20 7:11
8:1,11,13 38:13
40:10 41:11 49:4,15
51:3,13 53:10 54:11
59:17,23 60:2,4,6,
14,22,25 78:9 87:11
96:15 105:15
108:17 117:7
122:10 130:11
132:17 137:21
138:7,18,20 139:20

**walking** 65:4 70:12
83:22

**wanted** 23:12 38:20
44:21 76:14 85:16
88:6,17 103:16
135:25 136:1

**wanting** 87:16

**warm** 73:5

**warrant** 77:11,18
88:14 107:22 108:6,
19 109:15,25 110:9

**warrantless** 107:16

**warrants** 22:22
77:14

**watch** 69:20

**watching** 57:1 99:20

**water** 73:3

**waterboarded** 73:2
113:20

**weapon** 83:4

**wear** 37:1,13 38:3,6
41:23

**weed** 39:12

**week** 29:8,15

**weeks** 29:18,19,24

**Whatsapp** 47:6,7,
13,16,21 100:1
106:20 107:1

**Whoever's** 35:8

**widening** 128:22

**wife** 12:14 96:18

**Williams** 21:20
120:6,7,10,12

**willingness** 122:18

**withholding** 114:6

**witnessed** 52:21,22
70:9 97:17 111:7
132:8,9

**woods** 87:23

**word** 67:11 85:2

100:8

**wording** 89:22,25
90:13 95:2 109:10

**words** 45:2 49:18
53:16,17,20,23
57:24 86:24 95:6

**wore** 91:18

**work** 13:24 14:6,9,
11 17:13 18:6 26:6,
14,18 27:7 35:23,25
37:9 38:16 42:22
56:25 70:5 80:6
83:1 85:5 103:14
115:21

**worked** 19:18 20:14
24:18 25:19 33:13
56:9 57:2 70:6
81:20 100:24
101:23 103:4,15
120:13 135:4

**working** 14:3 25:20,
22 28:25 29:20
33:20 37:6,14 42:1
49:21 50:4 56:20
57:1 58:18 78:13,23
79:5 81:6,8 82:8,15,
16,23 88:6 91:18
95:20 98:11 116:4
122:4 135:1 136:14
137:14

**works** 93:13

**worried** 127:19

**worse** 70:13 71:10

**wound** 65:20

**wrong** 69:13 89:22,
23

**Y**

**year** 13:15 18:8
123:14

**yearly** 97:21

**years** 13:6 14:13
15:17 24:4 26:17
53:24 95:21

**yelling** 45:19 78:22
79:1

**yo** 48:23

**York** 106:21

**Z**

**Zachary** 25:6

**Zak** 25:6

**Zoom** 9:6

(800) 528-3335    NAEGELI    NAEGELIUSA.COM
DEPOSITION & TRIAL
Established 1980