IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

MICHAEL COREY JENKINS, et al.,

     Plaintiffs,

                        Civil Action

vs.                    No. 3:23-cv-374-DPJ-FKB

RANKIN COUNTY, MISSISSIPPI, et al.,

     Defendants.

DEPOSITION OF

STEVEN N. GODFREY

TAKEN ON
MONDAY, NOVEMBER 11, 2024
10:11 A.M.

578 HIGHLAND COLONY PARKWAY, SUITE 100
RIDGELAND, MISSISSIPPI 39157

NAEGELI
DEPOSITION & TRIAL

(800) 528 - 3335
NAEGELIUSA.COM

Nationwide

COURT REPORTING

LEGAL VIDEOGRAPHY

REMOTE DEPOSITIONS

TRIAL PRESENTATION

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS

Powerful
LITIGATION SUPPORT

(800) 528-3335   NAEGELI
DEPOSITION & TRIAL
Established 1980   NAEGELIUSA.COM

STEVEN N. GODFREY
79776
November 11, 2024
98 to 101

Page 98

1  response when you read the New York Times article on
2  the Rankin County deputies and the Goon Squad?
3          MR. DARE: Same objection. You can
4  answer.
5          THE DEPONENT: I can answer? I was
6  devastated.
7  BY MR. SHABAZZ:
8      Q.  Okay. And why was that?
9      A.  I'm 71. I was 69 and 70 during that time.
10 Opdyke, Elward and a couple of those kids were young
11 enough to be my children. I trusted them, I loved
12 them and they just broke my heart.
13     Q.  Okay. Well I mean -- were you shocked
14 that all of this could have been occurring while you
15 were in supervisory position in the department?
16     A.  Again, I didn't supervise them on the
17 shift. Only on SRT operations. But it just was
18 terrible.
19     Q.  Okay. But were you surprised this had
20 been occurring in the Rankin Sheriff's Department?
21         MR. DARE: Object to form.
22         THE DEPONENT: I don't know how you
23 couldn't be that.
24         THE REPORTER: Will you repeat your
25 answer?

Page 99

1          THE DEPONENT: I don't know how you could
2  not be surprised. I was devastated.
3          MR. SHABAZZ: Okay. And if that was true,
4  how could all of this have occurred if the Rankin
5  County Sheriff's Department was being properly
6  supervised?
7          MR. DARE: Object to form. Now you're
8  getting into absolute opinions. This witness is
9  here to testify about facts. If you've got a
10 question about facts going on at the time, you can
11 ask it.
12         MR. SHABAZZ: Oh, I can ask any -- I can
13 ask.
14         MR. DARE: This witness does not have to
15 provide you any opinion.
16         MR. SHABAZZ: You can make -- you can make
17 your objection, but he can answer that question.
18         MR. DARE: And I will say --
19         MR. SHABAZZ: You've made your objection.
20 Answer that question.
21         THE REPORTER: One at a -- one at a time
22 please, so I can report properly.
23         MR. DARE: The witness does not have to
24 provide any opinions. I am not instructing the
25 witness not to answer, but I am objecting and saying

Page 100

1  that he does not have to provide any opinions if he
2  does not so choose. I would also note that counsel
3  knows that this is not an expert deposition.
4          MR. SHABAZZ: I can ask about the article.
5  BY MR. SHABAZZ:
6      Q.  Okay. So you said you were surprised?
7      A.  Absolutely.
8      Q.  Okay and --
9      A.  Disappointed's more the proper word,
10 probably.
11     Q.  Why was that?
12     A.  I was disappointed in them. You just
13 don't do those things.
14     Q.  Okay. Now were you surprised that -- well
15 first of all, were you -- were you -- in the New
16 York Times article, were you aware of any of the
17 allegations that came out in that article?
18     A.  Yeah. What? I don't understand what
19 you're asking now.
20     Q.  Outside of Michael Jenkins and Eddie
21 Parker, that article named a number of incidents
22 that have been alleged against Rankin County
23 deputies over the years.
24     A.  I'm not -- I'm not personally familiar
25 with them. I mean in the line of work we're in, you

Page 101

1  get a lot of allegations. Most people who end up
2  going to jail have an allegation of innocence.
3      Q.  Right. But these were allegations of
4  torture and abuse by Rankin deputies?
5      A.  I don't remember any torture and abuse
6  allegations.
7      Q.  Do you remember that in the article?
8      A.  Basically, yes I read it.
9      Q.  Okay. So you -- even in the article,
10 there were -- there were many things alleged against
11 the deputies that are similar to what in the Jenkins
12 and Parker?
13         MR. DARE: Object to form.
14 BY MR. SHABAZZ:
15     Q.  I mean, did you read that?
16     A.  I read the article, sir. Third time I've
17 answered it.
18     Q.  Okay, and when you looked back at your
19 position in the department, how do you -- how do you
20 -- did you ask yourself how did I miss all of this
21 while I was in the department?
22         MR. DARE: Object to form. Same
23 objection. Go ahead. I mean if you can answer, you
24 can answer. Again, doesn't have to provide any
25 opinions.

Page 102

1          MR. SHABAZZ:  Okay.
2  BY MR. SHABAZZ:
3      Q.    When you read that article, when you read
4  that, did you look back and assess your own job
5  performance?
6      A.    No, no.  These guys knew what -- no.
7  These guys what -- these guys knew what they did was
8  wrong.
9      Q.    Okay.  But how come you didn't find out?
10     A.    Because I didn't follow them around at
11 night.  Was not my job.  I trusted these kids.
12     Q.    Okay.  Did you supervise them properly?
13     A.    I was not their supervisor.  Only on SRT
14 operations did I manage them.
15     Q.    Okay.  Did the Rankin County Sheriff's
16 Department supervise them properly?
17         MR. DARE:  Object to form again.  I think
18 he's answered as to the facts as he knows them.
19         MR. SHABAZZ:  I got that.  Objection
20 noted.  Did the Rankin County Sheriff's Department
21 properly supervise these deputies?
22         MR. DARE:  And again, that's an opinion
23 question that I -- I'm not going to instruct the
24 witness not to answer, but he's not required to.
25 BY MR. SHABAZZ:

Page 103

1      Q.    Sir, you have to answer the question sir.
2      A.    Ask the question.
3      Q.    Did the Rankin County Sheriff's Department
4  properly supervise the deputies that you read about,
5  that committed these alleged actions in that New
6  York Times article that you read?
7         MR. DARE:  All right.  So he can answer
8  the question whether he did.  You're asking him his
9  opinion on whether Rankin County did anything else,
10 even though he may not have knowledge of what's --
11 other supervision.  And that is why I'm repeatedly
12 objecting here, because I don't think your question
13 is proper.  But again, I'm going to let -- I'm not -
14 - I'm going to let him answer the question, even
15 though it is improper and based off of hearsay.
16         MR. SHABAZZ:  I got you.
17 BY MR. SHABAZZ:
18     Q.    Go right ahead, sir.
19     A.    I don't know.
20     Q.    I believe you do know.  You were working
21 there.
22         MR. DARE:  Asked and answered,
23 argumentative.  You don't have to answer again.
24 BY MR. SHABAZZ:
25     Q.    How could -- if those allegations are true

Page 104

1  in that article, how could those deputies have
2  gotten away with what they got away with in that
3  department?
4      A.    Sounds like they didn't get away with
5  anything, I don't think.
6      Q.    Okay.  But what about all the -- what
7  about the numerous other allegations in that
8  article?
9         MR. DARE:  That's not a question.
10        THE DEPONENT:  I'm not familiar with them.
11 BY MR. SHABAZZ:
12     Q.    But you read the article, right?
13     A.    Fourth time, yes.
14     Q.    Okay.  So I mean this is a simple
15 question.  I mean a simple question.
16     A.    I'm not familiar with the individual
17 incidents.  I cannot put a lot of stock in many
18 allegations made against law enforcement in general.
19 I was in law enforcement for 48 years.  A lot of
20 allegations.
21         As you know as a defense counsel, one of
22 the first things you do is take focus off of the
23 defendant and put it on the law enforcement.  So I'm
24 a cop.  I'm sorry.
25     Q.    Okay.  So you said you don't take a lot of

Page 105

1  stock in allegations against police officers?  Is
2  that what you said?
3      A.    They're always to me require further
4  investigation.
5      Q.    Okay.  All right.  So the people that I'm
6  talking about are in that article.  That's why I
7  asked, because when you said --
8      A.    Again, I don't know the specifics of each
9  -- I have no knowledge of what happened, what the
10 investigations found.  It's the New York Times,
11 boss.
12     Q.    I mean I understand that.  But I just want
13 to know were they part of these ten investigations?
14     A.    No.  I've answered that at least a dozen
15 times.  No.  I had no personal knowledge, nor did I
16 investigate these incidents.
17     Q.    Well, you say you've investigated ten.
18 You investigated ten.
19     A.    I said "maybe."
20     Q.    You say you can't even name the ten.
21     A.    Give me details.
22     Q.    I'm talking about which ten.
23         MR. DARE:  And I think he's answered the
24 question to the best of your ability.  He has
25 answered the question now, I can't even tell you how

Page 106

1  many times.
2  BY MR. SHABAZZ:
3      Q.   Well, sir.  Let me just go down -- let me
4  just go down individual things, okay?  Let me just
5  name -- let me just get an answer on the names, and
6  then --
7      A.   Haven't we done this once?
8      Q.   No, we haven't.  We have -- this is --
9  we've only gotten part way through it.
10          MR. DARE:  That's with the civil lawsuits.
11          THE DEPONENT:  Oh, okay.
12          MR. SHABAZZ:  I've gotten part way through
13  it.  Okay.  I just need to know, because I need to
14  know whether these were your investigations.  Okay,
15  so I'm going to -- and they were in the article.
16  Okay so, Christopher Hopkins.
17          THE DEPONENT:  I don't have a copy.
18          MR. DARE:  Do you have a copy of the
19  article?
20          MR. SHABAZZ:  I don't -- I don't know if I
21  need to belabor it.  I mean I just want to know if
22  he's familiar with it.
23          THE DEPONENT:  You're doing a pretty good
24  job of it, sir.
25          MR. DARE:  Don't get into the back and

Page 107

1  forth with him.  Let's allow me to do that.
2  BY MR. SHABAZZ:
3      Q.   All right.  Just let me give you the name.
4  If it's no, it's no.  If it's no, it's no.  I'm not
5  going to belabor this deposition without describing
6  all of these incidents.
7      A.   Sir, that's about the only way I can
8  remember them.  But go ahead.
9      Q.   All right.  If you insist, okay.  Okay.
10          MR. SHABAZZ:  Trent Walker, can you do me
11  a favor?  While I'm asking some other questions, can
12  you print out the New York Times article?
13          MR. WALKER:  Not where I am.
14          MR. SHABAZZ:  Can you just email it to
15  Jason there right now, and we just print it out?
16          MR. DARE:  And we're going to read the
17  entire article again, and then go through that?
18          MR. SHABAZZ:  I'm not trying to do that.
19  I'm trying to ask him, if you'll let me.  Which I'm
20  going to do it anyway, ask you about the names and
21  if you don't -- you're not familiar, you're not
22  familiar.
23          THE DEPONENT:  Go ahead.
24          MR. DARE:  Well, you know, and I think he
25  answered the question before, and certainly I'm

Page 108

1  going to -- you take the deposition the way that you
2  want to take the deposition.  But he did answer
3  before.  None of the facts from the New York -- or
4  none of the allegations in the New York Times
5  article were familiar to him prior to reading the
6  article.  And so I think that has generally been
7  answered.
8          MR. SHABAZZ:  All right.  Well --
9          MR. DARE:  But and if you want to go
10  through every last one of them and go through the
11  facts in every last one of them, feel free.
12  BY MR. SHABAZZ:
13      Q.   Are you familiar with Robert Jones, the
14  allegations made against the Rankin County Sheriff's
15  Department that was contained in that article you
16  read?
17      A.   No.  Not just based on a name, no.
18      Q.   Okay.  Are you familiar with Fred Trimble,
19  who was in that article, who makes allegations
20  against Rankin County deputies?
21          MR. DARE:  Can you spell the last name?
22          MR. WALKER:  T-R-I-M-B-L-E.
23          MR. SHABAZZ:  Trimble, T-R-I-M-B-L-E.
24  BY MR. SHABAZZ:
25      Q.   And he makes allegations that he was

Page 109

1  abused Rankin deputies in July of 2018?
2      A.   No.
3      Q.   Okay.  In June of 2018, Jerry Manning, M-
4  A-N-N-I-N-G, Elbert Lynch, L-Y-N-C-H, Gary Curro, C-
5  U-R-R-O and Adam Porter made allegations -- in that
6  article made allegations that they were abused by
7  Rankin County deputies in June of 2018?
8      A.   Based on name alone, no.
9      Q.   Okay.  In that entire article, was there
10  anybody -- anything you read, were they part of any
11  of your investigations?
12      A.   No.  That's the best of my recollection.
13      Q.   Okay.  And does that include Carvis
14  Johnson, Carvis Johnson?
15      A.   Not based on a name, sir.
16      Q.   So could a Barry Yawn?
17      A.   Nope.
18      Q.   Mitchell Hobson?
19      A.   Nope.
20      Q.   Rick Loveday?
21      A.   Nope.
22      Q.   Robert Grozer, G-R-O-Z-E-R?
23      A.   No.  Nope.
24      Q.   Maurice Porter?
25      A.   No.

STEVEN N. GODFREY
79776

November 11, 2024

110 to 113

Page 110

1    Q.    Okay.  Jacoby Hopkins (phonetic)?
2    A.    No.
3    Q.    Okay.  Did you ever have a chance to
4  investigate Deputy Luke Stickman for any allegations
5  of abuse?
6    A.    Not to my recollection.
7    Q.    Are you sure on Luke Stickman?
8    A.    Did I personally investigate Stickman?
9    Q.    Was he one of the ten cases you
10 investigated?
11   A.    Not to the best of my knowledge.
12   Q.    Okay.  What about Deputy James Rayborn
13 (phonetic)?  Are you familiar with him?
14   A.    Uh-huh.
15        MR. DARE:  You've got to answer yes or no.
16        THE DEPONENT:  Yes, yes.
17 BY MR. SHABAZZ:
18   Q.    Rayborn.  And did you ever have a chance
19 to investigate him as one of your --
20   A    One occasion.  One occasion.
21   Q.    Okay.  Could you tell me about that?
22   A.    That was an internal personnel matter
23 involving some inappropriate comments he made in
24 front of a dispatcher.
25   Q.    Okay.  Could you tell me what happened?

Page 111

1    A.    He was removed from the position and gaven
2  -- given another one.
3    Q.    What did he say?
4        MR. DARE:  If you recall.
5  BY MR. SHABAZZ:
6    Q.    What did he speak?
7    A.    Something along the lines in front of a
8  female.  Something of a sexual nature.
9    Q.    Okay.  I mean and when you investigated
10 him, what happened?
11   A.    He was removed from the position.
12   Q.    And was this the result of your making a
13 finding in your investigation?
14   A.    I don't make findings, sir.  I just
15 present the facts.  The Sheriff makes the findings.
16   Q.    Okay.  So you -- the Sheriff removed him
17 in this -- from his position, based on your
18 investigation?
19   A.    I assume so.
20   Q.    Okay.  What about Cody Grogan?
21   A.    I did not do any investigations against --
22 to my knowledge with Cody.
23   Q.    What about Deputy Kevin Poole?
24   A.    No.  Poole left shortly after I started.
25 Then he came back for a short period of time, maybe

Page 112

1  the last year I was there.  I don't think Poole's
2  still there.  I don't know.
3    Q.    Okay.  But you never had -- he wasn't one
4  of your investigations?
5    A.    No, sir.
6    Q.    Okay.  Thornton.  Did you ever have a
7  chance to investigate Thornton?
8    A.    No, sir.  That's the Undersheriff now.
9  No, sir.
10   Q.    Okay.  Did you ever investigate Bryan
11 Bailey at any point for anything?
12   A.    No, sir.
13        MR. DARE:  And so making sure, counsel.
14 If you're going through names from that article,
15 you've got to be specific on the Thornton.  Do you
16 have a first name?
17 BY MR. SHABAZZ:
18   Q.    Deputy Roger Chad Thornton.
19   A.    No, that's not Delo.  I'm sorry.  That's
20 not Dwayne Thornton.  No.  I think he's a reserve
21 officer, I think.
22   Q.    Chad Thornton was a reserve officer?
23   A.    I had very little to do with the reserves.
24   Q.    Okay.  What about Deputy Fred Lovett?
25   A.    He's the Chief Investigator now.  No, not

Page 113

1  to my knowledge.
2    Q.    Okay.  Now when you did your interviews
3  after the Jenkins-Parker incident, did you -- did
4  you interview Officer Hartsfield from Richland?
5    A.    No, sir.
6    Q.    Okay.  Just taking you back for a minute.
7  In January 2023 in the Sheriff's Department, was
8  there a Compliance Division at that time?
9    A.    No, sir.
10   Q.    Okay.  That came later?
11   A.    About the time I left, yes sir.  They were
12 in the process of putting it together when I left.
13 I asked -- in fact was asked if I wanted to be the
14 compliance officer, and I declined.
15   Q.    Okay.  So what role did you play in the
16 restructuring of the department?
17   A.    None.
18   Q.    But you were asked to be part of the new
19 structure?
20   A.    Yes, sir.
21   Q.    And who -- who was involved in the
22 restructuring of the department?
23        MR. DARE:  Object to form.
24        THE DEPONENT:  I would assume the Sheriff.
25 BY MR. SHABAZZ:

Page 114

1   Q.   Anyone else?
2   A.   No.  That would just be speculation on my
3   part.
4   Q.   Okay.  Did the Department of Justice --
5   did the Department of Justice interview you in
6   regards to the operations of the Rankin County
7   Sheriff's Department?
8   A.   This is the first deposition or interview
9   I have been involved in concerning the Rankin County
10  Sheriff's Office.
11  Q.   Okay.  Now in January 2023, you were --
12  you said you were over training.  Does that mean you
13  were over the Training Division?
14  A.   There is no division, sir.  It was me.
15  Q.   Okay.  So you were the one man in charge
16  of all training?
17  A.   Again, I maintained the records.
18  Q.   You maintained the records.  Now in terms
19  of the -- I just want to get clear.  In terms of
20  excessive force, was there a specific training
21  mandate for the deputies to be trained on -- on the
22  proper use of force?
23  A.   We asked them to take a couple of course
24  on Virtual Academy, and I don't remember any one
25  particularly named excessive force.  But there were

Page 115

1   some involving civil rights and stuff along those
2   lines.
3   Q.   Did you -- you asked them to take this
4   course?
5   A.   They were assigned to take the course, yes
6   sir.
7   Q.   Every deputy?
8   A.   Yes, sir.
9   Q.   Okay.  What was that training about?
10  A.   I'm sorry.  What was that?
11  Q.   What was the name of that training you
12  were --
13  A.   I can't -- I can't recall the specific
14  name of it right now.  I have to look at the Virtual
15  Academy roll sheet.
16  Q.   And what was the --
17  A.   They should be able to provide that.  They
18  should be able to provide that to you.
19  Q.   Okay.  What was the description?  Help me
20  out with the description of the training.
21  A.   Sir, I don't remember.  That's four years
22  ago, close to four years ago, three years ago.
23  Q.   Okay.  Other than that, any other specific
24  trainings that were -- that were mandated by Rankin
25  County that deal with the use of force?

Page 116

1   A.   Not to my recollection.
2   Q.   Okay.  And in terms of a citizen being
3   able to make a complaint against Rankin County
4   Sheriff's Department, what do you know about that
5   procedure?
6   A.   Some would call in and leave a message
7   with the Sheriff or talk to the Sheriff or the Chief
8   Investigator or whatever, or the Chief of Patrol.
9   They might walk in and talk to the duty deputy, and
10  that would be passed onto the person that was
11  supervising.
12  Q.   Okay.  So you're saying that these
13  complaints were taken orally?
14  A.   Some.
15  Q.   Okay.  And the ones that were not taken
16  orally, what was the procedure?
17  A.   That I'm not familiar with a written
18  protocol or written procedure of how to handle
19  complaints against the Sheriff's Office.
20  Q.   So are you saying that Rankin County did
21  not have a written procedure for filing citizen
22  complaints?
23  A.   No, sir.  I said I was not familiar with
24  one.
25  Q.   Okay.  You're not familiar -- you're not

Page 117

1   familiar with one?
2   A.   That's what I said, yes sir.
3   Q.   Did the department have one?
4   A.   If I'm not familiar with one, how can I
5   attempt to find that, sir?  I don't -- again, I am
6   not familiar with one.
7   Q.   Okay.  But I mean you would be familiar if
8   they had one; correct?
9   A.   Not necessarily.
10  Q.   And I'm trying to get clear.  Now you said
11  the other training you mentioned was a civil rights
12  training?  It had a civil rights aspect to it?
13  A.   Yeah.
14  Q.   Okay.  Could you explain that training?
15  A.   I didn't attend it.
16  Q.   Do you know what it was about and what it
17  consisted of?
18  A.   Jeff Artis -- Jeff Artis, a retired FBI
19  agent, I'm pretty sure you're probably familiar with
20  him, did a Color of Law school or class a couple of
21  days long.
22  Q.   When was -- when did that take place?
23  A.   I don't -- I don't remember.
24  Q.   I mean was it before the Jenkins and
25  Parker incident?

Page 118

1    A.   I think so.  I know he provided some
2  training afterwards also, but I was not there for
3  that.
4    Q.   You say "before."  Do you know when about
5  he did that beforehand?
6    A.   No, sir.
7    Q.   Did it happen before?
8    A.   I think so.
9    Q.   But you're not sure?
10   A.   I'm not sure.
11   Q.   You have records?  You have records?
12   A.   I do not.  I do not.  No, sir.
13   Q.   Okay.  Let me ask you just in this -- I'm
14 trying to get a -- just a bare idea of the structure
15 of the department that you were a part of.  If
16 someone issued a complaint, if somebody complained
17 about Christian Dedmon, somebody had complained at
18 Christian Dedmon, is it true that that complaint
19 would be passed on to Brett McAlpin?
20   A.   Probably.  I would think so.
21   Q.   Okay.  And what was Brett McAlpin's job?
22   A.   What was his what, sir?
23   Q.   Brett McAlpin's job, yes.
24   A.   He was the Chief Investigator at the time
25 of this incident.

Page 119

1    Q.   And what did that -- what did that mean?
2  What was the --
3    A.   He supervised investigators.
4    Q.   Okay.  Could you give me further
5  description of how he -- how he supervised the
6  investigators?
7    A.   They had a meeting every day, passed out
8  their cases to be assigned.  I guess he liaisoned
9  with any questions that might have come in about
10 investigations that the individual investigator
11 couldn't handle and --
12   Q.   Which investigators did he supervise?
13   A.   Sir?
14   Q.   Which investigators did Brett McAlpin
15 supervise?
16   A.   All of them.
17   Q.   Okay.  When you say "all," can you tell me
18 who you mean?
19   A.   I don't have a list of employees there,
20 sir.  And again that fluctuated --
21   Q.   Not their names.  Not their names, but
22 their titles?
23   A.   Investigator.
24   Q.   Okay.  So Brett McAlpin supervised all the
25 investigators.  How often did Brett McAlpin, he

Page 120

1  reported directly to Bryan Bailey?
2    A.   Oh, yes sir, and the Undersheriff, of
3  course.
4    Q.   Okay.  And how did he report to them?
5    A.   I can't answer that.
6    Q.   Well, how do you know he reported to Bryan
7  Bailey?
8    A.   Because Bryan Bailey's the Sheriff.
9    Q.   But how do you know that happened?
10   A.   I don't.  If you want to get specific, I
11 don't know.  I've seen them conversation on many
12 occasions talking about cases.
13   Q.   Okay.  Now was Brett McAlpin responsible
14 for training the investigators or just supervising
15 them?  Did he conduct any training of investigators
16 or he just supervised them?
17   A.   Not to my knowledge.
18   Q.   Okay.  All right.  Give me one second.  I
19 don't have too much more.  And what changes did the
20 Rankin County Sheriff's Department implement after
21 Jenkins and Parker incident?  What changes did the --
22   A.   --
23   A.   That's a little broad, sir.  You might be
24 more specific than that.  Yeah.  I left in --
25 actually I left --

Page 121

1    Q.   What training -- I understand.
2    A.   Oh.
3    Q.   Okay.  Between January of 2023 and when
4  you left in October, what specific changes did the
5  Rankin County Sheriff's Department make in terms of
6  its operations, as it pertains to civil rights?
7    A.   None to my knowledge.  I don't -- I don't
8  really know how you would change your operating
9  procedures in relation to civil rights.  I mean
10 civil rights are civil rights.  You go by the law.
11   Q.   Okay.  But something major occurred within
12 the department that --
13   A.   Very true.
14   Q.   Did Rankin make any changes?  Did they
15 make any changes?
16   A.   No, not that I can think of.
17   Q.   Okay.  Well, was the Internal Affairs
18 Department established after you left or before?
19   A.   Yeah.  Right before I left, they had a new
20 investigator.  He was -- an investigator from
21 another agency came, and they started assigning them
22 to him.
23   Q.   Was he in -- was that the beginning of the
24 Internal Affairs Department?  I mean, pardon.  Yes.
25 Was that the beginning of the Internal Affairs

STEVEN N. GODFREY
79776
November 11, 2024
122 to 125

**Page 122**

1  Department of Rankin County?
2      A.  I don't know.  I would guess it would be,
3  but I don't know.
4      Q.  Okay.  But that would be the first time
5  that an IAD, Internal Affairs Department, had been
6  established?
7      A.  Again, I don't know.  I would assume so.
8      Q.  Okay.  Do you know in January of 2023
9  about how many investigators were there in the
10 Rankin Sheriff's Department?  Do you know?
11     A.  Are you counting -- seven-eight maybe.  I
12 don't know.  It depends on whether you --
13     Q.  Okay.
14     A.  That's just -- again, that's a WAG.
15     Q.  Okay.  And they were supervised by
16 McAlpin?
17     A.  At that time, yes sir.
18     Q.  Okay.  And they're classified -- those
19 investigators are classified different than
20 deputies, is that right?
21     A.  I don't understand that.  Everybody's a
22 deputy.  Investigators are a title.
23     Q.  Okay.  And everybody's a deputy and some
24 are investigators?  Okay.
25     A.  Right.  That's a title.  That's a job

**Page 123**

1  title.
2      Q.  Okay.  One second.
3      A.  Yes, sir.
4      Q.  Do you know who was in -- whose
5  responsibility it was to determine if taser use was
6  a -- was justified in the Rankin County Sheriff's
7  Department?  Whose responsibility was that, to
8  determine what the deputies' taser use was?
9      A.  You were -- to the best of my knowledge,
10 because I'm not taser-certified or dealt with them,
11 but if a deputy had a taser download, I'm sorry.
12     The taser use, because you have downloads
13 without usage, he would come in and tell -- there
14 should be a use of force report.  It came with a
15 taser usage, and then it would go to the Chief of
16 Patrol and they would download it, and then it would
17 logged and attached to the use of force report.
18     I didn't participate in this.  I've
19 witnessed them doing it, simply because their
20 offices was right next to mine.  But that was just
21 kind of what I inferred.
22     Q.  Okay.  So you say that the Chief of Patrol
23 was -- was the person that would be responsible for
24 collecting the taser use reports?
25     A.  He would -- yes.  There again, they would

**Page 124**

1  -- he would do a download from their taser, attach
2  the download data to the use of force report.
3      Q.  Okay.  Who was responsible for determining
4  -- determining whether those tasers had been used
5  appropriately?
6      A.  I would assume it would be Chief of Patrol
7  and in counsel with the Undersheriff and the
8  Sheriff.
9      Q.  The Undersheriff and the Sheriff were
10 responsible for determining whether that taser had
11 been used correctly?
12     A.  Ultimately, it's always the Sheriff's
13 decision.  I don't really know who's included.  I
14 mean he may ask two or three people.  I don't know.
15     Q.  But ultimately, that rests on the -- it
16 comes to the Sheriff; correct?
17     A.  He is the Sheriff.
18     Q.  Ultimately then, the Sheriff would receive
19 these taser reports?
20     A.  I'm assuming.
21     Q.  Okay.  And what about firearm use?  Whose
22 responsibility was it to determine whether a firearm
23 had been used appropriately?
24     A.  Again, that would additionally be the
25 Sheriff.

**Page 125**

1      Q.  Okay.  Okay.  So like for example in the
2  case of Mr. Schmidt, where it's a fact that the
3  firearm was discharged in the course of interactions
4  with Mr. Allen Schmidt.  Would Bryan Bailey be
5  notified that that firearm had been used?
6          MR. DARE:  Object to form.
7          THE DEPONENT:  I don't --
8          MR. SHABAZZ:  Would Bryan Bailey know that
9  a deputy had used that -- discharged his firearm as
10 in the case of Mr. Schmidt?
11         MR. DARE:  My objection was just that it
12 was a fact that it had been discharged.  But I mean
13 if you know, you can answer.
14         THE DEPONENT:  From what I can deduct, I
15 don't think it was ever reported as a discharge, was
16 it?
17 BY MR. SHABAZZ:
18     Q.  I'm asking you.
19     A.  I'm telling you.  I don't think it was
20 ever reported.
21     Q.  Okay.  Well, you say that all discharges
22 are reported; correct?
23     A.  They're supposed to be.
24     Q.  Okay.  Well, what is the system to -- to
25 know whether or not a deputy has discharged their

STEVEN N. GODFREY
79776                           November 11, 2024                           126 to 129

Page 126

1  firearm? Is there a system in place?
2     A.   I don't know how you would do that, unless
3  you counted their ammo every day when they went on
4  shift, and counted it every day when they went off
5  shift, and then check their car and see if they had
6  extra ammo every day. You kind of have to trust
7  your people.
8     Q.   Okay. So what are you saying? You're
9  saying that -- what are you saying when you say
10  that?
11     A.   I don't -- I don't know if any department
12  that has the ability to do that.
13     Q.   Okay. But you said that -- did you say
14  that Sheriff Bailey would be aware of all firearm
15  discharges?
16     A.   If they are reported.
17     Q.   Okay. Indulge me one second. And a gun
18  discharge, does a gun discharge constitute the use
19  of force?
20     A.   Not necessarily.
21     Q.   Okay. Can you explain that? Why wouldn't
22  it?
23     A.   If you're at home playing with your
24  firearm and you shoot your television, that's not a
25  use of force.

Page 127

1     Q.   Well, I'm talking about in the line of
2  duty. Discharge of firearm in the line of duty. Is
3  that considered the use of force?
4     A.   It certainly should be.
5     Q.   Okay. And did Rankin County have in place
6  any policies or procedures that monitored the use of
7  -- I mean the discharge of firearms?
8     A.   You were supposed to report that, but if
9  it wasn't reported, you had no way of knowing. And
10  again, I don't know how you would know.
11     Q.   Okay. So that would be no?
12     A.   That would be an "I don't know."
13     Q.   Okay. All right. I need five minutes,
14  and then I'm going to finish up. Give me five
15  minutes. I'll come right back, we'll finish it up.
16        THE REPORTER: Okay. We're off the
17  record. The time now is 1:04 p.m.
18        (WHEREUPON, a recess was taken.)
19        THE REPORTER: We're back on record. The
20  time now is 1:16 p.m.
21  BY MR. SHABAZZ:
22     Q.   Okay. Mr. Godfrey, at the time of the
23  Michael Jenkins incident, you're familiar with the
24  term "chain of command"; correct?
25     A.   Yes, sir.

Page 128

1     Q.   Okay. How do you describe the chain of
2  command at the time of the Michael Jenkins incident?
3  Who was number one, two, three and four in the chain
4  of command?
5     A.   Oh, number one's going to be the Sheriff.
6  Number two is going to be the Undersheriff. Number
7  three is going to be the --
8     Q.   You're talking about Paul Holly?
9     A.   There have been several undersheriffs
10  while I was there.
11     Q.   Okay. But at the time of Jenkins?
12     A.   Yep, yeah. Undersheriff Holly was not
13  there at that time. He was at the FBI National
14  Academy.
15     Q.   Who was the Undersheriff at the time of
16  the Jenkins incident?
17     A.   Paul Holly. But he was -- he was at a
18  school.
19     Q.   But he was still second in the chain of
20  command?
21     A.   Yes, sir.
22     Q.   Okay. Quick question. Who was the
23  Undersheriff prior to Holly?
24     A.   Oh geez. It would have been Randy, I
25  think.

Page 129

1     Q.   Randy. What last name?
2     A.   You would ask. I'm drawing a blank loss
3  right quick. It will come to me.
4     Q.   How long did Randy serve, was Randy's
5  years of service?
6     A.   18 months maybe, on and off.
7     Q.   One and a half. Do you know why he left?
8     A.   I think he just got tired of everything.
9  He was -- this was a second career for him, just
10  like some of us. I think he --
11     Q.   What did he get -- what did he get tired
12  of?
13     A.   You'd have to ask him.
14     Q.   Well, you said you thought he got tired.
15  Where did you get that thought from?
16     A.   Well, just because when people retire,
17  it's when they get tired of doing what they're
18  doing.
19     Q.   I mean but are you aware of anything that
20  he would have been tired of specifically?
21     A.   The day-to-day operations of the Rankin
22  County Sheriff's Office, probably. It's a -- it's a
23  taxing job, especially Undersheriff. He handles
24  most of the purchasing and keeping up of equipment
25  and the hiring and the firing and all that kind of

STEVEN N. GODFREY
79776                          November 11, 2024                          130 to 133

---

**Page 130**

1  stuff. So I'm sure he was pretty taxed.
2    Q.   Okay.  Now Randy served for 18 months.
3  Who was the Undersheriff before Randy?
4    A.   Probably been McBroom, Kenton McBroom.
5    Q.   Hold on a second.  What was that name?
6    A.   Ken McBroom.
7    Q.   What, B-R like a broom?
8    A.   M-C, capital B-R-O-O-M, yes sir.
9    Q.   Ken McBroom.  When did Ken McBroom serve
10 from?
11   A.   A long time.  He was Undersheriff when I
12 came there.  Then he left, retired and came back on
13 a contract.  So I can't -- I don't know the dates.
14 I just know he was in and out a lot.
15   Q.   Is he still with Rankin County Sheriff's
16 Department right now?
17   A.   I don't -- I don't know.
18   Q.   Okay.  Now before Mr. McBroom?
19   A.   That would have been -- give me a second.
20 It will come to me.  I'm going to look at my phone.
21 Can't look at my phone to pull up a personnel -- I
22 mean I don't have a personnel list.  I just have it
23 in my phone.  Raymond Duke, D-U-K-E.
24   Q.   Raymond Duke.
25   A.   Yes, sir.

**Page 131**

1    Q.   Okay.  Do you know when he began?
2    A.   No, sir.  And in fact he was after McBroom
3  and then McBroom came back.  So there's a lot of
4  movement up in that office.  I don't know dates.
5    Q.   Okay.  All right.  Well, that's far enough
6  back for now.  All right.  Okay.  At the time of the
7  Michael Jenkins incident, who was third in command?
8    A.   Well, it wouldn't be a direct third.  It
9  would be all your chief deputies would be under
10 that.  And it would be -- it would be -- if you have
11 particular incident, it would be the Chief Deputy
12 who was in charge of whoever was involved in that
13 incident.
14   Q.   Okay.  How would you describe Brett
15 McAlpin?  He was the Chief Investigative Officer,
16 right?
17   A.   Right, yes.
18   Q.   How do you describe him in the chain of
19 command?
20   A.   If it was involved an investigator
21 investigation, I would assume he would be number
22 three.
23   Q.   Okay.  And that would be investigation
24 into use of force?
25   A.   Yeah.  Probably, yep.

**Page 132**

1    Q.   Okay.  And civil rights and violations
2  also?
3    A.   You didn't break them down by violation.
4  You just whoever.  If it was your people involved,
5  you were in the chain of command for that.
6    Q.   Okay.  But it's just -- it's adequate to
7  describe McAlpin as third in the chain of command?
8    A.   For the -- the investigators.  If it would
9  have been a patrol officer, it would have been the
10 Patrol Chief Deputy.
11   Q.   Okay.  Now let's go back to the Goon Squad
12 coin.
13   A.   Okay.
14   Q.   Now did you ever discuss the existence of
15 the Goon Squad coin with Brian Bailey?
16        MR. DARE:  Asked and answered.
17        THE DEPONENT:  I've answered that once.
18 No.
19 BY MR. SHABAZZ:
20   Q.   Okay.  So who did you discuss the coin
21 with?
22   A.   Really wasn't a topic of discussion.
23 Somebody would say "Hey, have you seen their coin"
24 and somebody'd say "Yeah, I've seen it.  Yeah."
25 Like it wasn't -- it wasn't a big deal.

**Page 133**

1    Q.   Okay.  I mean was it -- was it limited to
2  the night shift, or was it -- was Goon Squad
3  applicable to other shifts?
4    A.   No.  It was that -- the coin was made for
5  McAlpin's shift.
6        MR. DARE:  Middleton.
7  BY MR. SHABAZZ:
8    Q.   Now how did -- well, you talked about
9  Middleton, you mean?
10   A.   I'm sorry.
11   Q.   Middleton.
12   A.   Middleton, yes.  I'm sorry.
13   Q.   How did you -- how did you know it was
14 limited to Middleton's shift?
15   A.   He said "Our shift had a coin made."
16   Q.   That's what Middleton said to you?
17   A.   Uh-huh.
18        MR. DARE:  Yes?
19        MR. WALKER:  Yes?
20        MR. SHABAZZ:  Okay.
21        THE DEPONENT:  Yes.  I'm sorry.
22 BY MR. SHABAZZ:
23   Q.   Okay.  Now did you ask anybody else about
24 it?
25   A.   No.

STEVEN N. GODFREY
79776

November 11, 2024

134 to 137

Page 134

1    Q.   Okay.  But you said that you -- I think
2  you said earlier that the coin was being passed out
3  in the office?
4        A.   I just knew several people had it.  I
5  didn't mean they -- somebody was standing there on
6  the corner passing them out one by one, no.  They're
7  generally traded.  Coins are traded.
8        Q.   Tell me about that.
9        A.   I said coins are generally traded, any
10 kind of coin.  We have SRT coins, the Sheriff's
11 Office had its own coin, and you would go to a
12 function or go to a training event and you would
13 trade coins with other people.
14       Q.   Okay.  But who did you discuss the Goon
15 Squad coin with?
16       A.   Nobody in particular.
17       Q.   Well, how did you know it was being passed
18 around the office?
19       A.   Because I saw people with the coin.
20       Q.   Who?
21       A.   I don't remember.  It was not a big deal,
22 sir.
23       Q.   The existence of the Goon Squad coin was
24 not a big deal to the department?
25       A.   No.  There are coins all around.

Page 135

1        Q.   Okay.  Now what does -- what does "goon"
2  mean?  Do you know what goon means, what the goon in
3  the Goon Squad means?  Do you know?
4        A.   Yeah.  If you --
5             MR. DARE:  You don't have to speculate.
6  If you know, you can --
7             MR. SHABAZZ:  You're coaching him.  How
8  are you going to coach this man?  Don't coach this
9  man.
10            THE DEPONENT:  Sir, I'm 71 years old.  I'm
11 not being coached.
12            MR. WALKER:  He can -- he can answer based
13 on his experience at the department.
14            MR. DARE:  If you know.  If you know,
15 answer.
16            MR. SHABAZZ:  Let him just man answer.
17 You can't coach him.
18            THE DEPONENT:  I'll answer the question if
19 you'll allow me to, sir.  In general -- in general
20 you would think --
21            MR. SHABAZZ:  What did the Goon Squad --
22 what did the goon in this Goon Squad coin mean?
23 What did goon mean?
24            MR. DARE:  Object to form.
25 BY MR. SHABAZZ:

Page 136

1        Q.   What did the "goon" mean?
2        A.   It's just his squad.  It was a team-
3  building thing for them.
4        Q.   Are you familiar with Lloyd Goon?
5        A.   With who?
6             MR. WALKER:  Lloyd Jones.
7             THE DEPONENT:  Lloyd Jones.  I never met
8  Mr. Jones.  I know who he is.
9  BY MR. SHABAZZ:
10       Q.   Do you he's -- have you heard -- do you
11 know that he's known as Lloyd Goon Jones?
12       A.   I did not at that time.  I've heard since
13 then that that's -- that he was.  I have no idea if
14 that's where Middleton got the idea from.
15       Q.   Okay.  Now goon.  Now you say it's just
16 the name of Middleton's shift, right?
17       A.   At that time, yes sir.
18       Q.   Okay.  Now what does -- when you heard the
19 name "goon," what did goon mean to you, though?
20       A.   Nothing in particular.  The figures were
21 just looked like little gangsters.  They have hats
22 on and suits.
23       Q.   They look like -- they look like
24 gangsters?
25       A.   They look like a 30's guy, fedora hat,

Page 137

1  little suit and they had their hands in their
2  pockets, as I remember.
3        Q.   Now did that strike you at all that
4  Sheriff deputies were calling themselves goons?
5        A.   Not particularly.  I've seen -- I've seen
6  challenge coins with skulls and crossbones and
7  everything else on them.  I mean it's just what you
8  picked.
9        Q.   Does the department allow deputies to use
10 other insignia besides approved department insignia?
11       A.   After that happened, I think they issued a
12 prohibition, and there may have been one before
13 that.  I don't remember.
14       Q.   Okay.  Tell me about the one before that.
15       A.   We had SRT coins made that had the
16 Sheriff's Office badge on one side and the SRT patch
17 on the other side.
18       Q.   Okay.  So what -- tell me about the
19 prohibition?  What happened with the prohibition?
20       A.   That you could not use a Sheriff's Office
21 patch without our insignia without approval from the
22 Sheriff.
23       Q.   This was ahead of the Jenkins incident?
24       A.   This was -- I think this was after.
25       Q.   Okay, okay.

STEVEN N. GODFREY                    November 11, 2024                    138 to 141
79776

---

**Page 138**

1     A.   Because I don't think it had really
2 occurred before. I mean as far as being
3 controversial or anything.
4     Q.   Yeah. But beforehand. So you said there
5 was a prohibition beforehand on --
6     A.   I'm not sure. I'm not sure when the
7 prohibition was issued. I just know that they came
8 out one day. I think it came from Holly, that you
9 cannot use the Sheriff's Office badge or patch
10 unless approved by management.
11     Q.   Okay. Now how did you -- now how did you
12 know that the Goon Squad was just limited to
13 Middleton's shift?
14     A.   Because they said this was our shift.
15     Q.   Okay. Who's the "they"?
16     A.   Middleton. I've answered this several
17 times.
18     Q.   You said "they." Middleton's a single
19 individual. You said "they." Who's the they?
20     A.   Middleton.
21     Q.   Yeah. But did you discuss the Goon Squad
22 coin with anyone other than Middleton?
23     A.   It was not a topic of discussion.
24 Somebody said "Hey, have you seen the coin
25 Middleton's team, our squad got?" Yeah. I said

---

**Page 139**

1 yeah, I got one. He gave me one, and that was it.
2     Q.   Okay. And so -- I mean how did you know
3 it was just limited to the night shift? Did you
4 just draw that conclusion or did somebody spell that
5 out to me?
6     A.   Middleton told me "Here's our coin."
7     Q.   So what are you saying? You just
8 made an assumption that it was just on his shift?
9     A.   Yeah. I would -- that would be a good --
10 that would be a good assumption that I assumed, yes
11 sir.
12     Q.   You didn't follow up?
13     A.   What was there to follow up on?
14     Q.   Follow up on the existence of a sub-
15 organization in the department that soon thereafter
16 went on to commit heinous crimes.
17       MR. DARE: Object to -- was that a
18 question? Can you ask the question again?
19       MR. SHABAZZ: I submitted the question. I
20 asked him.
21       MR. DARE: No. You made a statement.
22       MR. SHABAZZ: He said "Follow up as to
23 what?" I answered it for him.
24       MR. DARE: Okay. So do you have a
25 question on the table?

---

**Page 140**

1       MR. SHABAZZ: This is my deposition, sir.
2       MR. DARE: Sure. Ask a question.
3 BY MR. SHABAZZ:
4     Q.   Okay. Now who -- in terms of the
5 discharge of weapons, was there a person in charge
6 of -- of checking the deputy's weapons and their
7 bullets and not, checking their firearms and their
8 amount of ammunition before they went out on patrol?
9     A.   No.
10     Q.   Okay. And was there a procedure when they
11 returned, to check their weapons to see whether or
12 not their weapons had been discharged?
13     A.   No.
14     Q.   Okay. Okay. So your -- the system in
15 Rankin County was just based on trust?
16     A.   In 48 years of --
17     Q.   No one --
18     A.   In 48 years of law enforcement, I know of
19 no agency that checks any officer's weapon before
20 the shift and after the shift personally. I have no
21 knowledge of that. Never heard of it.
22     Q.   And if it existed, would you be surprised?
23     A.   Yes.
24     Q.   Okay. Okay. So an officer in Rankin
25 County can discharge his weapon any number of times,

---

**Page 141**

1 and when he returns no one checks; is that correct?
2     A.   When I was there, no you didn't check
3 every night. No, or every morning or whenever they
4 came in. No.
5     Q.   I mean did that policy change?
6     A.   I have no idea.
7     Q.   Did it change while you were there?
8     A.   No. There never was a policy.
9     Q.   Okay. So as of this point, the officer
10 can -- can go in the field and fire off 12 rounds,
11 and no system is in place to check whether or not
12 that officer has discharged rounds?
13     A.   I think I've --
14       MR. DARE: Is there a question?
15 BY MR. SHABAZZ:
16     Q.   Is that the system in Rankin County?
17     A.   I think I've answered that. I know of no
18 agency that does that.
19     Q.   I'm talking about this one. Forget the
20 other ones. This one.
21     A.   Well, I think this one would be included
22 in "no agency."
23     Q.   I'm just talking about this one, because
24 we're not giving opinions on other ones.
25     A.   No.

STEVEN N. GODFREY
79776                          November 11, 2024                          142 to 145

Page 142

1       Q.   We're talking about Rankin.  There is no
2  system in place?
3       A.   No.
4            THE REPORTER:  I need to remind you two to
5  please speak one at a time, so I can record more
6  clearly.
7            MR. SHABAZZ:  Okay.  All right.  All
8  right.  I have no further questions.
9            THE DEPONENT:  Excellent.
10 EXAMINATION
11 BY MR. DARE:
12      Q.   I have just a handful of follow-ups.
13 Earlier in your deposition, you made reference to a
14 DT training.  What does the DT stand for?
15      A.   Defensive tactics.
16      Q.   And what generally is a defensive tactics
17 training?
18      A.   It's depending on what style your
19 particular officer chooses, it could be a Gracie
20 jujitsu style, it could be just some standard
21 handcuffing techniques.  Generally, what it starts
22 as, the basic handcuffing techniques.  It will
23 expand to taser use.  It could expand to use of
24 baton, less than lethal force, grappling techniques.
25 It could be one of a number of different things.

Page 143

1       Q.   Based on your knowledge of training
2  requirements on or prior to January of 2023, what
3  did the state require of Sheriff's Department
4  deputies as far as annual training, the state of
5  Mississippi?
6       A.   None.
7       Q.   You were also asked about investigations
8  into the Damien Cameron incident.  Did I understand
9  you correctly that you don't recall investigations
10 by the name of the individual, is that right?
11      A.   Now is that the investigation with Elward?
12      Q.   So I'm going to represent to you that
13 Damien Cameron was the individual who was
14 unconscious in the back of Hunter Elward's vehicle.
15      A.   Yeah.  I know what you're talking about.
16      Q.   And later died in a -- in a hospital.
17      A.   Right.
18      Q.   Did you ever interview Hunter Elward
19 following the Damien Cameron incident?
20      A.   Officially, no.
21      Q.   Did you speak with him about the incident?
22      A.   Yes.  I asked him what happened one time.
23 In general, any time somebody was involved in any
24 kind of altercation, I would ask them what happened
25 just for knowledge.  Perhaps there's a chance to add

Page 144

1  into future training or seek proper training out.
2       Q.   I think you testified to this, and I want
3  to make sure.  Now OIS is what?
4       A.   Officer-involved shooting.
5       Q.   And during your time at the Rankin County
6  Sheriff's Department, how were OISs investigated, if
7  the OIS occurred -- if a deputy with the Rankin
8  County Sheriff's Department was involved in the OIS?
9       A.   When I first got there, I remember the
10 first one or two I think were probably investigated
11 internally.  And after that, they started assigning
12 them to MBI.  And I -- I can't give you a specific
13 date or time that MBI started doing.
14           There were -- when I first got there, they
15 were very rare.  They were very rare when I first
16 started there, because I remember the first one
17 after I started there.  It had been the first one
18 they'd had in years.
19      Q.   To your knowledge, was it a requirement
20 that MBI investigate OISs for Sheriff's Departments?
21      A.   Not to my knowledge.  I don't know.
22           MR. DARE:  Tender the witness back to you,
23 counsel.
24 FURTHER EXAMINATION
25 BY MR. SHABAZZ:

Page 145

1       Q.   Okay.  So you were not the Internal
2  Affairs officer for Rankin County at the -- at any
3  time, Internal Affairs officer for Rankin County at
4  any time?
5       A.   We didn't have Internal Affairs officer
6  when I was there.
7       Q.   Oh.  And you weren't the person
8  responsible for investigating allegations of -- of
9  violations of department policy by the deputies in
10 Rankin, were you?
11      A.   Not unless the Sheriff asked me to look
12 into a particular matter.
13      Q.   Okay.  And that occurred rarely?  I mean
14 just on sporadic occasions?
15      A.   It was pretty rare, yes sir.
16      Q.   Okay.  Did you -- just on investigations,
17 did you investigate the use of force at the
18 Sheriff's Office?  Did you investigate the use of
19 force by a gentleman by the name of Christopher
20 Mack, who in 2021 claims that he was beaten in the
21 jail by Rankin deputies?  Early and either between
22 January and May of 2021?  Christopher Mack claimed
23 he was beaten by a deputy at Rankin Jail.  Are you
24 familiar with that?
25           MR. DARE:  I'm going to object to the --

STEVEN N. GODFREY                November 11, 2024
79776                                                                    146 to 149

1  at least to the extent it's beyond the scope of
2  cross.  But you can answer.
3         THE DEPONENT:  Not to my knowledge.  I
4  don't really remember.
5  BY MR. SHABAZZ:
6     Q.   **Have you ever investigated any matter**
7  **involving a gentleman by the name of Christopher**
8  **Mack?**
9     A.   Doesn't ring a bell.
10        MR. SHABAZZ:  All right.  Thank you so
11 much.
12        THE REPORTER:  All right.
13        MR. SHABAZZ:  I'm done.
14        THE REPORTER:  Okay.  Before we go off
15 record, counsel would you like to order an original,
16 Mr. Shabazz, of the transcript?
17        MR. SHABAZZ:  Yes, ma'am, I would.  Well,
18 I'll take it electronically right now, yes.  I'll
19 take it electronically.
20        THE REPORTER:  Yeah, that's perfect.
21 Okay.
22        MR. SHABAZZ:  That's all I want.
23        MR. DARE:  And we will read and sign.  You
24 can send it -- you can send the copy just to me, and
25 I'll get the read and sign, via email.  Yes, over to

1  --
2         MR. WALKER:  All right.  Thank you.
3         THE REPORTER:  Anything else?  Off record.
4  The time now is 1:38 p.m.
5         (WHEREUPON, the deposition of STEVEN N.
6  GODFREY was concluded at 1:38 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    CERTIFICATE
2
3         I, Nicole Smith, do hereby certify that I
4  reported all proceedings adduced in the foregoing
5  matter and that the foregoing transcript pages
6  constitutes a full, true and accurate record of said
7  proceedings to the best of my ability.
8
9         I further certify that I am neither
10 related to counsel or any party to the proceedings
11 nor have any interest in the outcome of the
12 proceedings.
13
14         IN WITNESS HEREOF, I have hereunto set my
15 hand this 15th day of November, 2024.
16
17
18         _Nicole M Smith_
19
20              Nicole Smith
21
22
23
24
25

1                 CORRECTION SHEET
2  Deposition of: Steven N. Godfrey     Date: 11/11/24
3  Regarding: Jenkins vs. Rankin County
4  Reporter: Smith/Seaman/Holmes
5  _____
6  Please make all corrections, changes or
7  clarifications to your testimony on this sheet,
8  showing page and line number.
9  If there are no changes, write "none" across the
10 page.  Sign this sheet and the line provided.
11 Page  Line  Reason for Change
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24         Signature: _____
25                           Steven N. Godfrey

Page 150

1  Date: 11/11/2024          Assignment #: 79776

2  Deponent: Steven N. Godfrey

3  Case:    MICHAEL COREY JENKINS vs . RANKIN COUNTY

4

5  ATTORNEY - TRANSCRIPT ENCLOSED:

6  signature of your client is required.  Please have your client

7  make any corrections necessary.  Sign the Correction Sheet

8  where indicated.  Forward a COPY of the executed Correction

9  Sheet directly to the attorney(s) listed below.  (The Address(es)

10  can be found on the Appearance page of the deposition.)  Also,

11  send a COPY of the executed Correction Sheet to our corporation.

12

13

14

15

16

17

18

19

20  C C:Naegeli Deposition and Trial

21

22

23

24

25

Page 151

1              DECLARATION

2  Deposition of: Steven N. Godfrey    Date: 11/11/2024

3  Regarding: MICHAEL COREY JENKINS vs . RANKIN COUNTY

4  Reporter:  Nicole Smith

5  _____

6

7  I declare under penalty of perjury the following to be

8  true:

9

10  I have read my deposition and the same is true and

11  accurate save and except for any corrections as made

12  by me on the Correction Sheet herein.

13

14  Signed at _____, _____

15  on the _____ day of _____, 20____.

16

17

18

19

20

21

22

23

24         Signature: _____

25                  Steven N. Godfrey

STEVEN N. GODFREY
79776

November 11, 2024

152

**Exhibits**

**EX001 RESPONSES TO FIRST SET INTE RROGATORIES**
47:21,22 48:9,18 49:14,17 57:18 58:1

**EX002 ORGANIZATI ONAL CHARTS**
47:1,7,15 48:6 49:19,23 63:2,3

---

**-**

**--specifically** 54:17

---

**1**

**1** 47:21,22 48:9,18 49:14,17 57:18 58:1

**10:11** 6:5,8

**10:50** 40:11

**10:53** 40:13

**11** 6:4

**11/11/24** 149:2

**11:03** 49:8

**11:23** 49:10

**12** 141:10

**12:16** 97:4

**12:25** 97:6

**13** 18:3

**15** 9:9

**15th** 148:15

**16** 16:1,7

**18** 10:18 11:15 12:9 14:21 79:13 95:1

129:6 130:2

**1802** 48:5

**1805** 48:5

**1975** 9:6 10:1,6

**1977** 14:22

**1981** 10:6,7

**1984** 10:9,10

**1:04** 127:17

**1:16** 127:20

**1:38** 147:4,6

---

**2**

**2** 47:1,7,15 48:6 49:19,23 63:2,3

**20** 29:17

**2005** 50:10

**2010** 10:14,15 11:4 12:5

**2011** 11:5

**2012** 12:22 13:9 18:8,9,20 21:12

**2013** 18:20

**2016** 95:5,7,16

**2018** 109:1,3,7

**2019** 29:18 30:2

**2019-2020** 30:23

**2021** 41:13 145:20, 22

**2022** 71:22 72:13 76:19

**2023** 7:20 18:1 49:20 61:24 63:12 72:9,12 74:7,11

85:1 113:7 114:11 121:3 122:8 143:2

**2024** 6:4 148:15

**2026** 94:23 95:2

**20th** 49:20

**23** 62:21

**24** 10:18 14:21

**24th** 7:20

---

**3**

**3** 49:25 50:1,2

**30's** 136:25

**31st** 10:14

---

**4**

**40** 15:1 18:15 31:21

**45** 15:1

**48** 104:19 140:16,18

**4th** 10:10

---

**5**

**57** 10:15 12:7

---

**6**

**69** 98:9

---

**7**

**70** 24:25 98:9

**71** 65:9 98:9 135:10

**75** 14:20

---

**8**

**81** 15:20,21

**84** 15:18,19

---

**A**

**A-N-N-I-N-G** 109:4

**a.m.** 6:5,8 49:10

**ability** 8:21 105:24 126:12 148:7

**absolute** 99:8

**Absolutely** 34:15 100:7

**abuse** 101:4,5 110:5

**abused** 71:21 109:1, 6

**abuses** 94:24 95:7

**academy** 10:12 13:18 14:4,11,12 16:1,11 19:11,12 67:16,19 114:24 115:15 128:14

**accepted** 54:13 55:7

**accrued** 18:20

**accruing** 18:10

**accurate** 8:12 148:6

**accused** 21:8 44:21

**action** 36:24

**actions** 38:21,24 43:10,17 44:3 78:20 93:8,10 97:18 103:5

**active** 39:4,19

**activities** 69:24

STEVEN N. GODFREY
79776

November 11, 2024

153
Index: Adam..back

**Adam** 86:16 109:5

**Adams** 60:19

**add** 143:25

**additionally** 124:24

**adduced** 148:4

**adequate** 132:6

**Administration** 40:20

**admission** 33:10

**admitted** 51:14,16 52:15 53:14 55:9

**adopted** 31:13 78:25

**Affairs** 19:17,21,23 20:5 23:22,24 24:10 41:6 62:17,23 121:17,24,25 122:5 145:2,3,5

**affect** 8:20

**affirm** 6:11

**affirmation** 51:13

**affirmed** 7:4

**aged** 10:15 12:7,8

**agencies** 9:17

**agency** 121:21 140:19 141:18,22

**agent** 10:8,11 117:19

**ahead** 33:21 39:12 76:16 82:7 101:23 103:18 107:8,23 137:23

**allegation** 19:19 20:16 24:16 101:2

**allegations** 37:8,20

38:1,10 70:17 95:18 100:17 101:1,3,6 103:25 104:7,18,20 105:1 108:4,14,19, 25 109:5,6 110:4 145:8

**allege** 95:15

**alleged** 71:23 100:22 101:10 103:5

**alleges** 94:23 95:7 97:18

**Allen** 71:17,21 72:16 92:21 93:10,25 125:4

**allowed** 34:14 79:22 90:24

**altercation** 143:24

**ammo** 126:3,6

**ammunition** 140:8

**amount** 31:22 140:8

**ancillary** 39:22

**annual** 143:4

**answers** 8:7,13 65:4

**anymore** 74:9

**Apoftolidis** 58:13

**apologize** 95:23

**apparently** 73:8

**appearance** 36:21

**applicable** 133:3

**application** 50:21, 24 51:4

**applied** 10:7

**apply** 33:18,22

**appropriately** 124:5, 23

**approval** 137:21

**approved** 68:12 137:10 138:10

**Approximately** 29:15

**approximations** 29:25

**arbiter** 36:20

**argumentative** 72:2 103:23

**armor** 31:22,23

**arrived** 30:10

**article** 97:13,15,17, 21 98:1 100:4,16, 17,21 101:7,9,16 102:3 103:6 104:1, 8,12 105:6 106:15, 19 107:12,17 108:5, 6,15,19 109:6,9 112:14

**Artis** 68:21 117:18

**aspect** 66:21 117:12

**ass** 13:22 82:1

**assess** 102:4

**assessment** 57:9,11

**assigned** 10:13 20:7 23:21 24:13 78:24 79:20 115:5 119:8

**assigning** 121:21 144:11

**assignment** 20:21 39:21

**assume** 26:16 44:20 46:17 64:1 74:7

75:23 111:19 113:24 122:7 124:6 131:21

**assumed** 75:21 139:10

**assuming** 46:9 68:21 124:20

**assumption** 139:8, 10

**assure** 44:4 96:23

**attach** 124:1

**attached** 123:17

**attacked** 71:21

**attempt** 117:5

**attend** 90:4 117:15

**attention** 57:25

**attorney** 6:17,19,20, 22 7:2,11,14 8:24 48:24 49:3 65:15

**average** 40:1

**aware** 35:9 69:5,6, 11,14,15,16 72:23 81:21 100:16 126:14 129:19

---

**B**

**B-I-B-B** 10:2

**B-R** 130:7

**B-R-O-O-M** 130:8

**back** 10:25 11:17 15:1 20:19 21:12 22:8,17 23:16 40:14,22 49:1,11,12 50:7,10 59:13 66:8 91:8 92:20 96:19 97:7 101:18 102:4

106:25 111:25
113:6 127:15,19
130:12 131:3,6
132:11 143:14
144:22

**background** 9:5
10:16 12:15

**badge** 137:16 138:9

**Bailey** 6:25 7:18
13:1,2,3,9,14,15,20
14:6 17:5 26:24
32:19,20 38:21,23
41:21,23 42:1
44:12,14,16 45:10
46:16 57:9 58:17
60:19 70:21 71:2
75:19 77:20,23 78:1
86:4 112:11 120:1,7
125:4,8 126:14
132:15

**Bailey's** 120:8

**bare** 118:14

**Barrett** 58:23

**barricade** 39:17

**Barry** 109:16

**based** 27:5 103:15
108:17 109:8,15
111:17 135:12
140:15 143:1

**basic** 15:8,11 31:13
51:24 52:19 68:20
142:22

**basically** 17:12
19:12 31:12 101:8

**basis** 10:17 38:14,
19 39:20

**baton** 142:24

**beaten** 145:20,23

**beating** 44:22,25

**began** 64:25 131:1

**begin** 28:1 81:11

**beginning** 11:5
121:23,25

**belabor** 106:21
107:5

**bell** 59:16 146:9

**BIBB** 10:2

**Bibbs** 18:13

**big** 132:25 134:21,
24

**bit** 19:16

**blank** 65:8 129:2

**blue** 40:23

**body** 31:22,23

**boss** 13:21 105:11

**bottle** 40:4

**brain** 66:7

**Brandon** 51:22

**break** 8:16 132:3

**Brett** 27:24 70:11
92:7 118:19,21,23
119:14,24,25
120:13 131:14

**Brian** 132:15

**bring** 65:21 70:21
95:17

**brings** 17:1

**broad** 36:1 120:23

**broke** 98:12

**broom** 130:7

**brought** 7:17 17:9,
11,17

**Bryan** 6:25 7:18
13:1,2,3,8,14,15,16,
17,20 14:6 41:21,23
42:1 44:12,14,16
70:21 71:2 112:10
120:1,6,8 125:4,8

**budget** 12:3

**building** 31:15
136:3

**bullets** 140:7

**Bureau** 10:8,11,18
15:7 40:21 43:5
59:11

---

**C**

**C-** 109:4

**call** 23:13 27:10
52:5 57:2 72:17
75:7,10 81:23 83:23
116:6

**called** 23:9,12 40:19
93:6

**calling** 137:4

**callout** 38:17

**callouts** 39:24 40:2

**camaraderie-
building** 73:5 82:4

**Cameron** 41:10,13
143:8,13,19

**candidate** 33:2

**can't** 8:10 29:19
44:6,7,9 45:1 46:23
54:14 65:4,21 69:16
77:13 80:20 81:12
84:13,17 87:3 88:18
91:16 105:20,25
115:13 120:5

**130:13,21** 135:17
144:12

**capacity** 36:11

**capital** 130:8

**car** 126:5

**career** 14:18 21:20
41:5 129:9

**carrying** 31:22

**Carson** 60:18

**Carter** 94:19 95:7

**Carvis** 109:13,14

**case** 10:19 11:8,11
16:23 25:3 41:10,
16,18,22 42:3,8,20,
23 58:25 59:8 61:14
72:17 90:5 93:5,17
125:2,10

**cases** 16:25 58:6,7
59:18 60:21 110:9
119:8 120:12

**categories** 16:10

**caused** 61:23

**certificate** 69:8
148:1

**certifications** 9:16

**certified** 14:21

**certify** 148:3,9

**Chad** 112:18,22

**chain** 127:24 128:1,
3,19 131:18 132:5,7

**challenge** 76:12
137:6

**chance** 12:19 110:3,
18 112:7 143:25

**change** 121:8 141:5,

7 149:11

**charge** 45:3 65:1
66:2,9,11,14,25
80:22 81:3,8,9
114:15 131:12
140:5

**chart** 45:21 47:13
48:4 63:5,7,10,14,
20,21

**check** 31:15,16
126:5 140:11 141:2,
11

**checking** 140:6,7

**checks** 140:19
141:1

**chief** 24:18,20 28:2
29:12 45:2,3,17,19,
23 46:12 71:3
83:17,18,22,24,25
84:9,20,21 85:17
112:25 116:7,8
118:24 123:15,22
124:6 131:9,11,15
132:10

**chiefs** 14:1

**children** 98:11

**choose** 34:7 100:2

**chooses** 142:19

**Christian** 27:21
34:12 52:23 54:8,
10,13,17,24 70:5
118:17,18

**Christopher** 106:16
145:19,22 146:7

**circumstance** 33:19

**citizen** 44:22 71:16
116:2,21

**citizens** 35:10,12

**civil** 7:17 106:10
115:1 117:11,12
121:6,9,10 132:1

**claimed** 145:22

**claims** 92:22 145:20

**clarifications** 149:7

**clarify** 50:15

**class** 81:24 117:20

**classes** 15:2

**classified** 122:18,19

**clear** 8:10,14 22:23
38:22 70:23 114:19
117:10

**close** 12:10 115:22

**closer** 92:2

**coach** 135:8,17

**coached** 135:11

**coaching** 135:7

**Cody** 111:20,22

**coin** 73:4,9,13,19,22
74:18 75:2,3,4,5,13,
17,20 77:1,2,5,7,8,
16 78:1,6,12,14
79:18 81:5 82:19
83:1 132:12,15,20,
23 133:4,15 134:2,
10,11,15,19,23
135:22 138:22,24
139:6

**coins** 73:17 76:13,
17,22 77:16 134:7,
9,10,13,25 137:6,15

**cold** 10:19 11:8,11
16:23

**collecting** 123:24

**college** 9:7 10:1

**Color** 68:22 117:20

**command** 97:20
127:24 128:2,4,20
131:7,19 132:5,7

**commander** 27:7,8,
9,16 28:8,11 38:18
53:12

**comments** 110:23

**commit** 139:16

**committed** 103:5

**committing** 93:12

**common** 76:13
77:11,13

**communication**
40:20 50:22 51:13,
19 53:19

**compile** 52:25 55:22

**compiled** 56:7

**complained** 118:16,
17

**complaint** 24:15
116:3 118:16,18

**complaints** 116:13,
19,22

**completed** 10:12

**compliance** 113:8,
14

**compliant** 43:21

**concerned** 82:8

**concluded** 147:6

**conclusion** 139:4

**conclusions** 27:4
55:19

**condition** 8:20

**conduct** 34:2 36:14,
21 44:24 55:17
61:13 64:19 69:22,
23 120:15

**conducted** 36:25
55:20 56:23 60:12
67:11 93:9 96:5

**conduit** 68:2

**conferences** 14:2

**consideration** 33:10

**considered** 51:2
53:20 80:9 127:3

**consist** 15:17 54:4

**consisted** 82:13
117:17

**consistent** 32:18

**consists** 31:21

**constitute** 126:18

**constitutes** 148:6

**Constitution** 43:11,
22 44:4 46:11

**constitutional** 93:13

**Constitutions** 35:21

**contact** 18:23

**contained** 108:15

**context** 36:4

**continue** 53:25

**continued** 90:14

**contract** 10:17,19
11:16,17,22,24
12:12 130:13

**contracted** 67:15

**controversial** 138:3

**conversation** 85:25
93:4 120:11

**conversations** 60:2

**cooperation** 97:10

**coordinator** 14:4,5

**cop** 104:24

**copies** 40:23,24

**copy** 16:13 47:4,19
48:3,7,12 69:8
106:17,18 146:24

**corner** 134:6

**correct** 15:18 16:17
17:2 18:4 24:8 25:4
26:15 30:2 41:8
42:8 54:9 61:5
62:19,20,21,22
64:10 69:3 72:14
80:16,17 81:4 85:9
88:1,19 91:3 117:8
124:16 125:22
127:24 141:1

**CORRECTION**
149:1

**correctional** 21:8
58:9

**corrections** 149:6

**correctly** 124:11
143:9

**couldn't** 24:5 33:17
88:13 98:23 119:11

**counsel** 13:5 22:24
25:13 39:14 46:22
47:15 48:3 49:14,22
55:16 56:9 60:16
65:3,7,13,16,23
66:16 74:6 88:6
89:14 95:14 100:2
104:21 112:13

**counselor** 76:20

**counted** 126:3,4

**counting** 122:11

**County** 6:25 7:18
10:2 12:17,23,24
13:4,25 17:2,5,19
18:19 19:7,21 24:1,
2,23 31:7 35:12,17
43:9,11,12 44:2,11
49:20 51:25 52:6,14
58:19,21 60:6,19,20
61:2,5 62:3 63:6,15
71:22 72:18,20,24
73:22 74:23 76:18
77:11 79:22,24
82:14 83:2 95:8
97:13 98:2 99:5
100:22 102:15,20
103:3,9 108:14,20
109:7 114:6,9
115:25 116:3,20
120:20 121:5 122:1
123:6 127:5 129:22
130:15 140:15,25
141:16 144:5,8
145:2,3 149:3

**County's** 26:14
49:15 50:9

**couple** 30:6,7 67:15
94:17 98:10 114:23
117:20

**Court** 48:3 53:6

**covered** 68:20

**create** 79:23

**credits** 18:17

**crimes** 139:16

**criterion** 33:4 52:14

**critical** 88:14 89:22

**cross** 146:2

**crossbones** 137:6

**Curro** 109:4

**cursed** 23:10

**Curtis** 58:15

**cut** 11:17

**cutbacks** 12:3

---

## D

**D-U-K-E** 130:23

**Damien** 41:10,13
143:8,13,19

**Dare** 6:24 13:6
22:18,22 25:25
28:25 35:13 37:12,
16 38:2 39:7 40:6,8
43:19,23 46:22
47:2,11,14,21,23
48:1,12,17 49:3
50:2,4,6 53:5,9
54:15 60:8 62:11
64:4 65:4,18 67:3
72:2 80:11 82:16
85:10 89:14 94:4
95:2,14,17,21 97:1,
22 98:3,21 99:7,14,
18,19,23 101:13,22
102:17,22 103:7,22
104:9 105:23
106:10,18,25
107:16,24 108:9,21
110:15 111:4
112:13 113:23
125:6,11 132:16
133:6,18 135:5,14,
24 139:17,21,24

**data** 124:2

**date** 53:21 63:11
69:17 81:12 91:16
144:13 149:2

**dates** 130:13 131:4

**Davis** 60:18

**day** 40:22 73:15,16
80:24 86:9,10,11
90:7 119:7 126:3,4,
6 138:8 148:15

**day-to-day** 38:14,
15,19 39:19 129:21

**days** 26:3 117:21

**De** 58:21

**deal** 115:25 132:25
134:21,24

**dealt** 123:10

**decade-long** 64:10

**December** 71:22
72:13

**decided** 23:13 54:13

**decision** 31:17
32:11 68:1 124:13

**declined** 113:14

**Dedmon** 27:22 28:7,
16 31:1 34:12 35:4
54:8,10,13,17,24
59:12 70:5 90:13,
21,22 91:1,12 93:11
118:17,18

**Dedmon's** 52:23

**deduct** 125:14

**defendant** 57:22

**criterion** 140:2 141:14
142:11 144:22
145:25 146:23

104:23

**Defendant's** 48:10

**defense** 104:21

**defensive** 16:5
142:15,16

**Delo** 112:19

**department** 19:2
20:4,5,7 33:20 34:4,
21 43:11 44:4,18,22
46:7 49:21 52:13,14
61:24 62:4,10 63:15
67:14,23 70:4 72:8
73:23 74:24 76:8,19
77:12 79:16,24
80:22 82:15 83:3
90:15 95:8 97:19
98:15,20 99:5
101:19,21 102:16,
20 103:3 104:3
108:15 113:7,16,22
114:4,5,7 116:4
117:3 118:15
120:20 121:5,12,18,
24 122:1,5,10 123:7
126:11 130:16
134:24 135:13
137:9,10 139:15
143:3 144:6,8 145:9

**department-wide**
64:24

**departments** 64:2
144:20

**depending** 142:18

**depends** 122:12

**DEPONENT** 6:15
13:10 26:2 29:2
35:15 37:14 38:4
39:11,13 40:7 45:19
47:16,19 53:8 54:18
58:3 60:10 62:13

65:6,20 82:18
85:12,21 94:5 98:5,
22 99:1 104:10
106:11,17,23
107:23 110:16
113:24 125:7,14
132:17 133:21
135:10,18 136:7
142:9 146:3

**deposition** 6:1 8:19,
24 9:2 47:3,15
100:3 107:5 108:1,2
114:8 140:1 142:13
147:5 149:2

**deputies** 7:19 26:19,
20 27:18 33:9 36:19
56:13 66:15 68:4
69:19,24 70:2 71:22
79:20 83:6,12 91:7
93:5 94:24 97:18
98:2 100:23 101:4,
11 102:21 103:4
104:1 108:20 109:1,
7 114:21 122:20
123:8 131:9 137:4,9
143:4 145:9,21

**deputy** 23:9 24:17
25:18,19 30:4 31:11
33:23 36:2 44:21
45:3 51:16 56:24
68:7 69:2 70:14
74:19 77:3 84:9,21
85:22 92:9,11
110:4,12 111:23
112:18,24 115:7
116:9 122:22,23
123:11 125:9,25
131:11 132:10
144:7 145:23

**deputy's** 21:14
140:6

**describe** 14:18 16:2
25:14,16 64:12
76:21 128:1 131:14,
18 132:7

**describing** 107:5

**description** 67:1
82:13 115:19,20
119:5

**designated** 18:15
73:19

**designator** 18:16

**Desoto** 51:24 52:5

**detail** 41:12 60:23

**details** 42:16 59:15,
21,24 93:3 94:20,22
105:21

**determine** 32:9
52:15 123:5,8
124:22

**determined** 31:10

**determining** 124:3,
4,10

**devastated** 98:6
99:2

**development** 16:6

**didn't** 11:24 18:5
19:14,16,24 22:3
23:12,13,14 33:12,
22 34:24 35:22 36:6
37:16,22 39:23 44:9
52:2 54:16 68:25
69:16 78:23 82:9
86:25 87:15,16
88:22 90:15,24
98:16 102:9,10
104:4 117:15
123:18 132:3 134:5
139:12 141:2 145:5

**died** 143:16

**difference** 79:2,4

**direct** 97:20 131:8

**directed** 86:25
88:23,24

**direction** 87:23

**directly** 87:18 120:1

**Director** 19:9

**disappointed**
100:12

**Disappointed's**
100:9

**discharge** 125:15
126:18 127:2,7
140:5,25

**discharged** 125:3,9,
12,25 140:12
141:12

**discharges** 125:21
126:15

**discretion** 46:15

**discuss** 77:22,24,25
132:14,20 134:14
138:21

**discussed** 90:9

**discussion** 132:22
138:23

**dispatcher** 110:24

**dispatching** 10:5

**distributed** 76:22
77:17,19

**division** 24:14
62:17,23 113:8
114:13,14

**document** 23:8
61:21

**documentation** 22:2,14 23:2 61:9

**documents** 9:1 22:6

**Doe** 58:15

**doesn't** 21:18 49:3 101:24 146:9

**don't** 24:12 26:6 27:2 28:25 29:3,14 34:16 35:1,15 37:22 38:4 42:7,16 44:10 45:6 48:1,2 49:1 50:1,2,3 51:20 52:18 54:5,18,19 55:1 56:8,10,16 57:5 59:15,19 63:17 65:18,20 66:4 68:18 74:8 75:22 77:18 78:8 80:1,20,23 81:12,17 84:17 86:24 88:24 89:13 90:23 91:2 92:25 93:1 94:15 95:12 96:13 98:22 99:1 100:13,18 101:5 103:12,19,23 104:5,25 105:8 106:17,20,25 107:21 111:14 112:1,2 114:24 115:21 117:5,23 119:19 120:10,11,19 121:7 122:2,3,7,12,21 124:13,14 125:7,15,19 126:2,11 127:10,12 130:13,17,22 131:4 134:21 135:5,8 137:13 138:1 143:9 144:21 146:4

**download** 123:11,16 124:1,2

**downloads** 123:12

**dozen** 88:6 105:14

**draw** 139:4

**drawing** 65:8 129:2

**DT** 142:14

**DUI** 14:25 67:18

**Duke** 130:23,24

**duly** 7:4

**duties** 64:13 67:2,6,7

**duty** 39:22 116:9 127:2

**Dwayne** 84:1 112:20

---

**E**

**earlier** 34:20 39:8 134:2 142:13

**Early** 145:21

**easier** 48:4 53:5

**Easterling** 58:8

**Eddie** 7:15 25:4 55:14 78:4 87:11 100:20

**education** 9:5,15,19

**educational** 9:5

**effective** 63:12

**Elbert** 109:4

**electronic** 50:21 53:19

**electronically** 146:18,19

**Elward** 30:15 34:13 35:5 41:14 70:17 90:14 92:11 98:10 143:11,18

**Elward's** 143:14

**email** 48:13,14,17 67:21 107:14 146:25

**emblem** 73:23

**emergency** 38:17 39:18

**Emphasis** 68:17

**employed** 62:7

**employees** 119:19

**employment** 12:6

**end** 11:21 12:6 66:17 101:1

**ended** 11:22 12:12

**enforcement** 9:16,25 13:24 14:18 41:5 46:18 76:14 104:18,19,23 140:18

**enlighten** 42:5

**ensure** 43:10

**entire** 27:15 66:25 80:10 82:14 83:2 107:17 109:9

**entity** 39:20 67:16

**equipment** 129:24

**established** 121:18 122:6

**event** 87:14,15 134:12

**everybody's** 122:21,23

**EXAMINATION** 7:7 142:10 144:24

**examined** 7:5

**Excellent** 142:9

**excessive** 35:20 68:15,17,20 69:3,12 114:20,25

**excuse** 40:3

**exercise** 53:24

**exercises** 31:15

**exhibit** 47:1,3,7,15,21,22 48:6,9,18 49:14,17,19,23,25 50:1,2 57:18 58:1 63:2,3

**existed** 140:22

**existence** 132:14 134:23 139:14

**exists** 63:25

**expand** 142:23

**experience** 135:13

**expert** 100:3

**explain** 36:17 44:1 77:6 79:3 91:9 117:14 126:21

**express** 53:18

**extensive** 97:18

**extent** 9:8 146:1

**extenuating** 33:19

**extra** 126:6

---

**F**

**fact** 17:14 42:1 48:16 66:5 71:25 72:1 73:9 113:13 125:2,12 131:2

**facts** 97:24 99:9,10 102:18 108:3,11 111:15

STEVEN N. GODFREY
79776

November 11, 2024

**fair** 20:20 41:4 77:10 82:12

**fairly** 81:2

**fall** 73:14 74:3,5,7, 10 76:19 85:2

**familiar** 25:3 41:9 42:13 45:15 58:7,9, 10 59:1,23 60:20 63:6 71:16 72:20 76:12 93:17 94:19 96:16 100:24 104:10,16 106:22 107:21,22 108:5,13, 18 110:13 116:17, 23,25 117:1,4,6,7, 19 127:23 136:4 145:24

**farthest** 9:18

**favor** 107:11

**FBI** 9:12 10:12,14,16 12:5,16 13:18,23 14:3,13 15:19,23 16:1,10 17:6 31:13 86:16,21 88:14,17 89:2,22 117:18 128:13

**February** 12:22 18:8

**federal** 10:10 11:8 18:14

**fedora** 136:25

**feel** 108:11

**feet** 66:1

**female** 111:8

**field** 10:13 40:19 141:10

**figure** 82:18

**figures** 136:20

**file** 53:2 55:4,5 69:9

**files** 30:25

**filing** 116:21

**find** 23:25 102:9 117:5

**finding** 61:4 111:13

**findings** 27:4 55:18 111:14,15

**fine** 21:25 48:6,8 66:8 73:18

**finish** 8:13 39:9 127:14,15

**finished** 9:12

**finishes** 53:7

**fire** 141:10

**firearm** 68:4 124:21, 22 125:3,5,9 126:1, 14,24 127:2

**firearms** 16:4 17:8, 11,18 19:4 31:15,16 32:2,3 64:21 66:21, 22 73:15 127:7 140:7

**firing** 129:25

**flip** 59:13

**flow** 40:25 47:13 48:4 49:20 63:5,6,9, 14,20,21

**Flowood** 51:23

**fluctuated** 119:20

**FOAC** 40:16,18,19

**focus** 104:22

**follow** 75:11 81:20 87:16 102:10 139:12,13,14,22

**follow-ups** 142:12

**FOMS** 53:22

**fooling** 18:13

**force** 35:20 68:15, 17,20 69:3,12 114:20,22,25 115:25 123:14,17 124:2 126:19,25 127:3 131:24 142:24 145:17,19

**foregoing** 148:4,5

**foreign** 41:2

**Forget** 141:19

**form** 35:13 38:3 43:23 51:13 62:11 67:3 80:11 82:16 85:10 98:21 99:7 101:13,22 102:17 113:23 125:6 135:24

**formal** 9:15 20:21, 23 23:19 45:5,6 51:4,7 52:9 71:5,6

**formally** 9:19 61:20

**found** 61:17 78:3,10 81:19 105:10

**four-five** 81:17

**Fourth** 104:13

**Fred** 108:18 112:24

**free** 108:11

**front** 52:19 110:24 111:7

**frustrated** 89:16

**fugitives** 39:17

**full** 18:18 23:15 148:6

**full-time** 18:15 20:8 24:12 39:20,21

**function** 134:12

**funding** 11:17,25

**furthest** 9:20

**future** 144:1

### G

**G-R-O-Z-E-R** 109:22

**gamut** 67:14

**gangsters** 136:21, 24

**Garrity** 25:11,12,15 55:17 56:23 60:12 87:21

**Gary** 109:4

**gave** 22:16 26:23,24 56:8 61:11 73:12 88:6 139:1

**gaven** 111:1

**GBI** 15:17,20

**geez** 128:24

**general** 24:5 64:13 76:13 91:8 104:18 135:19 143:23

**generally** 21:7 23:20 33:24 37:6 38:15,17 50:18 52:6 67:25 91:7 108:6 134:7,9 142:16,21

**gentleman** 145:19 146:7

**Georgia** 9:6,7 10:3,7 14:22 15:7

**Giles** 59:12

STEVEN N. GODFREY
79776

November 11, 2024

160
Index: give..IAD

**give** 6:12 12:19 22:8 23:7 36:21 41:11 42:15 47:10 48:15 52:14 59:15,24 65:4 67:1 71:18 73:13,17 81:12 84:17 91:16 93:2 105:21 107:3 119:4 120:18 127:14 130:19 144:12

**giving** 48:3 60:16 141:24

**glad** 17:15

**glass** 40:4

**Godfrey** 6:2,8,10 7:4,9 50:13 127:22 147:6 149:2,25

**good** 7:9,10 20:22 23:7 34:19 82:25 106:23 139:9,10

**goon** 72:18,21,24,25 73:1,2,20 74:18,21 75:20 77:12,15,25 78:5,10,13,14,22, 23,24 79:11,25 80:2,9 81:5,20,23 82:9,13 93:7 97:13 98:2 132:11,15 133:2 134:14,23 135:1,2,3,21,22,23 136:1,4,11,15,19 138:12,21

**goons** 81:25 137:4

**Gracie** 142:19

**grad** 9:21,22

**graduate** 9:13

**graduated** 9:6

**graduating** 10:1

**grant** 11:8

**grappling** 142:24

**green** 40:24

**Grogan** 111:20

**ground** 66:1

**Grozer** 109:22

**guess** 13:22 18:16 27:1 28:22 29:19 30:24 76:2 85:18,21 119:8 122:2

**guilty** 93:7,8

**gun** 93:12 126:17,18

**guy** 12:1 24:13 51:22 65:3,6 136:25

**guys** 13:24 31:8 34:25 35:4 36:3 102:6,7

---

### H

**half** 31:21 87:5 129:7

**hand** 6:9 48:7,19 148:15

**handcuffing** 142:21, 22

**handful** 142:12

**handle** 23:23 24:19, 20 38:15 44:12,23 116:18 119:11

**handled** 43:14,17 44:11,16 46:12,13

**handles** 129:23

**hands** 137:1

**handwritten** 53:20

**happen** 24:15 26:6 45:11 52:2 118:7

**happened** 12:1,11, 14 23:19 25:18 39:2 43:2 45:10 51:21 55:24 60:24 61:12 76:25 77:6 78:4 84:2,25 85:12 86:4, 22 88:18 89:1,22 90:1,17,21 93:3 95:2 96:18 105:9 110:25 111:10 120:9 137:11,19 143:22,24

**hard** 22:16 47:19

**Hartsfield** 113:4

**hasn't** 95:2

**hat** 136:25

**hats** 136:21

**haven't** 69:4 88:8 89:20 106:7,8

**head** 46:17 93:12

**hear** 82:11

**heard** 68:8 90:11 93:18,24 136:10,12, 18 140:21

**hearsay** 97:23 103:15

**heart** 98:12

**heinous** 139:16

**held** 90:7

**helped** 19:16 87:19

**helpful** 97:10

**HEREOF** 148:14

**hereunto** 148:14

**Here's** 139:6

**hey** 71:4 73:16 81:22 97:1 132:23 138:24

**He'd** 30:5

**he's** 81:16 83:24 84:4 102:18,24 105:23 106:22 112:20,25 136:10, 11

**high** 39:15

**hired** 10:4,7

**hiring** 129:25

**hit** 15:17

**Hobson** 109:18

**hold** 19:6 39:5 47:12 78:5 130:5

**holding** 84:4

**Holly** 128:8,12,17,23 138:8

**home** 126:23

**homicide** 16:23

**homicides** 10:19 11:9,11

**hope** 61:6

**Hopkins** 106:16 110:1

**hospital** 143:16

**hostage** 39:16

**hours** 9:13 18:16,21

**Hunter** 30:14 41:14 70:17 143:14,18

---

### I

**IAD** 122:5

**idea** 26:16 41:25 61:12 81:14,15 118:14 136:13,14 141:6

**identification** 49:18, 24

**imagine** 57:6

**immediately** 18:5

**impartial** 36:19

**impede** 8:18

**implement** 120:20

**importance** 78:13 88:10,11

**important** 78:6,7 87:6,7,13,15 88:4, 11,21,22

**improper** 103:15

**in-house** 65:7,13, 16,23 66:16 68:19

**in-services** 14:24

**inappropriate** 110:23

**incident** 7:19 41:14 42:16 74:13,18 78:9,15,19 79:6,8 83:20,25 84:11,18 85:5 86:3,10,12,16 87:10,20,23 90:3 91:6 92:1,3,25 113:3 117:25 118:25 120:21 127:23 128:2,16 131:7,11,13 137:23 143:8,19,21

**incident-specific** 86:18

**incidents** 35:10,11, 19 78:11 100:21

**idea** 104:17 105:16 107:6

**include** 109:13

**included** 124:13 141:21

**includes** 46:6,10 93:10,11

**incorrectly** 79:1

**individual** 53:15 56:24 68:7 104:16 106:4 119:10 138:19 143:10,13

**individuals** 69:23

**Indulge** 64:6 126:17

**inferred** 123:21

**informal** 23:21

**informant** 16:6

**information** 14:17 40:25

**initial** 53:17

**initiate** 71:10

**innocence** 101:2

**insignia** 137:10,21

**insist** 107:9

**instance** 76:10

**institute** 78:20

**instruct** 102:23

**instructing** 99:24

**instruction** 64:24

**instructions** 71:1

**instructor** 17:8 64:24

**interaction** 35:16

**interactions** 125:3

**interest** 53:18 148:11

**interested** 67:23 68:8

**internal** 19:17,21,23 20:3,5 23:21,24 24:3,7,10 41:6 43:9, 17 44:3 62:17,23 110:22 121:17,24, 25 122:5 145:1,3,5

**internally** 64:15 144:11

**interrogation** 15:3 16:6

**interrogatories** 48:11 49:16 57:21

**interrupt** 66:6

**interview** 15:3 16:5 17:15 25:17,19,23 27:5 32:6 33:2 44:24 53:13,15,17 55:17,19,20 56:12, 23 57:4 70:13 113:4 114:5,8 143:18

**interviewed** 26:22 33:6,8 56:19 57:7

**interviewing** 55:14

**interviews** 20:18 22:10 26:11,12 57:9 60:12 113:2

**investigate** 37:8 41:16 59:25 61:14 70:2,6,10,14,16,21, 25 71:1 78:21 87:19 92:21 93:19 105:16 110:4,8,19 112:7,10 144:20 145:17,18

**investigated** 38:5 43:4 59:10 96:4,22 105:17,18 110:10 111:9 144:6,10 146:6

**investigating** 37:20 38:1 42:2 145:8

**investigation** 10:8, 11,18 15:8 20:4,18 23:22,24 25:8 26:10 33:25 34:2,9 36:21 43:1,3,5 44:25 46:2 56:17,22 57:1 59:11 60:15 61:4 69:24 71:6 88:1,3 91:8 105:4 111:13,18 131:21,23 143:11

**investigations** 10:16 12:16 19:17 20:10 21:1,3,5,21 22:2,7,14 23:3 24:3, 8 36:9,13 45:24 46:1 60:25 61:2,7,9 69:21 71:11,15 96:5,12 105:10,13 106:14 109:11 111:21 112:4 119:10 143:7,9 145:16

**investigative** 15:11 24:14 46:12 87:24 131:15

**investigator** 10:20 19:24 24:20 28:2 29:12 41:7 45:3,14, 16,18,19,23 46:4 71:4 112:25 116:8 118:24 119:10,23 121:20 131:20

**investigators** 45:25 119:3,6,12,14,25

STEVEN N. GODFREY
79776

November 11, 2024

120:14,15 122:9,19,
22,24 132:8

**involve** 96:12

**involved** 7:19 19:16
22:11 27:19 35:10,
11 36:20 41:13
42:7,19 43:21 55:15
56:17 60:25 62:2,9
78:11 87:9,11 88:17
91:7 96:13 113:21
114:9 131:12,20
132:4 143:23 144:8

**involvement** 28:4
59:7,8 87:16 88:3,4,
5

**involves** 95:9

**involving** 96:8
110:23 115:1 146:7

**isn't** 25:2 57:1
91:21

**issued** 118:16
137:11 138:7

**it's** 19:9 20:13,14
24:4 25:17 31:20
34:4,21 38:25 40:19
52:6 73:3 75:3,9
76:13 105:10 107:4
124:12 125:2
129:17,22 132:6
136:2,15 137:7
142:18 146:1

**I'd** 8:10 11:19 13:16
41:2 42:4 47:4

**I'll** 8:3,13 23:7 50:7,
10 66:5 67:6 73:17
83:23 96:19 127:15
135:18 146:18,25

**I'm** 6:20 7:24 8:6
9:8 16:6,11 21:24

23:1 24:4,25 27:21
28:3,23 32:24 35:19
36:18,19 38:2,9,22
45:15,22 46:8,21,
24,25 48:22,23 50:8
51:3 53:8 55:6
57:18 58:5,10 59:1,
17,18,22 62:8 63:24
65:8,9 68:20 69:5,
10,15,18,25 70:23
72:6,10 73:16 76:15
79:15 82:18 84:5,21
85:21 86:19 88:8,11
89:21,22,23 94:8
95:20 97:22 98:9
100:24 102:23
103:11,13,14
104:10,16,23,24
105:5,22 106:15
107:4,11,18,19,25
112:19 115:10
116:17 117:4,10,19
118:10,13 123:10,
11 124:20 125:18,
19 127:1,14 129:2
130:1,20 133:10,12,
21 135:10 138:6
141:19,23 143:12
145:25 146:13

**I've** 20:14 47:24
79:13 90:12 101:16
105:14 106:12
120:11 123:18
132:17,24 136:12
137:5 138:16
141:13,17

**J**

**Jacoby** 110:1

**jail** 10:4 21:13,15
101:2 145:21,23

**James** 110:12

**January** 7:20 13:9
85:1 113:7 114:11
121:3 122:8 143:2
145:22

**Jason** 6:24 107:15

**Jeff** 68:21 117:18

**Jeffrey** 70:8 73:2
75:2,15,16,19 79:19
80:18 82:20 83:5

**Jenk** 60:5,6

**Jenkins** 7:15 25:4
27:19 55:13 60:6,8
74:18 78:4,9 85:8
86:2,13 87:11,12
93:9 94:5 100:20
101:11 117:24
120:21 127:23
128:2,11,16 131:7
137:23 149:3

**Jenkins-** 90:2

**Jenkins-parker** 94:4
113:3

**Jenkins/eddie** 25:20

**Jerry** 109:3

**job** 14:3 27:6 102:4,
11 106:24 118:21,
23 122:25 129:23

**jobs** 82:1

**Johnson** 58:17
109:14

**join** 31:11 33:5
34:14

**joined** 32:9 52:24

**joining** 34:1

**Jones** 58:11 108:13
136:6,7,8,11

**jujitsu** 142:20

**July** 109:1

**June** 10:10 94:23
95:1,7,16 109:3,7

**Justice** 114:4,5

**justified** 123:6

**K**

**keeping** 129:24

**Ken** 130:6,9

**Kenton** 130:4

**Kevin** 111:23

**kids** 98:10 102:11

**killed** 42:20

**kind** 12:2 15:25 19:9
35:7 36:1 38:16
39:16 46:1 52:7
65:7,25 66:1 67:9,
12 68:19 75:9 87:2
123:21 126:6
129:25 134:10
143:24

**knew** 12:2 13:17,24
14:1 23:23 34:8,10,
11,13,18 35:4,5,7
36:3 51:25 102:6,7
134:4

**knowing** 127:9

**knowledge** 8:22
43:8 46:4 56:14
59:23 60:1 62:13,24
63:19,24 77:11,14
79:6,9,18 90:25
103:10 105:9,15
110:11 111:22
113:1 120:17 121:7
123:9 140:21 143:1,

25 144:19,21 146:3

**Kool-aid** 83:22,23

---

## L

**L-Y-N-C-H** 109:4

**Lacruz** 58:21

**latest** 82:5

**law** 9:16,24 13:24
14:17 41:5 46:18
68:22 76:13 104:18,
19,23 117:20
121:10 140:18

**lawsuit** 57:20,22

**lawsuits** 106:10

**lawyer** 65:23

**leader** 27:10 53:12

**leadership** 36:11

**leave** 17:24 24:23
29:16 61:24 116:6

**leaving** 16:7 62:8

**left** 10:14 11:18,21,
22 15:6 17:23 18:12
22:4 24:22,23 27:14
30:11,12 62:14
65:25 66:13,16
74:10,11,12 83:19,
20,21,23 85:1 88:16
89:4 111:24 113:11,
12 120:24,25 121:4,
18,19 129:7 130:12

**legal** 59:1

**lethal** 142:24

**let's** 10:25 28:6
40:8 49:5 69:19
89:19 107:1 132:11

**level** 15:24

**liaison** 13:23

**liaisoned** 119:8

**lieutenant** 27:22
81:9,17

**limited** 88:2 133:1,
14 138:12 139:3

**lines** 11:25 15:4
17:9 36:7 39:3,18
45:4 52:18 53:3
56:1 59:2 60:4
71:20 74:16 81:1
82:2 111:7 115:2

**list** 58:5 59:22
119:19 130:22

**listed** 33:4

**lived** 13:25

**Lloyd** 136:4,6,7,11

**load** 48:20

**local** 13:23 17:7

**logged** 123:17

**long** 17:18,21 29:9
66:12 85:4 87:4
117:21 129:4
130:11

**longer** 30:21 62:7
63:12

**looked** 59:22 101:18
136:21

**loss** 129:2

**lost** 11:17

**lot** 13:24 24:14 49:2
67:19 101:1 104:17,
19,25 130:14 131:3

**loved** 98:11

**Loveday** 96:16
109:20

**Lovett** 112:24

**Luke** 110:4,7

**Lynch** 109:4

---

## M

**M-** 109:3

**M-A-C-O-N** 10:3

**M-C** 130:8

**Mack** 60:20 145:20,
22 146:8

**Macon** 10:3

**made** 31:17 56:5
57:8 68:1 73:4,10,
17 74:4 76:3,4
79:18 81:5 82:20
99:19 104:18
108:14 109:5,6
110:23 133:4,15
137:15 139:8,21
142:13

**maintain** 64:16
78:12

**maintained** 64:17
114:17,18

**major** 121:11

**make** 22:22 23:15,
17 27:4 47:22 48:6
53:5 99:16 111:14
116:3 121:5,14,15
144:3 149:6

**makes** 108:19,25
111:15

**making** 48:2 111:12
112:13

**Malik** 6:20

**man** 114:15 135:8,9,
16

**manage** 102:14

**management**
138:10

**mandate** 114:21

**mandated** 115:24

**mandatory** 12:7

**Manning** 109:3

**marked** 46:25 47:2,
4,6,14 48:2,18
49:18,24 57:17 58:1
62:25

**master's** 9:10

**matter** 6:21,23 7:1,
12,17 25:20 27:19
42:11,14 43:2 44:23
48:15 59:10 70:11
110:22 145:12
146:6 148:5

**matters** 58:6,7 70:3,
20,22,24 71:1

**Maurice** 109:24

**ma'am** 6:10,15
146:17

**MBI** 11:2,7,22 12:4,9
16:17,20,21 17:1
18:6,12 38:6 91:8
144:12,13,20

**Mcalpin** 27:24 29:5,
10 30:1 34:12 35:4
70:11 90:13 92:7
118:19 119:14,24,
25 120:13 122:16
131:15 132:7

**Mcalpin's** 118:21,

23 133:5

**Mcbroom** 130:4,6,9, 18 131:2,3

**Mcwarren** 60:18

**means** 66:20 135:2, 3

**media** 78:25

**medication** 8:20

**meet** 13:20 38:23 53:24

**meeting** 60:3 86:9, 11,15,18,21,22 87:6,7 88:14,20 89:2,9,22 90:5 119:7

**meetings** 86:3,5,8, 20 90:2,7,9

**member** 28:7,11 29:5 30:18,20 36:10 50:20 91:21,23

**members** 28:14 30:8 37:21 38:1 54:20 55:5 93:6 94:24 95:10

**memo** 51:1

**memory** 60:23

**men** 78:24

**mentioned** 117:11

**message** 116:6

**met** 8:25 52:4 86:10, 12 89:3 136:7

**Michael** 7:14 25:4, 20 27:19 55:13 78:4 87:11,12 100:20 127:23 128:2 131:7

**middle** 39:7

**Middleton** 27:22 28:10,15 34:12 35:4 70:8 73:9,12,13 74:19 75:2,12,15, 16,20 76:2 78:17,21 80:18 83:16 85:24 90:13 91:13,23 92:5 133:6,9,11,12,16 136:14 138:16,20, 22 139:6

**Middleton's** 73:3 77:8 78:16 79:19 82:20 83:5 133:14 136:16 138:13,18, 25

**mile** 31:21

**mind** 48:2 71:5

**mine** 123:20

**minor** 61:17

**minute** 10:25 39:15 40:4 49:6 66:6 113:6

**minutes** 127:13,15

**misconduct** 34:3 37:8,21 71:11

**misnomer** 19:10

**Mississippi** 9:11 10:17 11:12 43:5 58:8 59:11 97:12 143:5

**Mitchell** 109:18

**moment** 66:19

**MONDAY** 6:4

**monitored** 127:6

**month** 12:19,20 40:2

**months** 10:19

11:15,20 12:9 14:21 39:23 40:3 66:2 72:25 74:15,17 79:14 85:5,6 129:6 130:2

**morning** 7:9,10 141:3

**mouth** 87:12

**move** 89:19

**moved** 84:20

**movement** 131:4

___

**N**

**named** 100:21 114:25

**names** 42:17 59:15, 19 96:20 106:5 107:20 112:14 119:21

**National** 13:18 14:4, 11,12 128:13

**nature** 111:8

**necessarily** 61:16, 22 117:9 126:20

**needed** 17:14 67:18

**newest** 30:8

**news** 79:13

**nickname** 73:2 83:24

**Nicole** 148:3,20

**night** 36:6 57:7 73:4 75:9 80:7,8,10,16, 19,22 81:1 82:14 83:2,7,9,10,12,16 84:8 85:7,12 93:6 102:11 133:2 139:3

141:3

**nominally** 66:11

**non-** 89:23

**note** 50:22 53:20 100:2

**noted** 58:2 102:20

**notes** 55:9

**notice** 47:22 97:24

**notified** 125:5

**November** 6:4 17:25 18:1 49:20 61:24 62:21 63:12 72:8,12 148:15

**number** 57:25 93:12 100:21 128:3,5,6 131:21 140:25 142:25 149:8

**numerous** 104:7

___

**O**

**object** 35:13 38:2 43:23 62:11 67:3 80:11 82:16 85:10 97:22 98:21 99:7 101:13,22 102:17 113:23 125:6 135:24 139:17 145:25

**objecting** 99:25 103:12

**objection** 43:19 72:2 98:3 99:17,19 101:23 102:19 125:11

**observe** 33:1 34:17

**occasion** 20:24 23:5 110:20

STEVEN N. GODFREY
79776

November 11, 2024

occasionally 15:2
19:18

occasions 20:12
51:11 120:12
145:14

occur 86:8

occurred 35:21
83:20,25 85:8 99:4
121:11 138:2 144:7
145:13

occurring 98:14,20

October 121:4

offense 89:11

offered 67:21,22
68:9

offering 67:19

offers 67:20

office 10:3 11:19
13:9 15:7 17:7 36:5
40:19 46:3 63:13
76:11 77:17 114:10
116:19 129:22
131:4 134:3,11,18
137:16,20 138:9
145:18

officer 15:12 19:13,
21 21:8 24:11 46:12
67:8 112:21,22
113:4,14 131:15
132:9 140:24 141:9,
12 142:19 145:2,3,5

officer-involved
38:6 91:11 144:4

officers 35:7 36:14
43:10,18 44:3 55:15
56:19 66:15 90:12
92:18 105:1

officer's 21:10 51:8

140:19

offices 123:20

official 37:4 56:12

Officially 143:20

OIS 43:4 91:7,9
144:3,7,8

OISS 144:6,20

one's 128:5

online 67:17

Ooh 13:21

Opdyke 30:4,22
34:12 35:5 70:14
90:13 92:9 98:10

opening 71:6

operating 23:23
31:6 51:25 77:12
121:8

operation 37:5 59:9
73:4 95:11

operations 37:4
96:9,14 98:17
102:14 114:6 121:6
129:21

operator 53:25

opinion 78:16 99:15
102:22 103:9

opinions 55:23,25
97:24 99:8,24 100:1
101:25 141:24

opposing 49:13,21

oral 51:19

orally 51:17 116:13,
16

order 47:25 146:15

organization 78:13

139:15

organizational
63:21

organizing 78:21

original 146:15

outcome 148:11

outset 14:17

outstanding 31:20

overheard 60:1

overlooking 16:12

overly 36:1

**P**

p.m. 97:4,6 127:17,
20 147:4,6

package 20:19

packet 22:8

pages 148:5

paid 76:3,4

Paige 58:19

paperwork 40:21
42:4

pardon 70:14
121:24

Parker 7:15 25:4,20
55:14 78:4,10 85:8
86:2,13 87:11 90:3
93:9 100:21 101:12
117:25 120:21

part 13:22 14:3
32:19,20,23 36:10
56:21,25 72:16 93:7
105:13 106:9,12
109:10 113:18
114:3 118:15

part-time 10:20
11:20 18:9

participate 19:14
20:10 21:1,21 22:5,
7 25:7 42:25 60:14
61:10 92:13 123:18

participated 23:3
36:24 64:23 66:21
90:2

participating 8:19
87:25

particulars 89:7

party 148:10

pass 32:2,6

passed 24:18,19
45:2 56:9 76:5,18
77:5 79:19 116:10
118:19 119:7 134:2,
17

passing 60:1 75:25
76:1 93:4 134:6

past 33:9 34:2 35:9,
11

patch 137:16,21
138:9

patience 97:10

patrol 24:17,19 45:3
83:17,18,22,25
84:9,10,20 85:17,22
116:8 123:16,22
124:6 132:9,10
140:8

Patty 58:19

Paul 128:8,17

peace 15:12

Pearl 28:18 29:3
51:23

STEVEN N. GODFREY
79776
November 11, 2024
166

**Pelahatchie** 42:21 58:23,24

**penalty** 6:11

**people** 19:15 33:15 34:18 35:16 54:6 55:9 57:6 67:14 76:2,6 77:18 78:17, 18 81:25 101:1 105:5 124:14 126:7 129:16 132:4 134:4, 13,19

**percent** 37:3

**perfect** 146:20

**performance** 33:9, 10 102:5

**period** 10:18 16:14 111:25

**perjury** 6:12

**PERS** 18:11,16,22

**person** 23:9,12 24:17 31:10 32:8 51:11,13 53:11,13, 14 66:9 116:10 123:23 140:5 145:7

**personal** 105:15

**personally** 22:19 68:19 69:13 70:7,9 71:18 100:24 110:8 140:20

**personnel** 18:24 30:25 55:5 110:22 130:21,22

**persons** 34:1

**pertains** 121:6

**phone** 130:20,21,23

**phonetic** 53:23 110:1,13

**physical** 8:20 16:4

**picked** 137:8

**Pierre** 42:11,14,19, 20 58:25 59:4

**place** 33:13 45:7 52:6 117:22 126:1 127:5 141:11 142:2

**Plaintiff** 6:21 7:11 48:10 49:13

**Plaintiffs** 6:23

**Plaintiff's** 47:1 49:14,15,17,23 57:18 63:3

**planned** 37:5

**play** 92:17 113:15

**playing** 126:23

**pleas** 93:8

**pled** 93:7

**plural** 77:16

**pockets** 137:2

**point** 112:11 141:9

**police** 105:1

**policies** 50:9 79:22 127:6

**policy** 43:11 44:4,10 46:7 80:1 141:5,8 145:9

**Poole** 111:23,24

**Poole's** 112:1

**pops** 66:6

**Porter** 109:5,24

**position** 9:25 14:6 19:6 20:8 39:21 51:2 78:5,12 80:24 84:4,8 98:15 101:19

111:1,11,17

**positions** 17:18

**possession** 26:14 61:5

**possibly** 9:11 11:5 30:3 51:18,20 63:17,18

**post** 15:12

**post-training** 14:22

**practical** 53:23

**pre-marked** 47:24

**prefer** 47:16

**preparation** 8:23

**prepare** 8:24 22:8 23:8

**present** 111:15

**presume** 47:8

**pretty** 17:13,15 32:5 45:9 106:23 117:19 130:1 145:15

**previously** 44:15

**print** 48:19,25 107:12,15

**printer** 49:4

**prior** 12:4,5 62:8 108:5 128:23 143:2

**private** 67:16

**procedure** 23:23 45:6 50:20 52:9 116:5,16,18,21 140:10

**procedures** 24:3 31:6 50:9 51:25 121:9 127:6

**proceed** 7:3

**proceedings** 59:2 148:4,7,10,12

**process** 50:25 113:12

**produce** 23:1 26:7,9

**produced** 61:11 83:4

**producing** 22:6

**program** 14:14 17:11 19:5,12,13 65:8,14 66:22

**prohibition** 137:12, 19 138:5,7

**promoted** 80:24 84:3,7,12,14 85:15

**proper** 100:9 103:13 114:22 144:1

**properly** 99:5,22 102:12,16,21 103:4

**propriety** 36:22

**protocol** 116:18

**provide** 57:11 67:17 97:23 99:15,24 100:1 101:24 115:17,18

**provided** 49:21 55:21 57:12,21 118:1 149:10

**PT** 31:13,19 53:22

**public** 73:1

**pull** 130:21

**pullups** 31:23

**purchasing** 129:24

**purpose** 55:14 75:12

STEVEN N. GODFREY
79776
November 11, 2024
167

**pursue** 23:14

**put** 20:18 33:1 46:24
50:20 53:18 57:18
68:18,21 104:17,23

**putting** 29:25 46:22
55:1 113:12

---

**Q**

**qualifications** 18:11
31:10 32:1 52:4,9,
11

**qualified** 18:17 33:8

**qualify** 31:2 33:6,18

**Quantico** 10:12

**question** 22:23
39:8,9,13 44:6 53:7
70:23 72:3 76:12
89:12,15,17,18,19
95:19,20 99:10,17,
20 102:23 103:1,2,
8,12,14 104:9,15
105:24,25 107:25
128:22 135:18
139:18,19,25 140:2
141:14

**questioned** 87:17

**questioning** 87:17

**questions** 8:3,21
48:23 76:15 86:23
87:2 88:18,23,25
107:11 119:9 142:8

**quick** 21:22 40:9
128:22 129:3

**quote** 24:5

---

**R**

**raise** 6:9

**ran** 53:23 65:7,14,23
66:22

**Randy** 128:24
129:1,4 130:2,3

**Randy's** 129:4

**Rankin** 6:25 7:18
12:17,23,24 13:3,
15,25 17:2,5,19
18:6,19,24 19:6,13,
21 20:4,6 24:1,2,23
26:14 31:7 35:12,17
43:9,11,12 44:2,11
49:14,20 50:9 52:13
56:12 58:19,21
60:6,19,20 61:2,5
62:3 63:5,15 64:3,9
65:2,24 66:15 68:5
71:22 72:17,20,24
73:22 74:23 76:18
77:11 79:22,23
82:14 83:2 93:5
94:24 95:8 97:13,19
98:2,20 99:4 100:22
101:4 102:15,20
103:3,9 108:14,20
109:1,7 114:6,9
115:24 116:3,20
120:20 121:5,14
122:1,10 123:6
127:5 129:21
130:15 140:15,24
141:16 142:1 144:5,
7 145:2,3,10,21,23
149:3

**rare** 144:15 145:15

**rarely** 145:13

**Rayborn** 110:12,18

**Raymond** 130:23,24

**RC** 48:5

**reach** 27:4 55:18

**read** 47:16,20 97:12,
14,15,17,21 98:1
101:8 15,16 102:3
103:4,6 104:12
107:16 108:16
109:10 146:23,25

**reading** 79:13 108:5

**real** 40:8

**reason** 77:24,25
81:19 82:8 149:11

**recall** 20:25 21:3,5
26:1 28:13 42:7,10,
11 45:1 65:18 66:4
87:3 88:13 91:5,25
111:4 115:13 143:9

**receive** 8:6 15:25
16:19 68:5 124:18

**received** 14:19 16:3
69:2

**recently** 88:16

**recess** 40:12 49:9
97:5 127:18

**recollection** 20:2
28:24 70:12,15,19
76:20 90:6 93:4
94:9,12 95:23 96:14
109:12 110:6 116:1

**recommendations**
27:5

**record** 6:7,18 8:13
22:23 37:13 40:8,
10,14 49:5,7,11
51:8 96:25 97:2,3,7
127:17,19 142:5
146:15 147:3 148:6

**recording** 8:12

**records** 13:8 16:14
22:6 26:9,15 33:13

**read** 52:24,25 54:23
55:8,11 61:3 64:16,
17 67:9 68:24 69:1,
6 89:8 114:17,18
118:11

**recruited** 17:5

**Reddell** 60:19

**reference** 23:2
142:13

**reflect** 13:8

**reflects** 22:2

**reformation** 62:14

**refresh** 59:21 60:23
95:22

**regard** 20:21

**regularly** 81:2

**regulations** 18:14

**relate** 96:17

**related** 148:10

**relation** 121:9

**remember** 15:1
21:7,10,14 27:2
38:5 42:6,16,17
51:20 54:19,25
56:10 68:18 71:19
74:4 86:15,18,24
88:18,24 89:1,5
101:5,7 107:8
114:24 115:21
117:23 134:21
137:2,13 144:9,16
146:4

**remembering** 74:8

**remind** 85:19 142:4

**removed** 111:1,11,
16

---

repeat 8:11 67:6 98:24

repeatedly 89:17 103:11

report 38:20 56:4,6 99:22 120:4 123:14, 17 124:2 127:8

reported 120:1,6 125:15,20,22 126:16 127:9 148:4

Reporter 6:7,11,16 7:2 40:10,13 48:4 49:7,10 50:1 53:6 58:2 85:19 97:3,6 98:24 99:21 127:16, 19 142:4 146:12,14, 20 147:3 149:4

reports 55:23 56:3 57:8 123:24 124:19

represent 6:18 13:7 83:1 143:12

represented 75:12

representing 6:24

request 25:12

require 105:3 143:3

required 46:3 102:24

requirement 144:19

requirements 143:2

reserve 19:13 112:20,22

reserves 112:23

resigned 72:10,11

responding 39:8

response 17:10 42:3 48:10 49:15

75:1 98:1

responsibilities 64:13,14 67:2,7 81:2

responsibility 123:5,7 124:22

responsible 37:19, 20,25 83:15 120:13 123:23 124:3,10 145:8

rest 60:18

restructuring 62:3,9 113:16,22

rests 124:15

result 111:12

results 22:10 26:23, 24

retained 12:2

retire 18:22 24:24 62:1 129:16

retired 9:12 11:4 72:11 117:18 130:12

retirement 12:7 18:11,17

return 23:13

returned 140:11

returns 141:1

review 9:1 33:9 41:21 43:9 44:3 51:7 52:10

reviewing 41:19 52:8 66:20

reviews 43:17

revision 50:10

Richland 113:4

Rick 96:16 109:20

rift 39:14

rights 7:17 115:1 117:11,12 121:6,9, 10 132:1

rigid 40:21,22

ring 59:15 96:20 146:9

risk 39:15

road 10:5 23:10 93:14

Robert 108:13 109:22

Roger 112:18

role 38:12 41:18 42:2 43:1 45:14,22 92:17 113:15

roles 13:8

roll 115:15

roster 55:1

roughly 29:18 30:23 37:2 64:9 83:10 96:4,7

rounds 141:10,12

rude 24:17

rules 18:14

run 17:6,11 19:12 31:21,23 32:7 43:3 59:9 80:18 83:10 91:20

running 14:14 19:5, 15 74:6

runs 67:13

S

S-H-A-B-A-Z-Z 6:20

Samuel 94:19 95:7

sat 89:3

scene 38:18 42:22, 23 57:6 59:3,7

Schmidt 93:11,13, 25 125:2,4,10

school 9:21,22 14:25 15:8 51:24 68:22 117:20 128:18

schools 31:7

scope 146:1

score 31:16

scores 32:3

screen 46:23 47:20 57:19

searches 39:17

sec 97:2

seek 144:1

send 48:24 50:21 67:22 146:24

sends 31:8

separate 53:1 55:4

sergeant 21:13,15

serve 19:20 29:9 129:4 130:9

served 30:1 130:2

service 129:5

Services 58:9

serving 36:10 63:16

**set** 49:15 52:21 53:21 68:25 148:14

**seven-eight** 83:12 122:11

**sex** 21:8

**sexual** 111:8

**Shabazz** 6:19,20 7:8 13:13 22:21,25 26:4 29:4 35:18 37:15, 17,18 38:8 39:12,25 40:15 43:20,25 45:20 46:21,24 47:9,12,18,24 48:8, 13,20 49:12,19,25 50:3,5,7,12 53:10 54:16,22 58:4 60:13 62:15 64:5 65:10,22 67:5 71:25 72:4 80:12 82:21 85:14 86:1 89:20,25 94:6 95:4,16,19,25 96:2 97:8,25 98:7 99:3, 12,16 100:4,5 101:14 102:1,2,19, 25 103:16,17,24 104:11 106:2,12,20 107:2,10,14,18 108:8,12,23,24 110:17 111:5 112:17 113:25 125:8,17 127:21 132:19 133:7,20,22 135:7,16,21,25 136:9 139:19,22 140:1,3 141:15 142:7 144:25 146:5, 10,13,16,17,22

**sharing** 46:21

**sheet** 115:15 149:1, 7,10

**Sheriff** 6:25 7:18 13:1,3 14:7 17:5 20:11,15,19 22:9,17 23:8,16,25 25:13 26:23,24 32:19,20 38:11,17,18,20,23 39:1,5 43:14,16 44:17,18 45:10,12 46:8,13,16 55:16,21 56:8,9 57:8,13 61:11,18 67:25 68:10 71:7,8 75:19, 21,23 77:20,23 78:1 83:2 86:4 87:23 111:15,16 113:24 116:7 120:8 124:8, 9,16,17,18,25 126:14 128:5 137:4, 22 145:11

**Sheriff's** 144:8

**sheriffs** 14:2

**Sheriff's** 10:2 11:19 15:6 38:12 44:22 46:3 49:21 52:14 62:3 63:13,15 73:23 74:23 76:18 77:11 79:24 82:14 90:14 95:8 97:19 98:20 99:5 102:15,20 103:3 108:14 113:7 114:7,10 116:4,19 120:20 121:5 122:10 123:6 124:12 129:22 130:15 134:10 137:16,20 138:9 143:3 144:6,20 145:18

**shift** 73:4 75:7 79:1, 5,7,19 80:6,7,8,10, 14,16,19,22,25 81:1,2,3,8,10,22

**Sheriff** 82:14,20 83:2,5,7,8, 9,10,13,16 84:8 85:7 93:6 98:17 126:4,5 133:2,5,14, 15 136:16 138:13, 14 139:3,8 140:20

**shifts** 133:3

**shift's** 75:4

**shocked** 98:13

**shoot** 126:24

**shooting** 25:5 38:6 91:11 93:11 94:2,3, 5 144:4

**short** 20:17 50:21 51:1 111:25

**shortly** 74:4 91:6 92:1,3,4,6,8,10,12 111:24

**shot** 42:20 87:12

**show** 46:19,25 57:17 62:25

**showed** 53:3 75:16

**showing** 47:5 75:2 149:8

**shown** 74:2,18

**shuttle** 31:23

**sic** 93:11

**side** 73:25 74:21,24 93:14 137:16,17

**sign** 146:23,25 149:10

**Signature** 149:24

**similar** 101:11

**simple** 104:14,15

**simply** 123:19

**single** 138:18

**sir** 7:10,13,16,21,23 8:1,5,15,22,25 9:3, 23 10:24 11:1 12:13 15:15,19,22 16:12, 15,21 17:3,22 18:2, 5 19:3,5 20:7 21:4 22:3,21 23:5 24:9 25:5,6,9,21 26:6,8, 11,13 27:6,9,11,17, 20,23 28:5,9,12,22 29:7,14,19 30:3,5,9, 11,13,17,19 31:3 32:10 33:7 34:24 35:1,6,8 36:12,16 37:1,14,24 38:4,11 41:8,17,20 42:9,12, 15,21,24 43:4,7 44:17 45:8 48:20 50:14 52:24 53:1 54:2,5,11 55:25 56:16,20 57:2 58:3, 12,14,16,18,20,22, 24 59:13 60:11 61:12 63:4,8,11 64:7,11,18,22 65:16 66:23 68:24 69:4 70:19 71:14,25 72:22 74:8,22,25 75:6 76:9,11,15,17, 23 78:2 81:6 82:10, 19 84:10 85:13 87:9,21 91:4,6,18, 22,24 92:15 93:2, 21,23 94:21 101:16 103:1,18 106:3,24 107:7 109:15 111:14 112:5,8,9,12 113:5,9,11,20 114:14 115:6,8,21 116:23 117:2,5 118:6,12,22 119:13, 20 120:2,23 122:17

STEVEN N. GODFREY
79776

November 11, 2024

123:3 127:25 128:21 130:8,25 131:2 134:22 135:10,19 136:17 139:11 140:1 145:15

**situation** 36:18 39:16,17 60:11

**situations** 39:16,18

**skills** 31:16

**skulls** 137:6

**Slow** 10:22

**slowly** 8:3

**small** 33:13 34:4,21 39:1 52:6 64:22

**Smith** 71:17,21 72:16 86:16 92:21 148:3,20

**Smith/seaman/ holmes** 149:4

**snippets** 93:18

**sole** 70:25

**somebody'd** 132:24

**SOP** 24:4 52:17,19

**Sounds** 104:4

**source** 70:24,25

**Southern** 9:6,7

**speak** 7:24 8:3 19:11 85:19 111:6 142:5 143:21

**speaking** 27:21 88:11

**special** 10:8,11 17:10 45:14,16

**specific** 69:11 88:25 90:4 94:23 112:15 114:20 115:13,23 120:10,24 121:4 144:12

**specifically** 26:1 27:21 29:20 68:14 86:15 129:20

**specifics** 21:7 51:21 105:8

**speculate** 29:1 135:5

**speculation** 24:16 114:2

**spell** 108:21 139:4

**sporadic** 145:14

**spring** 31:21

**squad** 72:18,21,24, 25 73:1,2,3,20 74:18,21 75:12,20 76:3 77:12,16 78:1, 6,10,13,14,16,17, 19,22,23,25 79:11, 25 80:3,9 81:5,20, 23 82:9,13 93:7 97:13 98:2 132:11, 15 133:2 134:15,23 135:3,21,22 136:2 138:12,21,25

**SRT** 17:10 27:11 32:24 38:16 39:15, 21 51:3 55:4,7,9 64:14 69:19 73:15 91:3,13,19,20 92:16 94:25 95:10,11 96:8,12,13 97:20 98:17 102:13 134:10 137:15,16

**staff** 60:3 86:5,9,11, 20 90:6,8

**stand** 142:14

**standard** 23:22 31:6 40:22 51:25 142:20

**standing** 15:12 134:5

**start** 9:4 10:4

**started** 10:20 14:20 18:6 21:11 27:13 29:2 65:13 85:25 111:24 121:21 144:11,13,16,17

**starting** 11:2

**starts** 142:21

**state** 6:17 8:9 11:12 51:1 143:3,4

**stated** 52:17 56:18 62:16

**statement** 20:23 23:15,17 25:15 55:21 56:4,5,7 57:12 87:25 139:21

**statements** 25:11, 12 87:22

**States** 46:11

**stay** 17:19

**step** 40:7

**stepped** 28:1 29:11

**Steven** 6:2 7:4 147:5 149:2,25

**Stickman** 110:4,7,8

**stock** 104:17 105:1

**stop** 49:2

**stopped** 18:13

**straight** 52:1

**straightforward** 8:2

**strike** 45:22 137:3

**structure** 63:6,15 79:11 113:19 118:14

**studied** 41:2

**stuff** 15:3 39:17 52:18 53:3 82:2 115:1 130:1

**style** 142:18,20

**sub-** 139:14

**sub-organization** 80:1

**sub-organizations** 79:23

**submitted** 139:19

**suit** 137:1

**suits** 136:22

**supervise** 98:16 102:12,16,21 103:4 119:12,15

**supervised** 45:24 64:9 85:24 99:6 119:3,5,24 120:16 122:15

**supervises** 44:17 85:22

**supervising** 38:13 83:16 84:8 116:11 120:14

**supervision** 103:11

**supervisor** 85:16 91:17 92:17 102:13

**supervisory** 98:15

**supposed** 125:23 127:8

**supposedly** 96:18

STEVEN N. GODFREY
79776

November 11, 2024

171

**surprised** 98:19 99:2 100:6,14 140:22

**suspended** 90:16, 19,23 91:1,5,7,25

**suspension** 92:18

**suspensions** 92:14

**SWAT** 17:6,18 19:2 27:7,8,16 28:4,7,11, 14 29:6,10 30:1,18 31:2,11 32:9 33:5, 11 34:1,14 36:9,11, 14,24 37:9,21 38:1, 13,21,24 42:18,19 50:16,17 51:2,5,8, 12,14,16,24 52:15, 24 53:1,12,14

**switched** 80:25

**sworn** 10:10

**system** 125:24 126:1 140:14 141:11,16 142:2

---

**T**

**T-R-I-M-B-L-E** 108:22,23

**table** 139:25

**tactical** 17:7 19:3 59:9

**tactics** 16:5 142:15, 16

**taking** 87:24,25 89:11 113:6

**talk** 33:15 34:18 36:2 38:11 86:17 116:7,9

**talked** 60:2,6 89:6

133:8

**talking** 13:16 35:19 41:15 55:6 59:22 62:8 65:15 67:12 90:12 93:16 105:6, 22 120:12 127:1 128:8 141:19,23 142:1 143:15

**taser** 123:5,8,11,12, 15,24 124:1,10,19 142:23

**taser-certified** 123:10

**tasers** 124:4

**taxed** 130:1

**taxing** 129:23

**teach** 9:11

**team** 17:6,7,10 19:3 27:10,11,25 28:1,4, 7,11,14,15,17,19 29:6,8,10 30:1,9,16, 18 31:2,4,5,11,18 32:7,9,11,12,13,15, 16,17,19,20,23,25 33:5,11,21 34:1,14 36:9,11,15,24 37:9, 21 38:1,13,16,21 39:3,15,19 42:18,19 50:16,17,19,23 51:2,3,5,8,12,14,17, 22,23 52:2,16,24 53:14,24 54:3,6,12, 20 55:1,7,8,9 82:4 91:3,13,20,21,23 94:25 95:10 138:25

**team-** 31:14 136:2

**team-building** 31:16

**techniques** 15:11 142:21,22,24

**television** 126:24

**telling** 125:19

**ten** 17:20,22 18:21, 22 20:13 21:22 22:11,14 23:2,4 54:2 96:5,21 105:13,17,18,20,22 110:9

**Tender** 144:22

**tenure** 20:6 24:2,11 27:15 64:10 66:17, 25 69:25 70:1,3 94:17 96:4

**term** 13:11 45:15 127:24

**terms** 31:25 38:24 43:8 55:13 114:18, 19 116:2 121:5 140:4

**terrible** 98:18

**test** 31:13,19 53:22, 23

**testified** 7:5 144:2

**testify** 13:6 25:25 65:5 99:9

**testimony** 6:12 149:7

**that's** 8:10 9:8,15 11:18,23 18:22 19:12 21:15,25 24:13 26:7 27:1 28:23 29:21,23 34:15 43:23 45:10 48:6,7,8 53:9 54:16 58:25 60:8 65:3 66:8 67:13 71:23,25 72:1,10 73:17 75:6 83:24 85:24 88:4,19 95:19,20 96:1

102:22 104:9 105:6 106:10 107:7 109:12 112:8,19 115:21 117:2 120:23 122:14,25 126:24 131:5 133:16 136:13,14 146:20,22

**there's** 8:9 19:10 20:16 24:12,13 36:20 63:24 131:3 143:25

**they'd** 50:18,19 144:18

**they're** 96:21 105:3 122:18 125:23 129:17 134:6

**they've** 35:16

**thing** 23:17,21 73:5 82:2,4,5 93:3 136:3

**things** 17:8 18:25 21:23 24:21 31:14 41:1 59:14 100:13 101:10 104:22 106:4 142:25

**thinks** 73:1

**Thornton** 84:1,2,23 85:15,16 112:6,7, 15,18,20,22

**thought** 9:10 13:10 23:5 57:15 129:14, 15

**til** 8:13 27:13 30:1 62:21 65:25 72:8

**time** 6:8 8:17 9:7 14:14 15:9 16:8 18:11,18,23 19:24 20:5 21:9 22:12 24:7,24 27:13 32:17

---

33:16 34:13 40:10,
13 45:2 49:2,8,10
51:15 54:3,20 61:25
62:1,5 69:25 70:6,
11,13,16,18 73:14
74:3,7 80:4,5 82:10
83:4,19 84:11 85:1,
20 86:14,17 93:24
97:4,6 98:9 99:10,
21 101:16 104:13
111:25 113:8,11
118:24 122:4,17
127:17,20,22 128:2,
11,13,15 130:11
131:6 136:12,17
142:5 143:22,23
144:5,13 145:3,4
147:4

**times** 24:1,14 38:25
54:2 74:6 77:4
86:20 88:7 97:12,
14,21 98:1 100:16
103:6 105:10,15
106:1 107:12 108:4
138:17 140:25

**tired** 18:13 129:8,11,
14,17,20

**title** 19:8 122:22,25
123:1

**titles** 119:22

**today** 60:9,11 84:6
97:11,13

**told** 11:23 43:15
44:18,19 46:14
55:16 81:22 139:6

**topic** 132:22 138:23

**torture** 101:4,5

**total** 83:12

**tougher** 41:1

**town** 37:6

**toxicological** 14:25

**trade** 134:13

**traded** 134:7,9

**trained** 15:10 16:24
41:6 114:21

**trainee** 10:11

**training** 14:4,18,23
15:13,16,24,25
16:2,4,5,14,19,21
17:12 19:9 36:4
52:22 53:3 64:9,14,
16,20 65:1,2,8,14,
24 66:2,10,14,21,25
67:8,12,17,18,20
68:3,4,6,13,15,19,
25 69:8,9,11 73:15
114:12,13,16,20
115:9,11,20 117:11,
12,14 118:2 120:14,
15 121:1 134:12
142:14,17 143:1,4
144:1

**trainings** 67:11 68:4
69:2 115:24

**transcript** 146:16
148:5

**Trent** 6:22 7:14
48:24 107:10

**trick** 59:17

**Trimble** 108:18,23

**trip** 59:14

**trooper** 12:1

**trouble** 65:9 74:7

**true** 54:16 70:20
99:3 103:25 118:18
121:13 148:6

**trust** 126:6 140:15

**trusted** 98:11
102:11

**trustee** 21:9

**truth** 6:13,14 7:5

**tryout** 31:5 53:21

**tryouts** 33:1 52:21,
22 53:21

**turn** 57:25

**turnaround** 21:23

**type** 23:17 24:20

**typically** 32:22 83:7

---

**U**

**U-R-R-O** 109:5

**ugly** 23:10

**Uh-huh** 11:10 74:20
97:16 110:14
133:17

**ultimately** 124:12,
15,18

**unconscious**
143:14

**Undersheriff** 13:12
14:8,10 68:1,11
84:21,23 112:8
120:2 124:7,9
128:6,12,15,23
129:23 130:3,11

**undersheriffs** 128:9

**understand** 8:3,10
15:14 29:22,24 44:2
57:16 100:18
105:12 121:1
122:21 143:8

**understanding**
42:19

**Understood** 8:8

**unfounded** 61:18

**unit** 38:24 53:13

**United** 46:11

**University** 9:8,11

**usage** 123:13,15

---

**V**

**vehicle** 143:14

**version** 15:12

**views** 55:23

**violation** 132:3

**violations** 35:20
46:7,10 85:8 93:13
132:1 145:9

**Virginia** 10:13

**Virtual** 67:16 114:24
115:14

**vote** 33:2 53:25

**voted** 54:1

---

**W**

**WAG** 13:21 23:4
83:14 122:14

**WAGING** 85:6

**wait** 8:6,13 33:22,24
53:6

**walk** 116:9

**Walker** 6:22 7:14
45:17 47:8,22 48:24
49:3,5 71:24 94:3
95:1 96:25 107:10,

STEVEN N. GODFREY
79776

November 11, 2024

13 108:22 133:19 135:12 136:6 147:2

**wanted** 17:13,16 23:14 43:15 68:6 72:5 82:1 113:13

**wasn't** 18:10 55:25 73:8 78:6,16 79:12, 17 87:4,8,15 88:11, 20,22,23 112:3 127:9 132:22,25

**waste** 49:2

**water** 40:5

**weapon** 31:22 140:19,25

**weapons** 140:5,6, 11,12

**wearing** 31:23

**week** 25:24 26:2,25 51:24

**weeks** 15:9 16:1,7

**well-** 73:8

**weren't** 90:24 145:7

**We'd** 50:20

**we'll** 127:15

**we're** 29:25 40:10, 14 49:7,12 60:8,10 92:2 97:1 100:25 107:16 127:16,19 141:24 142:1

**we've** 39:1 82:25 106:9

**what's** 9:5,18,19 46:25 47:6 57:17 62:25 103:10

**who's** 65:3 79:11 124:13 138:15,19

**wide** 67:14

**wife** 35:2

**wild** 13:21

**Williams** 58:11

**Wilson** 58:13

**witnessed** 123:19

**witness's** 95:22

**Woods** 42:11,14,20 58:25 59:4

**word** 100:9

**work** 9:13 10:2,4,13 11:6,8,18 15:7 16:25 18:5 34:18 36:6 61:9 74:8 75:9 90:24 100:25

**worked** 10:6,9,15,17 11:2,13,16 20:14 38:6

**worker** 34:19

**working** 10:20 11:11,19 36:4 103:20

**workings** 38:15

**wouldn't** 12:2 19:22,23 23:7,16,18 33:16 35:22 36:16 44:9 61:20 79:25 95:13 96:11 126:21 131:8

**write** 23:19 149:9

**written** 22:13 24:2 51:11,12 61:8,14 116:17,18,21

**wrong** 102:8

**wrote** 55:20

## Y

**yard** 31:21

**Yawn** 109:16

**year** 9:21,22 11:3,14 12:18,21 17:24 27:12 28:20 29:13 30:21 33:18,22,24 52:17 66:3 74:5,8, 11 87:5 88:14 112:1

**years** 9:9 10:9 13:22 14:2 15:1 17:20,22 18:3 20:14 24:25 27:2 28:13 29:2,3, 16,17 30:6,7,20 61:8 67:15 80:18,21 81:17 100:23 104:19 115:21,22 129:5 135:10 140:16,18 144:18

**yellow** 40:23

**York** 97:12,21 98:1 100:16 103:6 105:10 107:12 108:3,4

**young** 98:10

**you'd** 15:2 33:21 41:23 42:4 44:14 48:5 57:2 129:13

**you'll** 59:20 60:22 63:11 107:19 135:19

**you're** 6:12 15:1 19:8 25:3 31:5 36:1 41:15 42:13 43:16 45:9,11 47:5 48:17 58:6 59:13 60:18, 20,21 65:15 69:5,14 78:8 79:22 82:19

87:13 91:17 93:15 99:7 100:19 103:8 106:23 107:21 112:14 116:12,25 117:19 118:9 126:8, 23 127:23 128:8 135:7 143:15

**you've** 14:16 18:23 65:5 89:14,18 97:10 99:9,19 105:17 110:15 112:15

**y'all** 85:19 89:5