**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MICHAEL COREY JENKINS,** **PLAINTIFFS**
**EDDIE TERRELL PARKER**

**v.** **CAUSE NO. 3:23-cv-374-DPJ-ASH**

**RANKIN COUNTY, MISSISSIPPI,**
**RANKIN CO. SHERIFF BRYAN BAILEY,**
**Individually, et al.** **DEFENDANTS**

---

**MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' [146] RESPONSE TO SHERIFF BAILEY'S [132] MOTION FOR SUMMARY JUDGMENT PREMISED ON QUALIFIED IMMUNITY**

---

**NOW COMES** Defendant, Sheriff Bryan Bailey, by and through counsel, and moves this Court for an extension of time to file his Reply Brief in support of his [132] Motion by stating as follows:

1. Plaintiffs filed their [146] Response to Sheriff Bailey's [132] Motion for Summary Judgment Premised on Qualified Immunity on April 14, 2025. The pleading was followed by 600 plus pages of documents (docket entries [147] through [151]), some of which were filed on April 15, 2025, after counsel-opposite experienced technical difficulties.

2. Due to the number of documents at issue and the holiday weekend, Sheriff Bailey respectfully requests an extension of time through **Monday, April 28, 2025**, in which to file a Reply in support of his [132] Motion and/or other applicable pleadings related to Plaintiffs' [146] Response.

3. Pursuant to L.U. Civ. R. 7(b)(10), the undersigned counsel has inquired from Plaintiffs' counsel whether there will be any opposition to the instant motion but has not received a response.

4. The instant motion is filed in good faith and is not intended to delay these proceedings and/or harass any of the parties.

5. Due to the simplistic and straight-forward nature of the instant motion, Sheriff Bailey respectfully requests to be relieved of any obligation to file an accompanying memorandum of authorities.

**WHEREFORE, PREMISES CONSIDERED,** Sheriff Bailey prays that this Court grant him an extension of time through Monday, April 28, 2025, in which to file a Reply in support of his [132] Motion and/or other applicable pleadings related to Plaintiffs' [146] Response.

**RESPECTFULLY SUBMITTED,** this 18th day of April, 2025.

                                  **SHERIFF BRYAN BAILEY, IN HIS INDIVIDUAL CAPACITY - Defendant**

                      **BY:**    /s/ Jason E. Dare
                                  **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:    (601) 987-5307
Facsimile:    (601) 987-5307