UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL COREY JENKINS,** **PLAINTIFFS**
**EDDIE TERRELL PARKER**

v.   CAUSE NO. 3:23-cv-374-DPJ-ASH

**RANKIN COUNTY, MISSISSIPPI, et al.**   **DEFENDANTS**

## MOTION TO STRIKE

**NOW COMES** Defendant, Sheriff Bryan Bailey, by and through counsel, and moves this Court to strike the expert opinions of Thomas Tiderington pursuant to Rule 37 by stating as follows:

1. Plaintiffs failed to provide an expert opinions for Tiderington on or before the discovery deadline.

2. Based on the legal precedent and analysis in his accompanying Memorandum of Authorities, Sheriff Bailey submits that each of the *Geiserman* factors weigh in his favor and that striking the Tiderington opinions is proper.

3. Sheriff Bailey submits and relies on the following exhibit in support of his motion to strike:

   a. **Exhibit 1** – Composite Discovery Documents

**WHEREFORE, PREMISES CONSIDERED,** Sheriff Bryan Bailey prays that this Court strike the expert opinions of Thomas Tiderington.

**RESPECTFULLY SUBMITTED,** this 28th day of April, 2025.

**SHERIFF BRYAN BAILEY – Defendant**

**BY:**   */s/ Jason E. Dare*
**JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:     (601) 987-5307
Facsimile:     (601) 987-5307