UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL COREY JENKINS
AND EDDIE TERRELL PARKER                                                    PLAINTIFFS

V.                                                          CIVIL ACTION NO. 3:23-cv-374-DPJ-ASH

RANKIN COUNTY, MISSISSIPPI, ET AL.                                          DEFENDANTS

ORDER OF DISMISSAL

Plaintiffs have agreed to and announced to the Court a settlement of this case as to Defendants Rankin County, Mississippi, and Sheriff Bryan Bailey. The Court has been advised that these parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement.

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to Defendants Rankin County, Mississippi, and Sheriff Bryan Bailey. If any party fails to comply with the terms of this settlement, any aggrieved party may reopen the case for enforcement of the settlement agreement. If successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to comply with the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

IT IS FURTHER ORDERED that all pending motions are moot and therefore termed.

This settlement agreement constitutes a global release as to all claims and as to these parties with prejudice. This settlement will be finally complete upon execution of release documents.

**SO ORDERED AND ADJUDGED** this the 30th day of April, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE